# EXHIBIT C (PART 2)

US 10,477,994 B2

45

blocks are first preceded by an explicit request for a sema-phore lock to access queue **22** (waits until obtained), and then followed by a block for releasing the semaphore lock to another thread for use. Also, in the present disclosure it is assumed in blocks which access data accessible to more than 1 concurrent thread (e.g. shared memory access to DLMV or ILMV at block **274**) that an appropriate semaphore (created at block **1220**) protect synchronous access.

If block **294** determines information (e.g. whereabouts) should be communicated by service informant code **28** to a supervisory service, for example a service **1050**, then block **296** communicates specified data to the service and process-ing terminates at block **298** by returning to the invoker (caller). If block **294** determines a supervisory service is not to be informed, then processing terminates with an appro-priate return to the caller at block **298**. Service informant code **28**, at block **296**, can send information as data that is reliably acknowledged on receipt, or as a datagram which most likely (but unreliably) is received.

Depending on the SUPER variable, block **294** may opt to communicate every time a WDR is placed to the queue, or when a reasonable amount of time has passed since last communicating to the supervisory service, or when a WDR confidence reaches a certain sought value, or when any WDR field or fields contain certain sought information, or when a reasonably large number of entries exist in WDR queue **22**, or for any processing condition encountered by blocks **270** through **298**, or for any processing condition encountered by caller processing up to the invocation of FIG. **2F** processing. Different embodiments will send a single WDR **1100** at block **296**, a plurality of WDRs **1100**, or any other data. Various SUPER parameter(s) enrich-ments for FIG. **2F** caller parameters can indicate what, when, where and how to send certain data. Block **296** may send an email, an SMS message, or use other means for conveying data. Service informant code **28** may send LBX history **30**, statistics **14** and/or any other data **8**, data **20**, queue data, data **36** or resources **38**. Service informant code **28** may update data in history **30**, statistics **14** or any other data **8**, data **20**, queue data, data **36** and/or resources **38**, possibly using conditions of this data to determine what is updated. Blocks **294** and **296** may be omitted in some embodiments.

If a single WDR is sent at block **296** as passed to FIG. **2F** processing, then the WDR parameter determined at block **272** is accessed. If a plurality of WDRs is sent at block **296**, then block **296** appropriately interfaces in a thread-safe manner to queue **22**, and sends the WDRs.

Some preferred embodiments do not incorporate blocks **278** through **286**. (i.e. block **276** continues to block **288** if confidence ok). Blocks **278** through **286** are for the purpose of implementing maintaining a date/time stamp of last MS significant movement (using a movement tolerance). Archi-tecture **1900** uses FIG. **2F**, as does DLM processing. FIG. **2F** must perform well for the preferred multithreaded architec-ture **1900**. Block **280** performs a peek, and block **284** can be quite timely depending on embodiments used for location field **1100***c*. A movement tolerance incorporated at the MS is not necessary, but may be nice to have. Therefore, blocks **278** through **286** are optional blocks of processing.

FIG. **2F** may also maintain (with appropriate semaphore) the most recent WDR describing whereabouts of the MS of FIG. **2F** processing to a single data record every time a new one is to be inserted. This allows applications needing current whereabouts to simply access a current WDR, rather than interface to a plurality of WDRs at queue **22**. For example, there could be a new block **289** for updating the

46

single WDR **1100** (just prior to block **290** such that incoming blocks to block **290** go to new block **289**, and new block **289** continues to block **290**).

With reference now to FIG. **2E**, depicted is a flowchart for describing a preferred embodiment of an MS whereabouts update event of an antenna in-range detected MS, for example a DLM **200**, when MS location awareness is monitored by the MS. FIG. **2E** describes relevant processing for MSs to maintain their own whereabouts. Processing begins at block **250** when the MS receives a signal from an antenna (or cell tower) deserving a response and continues to block **252** where the antenna or cell tower signal is authenticated by the MS as being a legitimate signal for processing. The signal can be received for processing by blocks **250** through **264** as the result of a continuous, or pulsed, broadcast or beaconing by the antenna, or cell tower (FIG. **13C**), or as part of usual communication protocol in progress with at least one MS (FIG. **13C** usual data **1312** with embedded Communications Key **1314**), or as a response via antenna to a previous MS signal (FIG. **13A**). The signal is preferably authenticated by a data parsed signature deserving further processing. Block **252** continues to block **254** where the MS sends an outbound request for soliciting an immediate response from the antenna (or cell tower) service. The request by the MS is appropriately correlated (e.g. as described above) for a response, which additionally facilitates embodiments using TDOA measure-ments (time of communications between the MS and antenna, or cell tower) to determine how close is the MS in range. Block **254** waits for a response, or waits until a reasonable timeout, whichever occurs first. There are also multithreaded embodiments to breaking up FIG. **2E** where block **254** does not wait, but rather terminates FIG. **2E** processing and depends on another thread to correlate the response and then continue processing blocks **256** through **260** (like architecture **1900**).

Thereafter, if block **256** determines the request timed out, then processing terminates at block **264**. If block **256** determines the response was received, then processing con-tinues to block **258**. Block **258** completes a WDR **1100** with appropriate response data received along with data set by the MS. See FIG. **11A** descriptions. Fields are set to the fol-lowing upon exit from block **258**:

MS ID field **1100***a* is preferably set with: Same as was described for FIG. **2D** (block **236**).

DATE/TIME STAMP field **1100***b* is preferably set with: Same as was described for FIG. **2D** (block **236**) above.

LOCATION field **1100***c* is preferably set with: Same as was described for FIG. **2D** (block **236**) above.

CONFIDENCE field **1100***d* is preferably set with: Same as was described for FIG. **2D** (block **236**) above.

LOCATION TECHNOLOGY field **1100***e* is preferably set with: "Client Antenna Range" for an antenna detecting the MS, and is set to "Client Cell Range" for a cell tower detecting the MS. The originator indicator is set to DLM.

LOCATION REFERENCE INFO field **1100***f* is preferably set with: Same as was described for FIG. **2D** (block **236**) above.

COMMUNICATIONS REFERENCE INFO field **1100***g* is preferably set with: Same as was described for FIG. **2D** (block **236**) above.

SPEED field **1100***h* is preferably set with: Same as was described for FIG. **2D** (block **236**) above.

HEADING field **1100***i* is preferably set with: Same as was described for FIG. **2D** (block **236**) above.

ELEVATION field **1100***j* is preferably set with: Same as was described for FIG. **2D** (block **236**) above.

US 10,477,994 B2

47

APPLICATION FIELDS field **1100k** is preferably set with: Same as was described for FIG. 2D (block **236**) above. CORRELATION FIELD **1100m** is preferably set with: Not Applicable (i.e. not maintained to queue **22**). SENT DATE/TIME STAMP field **1100n** is preferably set with: Not Applicable (i.e. not maintained to queue **22**). RECEIVED DATE/TIME STAMP field **1100p** is preferably set with: Not Applicable (i.e. not maintained to queue **22**).

The longer time it takes between sending a request and getting a response at block **254**, the less confidence there is for being located because the MS must be a larger distance from the antenna or cell tower. The less time it takes, the more confidence there is for being located because the MS must be a closer distance to the antenna or cell tower. Confidence values are analogously determined as described for FIG. 2D. FIG. 2D NTP embodiments also apply here. NTP can be used so no bidirectional communications is required for TDOA measurement. In this embodiment, the antenna (or cell tower) sets a NTP date/time stamp in the pulse, beacon, or protocol. Upon receipt, the MS instantly knows how long the packet took to be received by comparing the NTP date/time stamp in the packet and a MS NTP date/time stamp of when it was received (i.e. no request/response pair required). If location information is also present with the NTP date/time stamp in data received at block **252**, then block **252** can continue directly to block **258**.

An alternate MS embodiment determines its own (direction) heading and/or speed for WDR completion based on historical records maintained to the WDR queue **22** and/or LBX history **30**.

Block **258** continues to block **260** for preparing parameters for: WDRREF=a reference or pointer to the WDR; DELETEQ=FIG. 2E location queue discard processing; and SUPER=FIG. 2E supervisory notification processing. Thereafter, block **262** invokes the procedure (FIG. 2F processing) to insert the WDR to queue **22**. After FIG. 2F processing of block **262**, FIG. 2E processing terminates at block **264**.

In alternative "coming within range" (same as "in range", "in-range", "within range") embodiments, a unique MS identifier, or MS group identifier, for authenticating an MS for locating the MS is not necessary. An antenna emitting signals (FIG. 13C) will broadcast (in CK **1314** of data **1312**) not only its own location information (e.g. location field **1100c**), but also an NTP indicated date/time stamp field **1100b**, which the receiving MS (also having NTP for time synchronization) uses to perform a TDOA measurement upon receipt. This will enable a MS to determine at least how close (e.g. radius **1318** range, radius **1320** range, radius **1322** range, or radius **1316** range) it is located to the location of the antenna by listening for and receiving the broadcast (e.g. of FIG. **13C**). Similarly, in another embodiment, an NTP synchronized MS emits signals (FIG. 13A) and an NTP synchronized data processing system associated with a receiving antenna can make a TDOA measurement upon signal receipt. In other embodiments, more than a single unidirectional signal may be used while still preventing the requirement to recognize the MS to locate it. For example, an antenna emitting signals (e.g. FIG. **13C** hotspot WiFi 802.x) will contain enough information for a MS to respond with correlation for being located, and visa-versa. In any case, there can be multi-directional exchanged signals for determining a TDOA measurement.

FIG. 3A depicts a locating by triangulation illustration for discussing automatic location of a MS, for example DLM **200**. DLM **200** is located through triangulation, as is well

48

known in the art. At least three base towers, for example, base tower **108b**, base tower **108d**, and base tower **108f**, are used for locating the MS. A fourth base tower may be used if elevation (or altitude) was configured for use in locating DLM **200**. There are cases where only two base towers are necessary given routes of travel are limited and known, for example, in spread out roadways or limited configured locations. Base towers may also be antennas **108b**, **108d**, and **108f** in similar triangulation embodiments.

FIG. 3B depicts a flowchart for describing a preferred embodiment of the whereabouts update event of a triangulated MS, for example DLM **200**, when MS location awareness is monitored by some remote service. While FIG. 3A location determination with TDOA and AOA is well known in the art, FIGS. 3B and 3C include relevant processing for MSs to maintain their own whereabouts. Processing begins at block **310** and continues to block **312** where base stations able to communicate to any degree with a MS continue reporting to their controller the MS signal strength with an MS identifier (i.e. a unique handle) and Time Difference of Arrival (TDOA) information, Angle of Arrival (AOA) information, or heterogeneously both TDOA and AOA (i.e. MPT), depending on the embodiment. The MS can pick signals from base stations. In some embodiments, the MS monitors a paging channel, called a forward channel. There can be multiple forward channels. A forward channel is the transmission frequency from the base tower to the MS. Either the MS provides broadcast heartbeats (FIG. 13A) for base stations, or the base stations provide heartbeats (FIG. **13C**) for a response from the MS, or usual MS use protocol signals are detected and used (incorporating CK **1304** in usual data **1302** by MS, or CK **1314** in "usual data" **1312** by service). Usual data is the usual communications traffic data in carrying out other character **32** processing. Communication from the MS to the base tower is on what is called the reverse channel. Forward channels and reverse channel are used to perform call setup for a created session channel.

TDOA is calculated from the time it takes for a communication to occur from the MS back to the MS via the base tower, or alternatively, from a base tower back to that base tower via the MS. NTP may also be used for time calculations in a unidirectional broadcast from a base tower (FIG. **13C**) to the MS, or from the MS (FIG. **13A**) to a base tower (as described above). AOA is performed through calculations of the angle by which a signal from the MS encounters the antenna. Triangle geometry is then used to calculate a location. The AOA antenna is typically of a phased array type.

See "Missing Part Triangulation (MPT)" section below with discussions for FIGS. 11A through 11E for details on heterogeneously locating the MS using both TDOA and AOA (i.e. Missing Part Triangulation (MPT)). Just as high school taught geometry for solving missing parts of a triangle, so to does MPT triangulate an MS location. Think of the length of a side of a triangle as a TDOA measurement—i.e. length of time, translatable to a distance. Think of the AOA of a signal to an antenna as one of the angles of a triangle vertice. Solving with MPT analogously uses geometric and trigonometric formulas to solve the triangulation, albeit at fast processing speeds.

Thereafter, if the MS is determined to be legitimate and deserving of processing (similar to above), then block **314** continues to block **316**. If block **314** determines the MS is not participating with the service, in which case block **312** did little to process it, then processing continues back to block **312** to continue working on behalf of legitimate participating MSs. The controller at block **316** may com-

US 10,477,994 B2

49                                                    50

munite with other controllers when base stations in other cellular clusters are picking up a signal, for example, when the MS roams. In any case, at block **316**, the controller(s) determines the strongest signal base stations needed for locating the MS, at block **316**. The strongest signals that can accomplish whereabouts information of the MS are used. Thereafter, block **318** accesses base station location information for base stations determined at block **316**. The base station provides stationary references used to (relatively) determine the location of the MS. Then, block **320** uses the TDOA, or AOA, or MPT (i.e. heterogeneously both AOA and TDOA) information together with known base station locations to calculate the MS location.

Thereafter, block **322** accesses historical MS location information, and block **324** performs housekeeping by pruning location history data for the MS by time, number of entries, or other criteria. Block **326** then determines a heading (direction) of the MS based on previous location information. Block **326** may perform Artificial Intelligence (AI) to determine where the MS may be going by consulting many or all of the location history data. Thereafter, block **328** completes a service side WDR **1100**, block **330** appends the WDR information to location history data and notifies a supervisory service if there is one outside of the service processing of FIG. **3B**. Processing continues to block **332** where the service communicates the WDR to the located MS.

Thereafter, the MS completes its own WDR at block **334** for adding to WDR queue **22** to know its own whereabouts whenever possible, and block **336** prepares parameters for invoking WDR insertion processing at block **338**. Parameters are set for: WDRREF=a reference or pointer to the MS WDR; DELETEQ=FIG. **3B** location queue discard processing; and SUPER=FIG. **3B** supervisory notification processing (e.g. no supervisory notification processing because it was already handled at block **330**, or by being in context of the FIG. **3B** service processing). At block **338**, the MS invokes FIG. **2F** processing already described. After block **338**, processing continues back to block **312**. Of course, block **332** continues directly to block **312** at the service(s) since there is no need to wait for MS(s) processing in blocks **334** through **338**. FIG. **3B** processing is continuous for every MS in the wireless network 7 days a week, 24 hours a day.

See FIG. **11A** descriptions. Fields are set to the following upon exit from block **334**:
MS ID field **1100***a* is preferably set with: Same as was described for FIG. **2D** (block **236**) above.
DATE/TIME STAMP field **1100***b* is preferably set with: Same as was described for FIG. **2D** (block **236**) above.
LOCATION field **1100***c* is preferably set with: The triangulated location of the MS as communicated by the service.
CONFIDENCE field **1100***d* is preferably set with: Confidence of triangulation determined by the service which is passed to the MS at block **332**. The confidence value may be set with the same value (e.g. 85) regardless of how the MS was triangulated. In other embodiments, field **1100***d* will be determined (completely, or adjusting the value of 85) by the service for TDOA measurements used, AOA measurements, signal strengths, wave spectrum involved, and/or the abundance of particular MS signals available for processing by blocks **312** through **320**. Higher confidences are assigned for smaller TDOA measurements (shorter distances), strong signal strengths, and numerous additional data points beyond what is necessary to locate the MS. Lower confidences are assigned for larger TDOA measurements, weak signal strengths, and minimal data points necessary to locate the MS. A reasonable confidence can be assigned using this

information as guidelines where 1 is the lowest confidence and 100 is the highest confidence.
LOCATION TECHNOLOGY field **1100***e* is preferably set with: "Server Cell TDOA", "Server Cell AOA", "Server Cell MPT", "Server Antenna TDOA", "Server Antenna AOA", or "Server Antenna MPT", depending on how the MS was located and what flavor of service was used. The originator indicator is set to DLM.
LOCATION REFERENCE INFO field **1100***f* is preferably set with: null (not set) for indicating that all triangulation data was factored into determining confidence, and none is relevant for a single TDOA or AOA measurement in subsequent processing (i.e. service did all the work).
COMMUNICATIONS REFERENCE INFO field **1100***g* is preferably set with: Same as was described for FIG. **2D** (block **236**) above.
SPEED field **1100***h* is preferably set with: Service WDR information at block **332**, wherein the service used historical information and artificial intelligence interrogation of MS travels to determine, if available.
HEADING field **1100***i* is preferably set with: Service WDR information at block **332**, wherein the service used historical information and artificial intelligence interrogation of MS travels to determine, if available.
ELEVATION field **1100***j* is preferably set with: Elevation/altitude, if available.
APPLICATION FIELDS field **1100***k* is preferably set with: Same as was described for FIG. **2D** (block **236**) above.
CORRELATION FIELD **1100***m* is preferably set with: Not Applicable (i.e. not maintained to queue **22**).
SENT DATE/TIME STAMP field **1100***n* is preferably set with: Not Applicable (i.e. not maintained to queue **22**).
RECEIVED DATE/TIME STAMP field **1100***p* is preferably set with: Not Applicable (i.e. not maintained to queue **22**).

FIG. **3C** depicts a flowchart for describing a preferred embodiment of the whereabouts update event of a triangulated MS, for example a DLM **200**, when MS location awareness is monitored by the MS. Communications between the base stations and MS is similar to FIG. **3B** processing except the MS receives information (FIG. **13C**) for performing calculations and related processing. Processing begins at block **350** and continues to block **352** where the MS continues receiving (FIG. **13C**) pulse reporting from base stations (or antennas). AOA, TDOA, and MPT (See "Missing Part Triangulation (MPT)" section below with discussions for FIGS. **11A** through **11E** for details on heterogeneously locating the MS using both TDOA and AOA) can be used to locate the MS, so there are many possible signal types received at block **352**. Then, block **354** determines the strongest signals which can accomplish a completed WDR, or at least a location, of the MS. Thereafter, block **356** parses base station location information from the pulse messages that are received by the MS. Block **358** communicates with base stations to perform TDOA and/or AOA measurements and calculations. The time it takes for a communication to occur from the MS back to the MS for TDOA, or alternatively, from a base tower back to that base tower can be used. NTP may also be used, as described above, so that base towers (or antennas) broadcast signals (FIG. **13C**) picked up by the MS which already contain the base tower locations and NTP date/time stamps for TDOA calculations. Block **358** uses the TDOA and/or AOA information with the known base station information to determine the MS location. While AOA information from the base stations (or antennas) is used by the MS, various MS embodiments can use AOA information detected at an MS antenna provided the heading, yaw, pitch, and roll is known

US 10,477,994 B2

51

at the MS during the same time as signal reception by the MS. A 3-axis accelerometer (e.g. in iPhone) may also provide yaw, pitch and roll means for proper AOA calculation.

Thereafter, block **360** accesses historical MS location information (e.g. WDR queue **22** and/or LBX history **30**) to prevent redundant information kept at the MS, and block **362** performs housekeeping by pruning the LBX history **30** for the MS by time, number of entries, or other criteria. Block **364** then determines a heading (direction) of the MS based on previous location information (unless already known from block **358** for AOA determination). Block **364** may perform Artificial Intelligence (AI) to determine where the MS may be going by consulting queue **22** and/or history **30**. Thereafter, block **366** completes a WDR **1100**, and block **368** prepares parameters for FIG. 2F processing: WDRREF=a reference or pointer to the MS WDR; DELETEQ=FIG. 3C location queue discard processing; and SUPER=FIG. 3B supervisory notification processing. Block **368** continues to block **370** for invoking FIG. 2F processing already described above. After block **370**, processing continues back to block **352**. FIG. 3C processing is continuous for the MS as long as the MS is enabled. In various multithreaded embodiments, many threads at the MS work together for high speed processing at blocks **352** through **358** for to concurrently communicating to many stationary references.

See FIG. 11A descriptions. Fields are set to the following upon exit from block **366**:
MS ID field **1100**a is preferably set with: Same as was described for FIG. 2D (block **236**) above.
DATE/TIME STAMP field **1100**b is preferably set with: Same as was described for FIG. 2D (block **236**) above.
LOCATION field **1100**c is preferably set with: The triangulated location of the MS as determined by the MS.
CONFIDENCE field **1100**d is preferably set with: The confidence of triangulation as determined by the MS. Confidence may be set with the same value (e.g. 80 since MS may be moving during triangulation) regardless of how the MS was triangulated. In other embodiments, field **1100**d will be determined (completely, or adjusting the value of 80) by the MS for TDOA measurements used, AOA measurements, signal strengths, wave spectrum involved, and/or the abundance of particular service signals available for processing. Higher confidences are assigned for smaller TDOA measurements (shorter distances), strong signal strengths, and numerous additional data points beyond what is necessary to locate the MS. Lower confidences are assigned for larger TDOA measurements, weak signal strengths, and minimal data points necessary to locate the MS. A reasonable confidence can be assigned using this information as guidelines where 1 is the lowest confidence and 100 is the highest confidence.
LOCATION TECHNOLOGY field **1100**e is preferably set with: "Client Cell TDOA", "Client Cell AOA", "Client Cell MPT", "Client Antenna TDOA", "Client Antenna AOA", or "Client Antenna MPT", depending on how the MS located itself. The originator indicator is set to DLM.
LOCATION REFERENCE INFO field **1100**f is preferably set with: Data associated with selected best stationary reference(s) used by the MS: the selection location/whereabouts, TDOA measurement to it, and wave spectrum (and/or particular communications interface **70**) used, if reasonable. The TDOA measurement may be converted to a distance using wave spectrum information. Also, preferably set herein is data associated with a selected best stationary reference used by the MS (may be same or different than for

52

TDOA measurement): the selection location, AOA measurement to it, and heading, yaw, pitch, and roll values (or accelerometer readings), if reasonable. Values that may be populated here should have already been factored into the confidence value. There may be one or more stationary reference whereabouts with useful measurements maintained here for FIG. 26B processing of block **2652**.
COMMUNICATIONS REFERENCE INFO field **1100**g is preferably set with: Parameters referencing MS internals, if desired.
SPEED field **1100**h is preferably set with: Speed determined by the MS using historical information (queue **22** and/or history **30**) and artificial intelligence interrogation of MS travels to determine, if reasonable.
HEADING field **1100**i is preferably set with: Heading determined by the MS using historical information (queue **22** and/or history **30**) and artificial intelligence interrogation of MS travels to determine, if reasonable.
ELEVATION field **1100**j is preferably set with: Elevation/ altitude, if available.
APPLICATION FIELDS field **1100**k is preferably set with: Same as was described for FIG. 2D (block **236**) above.
CORRELATION FIELD **1100**m is preferably set with: Not Applicable (i.e. not maintained to queue **22**).
SENT DATE/TIME STAMP field **1100**n is preferably set with: Not Applicable (i.e. not maintained to queue **22**).
RECEIVED DATE/TIME STAMP field **1100**p is preferably set with: Not Applicable (i.e. not maintained to queue **22**).
In alternative triangulation embodiments, a unique MS identifier, or MS group identifier, for authenticating an MS for locating the MS is not necessary. An antenna emitting signals (FIG. 13C) will broadcast (CK **1314** of data **1312**) not only its own location information, but also an NTP date/time stamp, which the receiving MS (also having NTP for time synchronization) uses to perform TDOA measurements upon receipt. This will enable a MS to determine how close (e.g. radius **1318** range, radius **1320** range, radius **1322** range, or radius **1316** range) it is located to the location of the antenna by listening for and receiving the broadcast (e.g. of FIG. 13C). Similarly, in another embodiment, an NTP synchronized MS emits signals (FIG. 13A) and an NTP synchronized data processing system associated with a receiving antenna can determine a TDOA measurement upon signal receipt. In other embodiments, more than a single unidirectional signal may be used while still preventing the requirement to recognize the MS to locate it. For example, an antenna emitting signals will contain enough information for a MS to respond with correlation for being located. Alternatively, an MS emitting signals will contain enough information for a service to respond with correlation for being located. In any case, there can be multi-directional exchanged signals for determining TDOA. Similarly, a service side data processing system can interact with a MS for AOA information without requiring a known identifier of the MS (use request/response correlation).
FIG. 4A depicts a locating by GPS triangulation illustration for discussing automatic location of a MS, for example a DLM **200**. A MS, for example DLM **200**, is located using GPS triangulation as is well known in the art. At least three satellites, for example, satellite **134**, satellite **136**, and satellite **138**, are necessary for locating the MS. A fourth satellite would be used if elevation, or altitude, was configured for use by the present disclosure. Ground based stationary references can further enhance whereabouts determination.
FIG. 4B depicts a flowchart for describing a preferred embodiment of the whereabouts update event of a GPS

US 10,477,994 B2

53

54

triangulated MS, for example a DLM **200**. Repeated continuous GPS location processing begins at block **410** and continues to block **412** where the MS initializes to the GPS interface, then to block **414** for performing the conventional locating of the GPS enabled MS, and then to block **416** for calculating location information. In some embodiments, block **412** may only be necessary a first time prior to repeated invocations of FIG. **4**B processing. Block **414** may be an implicit wait for pulses from satellites, or an event driven mechanism when GPS satellite pulses are received for synchronized collection, or a multithreaded implementation concurrently listening for, and processing collaboratively, the signals. Block **414** and block **416** processing is well known in the art. Thereafter, the MS completes a WDR **1100** at block **418**, block **420** prepares parameters for FIG. **2**F invocation, and block **422** invokes, with the WDR, the FIG. **2**F processing (described above). Processing then terminates at block **424**. Parameters prepared at block **420** are: WDRREF=a reference or pointer to the WDR; DELETEQ=FIG. **4**B location queue discard processing; and SUPER=FIG. **4**B supervisory notification processing. GPS location processing is preferably continuous for the MS as long as the MS is enabled.

See FIG. **11**A descriptions. Fields are set to the following upon exit from block **418**:

MS ID field **1100**a is preferably set with: Same as was described for FIG. **2**D (block **236**) above.

DATE/TIME STAMP field **1100**b is preferably set with: Same as was described for FIG. **2**D (block **236**) above.

LOCATION field **1100**c is preferably set with: The GPS location of the MS.

CONFIDENCE field **1100**d is preferably set with: Confidence of GPS variety (usually high) which may be set with the same value (e.g. 95 for DGPS, 93 for AGPS, and 90 for GPS). In other embodiments, field **1100**d will be determined (completely, or amending the defaulted value) by the MS for timing measurements, signal strengths, and/or the abundance of particular signals available for processing, similarly to as described above. An MS may not be aware of the variety of GPS, in which case straight GPS is assumed.

LOCATION TECHNOLOGY field **1100**e is preferably set with: "GPS", "A-GPS", or "D-GPS", depending on (if known) flavor of GPS. The originator indicator is set to DLM.

LOCATION REFERENCE INFO field **1100**f is preferably set with: null (not set) for indicating that data was factored into determining confidence, and none is relevant for a single TDOA or AOA measurement in subsequent processing.

COMMUNICATIONS REFERENCE INFO field **1100**g is preferably set with: Parameters referencing MS internals, if desired.

SPEED field **1100**h is preferably set with: Speed determined by the MS using a suitable GPS interface, or historical information (queue **22** and/or history **30**) and artificial intelligence interrogation of MS travels to determine, if reasonable.

HEADING field **1100**i is preferably set with: Heading determined by the MS using a suitable GPS interface, or historical information (queue **22** and/or history **30**) and artificial intelligence interrogation of MS travels to determine, if reasonable.

ELEVATION field **1100**j is preferably set with: Elevation/altitude, if available.

APPLICATION FIELDS field **1100**k is preferably set with: Same as was described for FIG. **2**D (block **236**) above.

CORRELATION FIELD **1100**m is preferably set with: Not Applicable (i.e. not maintained to queue **22**).

SENT DATE/TIME STAMP field **1100**n is preferably set with: Not Applicable (i.e. not maintained to queue **22**).

RECEIVED DATE/TIME STAMP field **1100**p is preferably set with: Not Applicable (i.e. not maintained to queue **22**).

FIG. **5**A depicts a location by stationary antenna triangulation illustration for discussing automatic location of a MS, for example DLM **200**. There may be communication/transmission issues when an MS is taken indoors. Shown is a top view of an indoor floor plan **502**. Antenna stations **504** (shown generally as **504**) are strategically placed over the area so that an MS can be located. Triangulation techniques again apply. At least three antenna stations, for example, station **504**f, station **504**h, and station **504**i are used to locate the MS, for example DLM **200**. In floor plan embodiments where aisles delimit travel, only two antenna stations may be necessary, for example at either end of the particular aisle. While most stations **504** may receive signals from the MS, only the strongest stations are used. FIG. **5**A and associated discussions can also be used for an outside triangulation embodiment using a similar strategic antenna placement scheme. Processing described for FIGS. **3**A to **3**C can also be used for an indoor embodiment as described by FIG. **5**A.

FIG. **5**B depicts a flowchart for describing a preferred embodiment of the whereabouts update event of a stationary antenna triangulated MS, for example a DLM **200**. In one embodiment, indoor location technology of Pinpoint corporation (Pinpoint is a trademark of Pinpoint Corporation) is utilized to locate any MS that moves about the indoor location. The Pinpoint corporation methodology begins at block **510** and continues to block **512**. A cell controller drives antenna stations to emit a broadcast signal from every station. Any MS within range (i.e. indoors) will phase modulate its unique identifier onto a return signal it transmits, at block **514**. Stations at block **516** receive the transmission and strength of signal. The cell controller that drives stations sorts out and selects the strongest (e.g. 3) signals. The cell controller, at block **518**, also extracts the unique MS identifier from the return signal, and TDOA is used to calculate distances from the stations receiving the strongest signals from the MS at block **520**. Alternative embodiments can use AOA or MPT to determine locations. The locations of the controller selected stations are registered in an overlay map in an appropriate coordinate system, landmark system, or grid of cells. Block **522** locates the MS using the overlay map, locations of the (e.g. 3) selected stations, and the calculated distances triangulated from the selected stations, using TDOA, AOA, or MPT in various embodiments. Thereafter, block **524** calculates location information of the MS. Processing continues with repeated broadcast at block **512** and subsequent processing for every MS within range.

Thereafter, block **526** accesses historical MS location information, performs housekeeping by pruning location history data for the MS by time, number of entries, or other criteria, and determines a heading (direction) of the MS based on previous location information. Block **526** may perform Artificial Intelligence (AI) to determine where the MS may be going by consulting many or all of the location history data. Thereafter, block **528** completes a service side WDR **1100**, block **530** appends the WDR information to location history data and notifies a supervisory service if there is one outside of the service processing of FIG. **5**B. Processing continues to block **532** where the service communicates the WDR to the located MS.

Thereafter, the MS completes the WDR at block **534** for adding to WDR queue **22**. Thereafter, block **536** prepares

US 10,477,994 B2

55

56

parameters passed to FIG. 2F processing for: WDRREF=a reference or pointer to the MS WDR; DELETEQ=FIG. 5B location queue discard processing; and SUPER=FIG. 5B supervisory notification processing (e.g. no supervisory notification processing because it was already handled at block 530, or by being in context of the FIG. 5B service processing). Block 536 continues to block 538 where the MS invokes FIG. 2F processing already described above. After block 538, processing continues back to block 514. Of course, block 532 continues directly to block 514 at the service(s) since there is no need to wait for MS(s) processing in blocks 534 through 538. FIG. 5B processing is continuous for every MS in the wireless network 7 days a week, 24 hours a day.

See FIG. 11A descriptions. Fields are set to the following upon exit from block 534:

MS ID field 1100a is preferably set with: Same as was described for FIG. 2D (block 236) above.

DATE/TIME STAMP field 1100b is preferably set with: Same as was described for FIG. 2D (block 236) above.

LOCATION field 1100c is preferably set with: The triangulated location of the MS as communicated by the service.

CONFIDENCE field 1100d is preferably set with: Confidence of triangulation determined by the service which is passed to the MS at block 532. The confidence value may be set with the same value (e.g. 95 (normally high for triangulation using densely positioned antennas)) regardless of how the MS was triangulated. In other embodiments, field 1100d will be determined (completely, or adjusting the value of 95) by the service for TDOA measurements used, AOA measurements, signal strengths, wave spectrum involved, and/or the abundance of particular MS signals available for processing. Higher confidences are assigned for smaller TDOA measurements (shorter distances), strong signal strengths, and numerous additional data points beyond what is necessary to locate the MS. Lower confidences are assigned for larger TDOA measurements, weak signal strengths, and minimal data points necessary to locate the MS. A reasonable confidence can be assigned using this information as guidelines where 1 is the lowest confidence and 100 is the highest confidence.

LOCATION TECHNOLOGY field 1100e is preferably set with: "Server Antenna TDOA", "Server Antenna AOA", or "Server Antenna MPT", depending on how the MS was located and what flavor of service was used. The originator indicator is set to DLM.

LOCATION REFERENCE INFO field 1100f is preferably set with: null (not set) for indicating that all triangulation data was factored into determining confidence, and none is relevant for a single TDOA or AOA measurement in subsequent processing (i.e. service did all the work).

COMMUNICATIONS REFERENCE INFO field 1100g is preferably set with: Same as was described for FIG. 2D (block 236) above.

SPEED field 1100h is preferably set with: Service WDR information at block 532, wherein the service used historical information and artificial intelligence interrogation of MS travels to determine, if available.

HEADING field 1100i is preferably set with: Service WDR information at block 532, wherein the service used historical information and artificial intelligence interrogation of MS travels to determine, if available.

ELEVATION field 1100j is preferably set with: Elevation/altitude, if available.

APPLICATION FIELDS field 1100k is preferably set with: Same as was described for FIG. 2D (block 236) above.

CORRELATION FIELD 1100m is preferably set with: Not Applicable (i.e. not maintained to queue 22).

SENT DATE/TIME STAMP field 1100n is preferably set with: Not Applicable (i.e. not maintained to queue 22).

RECEIVED DATE/TIME STAMP field 1100p is preferably set with: Not Applicable (i.e. not maintained to queue 22).

FIG. 6A depicts a flowchart for describing a preferred embodiment of a service whereabouts update event of a physically, or logically, connected MS, for example a DLM 200. A MS may be newly located and physically, or logically, connected, whereby communications between the MS and service is over a physical/logical connection. Physical connections may occur by connecting a conduit for communications to the MS, or from the MS to a connection point. Conduits include ethernet cables, optical fiber, firewire, USB, or any other means for conduit for communications through a physical medium. Conduits also include wireless mediums (air) for transporting communications, such as when an MS comes into physical wireless range eligible for sending and receiving communications. Logical connections may occur, after a physical connection already exists, for example through a successful communication, or authenticated, bind between a MS and other MS, or MS and service. Logical connections also include the result of: successfully logging into an application, successfully authenticated for access to some resource, successfully identified by an application, or any other logical status upon a MS being certified, registered, signed in, authenticated, bound, recognized, affirmed, or the like.

Relevant processing begins at block 602 and continues to block 604 where an MS device is physically/logically connected to a network. Thereafter, the MS accesses a service at block 606. Then, at block 608, the service accesses historical MS location history, and block 610 performs housekeeping by pruning the location history data maintained for the MS by time, number of entries, or other criteria. Block 610 may perform Artificial Intelligence (AI) to determine where the MS may be going (e.g. using heading based on previous locations) by consulting much or all of the location history data. Thereafter, service processing at block 612 completes a service side WDR 1100, then the service appends WDR information to location history data at block 614, and may notify a supervisory service if there is one outside of the service processing of FIG. 6A. Processing continues to block 616 where the service communicates WDR information to the newly physically/logically connected MS. There are many embodiments for determining a newly connected MS location using a physical or logical address, for example consulting a database which maps locations to network addresses (e.g. location to logical ip address; location to physical wall jack/port; etc). Then, at block 618 the MS completes its own WDR using some information from block 616, FIG. 2F parameters are prepared at block 620, block 622 invokes FIG. 2F processing already described above, and processing terminates at block 624. Parameters are set at block 620 for: WDRREF=a reference or pointer to the MS WDR; DELETEQ=FIG. 6A location queue discard processing; and SUPER=FIG. 6A supervisory notification processing (e.g. no supervisory notification processing because it was already handled at block 614, or by being in context of the FIG. 6A service processing). Of course, block 616 continues directly to block 624 at the service(s) since there is no need to wait for MS processing in blocks 618 through 622. FIG. 6A processing is available at any appropriate time in accordance with the underlying service.

US 10,477,994 B2

57 58

See FIG. 11A descriptions. Fields are set to the following upon exit from block 618:

MS ID field 1100a is preferably set with: Same as was described for FIG. 2D (block 236) above.

DATE/TIME STAMP field 1100b is preferably set with: Same as was described for FIG. 2D (block 236) above.

LOCATION field 1100c is preferably set with: The location of the MS as communicated by the service.

CONFIDENCE field 1100d is preferably set with: Confidence (determined by the service) according to how the MS was connected, or may be set with the same value (e.g. 100 for physical connect, 77 for logical connect (e.g. short range wireless)) regardless of how the MS was located. In other embodiments, field 1100d will be determined by the service for anticipated physical conduit range, wireless logical connect range, etc. The resulting confidence value can be adjusted based on other parameters analogously to as described above.

LOCATION TECHNOLOGY field 1100e is preferably set with "Service Physical Connect" or "Service Logical Connect", depending on how the MS connected. The originator indicator is set to DLM.

LOCATION REFERENCE INFO field 1100f is preferably set with: null (not set), but if a TDOA measurement can be made (e.g. short range logical connect, and using methodologies described above), then a TDOA measurement, a communications signal strength, if available; and wave spectrum (and/or particular communications interface 70) used, if available. The TDOA measurement may be converted to a distance using wave spectrum information. Possible values populated here should have already been factored into the confidence value.

COMMUNICATIONS REFERENCE INFO field 1100g is preferably set with: Same as was described for FIG. 2D (block 236) above.

SPEED field 1100h is preferably set with: null (not set), but can be set with speed required to arrive to the current location from a previously known location, assuming same time scale is used.

HEADING field 1100i is preferably set with: null (not set), but can be set to heading determined when arriving to the current location from a previously known location.

ELEVATION field 1100j is preferably set with: Elevation/altitude (e.g. of physical connection, or place of logical connection detection), if available.

APPLICATION FIELDS field 1100k is preferably set with: Same as was described for FIG. 2D (block 236) above.

CORRELATION FIELD 1100m is preferably set with: Not Applicable (i.e. not maintained to queue 22).

SENT DATE/TIME STAMP field 1100n is preferably set with: Not Applicable (i.e. not maintained to queue 22).

RECEIVED DATE/TIME STAMP field 1100p is preferably set with: Not Applicable (i.e. not maintained to queue 22).

FIG. 6B depicts a flowchart for describing a preferred embodiment of a MS whereabouts update event of a physically, or logically, connected MS, for example a DLM 200. A MS may be newly located and physically/logically connected, whereby communications between the MS and service is over a physical/logical connection as described in FIG. 6A above. Relevant processing begins at block 640 and continues to block 642 where an MS device is physically/logically connected. Thereafter, at block 644 the MS accesses the connectivity service and waits for an acknowledgement indicating a successful connection. Upon acknowledgement receipt, processing continues to block 646 where the MS requests WDR information via the connectivity service and waits for the data (i.e. connectivity service may be different than the location service, or may be one in the same). As part of connectivity, location service pointer(s) (e.g. ip address for http://112.34.323.18 referencing or a Domain Name Service (DNS) name like http://www.servicename.com) are provided with the connectivity acknowledgement from the connectivity service at block 644, so the MS knows how to proceed at block 646 for retrieving location information. There are various embodiments for the location service determining a MS location as described above for FIG. 6A. In an alternative embodiment, the MS already knows how to locate itself wherein block 644 continues directly to block 648 (no block 646) because the MS maintains information for determining its own whereabouts using the physical or logical address received in the acknowledgement at block 644. Similar mapping of a network address to the MS location can be in MS data, for example data 36, data 8, or data 20. At block 648, the MS completes its WDR 1100. Thereafter, block 650 prepares FIG. 2F parameters, block 652 invokes FIG. 2F processing already described above, and processing terminates at block 654. Parameters set at block 650 are: WDRREF=a reference or pointer to the MS WDR; DELETEQ=FIG. 6B location queue discard processing; and SUPER=FIG. 6B supervisory notification processing. FIG. 6B processing is available at any appropriate time to the MS.

See FIG. 11A descriptions. Fields are set to the following upon exit from block 648:

MS ID field 1100a is preferably set with: Same as was described for FIG. 2D (block 236) above.

DATE/TIME STAMP field 1100b is preferably set with: Same as was described for FIG. 2D (block 236) above.

LOCATION field 1100c is preferably set with: The location determined for the MS.

CONFIDENCE field 1100d is preferably set with: Confidence (determined by the service) according to how the MS was connected, or may be set with the same value (e.g. 100 for physical connect, 77 for logical connect (e.g. short range wireless)) regardless of how the MS was located. In other embodiments, field 1100d will be determined by the service for anticipated physical conduit range, wireless logical connect range, etc. The resulting confidence value can be adjusted based on other parameters analogously to as described above.

LOCATION TECHNOLOGY field 1100e is preferably set with "Client Physical Connect" or "Client Logical Connect", depending on how the MS connected. The originator indicator is set to DLM.

LOCATION REFERENCE INFO field 1100f is preferably set with: null (not set), but if a TDOA measurement can be made (e.g. short range logical connect, and using methodologies described above), then a TDOA measurement, a communications signal strength, if available; and wave spectrum (and/or particular communications interface 70) used, if available. The TDOA measurement may be converted to a distance using wave spectrum information. Possible values populated here should have already been factored into the confidence value.

COMMUNICATIONS REFERENCE INFO field 1100g is preferably set with: Same as was described for FIG. 2D (block 236) above.

SPEED field 1100h is preferably set with: null (not set), but can be set with speed required to arrive to the current location from a previously known location using, assuming same time scale is used.

HEADING field 1100i is preferably set with: null (not set), but can be set to heading determined when arriving to the current location from a previously known location.

59                                                          60

ELEVATION field **1100***j* is preferably set with: Elevation/ altitude (e.g. of physical connection, or place of logical connection detection), if available.

APPLICATION FIELDS field **1100***k* is preferably set with: Same as was described for FIG. 2D (block **236**) above.

CORRELATION FIELD **1100***m* is preferably set with: Not Applicable (i.e. not maintained to queue **22**).

SENT DATE/TIME STAMP field **1100***n* is preferably set with: Not Applicable (i.e. not maintained to queue **22**).

RECEIVED DATE/TIME STAMP field **1100***p* is preferably set with: Not Applicable (i.e. not maintained to queue **22**).

FIGS. 7A, 7B and 7C depict a locating by image sensory illustration for discussing automatic location of a MS, for example a DLM **200**. With reference now to FIG. 7A, an image capture device **702** is positioned for monitoring MSs that come into the field of view **704** of device **702**. Device **702** may be a camcorder, video camera, image camera that takes at least one snapshot, timely snapshots, or motion/ presence detection snapshots, or any other device capable of producing at least a snapshot image at some point in time containing objects in the field of view **704**. In one preferred embodiment, DLM **200** is sensed within the vicinity of device **702**, perhaps by antenna (or cell tower) **701**, prior to being photographed by device **702**. In another embodiment, DLM **200** is sensed by movement within the vicinity of device **702** with well know motion detection means. In yet another embodiment, device **702** periodically or continually records. Device **702** is connected to a locating service **700** for processing as described by FIG. 7D. Locating service **700** has means for communicating wirelessly to DLM **200**, for example through a connected antenna (or cell tower) **701**. FIG. 7A illustrates that device **702** participates in pattern recognition for identifying the location of a MS. The MS can have on its exterior a string of characters, serial number, barcode, license plate, graphic symbol(s), textual symbols, combinations thereof, or any other visually perceptible, or graphical, identification **708** that can be recognized optically, or in a photograph. Device **702** is to have graphical/pixel resolution capability matching the requirements for identifying a MS with the sought graphical identification. Graphical identification **708** can be formed on the perceptible exterior of DLM **200**, or can be formed as part of a housing/apparatus **706** which hosts DLM **200**. Graphical identification **708** can be automatically read from an image using well known barcode reader technology, an Optical Character Recognition (OCR) process, a license tag scanner, general pattern recognition software, or the like. Housing **706** is generally shown for representing an automobile (license plate recognition, for example used in prior art toll tag lanes), a shopping cart, a package, or any other hosting article of manufacture which has a DLM **200** as part of it. Upon recognition, DLM **200** is associated with the location of device **702**. Error in locating an MS will depend on the distance within the field of view **704** from device **702**. A distance may be estimated based on the anticipated size of identification **708**, relative its size determined within the field of view **704**.

With reference now to FIG. 7B, image capture device **702** is positioned for monitoring MSs that come into the field of view **704** of device **702**. MSs are preferably distinguishable by appearance (e.g. color, shape, markings, labels, tags, etc), or as attached (e.g. recognized mount to host) or carried (e.g. recognized by its recognized user). Such techniques are well known to those skilled in the art. Device **702** is as described above with connectivity to locating service **700** and antenna (or cell tower) **701**. FIG. 7B illustrates that device **702** uses known measurements within its field of view for determin- ing how large, and where located, are objects that come into the field of view **704**. For example, a well placed and recognizable vertical line **710***a* and horizontal line **710***b*, which are preferably perpendicular to each other, have known lengths and positions. The objects which come into the field of view are measured based on the known lengths and positions of the lines **710***a* and **710***b* which may be landscape markings (e.g. parking lot lines) for additional purpose. Field of view **704** may contain many lines and/or objects of known dimensions strategically placed or recog- nized within the field of view **704** to facilitate image processing by service **700**. Building **714** may serve as a reference point having known dimension and position in measuring objects such as a person **716** or DLM **200**. A moving object such as a shopping cart **712** can have known dimensions, but not a specific position, to facilitate service **700** in locating an MS coming into the field of view **704**. Those skilled in the art recognize that known dimensions and/or locations of anticipated objects in field of view **704** have measurements facilitating discovering positions and measurements of new objects that may travel into the field of view **704**. Using FIG. 7B techniques with FIG. 7A techniques provides additional locating accuracy. A distance may be estimated based on the anticipated sizes of refer- ences in the field of view, relative size of the recognized MS.

With reference now to FIG. 7C, image capture device **702** is positioned for monitoring MSs that come into the field of view **704** of device **702**. Device **702** is as described above with connectivity to locating service **700** and antenna (or cell tower) **701**. MSs are preferably distinguishable by appearance (e.g. color, shape, markings, labels, tags, etc), or as attached (e.g. recognized mount to host) or carried (e.g. recognized by its user), or as identified by FIG. 7A and/or FIG. 7B methodologies. FIG. 7C illustrates that device **702** uses known locations within its field of view for determining how large, and where located, are objects that come into the field of view **704**. For example, building **714**, tree **720**, and traffic sign **722** have its locations known in field of view **704** by service **700**. Solving locations of objects that move into the field of view is accomplished with graphical triangula- tion measurements between known object reference loca- tions (e.g. building **714**, tree **720**, and sign **722**) and the object to be located. Timely snapshots by device **702** provide an ongoing locating of an MS, for example DLM **200**. Line segment distances **724** (a, b, c) can be measured using references such as those of FIG. 7B. Whereabouts are determined by providing known coordinates to anticipated objects such as building **714**, tree **720**, and sign **722**. Similarly, graphical AOA measurements (i.e. graphical angle measurements) and graphical MPT measurements can be used in relation to anticipated locations of objects within the field of view **704**. There may be many anticipated (known) object locations within field of view **704** to further facilitate locating an MS. Being nearby an object may also be enough to locate the MS by using the object's location for the location of the MS. Using FIG. 7C techniques with FIG. 7A and/or FIG. 7B techniques provides additional locating accuracy.

The system and methodologies illustrated by FIGS. 7A through 7C are preferably used in optimal combination by locating service **700** to provide a best location of an MS. In some embodiments, MS whereabouts is determined as the location of a device **702** by simply being recognized by the device **702**. In other embodiments, multiple devices **702** can be strategically placed within a geographic area for being used in combination to a common locating service **700** for providing a most accurate whereabouts of an MS. Multiple

US 10,477,994 B2

61                                                      62

field of views **704** from difference angles of different devices **702** enable more precise locating within three dimensional space, including precise elevations.

FIG. **7D** depicts a flowchart for describing a preferred embodiment of graphically locating a MS in accordance with locating service **700** described above, for example as illustrated by FIGS. **7A** through **7C**. Locating service **700** may be a single capable data processing system, or many connected data processing systems for enhanced parallel processing. Locating service **700** may be connected to services involved with any other locating technology described in this application for synergistic services as an MS is mobile. Locating service **700** begins at block **732** and continues to block **734** where the service **700** is initialized in preparation of MS whereabouts analysis. Block **734** initializes its table(s) of sought identifying criteria which can be pattern recognized. In one preferred embodiment, color/shade, shape, appearance and applicable sought information is initialized for each sought identifying criteria. Pattern recognition is well known in the art and initialization is specific for each technology discussed above for FIGS. **7A** through **7C**. For FIGS. **7B** and **7C** discussions, positions, measurements, and reference points of known landmarks are additionally accounted. Thereafter, block **736** gets the next snapshot from device(s) **702**. If there is none waiting to get, block **736** waits for one. If there is one queued up for processing, then block **736** continues to block **738**. FIG. **7D** is processing of a service, and is preferably multi-threaded. For example, blocks **736** through **754** can occur concurrently in many threads for processing a common queue of snapshots received from a device **702**, or many devices **702**. Each thread may process all sought criteria, or may specialize in a subset of sought criteria wherein if nothing is found, the thread can place the snapshot back on a queue for thread processing for another sought criteria after marking the queue entry as having been processed for one particular subset. So, threads may be specialized and work together in seeking all criteria, or may each work in parallel seeking the same criteria. In preferred embodiments, there is at least one queue of snapshots received by block(s) **736**. Block **736** continues to block **738** which attempts to detect an MS having sought criteria using pattern recognition techniques of FIGS. **7A** through **7C**, in particular, or in combination. In one example embodiment, as device **702** provides service **700** with at least one timely snapshot to block **736**, the snapshot graphic is scanned at block **738** for identifying characters/symbols/appearance of sought criteria. Block **738** continues with its search result to block **740**. If block **740** determines no MS are detected, then processing continues back to block **736**. If block **738** detected at least one MS (as determined at block **740**), then block **742** calculates WDR information for the MS(s) detected, block **744** notifies a supervisory service of MS whereabouts if applicable, block **746** communicates the WDR information to MS(s) detected (for example via antenna **701**), and processing continues to block **748**.

There may be a plurality of MSs in the field of view, so communications at block **746** targets each MS recognized. A MS should not rely on the service to have done its job correctly. At a MS, block **748** checks the MS ID communicated for validation. If block **748** determines the MS ID is incorrect, then processing continues back to block **736** (for the particular MS). If block **748** determines the MS ID is correct, then processing continues to block **750** where the particular MS completes its WDR **1100** received from service **700**. Thereafter, MS(s) prepare parameters at block **752**, invoke local FIG. **2F** processing already described

above (at block **754**), and processing continues for service **700** back to block **736**. Of course, block **746** continues directly to block **736** at the service(s) since there is no need to wait for MS(s) processing in blocks **748** through **754**. Parameters set at block **752** are: WDRREF=a reference or pointer to the MS WDR; DELETEQ=FIG. **7D** location queue discard processing; and SUPER=FIG. **7D** supervisory notification (e.g. no supervisory notification processing because it was already handled at block **744**, or by being in context of the FIG. **7D** service processing). No snapshots from device **702** are to be missed at block **736**.

See FIG. **11**A descriptions. Fields are set to the following upon exit from block **750**:

MS ID field **1100a** is preferably set with: Unique MS identifier of the MS, after validating at the MS that the service **700** has correctly identified it. This field is used to uniquely distinguish this MS WDRs on queue **22** from other originated WDRs. The service **700** may determine a MS ID from a database lookup using above appearance criteria. Field **1100a** may also be determined using the transmission methods as described for FIGS. **2A** through **2E**, for example by way of antenna **701**. For example, when the MS comes within range of antenna **701**, FIG. **7D** processing commences. Another embodiment prevents recognizing more than one MS within the field of view **704** at any time (e.g. a single file entryway), in which case the service can solicit a "who are you" transmission to identify the MS and then send back its whereabouts (in which case the MS sets its own MS ID here).

DATE/TIME STAMP field **1100b** is preferably set with: Same as was described for FIG. **2D** (block **236**) above.

LOCATION field **1100c** is preferably set with: The location determined for the MS by the service.

CONFIDENCE field **1100d** is preferably set with: same value (e.g. 76) regardless of how the MS location was determined. In other embodiments, field **1100d** will be determined by the number of distance measurements and/or the abundance of particular objects used in the field of view **704**. The resulting confidence value can be adjusted based on other graphical parameters involved, analogously to as described above.

LOCATION TECHNOLOGY field **1100e** is preferably set with: "Server Graphic-Patterns" "Server Graphic-Distances", "Server Graphic Triangulate", or a combination field value depending on how the MS was located and what flavor of service was used. The originator indicator is set to DLM.

LOCATION REFERENCE INFO field **1100f** is preferably set with: null (not set) for indicating that all whereabouts determination data was factored into the confidence, and none is relevant for a single TDOA or AOA measurement in subsequent processing (i.e. service did all the work).

COMMUNICATIONS REFERENCE INFO field **1100g** is preferably set with: Same as was described for FIG. **2D** (block **236**) above.

SPEED field **1100h** is preferably set with: null (not set), but can be set with speed required to arrive to the current location from a previously known time at a location (e.g. using previous snapshots processed), assuming the same time scale is used.

HEADING field **1100i** is preferably set with: null (not set), but can be set to heading determined when arriving to the current location from a previously known location (e.g. using previous snapshots processed).

ELEVATION field **1100j** is preferably set with: Elevation/altitude, if available, if available.

US 10,477,994 B2

63

APPLICATION FIELDS field **1100***k* is preferably set with: Same as was described for FIG. 2D (block **236**) above.

CORRELATION FIELD **1100***m* is preferably set with: Not Applicable (i.e. not maintained to queue **22**).

SENT DATE/TIME STAMP field **1100***n* is preferably set with: Not Applicable (i.e. not maintained to queue **22**).

RECEIVED DATE/TIME STAMP field **1100***p* is preferably set with: Not Applicable (i.e. not maintained to queue **22**).

In an alternative embodiment, MS **2** may be equipped (e.g. as part of resources **38**) with its own device **702** and field of view **704** for graphically identifying recognizable environmental objects or places to determine its own whereabouts. In this embodiment, the MS would have access to anticipated objects, locations and dimensions much the same way described for FIGS. **7**A through **7**D, either locally maintained or verifiable with a connected service. Upon a successful recognition of an object, place, or other graphically perceptible image which can be mapped to a location, the MS would complete a WDR similarly to above. The MS may recognize addresses, buildings, landmarks, of other pictorial data. Thus, the MS may graphically determine its own location. The MS would then complete a WDR **1100** for FIG. **2**F processing exactly as described for FIG. **7**D with the exceptions of fields that follow:

MS ID field **1100***a* is preferably set with: Same as was described for FIG. 2D (block **236**) above.

LOCATION field **1100***c* is preferably set with: The location determined for the MS by the MS.

LOCATION TECHNOLOGY field **1100***e* is preferably set with: "Client Graphic-Patterns" "Client Graphic-Distances", "Client Graphic Triangulate", or a combination field value depending on how the MS located itself. The originator indicator is set to DLM.

COMMUNICATIONS REFERENCE INFO field **1100***g* is preferably set with: null (not set).

With reference now to FIG. **81**B, depicted is a flowchart for describing a preferred embodiment of processing for a MS to graphically locate itself. FIG. **81**B processing is used on each image (generally referred to as a frame) which is captured (or stored) at a MS. There are many embodiments for how, when, where and why an image (frame) is captured at the MS which subsequently gets analyzed by FIG. **81**B processing, including:

MS local video, or camcorder, capability is used for capturing an image stream (i.e. a plurality of frames);

MS local camera capability is used for capturing a single snapshot image (i.e. a single frame);

MS receives location tagged image(s) (i.e. a snapshot or stream (i.e. a single frame or plurality of frames)) for a MS location;

MS receives image(s), or image stream, from source which claims the image(s) are representative of the current MS location;

MS contains image(s), or image stream, which is understood to be representative of the current location, and MS user selects the image(s) or image stream for analysis (i.e. each frame to be analyzed); or

MS maintains images(s) or image stream(s) to a MS memory and/or storage for subsequent analysis for MS recognizing its own location.

In some embodiments, a MS user enables or disables the MS automatically performing frame analysis for recognizing its own location. Enablement may include an additional configuration for which events, or moments, to perform analysis, including:

64

Each frame as it is captured at the MS;

Each frame as a configurable plurality of frames are captured at the MS;

The frame upon completion of capturing a snapshot image;

Each frame upon completion of capturing an image stream;

Each frame upon storing the image or image stream, perhaps to a particular location for frame analysis processing;

Each frame as it is received from a remote data processing system; or

Each frame as it is stored (e.g. locally, or upon being received from a remote data processing system).

Preferably, a user can manually perform frame analysis at any time on a stored image or stream. In preferred embodiments, MS performance considerations will affect under what circumstances frame analysis can be configured and/or performed. In some embodiments, a MS is prepackaged with graphical recognition criteria for FIG. **81**B artificial processing intelligence. In some embodiments, a MS performs location determination processing of FIG. **81**B upon normal MS usage (e.g. camcorder, camera, etc) and determining a location is a side affect of having used the MS for image capture purpose. In some embodiments, the MS performs image captures automatically for processing, perhaps unknown to the user of the MS, although preferably according to a user configuration.

Independent of how a frame is selected for processing, frame analysis processing begins at block **8100**, continues to block **8102** for applicable initialization in preparation for subsequent processing, and then to block **8104** for accessing graphical recognition criteria. In a preferred embodiment, graphical recognition criteria is preconfigured for a MS and governs how and what to examine in images for determining a location. Thereafter, if block **8106** determines Optical Character Recognition (OCR) criteria is configured, then block **8108** performs optical character recognition on the frame and produces an output text stream if one or more characters is identified. Block **8108** preferably employs all reasonable methods and systems for improving optical character recognizing functionality (e.g. employ relevant techniques of U.S. Pat. No. 5,875,261 (Method of and apparatus for optical character recognition based on geometric and color attribute hypothesis testing, Fitzpatrick et al); U.S. Pat. No. 5,645,309 (Method of and apparatus for character recognition through related spelling heuristics, Johnson); U.S. Pat. No. 5,406,640 (Method of and apparatus for producing predominate and non-predominate color coded characters for optical character recognition, Fitzpatrick et al; U.S. Pat. No. 5,396,564 (Method of and apparatus for recognizing predominate and non-predominate color code characters for optical character recognition, Fitzpatrick et al); U.S. Pat. No. 5,262,860 (Method and system communication establishment utilizing captured and processed visually perceptible data within a broadcast video signal, Fitzpatrick et al)).

Processing continues to block **8110** where the next (or first) text fragment from block **8108** is accessed, and block **8112** checks if a new text fragment is available for processing. If block **8112** determines that a new text fragment is available for processing, then block **8114** checks if the fragment, along with any other data so far processed, contains high confidence address information. If block **8114** determines high confidence address information was detected in the frame, then block **8116** performs further validation using whereabouts information available to the MS at the time of block **8116** processing, and block **8118**

US 10,477,994 B2

65

checks if a location can be determined for the address information containing the text fragment being processed. If block **8118** determines a location was determined, then block **8120** completes a WDR **1100**, block **8122** prepares parameters for FIG. **2D** processing, block **8124** invokes local FIG. **2F** processing already described above, and processing continues back to block **8110** for a next text fragment to process. Parameters set at block **8122** are: WDRREF=a reference or pointer to the MS WDR; DELETEQ=FIG. **81**B location queue discard processing; and SUPER=FIG. **81**B supervisory notification. The location determined at block **8118** should be of a reasonable confidence when completing the WDR at block **8120**. See FIG. **11**A descriptions, and WDR completion descriptions above.

A fragment at block **8110** may be any subset text string of the text stream from block **8108** so that text fragments, for example, may include re-processing previously processed or subsequently processed text portions of a loop iteration of block **8110** through **8124**. Intelligence is maintained at block **8110** for selecting an optimal next best text fragment. For example, if the user of the MS snaps a picture of an address on the outside of an office building, block **8110** should have enough intelligence to select the entire address text string rather than just a portion (e.g. zip code) for processing, and then prevent reprocessing redundant information for another loop iteration. Block **8110** may incorporate intelligence based on anticipated address lookup capability accessible to block **8116**. Block **8114** determines an indisputable address as a zip code, number and street address, state, street sign block, combinations thereof, or any other textual address information which corresponds to some location. Block **8116** preferably has access to address mapping or geocoding conversion information which is accessed local and/ or remote to the MS of FIG. **81**B processing for partial address search (e.g. find all states with street address), as well as queue **22**, LBX history **30**, statistics **14** and any other data which can complement or confirm determining whereabouts of the MS (e.g. narrow down state for street address based on what is found on queue **22**). A most recent WDR at queue **22** with a confident location can confirm whether or not the OCR findings are reasonable or possible.

With reference back to block **8118**, if it is determined that a confident location cannot be determined, processing continues back to block **8110**. With reference back to block **8114**, if it is determined that an indisputable address was not found, processing continues to block **8126**. If block **8126** determines a partial address was determined in the text fragment, block **8128** performs resolution accessing other text information from the text stream as well as using validation resources used by block **8116**, and processing continues to block **8118** already described above. With reference back to block **8126**, if it is determined that a partial address was not found, processing continues back to block **8110**. With reference back to block **8112**, if it is determined that that all reasonable text fragments have been processed from the text stream output of block **8108**, processing continues to block **8130**. With reference back to block **8106**, if it is determined that no OCR criteria is configured for processing, then processing continues to block **8130**.

If it is determined at block **8130** that one or more landmarks have been configured for graphical recognition criteria, block **8132** gets the next (or first) configured landmark, and block **8134** checks if all have been processed. If there is a landmark to process, then block **8136** compares the landmark criteria to the frame and block **8138** checks if a match was determined. Landmark criteria is preferably

66

scaled, two dimensionally translated, and color matched as a raster over the frame image for matching to a landmark in the frame. If block **8138** determines a match was found, then block **8140** performs validation similarly to block **8116**. Landmarks are configured with known location information (e.g. latitude and longitude, address, etc) for facilitating comparisons to useful MS resources for validation (i.e. queue **22**, LBX history **30**, statistics **14**, and any other data which can complement or confirm determining whereabouts of the MS).

Thereafter, if block **8142** determines a confident location was validated at block **8140**, then block **8144** completes a WDR **1100**, block **8146** prepares parameters for FIG. **2D** processing, block **8148** invokes local FIG. **2F** processing already described above, and processing continues back to block **8132** for the next landmark criteria to process. Parameters set at block **8146** are: WDRREF=a reference or pointer to the MS WDR; DELETEQ=FIG. **81**B location queue discard processing; and SUPER=FIG. **81**B supervisory notification.

If block **8142** determines that a confident location could not be determined, then processing continues directly back to block **8132**. If block **8138** determines a match was not found, processing continues back to block **8132**. Referring back to block **8134**, if all landmarks have been processed, then processing continues to block **8150**. Referring back to block **8130**, if no landmark information is configured, processing continues to block **8150**.

If it is determined at block **8150** that one or more conditional locations have been configured for graphical recognition criteria, block **8152** gets the next (or first) configured conditional location, and block **8154** checks if all have been processed. If there is a conditional location to process, then block **8156** compares the conditional location criteria to the frame and block **8158** checks if a match was determined. Conditional location is somewhat of a catch all for analyzing graphical objects in a frame, for example bar codes, special predefined location symbols, skiing direction signs, and other perceptible visuals other than OCR text and graphical landmarks. Conditional locations further support MS conditions which must be satisfied in order for frame analysis to take place. For example, if the frame is from a snapshot image (not an image stream) and a certain application is active, only then will frame analysis be performed for the criteria configured. In some embodiments, block **8156** can support all expressions of charter BNF Grammar **3068***a* and **3068***b*. A True result of that expression then causes a compare using the location criteria of the conditional location criteria. If block **8158** determines a match was found (and/or expression to process=True), then block **8160** performs validation similarly to block **8116** (e.g. consulting queue **22**, LBX history **30**, statistics **14**, and any other data which can complement or confirm determining whereabouts of the MS).

Thereafter, if block **8162** determines a confident location was validated at block **8160**, then block **8164** completes a WDR **1100**, block **8166** prepares parameters for FIG. **2D** processing, block **8168** invokes local FIG. **2F** processing already described above, and processing continues back to block **8152** for the next conditional location criteria to process. Parameters set at block **8166** are: WDRREF=a reference or pointer to the MS WDR; DELETEQ=FIG. **81**B location queue discard processing; and SUPER=FIG. **81**B supervisory notification.

If block **8162** determines that a confident location could not be determined, then processing continues directly back to block **8152**. If block **8158** determines a match was not

US 10,477,994 B2

67
68

found (and/or expression to process=False), processing continues back to block **8152**. Referring back to block **8154**, if all conditional locations have been processed, then FIG. **81**B processing terminates at block **8170**.

With reference to FIG. **81**A, depicted is a flowchart for describing a preferred embodiment of processing for configuring criteria used by a MS to graphically locate itself. The user of FIG. **81**A may be a MS user, an authenticated administrator of the MS of FIG. **81**A processing, or an appropriate administrator for manufactured MSs which have not yet been sold retail.

User interface processing begins at block **8172** and continues to block **8174** for initialization and for accessing any graphical recognition criteria already configured. Thereafter, block **8176** present any current configurations with alteration options, and block **8178** waits for a user action. When a user action is detected to the user interface, processing continues to block **8180**.

If block **8180** determines the user selected to configure OCR capability, then block **8182** interfaces with the user for enabling, or disabling, appropriate OCR functionality to be used by FIG. **81**B, otherwise processing continues to block **8184**. When block **8182** is complete, processing continues back to block **8176**.

If block **8184** determines the user selected to configure landmark criteria for graphical recognition, then block **8186** interfaces with the user for enabling, or disabling, landmark recognition functionality to be used by FIG. **81**B, otherwise processing continues to block **8188**. When block **8186** is complete interfacing with the user to specify graphical landmark criteria as well as associated location data, processing continues back to block **8176**. Graphical landmark criteria may include scalable geometric or raster description including edge dimensions, angles, and recognizable appearance features; color and shading information for verifiable time(s) of the day; unique color combinations or contrasts from known vantage points; actual graphical representation; or combinations thereof.

If block **8188** determines the user selected to configure conditional location criteria for graphical recognition, then block **8190** interfaces with the user for enabling, or disabling, conditional location recognition functionality to be used by FIG. **81**B, otherwise processing continues to block **8192**. When block **8190** is complete interfacing with the user to specify criteria as well as associated location data, processing continues back to block **8176**. Conditional location criteria may include any valid BNF grammar charter expression, as well as any other criteria which can be compared for a match to a graphical image. Block **8190** should support a user syntax for expression specification.

If block **8192** determines the user selected to save configuration made thus far, then block **8194** saves the configurations for FIG. **81**B and processing continues back to block **8176**, otherwise processing continues to block **8196**. Block **8194** may internalize conditional expressions of block **8190** for optimal FIG. **81**B processing.

If block **8196** determines the user selected to exit FIG. **81**A processing, then block **8199** appropriately terminates the FIG. **81**A interface and processing, otherwise block **8198** handles other user interface actions detected at block **8178** before continuing back to block **8176**.

FIG. **8**A heterogeneously depicts a locating by arbitrary wave spectrum illustration for discussing automatic location of a MS. In the case of acoustics or sound, prior art has shown that a noise emitting animal or object can be located by triangulating the sound received using TDOA by strategically placed microphones. It is known that by figuring out

time delay between a few strategically spaced microphones, one can infer the location of the sound. In a preferred embodiment, an MS, for example DLM **200**, emits a pulsed or constant sound (preferably beyond the human hearing range) which can be sensed by microphones **802** though **806**. Data is superimposed on the sound wave spectrum with variations in pitch or tone, or data occurs in patterned breaks in sound transmission. Data may contain a unique identifier of the MS so service(s) attached to microphones **802** through **806** can communicate uniquely to an MS. In some embodiments, sound signal by the MS is known to repel certain pests such as unwanted animals, rodents, or bugs in order to prevent the person carrying the MS from encountering such pests during travel, for example during outdoor hiking or mountain climbing. In submarine acoustics, AOA is a method to locate certain objects. The FIGS. **3**B and **3**C flowcharts occur analogously for sound signals received by microphones **802** through **806** which are connected to service processing of FIGS. **3**B and **3**C. The only difference is wave spectrum used.

It has been shown that light can be used to triangulate position or location information (e.g. U.S. Pat. No. 6,549,288 (Migdal et al) and U.S. Pat. No. 6,549,289 (Ellis)). Optical sensors **802** through **806** detect a light source of, or illumination of, an MS, for example DLM **200**. Data is superimposed on the light wave spectrum with specified frequency/wavelength and/or periodicity, or data occurs in patterned breaks in light transmission. Data may contain a unique identifier of the MS so service(s) attached to sensors **802** through **806** can communicate uniquely to an MS. Mirrors positioned at optical sensors **802** through **806** may be used to determine an AOA of light at the sensor, or alternatively TDOA of recognizable light spectrum is used to position an MS. The FIGS. **3**B and **3**C flowcharts occur analogously for light signals received by sensors **802** through **806** which are connected to service processing of FIGS. **3**B and **3**C. The only difference is wave spectrum used.

Heterogeneously speaking, FIG. **8**A illustrates having strategically placed sensors **802** through **806** for detecting a wave spectrum and using TDOA, AOA, or MPT. Those skilled in the art appreciate that a wave is analogously dealt with by FIGS. **3**B and **3**C regardless of the wave type, albeit with different sensor types **802** through **806** and different sensor interface to service(s) of FIGS. **3**B and **3**C. Wave signal spectrums for triangulation by analogous processing to FIGS. **3**B and **3**C include microwaves, infrared, visible light, ultraviolet light, X-rays, gamma rays, longwaves, magnetic spectrum, or any other invisible, visible, audible, or inaudible wave spectrum. Sensors **802** through **806** are appropriately matched according to the requirements. Alternatively, a MS may be sensing wave spectrums emitted by transmitters **802** through **806**.

Those skilled in the relevant arts appreciate that the point in all this discussion is all the wave forms provide methods for triangulating whereabouts information of an MS. Different types of wave forms that are available for an MS can be used solely, or in conjunction with each other, to determine MS whereabouts. MSs may be informed of their location using the identical wave spectrum used for whereabouts determination, or may use any other spectrum available for communicating WDR information back to the MS. Alternatively, the MS itself can determine WDR information relative applicable sensors/transmitters. In any case, a WDR **1100** is completed analogously to FIGS. **3**B and **3**C.

FIG. **8**B depicts a flowchart for describing a preferred embodiment of locating a MS through physically sensing a

US 10,477,994 B2

69

70

MS, for example a DLM **200**. Processing begins at block **810** upon contact with a candidate MS and continues to block **812** where initialization takes place. Initialization includes determining when, where, and how the contact was made. Then, block **814** takes the contact sample and sets it as input containing a unique identifier or handle of the MS which was sensed. There are various known embodiments of how the MS is sensed:

a) Touching sensors contact the MS (or host/housing having MS) to interpret physical characteristics of the MS in order to uniquely identify it (e.g. Braille, embossed/raised/depressed symbols or markings, shape, temperature, depressions, size, combinations thereof, etc);

b) Purchase is made with MS while in vicinity of device accepting purchase, and as part of that transaction, the MS is sensed as being at the same location as the device accepting purchase, for example using a cell phone to purchase a soft drink from a soft drink dispensing machine;

c) Barcode reader is used by person to scan the MS (or host/housing having MS), for example as part of shipping, receiving, or transporting;

d) The MS, or housing with MS, is sensed by its odor (or host/housing having MS), perhaps an odor indicating where it had been, where it should not be, or where it should be. Various odor detection techniques may be used;

e) Optical sensing wherein the MS is scanned with optical sensory means, for example to read a serial number; and/or

f) Any sensing means which can identify the MS through physical contact, or by nearby/close physical contact with some wave spectrum.

Block **814** continues to block **816** where a database is accessed for recognizing the MS identifier (handle) by mapping sensed information with an associated MS handle. If a match is found at block **818**, then block **822** determines WDR **1100** information using the location of where sensing took place. If block **818** determines no match was found, then data is saved at block **820** for an unrecognized entity such as is useful when an MS should have been recognized, but was not. In another embodiment, the MS handle is directly sensed so block **814** continues directly to block **818** (no block **816**). Block **820** continues to block **834** where processing terminates. Block **816** may not use the entire MS identifier for search, but some portion of it to make sure it is a supported MS for being located by sensing. The MS identifier is useful when communicating wirelessly the WDR information to the MS (at block **826**).

Referring now back to block **822**, processing continues to block **824** where a supervisory service may be updated with the MS whereabouts (if applicable), and block **826** communicates the WDR information to the MS. Any available communication method can be used for communicating the WDR information to the MS, as described above. Thereafter, the MS completes the WDR at block **828**, block **830** prepares FIG. **2**F parameters, and block **832** invokes FIG. **2**F processing already described above. Processing terminates thereafter at block **834**. Parameters set at block **830** are: WDRREF=a reference or pointer to the MS WDR; DELETEQ=FIG. **8**B location queue discard processing; and SUPER=FIG. **8**B supervisory notification (e.g. no supervisory notification processing because it was already handled at block **824**, or by being in context of the FIG. **8**B service processing). FIG. **8**B processing is available at any appro-

priate time for the MS. In an alternate embodiment, the MS senses its environment to determine whereabouts.

See FIG. **11**A descriptions. Fields are set to the following upon exit from block **828**:

MS ID field **1100**a is preferably set with: Same as was described for FIG. **2**D (block **236**) above.

DATE/TIME STAMP field **1100**b is preferably set with: Same as was described for FIG. **2**D (block **236**) above.

LOCATION field **1100**c is preferably set with: Location of the sensor sensing the MS.

CONFIDENCE field **1100**d is preferably set with: Should be high confidence (e.g. 98) for indisputable contact sensing and is typically set with the same value.

LOCATION TECHNOLOGY field **1100**e is preferably set with: "Contact", or a specific type of Contact. The originator indicator is set to DLM.

LOCATION REFERENCE INFO field **1100**f is preferably set with: null (not set).

COMMUNICATIONS REFERENCE INFO field **1100**g is preferably set with: Same as was described for FIG. **2**D (block **236**) above.

SPEED field **1100**h is preferably set with: null (not set), but can be set with speed required to arrive to the current location from a previously known time at a location, assuming the same time scale is used.

HEADING field **1100**i is preferably set with: null (not set), but can be set to heading determined when arriving to the current location from a previously known location.

ELEVATION field **1100**j is preferably set with: Elevation/altitude, if available.

APPLICATION FIELDS field **1100**k is preferably set with: Same as described for FIG. **2**D (block **236**) above.

CORRELATION FIELD **1100**m is preferably set with: Not Applicable (i.e. not maintained to queue **22**).

SENT DATE/TIME STAMP field **1100**n is preferably set with: Not Applicable (i.e. not maintained to queue **22**).

RECEIVED DATE/TIME STAMP field **1100**p is preferably set with: Not Applicable (i.e. not maintained to queue **22**).

FIG. **8**C depicts a flowchart for describing a preferred embodiment of locating a MS, for example a DLM **200**, through a manually entered location of the MS. MS user interface processing begins at block **850** when a user starts the user interface from code **18** and continues to block **852**. Any of a variety of user interfaces, dependent on the type of MS, is used for manually entering the location of the MS. A user interfaces with the MS at block **852** until one of the monitored actions relevant to this disclosure are detected. Thereafter, if block **854** determines the user has selected to set his location manually, then processing continues to block **860**. If block **854** determines the user did not select to manually set his location, then block **856** determines if the user selected to force the MS to determine its location. If the user did select to force the MS to get its own location, then block **856** continues to block **862**. If the user did not select to force the MS to get its own location as determined by block **856**, then processing continues to block **858**. If block **858** determines the user wanted to exit the user interface, then block **880** terminates the interface and processing terminates at block **882**. If block **858** determines the user did not want to exit the user interface, then block **884** handles any user interface actions which caused exit from block **852** yet were not handled by any action processing relevant to this disclosure.

With reference back to block **860**, the user interfaces with the MS user interface to manually specify WDR information. The user can specify:

1) An address or any address subset such as a zip code;

US 10,477,994 B2

71                                                                                                        72

2) Latitude, longitude, and elevation;
3) MAPSCO identifier;
4) FEMA map identifier;
5) USDA map identifier;
6) Direct data entry to a WDR **1100**; or
7) Any other method for user specified whereabouts of the MS.

The user can specify a relevant confidence value for the manually entered location, however, processing at block **860** preferably automatically defaults a confidence value for the data entered. For example, a complete address, validated at block **860**, will have a high confidence. A partial address such as city and state, or a zip code will have a low confidence value. The confidence value will reflect how large an area is candidate for where the MS is actually located. To prevent completely relying on the user at block **860** for accurate WDR information, validation embodiments may be deployed. Some examples:

Upon specification (e.g. FEMA), the MS will access connected service(s) to determine accuracy (FEMA conversion tables);

Upon specification (e.g. MAPSCO), the MS will access local resources to help validate the specification (e.g. MAPSCO conversion tables); and/or

Upon specification (e.g. address), the MS can access queue **22** and/or history **30** for evidence proving likelihood of accuracy. The MS may also access services, or local resources, for converting location information for proper comparisons.

In any case, a confidence field **1100***d* value can be automatically set based on the validation results, and the confidence may, or may not, be enabled for override by the user.

After WDR information is specified at block **860**, the MS completes the WDR at block **874**, block **876** prepares parameters for FIG. **2F** processing, and (at block **878**) the MS invokes FIG. **2F** processing already described above before returning back to block **852**. Parameters set at block **876** are: WDRREF=a reference or pointer to the MS WDR; DELETEQ=FIG. **8C** location queue discard processing; and SUPER=FIG. **8C** supervisory notification processing. Various embodiments permit override of the confidence floor value by the user, or by FIG. **8C** processing. Block **874** may convert the user specified information into a standardized more usable form in an LN-expanse (e.g. convert to latitude and longitude if possible, truncated precision for more area coverage). WDR **1100** fields (see FIG. **11A**) are set analogously in light of the many variations already described above.

With reference back to block **862**, if it is determined that the MS is equipped with capability (e.g. in range, or in readiness) to locate itself, then processing continues to block **864** where the MS locates itself using MS driven capability described by FIGS. **2E**, **3C**, **4B**, **6B**, and **8A** or MS driven alternative embodiments to FIGS. **2D**, **3B**, **5B**, **6A**, **7D**, **8A**, and **8B**, or any other MS capability for determining its own whereabouts with or without help from other data processing systems or services. Interfacing to locating capability preferably involves a timeout in case there is no, or slow, response, therefore block **864** continues to block **868** where it determined whether or not block **864** timed out prior to determining a location. If block **868** determines a timeout was encountered, then block **872** provides the user with an error to the user interface, and processing continues back to block **852**. Block **872** preferably requires use acknowledgement prior to continuing to block **852**.

If block **868** determines there was no timeout (i.e. whereabouts successfully determined), then block **870** interfaces to the locating interface to get WDR information, block **874** completes a WDR, and blocks **876** and **878** do as described above. If block **862** determines the MS cannot locate itself and needs help, then block **866** emits at least one broadcast request to any listening service which can provide the MS its location. Appropriate correlation is used for an anticipated response. Example services listening are service driven capability described by FIGS. **2D**, **3B**, **5B**, **6A**, **7D**, **8A**, and **8B**, or service side alternative embodiments of FIGS. **2E**, **3C**, **4B**, **6B**, and **8A**, or any other service capability for determining MS whereabouts with or without help from the MS or other data processing systems or services. Block **866** then continues to block **868**.

If block **868** determines a timeout was encountered from the service broadcast request, then block **872** provides the user with an error to the user interface, and processing continues back to block **852**. If block **868** determines there was no timeout (i.e. whereabouts successfully determined), then block **870** receives WDR information from the locating interface of the responding service, block **874** completes a WDR, and blocks **876** and **878** do as already described above.

See FIG. **11A** descriptions. Depending how the MS was located via processing started at block **856** to block **862**, a WDR is completed analogous to as described in Figs. above. If the user manually specified whereabouts at block **860**, fields are set to the following upon exit from block **874**:

MS ID field **1100***a* is preferably set with: Same as was described for FIG. **2D** (block **236**) above.

DATE/TIME STAMP field **1100***b* is preferably set with: Same as was described for FIG. **2D** (block **236**) above.

LOCATION field **1100***c* is preferably set with: Location entered by the user, or converted from entry by the user; preferably validated.

CONFIDENCE field **1100***d* is preferably set with: User specified confidence value, or a system assigned value per a validated manual specification. Confidence should reflect confidence of location precision (e.g. validated full address high; city and zip code low, etc). Manually specified confidences are preferably lower than other location technologies since users may abuse or set incorrectly, unless validated. Specifying lower confidence values than technologies above, for completely manual WDR specifications (i.e. no validation), ensures that manual specifications are only used by the MS in absence of other technologies. There are many validation embodiments that can be deployed (as described above) for a manually entered address wherein the resulting confidence may be based on validation(s) performed (e.g. compare recent history for plausible current address, use current latitude and longitude for database lookup to compare with address information entered, etc). The system and/or user may or may not be able to override the confidence value determined.

LOCATION TECHNOLOGY field **1100***e* is preferably set with: "Manual", or "Manual Validated". Types of validations may further be elaborated. The originator indicator is set to DLM.

LOCATION REFERENCE INFO field **1100***f* is preferably set with: null (not set).

COMMUNICATIONS REFERENCE INFO field **1100***g* is preferably set with: null (not set).

SPEED field **1100***h* is preferably set with: null (not set).

HEADING field **1100***i* is preferably set with: null (not set).

ELEVATION field **1100***j* is preferably set with: null (not set).

73
74

APPLICATION FIELDS field **1100***k* is preferably set with: Same as was described for FIG. **2**D (block **236**) above; or as decided by the user.

CORRELATION FIELD **1100***m* is preferably set with: Not Applicable (i.e. not maintained to queue **22**).

SENT DATE/TIME STAMP field **1100***n* is preferably set with: Not Applicable (i.e. not maintained to queue **22**).

RECEIVED DATE/TIME STAMP field **1100***p* is preferably set with: Not Applicable (i.e. not maintained to queue **22**).

FIG. **9**A depicts a table for illustrating heterogeneously locating a MS, for example a DLM **200**. While many location methods and systems have been exhausted above, there may be other system and methods for locating an MS which apply to the present disclosure. The requirement for LBX is that the MS be located, regardless of how that occurs. MSs disclosed herein can be located by one or many location technologies discussed. As MS prices move lower, and capabilities increase, an affordable MS will contain multiple abilities for being located. GPS, triangulation, in-range detection, and contact sensory may all be used in locating a particular MS as it travels. Equipping the MS with all techniques is straightforward and is compelling when there are competing, or complementary, technologies that the MS should participate in.

The FIG. **9**A table has DLM location methods for rows and a single column for the MS (e.g. DLM **200**). Each location technology can be driven by the client (i.e. an MS), or a service (i.e. the location server(s)) as denoted by a row qualifier "C" for client or "S" for service. An MS may be located by many technologies. The table illustrated shows that the MS with unique identifier 0A12:43EF:985B:012F is able to be heterogeneously located, specifically with local MS GPS capability, service side cell tower in-range detection, service side cell tower TDOA, service side cell tower MPT (combination of TDOA and AOA), service side antenna in-range detection, service side antenna AOA, service side antenna TDOA, service side antenna MPT, service side contact/sensory, and general service side MPT. The unique identifier in this example is a universal product identifier (like Host Bus Adapter (HBA) World Wide Name (WWN) identifiers are generated), but could be in other form as described above (e.g. phone #214-403-4071). An MS can have any subset of technologies used to locate it, or all of the technologies used to locate it at some time during its travels. An MS is heterogeneously located when two or more location technologies are used to locate the MS during MS travels and/or when two or more location technologies with incomplete results are used in conjunction with each other to locate the MS during MS travels, such as MPT. MPT is a heterogeneous location technology because it uses at least two different methods to accomplish a single location determination. Using combinations of different location technologies can be used, for example a TDOA measurement from an in-range antenna with a TDOA measurement relative a cell tower (e.g. as accomplished in MS processing of FIG. **26**B), using completely different services that have no knowledge of each other. Another combination is to use a synergy of whereabouts data from one technology with whereabouts data from another technology. For example, in-range detection is used in combination with graphical identification to provide better whereabouts of a MS. In another example, a GPS equipped MS travels to an area where GPS does not work well (e.g. downtown amidst large and tall buildings). The DLM becomes an ILM, and is triangulated relative other MSs. So, an MS is heterogeneously located using two or more technologies to determine a single whereabouts, or different whereabouts of the MS during travel.

FIG. **9**B depicts a flowchart for describing a preferred embodiment of heterogeneously locating a MS, for example DLM **200**. While heterogeneously locating an MS can occur by locating the MS at different times using different location technologies, flowchart **9**B is shown to discuss a generalization of using different location technologies with each other at the same time to locate an MS. Processing begins at block **950** and continues to block **952** where a plurality of parameters from more than one location technology are examined for locating an MS. Processing begins at block **950** by a service (or the MS) when a location technology by itself cannot be used to confidently locate the MS. Data deemed useful at block **952**, when used in conjunction with data from a different location technology to confidently locate the MS, is passed for processing to block **954**. Block **954** heterogeneously locates the MS using data from at least two location technologies to complement each other and to be used in conjunction with each other in order to confidently locate the MS. Once the MS whereabouts are determined at block **954**, WDR information is communicated to the MS for further processing at block **956**. In some embodiments where a service is heterogeneously locating the MS, block **956** communicates WDR information wirelessly to the MS before processing begins at block **958**. In another embodiment where the MS is heterogeneously locating itself, block **956** communicates WDR information internally to WDR completion processing at block **958**. In preferred embodiments, the MS completes its WDR information at block **958**, FIG. **2**F parameters are prepared at block **960**, and the MS invokes FIG. **2**F processing already described above (at block **962**), before processing terminates at block **964**. Parameters set at block **960** are: WDRREF=a reference or pointer to the MS WDR; DELETEQ=FIG. **9**B location queue discard processing; and SUPER=FIG. **9**B supervisory notification processing. WDR **1100** fields (see FIG. **11**A) are set analogously in light of many variations to already described above.

In some embodiments of FIG. **9**B processing, Missing Part Triangulation (MPT) is used to heterogeneously locate an MS. For a service side embodiment example, block **950** begins service processing when TDOA information itself cannot be used to confidently locate the MS, or AOA information itself cannot be used to confidently locate the MS, however using angles and distances from each in conjunction with each other enables solving whereabouts confidently. See "Missing Part Triangulation (MPT)" section below with discussions for FIGS. **11**A through **11**E for MPT processing of blocks **952** and **954**. Data discovered at block **952** and processed by block **954** depends on the embodiment, what stationary reference point locations are known at the time of blocks **952** and **954** processing, and which parts are missing for triangulating the MS. Having three (3) sides (all TDOA) with known stationary vertices location(s) solves the triangle for locating the MS. Three (3) angles (all AOA) with known stationary vertices location(s) solves the triangle for locating the MS. Those skilled in the art appreciate that solving triangulation can make complementary use of different distances (time used to determine length in TDOA) and angles (from AOA) for deducing a MS location confidently (e.g. MPT). Those skilled in the art recognize that having stationary reference locations facilitates requiring less triangular information for deducing a MS location confidently.

While MPT has been discussed by example, flowchart **9**B is not to be interpreted in a limiting sense. Any location technologies, for example as shown in FIG. **9**A, can be used in conjunction with each other when not all information

US 10,477,994 B2

75

required is available in a single location technology to confidently deduce an MS location. Data available from the different location technologies available will be examined on its own merits, and optionally used in conjunction to deduce a confident location. For example, a TDOA (difference between when signal sent and when received) measurement from "coming within range" technology can be used to distinguish how close, or how far, an MS in the vicinity. That measurement may be used to more confidently locate the MS using other TDOA measurements from other unrelated "coming within range" whereabouts information. In another example, graphical locating information described with FIGS. 7A through 7D can be used in conjunction with AOA and/or TDOA, or other useful locating information of other locating technologies. In another example, light triangulation information is used in conjunction with sound triangulation, or light and/or sound information is used with any other wave form location information to perform accurate locating of a MS. Thus, there are many examples where heterogeneously locating involves using the best available data from a plurality of different locating technologies.

With the many DLM examples above, it should be clear now to the reader how to set the WDR 1100 for DLM invoked FIG. 2F processing. There can be other location technologies that will set WDR 1100 fields analogously. Locating methodologies of FIGS. 2A through 9B can be used in any combination, for example for more timely or accurate locating. Furthermore, a MS automatically takes on a role of a DLM or ILM depending on what capability is available at the time, regardless of whether or not the MS is equipped for being directly located. As a DLM roams to unsupported areas, it can remain a DLM using different DLM technologies, and it can become an ILM to depend on other MSs (ILMs or DLMs) in the vicinity to locate it.

### LBX Indirectly Located Mobile Data Processing Systems (ILMs)

FIGS. 10A and 10B depict an illustration of a Locatable Network expanse (LN-Expanse) 1002 for describing locating of an ILM with all DLMs. With reference now to FIG. 10A, DLM 200a, DLM 200b, DLM 200c, DLM 200d, and DLM 200e (referred to generally in FIGS. 10A and 10B discussions as DLMs 200) are each automatically and directly located, for example using any of the automatic location technologies heretofore described. ILM 1000b is automatically located using the reference locations of DLM 200b, DLM 200c, and DLM 200e. DLMs 200 can be mobile while providing reference locations for automatically determining the location of ILM 1000b. Timely communications between MSs is all that is required for indirectly locating MSs. In some embodiments, DLMs 200 are used to triangulate the position of ILM 1000b using aforementioned wave spectrum(s) reasonable for the MSs. Different triangulation embodiments can triangulate the location of ILM 1000b using TDOA, AOA, or MPT, preferably by the ILM 1000b seeking to be located. In other embodiments, TDOA information is used to determine how close ILM 1000b is to a DLM for associating the ILM at the same location of a DLM, but with how close nearby. In other embodiments, an ILM is located by simply being in communications range to another MS. DLMs 200 can be referenced for determining elevation of an ILM. The same automatic location technologies used to locate a DLM can be used to automatically locate an ILM, except the DLMs are mobile and serve as the reference points. It is therefore important that DLM loca-

76

tions are timely known when references are needed for locating ILMs. Timely ILM interactions with other MSs, and protocol considerations are discussed in architecture 1900 below. DLMs 200b, 200c, and 200e are preferably selected for locating ILM 1000b by their WDR high confidence values, however any other WDR data may be used whereby wave spectrum, channel signal strength, time information, nearness, surrounded-ness, etc is considered for generating a confidence field 1100d of the WDR 1100 for the located ILM. Preferably, those considerations are factored into a confidence value, so that confidence values can be completely relied upon.

With reference now to FIG. 10B, ILM 1000c has been located relative a plurality of DLMs, namely DLM 200b, DLM 200d, and DLM 200e. ILM 1000c is located analogously to ILM 1000b as described for FIG. 10A, except there are different DLMs involved with doing the locating of ILM 1000c because of a different location of ILM 1000c. FIGS. 10A and 10B illustrate that MSs can be located using other MSs, rather than fixed stationary references described for FIGS. 2A through 9B. ILM 1000b and ILM 1000c are indirectly located using DLMs 200.

FIG. 10C depicts an illustration of a Locatable Network expanse (LN-Expanse) 1002 for describing locating of an ILM with an ILM and DLM. ILM 1000a is automatically located using the reference locations of DLM 200c, DLM 200b, and ILM 1000b. DLM 200b, DLM 200c and ILM 1000b can be mobile while providing reference locations for automatically determining the location of ILM 1000a. In some embodiments, MSs are used to triangulate the position of ILM 1000a using any of the aforementioned wave spectrum(s) (e.g. WiFi, cellular radio, etc) reasonable for the MSs. Different triangulation embodiments can triangulate the location of ILM 1000a using TDOA, AOA, or MPT, preferably by the ILM 1000a seeking to be located. In other embodiments, TDOA information is used to determine how close ILM 1000a is to a MS (DLM or ILM) for associating the ILM at the same location of a MS, but with how close nearby. In other embodiments, an ILM is located by simply being in communications range to another MS. DLMs or ILMs can be referenced for determining elevation of ILM 1000a. The same automatic location technologies used to locate a MS (DLM or ILM) are used to automatically locate an ILM, to except the MSs are mobile and serve as reference points. It is therefore important that MS (ILM and/or DLM) locations are timely known when references are needed for locating ILMs. Timely ILM interactions with other MSs, and protocol considerations are discussed in architecture 1900 below. DLM 200b, DLM 200c, and ILM 1000b are preferably selected for locating ILM 1000a by their WDR high confidence values, however any other WDR data may be used whereby wave spectrum, channel signal strength, time information, nearness, surrounded-ness, etc is considered for generating a confidence field 1100d of the WDR 1100 for the located ILM. Preferably, those considerations were already factored into a confidence value so that confidence values can be completely relied upon. ILM 1000a is indirectly located using DLM(s) and ILM(s).

FIGS. 10D, 10E, and 10F depict an illustration of a Locatable Network expanse (LN-Expanse) 1002 describing locating of an ILM with all ILMs. With reference now to FIG. 10D, ILM 1000e is automatically located using the reference locations of ILM 1000a, ILM 1000b, and ILM 1000c. ILM 1000a, ILM 1000b and ILM 1000c can be mobile while providing reference locations for automatically determining the location of ILM 1000e. Timely communications between MSs is all that is required. In some

US 10,477,994 B2

77

embodiments, MSs are used to triangulate the position of ILM **1000e** using any of the aforementioned wave spectrum (s) reasonable for the MSs. Different triangulation embodiments can triangulate the location of ILM **1000e** using TDOA, AOA, or MPT processing (relative ILMs **1000a** through **1000c**), preferably by the ILM **1000e** seeking to be located. ILMs can be referenced for determining elevation of ILM **1000e**. The same automatic location technologies used to locate a MS (DLM or ILM) are used to automatically locate an ILM, except the MSs are mobile and serve as the reference points. It is therefore important that ILM locations be timely known when references are needed for locating ILMs. Timely ILM interactions with other MSs, and protocol considerations are discussed in architecture **1900** below. ILM **1000a**, ILM **1000b**, and ILM **1000c** are preferably selected for locating ILM **1000e** by their WDR high confidence values, however any other WDR data may be used whereby wave spectrum, channel signal strength, time information, nearness, surrounded-ness, etc is considered for generating a confidence field **1100d** of the WDR **1100** for the located ILM. Preferably, those considerations were already factored into a confidence value so that confidence values can be completely relied upon. ILM **1000e** is indirectly located using ILM **1000a**, ILM **1000b**, and ILM **1000c**.

With reference now to FIG. 10E, ILM **1000g** is automatically located using the reference locations of ILM **1000a**, ILM **1000c**, and ILM **1000e**. ILM **1000a**, ILM **1000c** and ILM **1000e** can be mobile while providing reference locations for automatically determining the location of ILM **1000g**. ILM **1000g** is located analogously to ILM **1000e** as described for FIG. 10D, except there are different ILMs involved with doing the locating of ILM **1000g** because of a different location of ILM **1000g**. Note that as ILMs are located in the LN-expanse **1002**, the LN-expanse expands with additionally located MSs.

With reference now to FIG. 10F, ILM **1000i** is automatically located using the reference locations of ILM **1000f**, ILM **1000g**, and ILM **1000h**. ILM **1000f**, ILM **1000g** and ILM **1000h** can be mobile while providing reference locations for automatically determining the location of ILM **1000i**. ILM **1000i** is located analogously to ILM **1000e** as described for FIG. 10D, except there are different ILMs involved with doing the locating of ILM **1000i** because of a different location of ILM **1000i**. FIGS. **10D** through **10F** illustrate that an MS can be located using all ILMs, rather than all DLMs (FIGS. **10A** and **10B**), a mixed set of DLMs and ILMs (FIG. **10C**), or fixed stationary references (FIGS. **2A** through **9B**). ILMs **1000e**, **1000g**, and **1000i** are indirectly located using ILMs. Note that in the FIG. **10** illustrations the LN-expanse **1002** has expanded down and to the right from DLMs directly located up and to the left. It should also be noted that locating any MS can be done with at least one other MS. Three are not required as illustrated. It is preferable that triangulation references used surround an MS.

FIGS. **10G** and **10H** depict an illustration for describing the reach of a Locatable Network expanse (LN-Expanse) according to MSs. Location confidence will be dependent on the closest DLMs, how stale an MS location becomes for serving as a reference point, and how timely an MS refreshes itself with a determined location. An MS preferably has highest available processing speed with multithreaded capability in a plurality of hardware processors and/or processor cores. A substantially large number of high speed concurrent threads of processing that can occur within an MS provides for an optimal capability for being located quickly among its peer MSs, and for serving as a reference to its peer MSs. MS

78

processing described in flowcharts herein assumes multiple threads of processing with adequate speed to accomplish an optimal range in expanding the LN-Expanse **1002**.

With reference now to FIG. **10G**, an analysis of an LN-Expanse **1002** will contain at least one DLM region **1022** containing a plurality of DLMs, and at least one DLM indirectly located region **1024** containing at least one ILM that has been located with all DLMs. Depending on the range, or scope, of an LN-Expanse **1002**, there may be a mixed region **1026** containing at least one ILM that has been indirectly located by both an ILM and DLM, and there may be an exclusive ILM region **1028** containing at least one ILM that has been indirectly located by all ILMs. The further in distance the LN-Expanse has expanded from DLM region **1022** with a substantial number of MSs, the more likely there will an exclusive ILM region **1028**. NTP may be available for use in some regions, or some subset of a region, yet not available for use in others. NTP is preferably used where available to minimize communications between MSs, and an MS and service(s). An MS has the ability to make use of NTP when available.

With reference now to FIG. **10H**, all MSs depicted know their own locations. The upper left-hand portion of the illustration consists of region **1022**. As the reader glances more toward the rightmost bottom portion of the illustration, there can be regions **1024** and regions **1026** in the middle of the illustration. At the very rightmost bottom portion of the illustration, remaining ILMs fall in region **1028**. An ILM is indirectly located relative all DLMs, DLMs and ILMs, or all ILMs. An "Affirmifier" in a LN-expanse confidently knows its own location and can serve as a reference MS for other MSs. An affirmifier is said to "affirmify" when in the act of serving as a reference point to other MSs. A "Pacifier" can contribute to locating other systems, but with a low confidence of its own whereabouts. The LN-Expanse is a network of located/locatable MSs, and is preferably expanded by a substantial number of affirmifiers.

FIG. **10I** depicts an illustration of a Locatable Network expanse (LN-Expanse) for describing a supervisory service, for example supervisory service **1050**. References in flowcharts for communicating information to a supervisory service can refer to communicating information to supervisory service **1050** (e.g. blocks **294** and **296** from parameters passed to block **272** for many processing flows). The only requirement is that supervisory service **1050** be contactable from an MS (DLM or ILM) that reports to it. An MS reporting to service **1050** can communicate directly to it, through another MS (i.e. a single hop), or through a plurality of MSs (i.e. a plurality of hops). Networks of MSs can be preconfigured, or dynamically reconfigured as MSs travel to minimize the number of hops between a reporting MS and service **1050**. A purely peer to peer preferred embodiment includes a peer to peer network of located/locatable MSs that interact with each other as described herein. The purely peer to peer preferred embodiment may have no need to include a service **1050**. Nevertheless, a supervisory service may be warranted to provide certain processing centralization, or for keeping information associated with MSs. In some embodiments, supervisory service **1050** includes at least one database to house data (e.g. data **8**; data **20**; data **36**; data **38**, queue data **22**, **24**, **26**; and/or history **30**) for any subset of MSs which communicate with it, for example to house MS whereabouts information.

FIG. **11A** depicts a preferred embodiment of a Whereabouts Data Record (WDR) **1100** for discussing operations of the present disclosure. A Whereabouts Data Record (WDR) **1100** may also be referred to as a Wireless Data

US 10,477,994 B2

79 80

Record (WDR) **1100**. A WDR takes on a variety of formats depending on the context of use. There are several parts to a WDR depending on use. There is an identity section which contains a MS ID field **1100**$a$ for identifying the WDR. Field **1100**$a$ can contain a null value if the WDR is for whereabouts information received from a remote source which has not identified itself. MSs do not require identities of remote data processing systems in order to be located. There is a core section which is required in WDR uses. The core section includes date/time stamp field **1100**$b$, location field **1100**$c$, and confidence field **1100**$d$. There is a transport section of fields wherein any one of the fields may be used when communicating WDR information between data processing systems. Transport fields include correlation field **1100**$m$, sent date/time stamp field **1100**$n$, and received date/time stamp field **1100**$p$. Transport fields may also be communicated to send processing (e.g. queue **24**), or received from receive processing (e.g. queue **26**). Other fields are of use depending on the MS or applications thereof, however location technology field **1100**$e$ and location reference info field **1100**$f$ are of particular interest in carrying out additional novel functionality of the present disclosure. Communications reference information field **1100**$g$ may be valuable, depending on communications embodiments in the LN-expanse.

Some fields are multi-part fields (i.e. have sub-fields). Whereabouts Data Records (WDRs) **1100** may be fixed length records, varying length records, or a combination with field(s) in one form or the other. Some WDR embodiments will use anticipated fixed length record positions for subfields that can contain useful data, or a null value (e.g. −1). Other WDR embodiments may use varying length fields depending on the number of sub-fields to be populated. Other WDR embodiments will use varying length fields and/or sub-fields which have tags indicating their presence. Other WDR embodiments will define additional fields to prevent putting more than one accessible data item in one field. In any case, processing will have means for knowing whether a value is present or not, and for which field (or sub-field) it is present. Absence in data may be indicated with a null indicator (−1), or indicated with its lack of being there (e.g. varying length record embodiments).

When a WDR is referenced in this disclosure, it is referenced in a general sense so that the contextually reasonable subset of the WDR of FIG. **11**A is used. For example, when communicating WDRs (sending/receiving data **1302** or **1312**) between data processing systems, a reasonable subset of WDR **1100** is communicated in preferred embodiments as described with flowcharts. When a WDR is maintained to queue **22**, preferably most (if not all) fields are set for a complete record, regardless if useful data is found in a particular field (e.g. some fields may be null (e.g. −1)). Most importantly, Whereabouts Data Records (WDRs) are maintained to queue **22** for maintaining whereabouts of the MS which owns queue **22**. LBX is most effective the more timely (and continuous) a MS has valid whereabouts locally maintained. WDRs are designed for maintaining whereabouts information independent of any location technology applied. Over time, a MS may encounter a plurality of location technologies used to locate it. WDRs maintained to a first MS queue **22** have the following purpose:

1) Maintain timely DLM whereabouts information of the first MS independent of any location technology applied;
2) Maintain whereabouts information of nearby MSs independent of any location technology applied;

3) Provide DLM whereabouts information to nearby MSs for determining their own locations (e.g. provide whereabouts information to at least a second MS for determining its own location);
4) Maintain timely ILM whereabouts information of the first MS independent of any location technology applied; and
5) Provide ILM whereabouts information to nearby MSs so they can determine their own locations (e.g. first MS providing whereabouts information to at least a second MS for the second MS determining its own whereabouts).

A MS may go in and out of DLM or ILM roles as it is mobile. Direct location methods are not always available to the MS as it roams, therefore the MS preferably does all of 1 through 5 above. When the WDR **1100** contains a MS ID field **1100**$a$ matching the MS which owns queue **22**, that WDR contains the location (_location field **1100**$c$) with a specified confidence (field **1100**$d$) at a particular time (date/time stamp field **1100**$b$) for that MS. Preferably the MS ID field **1100**$a$, date/time stamp field **1100**$b$ and confidence field **1100**$d$ is all that is required for searching from the queue **22** the best possible, and most timely, MS whereabouts at the time of searching queue **22**. Other embodiments may consult any other fields to facilitate the best possible MS location at the time of searching and/or processing queue **22**. The WDR queue **22** also maintains affirmifier WDRs, and acceptable confidence pacifier WDRs (block **276**), which are used to calculate a WDR having matching MS field **1100**$a$ so the MS knows its whereabouts via indirect location methods. Affirmifier and pacifier WDRs have MS ID field **1100**$a$ values which do not match the MS owning queue **22**. This distinguishes WDRs of queue **22** for A) accessing the current MS location; from B) the WDRs from other MSs. All WDR fields of affirmifier and pacifier originated WDRs are of importance for determining a best location of the MS which owns queue **22**, and in providing LBX functionality.

MS ID field **1100**$a$ is a unique handle to an MS as previously described. Depending on the installation, MS ID field **1100**$a$ may be a phone #, physical or logical address, name, machine identifier, serial number, encrypted identifier, concealable derivative of a MS identifier, correlation, pseudo MS ID, or some other unique handle to the MS. An MS must be able to distinguish its own unique handle from other MS handles in field **1100**$a$. For indirect location functionality disclosed herein, affirmifier and pacifier WDRs do not need to have a correct originating MS ID field **1100**$a$. The MS ID may be null, or anything to distinguish WDRs for MS locations. However, to accomplish other LBX features and functionality, MS Identifiers (MS IDs) of nearby MSs (or unique correlations thereof) maintained in queue **22** are to be known for processing by an MS. MS ID field **1100**$a$ may contain a group identifier of MSs in some embodiments for distinguishing between types of MSs (e.g. to be treated the same, or targeted with communications, as a group), as long as the MS containing queue **22** can distinguish its own originated WDRs **1100**. A defaulted value may also be set for a "do not care" setting (e.g. null).

Date/Time stamp field **1100**$b$ contains a date/time stamp of when the WDR record **1100** was completed by an MS for its own whereabouts prior to WDR queue insertion. It is in terms of the date/time scale of the MS inserting the local WDR (NTP derived or not). Date/Time stamp field **1100**$b$ may also contain a date/time stamp of when the WDR record **1100** was determined for the whereabouts of an affirmifier or pacifier originating record **1100** to help an MS determine its own whereabouts, but it should still be in terms of the

US 10,477,994 B2

81

date/time scale of the MS inserting the local WDR (NTP derived or not) to prevent time conversions when needed, and to promote consistent queue 22 searches/sorts/etc. The date/time stamp field 1100b should use the best possible granulation of time, and may be in synch with other MSs and data processing systems according to NTP. A time zone, day/light savings time, and NTP indicator is preferably maintained as part of field 1100b. The NTP indicator (e.g. bit) is for whether or not the date/time stamp is NTP derived (e.g. the NTP use setting is checked for setting this bit when completing the WDR for queue 22 insertion). In some embodiments, date/time stamp field 1100b is measured in the same granulation of time units to an atomic clock available to MSs of an LN-Expanse 1002. When NTP is used in a LN-Expanse, identical time server sources are not a requirement provided NTP derived date/time stamps have similar accuracy and dependability.

Location field 1100c depends on the installation of the present disclosure, but can include a latitude and longitude, cellular network cell identifier, geocentric coordinates, geodetic coordinates, three dimensional space coordinates, area described by GPS coordinates, overlay grid region identifier or coordinates, GPS descriptors, altitude/elevation (e.g. in lieu of using field 1100f), MAPSCO reference, physical or logical network address (including a wildcard (e.g. ip addresses 145.32.*.*)), particular address, polar coordinates, or any other two/three dimensional location methods/means used in identifying the MS location. Data of field 1100c is preferably a consistent measure (e.g. all latitude and longitude) for all location technologies that populate WDR queue 22. Some embodiments will permit using different measures to location field 1100c (e.g. latitude and longitude for one, address for another; polar coordinates for another, etc) which will be translated to a consistent measure at appropriate processing times.

Confidence field 1100d contains a value for the confidence that location field 1100c accurately describes the location of the MS when the WDR is originated by the MS for its own whereabouts. Confidence field 1100d contains a value for the confidence that location field 1100c accurately describes the location of an affirmifier or pacifier that originated the WDR. A confidence value can be set according to known timeliness of processing, communications and known mobile variables (e.g. MS speed, heading, yaw, pitch, roll, etc) at the time of transmission. Confidence values should be standardized for all location technologies used to determine which location information is of a higher/lower confidence when using multiple location technologies (as determined by fields 1100e and 1100f) for enabling determination of which data is of a higher priority to use in determining whereabouts. Confidence value ranges depend on the implementation. In a preferred embodiment, confidence values range from 1 to 100 (as discussed previously) for denoting a percentage of confidence. 100% confidence indicates the location field 1100c is guaranteed to describe the MS location. 0% confidence indicates the location field 1100c is guaranteed to not describe the MS location. Therefore, the lowest conceivable value of a queue 22 for field 1100d should be 1. Preferably, there is a lowest acceptable confidence floor value configured (by system, administrator, or user) as used at points of queue entry insertion—see block 276 to prevent frivolous data to queue 22. In most cases, WDRs 1100 contain a confidence field 1100d up to 100. In confidence value preferred embodiments, pacifiers know their location with a confidence of less than 75, and affirmifiers know their location with a confidence value 75 or greater. The confidence field is skewed to lower values as the

82

LN-expanse 1002 is expanded further from region 1022. Confidence values are typically lower when ILMs are used to locate a first set of ILMs (i.e. first tier), and are then lower when the first set of ILMs are used to locate a second set of ILMs (second tier), and then lower again when the second set of ILMs are used to locate a third set of ILMs (third tier), and so on. Often, examination of a confidence value in a WDR 1100 can indicate whether the MS is a DLM, or an ILM far away from DLMs, or an MS which has been located using accurate (high confidence) or inaccurate (low confidence) locating techniques.

Location Technology field 1100e contains the location technology used to determine the location of location field 1100c. An MS can be located by many technologies. Location Technology field 1100e can contain a value from a row of FIG. 9A or any other location technology used to locate a MS. WDRs inserted to queue 22 for whereabouts set field 1100e to the technology used to locate the MS. WDRs inserted to queue 22 for facilitating a MS in determining whereabouts set field 1100e to the technology used to locate the affirmifier or pacifier. Field 1100e also contains an originator indicator (e.g. bit) for whether the originator of the WDR 1100 was a DLM or ILM. When received from a service that has not provided confidence, this field may be used by a DLM to determine confidence field 1100d.

Location Reference Info field 1100f preferably contains one or more fields useful to locate a MS in processing subsequent of having been inserted to queue 22. In other embodiments, it contains data that contributed to confidence determination. Location Reference Info field 1100f may contain information (TDOA measurement and/or AOA measurement—see inserted field 1100f for FIGS. 2D, 2E and 3C) useful to locate a MS in the future when the WDR originated from the MS for its own whereabouts. Field 1100f will contain selected triangulation measurements, wave spectrum used and/or particular communications interfaces 70, signal strength(s), TDOA information, AOA information, or any other data useful for location determination. Field 1100f can also contain reference whereabouts information (FIG. 3C) to use relative a TDOA or AOA (otherwise WDR location field assumed as reference). In one embodiment, field 1100f contains the number of DLMs and ILMs which contributed to calculating the MS location to break a tie between using WDRs with the same confidence values. In another embodiment, a tier of ILMs used to locate the MS is maintained so there is an accounting for the number of ILMs in the LN-expanse between the currently located MS and a DLM. In other embodiments, MS heading, yaw, pitch and roll, or accelerometer values are maintained therein, for example for antenna AOA positioning. When wave spectrum frequencies or other wave characteristics have changed in a transmission used for calculating a TDOA measurement, appropriate information may be carried along, for example to properly convert a time into a distance. Field 1100f should be used to facilitate correct measurements and uses, if needed conversions have not already taken place.

Communications reference information field 1100g is a multipart record describing the communications session, channel, and bind criteria between the MS and MSs, or service(s), that helped determine its location. In some embodiments, field 1100g contains unique MS identifiers, protocol used, logon/access parameters, and useful statistics of the MSs which contributed to data of the location field 1100c. An MS may use field 1100g for WDRs originated from affirmifiers and pacifiers for subsequent LBX processing.

US 10,477,994 B2

83

Speed field **1100**$h$ contains a value for the MS speed when the WDR is originated by the MS for its own whereabouts. Speed field **1100**$d$ may contain a value for speed of an affirmifier or pacifier when the WDR was originated elsewhere. Speed is maintained in any suitable units.

Heading field **1100**$i$ contains a value for the MS heading when the WDR is originated by the MS for its own whereabouts. Heading field **1100**$i$ may contain a value for heading of an affirmifier or pacifier when the WDR was originated elsewhere. Heading values are preferably maintained in degrees up to 360 from due North, but is maintained in any suitable directional form.

Elevation field **1100**$j$ contains a value for the MS elevation (or altitude) when the WDR is originated by the MS for its own whereabouts. Elevation field **1100**$j$ may contain a value for elevation (altitude) of an affirmifier or pacifier when the WDR was originated elsewhere. Elevation (or altitude) is maintained in any suitable units.

Application fields **1100**$k$ contains one or more fields for describing application(s) at the time of completing, or originating, the WDR **1100**. Application fields **1100**$k$ may include field(s) for:

a) MS Application(s) in use at time;
b) MS Application(s) context(s) in use at time;
c) MS Application(s) data for state information of MS Application(s) in use at time;
d) MS Application which caused WDR **1100**;
e) MS Application context which caused WDR **1100**;
f) MS Application data for state information of MS Application which caused WDR **1100**;
g) Application(s) in use at time of remote MS(s) involved with WDR;
h) Application(s) context(s) in use at time of remote MS(s) involved with WDR;
i) MS Application(s) data for state information of remote MS(s) involved with WDR;
j) Remote MS(s) criteria which caused WDR **1100**;
k) Remote MS(s) context criteria which caused WDR **1100**;
l) Remote MS(s) data criteria which caused WDR **1100**;
m) Application(s) in use at time of service(s) involved with WDR;
n) Application(s) context(s) in use at time of service(s) involved with WDR;
o) MS Application(s) data for state information of service(s) involved with WDR;
p) Service(s) criteria which caused WDR **1100**;
q) Service(s) context criteria which caused WDR **1100**;
r) Service(s) data criteria which caused WDR **1100**;
s) MS navigation APIs in use;
t) Web site identifying information;
u) Physical or logical address identifying information;
v) Situational location information as described in U.S. Pat. Nos. 6,456,234; 6,731,238; 7,187,997 (Johnson);
w) Transactions completed at a MS;
x) User configurations made at a MS;
y) Environmental conditions of a MS;
z) Application(s) conditions of a MS;
aa) Service(s) conditions of a MS;
bb) Date/time stamps (like field **1100**$b$) with, or for, any item of a) through aa); and/or cc) Any combinations of a) through bb).

Correlation field **1100**$m$ is optionally present in a WDR when the WDR is in a transmission between systems (e.g. wireless communications) such as in data **1302** or **1312**. Field **1100**$m$ provides means for correlating a response to an earlier request, or to correlate a response to an earlier

84

broadcast. Correlation field **1100**$m$ contains a unique handle. In a LN-expanse which globally uses NTP, there is no need for correlation in data **1302** or **1312**. Correlation field **1100**$m$ may be present in WDRs of queues **24** or **26**. Alternatively, a MS ID is used for correlation.

Sent date/time stamp field **1100**$n$ is optionally present in a WDR when the WDR is in transmission between systems (e.g. wireless communications) such as in data **1302** or **1312**. Field **1100**$n$ contains when the WDR was transmitted. A time zone, day/light savings time, and NTP indicator is preferably maintained as part of field **1100**$n$. Field **1100**$n$ is preferably not present in WDRs of queue **22** (but can be if TDOA measurement calculation is delayed to a later time). In some embodiments, there is no need for field **1100**$n$. Whereabouts determined for MSs of an LN-Expanse may be reasonably timely, facilitating simplicity of setting outbound field **1100**$b$ to the transmission date/time stamp at the sending data processing system, rather than when the WDR was originally completed for whereabouts (e.g. when substantially the same time anyway). Sent date/time field **1100**$n$ may be present in WDRs of queues **24** or **26**.

Received date/time stamp field **1100**$p$ is preferably present in a WDR when inserted to queue **26** by receiving thread(s) upon received data **1302** or **1312**. Field **1100**$p$ contains when the WDR was received by the MS. A time zone, day/light savings time, and NTP indicator is preferably maintained as part of field **1100**$p$. Field **1100**$p$ is preferably not present in WDRs of queue **22** (but can be if TDOA measurement calculation is delayed to a later time). In some embodiments, there is no need for field **1100**$p$. For example, thread(s) **1912** may be listening directly on applicable channel(s) and can determine when the data is received. In another embodiment, thread(s) **1912** process fast enough to determine the date/time stamp of when data **1302** or **1312** is received since minimal time has elapsed between receiving the signal and determining when received. In fact, known processing duration between when received and when determined to be received can be used to correctly alter a received date/time stamp. Received date/time stamp field **1100**$p$ is preferably added to records placed to queue **26** by receiving thread(s) feeding queue **26**.

Any fields of WDR **1100** which contain an unpredictable number of subordinate fields of data preferably use a tagged data scheme, for example an X.409 encoding for a Token, Length, and Value (called a TLV encoding). Therefore, a WDR **1100**, or field therein, can be a variable sized record. For example, Location Reference info field **1100**$f$ may contain TTA, **8**, **0.1456** where the Token="TTA" for Time Till Arrival (TDOA measurement between when sent and when received), Length=8 for 8 bytes to follow, and Value=0.1456 in time units contained within the 8 bytes; also SS, **4**, **50** where Token="Signal Strength", 4=4 for 4 bytes to follow, and Value=50 dBu for the signal strength measurement. This allows on-the-fly parsing of unpredictable, but interpretable, multipart fields. The TLV encoding also enables-on-the-fly configuration for parsing new subordinate fields to any WDR **1100** field in a generic implementation, for example in providing parse rules to a Lex and Yacc implementation, or providing parse rules to a generic top down recursive TLV encoding parser and processor.

Any field of WDR **1100** may be converted: a) prior to insertion to queue **22**; or b) after access to queue **22**; or c) by queue **22** interface processing; for standardized processing. Any field of WDR **1100** may be converted when sending/receiving/broadcasting, or related processing, to ensure a standard format. Other embodiments will store and access values of WDR **1100** field(s) which are already in a

US 10,477,994 B2

85                                                   86

standardized format. WDR **1100** fields can be in any order, and a different order when comparing what is in data transmitted versus data maintained to queue **22**.

An alternate embodiment to WDRs maintained to queue **22** preserves transport fields **1100***m*, **1100***n* and/or **1100***p*, for example for use on queue **22**. This would enable **1952** thread(s) to perform TDOA measurements that are otherwise calculated in advance and kept in field **1100***f*. However, queue **22** size should be minimized and the preferred embodiment uses transport fields when appropriate to avoid carrying them along to other processing.

FIGS. **11B**, **11C** and **11D** depict an illustration for describing various embodiments for determining the whereabouts of an MS, for example an ILM **1000***e*. With reference now to FIG. **11B**, a MS **1000***e* location is located by using locations of three (3) other MSs: MS_4, MS_5, and MS_6 (referred to generally as MS_j). MS_j are preferably located with a reasonably high level of confidence. In some embodiments, MS_j are all DLMs. In some embodiments, MS_j are all ILMs. In some embodiments, MS_j are mixed DLMs and ILMs. Any of the MSs may be mobile during locating of MS **1000***e*. Wave spectrums in use, rates of data communications and MS processing speed, along with timeliness of processing described below, provide timely calculations for providing whereabouts of ILM **1000***e* with a high level of confidence. The most confident MSs (MS_j) were used to determine the MS **1000***e* whereabouts. For example, MS_j were all located using a form of GPS, which in turn was used to triangulate the whereabouts of MS **1000***e*. In another example, MS_4 was located by a form of triangulation technology, MS_5 was located by a form of "coming into range" technology, and MS_6 was located by either of the previous two, or some other location technology. It is not important how an MS is located. It is important that each MS know its own whereabouts and maintain a reasonable confidence to it, so that other MSs seeking to be located can be located relative highest confidence locations available. The WDR queue **22** should always contain at least one entry indicating the location of the MS **2** which owns WDR queue **22**. If there are no entries contained on WDR queue **22**, the MS **2** does not know its own location.

With reference now to FIG. **11C**, a triangulation of MS **1000***e* at location **1102** is explained using location (whereabouts) **1106** of MS_4, location (whereabouts) **1110** of MS_5, and location (whereabouts) **1114** of MSs. Signal transmission distance from MS_j locations are represented by the radiuses, with r_1 the TDOA measurement (time difference between when sent and when received) between MS_4 and MS **1000***e*, with r_2 the TDOA measurement (time difference between when sent and when received) between MS_5 and MS **1000***e*, with r_3 the TDOA measurement (time difference between when sent and when received) between MSs and MS **1000***e*. In this example, the known locations of MS_j which are used to determine the location of MS **1000***e* allow triangulating the MS **1000***e* whereabouts using the TDOA measurements. In fact, less triangular data in the illustration can be necessary for determining a highly confident whereabouts of MS **1000***e*.

With reference now to FIG. **11D**, a triangulation of MS **1000***e* at location **1102** is explained using location (whereabouts) **1106** of MS_4, location (whereabouts) **1110** of MS_5, and location (whereabouts) **1114** of MSs. In some embodiments, AOA measurements taken at a positioned antenna of MS **1000***e* at location **1102** are used relative the whereabouts **1106**, whereabouts **1110**, whereabouts **1114** (AOA **1140**, AOA **1144** and AOA **1142**), wherein AOA measurements are detected for incoming signals during known values for MS

heading **1138** with MS yaw, pitch, and roll (or accelerometer readings). AOA triangulation is well known in the art. Line segment **1132** represents the direction of signal arrival to the antenna at whereabouts **1102** from MS_4 at whereabouts **1106**. Line segment **1134** represents the direction of signal arrival to the antenna at whereabouts **1102** from MS_5 at whereabouts **1110**. Line segment **1136** represents the direction of signal arrival to the antenna at whereabouts **1102** from MS_6 at whereabouts **1114**. In this example, the known locations of MS_j which are used to determine the location of MS **1000***e* allow triangulating the MS **1000***e* whereabouts using the AOA measurements. In fact, less triangular data in the illustration can be necessary for determining a highly confident whereabouts of MS **1000***e*. Alternative embodiments will use AOA measurements of outbound signals from the MS at whereabouts **1102** detected at antennas of whereabouts **1106** and/or **1110** and/or **1114**.

Missing Part Triangulation (MPT)

FIGS. **11C** and **11D** illustrations can be used in a complementary manner when only one or two TDOA measurements are available and/or no all stationary locations, or MS reference locations, are known at the time of calculation. Another example is when only one or two AOA angles is available and/or no all stationary locations, or MS reference locations, are known at the time of calculation. However, using what is available from each technology in conjunction with each other allows solving the MS whereabouts (e.g. blocks **952/954** processing above). MPT is one example of solving for missing parts using more than one location technology. Condition of data known for locating a MS (e.g. whereabouts **1106**, **1110** and **1114**) may be the following:

1) AAS=two angles and a side;
2) ASA=two angles and a common side;
3) SAS=two sides and the included angle; or
4) SSA=two sides and a non-included angle.

TDOA measurements are distances (e.g. time difference between when sent and when received), and AOA measurements are angles. Each of the four conditions are recognized (e.g. block **952** above), and data is passed for each of the four conditions for processing (e.g. block **954** above). For AAS (#1) and ASA (#2), processing (e.g. block **954**) finds the third angle by subtracting the sum of the two known angles from 180 degrees (i.e. using mathematical law that triangles' interior angles add up to 180 degrees), and uses the mathematical law of Sines (i.e. sin A/a=sin B=c/sin C) twice to find the second and third sides after plugging in the knowns and solving for the unknowns. For SAS (#3), processing (e.g. block **954**) uses the mathematical law of Cosines (i.e. $a^2=b^2 c^2-2bc \cos A$) to find the third side, and uses the mathematical law of Sines (sin A/a=sin B/b=sin C/c (derived from law of Sines above)) to find the second angle. For SSA (#4), processing (e.g. block **954**) uses the mathematical law of Sines (i.e. (sin A/a=sin B/b=sin C/c) twice to get the second angle, and mathematical law of Sines (a/sin A=b/sin B=c/sin C) to get the third side. Those skilled in the art recognize other useful trigonometric functions and formulas, and similar uses of the same trigonometric functions, for MPT depending on what data is known. The data discovered and processed depends on an embodiment, what reference locations are available, and which parts are missing for MPT. MPT uses different distances (time used to determine length in TDOA) and/or angles to (from AOA or TDOA technologies) for deducing a MS location confidently (e.g. MPT). Even a single AOA measurement from a known reference location (stationary or MS) with a single TDOA

US 10,477,994 B2

87

88

measurement relative that reference location can be used to confidently locate a MS, and triangulation measurements used to deduce a MS location need not be from the same location technologies or wave spectrums. Those skilled in the art recognize that having known reference locations facilitates requiring less triangular information for deducing a MS location confidently. MPT examples include using information from any aforementioned wave spectrums, or any heterogeneous combinations thereof, for example to leverage useful, or available, data from different wave spectrums and/or location technologies (see heterogeneous locating discussions).

FIG. **11**E depicts an illustration for describing various embodiments for automatically determining the location of an MS. An MS can be located relative other MSs which were located using any of a variety of location technologies, for example any of those of FIG. **9**A. An MS is heterogeneously located when one of the following conditions are met:

More than one location technology is used during travel of the MS;

More than one location technology is used to determine a single whereabouts of the MS;

MPT is used to locate the MS; and/or

ADLT is used to locate the MS.

The WDR queue **22** and interactions between MSs as described below cause the MS to be heterogeneously located without special consideration to any particular location technology. While WDR **1100** contains field **1100**e, field **1100**d provides a standard and generic measurement for evaluating WDRs from different location technologies, without concern for the location technology used. The highest confidence entries to a WDR queue **22** are used regardless of which location technology contributed to the WDR queue **22**.

LBX Configuration

FIG. **12** depicts a flowchart for describing an embodiment of MS initialization processing. Depending on the MS, there are many embodiments of processing when the MS is powered on, started, restarted, rebooted, activated, enabled, or the like. FIG. **12** describes the blocks of processing relevant to the present disclosure as part of that initialization processing. It is recommended to first understand discussions of FIG. **19** for knowing threads involved, and variables thereof. Initialization processing starts at block **1202** and continues to block **1204** where the MS Basic Input Output System (BIOS) is initialized appropriately, then to block **1206** where other character **32** processing is initialized, and then to block **1208** to check if NTP is enabled for this MS. Block **1206** may start the preferred number of listen/receive threads for feeding queue **26** and the preferred number of send threads for sending data inserted to queue **24**, in particular when transmitting CK **1304** embedded in usual data **1302** and receiving CK **1304** or **1314** embedded in usual data **1302** or **1312**, respectively. The number of threads started should be optimal for parallel processing across applicable channel(s). In this case, other character **32** threads are appropriately altered for embedded CK processing (sending at first opportune outbound transmission; receiving in usual inbound transmission).

If block **1208** determines NTP is enabled (as defaulted or last set by a user (i.e. persistent variable)), then block **1210** initializes NTP appropriately and processing continues to block **1212**. If block **1208** determines NTP was not enabled, then processing continues to block **1212**. Block **1210** embodiments are well known in the art of NTP implemen-

tations (also see block **1626**). Block **1210** may cause the starting of thread(s) associated with NTP. In some embodiments, NTP use is assumed in the MS. In other embodiments, appropriate NTP use is not available to the MS. Depending on the NTP embodiment, thread(s) may pull time synchronization information, or may listen for and receive pushed time information. Resources **38** (or other MS local resource) provides interface to an MS clock for referencing, maintaining, and generating date/time stamps at the MS. After block **1210** processing, the MS clock is synchronized to NTP. Because of initialization of the MS in FIG. **12**, block **1210** may rely on a connected service to initially get the startup synchronized NTP date/time. MS NTP processing will ensure the NTP enabled/disabled variable is dynamically set as is appropriate (using semaphore access) because an MS may not have continuous clock source access during travel when needed for resynchronization. If the MS does not have access to a clock source when needed, the NTP use variable is disabled. When the MS has (or again gets) access to a needed clock source, then the NTP use variable is enabled.

Thereafter, block **1212** creates shared memory to maintain data shared between processes/threads, block **1214** initializes persistent data to shared memory, block **1216** initializes any non-persistent data to shared memory (e.g. some statistics **14**), block **1218** creates system queues, and block **1220** creates semaphore(s) used to ensure synchronous access by concurrent threads to data in shared memory, before continuing to block **1222**. Shared memory data accesses appropriately utilize semaphore lock windows (semaphore(s) created at block **1220**) for proper access. In one embodiment, block **1220** creates a single semaphore for all shared memory accesses, but this can deteriorate performance of threads accessing unrelated data. In the preferred embodiment, there is a semaphore for each reasonable set of data of shared memory so all threads are fully executing whenever possible. Persistent data is that data which maintains values during no power, for example as stored to persistent storage **60**. This may include data **8** (including permissions **10**, charters **12**, statistics **14**, service directory **16**), data **20**, LBX history **30**, data **36**, resources **38**, and/or other data. Persistent data preferably includes at least the DLMV (see DLM role(s) list Variable below), ILMV (see ILM role(s) list Variable below), process variables 19xx-Max values (19xx=**1902**, **1912**, **1922**, **1932**, **1942** and **1952** (see FIG. **19** discussions below)) for the last configured maximum number of threads to run in the respective process, process variables 19xx-PID values (19xx=**1902**, **1912**, **1922**, **1932**, **1942** and **1952** (see FIG. **19** discussions below)) for multipurpose of: a) holding an Operating System Process Identifier (i.e. O/S PID) for a process started; and b) whether or not the respective process was last enabled (i.e. PID>0) or disabled (i.e. PID<=0), the confidence floor value (see FIG. **14**A), the WTV (see Whereabouts Timeliness Variable (see FIG. **14**A)), the NTP use variable (see FIG. **14**A) for whether or not NTP was last set to disabled or enabled (used at block **1208**), and the Source Periodicity Time Period (SPTP) value (see FIG. **14**B). There are reasonable defaults for each of the persistent data prior to the first use of MS **2** (e.g. NTP use is disabled, and only becomes enabled upon a successful enabling of NTP at least one time). Nonpersistent data may include data involved in some regard to data **8** (and subsets of permissions **10**, charters **12**, statistics **14**, service directory **16**), data **20**, LBX history **30**, data **36**, resources **38**, queues, semaphores, etc. Block **1218** creates queues **22**, **24**, and **26**. Queues **1980** and **1990** are also created there if required. Queues **1980** and **1990** are not

US 10,477,994 B2

89

90

required when NTP is in use globally by participating data processing systems. Alternate embodiments may use less queues by threads sharing a queue and having a queue entry type field for directing the queue entry to the correct thread. Alternate embodiments may have additional queues for segregating entries of a queue disclosed for best possible performance. Other embodiments incorporate queues figuratively to facilitate explanation of interfaces between processing.

All queues disclosed herein are understood to have their own internally maintained semaphore for queue accesses so that queue insertion, peeking, accessing, etc uses the internally maintained semaphore to ensure two or more concurrently executing threads do not corrupt or misuse data to any queue. This is consistent with most operating system queue interfaces wherein a thread stays blocked (preempted) after requesting a queue entry until a queue entry appears in the queue. Also, no threads will collide with another thread when inserting, peeking, or otherwise accessing the same queue. Therefore, queues are implicitly semaphore protected. Other embodiments may use an explicit semaphore protected window around queue data accessing, in which case those semaphore(s) are created at block **1220**.

Thereafter, block **1222** checks for any ILM roles currently enabled for the MS (for example as determined from persistent storage of an ILM role(s) list Variable (ILMV) preferably preconfigured for the MS at first use, or configured as last configured by a user of the MS). ILM roles are maintained to the ILM role(s) list Variable (ILMV). The ILMV contains one or more entries for an ILM capability (role), each entry with a flag indicating whether it is enabled or disabled (marked=enabled, unmarked=disabled). If block **1222** determines there is at least one ILM role enabled (i.e. as marked by associated flag), then block **1224** artificially sets the corresponding 19xx-PID variables to a value greater than 0 for indicating the process(es) are enabled, and are to be started by subsequent FIG. **12** initialization processing. The 19xx-PID will be replaced with the correct Process Identifier (PID) upon exit from block **1232** after the process is started. Preferably, every MS can have ILM capability. However, a user may want to (configure) ensure a DLM has no ILM capability enabled (e.g. or having no list present). In some embodiments, by default, every MS has an unmarked list of ILM capability maintained to the ILMV for 1) USE DLM REFERENCES and 2) USE ILM REFERENCES. USE DLM REFERENCES, when enabled (marked) in the ILMV, indicates to allow the MS of FIG. **12** processing to determine its whereabouts relative remote DLMs. USE ILM REFERENCES, when enabled (marked) in the ILMV, indicates to allow the MS of FIG. **12** processing to determine its whereabouts relative remote ILMs. Having both list items marked indicates to allow determining MS whereabouts relative mixed DLMs and ILMs. An alternative embodiment may include a USE MIXED REFERENCES option for controlling the MS of FIG. **12** processing to determine its whereabouts relative mixed DLMs and/or ILMs. Alternative embodiments will enforce any subset of these options without exposing user configurations, for example on a MS without any means for being directly located.

For any of the ILMV roles of USE DLM REFERENCES, USE ILM REFERENCES, or both, all processes **1902**, **1912**, **1922**, **1932**, **1942** and **1952** are preferably started in **1902**-PID, **1912**-PID, **1922**-PID, **1932**-PID, **1942**-PID and **1952**-PID are artificially set at block **1224** to cause subsequent process startup at block **1232**). Characteristics of an anticipated LN-expanse (e.g. anticipated location technologies of participating MSs, MS capabilities, etc) will start a

reasonable subset of those processes with at least process **1912** started. Block **1224** continues to block **1226**. If block **1222** determines there are no ILMV role(s) enabled, then block processing continues to block **1226**.

Block **1226** initializes an enumerated process name array for convenient processing reference of associated process specific variables described in FIG. **19**, and continues to block **1228** where the first member of the set is accessed for subsequent processing. The enumerated set of process names has a prescribed start order for MS architecture **1900**. Thereafter, if block **1230** determines the process identifier (i.e. 19xx-PID such that 19xx is in **1902**, **1912**, **1922**, **1932**, **1942**, **1952** in a loop iteration of blocks **1228** through **1234**) is greater than 0 (e.g. this first iteration of **1952**-PID>0 implies it is to be started here; also implies process **1952** is enabled as used in FIGS. **14**A, **28**, **29**A and **29**B), then block **1232** spawns (starts) the process (e.g. **1952**) of FIG. **29**A to start execution of subordinate worker thread(s) (e.g. process **1952** thread(s)) and saves the real PID (Process Identifier) to the PID variable (e.g. **1952**-PID) returned by the operating system process spawn interface. Block **1232** passes as a parameter to the process of FIG. **29**A which process name to start (e.g. **1952**), and continues to block **1234**. If block **1230** determines the current process PID variable (e.g. **1952**-PID) is not greater than 0 (i.e. not to be started; also implies is disabled as used in FIGS. **14**A, **28**, **29**A and **29**B), then processing continues to block **1234**. Block **1234** checks if all process names of the enumerated set (pattern of 19xx) have been processed (iterated) by blocks **1228** through **1234**. If block **1234** determines that not all process names in the set have been processed (iterated), then processing continues back to block **1228** for handling the next process name in the set. If block **1234** determines that all process names of the enumerated set were processed, then block **1236** checks the DLMV (DLM role(s) list Variable). Blocks **1228** through **1234** iterate every process name of FIG. **19** to make sure that each is started in accordance with non-zero 19xx-PID variable values at FIG. **12** initialization.

Block **1236** checks for any DLM roles currently enabled for the MS (for example as determined from persistent storage of a DLM role(s) list Variable (DLMV) preferably preconfigured for the MS at first use if the MS contains DLM capability). DLM capability (roles), whether on-board at the MS, or determined during MS travels (see block **288**), is maintained to the DLM role(s) list Variable (DLMV). The DLMV contains one or more entries for a DLM capability (role), each (role) entry with a flag indicating whether it is enabled or disabled (marked=enabled, unmarked=disabled). If block **1236** determines there is at least one DLM role enabled (i.e. as marked by associated flag), then block **1238** initializes enabled role(s) appropriately and processing continues to block **1240**. Block **1238** may cause the starting of thread(s) associated with enabled DLM role(s), for DLM processing above (e.g. FIGS. **2**A through **9**B). Block **1238** may invoke API(s), enable flag(s), or initialize as is appropriate for DLM processing described above. Such initializations are well known in the art of prior art DLM capabilities described above. If block **1236** determines there are no DLM roles to initialize at the MS, then processing continues to block **1240**. Any of the FIG. **9**A technologies are eligible in the DLMV as determined to be present at the MS and/or as determined by historical contents of the WDR queue **22** (e.g. location technology field **1100**e with MS ID field **1100**a for this MS) and/or determined by LBX history **30**. Application Programming Interfaces (APIs) may also be used to determine MS DLM capability (role(s)) for entry(s) to the DLMV.

US 10,477,994 B2

91

92

Block **1240** completes LBX character initialization, and FIG. **12** initialization processing terminates thereafter at block **1242**. Depending on what threads were started as part of block **1206**, Block **1240** may startup the preferred number of listen/receive threads for feeding queue **26** and the preferred number of send threads for sending data inserted to queue **24**, in particular when transmitting new data **1302** and receiving new data **1302** or **1312**. The number of threads started should be optimal for parallel processing across applicable channel(s). Upon encounter of block **1242**, the MS is appropriately operational, and a user at the MS of FIG. **12** processing will have the ability to use the MS and applicable user interfaces thereof.

With reference now to FIG. **29**A, depicted is a flowchart for describing a preferred embodiment of a process for starting a specified number of threads in a specified thread pool. FIG. **29**A is in itself an O/S process, has a process identifier (PID) after being started, will contain at least two threads of processing after being started, and is generic in being able to take on the identity of any process name passed to it (e.g. 19xx) with a parameter (e.g. from block **1232**). FIG. **29**A represents the parent thread of a 19xx process. The FIG. **29**A process is generic for executing any of processes 19xx (i.e. **1902**, **1912**, **1922**, **1932**, **1942** and **1952**) with the prescribed number of worker threads using the 19xx-Max configuration (i.e. **1902**-Max, **1912**-Max, **1922**-Max, **1932**-Max, **1942**-Max and **1952**-Max). FIG. **29**A will stay running until it (first all of its worker thread(s)) is terminated. FIG. **29**A consists of an O/S Process 19xx with at least a parent thread (main thread) and one worker thread (or number of worker threads for FIG. **19** processing as determined by 19xx-Max). The parent thread has purpose to stay running while all worker threads are running, and to own intelligence for starting worker threads and terminating the process when all worker threads are terminated. The worker threads are started subordinate to the FIG. **29**A process at block **2912** using an O/S start thread interface.

A 19xx (i.e. **1902**, **1912**, **1922**, **1932**, **1942** and **1952**) process starts at block **2902** and continues to block **2904** where the parameter passed for which process name to start (i.e. take on identity of) is determined (e.g. **1952**). Thereafter, block **2906** creates a RAM semaphore (i.e. operating system term for a well performing Random Access Memory (RAM) semaphore with scope only within the process (i.e. to all threads of the process)). The local semaphore name preferably uses the process name prefix (e.g. **1952**-Sem), and is used to synchronize threads within the process. RAM semaphores perform significantly better than global system semaphores. Alternate embodiments will have process semaphore(s) created at block **1220** in advance. Thereafter, block **2908** initializes a thread counter (e.g. **1952**-Ct) to 0 for counting the number of worker threads actually started within the 19xx process (e.g. **1952**), block **2910** initializes a loop variable J to 0, and block **2912** starts a worker thread (the first one upon first encounter of block **2912** for a process) in this process (e.g. process **1902** starts worker thread FIG. **20**, . . . , process **1952** starts worker thread FIG. **26**A—see architecture **1900** description below).

Thereafter, block **2914** increments the loop variable by 1 and block **2916** checks if all prescribed worker threads have been started. Block **2916** accesses the 19xx-Max (e.g. **1952**-Max) variable from shared memory using a semaphore for determining the maximum number of threads to start in the process worker thread pool. If block **2916** determines all worker threads have been started, then processing continues to block **2918**. If block **2916** determines that not all worker threads have been started for the process of FIG. **29**A, then

processing continues back to block **2912** for starting the next worker thread. Blocks **2912** through **2916** ensure the 19xx-Max (e.g. **1952**-Max) number of worker threads are started within the process of FIG. **29**A.

Block **2918** waits until all worker threads of blocks **2912** through **2916** have been started, as indicated by the worker threads themselves. Block **2918** waits until the process 19xx-Ct variable has been updated to the prescribed 19xx-Max value by the started worker threads, thereby indicating they are all up and running. When all worker threads are started (e.g. **1952**-Ct=**1952**-Max), thereafter block **2920** waits (perhaps a very long time) until the worker thread count (e.g. **1952**-Ct) has been reduced back down to 0 for indicating that all worker threads have been terminated, for example when the user gracefully powers off the MS. Block **2920** continues to block **2922** when all worker threads have been terminated. Block **2922** sets the shared memory variable for the 19xx process (e.g. **1952**-PID) to 0 using a semaphore for indicating that the 19xx (e.g. **1952**) process is disabled and no longer running. Thereafter, the 19xx process terminates at block **2924**. Waiting at blocks **2918** and **2920** are accomplished in a variety of well known methods:

Detect signal sent to process by last started (or terminated) worker thread that thread count is now MAX (or 0); or

Loop on checking the thread count with sleep time between checks, wherein within the loop there is a check of the current count (use RAM semaphore to access), and processing exits the loop (and block) when the count has reached the sought value; or

Use of a semaphore for a count variable which causes the parent thread of FIG. **29**A to stay blocked prior to the count reaching its value, and causes the parent thread to become cleared (will leave wait block) when the count reaches its sought value.

Starting threads of processing in FIG. **29**A has been presented from a software perspective, but there are hardware/firmware thread embodiments which may be started appropriately to accomplish the same functionality. If the MS operating system does not have an interface for returning the PID at block **1232**, then FIG. **29**A can have a block (e.g. **2905**) used to determine its own PID for setting the 19xx-PID variable.

FIGS. **13**A through **13**C depict an illustration of data processing system wireless data transmissions over some wave spectrum. Embodiments may exist for any of the aforementioned wave spectrums, and data carried thereon may or may not be encrypted (e.g. encrypted WDR information). With reference now to FIG. **13**A, a MS, for example a DLM **200**a, sends/broadcasts data such as a data **1302** in a manner well known to those skilled in the art, for example other character **32** processing data. When a Communications Key (CK) **1304** is embedded within data **1302**, data **1302** is considered usual communications data (e.g. protocol, voice, or any other data over conventional forward channel, reverse channel, voice data channel, data transmission channel, or any other prior art use channel) which has been altered to contain CK **1304**. Data **1302** contains a CK **1304** which can be detected, parsed, and processed when received by another MS or other data processing system in the vicinity of the MS (e.g. DLM **200**a) as determined by the maximum range of transmission **1306**. CK **1304** permits "piggy-backing" on current transmissions to accomplish new functionality as disclosed herein. Transmission from the MS radiate out from it in all directions in a manner consistent with the wave spectrum used. The radius **1308** represents a first range of signal reception from the MS **200**a,

US 10,477,994 B2

93
94

perhaps by another MS (not shown). The radius **1310** represents a second range of signal reception from the MS **200***a*, perhaps by another MS (not shown). The radius **1311** represents a third range of signal reception from the MS **200***a*, perhaps by another MS (not shown). The radius **1306** represents a last and maximum range of signal reception from the MS **200***a*, perhaps by another MS (not shown). MS design for maximum radius **1306** may take into account the desired maximum range versus acceptable wave spectrum exposure health risks for the user of the MS. The time of transmission from MS **200***a* to radius **1308** is less than times of transmission from MS **200***a* to radiuses **1310**, **1311**, or **1306**. The time of transmission from MS **200***a* to radius **1310** is less than times of transmission from MS **200***a* to radiuses **1311** or **1306**. The time of transmission from MS **200***a* to radius **1311** is less than time of transmission from MS **200***a* to radius **1306**.

In another embodiment, data **1302** contains a Communications Key (CK) **1304** because data **1302** is new transmitted data in accordance with the present disclosure. Data **1302** purpose is for carrying CK **1304** information for being detected, parsed, and processed when received by another MS or other data processing system in the vicinity of the MS (e.g. DLM **200***a*) as determined by the maximum range of transmission **1306**.

With reference now to FIG. **13**B, a MS, for example an ILM **1000***k*, sends/broadcasts data such as a data **1302** in a manner well known to those skilled in the art. Data **1302** and CK **1304** are as described above for FIG. **13**A. Data **1302** or CK **1304** can be detected, parsed, and processed when received by another MS or other data processing system in the vicinity of the MS (e.g. ILM **1000***k*) as determined by the maximum range of transmission **1306**. Transmission from the MS radiate out from it in all directions in a manner consistent with the wave spectrum used, and as described above for FIG. **13**A.

With reference now to FIG. **13**C, a service or set of services sends/broadcasts data such as a data packet **1312** in a manner well known to those skilled in the art, for example to service other character **32** processing. When a Communications Key (CK) **1314** is embedded within data **1312**, data **1312** is considered usual communications data (e.g. protocol, voice, or any other data over conventional forward channel, reverse channel, voice data channel, data transmission channel, or any other prior art use channel) which has been altered to contain CK **1314**. Data **1312** contains a CK **1314** which can be detected, parsed, and processed when received by an MS or other data processing system in the vicinity of the service(s) as determined by the maximum range of transmission **1316**. CK **1314** permits "piggy-backing" on current transmissions to accomplish new functionality as disclosed herein. Transmissions radiate out in all directions in a manner consistent with the wave spectrum used, and data carried thereon may or may not be encrypted (e.g. encrypted WDR information). The radius **1318** represents a first range of signal reception from the service (e.g. antenna thereof), perhaps by a MS (not shown). The radius **1320** represents a second range of signal reception from the service (e.g. antenna thereof), perhaps by a MS (not shown). The radius **1322** represents a third range of signal reception from the service (e.g. antenna thereof), perhaps by a MS (not shown). The radius **1316** represents a last and maximum range of signal reception from the service (e.g. antenna thereof), perhaps by a MS (not shown). The time of transmission from service to radius **1318** is less than times of transmission from service to radiuses **1320**, **1322**, or **1316**. The time of transmission from service to radius **1320** is less

than times of transmission from service to radiuses **1322** or **1316**. The time of transmission from service to radius **1322** is less than time of transmission from service to radius **1316**. In another embodiment, data **1312** contains a Communications Key (CK) **1314** because data **1312** is new transmitted data in accordance with the present disclosure. Data **1312** purpose is for carrying CK **1314** information for being detected, parsed, and processed when received by another MS or data processing system in the vicinity of the service(s) as determined by the maximum range of transmission.

In some embodiments, data **1302** and **1312** are prior art wireless data transmission packets with the exception of embedding a detectable CK **1304** and/or CK **1314**, respectively. Usual data communications of MSs are altered to additionally contain the CK so data processing systems in the vicinity can detect, parse, and process the CK. Appropriate send and/or broadcast channel processing is used. In other embodiments, data **1302** and **1312** are new broadcast wireless data transmission packets for containing CK **1304** and CK **1314**, respectively. A MS may use send queue **24** for sending/broadcasting packets to data processing systems in the vicinity, and may use the receive queue **26** for receiving packets from other data processing systems in the vicinity. Contents of CKs (Communications Keys) depend on which LBX features are in use and the functionality intended.

In the case of "piggybacking" on usual communications, receive queue **26** insertion processing simply listens for the usual data and when detecting CK presence, inserts CK information appropriately to queue **26** for subsequent processing. Also in the case of "piggybacking" on usual communications, send queue **24** retrieval processing simply retrieves CK information from the queue and embeds it in an outgoing data **1302** at first opportunity. In the case of new data communications, receive queue **26** insertion processing simply listens for the new data containing CK information, and inserts CK information appropriately to queue **26** for subsequent processing. Also in the case of new data communications, send queue **24** retrieval processing simply retrieves CK information from the queue and transmits CK information as new data.

LBX: LN-EXPANSE Configuration

FIG. **14**A depicts a flowchart for describing a preferred embodiment of MS LBX configuration processing. FIG. **14** is of Self Management Processing code **18**. MS LBX configuration begins at block **1402** upon user action to start the user interface and continues to block **1404** where user interface objects are initialized for configurations described below with current settings that are reasonable for display to available user interface real estate. Thereafter, applicable settings are presented to the user at block **1406** with options. Block **1406** preferably presents to the user at least whether or not DLM capability is enabled (i.e. MS to behave as a DLM=at least one role of DLMV enabled), whether or not ILM capability is enabled (i.e. MS to behave as an ILM=at least one role of ILMV enabled), and/or whether or not this MS should participate in the LN-expanse as a source location for other MSs (e.g. process **1902** and/or **1942** enabled). Alternative embodiments will further present more or less information for each of the settings, or present information associated with other FIG. **14** blocks of processing. Other embodiments will not configure DLM settings for an MS lacking DLM capability (or when all DLMV roles disabled). Other embodiments will not configure ILM settings when DLM capability is present. Block **1406** continues to block **1408** where processing waits for user action in response to

US 10,477,994 B2

95

96

options. Block **1408** continues to block **1410** when a user action is detected. If block **1410** determines the user selected to configure DLM capability (i.e. DLMV role(s)), then the user configures DLM role(s) at block **1412** and processing continues back to block **1406**. Block **1412** processing is described by FIG. **15**A. If block **1410** determines the user did not select to configure DLM capability (i.e. DLMV role(s)), then processing continues to block **1414**. If block **1414** determines the user selected to configure ILM capability (i.e. ILMV role(s)), then the user configures ILM role(s) at block **1416** and processing continues back to block **1406**. Block **1416** processing is described by FIG. **15**B. If block **1414** determines the user did not select to configure ILM capability (i.e. ILMV role(s)), then processing continues to block **1418**. If block **1418** determines the user selected to configure NTP use, then the user configures NTP use at block **1420** and processing continues back to block **1406**. Block **1420** processing is described by FIG. **16**. If block **1418** determines the user did not select to configure NTP use, then processing continues to block **1422**.

If block **1422** determines the user selected to maintain the WDR queue, then the user maintains WDRs at block **1424** and processing continues back to block **1406**. Block **1424** processing is described by FIG. **17**. Blocks **1412**, **1416**, **1420** and **1424** are understood to be delimited by appropriate semaphore control to avoid multi-threaded access problems. If block **1422** determines the user did not select to maintain the WDR queue, then processing continues to block **1426**. If block **1426** determines the user selected to configure the confidence floor value, then block **1428** prepares parameters for invoking a Configure Value procedure (parameters for reference (address) of value to configure; and validity criteria of value to configure), and the Configure Value procedure of FIG. **18** is invoked at block **1430** with the two (2) parameters. Thereafter, processing continues back to block **1406**. Blocks **1428** and **1430** are understood to be delimited by appropriate semaphore control when modifying the confidence floor value since other threads can access the floor value.

The confidence floor value is the minimum acceptable confidence value of any field **1100**$d$ (for example as checked by block **276**). No WDR with a field **1100**$d$ less than the confidence floor value should be used to describe MS whereabouts. In an alternative embodiment, the confidence floor value is enforced as the same value across an LN-expanse with no user control to modify it. One embodiment of FIG. **14** does not permit user control over a minimum acceptable confidence floor value. Various embodiments will default the floor value. Block **1812** enforces an appropriate value in accordance with the confidence value range implemented (e.g. value from 1 to 100). Since the confidence of whereabouts is likely dependent on applications in use at the MS, the preferred embodiment is to permit user configuration of the acceptable whereabouts confidence for the MS. A new confidence floor value can be put to use at next thread(s) startup, or can be used instantly with the modification made, depending on the embodiment. The confidence floor value can be used to filter out WDRs prior to inserting to queue **22**, filter out WDRs when retrieving from queue **22**, filter out WDR information when listening on channel(s) prior to inserting to queue **26**, and/or used in accessing queue **22** for any reason (depending on embodiments). While confidence is validated on both inserts and queries (retrievals/peeks), one or the other validation is fine (preferably on inserts). It is preferred that executable code incorporate checks where applicable since the confidence floor value can be changed after queue **22** is in use. Also,

various present disclosure embodiments may maintain all confidences to queue **22**, or a particular set of acceptable confidences.

If block **1426** determines the user did not select to configure the confidence floor value, then processing continues to block **1432**. If block **1432** determines the user selected to configure the Whereabouts Timeliness Variable (WTV), then block **1434** prepares parameters for invoking the Configure Value procedure (parameters for reference (address) of value to configure; and validity criteria of value to configure), and the Configure Value procedure of FIG. **18** is invoked at block **1430** with the two (2) parameters. Thereafter, processing continues back to block **1406**. Blocks **1434** and **1430** are understood to be delimited by appropriate semaphore control when modifying the WTV since other threads can access the WTV.

A critical configuration for MS whereabouts processing is whereabouts timeliness. Whereabouts timeliness is how often (how timely) an MS should have accurate whereabouts. Whereabouts timeliness is dependent on how often the MS is updated with whereabouts information, what technologies are available or are in the vicinity, how capable the MS is of maintaining whereabouts, processing speed(s), transmission speed(s), known MS or LN-expanse design constraints, and perhaps other factors. In some embodiments, whereabouts timeliness is as soon as possible. That is, MS whereabouts is updated whenever possible as often as possible. In fact, the present disclosure provides an excellent system and methodology to accomplish that by leveraging location technologies whenever and wherever possible. However, there should be balance when considering less capable processing of a MS to prevent hogging CPU cycles from other applications at the MS. In other embodiments, a hard-coded or preconfigured time interval is used for keeping an MS informed of its whereabouts in a timely manner. For example, the MS should know its own whereabouts at least every second, or at least every 5 seconds, or at least every minute, etc. Whereabouts timeliness is critical depending on the applications in use at the MS. For example, if MS whereabouts is updated once at the MS every 5 minutes during high speeds of travel when using navigation, the user has a high risk of missing a turn during travel in downtown cities where timely decisions for turns are required. On the other hand, if MS whereabouts is updated every 5 seconds, and an to application only requires an update accuracy to once per minute, then the MS may be excessively processing.

In some embodiments, there is a Whereabouts Timeliness Variable (WTV) configured at the MS (blocks **1432**, **1434**, **1430**). Whether it is user configured, system configured, or preset in a system, the WTV is used to:
Define the maximum period of time for MS whereabouts to become stale at any particular time;
Cause the MS to seek its whereabouts if whereabouts information is not up to date in accordance with the WTV; and
Prevent keeping the MS too busy with keeping abreast of its own whereabouts.

In another embodiment, the WTV is automatically adjusted based on successes or failures of automatically locating the MS. As the MS successfully maintains timely whereabouts, the WTV is maintained consistent with the user configured, system configured, or preset value, or in accordance with active applications in use at the time. However, as the MS fails in maintaining timely whereabouts, the WTV is automatically adjusted (e.g. to longer periods of time to prevent unnecessary wasting of power

US 10,477,994 B2

97

and/or CPU resources). Later, as whereabouts become readily available, the WTV can be automatically adjusted back to the optimal value. In an emergency situation, the user always has the ability to force the MS to determine its own whereabouts anyway (Blocks **856** and **862** through **878**, in light of a WDR request and WDR response described for architecture **1900**). In embodiments where the WTV is adjusted in accordance with applications in use at the time, the most demanding requirement of any application started is maintained to the WTV. Preferably, each application of the MS initializes to an API of the MS with a parameter of its WTV requirements. If the requirement is more timely than the current value, then the more timely value is used. The WTV can be put to use at next thread(s) startup, or can be used instantly with the modification made, depending on the embodiment.

If block **1432** determines the user did not select to configure the WTV, then processing continues to block **1436**. If block **1436** determines the user selected to configure the maximum number of threads in a 19xx process (see 19xx-Max variable in FIG. **19** discussions), then block **1438** interfaces with the user until a valid 19xx-max variable is selected, and processing continues to block **1440**. If block **1440** determines the 19xx process is already running (i.e. 19xx-PID>0 implies it is enabled), then an error is provided to the user at block **1442**, and processing continues back to block **1406**. Preferably, block **1442** does not continue back to block **1406** until the user acknowledges the error (e.g. with a user action). If block **1440** determines the user selected 19xx process (process **1902**, process **1912**, process **1922**, process **1932**, process **1942**, or process **1952**) is not already running (i.e. 19xx-PID=0 implies it is disabled), then block **1444** prepares parameters for invoking the Configure Value procedure (parameters for reference (address) of 19xx-Max value to configure; and validity criteria of value to configure), and the Configure Value procedure of FIG. **18** is invoked at block **1430** with the two (2) parameters. Thereafter, processing continues back to block **1406**. Blocks **1438**, **1440**, **1444** and **1430** are understood to be delimited by appropriate semaphore control when modifying the 19xx-Max value since other threads can access it. The 19xx-Max value should not be modified while the 19xx process is running because the number of threads to terminate may be changed prior to terminating. An alternate embodiment of modifying a process number of threads will dynamically modify the number of threads in anticipation of required processing.

If block **1436** determines the user did not select to configure a process thread maximum (19xx-Max), then block **1446** checks if the user selected to (toggle) disable or enable a particular process (i.e. a 19xx process of FIG. **19**). If block **1446** determines the user did select to toggle enabling/disabling a particular FIG. **19** process, then block **1448** interfaces with the user until a valid 19xx process name is selected, and processing continues to block **1450**. If block **1450** determines the 19xx process is already running (i.e. 19xx-PID>0 implies it is enabled), then block **1454** prepares parameters (just as does block **2812**). Thereafter, block **1456** invokes FIG. **29**B processing (just as does block **2814**). Processing then continues back to block **1406**. If block **1450** determines the 19xx process is not running (i.e. 19xx-PID=0 implies it is disabled), then block **1452** invokes FIG. **29**A processing (just as does block **1232**). Processing then continues back to block **1406**. Block **1456** does not continue back to block **1406** until the process is completely terminated. Blocks **1448**, **1450**, **1452**, **1454** and **1456** are understood to be delimited by appropriate semaphore control.

98

Preferred embodiments of blocks **1446** and **1448** use convenient names of processes being started or terminated, rather than convenient brief process names such as **1902**, **1912**, **1922**, **1932**, **1942**, or **1952** used in flowcharts. In some embodiments, the long readable name is used, such as whereabouts broadcast process (**1902**), whereabouts collection process (**1912**), whereabouts supervisor process (**1922**), timing determination process (**1932**), WDR request process (**1942**), and whereabouts determination process (**1952**). For example, the user may know that the whereabouts supervisor process enabled/disabled indicates whether or not to have whereabouts timeliness monitored in real time. Enabling the whereabouts supervisor process enables monitoring for the WTV in real time, and disabling the whereabouts supervisor process disables monitoring the WTV in real time.

In another embodiment of blocks **1446** and **1448**, a completely new name or description may be provided to any of the processes to facilitate user interface usability. For example, a new name Peer Location Source Variable (PLSV) can be associated to the whereabouts broadcast process **1902** and/or **1942**. PLSV may be easier to remember. If the PLSV was toggled to disabled, the whereabouts broadcast process **1902** and/or **1942** terminates. If the PLSV was toggled to enabled, the whereabouts broadcast process **1902** and/or **1942** is started. It may be easier to remember that the PLSV enables/disables whether or not to allow this MS to be a location source for other MSs in an LN-expanse.

In other embodiments, a useful name (e.g. PLSV) represents starting and terminating any subset of 19xx processes (a plurality (e.g. **1902** and **1942**)) for simplicity. In yet other embodiments, FIG. **14**A/**14**B can be used to start or terminate worker thread(s) in any process, for example to throttle up more worker threads in a process, or to throttle down for less worker threads in a process, perhaps modifying thread instances to accommodate the number of channels for communications, or for the desired performance. There are many embodiments for fine tuning the architecture **1900** for optimal peer to peer interaction. In yet other embodiments, toggling may not be used. There may be individual options available at block **1408** for setting any data of this disclosure. Similarly, the 19xx-Max variables may be modified via individual user friendly names and/or as a group of 19xx-Max variables.

Referring back to block **1446**, if it is determined the user did not select to toggle for enabling/disabling process(es), then processing continues to block **1458**. If block **1458** determines the user selected to exit FIG. **14**A/**14**B configuration processing, then block **1460** terminates the user interface appropriately and processing terminates at block **1462**. If block **1458** determines the user did not select to exit the user interface, then processing continues to block **1466** of FIG. **14**B by way of off page connector **1464**.

With reference now to FIG. **14**B, depicted is a continued portion flowchart of FIG. **14**A for describing a preferred embodiment of MS LBX configuration processing. If block **1466** determines the user selected to configure the Source Periodicity Time Period (SPTP) value, then block **1468** prepares parameters for invoking the Configure Value procedure (parameters for reference (address) of value to configure; and validity criteria of value to configure), and the Configure Value procedure of FIG. **18** is invoked at block **1470** with the two (2) parameters. Thereafter, processing continues back to block **1406** by way of off page connector **1498**. Blocks **1468** and **1470** are understood to be delimited by appropriate semaphore control when modifying the SPTP value since other threads can access it. The SPTP configures

US 10,477,994 B2

99

the time period between broadcasts by thread(s) **1902**, for example 5 seconds. Some embodiments do not permit configuration of the SPTP.

If block **1466** determines the user did not select to configure the SPTP value, then processing continues to block **1472**. If block **1472** determines the user selected to configure service propagation, then the user configures service propagation at block **1474** and processing continues back to block **1406** by way of off page connector **1498**. If block **1472** determines the user did not select to configure service propagation, then processing continues to block **1476**.

If block **1476** determines the user selected to configure permissions **10**, then the user configures permissions at block **1478** and processing continues back to block **1406** by way of off page connector **1498**. If block **1476** determines the user did not select to configure permissions **10**, then processing continues to block **1480**. If block **1480** determines the user selected to configure charters **12**, then the user configures charters **12** at block **1482** and processing continues back to block **1406** by way of off page connector **1498**. If block **1480** determines the user did not select to configure charters **12**, then processing continues to block **1484**. If block **1484** determines the user selected to configure statistics **14**, then the user configures statistics **14** at block **1486** and processing continues back to block **1406** by way of off page connector **1498**. If block **1484** determines the user did not select to configure statistics **14**, then processing continues to block **1488**. If block **1488** determines the user selected to configure service informant code **28**, then the user configures code **28** at block **1490** and processing continues back to block **1406** by way of off page connector **1498**. If block **1488** determines the user did not select to configure code **28**, then processing continues to block **1492**. If block **1492** determines the user selected to maintain LBX history **30**, then the user maintains LBX history at block **1494** and processing continues back to block **1406** by way of off page connector **1498**. If block **1492** determines the user did not select to maintain LBX history **30**, then processing continues to block **1496**.

Block **1496** handles other user interface actions leaving block **1408**, and processing continues back to block **1406** by way of off page connector **1498**.

Details of blocks **1474**, **1478**, **1482**, **1486**, **1490**, **1494**, and perhaps more detail to block **1496**, are described with other flowcharts. Appropriate semaphores are requested at the beginning of block processing, and released at the end of block processing, for thread safe access to applicable data at risk of being accessed by another thread of processing at the same time of configuration. In some embodiments, a user/administrator with secure privileges to the MS has ability to perform any subset of configurations of FIGS. **14**A and **14**B processing, while a general user may not. Any subset of FIG. **14** configuration may appear in alternative embodiments, with or without authenticated administrator access to perform configuration.

FIG. **15**A depicts a flowchart for describing a preferred embodiment of DLM role configuration processing of block **1412**. Processing begins at block **1502** and continues to block **1504** which accesses current DLMV settings before continuing to block **1506**. If there were no DLMV entries (list empty) as determined by block **1506**, then block **1508** provides an error to the user and processing terminates at block **1518**. The DLMV may be empty when the MS has no local DLM capability and there hasn't yet been any detected DLM capability, for example as evidenced by WDRs inserted to queue **22**. Preferably, the error presented at block

100

**1508** requires the user to acknowledge the error (e.g. with a user action) before block **1508** continues to block **1518**. If block **1506** determines at least one entry (role) is present in the DLMV, then the current DLMV setting(s) are saved at block **1510**, the manage list processing procedure of FIG. **15**C is invoked at block **1512** with the DLMV as a reference (address) parameter, and processing continues to block **1514**.

Block **1514** determines if there were any changes to the DLMV from FIG. **15**C processing by comparing the DLMV after block **1512** with the DLMV saved at block **1510**. If there were changes via FIG. **15**C processing, such as a role which was enabled prior to block **1512** which is now disabled, or such as a role which was disabled prior to block **1512** which is now enabled, then block **1514** continues to block **1516** which handles the DLMV changes appropriately. Block **1516** continues to block **1518** which terminates FIG. **15**A processing. If block **1514** determines there were no changes via block **1512**, then processing terminates at block **1518**.

Block **1516** enables newly enabled role(s) as does block **1238** described for FIG. **12**. Block **1516** disables newly disabled role(s) as does block **2804** described for FIG. **28**.

FIG. **15**B depicts a flowchart for describing a preferred embodiment of ILM role configuration processing of block **1416**. Processing begins at block **1522** and continues to block **1524** which accesses current ILMV settings before continuing to block **1526**. If there were no ILMV entries (list empty) as determined by block **1526**, then block **1528** provides an error to the user and processing terminates at block **1538**. The ILMV may be empty when the MS is not meant to have ILM capability. Preferably, the error presented at block **1528** requires the user to acknowledge the error before block **1528** continues to block **1538**. If block **1526** determines at least one entry (role) is present in the ILMV, then the current ILMV setting(s) are saved at block **1530**, the manage list processing procedure of FIG. **15**C is invoked with a reference (address) parameter of the ILMV at block **1532**, and processing continues to block **1534**.

Block **1534** determines if there were any changes to the ILMV from FIG. **15**C processing by comparing the ILMV after block **1532** with the ILMV saved at block **1530**. If there were changes via FIG. **15**C processing, such as a role which was enabled prior to block **1532** which is now disabled, or such as a role which was disabled prior to block **1532** which is now enabled, then block **1534** continues to block **1536** which handles the ILMV changes appropriately. Block **1536** continues to block **1538** which terminates FIG. **15**B processing. If block **1534** determines there were no changes via block **1532**, then processing terminates at block **1538**.

Block **1536** enables newly enabled role(s) as does blocks **1224** through **1234** described for FIG. **12**. Block **1536** disables newly disabled role(s) as does blocks **2806** through **2816** described for FIG. **28**.

FIG. **15**C depicts a flowchart for describing a preferred embodiment of a procedure for Manage List processing. Processing starts at block **1552** and continues to block **1554**. Block **1554** presents the list (DLM capability if arrived to by way of FIG. **15**A; ILM capability if arrived to by way of FIG. **15**B) to the user, as passed to FIG. **15**C processing with the reference parameter by the invoker, with which list items are marked (enabled) and which are unmarked (disabled) along with options, before continuing to block **1556** for awaiting user action. Block **1554** highlights currently enabled roles, and ensures disabled roles are not highlighted in the presented list. When a user action is detected at block **1556**, thereafter, block **1558** checks if a list entry was

US 10,477,994 B2

101

102

enabled (marked) by the user, in which case block **1560** marks the list item as enabled, saves it to the list (e.g. DLMV or ILMV), and processing continues back to block **1554** to refresh the list interface. If block **1558** determines the user did not respond with an enable action, then block **1562** checks for a disable action. If block **1562** determines the user wanted to disable a list entry, then block **1564** marks (actually unmarks it) the list item as disabled, saves it to the list (e.g. DLMV or ILMV), and processing continues back to block **1554**. If block **1562** determines the user did not want to disable a list item, then block **1566** checks if the user wanted to exit **15**C processing. If block **1566** determines the user did not select to exit list processing, then processing continues to block **1568** where other user interface actions are appropriately handled and then processing continues back to block **1554**. If block **1566** determines the user did select to exit manage list processing, then FIG. **15**C processing appropriately returns to the caller at block **1570**.

FIG. **15**C interfaces with the user for desired DLMV (via FIG. **15**A) or ILMV (via FIG. **15**B) configurations. In some embodiments, it makes sense to have user control over enabling or disabling DLM and/or ILM capability (roles) to the MS, for example for software or hardware testing.

FIG. **16** depicts a flowchart for describing a preferred embodiment of NTP use configuration processing of block **1420**. Processing starts at block **1602** and continues to block **1604** where the current NTP use setting is accessed. Thereafter, block **1606** presents the current NTP use setting to its value of enabled or disabled along with options, before continuing to block **1608** for awaiting user action. When a user action is detected at block **1608**, block **1610** checks if the NTP use setting was disabled at block **1608**, in which case block **1612** terminates NTP use appropriately, block **1614** sets (and saves) the NTP use setting to disabled, and processing continues back to block **1606** to refresh the interface. Block **1612** disables NTP as does block **2828**.

If block **1610** determines the user did not respond for disabling NTP, then block **1616** checks for a toggle to being enabled. If block **1616** determines the user wanted to enable NTP use, then block **1618** accesses known NTP server address(es) (e.g. ip addresses preconfigured to the MS, or set with another user interface at the MS), and pings each one, if necessary, at block **1620** with a timeout. As soon as one NTP server is determined to be reachable, block **1620** continues to block **1622**. If no NTP server was reachable, then the timeout will have expired for each one tried at block **1620** for continuing to block **1622**. Block **1622** determines if at least one NTP server was reachable at block **1620**. If block **1622** determines no NTP server was reachable, then an error is presented to the user at block **1624** and processing continues back to block **1606**. Preferably, the error presented at block **1624** requires the user to acknowledge the error before block **1624** continues to block **1606**. If block **1622** determines that at least one NTP server was reachable, then block **1626** initializes NTP use appropriately, block **1628** sets the NTP use setting to enabled (and saves), and processing continues back to block **1606**. Block **1626** enables NTP as does block **1210**.

Referring back to block **1616**, if it is determined the user did not want to enable NTP use, then processing continues to block **1630** where it is checked if the user wanted to exit FIG. **16** processing. If block **1630** determines the user did not select to exit FIG. **16** processing, then processing continues back to block **1632** where other user interface actions leaving block **1608** are appropriately handled, and then processing continues back to block **1606**. If block **1630**

determines the user did select to exit processing, then FIG. **16** processing terminates at block **1634**.

FIG. **17** depicts a flowchart for describing a preferred embodiment of WDR maintenance processing of block **1424**. Processing starts at block **1702** and continues to block **1704** where it is determined if there are any WDRs of queue **22**. If block **1704** determines there are no WDRs for processing, then block **1706** presents an error to the user and processing continues to block **1732** where FIG. **17** processing is terminated appropriately. Preferably, the error presented at block **1706** requires the user to acknowledge the error before block **1706** continues to block **1732**. If block **1704** determines there is at least one WDR, then processing continues to block **1708** where the current contents of WDR queue **22** is appropriately presented to the user (in a scrollable list if necessary). The user can interface to the list at block **1708**. In one example, block **1708** allows the user to see who is nearby. Block **1708** may provide a convenient search criteria specification interface for the user to find sought data. Of course, a separate user interface can be used to access WDR data for desired information. Thereafter, block **1710** awaits user action. When a user action is detected at block **1710**, block **1712** checks if the user selected to delete a WDR from queue **22**, in which case block **1714** discards the selected WDR, and processing continues back to block **1708** for a refreshed presentation of queue **22**. If block **1712** determines the user did not select to delete a WDR, then block **1716** checks if the user selected to modify a WDR. If block **1716** determines the user wanted to modify a WDR of queue **22**, then block **1718** interfaces with the user for validated WDR changes before continuing back to block **1708**. If block **1716** determines the user did not select to modify a WDR, then block **1720** checks if the user selected to add a WDR to queue **22**. If block **1720** determines the user selected to add a WDR (for example, to manually configure MS whereabouts), then block **1722** interfaces with the user for a validated WDR to add to queue **22** before continuing back to block **1708**. If block **1720** determines the user did not select to add a WDR, then block **1724** checks if the user selected to view detailed contents of a WDR, perhaps because WDRs are presented in an abbreviated form at block **1708**. If it is determined at block **1724** the user did select to view details of a WDR, then block **1726** formats the WDR in detail form, presents it to the user, and waits for the user to exit the view of the WDR before continuing back to block **1708**. If block **1724** determines the user did not select to view a WDR in detail, then block **1728** checks if the user wanted to exit FIG. **17** processing. If block **1728** determines the user did not select to exit FIG. **17** processing, then processing continues to block **1730** where other user interface actions leaving block **1710** are appropriately handled, and then processing continues back to block **1708**. If block **1728** determines the user did select to exit processing, then FIG. **17** processing terminates at block **1732**.

There are many embodiments for maintaining WDRs of queue **22**. In some embodiments, FIG. **17** (i.e. block **1424**) processing is only provided for debug of an MS. In a single instance WDR embodiment, block **1708** presents the one and only WDR which is used to keep current MS whereabouts whenever possible. Other embodiments incorporate any subset of FIG. **17** processing.

FIG. **18** depicts a flowchart for describing a preferred embodiment of a procedure for variable configuration processing, namely the Configure Value procedure, for example for processing of block **1430**. Processing starts at block **1802** and continues to block **1804** where parameters passed by the

invoker of FIG. **18** are determined, namely the reference (address) of the value for configuration to be modified, and the validity criteria for what makes the value valid. Passing the value by reference simply means that FIG. **18** has the ability to directly change the value, regardless of where it is located. In some embodiments, the parameter is an address to a memory location for the value. In another embodiment, the value is maintained in a database or some persistent storage, and FIG. **18** is passed enough information to know how to permanently affect/change the value.

Block **1804** continues to block **1806** where the current value passed is presented to the user (e.g. confidence floor value), and then to block **1808** for awaiting user action. When a user action is detected at block **1808**, block **1810** checks if the user selected to modify the value, in which case block **1812** interfaces with the user for a validated value using the validity criteria parameter before continuing back to block **1806**. Validity criteria may take the form of a value range, value type, set of allowable values, or any other criteria for what makes the value a valid one.

If block **1810** determines the user did not select to modify the value, then block **1814** checks if the user wanted to exit FIG. **18** processing. If block **1814** determines the user did not select to exit FIG. **18** processing, then processing continues to block **1816** where other user interface actions leaving block **1808** are appropriately handled, and then processing continues back to block **1806**. If block **1814** determines the user did select to exit processing, then FIG. **18** processing appropriately returns to the caller at block **1818**.

LBX: LN-EXPANSE Interoperability FIG. **19** depicts an illustration for describing a preferred embodiment multi-threaded architecture of peer interaction processing of a MS in accordance with the present disclosure. MS architecture **1900** preferably includes a set of Operating System (O/S) processes (i.e. O/S terminology "process" with O/S terminology "thread" or "threads (i.e. thread(s))), including a whereabouts broadcast process **1902**, a whereabouts collection process **1912**, a whereabouts supervisor process **1922**, a timing determination process **1932**, a WDR request process **1942**, and a whereabouts determination process **1952**.

Further included are queues for interaction of processing, and process associated variables to facilitate processing. All of the FIG. **19** processes are of PIP code **6**. There is preferably a plurality (pool) of worker threads within each of said 19xx processes (i.e. **1902**, **1912**, **1922**, **1932**, **1942** and **1952**) for high performance asynchronous processing. Each 19xx process (i.e. **1902**, **1912**, **1922**, **1932**, **1942** and **1952**) preferably has at least two (2) threads:

    1) "parent thread"; and
    2) "worker thread".

A parent thread (FIG. **29**A) is the main process thread for:

    starting the particular process;
    starting the correct number of worker thread(s) of that particular process;
    staying alive while all worker threads are busy processing; and
    properly terminating the process when worker threads are terminated.

The parent thread is indeed the parent for governing behavior of threads at the process whole level. Every process has a name for convenient reference, such as the names **1902**, **1912**, **1922**, **1932**, **1942** and **1952**. Of course, these names may take on the associated human readable forms of whereabouts broadcast process, whereabouts collection process, whereabouts supervisor process, timing determination process, WDR request process, and whereabouts determination

process, respectively. For brevity, the names used herein are by the process label of FIG. **19** in a form 19xx. There must be at least one worker thread in a process. Worker thread(s) are described with a flowchart as follows:

    **1902**—FIG. **20**;
    **1912**—FIG. **21**;
    **1922**—FIG. **22**;
    **1932**—FIG. **23**;
    **1942**—FIG. **25**; and
    **1952**—FIG. **26**A.

Threads of architecture MS are presented from a software perspective, but there are applicable hardware/firmware process thread embodiments accomplished for the same functionality. In fact, hardware/firmware embodiments are preferred when it is known that processing is mature (i.e. stable) to provide the fastest possible performance. Architecture **1900** processing is best achieved at the highest possible performance speeds for optimal wireless communications processing. There are two (2) types of processes for describing the types of worker threads:

    1) "Slave to Queue"; and
    2) "Slave to Timer".

A 19xx process is a slave to queue process when its worker thread(s) are driven by feeding from a queue of architecture **1900**. A slave to queue process stays "blocked" (O/S terminology "blocked"=preempted) on a queue entry retrieval interface until the sought queue item is inserted to the queue. The queue entry retrieval interface becomes "cleared" (O/S terminology "cleared"=clear to run) when the sought queue entry is retrieved from the queue by a thread. These terms (blocked and cleared) are analogous to a semaphore causing a thread to be blocked, and a thread to be cleared, as is well known in the art. Queues have semaphore control to ensure no more than one thread becomes clear at a time for a single queue entry retrieved (as done in an O/S). One thread sees a particular queue entry, but many threads can feed off the same queue to do the same work concurrently. Slave to queue type of processes are **1912**, **1932**, **1942** and **1952**. A slave to queue process is properly terminated by inserting a special termination queue entry for each worker thread to terminate itself after queue entry retrieval.

A 19xx process is a slave to timer process when its worker thread(s) are driven by a timer for peeking a queue of architecture **1900**. A timer provides the period of time for a worker thread to sleep during a looped iteration of checking a queue for a sought entry (without removing the entry from the queue). Slave to timer threads periodically peek a queue, and based on what is found, will process appropriately. A queue peek does not alter the peeked queue. The queue peek interface is semaphore protected for preventing peeking at an un-opportune time (e.g. while thread inserting or retrieving from queue). Queue interfaces ensure one thread is acting on a queue with a queue interface at any particular time. Slave to timer type of processes are **1902** and **1922**. A slave to timer process is properly terminated by inserting a special termination queue entry for each worker thread to terminate itself by queue entry peek.

Block **2812** knows the type of 19xx process for preparing the process type parameter for invocation of FIG. **29**B at block **2814**. The type of process has slightly different termination requirements because of the worker thread(s) processing type. Alternate embodiments of slave to timer processes will make them slave to queue processes by simply feeding off Thread Request (TR) queue **1980** for driving a worker thread when to execute (and when to terminate). New timer(s) would insert timely queue entries

US 10,477,994 B2

105

to queue **1980**, and processes **1902** and **1922** would retrieve from the queue (FIG. **24**A record **2400**). The queue entries would become available to queue **1980** when it is time for a particular worker thread to execute. Worker threads of processes **1902** and **1922** could retrieve, and stay blocked on, queue **1980** until an entry was inserted by a timer for enabling a worker thread (field **2400**a set to 1902 or 1912). TR queue **1980** is useful for starting any threads of architecture **1900** in a slave to queue manner. This may be a cleaner architecture for all thread pools to operate the same way (slave to queue). Nevertheless, the two thread pool methods are implemented.

Each 19xx process has at least four (4) variables for describing present disclosure processing:

19xx-PID=The O/S terminology "Process Identifier (PID)" for the O/S PID of the 19xx process. This variable is also used to determine if the process is enabled (PID>0), or is disabled (PID=0 (i.e. <=0));

19xx-Max=The configured number of worker thread(s) for the 19xx process;

19xx-Sem=A process local semaphore for synchronizing 19xx worker threads, for example in properly starting up worker threads in process 19xx, and for properly terminating worker threads in process 19xx; and

19xx-Ct=A process local count of the number of worker thread(s) currently running in the 19xx process.

19xx-PID and 19xx-Max are variables of PIP data **8**. 19xx-Sem and 19xx-Ct are preferably process 19xx stack variables within the context of PIP code **6**. 19xx-PID is a semaphore protected global variable in architecture **1900** so that it can be used to determine whether or not a particular 19xx process is enabled (i.e. running) or disabled (not running). 19xx-Max is a semaphore protected global variable in architecture **1900** so that user configuration processing outside of architecture **1900** can be used to administrate a desired number of worker threads for a 19xx process. Alternate embodiments will not provide user configuration of 19xx-Max variables (e.g. hard coded maximum number of threads), in which case no 19xx-Max global variable is necessary. "Thread(s) 19xx" is a brief form of stating "worker thread(s) of the 19xx process".

Receive (Rx) queue **26** is for receiving CK **1304** or CK **1314** data (e.g. WDR or WDR requests), for example from wireless transmissions. Queue **26** will receive at least WDR information (destined for threads **1912**) and WDR requests (FIG. **24**C records **2490** destined for threads **1942**). At least one thread (not shown) is responsible for listening on appropriate channel(s) and immediately depositing appropriate records to queue **26** so that they can be processed by architecture **1900**. Preferably, there is a plurality (pool) of threads for feeding queue **26** based on channel(s) being listened on, and data **1302** or **1312** anticipated for being received. Alternative embodiments of thread(s) **1912** may themselves directly be listening on appropriate channels and immediately processing packets identified, in lieu of a queue **26**. Alternative embodiments of thread(s) **1942** may themselves directly be listening on appropriate channels and immediately processing packets identified, in lieu of a queue **26**. Queue **26** is preferred to isolate channel(s) (e.g. frequency(s)) and transmission reception processing in well known modular (e.g. Radio Frequency (RF)) componentry, while providing a high performance queue interface to other asynchronous threads of architecture **1900** (e.g. thread(s) of process **1912**). Wave spectrums (via particular communications interface **70**) are appropriately processed for feeding queue **26**. As soon as a record is received by an MS, it is assumed ready for processing at queue **26**. All queue **26**

106

accesses are assumed to have appropriate semaphore control to ensure synchronous access by any thread at any particular time to prevent data corruption and misuse. Queue entries inserted to queue **26** may have arrived on different channel(s), and in such embodiments a channel qualifier may further direct queue entries from queue **26** to a particular thread **1912** or **1942** (e.g. thread(s) dedicated to channel(s)). In other embodiments, receive processing feeds queue **26** independent of any particular channel(s) monitored, or received on (the preferred embodiment described). Regardless of how data is received and then immediately placed on queue **26**, a received date/time stamp (e.g. fields **1100**p or **2490**c) is added to the applicable record for communicating the received date/time stamp to a thread (e.g. thread(s) **1912** or **1942**) of when the data was received. Therefore, the queue **26** insert interface tells the waiting thread(s) when the data was actually received. This ensures a most accurate received date/time stamp as close to receive processing as possible (e.g. enabling most accurate TDOA measurements). An alternate embodiment could determine applicable received date/time stamps in thread(s) **1912** or thread(s) **1942**. Other data placed into received WDRs are: wave spectrum and/or particular communications interface **70** of the channel received on, and heading/yaw/pitch/roll (or accelerometer readings) with AOA measurements, signal strength, and other field **1100**f eligible data of the receiving MS. Depending on alternative embodiments, queue **26** may be viewed metaphorically for providing convenient grounds of explanation.

Send (Tx) queue **24** is for sending/communicating CK **1304** data, for example for wireless transmissions. At least one thread (not shown) is responsible for immediately transmitting (e.g. wirelessly) anything deposited to queue **24**. Preferably, there is a plurality (pool) of threads for feeding off of queue **24** based on channel(s) being transmitted on, and data **1302** anticipated for being sent. Alternative embodiments of thread(s) of processes **1902**, **1922**, **1932** and **1942** may themselves directly transmit (send/broadcast) on appropriate channels anything deposited to queue **24**, in lieu of a queue **24**. Queue **24** is preferred to isolate channel(s) (e.g. frequency(s)) and transmission processing in well known modular (e.g. RF) componentry, while providing a high performance queue interface to other asynchronous threads of architecture **1900** (e.g. thread(s) **1942**). Wave spectrums and/or particular communications interface **70** are appropriately processed for sending from queue **24**. All queue **24** accesses are assumed to have appropriate semaphore control to ensure synchronous access by any thread at any particular time to prevent data corruption and misuse. As soon as a record is inserted to queue **24**, it is assumed sent immediately. Preferably, fields sent depend on fields set. Queue entries inserted to queue **24** may contain specification for which channel(s) to send on in some embodiments. In other embodiments, send processing feeding from queue **24** has intelligence for which channel(s) to send on (the preferred embodiment described). Depending on alternative embodiments, queue **24** may be viewed metaphorically for providing convenient grounds of explanation.

When interfacing to queue **24**, the term "broadcast" refers to sending outgoing data in a manner for reaching as many MSs as possible (e.g. use all participating communications interfaces **70**), whereas the term "send" refers to targeting a particular MS or group of MSs.

WDR queue **22** preferably contains at least one WDR **1100** at any point in time, for at least describing whereabouts of the MS of architecture **1900**. Queue **22** accesses are assumed to have appropriate semaphore control to ensure

US 10,477,994 B2

107                                                                                   108

synchronous access by any thread at any particular time to prevent data corruption and misuse. A single instance of data embodiment of queue **22** may require an explicit semaphore control for access. In a WDR plurality maintained to queue **22**, appropriate queue interfaces are again provided to ensure synchronous thread access (e.g. implicit semaphore control). Regardless, there is still a need for a queue **22** to maintain a plurality of WDRs from remote MSs. The preferred embodiment of all queue interfaces uses queue interface maintained semaphore(s) invisible to code making use of queue (e.g. API) interfaces. Depending on alternative embodiments, queue **22** may be viewed metaphorically for providing convenient grounds of explanation.

Thread Request (TR) queue **1980** is for requesting processing by either a timing determination (worker) thread of process **1932** (i.e. thread **1932**) or whereabouts determination (worker) thread of process **1952** (i.e. thread **1952**). When requesting processing by a thread **1932**, TR queue **1980** has requests (retrieved via processing **1934** after insertion processing **1918**) from a thread **1912** to initiate TDOA measurement. When requesting processing by a thread **1952**, TR queue **1980** has requests (retrieved via processing **1958** after insertion processing **1918** or **1930**) from a thread **1912** or **1922** so that thread **1952** performs whereabouts determination of the MS of architecture **1900**. Requests of queue **1980** comprise records **2400**. Preferably, there is a plurality (pool) of threads **1912** for feeding queue **1980** (i.e. feeding from queue **26**), and for feeding a plurality each of threads **1932** and **1952** from queue **1980**. All queue **1980** accesses are assumed to have appropriate semaphore control to ensure synchronous access by any thread at any particular time to prevent data corruption and misuse. Depending on alternative embodiments, queue **1980** may be viewed metaphorically for providing convenient grounds of explanation.

With reference now to FIG. **24**A, depicted is an illustration for describing a preferred embodiment of a thread request queue record, as maintained to Thread Request (TR) queue **1980**. TR queue **1980** is not required when a LN-expanse globally uses NTP, as found in thread 19xx processing described for architecture **1900**, however it may be required at a MS which does not have NTP, or a MS which interacts with another data processing system (e.g. MS) that does not have NTP. Therefore, TR queue record **2400** (i.e. queue entry **2400**) may, or may not, be required. This is the reason FIG. **1**A does not depict queue **1980**. When NTP is in use globally (in LN-expanse), TDOA measurements can be made using a single unidirectional data (**1302** or **1312**) packet containing a sent date/time stamp (of when the data was sent). Upon receipt, that sent date/time stamp received is compared with the date/time of receipt to determine the difference. The difference is a TDOA measurement. Knowing transmission speeds with a TDOA measurement allows calculating a distance. In this NTP scenario, no thread(s) **1932** are required.

Threads **1912** and/or DLM processing may always insert the MS whereabouts without requirement for thread(s) **1952** by incorporating thread **1952** logic into thread **1912**, or by directly starting (without queue **1980**) a thread **1952** from a thread **1912**. Therefore, threads **1952** may not be required. If threads **1952** are not required, queue **1980** may not be required by incorporating thread **1932** logic into thread **1912**, or by directly starting (without queue **1980**) a thread **1932** from a thread **1912**. Therefore, queue **1980** may not be required, and threads **1932** may not be required.

Records **2400** (i.e. queue entries **2400**) contain a request type field **2400***a* and data field **2400***b*. Request type field

**2400***a* simply routes the queue entry to destined thread(s) (e.g. thread(s) **1932** or thread(s) **1952**). A thread **1932** remains blocked on queue **1980** until a record **2400** is inserted which has a field **2400***a* containing the value **1932**. A thread **1952** remains blocked on queue **1980** until a record **2400** is inserted which has a field **2400***a* containing the value **1952**. Data field **2400***b* is set to zero (0) when type field **2400***a* contains **1952** (i.e. not relevant). Data field **2400***b* contains an MS ID (field **1100***a*) value, and possibly a targeted communications interface **70** (or wave spectrum if one to one), when type field contains **1932**. Field **2400***b* will contain information for appropriately targeting the MS ID with data (e.g. communications interface to use if MS has multiple of them). An MS with only one communications interface can store only a MS ID in field **2400***b*.

Records **2400** are used to cause appropriate processing by 19xx threads (e.g. **1932** or **1952**) as invoked when needed (e.g. by thread(s) **1912**). Process **1932** is a slave to queue type of process, and there are no queue **1980** entries **2400** which will not get timely processed by a thread **1932**. No interim pruning is necessary to queue **1980**.

With reference now back to FIG. **19**, Correlation Response (CR) queue **1990** is for receiving correlation data for correlating requests transmitted in data **1302** with responses received in data **1302** or **1312**. Records **2450** are inserted to queue **1990** (via processing **1928**) from thread(s) **1922** so that thread(s) **1912** (after processing **1920**) correlate data **1302** or **1312** with requests sent by thread(s) **1922** (e.g. over interface **1926**), for the purpose of calculating a TDOA measurement. Additionally, records **2450** are inserted to queue **1990** (via processing **1936**) from thread(s) **1932** so that thread(s) **1912** (after processing **1920**) correlate data **1302** or **1312** with requests sent by thread(s) **1932** (e.g. over interface **1938**), for the purpose of calculating a TDOA measurement. Preferably, there is a plurality (pool) of threads for feeding queue **1990** and for feeding from queue **1990** (feeding from queue **1990** with thread(s) **1912**). All queue **1990** accesses are assumed to have appropriate semaphore control to ensure synchronous access by any thread at any particular time to prevent data corruption and misuse. Depending on alternative embodiments, queue **1990** may be viewed metaphorically for providing convenient grounds of explanation.

With reference now to FIG. **24**B, depicted is an illustration for describing a preferred embodiment of a correlation response queue record, as maintained to Correlation Response (CR) queue **1990**. CR queue **1990** is not required when a LN-expanse globally uses NTP, as found in thread 19xx processing described for architecture **1900**, however it may be required at a MS which does not have NTP, or a MS which interacts with another data processing system (e.g. MS) that does not have NTP. Therefore, CR record **2450** (i.e. queue entry **2450**) may, or may not, be required. This is the reason FIG. **1**A does not depict queue **1990**. The purpose of CR queue **1990** is to enable calculation of TDOA measurements using correlation data to match a request with a response. When NTP is used globally in the LN-expanse, no such correlations between a request and response is required, as described above. In the NTP scenario, thread(s) **1912** can deduce TDOA measurements directly from responses (see FIG. **21**), and there is no requirement for threads **1932**.

TDOA measurements are best taken using date/time stamps as close to the processing points of sending and receiving as possible, otherwise critical regions of code may be required for enabling process time adjustments to the measurements when processing is "further out" from said points. This is the reason MS receive processing provides

US 10,477,994 B2

109                                                                    110

received date/time stamps with data inserted to queue **26** (field **1100**$p$ or **2490**$c$). In a preferred embodiment, send queue **24** processing inserts to queue **1990** so the date/time stamp field **2450**$a$ for when sent is as close to just prior to having been sent as possible. However, there is still the requirement for processing time spent inserting to queue **1990** prior to sending anyway. Anticipated processing speeds of architecture **1900** allow reasonably moving sent date/time stamp setting just a little "further out" from actually sending to keep modular send processing isolated. A preferred embodiment (as presented) assumes the send queue **24** interface minimizes processing instructions from when data is placed onto queue **24** and when it is actually sent, so that the sending thread(s) 19xx (**1902, 1922, 1932** and **1942**) insert to queue **1990** with a reasonably accurate sent/date stamp field **2450**$a$. This ensures a most accurate sent date/time stamp (e.g. enabling most accurate TDOA measurements). An alternate embodiment makes appropriate adjustments for more accurate time to consider processing instructions up to the point of sending after queue **1990** insertion.

Records **2450** (i.e. queue entries **2450**) contain a date/time stamp field **2450**$a$ and a correlation data field **2450**$b$. Date/ time stamp field **2450**$a$ contains a date/time stamp of when a request (data **1302**) was sent as set by the thread inserting the queue entry **2450**. Correlation data field **2450**$b$ contains unique correlation data (e.g. MS id with suffix of unique number) used to provide correlation for matching sent requests (data **1302**) with received responses (data **1302** or **1312**), regardless of the particular communications interface(s) used (e.g. different wave spectrums supported by MS). Upon a correlation match, a TDOA measurement is calculated using the time difference between field **2450**$a$ and a date/time stamp of when the response was received (e.g. field **1100**$p$). A thread **1912** accesses queue **1990** for a record **2450** using correlation field **2450**$b$ to match, when data **1302** or **1312** contains correlation data for matching. A thread **1912** then uses the field **2450**$a$ to calculate a TDOA measurement. Process **1912** is not a slave to queue **1990** (but is to queue **26**). A thread **1912** peeks queue **1990** for a matching entry when appropriate. Queue **1990** may contain obsolete queue entries **2450** until pruning is performed. Some WDR requests may be broadcasts, therefore records **2450** may be used for correlating a plurality of responses. In another record **2450** embodiment, an additional field **2450**$c$ is provided for specification of which communication interface(s) and/or channel(s) to listen on for a response.

With reference now back to FIG. **19**, any reasonable subset of architecture **1900** processing may be incorporated in a MS. For example in one minimal subset embodiment, a DLM which has excellent direct locating means only needs a single instance WDR (queue **22**) and a single thread **1902** for broadcasting whereabouts data to facilitate whereabouts determination by other MSs. In a near superset embodiment, process **1942** processing may be incorporated completely into process **1912**, thereby eliminating processing **1942** by having threads **1912** feed from queue **26** for WDR requests as well as WDR information. In another subset embodiment, process **1922** may only send requests to queue **24** for responses, or may only start a thread **1952** for determining whereabouts of the MS. There are many viable subset embodiments depending on the MS being a DLM or ILM, capabilities of the MS, LN-expanse deployment design choices, etc. A reference to FIG. **19** accompanies thread 19xx flowcharts (FIGS. **20, 21, 22, 23, 25** and **26A**). The user, preferably an administrator type (e.g. for IbxPhone™ debug) selectively configures whether or not to start or

terminate a process (thread pool), and perhaps the number of threads to start in the pool (see FIG. **14A**). Starting a process (and threads) and terminating processes (and threads) is shown in flowcharts **29**A and **29**B. There are other embodiments for properly starting and terminating threads without departing from the spirit and scope of this disclosure.

LBX of data may also be viewed as LBX of objects, for example a WDR, WDR request, TDOA request, AOA request, charters, permissions, data record(s), or any other data may be viewed as an object. A subset of an object or data may also be viewed as an object.

While a consumer ready IbxPhone™ preferably incorporates a multithreaded architecture **1900** using an optimized O/S kernel and communications interfaces in hardware ("burned in" well tested semiconductor(s) microcode) for maximum performance, some LBX enabled MSs may integrate the functionality as close to a MS O/S kernel as is reasonable for a particular MS (e.g. with modifiable software, pluggable microcode chip, etc). Still other MSs may provide plug-in adaptability for LBX processing, perhaps even at an application layer. For example, Apple may provide LBX processing, or a subset thereof, as an "App" (_application) in their "App Store" for customer download to an iPhone when the MS (iPhone) contains sufficient performance and/or interfaces to provide optimal performance. There are many examples for carrying out the LBX architecture.

FIG. **20** depicts a flowchart for describing a preferred embodiment of MS whereabouts broadcast processing, for example to facilitate other MSs in locating themselves in an LN-expanse. FIG. **20** processing describes a process **1902** worker thread, and is of PIP code **6**. Thread(s) **1902** purpose is for the MS of FIG. **20** processing (e.g. a first, or sending, MS) to periodically transmit whereabouts information to other MSs (e.g. at least a second, or receiving, MS) to use in locating themselves. It is recommended that validity criteria set at block **1444** for **1902**-Max be fixed at one (1) in the preferred embodiment. Multiple channels for broadcast at block **2016** should be isolated to modular send processing (feeding from a queue **24**).

In an alternative embodiment having multiple transmission channels visible to process **1902**, there can be a worker thread **1902** per channel to handle broadcasting on multiple channels. If thread(s) **1902** (block **2016**) do not transmit directly over the channel themselves, this embodiment would provide means for communicating the channel for broadcast to send processing when interfacing to queue **24** (e.g. incorporate a channel qualifier field with WDR inserted to queue **24**). This embodiment could allow specification of at least one (1) worker thread per channel, however multiple worker threads configurable for process **1902** as appropriated for the number of channels configurable for broadcast.

Processing begins at block **2002**, continues to block **2004** where the process worker thread count **1902**-Ct is accessed and incremented by 1 (using appropriate semaphore access (e.g. **1902**-Sem)), and continues to block **2006** for peeking WDR queue **22** for a special termination request entry. Block **2004** may also check the **1902**-Ct value, and signal the process **1902** parent thread that all worker threads are running when **1902**-Ct reaches **1902**-Max. Thereafter, if block **2008** determines that a worker thread termination request was not found in queue **22**, processing continues to block **2010**. Block **2010** peeks the WDR queue **22** (using interface **1904**) for the most recent highest confidence entry for this MS whereabouts by searching queue **22** for: the MS ID field **1100**$a$ matching the MS ID of FIG. **20** processing, and a confidence field **1100**$d$ greater than or equal to the

US 10,477,994 B2

111

112

confidence floor value, and a most recent NTP enabled date/time stamp field **1100***b* within a prescribed trailing period of time (e.g. preferably less than or equal to 2 seconds). For example, block **2010** peeks the queue (i.e. makes a copy for use if an entry found for subsequent processing, but does not remove the entry from queue) for a WDR of this MS (i.e. MS of FIG. **20** processing) which has the greatest confidence over 75 and has been most recently inserted to queue **22** with an NTP date/time stamp in the last 2 seconds. Date/time stamps for MS whereabouts which are not NTP derived have little use in the overall palette of process 19xx choices of architecture **1900** because receiving data processing systems (e.g. MSs) will have no means of determining an accurate TDOA measurement in the unidirectional transmission from an NTP disabled MS. A receiving data processing system will still require a bidirectional correlated exchange with the MS of FIG. **20** processing to determine an accurate TDOA measurement in its own time scale (which is accomplished with thread(s) **1922** pulling WDR information anyway). An alternate embodiment to block **2010** will not use the NTP indicator as a search criteria so that receiving data processing systems can receive to a thread **1912**, and then continue for appropriate correlation processing, or can at least maintain whereabouts to queue **22** to know who is nearby.

Thread **1902** is of less value to the LN-expanse when it broadcasts outdated/invalid whereabouts of the MS to facilitate locating other MSs. In an alternate embodiment, a movement tolerance (e.g. user configured or system set (e.g. 3 meters)) is incorporated at the MS, or at service(s) used to locate the MS, for knowing when the MS has significantly moved (e.g. more than 3 meters) and how long it has been (e.g. 45 seconds) since last significantly moving. In this embodiment, the MS is aware of the period of time since last significantly moving and the search time criteria is set using the amount of time since the MS significantly moved (whichever is greater). This way a large number of (perhaps more confident candidates) WDRs are searched in the time period when the MS has not significantly moved. Optional blocks **278** through **284** may have been incorporated to FIG. **2**F for movement tolerance processing just described, in which case the LWT is compared to the current date/time of block **2010** processing to adjust block **2010** search time criteria for the correct trailing period. In any case, a WDR is sought at block **2010** which will help other MSs in the LN-expanse locate themselves, and to let other MSs know who is nearby.

Thereafter, if block **2012** determines a useful WDR was found, then block **2014** prepares the WDR for send processing, block **2016** broadcasts the WDR information (using send interface **1906**) by inserting to queue **24** so that send processing broadcasts data **1302** (e.g. on all available communications interface(s) **70**), for example as far as radius **1306**, and processing continues to block **2018**. The broadcast is for reception by data processing systems (e.g. MSs) in the vicinity. At least fields **1100***b*, **1100***c*, **1100***d*, and **1100***n* are broadcast. See FIG. **11**A descriptions. Fields are set to the following upon exit from block **2014**:

MS ID field **1100***a* is preferably set with: Field **1100***a* from queue **22**, or transformed (if not already) into a pseudo MS ID (possibly for future correlation) if desired. This field may also be set to null (not set) because it is not required when the NTP indicator of field **1100***b* is enabled and the broadcast is sent with an NTP enabled field **1100***n*.

DATE/TIME STAMP field **1100***b* is preferably set with: Field **1100***b* from queue **22**.

LOCATION field **1100***c* is preferably set with: Field **1100***c* from queue **22**.

CONFIDENCE field **1100***d* is preferably set with: Field **1100***d* from queue **22**.

LOCATION TECHNOLOGY field **1100***e* is preferably set with: Field **1100***e* from queue **22**.

LOCATION REFERENCE INFO field **1100***f* is preferably set with: null (not set). Null indicates to send processing feeding from queue **24** to use all available comm. interfaces **70** (i.e. Broadcast). Specifying a comm. interface targets the specified interface (i.e. send).

COMMUNICATIONS REFERENCE INFO field **1100***g* is preferably set with: null (not set). If MS ID (or pseudo MS ID) is sent, this is all that is required to target this MS.

SPEED field **1100***h* is preferably set with: Field **1100***h* from queue **22**.

HEADING field **1100***i* is preferably set with: Field **1100***i* from queue **22**.

ELEVATION field **1100***j* is preferably set with: Field **1100***j* from queue **22**.

APPLICATION FIELDS field **1100***k* is preferably set with: Field **1100***k* from queue **22**. An alternate embodiment will add, alter, or discard data (with or without date/time stamps) here at the time of block **2014** processing.

CORRELATION FIELD **1100***m* is preferably set with: null (not set).

SENT DATE/TIME STAMP field **1100***n* is preferably set with: Sent date/time stamp as close in processing the broadcast of block **2016** as possible.

RECEIVED DATE/TIME STAMP field **1100***p* is preferably set with: Not Applicable (i.e. N/A for sending).

Block **2018** causes thread **1902** to sleep according to the SPTP setting (e.g. a few seconds). When the sleep time has elapsed, processing continues back to block **2006** for another loop iteration of blocks **2006** through **2016**. Referring back to block **2012**, if a useful WDR was not found (e.g. candidates too old), then processing continues to block **2018**. Referring back to block **2008**, if a worker thread termination request entry was found at queue **22**, then block **2020** decrements the worker thread count by 1 (using appropriate semaphore access (e.g. **1902**-Sem)), and thread **1902** processing terminates at block **2022**. Block **2020** may also check the **1902**-Ct value, and signal the process **1902** parent thread that all worker threads are terminated when **1902**-Ct equals zero (0).

Block **2016** causes broadcasting data **1302** containing CK **1304** wherein CK **1304** contains WDR information prepared as described above for block **2014**. Alternative embodiments of block **2010** may not search a specified confidence value, and broadcast the best entry available anyway so that listeners in the vicinity will decide what to do with it. A semaphore protected data access (instead of a queue peek) may be used in embodiments where there is always one WDR current entry maintained for the MS.

In the embodiment wherein usual MS communications data **1302** of the MS is altered to contain CK **1304** for listening MSs in the vicinity, send processing feeding from queue **24**, caused by block **2016** processing, will place WDR information as CK **1304** embedded in usual data **1302** at the next opportune time of sending usual data **1302**. If an opportune time is not timely, send processing should discard the send request of block **2016** to avoid broadcasting outdated whereabouts information (unless using a movement tolerance and time since last significant movement). As the MS conducts its normal communications, transmitted data **1302** contains new data CK **1304** to be ignored by receiving MS other character **32** processing, but to be found by

US 10,477,994 B2

113                                                                114

listening MSs within the vicinity which anticipate presence of CK **1304**. Otherwise, when LN-Expanse deployments have not introduced CK **1304** to usual data **1302** communicated on a receivable signal by MSs in the vicinity, FIG. **20** sends repeated timely pulsed broadcasts of new data **1302** (per SPTP) for MSs in the vicinity of the first MS to receive. In any case, appropriate implementation should ensure field **1100n** is as accurate as possible for when data **1302** is actually sent.

An alternate embodiment to architecture **1900** for elimination of process **1902** incorporates a trigger implementation for broadcasting MS whereabouts at the best possible time—i.e. when the MS whereabouts is inserted to queue **22**. As soon as a new (preferably NTP enabled) WDR candidate becomes available, it can be broadcast at a new block **279** of FIG. **2F**. (e.g. new block **279** continued to from block **278** and then continuing to block **280**). Fields are set as described above for FIG. **20**. Preferably, the new block **279** starts an asynchronous thread consisting of blocks **2014** and **2016** so that FIG. **2F** processing performance is not impacted. In a further embodiment, block **279** can be further enhanced using the SPTP value to make sure that too many broadcasts are not made. The SPTP (Source Periodicity Time Period) could be observed for getting as close as possible to broadcasting whereabouts in accordance with SPTP (e.g. worst case there are not enough broadcasts).

FIG. **21** depicts a flowchart for describing a preferred embodiment of MS whereabouts collection processing. FIG. **21** processing describes a process **1912** worker thread, and is of PIP code **6**. Thread(s) **1912** purpose is for the MS of FIG. **21** processing (e.g. a second, or receiving, MS) to collect potentially useful WDR information from other MSs (e.g. at least a first, or sending, MS) in the vicinity for determining whereabouts of the receiving (second) MS. It is recommended that validity criteria set at block **1444** for **1912**-Max be set as high as possible (e.g. 10) relative performance considerations of architecture **1900**, with at least one thread per channel that WDR information may be received on by the receiving MS. Multiple channels for receiving data fed to queue **26** should be isolated to modular receive processing (feeding a queue **26**).

In an alternative embodiment having multiple receiving transmission channels visible to process **1912** (e.g. thread(s) **1912** receiving directly), there can be a worker thread **1912** per channel to handle receiving on multiple channels simultaneously. If thread(s) **1912** do not receive directly from the channel, the preferred embodiment of FIG. **21** would not need to convey channel information to thread(s) **1912** waiting on queue **26** anyway. Embodiments could allow specification/configuration of many thread(s) **1912** per channel.

Processing begins at block **2102**, continues to block **2104** where the process worker thread count **1912**-Ct is accessed and incremented by 1 (using appropriate semaphore access (e.g. **1912**-Sem)), and continues to block **2106** for interim housekeeping of pruning the WDR queue by invoking a Prune Queues procedure of FIG. **27A**. Block **2104** may also check the **1912**-Ct value, and signal the process **1912** parent thread that all worker threads are running when **1912**-Ct reaches **1912**-Max. Block **2106** may not be required since block **2130** can cause queue **22** pruning (block **292**).

Thereafter, block **2108** retrieves from queue **26** a WDR (using interface **1914**), perhaps a special termination request entry, or a WDR received in data **1302** (CK **1304**) or data **1312** (CK **1314**), and only continues to block **2110** when a WDR has been retrieved. Block **2108** stays blocked on retrieving from queue **26** until any WDR is retrieved. If block **2110** determines that a special WDR indicating to

terminate was not found in queue **26**, processing continues to block **2112**. Block **2112** adjusts date/time stamp field **1100b** if necessary depending on NTP use in the LN-expanse and adjusts the confidence field **1100d** accordingly. In a preferred embodiment, fields **1100b** and **1100d** for the WDR in process is set as follows for certain conditions:

Fields **1100b**, **1100n** and **1100p** all NTP indicated: keep fields **1100b** and **1100d** as is; or

Fields **1100b** and **1100n** are NTP indicated, **1100p** is not: Is correlation (field **1100m**) present?: No, then set confidence (field **1100d**) to 0 (for filtering out at block **2114**)/Yes, then set field **1100b** to **1100p** (in time terms of this MS) and adjust confidence lower based on differences between fields **1100b**, **1100n** and **1100p**; or

Fields **1100b** and **1100p** are NTP indicated, **1100n** is not: Is correlation present?: No, then set confidence to 0 (for filtering out at block **2114**)/Yes, then set field **1100b** to **1100p** (in time terms of this MS) and adjust confidence lower based on differences between fields **1100b**, **1100n** and **1100p**; or

Fields **1100b** NTP indicated, **1100n** and **1100p** not: Is correlation present?: No, then set confidence to 0 (for filtering out at block **2114**)/Yes, then set field **1100b** to **1100p** (in time terms of this MS) and adjust confidence lower based on differences between fields **1100b**, **1100n** and **1100p**; or

Field **1100b** not NTP indicated, **1100n** and **1100p** are: Is correlation present?: No, then set confidence to 0 (for filtering out at block **2114**)/Yes, then set field **1100b** to **1100p** (in time terms of this MS) and adjust confidence lower based on differences between fields **1100b**, **1100n** and **1100p**; or

Fields **1100b** and **1100p** are not NTP indicated, **1100n** is: Is correlation present?: No, then set confidence to 0 (for filtering out at block **2114**)/Yes, then set field **1100b** to **1100p** (in time terms of this MS) and adjust confidence lower based on differences between fields **1100b**, **1100n** and **1100p**; or

Fields **1100b** and **1100n** are not NTP indicated, **1100p** is: Is correlation present?: No, then set confidence to 0 (for filtering out at block **2114**)/Yes, then set field **1100b** to **1100p** (in time terms of this MS) and adjust confidence lower based on differences between fields **1100b**, **1100n** and **1100p**; or

Fields **1100b**, **1100n** and **1100p** not NTP indicated: Is correlation present?: No, then set confidence to 0 (for filtering out at block **2114**)/Yes, then set field **1100b** to **1100p** (in time terms of this MS) and adjust confidence lower based on differences between fields **1100b**, **1100n** and **1100p**.

NTP ensures maintaining a high confidence in the LN-expanse, but absence of NTP is still useful. Confidence values should be adjusted with the knowledge of the trailing time periods used for searches when sharing whereabouts (e.g. thread(s) **1942** searches). Block **2112** continues to block **2114**.

If at block **2114**, the WDR confidence field **1100d** is not greater than the confidence floor value, then processing continues back to block **2106**. If block **2114** determines that the WDR field **1100d** is satisfactory, then block **2116** initializes a TDOA_FINAL variable to False, and block **2118** checks if the WDR from block **2108** contains correlation (field **1100m**).

If block **2118** determines the WDR does not contain correlation, then block **2120** accesses the ILMV, block **2122** determines the source (ILM or DLM) of the WDR using the originator indicator of field **1100e**, and block **2124** checks

US 10,477,994 B2

115

116

suitability for collection of the WDR. While processes 19xx running are generally reflective of the ILMV roles configured, it is possible that the more descriptive nature of ILMV role(s) not be one to one in relationship to 19xx processes, in particular depending on the subset of architecture 1900 in use. Block **2124** is redundant anyway because of block **274**. If block **2124** determines the ILMV role is disabled for collecting this WDR, then processing continues back to block **2106**. If block **2124** determines the ILMV role is enabled for collecting this WDR, then processing continues to block **2126**.

If block **2126** determines both the first (sending) and second (receiving) MS are NTP enabled (i.e. Fields **1100b**, **1100n** and **1100p** are NTP indicated) OR if TDOA_FINAL is set to True (as arrived to via block **2150**), then block **2128** completes the WDR for queue **22** insertion, block **2130** prepares parameters for FIG. **2F** processing and block **2132** invokes FIG. **2F** processing (interface **1916**). Parameters set at block **2130** are: WDRREF=a reference or pointer to the WDR completed at block **2128**; DELETEQ=FIG. **21** location queue discard processing; and SUPER=FIG. **21** supervisory notification processing. Block **2128** calculates a TDOA measurement whenever possible and inserts to field **1100f**. See FIG. **11A** descriptions. Fields are set to the following upon exit from block **2128**:

MS ID field **1100a** is preferably set with: Field **1100a** from queue **26**.

DATE/TIME STAMP field **1100b** is preferably set with: Preferred embodiment discussed for block **2112**.

LOCATION field **1100c** is preferably set with: Field **1100c** from queue **26**.

CONFIDENCE field **1100d** is preferably set with: Confidence at equal to or less than field **1100d** received from queue **26** (see preferred embodiment for block **2112**).

LOCATION TECHNOLOGY field **1100e** is preferably set with: Field **1100e** from queue **26**.

LOCATION REFERENCE INFO field **1100f** is preferably set with: All available measurements from receive processing (e.g. AOA, heading, yaw, pitch, roll, signal strength, wave spectrum, particular communications interface **70**, etc), and TDOA measurement(s) as determined in FIG. **21** (blocks **2128** and **2148**).

COMMUNICATIONS REFERENCE INFO field **1100g** is preferably set with: Field **1100g** from queue **26**.

SPEED field **1100h** is preferably set with: Field **1100h** from queue **26**.

HEADING field **1100i** is preferably set with: Field **1100i** from queue **26**.

ELEVATION field **1100j** is preferably set with: Field **1100j** from queue **26**.

APPLICATION FIELDS field **1100k** is preferably set with: Field **1100k** from queue **26**. An alternate embodiment will add, alter, or discard data (with or without date/time stamps) here at the time of block **2128** processing.

CORRELATION FIELD **1100m** is preferably set with: Not Applicable (i.e. not maintained to queue **22**). Was used by FIG. **21** processing.

SENT DATE/TIME STAMP field **1100n** is preferably set with: Not Applicable (i.e. not maintained to queue **22**). Was used by FIG. **21** processing.

RECEIVED DATE/TIME STAMP field **1100p** is preferably set with: Not Applicable (i.e. not maintained to queue **22**). Was used by FIG. **21** processing.

Block **2132** continues to block **2134** where a record **2400** is built (i.e. field **2400a**=**1952** and field **2400b** is set to null (e.g. −1)) and then block **2136** inserts the record **2400** to TR queue **1980** (using interface **1918**) so that a thread **1952** will perform processing. Blocks **2134** and **2136** may be replaced with an alternative embodiment for starting a thread **1952**. Block **2136** continues back to block **2106**.

Referring now back to block **2126**, if it is determined that a TDOA measurement cannot be made (i.e. (field **1100n** or **1100p** not NTP indicated) OR if TDOA_FINAL is set to False), then block **2138** checks if the WDR contains a MS ID (or pseudo MS ID). If block **2138** determines there is none, then processing continues back to block **2106** because there is no way to distinguish one MS from another with respect to the WDR retrieved at block **2108** for directing bidirectional correlation. An alternate embodiment will use a provided correlation field **1100m** received at block **2108**, instead of a field **1100a**, for knowing how to target the originating MS for TDOA measurement processing initiated by a thread **1932**. If block **2138** determines there is a usable MS ID (or correlation field), then block **2140** builds a record **2400** (field **2400a**=**1932**, field **2400b**=the MS ID (or pseudo MS ID, or correlation) and particular communications interface from field **1100f** (if available) of the WDR of block **2108**, and block **2142** inserts the record **2400** to queue **1980** (interface **1918**) for starting a thread **1932**. Block **2142** continues back to block **2106**. An alternate embodiment causes block **2126** to continue directly to block **2140** (no block **2138**) for a No condition from block **2126**. Regardless of whether the originating MS ID can be targeted, a correlation (in lieu of an MS ID) may be used when the MS responds with a broadcast. The WDR request made by thread **1932** can be a broadcast rather than a targeted request. Thread(s) **1932** can handle sending targeted WDR requests (to a known MS ID) and broadcast WDR requests.

Referring back to block **2118**, if it is determined the WDR does contain correlation (field **1100m**), block **2144** peeks the CR queue **1990** (using interface **1920**) for a record **2450** containing a match (i.e. field **1100m** matched to field **2450b**). Thereafter, if block **2146** determines no correlation was found on queue **1990** (e.g. response took too long and entry was pruned), then processing continues to block **2120** already described. If block **2146** determines the correlation entry was found (i.e. thread **1912** received a response from an earlier request (e.g. from a thread **1922** or **1932**), then block **2148** uses date/time stamp field **2450a** (from block **2144**) with field **1100p** (e.g. from block **2108**) to calculate a TDOA measurement in time scale of the MS of FIG. **21** processing, and sets field **1100f** appropriately in the WDR. Note that correlation field **2450b** is valid across all available MS communications interfaces (e.g. all supported active wave spectrums). The TDOA measurement considers duration of time between the earlier sent date/time of record **2450** and the later time of received date/time field **1100p**. The TDOA measurement may further be altered at block **2148** processing time to a distance knowing the velocity of the wave spectrum used as received to queue **26**. Block **2148** continues to block **2150** where the TDOA_FINAL variable is set to True, then to block **2120** for processing already described.

Referring back to block **2110**, if a WDR for a worker thread termination request was found at queue **26**, then block **2152** decrements the worker thread count by 1 (using appropriate semaphore access (e.g. **1912**-Sem)), and thread **1912** processing terminates at block **2154**. Block **2152** may also check the **1912**-Ct value, and signal the process **1912** parent thread that all worker threads are terminated when **1912**-Ct equals zero (0).

In the embodiment wherein usual MS communications data **1302** of the MS is altered to contain CK **1304** or **1314** for listening MSs in the vicinity, receive processing feeding

US 10,477,994 B2

117

queue **26** will place WDR information to queue **26** as CK **1304** or **1314** is detected for being present in usual communication data **1302** or **1304**. As normal communications to are conducted, transmitted data **1302** or **1312** contains new data CK **1304** or **1314** to be ignored by receiving MS other character **32** processing, but to be found by listening MSs within the vicinity which anticipate presence of CK **1304** or **1314**. Otherwise, when LN-Expanse deployments have not introduced CK **1304** (or **1314**) to usual data **1302** (or **1312**) communicated on a receivable signal by MSs in the vicinity, FIG. **21** receives new data **1302** (or **1312**) sent. In any case, field **1100**p should be as accurate as possible for when data **1302** (or **1312**) was actually received. Critical regions of code and/or anticipated execution timing may be used to affect a best setting of field **1100**p.

So, FIG. **21** is responsible for maintaining whereabouts of others to queue **22** with data useful for triangulating itself.

FIG. **22** depicts a flowchart for describing a preferred embodiment of MS whereabouts supervisor processing, for example to ensure the MS of FIG. **22** processing (e.g. first MS) is maintaining timely whereabouts information for itself. FIG. **22** processing describes a process **1922** worker thread, and is of PIP code **6**. Thread(s) **1922** purpose is for the MS of FIG. **22** processing (e.g. a first, or sending, MS), after determining its whereabouts are stale, to periodically transmit requests for whereabouts information from MSs in the vicinity (e.g. from at least a second, or receiving, MS), and/or to start a thread **1952** for immediately determining whereabouts. Alternative embodiments to FIG. **22** will implement processing of blocks **2218** through **2224**, or processing of blocks **2226** through **2228**, or both as depicted in FIG. **22**. It is recommended that validity criteria set at block **1444** for **1922**-Max be fixed at one (1) in the preferred embodiment. Multiple channels for broadcast at block **2224** should be isolated to modular send processing feeding from a queue **24**.

In an alternative embodiment having multiple transmission channels visible to process **1922**, there can be a worker thread **1922** per channel to handle broadcasting on multiple channels. If thread(s) **1922** (block **2224**) do not transmit directly over the channel, this embodiment would provide means for communicating the channel for broadcast to send processing when interfacing to queue **24** (e.g. incorporate a channel qualifier field with WDR request inserted to queue **24**). This embodiment could allow specification of one (1) thread per channel, however multiple worker threads configurable for processing **1922** as determined by the number of channels configurable for broadcast.

Processing begins at block **2202**, continues to block **2204** where the process worker thread count **1922**-Ct is accessed and incremented by 1 (using appropriate semaphore access (e.g. **1922**-Sem)), and continues to block **2206** for interim housekeeping of pruning the CR queue by invoking a Prune Queues procedure of FIG. **27**A. Block **2204** may also check the **1922**-Ct value, and signal the process **1922** parent thread that all worker threads are running when **1922**-Ct reaches **1922**-Max. Block **2206** continues to block **2208** for peeking WDR queue **22** (using interface **1924**) for a special termination request entry. Thereafter, if block **2210** determines that a worker thread termination request was not found in queue **22**, processing continues to block **2212**. Block **2212** peeks the WDR queue **22** (using interface **1924**) for the most recent highest confidence entry for this MS whereabouts by searching queue **22** for: the MS ID field **1100**a matching the MS ID of FIG. **22** processing, and a confidence field **1100**d greater than or equal to the confidence floor value, and a most recent date/time stamp field **1100**b within a prescribed

118

trailing period of time of block **2212** search processing using a function of the WTV (i.e. f(WTV)=short-hand for "function of WTV") for the period. For example, block **2212** peeks the queue (i.e. makes a copy for use if an entry found for subsequent processing, but does not remove the entry from queue) for a WDR of the first MS which has the greatest confidence over 75 and has been most recently inserted to queue **22** in the last 3 seconds. Since the MS whereabouts accuracy may be dependent on timeliness of the WTV, it is recommended that the f(WTV) be some value less than or equal to WTV, but preferably not greater than the WTV. Thread **1922** is of less value to the MS when not making sure in a timely manner the MS is maintaining timely whereabouts for itself. In an alternate embodiment, a movement tolerance (e.g. user configured or system set (e.g. 3 meters)) is incorporated at the MS, or at service(s) used to locate the MS, for knowing when the MS has significantly moved (e.g. more than 3 meters) and how long it has been (e.g. 45 seconds) since last significantly moving. In this embodiment, the MS is aware of the period of time since last significantly moving and the f(WTV) is set using the amount of time since the MS significantly moved (i.e. f(WTV)=as described above, or the amount of time since significantly moving, whichever is greater). This way a large number of (perhaps more confident candidates) WDRs are searched in the time period when the MS has not significantly moved. Optional blocks **278** through **284** may have been incorporated to FIG. **2**F for movement tolerance processing just described, in which case the LWT is compared to the current date/time to adjust the WTV for the correct trailing period. In any case, a WDR is sought at block **2212** which will verify whether or not MS whereabouts are current.

Thereafter, if block **2214** determines a satisfactory WDR was found, then processing continues to block **2216**. Block **2216** causes thread **1922** to sleep according to a f(WTV) (preferably a value less than or equal to the WTV (e.g. 95% of WTV)). When the sleep time has elapsed, processing continues back to block **2206** for another loop iteration of blocks **2206** through **2214**.

If block **2214** determines a current WDR was not found, then block **2218** builds a WDR request (e.g. containing record **2490** with field **2490**a for the MS of FIG. **22** processing (MS ID or pseudo MS ID) so receiving MSs in the LN-expanse know who to respond to, and field **2490**b with appropriate correlation for response), block **2220** builds a record **2450** (using correlation generated for the request at block **2218**), block **2222** inserts the record **2450** to queue **1990** (using interface **1928**), and block **2224** broadcasts the WDR request (record **2490**) for responses. Absence of field **2490**d indicates to send processing feeding from queue **24** to broadcast on all available comm. interfaces **70**.

With reference now to FIG. **24**C, depicted is an illustration for describing a preferred embodiment of a WDR request record, as communicated to queue **24** or **26**. When a LN-expanse globally uses NTP, as found in thread 19xx processing described for architecture **1900**, a WDR request record **2490** may, or may not, be required. TDOA calculations can be made using a single unidirectional data (**1302** or **1312**) packet containing a sent date/time stamp (of when the data was sent) as described above.

Records **2490** contain a MS ID field **2490**a and correlation field **2490**b. MS ID field **2490**a contains an MS ID (e.g. a value of field **1100**a). An alternate embodiment will contain a pseudo MS ID (for correlation), perhaps made by a derivative of the MS ID with a unique (suffix) portion, so that receiving MSs can directly address the MS sending the request without actually knowing the MS ID (i.e. they know

US 10,477,994 B2

119

120

the pseudo MS ID which enables the MS to recognize originated transmissions). Correlation field **2490***b* contains unique correlation data (e.g. MS id with suffix of unique number) used to provide correlation for matching sent requests (data **1302**) with received WDR responses (data **1302** or **1312**). Upon a correlation match, a TDOA measurement is calculated using the time difference between field **2450***a* and a date/time stamp of when the response was received (e.g. field **1100***p*). Received date/time stamp field **2490***c* is added by receive processing feeding queue **26** when an MS received the request from another MS. Comm interface field **2490***d* is added by receive processing inserting to queue **26** for how to respond and target the originator. Many MSs do not have choices of communications interfaces, so field **2490***d* may not be required. If available it is used, otherwise a response can be a broadcast. Field **2490***d* may contain a wave spectrum identifier for uniquely identifying how to respond (e.g. one to one with communications interface), or any other value for indicating how to send given how the request was received.

With reference back to FIG. **22**, block **2218** builds a request that receiving MSs will know is for soliciting a response with WDR information. Block **2218** generates correlation for field **2450***b* to be returned in responses to the WDR request broadcast at block **2224**. Block **2220** also sets field **2450***a* to when the request was sent. Preferably, field **2450***a* is set as close to the broadcast as possible. In an alternative embodiment, broadcast processing feeding from queue **24** makes the record **2450** and inserts it to queue **1990** with a most accurate time of when the request was actually sent. Fields **2450***a* are to be as accurate as possible. Block **2224** broadcasts the WDR request data **1302** (using send interface **1926**) by inserting to queue **24** so that send processing broadcasts data **1302**, for example as far as radius **1306**. Broadcasting preferably uses all available communications interface(s) **70** (e.g. all available wave spectrums). Therefore, the comm interface field **2490***d* is not set (which implies to send processing to do a broadcast).

Block **2224** continues to block **2226** where a record **2400** is built (i.e. field **2400***a*=**1952** and field **2400***b* is set to null (e.g. −1)) and then block **2228** inserts the record **2400** to TR queue **1980** (using interface **1930**) so that a thread **1952** will perform processing. Blocks **2226** and **2228** may be replaced with an alternative embodiment for starting a thread **1952**. Block **2228** continues back to block **2216**.

Referring back to block **2210**, if a worker thread termination request entry was found at queue **22**, then block **2230** decrements the worker thread count by 1 (using appropriate semaphore access (e.g. **1922**-Sem)), and thread **1922** processing terminates at block **2232**. Block **2230** may also check the **1922**-Ct value, and signal the process **1922** parent thread that all worker threads are terminated when **1922**-Ct equals zero (0).

In the embodiment wherein usual MS communications data **1302** of the MS is altered to contain CK **1304** for listening MSs in the vicinity, send processing feeding from queue **24**, caused by block **2224** processing, will place the request as CK **1304** embedded in usual data **1302** at the next opportune time of sending usual data **1302**. This may require the alternative embodiment of adding the entry to queue **1990** being part of send processing. As the MS conducts its normal communications, transmitted data **1302** contains new data CK **1304** to be ignored by receiving MS other character **32** processing, but to be found by listening MSs within the vicinity which anticipate presence of CK **1304**. Otherwise, when LN-Expanse deployments have not intro-

duced CK **1304** to usual data **1302** communicated on a receivable signal by MSs in the vicinity, FIG. **22** sends new WDR request data **1302**.

FIG. **23** depicts a flowchart for describing a preferred embodiment of MS timing determination processing. FIG. **23** processing describes a process **1932** worker thread, and is of PIP code **6**. Thread(s) **1932** purpose is for the MS of FIG. **23** processing to determine TDOA measurements when needed for WDR information received. It is recommended that validity criteria set at block **1444** for **1932**-Max be set as high as possible (e.g. 12) relative performance considerations of architecture **1900**, to service multiple threads **1912**.

Processing begins at block **2302**, continues to block **2304** where the process worker thread count **1932**-Ct is accessed and incremented by 1 (using appropriate semaphore access (e.g. **1932**-Sem)), and continues to block **2306** for interim housekeeping of pruning the CR queue by invoking a Prune Queues procedure of FIG. **27**A. Block **2304** may also check the **1932**-Ct value, and signal the process **1932** parent thread that all worker threads are running when **1932**-Ct reaches **1932**-Max.

Thereafter, block **2308** retrieves from queue **1980** a record **2400** (using interface **1934**), perhaps a special termination request entry, or a record **2400** received from thread(s) **1912**, and only continues to block **2310** when a record **2400** containing field **2400***a* set to 1932 has been retrieved. Block **2308** stays blocked on retrieving from queue **1980** until a record **2400** with field **2400***a*=**1932** is retrieved. If block **2310** determines a special entry indicating to terminate was not found in queue **1980**, processing continues to block **2312**.

If at block **2312**, the record **2400** does not contain a MS ID (or pseudo MS ID) in field **2400***b*, processing continues to block **2314** for building a WDR request (record **2490**) to be broadcast, and then to block **2318**. Broadcasting preferably uses all available communications interface(s) **70** (e.g. all available wave spectrums). If block **2312** determines the field **2400***b* is a valid MS ID (not null), block **2316** builds a WDR request targeted for the MS ID, and processing continues to block **2318**. A targeted request is built for targeting the MS ID (and communications interface, if available) from field **2400***b*. Send processing is told which communications interface to use, if available (e.g. MS has multiple), otherwise send processing will target each available interface. In the unlikely case a MS ID is present in field **2400***b* without the communications interface applicable, then all communications interfaces **70** are used with the targeted MS ID. In MS embodiments with multiple communications interfaces **70**, then **2400***b* is to contain the applicable communication interface for sending. Block **2318** generates appropriate correlation for a field **2450***b* (e.g. to be compared with a response WDR at block **2144**), block **2320** sets field **2450***a* to the current MS date/time stamp, block **2322** inserts the record **2450** to queue **1990** (using interface **1936**), and block **2324** sends/broadcasts (using interface **1938**) a WDR request (record **2490**). Thereafter, processing continues back to block **2306** for another loop iteration. An alternative embodiment will only target a WDR request to a known MS ID. For example, block **2312** would continue back to block **2306** if no MS ID is found (=null), otherwise it will continue to block **2316** (i.e. no use for block **2314**).

Block **2318** sets field **2450***b* to correlation to be returned in responses to the WDR request sent/broadcast at block **2324**. Block **2320** sets field **2450***a* to when the request is sent. Preferably, field **2450***a* is set as close as possible to when a send occurred. In an alternative embodiment, send processing feeding from queue **24** makes the record **2450**

US 10,477,994 B2

121
122

and inserts it to queue **1990** with a most accurate time of
when the request was actually sent. Fields **2450**a are to be
as accurate as possible. Block **2324** sends/broadcasts the
WDR request data **1302** (using send interface **1938**) by
inserting to queue **24** a record **2490** (**2490**a=the targeted MS
ID (or pseudo MS ID) OR null if arrived to from block **2314**,
field **2490**b=correlation generated at block **2318**) so that
send processing sends data **1302**, for example as far as
radius **1306**. A null MS ID may be responded to by all MSs
in the vicinity. A non-null MS ID is to be responded to by
a particular MS. Presence of field **2490**d indicates to send
processing feeding from queue **24** to target the MS ID over
the specified comm. interface (e.g. when MS has a plurality
of comm. interfaces **70** (e.g. cellular, WiFi, Bluetooth, etc;
i.e. MS supports multiple classes of wave spectrum)). Refer-
ring back to block **2310**, if a worker thread termination
request was found at queue **1980**, then block **2326** decre-
ments the worker thread count by 1 (using appropriate
semaphore access (e.g. **1932**-Sem)), and thread **1932** pro-
cessing terminates at block **2328**. Block **2326** may also
check the **1932**-Ct value, and signal the process **1932** parent
thread that all worker threads are terminated when **1932**-Ct
equals zero (0).

In the embodiment wherein usual MS communications
data **1302** of the MS is altered to contain CK **1304** for
listening MSs in the vicinity, send processing feeding from
queue **24**, caused by block **2324** processing, will place the
WDR request as CK **1304** embedded in usual data **1302** at
the next opportune time of sending usual data **1302**. As the
MS conducts its normal communications, transmitted data
**1302** contains new data CK **1304** to be ignored by receiving
MS other character **32** processing, but to be found by
listening MSs within the vicinity which anticipate presence
of CK **1304**. This may require the alternative embodiment of
adding the entry to queue **1990** being part of send process-
ing. Otherwise, when LN-Expanse deployments have not
introduced CK **1304** to usual data **1302** communicated on a
receivable signal by MSs in the vicinity, FIG. **22** sends/
broadcasts new WDR request data **1302**.

An alternate embodiment to block **2324** can wait for a
response with a reasonable timeout, thereby eliminating the
need for blocks **2318** through **2322** which is used to correlate
the subsequent response (to thread **1912**) with the request
sent at block **2324**. However, this will cause a potentially
unpredictable number of simultaneously executing thread(s)
**1932** when many MSs are in the vicinity.

Thread(s) **1932** are useful when one or both parties to
WDR transmission (sending and receiving MS) do not have
NTP enabled. TDOA measurements are taken to triangulate
the MS relative other MSs in real time.

FIG. **25** depicts a flowchart for describing a preferred
embodiment of MS WDR request processing, for example
when a remote MS requests (e.g. from FIG. **22** or **23**) a
WDR. Receive processing identifies targeted requests des-
tined (e.g. FIG. **23**) for the MS of FIG. **25** processing, and
identifies general broadcasts (e.g. FIG. **22**) for processing as
well. FIG. **25** processing describes a process **1942** worker
thread, and is of PIP code **6**. Thread(s) **1942** purpose is for
the MS of FIG. **25** processing to respond to incoming WDR
requests. It is recommended that validity criteria set at block
**1444** for **1942**-Max be set as high as possible (e.g. 10)
relative performance considerations of architecture **1900**, to
service multiple WDR requests simultaneously. Multiple
channels for receiving data fed to queue **26** should be
isolated to modular receive processing.

In an alternative embodiment having multiple receiving
transmission channels visible to process **1942**, there can be

a worker thread **1942** per channel to handle receiving on
multiple channels simultaneously. If thread(s) **1942** do not
receive directly from the channel, the preferred embodiment
of FIG. **25** would not need to convey channel information to
thread(s) **1942** waiting on queue **24** anyway. Embodiments
could allow specification/configuration of many thread(s)
**1942** per channel.

Processing begins at block **2502**, continues to block **2504**
where the process worker thread count **1942**-Ct is accessed
and incremented by 1 (using appropriate semaphore access
(e.g. **1942**-Sem)), and continues to block **2506** for retrieving
from queue **26** a record **2490** (using interface **1948**), perhaps
a special termination request entry, and only continues to
block **2508** when a record **2490** is retrieved. Block **2506**
stays blocked on retrieving from queue **26** until any record
**2490** is retrieved. If block **2508** determines a special entry
indicating to terminate was not found in queue **26**, process-
ing continues to block **2510**. There are various embodiments
for thread(s) **1912** and thread(s) **1942** to feed off a queue **26**
for different record types, for example, separate queues 26A
and 26B, or a thread target field with either record found at
queue **26** (e.g. like field **2400**a). In another embodiment,
thread(s) **1912** are modified with logic of thread(s) **1942** to
handle all records described for a queue **26**, since thread(s)
**1912** are listening for queue **26** data anyway.

Block **2510** peeks the WDR queue **22** (using interface
**1944**) for the most recent highest confidence entry for this
MS whereabouts by searching queue **22** for: the MS ID field
**1100**a matching the MS ID of FIG. **25** processing, and a
confidence field **1100**d greater than or equal to the confi-
dence floor value, and a most recent date/time stamp field
**1100**b within a prescribed trailing period of time of block
**2510** search processing (e.g. 2 seconds). For example, block
**2510** peeks the queue (i.e. makes a copy for use if an entry
found for subsequent processing, but does not remove the
entry from queue) for a WDR of the MS (of FIG. **25**
processing) which has the greatest confidence over 75 and
has been most recently inserted to queue **22** in the last 2
seconds. It is recommended that the trailing period of time
used by block **2510** be never greater than a few seconds.
Thread **1942** is of less value to the LN-expanse when it
responds with outdated/invalid whereabouts of the MS to
facilitate locating other MSs. In an alternate embodiment, a
movement tolerance (e.g. user configured or system set (e.g.
3 meters)) is incorporated at the MS, or at service(s) used to
locate the MS, for knowing when the MS has significantly
moved (e.g. more than 3 meters) and how long it has been
(e.g. 45 seconds) since last significantly moving. In this
embodiment, the MS is aware of the period of time since last
significantly moving and the trailing period of time used by
block **2510** is set using the amount of time since the MS
significantly moved, or the amount of time since signifi-
cantly moving, whichever is greater. This way a large
number of (perhaps more confident candidate) WDRs are
searched in the time period when the MS has not signifi-
cantly moved. Optional blocks **278** through **284** may have
been incorporated to FIG. **2F** for movement tolerance pro-
cessing just described, in which case the LWT is compared
to the current date/time to adjust the trailing period of time
used by block **2510** for the correct trailing period. In any
case, a WDR is sought at block **2510** to satisfy a request
helping another MS in the LN-expanse locate itself.

Thereafter, if block **2512** determines a useful WDR was
not found, then processing continues back to block **2506** for
another loop iteration of processing an inbound WDR
request. If block **2512** determines a useful WDR was found,
then block **2514** prepares the WDR for send processing with

US 10,477,994 B2

123

correlation field **1100***m* set from correlation field **2490***b* retrieved at block **2506**, and block **2516** sends/broadcasts (per field **2490***a*) the WDR information (using send interface **1946**) by inserting to queue **24** so that send processing transmits data **1302**, for example as far as radius **1306**, and processing continues back to block **2506**. At least fields **1100***b*, **1100***c*, **1100***d*, **1100***m* and **1100***n* are sent/broadcast. See FIG. **11A** descriptions. Fields are set to the following upon exit from block **2514**:

MS ID field **1100***a* is preferably set with: Field **2490***a* from queue **26**.

DATE/TIME STAMP field **1100***b* is preferably set with: Field **1100***b* from queue **22**.

LOCATION field **1100***c* is preferably set with: Field **1100***c* from queue **22**.

CONFIDENCE field **1100***d* is preferably set with: Field **1100***d* from queue **22**.

LOCATION TECHNOLOGY field **1100***e* is preferably set with: Field **1100***e* from queue **22**.

LOCATION REFERENCE INFO field **1100***f* is preferably set with: null (not set) for Broadcast by send processing, otherwise set to field **2490***d* for Send by send processing.

COMMUNICATIONS REFERENCE INFO field **1100***g* is preferably set with: null (not set).

SPEED field **1100***h* is preferably set with: Field **1100***h* from queue **22**.

HEADING field **1100***i* is preferably set with: Field **1100***i* from queue **22**.

ELEVATION field **1100***j* is preferably set with: Field **1100***j* from queue **22**.

APPLICATION FIELDS field **1100***k* is preferably set with: Field **1100***k* from queue **22**. An alternate embodiment will add, alter, or discard data (with or without date/time stamps) here at the time of block **2514** processing.

CORRELATION FIELD **1100***m* is preferably set with: Field **2490***b* from queue **26**.

SENT DATE/TIME STAMP field **1100***n* is preferably set with: Sent date/time stamp as close in processing the send/broadcast of block **2516** as possible.

RECEIVED DATE/TIME STAMP field **1100***p* is preferably set with: Not Applicable (i.e. N/A for sending).

Embodiments may rely completely on the correlation field **2490***b* with no need for field **2490***a*. Referring back to block **2508**, if a worker thread termination request was found at queue **26**, then block **2518** decrements the worker thread count by 1 (using appropriate semaphore access (e.g. **1942**-Sem)), and thread **1942** processing terminates at block **2520**. Block **2518** may also check the **1942**-Ct value, and signal the process **1942** parent thread that all worker threads are terminated when **1942**-Ct equals zero (0).

Block **2516** causes sending/broadcasting data **1302** containing CK **1304**, depending on the type of MS, wherein CK **1304** contains WDR information prepared as described above for block **2514**. Alternative embodiments of block **2510** may not search a specified confidence value, and broadcast the best entry available anyway so that listeners in the vicinity will decide what to do with it. A semaphore protected data access (instead of a queue peek) may be used in embodiments where there is always one WDR current entry maintained for the MS.

In the embodiment wherein usual MS communications data **1302** of the MS is altered to contain CK **1304** for listening MSs in the vicinity, send processing feeding from queue **24**, caused by block **2516** processing, will place WDR information as CK **1304** embedded in usual data **1302** at the next opportune time of sending usual data **1302**. If an opportune time is not timely, send processing should discard

124

the send request of block **2516** to avoid broadcasting out-dated whereabouts information (unless using a movement tolerance and time since last significant movement). As the MS conducts its normal communications, transmitted data **1302** contains new data CK **1304** to be ignored by receiving MS other character **32** processing, but to be found by listening MSs within the vicinity which anticipate presence of CK **1304**. Otherwise, when LN-Expanse deployments have not introduced CK **1304** to usual data **1302** communicated on a receivable signal by MSs in the vicinity, FIG. **25** sends/broadcasts new WDR response data **1302**. In any case, field **1100***n* should be as accurate as possible for when data **1302** is actually sent. Critical regions of code (i.e. prevent thread preemption) and/or anticipated execution timing may be used to affect a best setting of field **1100***n*.

In an alternate embodiment, records **2490** contain a sent date/time stamp field **2490***e* of when the request was sent by a remote MS, and the received date/time stamp field **2490***c* is processed at the MS in FIG. **25** processing. This would enable block **2514** to calculate a TDOA measurement for returning in field **1100***f* of the WDR sent/broadcast at block **2516**.

FIG. **26A** depicts a flowchart for describing a preferred embodiment of MS whereabouts determination processing. FIG. **26A** processing describes a process **1952** worker thread, and is of PIP code **6**. Thread(s) **1952** purpose is for the MS of FIG. **26A** processing to determine its own whereabouts with useful WDRs from other MSs. It is recommended that validity criteria set at block **1444** for **1952**-Max be set as high as possible (e.g. 10) relative performance considerations of architecture **1900**, to service multiple threads **1912**. **1952**-Max may also be set depending on what DLM capability exists for the MS of FIG. **26A** processing. In an alternate embodiment, thread(s) 19xx are automatically throttled up or down (e.g. **1952**-Max) per unique requirements of the MS as it travels.

Processing begins at block **2602**, continues to block **2604** where the process worker thread count **1952**-Ct is accessed and incremented by 1 (using appropriate semaphore access (e.g. **1952**-Sem)), and continues to block **2606** for interim housekeeping of pruning the WDR queue by invoking a Prune Queues procedure of FIG. **27A**. Block **2604** may also check the **1952**-Ct value, and signal the process **1952** parent thread that all worker threads are running when **1952**-Ct reaches **1952**-Max. Block **2606** may not be necessary since pruning may be accomplished at block **2620** when invoking FIG. **2F** (block **292**).

Thereafter, block **2608** retrieves from queue **1980** a record **2400** (using interface **1958**), perhaps a special termination request entry, or a record **2400** received from thread(s) **1912**, and only continues to block **2610** when a record **2400** containing field **2400***a* set to **1952** has been retrieved. Block **2608** stays blocked on retrieving from queue **1980** until a record **2400** with field **2400***a*=**1952** is retrieved. If block **2610** determines a special entry indicating to terminate was not found in queue **1980**, processing continues to block **2612**.

Block **2612** peeks the WDR queue **22** (using interface **1954**) for the most recent highest confidence entry for this MS whereabouts by searching queue **22** for: the MS ID field **1100***a* matching the MS ID of FIG. **26A** processing, and a confidence field **1100***d* greater than or equal to the confidence floor value, and a most recent date/time stamp field **1100***b* within a prescribed trailing period of time of block **2612** search processing using a f(WTV) for the period. For example, block **2612** peeks the queue (i.e. makes a copy for use if an entry found for subsequent processing, but does not

US 10,477,994 B2

125

remove the entry from queue) for a WDR of the MS (of FIG. 26A processing) which has the greatest confidence over 75 and has been most recently inserted to queue 22 in the last 2 seconds. Since MS whereabouts accuracy may be dependent on timeliness of the WTV, it is recommended that the f(WTV) be some value less than or equal to WTV. In an alternate embodiment, a movement tolerance (e.g. user configured or system set (e.g. 3 meters)) is incorporated at the MS, or at service(s) used to locate the MS, for knowing when the MS has significantly moved (e.g. more than 3 meters) and how long it has been (e.g. 45 seconds) since last significantly moving. In this embodiment, the MS is aware of the period of time since last significantly moving and the f(WTV) is set using the amount of time since the MS significantly moved (i.e. f(WTV)=as described above, or the amount of time since significantly moving, whichever is greater). This way a large number of (perhaps more confident candidate) WDRs are searched in the time period when the MS has not significantly moved. Optional blocks 278 through 284 may have been incorporated to FIG. 2F for movement tolerance processing just described, in which case the LWT is compared to the current date/time to adjust the WTV for the correct trailing period.

Thereafter, if block 2614 determines a timely whereabouts for this MS already exists to queue 22 (current WDR found), then processing continues back to block 2606 for another loop iteration of processing. If 2614 determines a satisfactory WDR does not already exist in queue 22, then block 2600 determines a new highest confidence WDR for this MS (FIG. 26B processing) using queue 22.

Thereafter, if block 2616 determines a WDR was not created (BESTWDR variable=null) for the MS of FIG. 26A processing (by block 2600), then processing continues back to block 2606. If block 2616 determines a WDR was created (BESTWDR=WDR created by FIG. 26B) for the MS of FIG. 26A processing by block 2600, then processing continues to block 2618 for preparing FIG. 2F parameters and FIG. 2F processing is invoked with the new WDR at block 2620 (for interface 1956) before continuing back to block 2606. Parameters set at block 2618 are: WDRREF=a reference or pointer to the WDR completed at block 2600; DELETEQ=FIG. 26A location queue discard processing; and SUPER=FIG. 26A supervisory notification processing.

Referring back to block 2610, if a worker thread termination request was found at queue 1980, then block 2622 decrements the worker thread count by 1 (using appropriate semaphore access (e.g. 1952-Sem)), and thread 1952 processing terminates at block 2624. Block 2622 may also check the 1952-Ct value, and signal the process 1952 parent thread that all worker threads are terminated when 1952-Ct equals zero (0).

Alternate embodiments to FIG. 26A will have a pool of thread(s) 1952 per location technology (WDR field 1100e) for specific WDR field(s) selective processing. FIG. 26A processing is shown to be generic with handling all WDRs at block 2600.

FIG. 26B depicts a flowchart for describing a preferred embodiment of processing for determining a highest possible confidence whereabouts, for example in ILM processing, such as processing of FIG. 26A block 2600. Processing starts at block 2630, and continues to block 2632 where variables are initialized (BESTWDR=null, THIS_MS=null, REMOTE_MS=null). BESTWDR will reference the highest confidence WDR for whereabouts of the MS of FIG. 26B processing (i.e. this MS) upon return to FIG. 26A when whereabouts determination is successful, otherwise BESTWDR is set to null (none found). THIS_MS points to

126

an appropriately sorted list of WDRs which were originated by this MS and are DLM originated (i.e. inserted by the DLM of FIG. 26B processing). REMOTE_MS points to an appropriately sorted list of WDRs which were originated by other MSs (i.e. from DLMs and/or ILMs and collected by the ILM of FIG. 26B processing).

Thereafter, block 2634 peeks the WDR queue 22 (using interface 1954) for most recent WDRs by searching queue 22 for: confidence field 1100d greater than or equal to the confidence floor value, and a most recent date/time stamp field 1100b within a prescribed trailing period of time of block 2634 search processing using a f(WTV) for the period. For example, block 2634 peeks the queue (i.e. makes a copy of all WDRs to a result list for use if any found for subsequent processing, but does not remove the entry(s) from queue) for all WDRs which have confidence over 75 and has been most recently inserted to queue 22 in the last 2 seconds. It is recommended that the f(WTV) used here be some value less than or equal to the WTV (want to be ahead of curve, so may use a percentage (e.g. 90%)), but preferably not greater than a couple/few seconds (depends on MS, MS applications, MS environment, whereabouts determination related variables, etc).

In an alternative embodiment, thread(s) 1952 coordinate with each other to know successes, failures or progress of their sister threads for automatically adjusting the trailing f(WTV) period of time appropriately. See "Alternative IPC Embodiments" below.

Thread 1952 is of less value to the MS when whereabouts are calculated using stale WDRs, or when not enough useful WDRs are considered. In an alternate embodiment, a movement tolerance (e.g. user configured or system set (e.g. 3 meters)) is incorporated at the MS, or at service(s) used to locate the MS, for knowing when the MS has significantly moved (e.g. more than 3 meters) and how long it has been (e.g. 45 seconds) since last significantly moving. In this embodiment, the MS is aware of the period of time since last significantly moving and the f(WTV) is set using the amount of time since the MS significantly moved (i.e. f(WTV)=as described above, or the amount of time since significantly moving, whichever is greater). This way a large number of (perhaps more confident candidates) WDRs are searched in the time period when the MS has not significantly moved. Optional blocks 278 through 284 may have been incorporated to FIG. 2F for movement tolerance processing just described, in which case the LWT is compared to the current date/time to adjust the WTV for the correct trailing period. In any case, all useful WDRs are sought at block 2634 and placed into a list upon exit from block 2634.

Thereafter, block 2636 sets THIS_MS list and REMOTE_MS list sort keys to be used at blocks 2644 and 2654. Blocks 2638 through 2654 will prioritize WDRs found at block 2634 depending on the sort keys made at block 2636. A number of variables may be used to determine the best sort keys, such as the time period used to peek at block 2634 and/or the number of entries in the WDR list returned by block 2634, and/or other variables. When the time period of search is small (e.g. less than a couple seconds), lists (THIS_MS and REMOTE_MS) should be prioritized primarily by confidence (fields 1100d) since any WDRs are valuable for determining whereabouts. This is the preferred embodiment.

When the time period is great, careful measure must be taken to ensure stale WDRs are not used (e.g. >few seconds, and not considering movement tolerance). Depending on decision embodiments, there will be preferred priority order sort keys created at exit from block 2636, for example

US 10,477,994 B2

127                                                                128

"key1/key2/key3" implies that "key1" is a primary key, "key2" is a second order key, and "key3" is a third order key. A key such as "field-**1100***b*/field-**1100***d*/field-**1100***f*:signal-strength" would sort WDRs first by using date/time stamp fields **1100***b*, then by confidence value fields **1100***d* (sorted within matching date/time stamp WDRs), then by signal-strength field **1100***f* sub-field values (sorted within matching WDR confidences; no signal strength present=lowest priority). Another sort key may be "field-**1100***d*/field-**1100***b*" for sorting WDRs first by using confidence values, then by date/time stamps (sorted within matching WDR confidences). The same or different sort keys can be used for lists THIS_MS and REMOTE_MS. Any WDR data (fields or subfields) can be sorted with a key, and sort keys can be of N order dimension such that "key1/key2/ . . . /keyN". Whatever sort keys are used, block **2686** will have to consider confidence versus being stale, relative to the WTV. In the preferred embodiment, the REMOTE_MS and THIS_MS lists are set with the same sort keys of "field-**1100***d*/field-**1100***b*" (i.e. peek time period used at block **2634** is less than 2 seconds) so that confidence is primary.

Thereafter, block **2638** gets the first (if any) WDR in the list returned at block **2634** (also processes next WDR in list when encountered again in loop of blocks **2638** through **2654**), and block **2640** checks if all WDRs have already been processed. If block **2640** finds that all WDRs have not been processed, then block **2642** checks the WDR origination. If block **2642** determines the WDR is one that originated from a remote MS (i.e. MS ID does not match the MS of FIG. **26**B processing), then block **2644** inserts the WDR into the REMOTE_MS list using the desired sort key (confidence primary, time secondary) from block **2636**, and processing continues to block **2638** for another loop iteration. If block **2642** determines the WDR is one that originated from this MS (MS ID field **1100***a* matches the MS of FIG. **26**B processing (e.g. this MS being a DLM at the time of WDR creation (this MS ID=field **1100***a*) or this MS being an ILM at the time of WDR creation (previous processing of FIG. **26**A)), then processing continues to block **2646** to determine how to process the WDR which was inserted by "this MS" for its own whereabouts.

Block **2646** accesses field **1100***f* for data found there (e.g. FIGS. **2**D and **2**E may have inserted useful TDOA measurements, even though DLM processing occurred; or FIG. **3**C may have inserted useful TDOA and/or AOA measurements with reference station(s) whereabouts; or receive processing may have inserted AOA and related measurements). Thereafter, if block **2648** determines presence of TDOA and/or AOA data, block **2650** checks if reference whereabouts (e.g. FIG. **3**C selected stationary reference location(s)) is also stored in field **1100***f*. If block **2650** determines whereabouts information is also stored to field **1100***f*, then block **2652** makes new WDR(s) from the whereabouts information containing at least the WDR Core and field **1100***f* containing the AOA and/or TDOA information as though it were from a remote DLM or ILM. Block **2652** also performs the expected result of inserting the WDR of loop processing into the THIS_MS list using the desired sort key from block **2636**. Processing then continues to block **2644** where the newly made WDR(s) is inserted into the REMOTE_MS list using the desired sort key (confidence primary, time secondary) from block **2636**. Block **2644** continues back to block **2638**.

Block **2646** through **2652** show that DLM stationary references may contribute to determining whereabouts of the MS of FIG. **26**B processing by making such references appear to processing like remote MSs with known where-abouts. Any DLM location technology processing discussed above can facilitate FIG. **26**B. Whereabouts processing when reference whereabouts can be maintained to field **1100***f* along with relative AOA, TDOA, MPT, confidence, and/or other useful information for locating the MS. Various embodiments will populate field **1100***f* wherever possible with any useful locating fields (see data discussed for field **1100***f* with FIG. **11**A discussions above) for carrying plenty of information to facilitate FIG. **26**B processing.

Referring back to block **2650**, if it is determined that whereabouts information was not present with the AOA and/or TDOA information of field **1100***f*, then processing continues to block **2644** for inserting into the REMOTE_MS list (_appropriately with sort key from block **2636**) the currently looped WDR from block **2634**. In-range location technology associates the MS with the antenna (or cell tower) location, so that field **1100***c* already contains the antenna (or cell tower) whereabouts, and the TDOA information was stored to determine how close the MS was to the antenna (or cell tower) at the time. The WDR will be more useful in the REMOTE_MS list, then if added to the THIS_MS list (see loop of blocks **2660** through **2680**). Referring back to block **2648**, if it is determined that no AOA and/or TDOA information was in field **1100***f*, then processing continues to block **2654** for inserting the WDR into the THIS_MS list (_appropriately with sort key (confidence primary, time secondary) from block **2636**).

Block **2654** handles WDRs that originated from the MS of FIG. **26**B (this MS), such as described in FIG. **2**A through **9**B, or results from previous FIG. **26**A processing. Block **2644** maintains remote DLMs and/or ILMs (their whereabouts) to the REMOTE_MS list in hope WDRs contain useful **1100***f* information for determining the whereabouts of the MS of FIG. **26**B processing. Block **2652** handles WDRs that originated from the MS of FIG. **26**B processing (this MS), but also processes fields from stationary references used (e.g. FIG. **3**C) by this MS which can be helpful as though the WDR was originated by a remote ILM or DLM. Thus, block **2652** causes inserting to both lists (THIS_MS and REMOTE_MS) when the WDR contains useful information for both. Blocks **2652**, **2654** and **2644** cause the iterative loop of blocks **2660** through **2680** to perform ADLT using DLMs and/or ILMs. Alternate embodiments of blocks **2638** through **2654** may use peek methodologies to sort from queue **22** for the REMOTE_MS and THIS_MS lists.

Referring back to block **2640**, if it is determined that all WDRs in the list from block **2634** have been processed, then block **2656** initializes a DISTANCE list and ANGLE list each to null, block **2658** sets a loop iteration pointer to the first entry of the prioritized REMOTE_MS list (e.g. first entry higher priority than last entry in accordance with sort key used), and block **2660** starts the loop for working with ordered WDRs of the REMOTE_MS list. Exit from block **2640** to block **2656** occurs when the REMOTE_MS and THIS_MS lists are in the desired priority order for subsequent processing. Block **2660** gets the next (or first) REMOTE_MS list entry for processing before continuing to block **2662**. If block **2662** determines all WDRs have not yet been processed from the REMOTE_MS list, then processing continues to block **2664**.

Blocks **2664** and **2670** direct collection of all useful ILM triangulation measurements for TDOA, AOA, or MPT triangulation of this MS relative known whereabouts (e.g. other MSs). It is interesting to note that TDOA and AOA measurements (field **1100***f*) may have been made from different communications interfaces **70** (e.g. different wave

US 10,477,994 B2

129

spectrums), depending on interfaces the MS has available (i.e. all can participate). For example, a MS with blue-tooth, WiFi and cellular phone connectivity (different class wave spectrums supported) can be triangulated using the best available information (i.e. heterogeneous location technique). Examination of fields **1100f** in FIG. **17** can show wave spectrums (and/or particular communications interfaces **70**) inserted by receive processing for what the MS supports. If block **2664** determines an AOA measurement is present (field **1100f** sub-field), then block **2666** appends the WDR to the ANGLE list, and processing continues to block **2668**. If block **2664** determines an AOA measurement is not present, then processing continues to block **2670**. If block **2670** determines a TDOA measurement is present (field **1100f** sub-field), then block **2672** appends the WDR to the DISTANCE list, and processing continues to block **2674**. Block **2674** uses WDRs for providing at least an in-range whereabouts of this MS by inserting to the THIS_MS list in sorted confidence priority order (e.g. highest confidence first in list, lowest confidence at end of list). Block **2674** continues to block **2668**. Block **2674** may cause duplicate WDR(s) inserted to the THIS_MS list, but this will have no negative effect on selected outcome.

Block **2668** compares the ANGLE and DISTANCE lists constructed thus far from loop processing (blocks **2660** through **2682**) with minimum triangulation requirements (e.g. see "Missing Part Triangulation (MPT)" above). Three (3) sides, three (3) angles and a side, and other known triangular solution guides will also be compared. Thereafter, if block **2676** determines there is still not enough data to triangulate whereabouts of this MS, then processing continues back to block **2660** for the next REMOTE_MS list entry, otherwise block **2678** maximizes diversity of WDRs to use for triangulating. Thereafter, block **2680** uses the diversified DISTANCE and ANGLE lists to perform triangulation of this MS, block **2682** inserts the newly determined WDR into the THIS_MS list in sort key order, and continues back to block **2660**. Block **2680** will use heterogeneous (MPT), TDOA and/or AOA triangulation on ANGLE and DISTANCE lists for determining whereabouts.

Block **2682** preferably keeps track of (or checks THIS_MS for) what it has thus far determined whereabouts for in this FIG. **26B** thread processing to prevent inserting the same WDR to THIS_MS using the same REMOTE_MS data. Repeated iterations of blocks **2676** through **2682** will see the same data from previous iterations and will use the best of breed data in conjunction with each other at each iteration (in current thread context). While inserting duplicates to THIS_MS at block **2682** does not cause failure, it may be avoided for performance reasons. Duplicate insertions are preferably avoided at block **2674** for performance reasons as well, but they are again not harmful. Block **2678** preferably keeps track of previous diversity order in this FIG. **26B** thread processing to promote using new ANGLE and DISTANCE data in whereabouts determination at block **2680** (since each iteration is a superset of a previous iteration (in current thread context). Block **2678** promotes using WDRs from different MSs (different MS IDs), and from MSs located at significantly different whereabouts (e.g. to maximize surrounded-ness), preferably around the MS of FIG. **26B** processing. Block **2678** preferably uses sorted diversity pointer lists so as to not affect actual ANGLE and DISTANCE list order. The sorted pointer lists provide pointers to entries in the ANGLE and DISTANCE lists for a unique sort order governing optimal processing at block **2680** to maximize unique MSs and surrounded-ness, without affecting the lists themselves (like a SQL database index).

130

Different embodiments of blocks **2678** through **2682** should minimize inserting duplicate WDRs (for performance reasons) to THIS_MS which were determined by identical REMOTE_MS list data. Block **2682** causes using ADLT at blocks **2684** through **2688** which uses the best of breed whereabouts, either as originated by this MS maintained in THIS_MS list up to the thread processing point of block **2686**, or as originated from remote MSs (DLMs and/or ILMs) processed by blocks **2656** through the start of block **2684**.

Referring back to block **2662**, if it is determined that all WDRs in the REMOTE_MS list have been processed, then block **2684** sets the BESTWDR reference to the head of THIS_MS (i.e. BESTWDR references first WDR in THIS_MS list which is so far the best candidate WDR (highest confidence) for this MS whereabouts, or null if the list is empty). It is possible that there are other WDRs with matching confidence adjacent to the highest confidence entry in the THIS_MS list. Block **2684** continues to block **2686** for comparing matching confidence WDRs, and if there are matches, then breaking a tie between WDRs with matching confidence by consulting any other WDR field(s) (e.g. field **1100f** signal strength, or location technology field **1100e**, etc). If there is still a tie between a plurality of WDRs, then block **2686** may average whereabouts to the BESTWDR WDR using the matching WDRs. Thereafter processing continues to block **2688** where the BESTWDR is completed, and processing terminates at block **2690**. Block **2688** also frees resources (if any) allocated by FIG. **26B** processing (e.g. lists). Blocks **2686** through **2688** result in setting BESTWDR to the highest priority WDR (i.e. the best possible whereabouts determined). It is possible that FIG. **26B** processing causes a duplicate WDR inserted to queue **22** (at block **2620**) for this MS whereabouts determination, but that is no issue except for impacting performance to queue **22**. An alternate embodiment to queue **22** may define a unique index for erring out when inserting a duplicate to prevent frivolous duplicate entries, or block **2688** will incorporate processing to eliminate the chance of inserting a WDR of less use than what is already contained at queue **22**. Therefore, block **2688** may include processing for ensuring a duplicate will not be inserted (e.g. null the BESTWDR reference) prior to returning to FIG. **26A** at block **2690**.

Averaging whereabouts at block **2686** occurs only when there are WDRs at the head of the list with a matching highest confidence value and still tie in other WDR fields consulted, yet whereabouts information is different. In this case, all matching highest confidence whereabouts are averaged to the BESTWDR to come up with whereabouts in light of all matching WDRs. Block **2686** performs ADLT when finalizing a single whereabouts (WDR) using any of the whereabouts found in THIS_MS (which may contain at this point DLM whereabouts originated by this MS and/or whereabouts originated by remote DLMs and/or ILMs). Block **2686** must be cognizant of sort keys used at blocks **2652** and **2654** in case confidence is not the primary key (time may be primary).

If no WDRs were found at block **2634**, or no THIS_MS list WDRs were found at blocks **2652** and **2654**, and no REMOTE_MS list entries were found at block **2644**; or no THIS_MS list WDRs were found at blocks **2652** and **2654**, and no REMOTE_MS list entries were found useful at blocks **2664** and/or **2670**; then block **2684** may be setting BESTWDR to a null reference (i.e. none in list) in which case block **2686** does nothing. Hopefully, at least one good WDR is determined for MS whereabouts and a new WDR is inserted for this MS to queue **22**, otherwise a null BESTWDR reference will be returned (checked at block

131

2616). See FIG. 11A descriptions. If BESTWDR is not null, then fields are set to the following upon exit from block 2688:

MS ID field 1100a is preferably set with: MS ID of MS of FIG. 26B processing.

DATE/TIME STAMP field 1100b is preferably set with: Date/time stamp of block 2688 processing.

LOCATION field 1100c is preferably set with: Resulting whereabouts after block 2688 completion.

CONFIDENCE field 1100d is preferably set with: WDR Confidence at THIS_MS list head.

LOCATION TECHNOLOGY field 1100e is preferably set with: "ILM TDOA Triangulation", "ILM AOA Triangulation", "ILM MPT Triangulation" or "ILM in-range", as determined by the WDRs inserted to MS_LIST at blocks 2674 and 2682. The originator indicator is set to ILM.

LOCATION REFERENCE INFO field 1100f is preferably set with: null (not set), but may be set with contributing data for analysis of queue 22 provided it is marked for being overlooked by future processing of blocks 2646 and 2648 (e.g. for debug purpose).

COMMUNICATIONS REFERENCE INFO field 1100g is preferably set with: null (not set).

SPEED field 1100h is preferably set with: Block 2688 may compare prioritized entries and their order of time (field 1100b) in THIS_MS list for properly setting this field, if possible.

HEADING field 1100i is preferably set with: null (not set). Block 2688 may compare prioritized entries and their order of time (field 1100b) in THIS_MS list for properly setting this field, if possible.

ELEVATION field 1100j is preferably set with: Field 1100j of BESTWDR (may be averaged if WDR tie(s)), if available.

APPLICATION FIELDS field 1100k is preferably set with: Field(s) 1100k from BESTWDR or tie(s) thereof from THIS_MS. An alternate embodiment will add, alter, or discard data (with or without date/time stamps) here at the time of block 2688 processing.

CORRELATION FIELD 1100m is preferably set with: Not Applicable (i.e. not maintained to queue 22).

SENT DATE/TIME STAMP field 1100n is preferably set with: Not Applicable (i.e. not maintained to queue 22).

RECEIVED DATE/TIME STAMP field 1100p is preferably set with: Not Applicable (i.e. not maintained to queue 22).

Block 2680 determines whereabouts using preferred guidelines, such as whereabouts determined never results in a confidence value exceeding any confidence value used to determine whereabouts. Some embodiments will use the mean (average) of confidence values used, some will use the highest, and some the lowest of the WDRs used. Preferred embodiments tend to properly skew confidence values to lower values as the LN-Expanse grows away from region 1022. Blocks 2668 through 2680 may consult any of the WDR fields (e.g. field 1100f sub-fields yaw, pitch, roll; speed, heading, etc) to deduce the most useful WDR inputs for determining an optimal WDR for this MS whereabouts.

Alternative IPC Embodiments

Thread(s) 1952 are started for every WDR collected from remote MSs. Therefore, it is possible that identical new WDRs are inserted to queue 22 using the same WDR information at blocks 2634 of simultaneously executing threads 1952, but this will not cause a problem since at least one will be found when needed, and duplicates will be pruned together when appropriate. Alternative embodiments

132

provide IPC (Interprocess Communications Processing) coordination between 1952 threads for higher performance processing, for example:

As mentioned above, thread(s) 1952 can coordinate with each other to know successes, failures or progress of their sister 1952 thread(s) for automatically adjusting the trailing f(WTV) period of time appropriately. The f(WTV) period of time used at block 2634 would be semaphore accessed and modified (e.g. increased) for another 1952 thread when a previous 1952 thread was unsuccessful in determining whereabouts (via semaphore accessed thread outcome indicator). After a successful determination, the f(WTV) period of time could be reset back to the smaller window. One embodiment of increasing may start with 10% of the WTV, then 20% at the next thread, 30% at the next thread, up to 90%, until a successful whereabouts is determined. After successful whereabouts determination, a reset to its original starting value is made.

A semaphore accessed thread 1952 busy flag is used for indicating a certain thread is busy to prevent another 1952 thread from doing the same or similar work. Furthermore, other semaphore protected data for what work is actually being performed by a thread can be informative to ensure that no thread 1952 starts for doing duplicated effort.

Useful data of statistics 14 may be appropriately accessed by thread(s) 1952 for dynamically controlling key variables of FIG. 26B processing, such as the search f(WTV) time period, sort keys used, when to quit loop processing (e.g. on first successful whereabouts determination at block 2680), surrounded-ness preferences, etc. This can dynamically change the FIG. 26B logic from one thread to another for desired results.

FIG. 26B continues processing through every WDR retrieved at block 2634. An alternative embodiment will terminate processing after finding the first (which is highest priority data supported) successful triangulation at block 2682.

FIG. 27A depicts a flowchart for describing a preferred embodiment of queue prune processing. Queue pruning is best done on an interim basis by threads which may insert to the queue being pruned. In an embodiment, a background asynchronous thread will invoke FIG. 27A for periodic queue pruning to ensure no queue which can grow becomes too large. The Prune Queues procedure starts at block 2702 and continues to block 2704 where parameters passed by a caller for which queue(s) (WDR and/or CR) to prune are determined. Thereafter, if block 2706 determines that the caller wanted to prune the WDR queue 22, block 2708 appropriately prunes the queue, for example discarding old entries using field 1100b, and processing continues to block 2710. If block 2706 determines that the caller did not want to prune the WDR queue 22, then processing continues to block 2710. If block 2710 determines that the caller wanted to prune the CR queue 1990, block 2712 appropriately prunes the queue, for example discarding old entries using field 2450a, and processing continues to block 2714. If block 2710 determines that the caller did not want to prune the CR queue 1990, then processing continues to block 2714. Block 2714 appropriately returns to the caller.

The current design for queue 1980 does not require FIG. 27A to prune it. Alternative embodiments may add additional queues for similar processing. Alternate embodiments may use FIG. 27A like processing to prune queues 24, 26, or any other queue under certain system circumstances. Parameters received at block 2704 may also include how to

US 10,477,994 B2

133      134

prune the queue, for example when using different constraints for what indicates entry(s) for discard.

FIG. 27B depicts a flowchart for describing a preferred embodiment of setting confidence default values based on user experience. Default confidence values used by the MS for initially determining a suitable confidence may be "tweaked" by a user, or an administrator, for cases where an intervention may be desirable. In one embodiment, block **1496** may be modified to include new blocks **1496***f*, **1496***g*, and **1496***c* such that:

Block **1496***f* checks to see if the user selected to configure (set) a default for confidence value(s) used for WDRs—an option for configuration at block **1406** wherein the user action to configure it is detected at block **1408**;

Block **1496***g* is processed if block **1496***f* determines the user did select to configure (set) a default for confidence value(s). Block **1496***g* invokes FIG. 27B for interfacing with the user accordingly, and processing then continues to block **1496***c*.

Block **1496***c* is processed if block **1496***f* determines the user did not select to configure (set) a default for confidence value(s), or as the result of processing leaving block **1496***g*. Block **1496***c* handles other user interface actions leaving block **1408** (e.g. becomes the "catch all" as currently shown in block **1496** of FIG. **14**B).

Confidence value configuration begins at block **2720** upon a user action to present the interface. In one embodiment, the user is an authenticated administrator prior to being permitted to get access to processing of FIG. 27B. Block **2720** continues to block **2722** where all conceivable MS roles (DLM and ILM) are accessed, then to block **2724** to ensure the MS is enabled for at least one role which can have a setting configured. Depending on an embodiment, block **2722** may access roles which are supported, currently enabled, possible for future use, or those having other accessible characteristics. If block **2724** determines at least one role is available to the MS, then block **2726** accesses any default confidence values for each role determined and block **2728** presents a list (scrollable if applicable) to the user with any settings found. Block **2726** determines if there are any user configured defaults already configured through a prior use of FIG. 27B. The list presented at block **2728** will indicate when no user configuration was determined and what the current system default value is. The user can select an entry from the list, for example with a cursor, and perform a particular action on the selected entry as described below. Block **2728** continues to block **2730** where processing waits for certain user actions in response to the list presented. When block **2730** detects a user action, processing continues to block **2732**.

If block **2732** determines the user selected to modify a role default entry (e.g. which was configured at a prior use of FIG. 27B), then block **2734** interfaces with the user for an updated confidence value default setting and processing continues back to block **2728**. If block **2732** determines the action was not for modifying an existing role default entry, processing continues to block **2736**. If block **2736** determines the user selected to add a new default to a selected role, then block **2738** interfaces with the user for a confidence value default setting and processing continues back to block **2728**. If block **2736** determines the action was not for adding a confidence value default to a role, processing continues to block **2740**. If block **2740** determines the user selected to remove a user configured confidence default value for a role, then block **2742** interfaces with the user for

removal (e.g. reset back to system default setting) and processing continues back to block **2728**. If block **2740** determines the action was not for a role confidence default value removal, processing continues to block **2744**. If block **2744** determines the user selected to save user configured role settings resulting from FIG. 27B processing up to this point, then block **2746** saves all user configured confidence default values for MS processing use, and processing continues back to block **2728**. If block **2744** determines the action was not for saving user configurations, processing continues to block **2748**. If block **2748** determines the user selected to exit FIG. 27B processing, then processing continues to block **2752** where the user interface is appropriately terminated and to block **2754** where FIG. 27B processing is terminated, otherwise processing continues to block **2750** where other user actions leaving block **2730** are appropriately handled, and processing then continues back to block **2728**.

Referring back to block **2724**, if no DLM or ILM roles are determined for the MS, then block **2756** presents an error to the user and processing continues to block **2752** and block **2754** thereafter, already described above.

Default confidence values are the initial defaults used for setting a WDR confidence value (e.g. at blocks **236**, **258**, **334**, **366**, **418**, **534**, **618**, **648**, **750**, **828**, **874**, **958**, **2128**, **2688**, **8120**, **8144**, **8164**, etc, or any other processing block where a confidence value is defaulted based on a location technology used, logic used, or any particular location processing used), however processing may further refine or adjust the confidence as is deemed appropriate when considering circumstances relevant for a particular processing block (e.g. surrounded-ness, timeliness of WDR information used for locating, heterogeneous sources considered, or any other variable for consideration of adjustment to a confidence default). In some embodiments, the user configured default value is a hard coded numeric value. In some embodiments, the user configured default value is an offset to be incremented (added (+)) or decremented (subtracted (−)) from an existing system default value. In other embodiments, the user configured default value includes an expression which elaborates to a default value or an offset to be applied to a system default. There may be a plurality of conditions specified for how to evaluate the expression.

FIG. **28** depicts a flowchart for describing a preferred embodiment of MS termination processing. Depending on the MS, there are many embodiments of processing when the MS is powered off, restarted, rebooted, reactivated, disabled, or the like. FIG. **28** describes the blocks of processing relevant to the present disclosure as part of that termination processing. Termination processing starts at block **2802** and continues to block **2804** for checking any DLM roles enabled and appropriately terminating if any are found (for example as determined from persistent storage variable DLMV). Block **2804** may cause the termination of thread(s) associated with enabled DLM role(s) for DLM processing above (e.g. FIGS. 2A through 9B). Block **2804** may invoke API(s), disable flag(s), or terminate as is appropriate for DLM processing described above. Such terminations are well known in the art of prior art DLM capabilities described above. Block **2804** continues to block **2806**.

Blocks **2806** through **2816** handle termination of all processes/threads associated with the ILMV roles so there is no explicit ILMV check required. Block **2806** initializes an enumerated process name array for convenient processing reference of associated process specific variables described in FIG. **19**, and continues to block **2808** where the first member of the set is accessed for subsequent processing.

US 10,477,994 B2

135

The enumerated set of process names has a prescribed termination order for MS architecture **1900**. Thereafter, if block **2810** determines the process identifier (i.e. 19xx-PID such that 19xx is **1902**, **1912**, **1922**, **1932**, **1942**, **1952** in a loop iteration of blocks **2808** through **2816**) is greater than 0 (e.g. this first iteration of **1912**-PID>0 implies it is to be terminated here; also implies process **1912** is enabled as used in FIGS. **14**A, **28**, **29**A and **29**B), then block **2812** prepares parameters for FIG. **29**B invocation, and block **2814** invokes (calls) the procedure of FIG. **29**B to terminate the process (of this current loop iteration (19xx)). Block **2812** prepares the second parameter in accordance with the type of 19xx process. If the process (19xx) is one that is slave to a queue for dictating its processing (i.e. blocked on queue until queue entry present), then the second parameter (process type) is set to 0 (directing FIG. **29**A processing to insert a special termination queue entry to be seen by worker thread(s) for terminating). If the process (19xx) is one that is slave to a timer for dictating its processing (i.e. sleeps until it is time to process), then the second parameter (process type) is set to the associated 19xx-PID value (directing FIG. **29**B to use in killing/terminating the PID in case the worker thread(s) are currently sleeping). Block **2814** passes the process name and process type as parameters to FIG. **29**B processing. Upon return from FIG. **29**B, block **2814** continues to block **2816**. If block **2810** determines that the 19xx process is not enabled, then processing continues to block **2816**. Upon return from FIG. **29**B processing, the process is terminated and the associated 19xx-PID variable is already set to 0 (see blocks **2966**, **2970**, **2976** and **2922**).

Block **2816** checks if all process names of the enumerated set (19xx) have been processed (iterated) via blocks **2808** through **2816**. If block **2816** determines that not all process names in the set have been processed (iterated), then processing continues back to block **2808** for handling the next process name in the set. If block **2816** determines that all process names of the enumerated set were processed, then block **2816** continues to block **2818**.

Block **2818** destroys semaphore(s) created at block **1220**. Thereafter, block **2820** destroys queue(s) created at block **1218** (may have to remove all entries first in some embodiments), block **2822** saves persistent variables to persistent storage (for example to persistent storage **60**), block **2824** destroys shared memory created at block **1212**, and block **2826** checks the NTP use variable (saved prior to destroying shared memory at block **2824**).

If block **2826** determines NTP is enabled, then block **2828** terminates NTP appropriately (also see block **1612**) and processing continues to block **2830**. If block **2826** determines NTP was not enabled, then processing continues to block **2830**. Block **2828** embodiments are well known in the art of NTP implementations. Block **2828** may cause terminating of thread(s) associated with NTP use.

Block **2830** completes LBX character termination, then block **2832** completes other character **32** termination processing, and FIG. **28** processing terminates thereafter at block **2834**. Depending on what threads were started at block **1240**, block **2830** may terminate the listen/receive threads for feeding queue **26** and the send threads for sending data inserted to queue **24**. Depending on what threads were started at block **1206**, block **2832** may terminate the listen/receive threads for feeding queue **26** and the send threads for sending data inserted to queue **24** (i.e. other character **32** threads altered to cause embedded CK processing). Upon encounter of block **2834**, the MS is appropriately terminated for reasons as set forth above for invoking FIG. **28**.

136

With reference now to FIG. **29**B, depicted is a flowchart for describing a preferred embodiment of a procedure for terminating a process started by FIG. **29**A. When invoked by a caller, the procedure starts at block **2952** and continues to block **2954** where parameters passed are determined. There are two parameters: the process name to terminate, and the type of process to terminate. The type of process is set to 0 for a process which has worker threads which are a slave to a queue. The type of process is set to a valid O/S PID when the process worker threads are slave to a timer.

Thereafter, if block **2956** determines the process type is 0, then block **2958** initializes a loop variable J to 0, and block **2960** inserts a special termination request queue entry to the appropriate queue for the process worker thread to terminate. See FIG. **19** discussions for the queue inserted for which 19xx process name.

Thereafter, block **2962** increments the loop variable by 1 and block **2964** checks if all process prescribed worker threads have been terminated. Block **2964** accesses the 19xx-Max (e.g. **1952**-Max) variable from shared memory using a semaphore for determining the maximum number of threads to terminate in the process worker thread pool. If block **2964** determines all worker threads have been terminated, processing continues to block **2966** for waiting until the 19xx-PID variable is set to disabled (e.g. set to 0 by block **2922**), and then to block **2978** which causes return to the caller. Block **2966** uses a preferred choice of waiting described for blocks **2918** and **2920**. The 19xx process (e.g. **1952**) will have its 19xx-PID (e.g. **1952**-PID) variable set at 0 (block **2922**) when the process terminates. In some embodiments, the waiting methodology used at block **2966** may use the 19xx-PID variable, or may be signaled by the last terminating worker thread, or by block **2922**.

If block **2964** determines that not all worker threads have been terminated yet, then processing continues back to block **2960** to insert another special termination request queue entry to the appropriate queue for the next process worker thread to terminate. Blocks **2960** through **2964** insert the proper number of termination queue entries to the same queue so that all of the 19xx process worker threads terminate.

Referring back to block **2956**, if it is determined the process type is not 0 (i.e. is a valid O/S PID), then block **2968** inserts a special WDR queue **22** entry enabling a queue peek for worker thread termination. The reader will notice that the process termination order of block **2806** ensures processes which were slaves to the WDR queue **22** have already been terminated. This allows processes which are slaves to a timer to see the special termination queue entry inserted at block **2968** since no threads (which are slaves to queue) will remove it from queue **22**. Thereafter, block **2970** waits until the 19xx process name (parameter) worker threads have been terminated using a preferred choice of waiting described for blocks **2918** and **2920**. The 19xx process (e.g. **1902**) will have its 19xx-PID (e.g. **1902**-PID) variable set at 0 (block **2922**) when the process terminates. In some embodiments, the waiting methodology used at block **2970** may use the 19xx-PID variable, or may be signaled by the last terminating worker thread, or by block **2922**. Block **2970** also preferably waits for a reasonable timeout period in anticipation of known sleep time of the 19xx process being terminated, for cases where anticipated sleep times are excessive and the user should not have to wait for lengthy FIG. **28** termination processing. If the timeout occurs before the process is indicated to be termi-

US 10,477,994 B2

137

nated, then block **2970** will continue to block **2972**. Block **2970** also continues to block **2972** when the process has successfully terminated.

If block **2972** determines the 19xx process did terminate, the caller is returned to at block **2978** (i.e. 19xx-PID already set to disabled (0)). If block **2972** determines the 19xx process termination timed out, then block **2974** forces an appropriate O/S kill to the PID thereby forcing process termination, and block **2976** sets the 19xx-PID variable for disabled (i.e. process 19xx was terminated). Thereafter, block **2978** causes return to the caller.

There are many embodiments for setting certain queue entry field(s) identifying a special queue termination entry inserted at blocks **2960** and **2968**. Some suggestions: In the case of terminating thread(s) **1912**, queue **26** insertion of a WDR preferably sets the MS ID field with a value that will never appear in any other case except a termination request (e.g. −100). In the case of terminating thread(s) **1902**, **1922** and **1952**, queue **22** insertion of a WDR preferably sets the MS ID field with a value that will never appear in any other case except a termination request (e.g. −100). In the case of terminating thread(s) **1942**, queue **26** insertion of a WDR request preferably sets the MS ID field with a value that will never appear in any other case except a termination request (e.g. −100). In the case of terminating thread(s) **1932**, queue **1980** insertion of a thread request queue record **2400** preferably sets field **2400a** with a value that will never appear in any other case except a termination request (e.g. −100). Of course, any available field(s) can be used to indicate termination to particular thread(s).

Terminating threads of processing in FIG. **29B** has been presented from a software perspective, but there are hardware/firmware thread embodiments which may be terminated appropriately to accomplish the same functionality. If the MS operating system does not have an interface for killing the PID at block **2974**, then blocks **2972** through **2976** can be eliminated for relying on a FIG. **28** invocation timeout (incorporated for block **2814**) to appropriately rob power from remaining thread(s) of processing.

An ILM has many methods and systems for knowing its own location. LBX depends on MSs maintaining their own whereabouts. No service is required to maintain the whereabouts of MSs in order to accomplish novel functionality.

LBX: Permissions and Charters—Configuration

Armed with its own whereabouts, as well as whereabouts of others and others nearby, a MS uses charters for governing many of the peer to peer interactions. A user is preferably unaware of specificities of the layer(s) providing WDR interoperability and communications. Permissions **10** and charters **12** surface desired functionality to the MS user(s) without fully revealing the depth of features that could be made available. Permissions provide authentication for novel features and functionality, and to which context to apply the charters. However, some permissions can provide action(s), features, and functionality by themselves without a charter. It is preferred that LBX features and functionality be provided in the most elegant manner across heterogeneous MSs.

User configured permissions are maintained at a MS and their relevance (_applicability) to WDRs that are being processed is determined. WDR processing events are recognized through being placed in strategic LBX processing paths of WDRs. For example, permissions govern processing of newly processed WDRs at a MS, regardless of where the WDR originated. A permission can provide at least one

138

privilege, and may provide a plurality of privileges. A permission is granted from a grantor identity to a grantee identity. Depending on what permissions are determined relevant to (i.e. applicable to) a WDR being processed (e.g. by accessing at least one field in the WDR), an action or plurality of actions which are associated with the permission can automatically occur. Actions may be as simple as modifying a setting which is monitored/used by an LBX application, or as complex as causing many executable application actions for processing. User configured charters are maintained at a MS and their relevance (_applicability) to WDRs that are being processed is determined, preferably in context of the same recognized events (i.e. strategic processing paths) which are used for determining relevance of permissions to WDRs. A charter consists of a conditional expression and can have an action or plurality of actions which are associated with the expression. Upon evaluating the expression to an actionable condition (e.g. evaluates to a Boolean true result), the associated action(s) are invoked. Charters can be created for a MS by a user of that MS, or by a user of another MS. Charters are granted similarly to permissions in using a grantor and grantee identity, therefore granting a charter is equivalent to granting a permission to execute the charter.

While some embodiments will provide disclosed features as one at a time implementations, a comprehensive architecture is disclosed for providing a platform that will survive LBX maturity. FIGS. **30A** through **30E** depict a preferred embodiment BNF (Backus Naur Form) grammar for permissions **10** and charters **12**. A BNF grammar is an elegant method for describing the many applicable derived subset embodiments of syntax and semantics in carrying out processing behavior. The BNF grammar of FIGS. **30A** through **30E** specifically describes:

Prescribed command languages, such as a programming language, for encoding/representing permissions **10** and charters **12** (e.g. a Whereabouts Programming Language (WPL));

Prescribed configuration in a Lex & Yacc processing of a suitable encoding;

Prescribed XML encodings/representations of permissions **10** and charters **12**;

Prescribed communications datastream encodings/representations of permissions **10** and charters **12**, such as in an ANSI encoding standard (e.g. X.409);

Prescribed internalized encodings/representations of permissions **10** and charters **12**, for example in a data processing memory;

Prescribed internalized encodings/representations of permissions **10** and charters **12**, for example in a data processing storage means;

Prescribed database schemas for encoding/representing permissions **10** and charters **12**;

Prescribed semantics of constructs to carry out permissions **10** and charters **12**;

A delimited set of constructs for defining different representative syntaxes for carrying out permissions **10** and charters **12**; and

Prescribed data processing of interpreters and/or compilers for internalizing a syntax for useful semantics as disclosed herein. There are many embodiments (e.g. BNF grammar subsets) of carrying out permissions **10** and charters **12** without departing from the spirit and scope of the present disclosure. A particular implementation will choose which derivative method and system to implement, and/or which subset of the BNF grammars shall apply. Atomic elements of the BNF grammar

US 10,477,994 B2

139

(leaf nodes of the grammar tree) are identified within double quotes (e.g. "text string" implies the value is an atomic element in text string form). Atomic elements are not constructs which elaborate to other things and/or types of data.

FIGS. 30A through 30B depict a preferred embodiment BNF grammar 3002a through 3002b for variables, variable instantiations and common grammar for BNF grammars of permissions 10, groups (e.g. data 8) and charters 12. Variables are convenient for holding values that become instantiated where appropriate. This provides a rich programming language and/or macro nature to the BNF grammar. Variables can be set with: a) a typed value (i.e. value of a particular data type (may be a list)); b) another variable for indirect referencing; c) a plurality of typed values; d) a plurality of variable references; or e) any combinations of a) through d). Variables can appear anywhere in the permissions or charters encodings. When variables are referenced by name, they preferably resolve to the name of the variable (not the value). When variables are referenced by their name with an instantiation operator (e.g. *), the variable is instantiated (i.e. elaborated/resolved) to assigned value(s). Instantiation also provides a macro (or function) ability to optionally replace subset(s) (preferably string replacements) of the variable's instantiated value with parameter substitutions. This enables customizably instantiating values (i.e. optionally, string occurrences in the value are replaced with specified matching parameters). An alternate embodiment to string substitution is for supporting numbers to be incremented, decremented, or kept as is, depending on the substitution syntax. For example:

*myVar(555++,23-=4,888--,200+=100)

This instantiation specifies that all occurrences of the string "555" should be incremented by 1 such that the first occurrence of "555" becomes "556", next occurrence of "555" becomes "557", and so on. Changing all occurrences of "555" to "556" is accomplished with the string substitution. This instantiation also specifies that all occurrences of the string "23" should be decremented by 4 such that the first occurrence of "23" becomes "19", next occurrence of "23" becomes "15", and so on. Changing all occurrences of "23" to "19" is accomplished with the string substitution. This instantiation also specifies that all occurrences of the string "888" should be decremented by 1 such that the first occurrence of "888" becomes "887", next occurrence of "888" becomes "886", and so on. Changing all occurrences of "888" to "887" is accomplished with the string substitution. This instantiation also specifies that all occurrences of the string "200" should be incremented by 100 such that the first occurrence of "200" becomes "300", next occurrence of "200" becomes "400", and so on. Changing all occurrences of "200" to "300" is accomplished with the string substitution.

Preferably, when a variable is set to another variable (e.g. a=b), an instantiation of the variable (i.e. *a) equals the variable b, not b's value (i.e. *(*a)=b's value). If the variable b is set to a variable c (e.g. b=c) in the example, and the variable a is set to the variable b as already described (past or future, prior to instantiation), and c was set (i.e. c=2) to the value 2 (past or future, prior to instantiation), then the preferred embodiment requires three (3) instantiations of variable a to get to the value assigned to variable c (e.g. *(*(*a)))=2). Instantiation of variable a (e.g. *a) preferably corresponds to a level of "peeling back" through the hierarchy of variable assignments if one exists. Alternative embodiments will allow a single instantiation of a variable

140

to get through any number of indirect variable assignments for the first encountered value in the indirect chain value (e.g. *a=2) at the time of instantiation. Either semantic may have useful features from a programming standpoint. Over-instantiating (e.g. *(*c)=error) should cause an error. An assigned value is the leaf node in peeling back with instantiations.

The BNF Grammar "null" is an atomic element for no value. In a syntactic embodiment, a null value may be a special null character (e.g. 0). The History construct is preferably used to track when certain constructs were created and last modified. An alternative embodiment will track all construct changes to LBX history 30 for later human, or automated, processing audit.

Grammar 3002b "system type" is an atomic element (atomic elements are not constructs which elaborate to other things; atomic elements are shown delimited in double quotes) generalized for the type of MS (e.g. PDA, cell phone, laptop, etc). Other embodiments will provide more detail to the type of MS (e.g. iPhone, Blackberry Pearl, Nextel i845, Nokia 741, etc). ID is an identity construct of the present disclosure for identifying a MS, a user, a group, or any other entity for which to associate data and/or processing. IDType provides the type of ID to support a heterogeneous identifying grammar. An identity (i.e. ID [IDType]) can be directly associated to a MS (e.g. MS ID), or may be indirectly associated to a MS (e.g. user ID or group ID of the MS). Indirect identity embodiments may assume an appropriate lookup for mapping between identities is performed to get one identity by looking up another identity. There may be multiple identities for a MS. Identities, by definition, provide a collective handle to data. For example, an email sender or recipient is an example of an identity ("logical handle") which can be associated to a user identity and/or MS identity and/or group identity. A sender, source, recipient, and system parameter in some atomic commands presented below is any of the variety of types of identities.

Address elements of "ip address" and "SNA address" are examples of logical addresses, but are mentioned specifically anyway. ID, IDType and Address construct atomic elements (as elaborated on Right Hand Side (RHS)) are self explanatory. The TimeSpec construct is one of various kinds of "date/time stamp" or "date/time period" atomic elements. In a syntactic embodiment, date/time stamps are specified with prefixed character(s) and a time format such as xYYYYMMDDHHMMSS.12..J (J=# places to right of decimal point, such that 1=is the one tenth (1/10) second place, two=the one hundredth (1/100) second place, etc). The first character(s) (i.e. x) clarify the date/time stamp information.

>20080314 indicates "in effect if current date/time after Mar. 14, 2008;
>=20080314 indicates "in effect if current date/time on or after Mar. 14, 2008;
<20080314 indicates "in effect if current date/time prior to Mar. 14, 2008 at 11:15 PM;
<=200803142315 indicates "in effect if current date/time on or prior to Mar. 14, 2008 at 11:15 PM; and
=20080314231503 indicates "in effect if current date/time matches Mar. 14, 2008 at 11:15:03 PM.

Date/time periods may have special leading characters, just as described above (which are also periods). When using the date/time format, the granulation of the date/time stamp is a period of time.

20080314 indicates "in effect if current date/time during Mar. 14, 2008;

US 10,477,994 B2

141      142

20080314231503 indicates "in effect if current date/time during Mar. 14, 2008 at 11:15 PM (any time during that minute); and

20080314231503 indicates "in effect if current date/time during Mar. 14, 2008 at 11:15:03 PM (any time during that second).

Date/time periods can also be specified with a range using a colon such as 20080314:20080315 (Mar. 14, 2008 through Mar. 15, 2008). A date/time period can be plural such as 20080314:20080315, 2008031712:2008031823 (i.e. multiple periods) by using a comma.

FIG. 30C depicts a preferred embodiment BNF grammar **3034** for permissions **10** and groups (of data **8**). The terminology "permissions" and "privileges" are used interchangeably in this disclosure. However, the BNF grammar shows a permission can provide one privilege, or a plurality of privileges. There are a massive number (e.g. thousands) of values for "atomic privilege for assignment" (i.e. privileges that can be assigned from a grantor to a grantee) in grammar **3034**. Few examples are discussed below. This disclosure would be extremely lengthy to describe every privilege. The reader can determine a minimum set of LBX privileges (permissions) disclosed as: Any configurable privilege granted by one identity to another identity that can limit, enable, disable, delegate, or govern actions, feature(s), functionality, behavior(s), or any subset(s) thereof which are disclosed herein. Every feature disclosed herein, or feature subset thereof, can be managed (granted and enforced) with an associated privilege. Privileges may be used to "turn on" a feature or "turn off" a feature, depending on various embodiments.

There are two (2) main types of permissions (privileges): semantic privileges which on their own enable LBX features and functionality; and grammar specification privileges which enable BNF grammar specifications. Semantic privileges are named, anticipated by applications, and have a semantic meaning to an application. Semantic privileges are variables to applications whereby values at the time of an application checking the variable(s) determine how the application will behave. Semantic privileges can also have implicit associated action(s). Grammar specification privileges are named, anticipated by charter parser implementation, and indicate what is, and what is not, permitted when specifying a charter. Grammar specification privileges are variables to charter parsing whereby values at the time of charter parse logic checking the variable(s) determine whether or not the charter is valid (i.e. privileged) for execution. Impersonation is not directly defined in the BNF grammar of charters, and is therefore considered a semantic privilege.

The "MS relevance descriptor" atomic element is preferably a binary bit-mask accommodating all anticipated MS types (see "system type"). Each system type is represented by a bit-mask bit position wherein a bit set to 1 indicates the MS type does participate with the privilege assigned, and a bit set to 0 indicates the MS type does not participate with the privilege assigned. This is useful when MSs do not have equivalent capabilities thereby limiting interoperability for a particular feature governed by a privilege. When the optional MSRelevance construct is not specified with a privilege, the preferred default is assumed relevance for all MSs (i.e. =all bits set to 1). An alternate embodiment will make the default relevant for no MSs (i.e. =all bits set to 0). Privilege codes (i.e. syntactical constants equated to an "atomic privilege for assignment" description) are preferably long lived and never changing so that as new LBX privileges are introduced (i.e. new privileges supported), the old ones retain their values and assigned function, and operate properly with new software releases (i.e. backwards compatible). Thus, new constants (e.g. \lbxall=privilege for allowing all LBX interoperable features) for "atomic privilege for assignment" should be chosen carefully.

Grants are used to organize privileges in desired categories and/or sub-categories (e.g. organization name, team name, person name, etc and then privileges for that particular grant name). A grant can be used like a folder. Grants provide an hierarchy of tree branch nodes while privileges are leaf nodes of the grant privilege tree. There are many types of privileges. Many are categorized for configuring charter conditions and charter actions, and some can be subsets of others, for example to have an overall category of privileges as well as many subordinate privileges within that category. This facilitates enabling/disabling an entire set with a single configuration, or enabling/disabling certain privileges within the set. This also prevents forcing a user to define Grants to define privilege categories. BNF grammar **3034** does not clarify the Privilege construct with a parameter for further interpretation, however some embodiments will incorporate an optional Parameters specification:

Privilege="atomic privilege for assignment"[Parameters] [MSRelevance][TimeSpec][Description][History]|Varinstantiations

In such embodiments, Parameters preferably resolves to the Parameters construct of FIG. 30E for clarifying how to apply a particular privilege. Parameters, if used for privileges, have meaning within the context of a particular privilege. Similarly, Parameters may also be used at a Grant level for applying qualifying information to a group of privileges:

Grant="grant name"[Parameters] AND

(Privileges [TimeSpec][Description][History]|Grants [TimeSpec][Description][History]|Varinstantiations)

Some examples of semantic privileges (i.e. "atomic privilege for assignment") that can be granted from a grantor identity (ID/IDType) to a grantee identity (ID/IDType) include:

Impersonate: allows the grantee to perform MS administration of grantor (alternate embodiments will further granulate to a plurality of impersonate privileges for each possible type, or target, of administration);

LBX interoperable: allows overall LBX interoperability (all or none);

View nearby status: enables determining if nearby each other;

Identify (beacon) the MS with an alert—see FIG. **88A** discussion;

View whereabouts status of MS users which have privileges configured at MS (e.g. friends of the MS user)—see FIG. **88A** discussion;

View whereabouts status: enables determining whereabouts (e.g. on a map);

View Reports: enables viewing statistics and/or reports; This privilege is preferably set with a parameter for which statistics and/or which reports; An alternate embodiment will have individual privileges for each type of statistic and/or report;

View Historical Report: enables viewing history information (e.g. routes); This privilege is preferably set with a parameter for which history information; An alternate embodiment will have individual privileges for each type of history information;

Set Geofence arrival alert: allows an action for alerting based on arrival to a geofenced area; This privilege may be set with parameter(s) for which eligible area(s) to

US 10,477,994 B2

143

define geofences; An alternate embodiment will have individual privileges for each area(s);

Set Geofence departure alert: allows an action for alerting based on departure from a geofenced area; This privilege may be set with parameter(s) for which eligible area(s) to define geofences; An alternate embodiment will have individual privileges for each area(s);

Set nearby arrival alert: allows an action for alerting based on arrival to being nearby; This privilege may be set with a parameter for quantifying amount nearby;

Set nearby departure alert: allows an action for alerting based on departure from being nearby; This privilege may be set with a parameter for quantifying amount nearby;

Set Geofence group arrival alert: allows an action for alerting based on a group's arrival to a geofenced area; This privilege may be set with parameter(s) for which groups or MSs apply;

Set Geofence group departure alert: allows an action for alerting based on a group's departure from a geofenced area; This privilege may be set with parameter(s) for which groups or MSs apply;

Set nearby group arrival alert: allows an action for alerting based on a group's arrival to being nearby; This privilege may be set with parameter(s) for quantifying amount nearby, and/or which groups or MSs apply;

Set nearby group departure alert: allows an action for alerting based on a group's departure from being nearby; This privilege may be set with parameter(s) for quantifying amount nearby, and/or which groups or MSs apply;

Set Situational Location (as defined in U.S. Pat. Nos. 6,456,234; 6,731,238; 7,187,997; U.S. PTO Publication 2006/0022048 (Johnson)) arrival alert: allows an action for alerting based on arrival to a situational location; This privilege may be set with parameter(s) for one or more situational location(s) defined;

Set Situational Location (as defined in U.S. Pat. Nos. 6,456,234; 6,731,238; 7,187,997; U.S. PTO Publication 2006/0022048 (Johnson)) departure alert: allows an action for alerting based on departure from a situational location; This privilege may be set with a parameter(s) for one or more situational location(s) defined;

Set Situational Location (as defined in U.S. Pat. Nos. 6,456,234; 6,731,238; 7,187,997; U.S. PTO Publication 2006/0022048 (Johnson)) group arrival alert: allows an action for alerting based on a group's arrival to a situational location; This privilege may be set with parameter(s) for one or more situational location(s) defined, and/or which groups or MSs apply;

Set Situational Location (as defined in U.S. Pat. Nos. 6,456,234; 6,731,238; 7,187,997; U.S. PTO Publication 2006/0022048 (Johnson)) group departure alert: allows an action for alerting based on a group's departure from a situational location; This privilege may be set with parameter(s) for one or more situational location(s) defined, and/or which groups or MSs apply;

Allow action monitoring: allows condition for the monitoring of certain action(s); This privilege may be set with parameter(s) for which action(s) to be monitored;

Accept service routing: enables being a service routing system; This privilege may be set with parameter(s) for which service(s) to route;

Allow whereabouts monitoring (i.e. any WDR **1100** fields): allows condition for the monitoring of certain whereabouts; This privilege may be set with

144

parameter(s) for which area(s) where whereabouts can be monitored; Another embodiment will define a specific privilege for each field and/or subfield of a WDR **1100** (e.g. speed monitoring (e.g. field **1100**$h$));

Service informant utilization (includes derived subsets for how to be used; e.g. log for me all successful detections (or particular types) by the remote MS of interest);

Strip out WDR information inbound, outbound, and/or prior to be inserting to queue **22**: these types of privileges may also affect what charters can and cannot do;

Append WDR information inbound, outbound, and/or prior to be inserting to queue **22**: these types of privileges may also affect what charters can and cannot do;

Support certain types of service informant code processing, for example for carpool collaboration;

Participate in parking lot search functionality; this privilege may be set with parameter(s) for which parking lots apply;

Be a candidate peer service target for any particular application, types of applications, or all applications, or for certain MSs, certain groups, or combinations of any of these (parameter(s) may be specified);

Participate in LN-expanse as a master MS, for example to maintain a database of historical MSs in the vicinity, or a database of identity mappings (e.g. users to MSs; parameter(s) may be specified);

Keep track of hotspot history;

Provide service propagation for any particular application, types of applications, or all applications, or for certain MSs, certain groups, or combinations of any of these (parameter(s) may be specified);

Enable automatic call forwarding functionality when within proximity to a certain phone, for example to route a wireless call to a nearby wired line phone; this privilege may be set with parameter(s) for which phones or phone numbers participate;

Enable configuration of deliverable content that can be delivered in a peer to peer manner to a MS in the vicinity, using any data type, size, location, or other characteristic to be a unique privilege; parameter(s) may be specified to qualify this;

Permit whereabouts to be queried in certain ways at a MS for any of a variety of purposes (e.g. map term generation);

Allow access to charters starters data, and permit a certain subset of actions thereof (e.g. use of snippets, what can be searched, etc);

Enable LBX interaction (e.g. via fields **1100**$k$) for a specific application or specific data for a specific application;

Enable particular paste command(s) involving particular data;

Enable contextually creating charters involving applications common to more than one MS user;

Enable MS profile (e.g. appfld.profile.contents) comparisons;

Enforce known functionality (e.g. permitted values) for data of application fields **1100**$k$, in particular for data of registered application sections commonly processed by MSs;

Enable/disable service propagation, or a subset of functionality thereof;

Enable/disable a particular SPUI (e.g. parameter for SPUI executable name);

Enable/disable a MS user's ability to send a targeted transmission to another MS user;

US 10,477,994 B2

145

Enable/disable what data can or cannot be clipped and pasted;

Enable/disable, and under what conditions, charters can modify privileges or other charters;

Enable/disable various WDR based application record sorting;

Allow being monitored on a vicinity monitor, perhaps according to certain conditions;

Allow grantings to be assigned to other identifier, or certain identifier(s), as a single unit (e.g. see resource mapper);

Allow cross application addressing, perhaps for certain applications and contexts;

A privilege for any functionality or feature disclosed herein;

Any subordinate privilege of above, or of any functionality or feature disclosed herein;

Any parent privilege of above, or of any functionality or feature disclosed herein; and/or

Any privilege combination of above, or of any functionality or feature disclosed herein.

Grammar specification privileges can enable/disable permitted specifications of certain charter terms, conditions, actions, or any other charter aspect. Some examples of grammar specification privileges (i.e. "atomic privilege for assignment") that can be granted from a grantor identity (ID/IDType) to a grantee identity (ID/IDType) include:

Accept autodial #: allows an action for sending a speed dial number;

Accept web link: allows an action for sending a hyper link;

Accept email: allows an action for sending an email;

Accept SMS msg: allows an action for sending an SMS message;

Accept content: allows an action for sending a content of any type;

Accept broadcast email: allows an action for sending a broadcast email;

Accept broadcast SMS msg: allows an action for sending a broadcast SMS message;

Accept indicator: allows an action for sending an indicator;

Accept invocation: allows an action for invoking (optionally with parameters for which executable and parameters to it) an executable (_application, script, command file, or any other executable); Alternate embodiments will have specific privileges for each type of executable that may be invoked);

Accept file: allows an action for sending a file or directory;

Accept semaphore control: allows an action for setting or clearing a semaphore; This privilege is preferably set with a parameter for which semaphore and what to do (set or clear);

Accept data control: allows an action for access, storing, alerting, or discarding data (alternate embodiments will further granulate to a plurality of data control privileges for each data control type (access, store, alter, discard, etc); This privilege may be set with parameter(s) for which data and what to do;

Accept database control: allows an action for access, storing, alerting, or discarding database data (alternate embodiments will further granulate to a plurality of data control privileges for each data control type (access, store, alter, discard, etc); This privilege may be set with parameter(s) for which database data and what to do;

146

Accept file control: allows an action for access, storing, alerting, or discarding file/directory path data (alternate embodiments will further granulate to a plurality of data control privileges for each data control type (access, store, alter, discard, etc); This privilege may be set with parameter(s) for which directory or file path(s) and what to do;

Allow profile match comparison: allows condition for the monitoring of certain profile(s); This privilege may be set with a parameter(s) for which profile(s) can be monitored/compared; An alternate embodiment will define a specific privilege for each ProfileMatch type;

Allow interest match comparison: allows condition for the monitoring of interests; This privilege may be set with parameter(s) for which interests can be monitored/compared; An alternate embodiment will define a specific privilege for each interest candidate;

Allow filters match comparison: allows condition for the monitoring of filters; This privilege may be set with parameter(s) for which filters can be monitored/compared; An alternate embodiment will define a specific privilege for each filter candidate;

Allow movement monitoring: allows condition for the monitoring of movement; This privilege may be set with parameter(s) for quantifying how much movement, and/or how long for lack of movement (an alternate embodiment will define distinct privileges for each movement monitoring type);

Allow application use monitoring: allows condition for the monitoring of application usage; This privilege may be set with parameter(s) for specifying which application(s) to monitor, and/or how long for usage of the application(s); Another embodiment specifies which aspect of the application is to be monitored (e.g. data, DB data, semaphore, thread/process invoke or terminate, file/directory data, etc);

Allow invocation monitoring: allows an action for monitoring application(s) used (optionally with parameter(s) for which application/executable); Alternate embodiments will have specific privileges for each application or executable of interest;

Allow application termination monitoring: allows condition for monitoring application(s) terminated (optionally with parameter(s) for which application/executable); Alternate embodiments will have specific privileges for each application or executable of interest;

Allow file system monitoring: allows condition for monitoring a file or directory; This privilege may be set with parameter(s) for specifying which path(s) to monitor, and/or what to monitor for, and how long for absence or removal of the path(s);

Allow semaphore monitoring: allows condition for monitoring a semaphore; This privilege may be set with parameter(s) for specifying which semaphore(s) to monitor, and/or what to monitor for (clear or set);

Allow data monitoring (file or directory): allows condition for monitoring data; This privilege may be set with parameter(s) for specifying which data to monitor, and/or what value to monitor for (charter condition like a debugger watch);

Allow data attribute monitoring (file or directory): allows condition for monitoring data attribute(s); This privilege may be set with parameter(s) for specifying which data attributes (e.g. chmod or attrib or extended attributes) to monitor, and/or what value to monitor for (charter condition like a debugger watch);

Allow database monitoring: allows condition for monitoring database data; This privilege may be set with parameter(s) for specifying which database data to monitor, and/or what value to monitor for (like a database trigger);

Allow sender monitor: allows condition for monitoring sender information; This privilege may be set with parameter(s) for specifying which sender address(es) to monitor email or SMS messages from (may have separate privileges for each type of distribution);

Allow recipient monitor: allows condition for monitoring recipient information; This privilege may be set with parameter(s) for specifying which recipient address(es) to monitor email or SMS messages to (may have separate privileges for each type of distribution);

Allow "modification" instead of "monitor"/"monitoring" for each monitor/monitoring privilege described above;

Allow focused title bar use: allows using the focused title bar for alerting;

Allow specifying map terms or certain types or forms of map terms;

Allow specifying PointSet or any other Term construct;

Allow specifying AppTerm triggers or any aspect of configuration thereof (charter types, which standardized MS applications can be configured, which customized application can be configured, permitted App-Term condition terms, etc);

Permit local or remote charter or command execution;

Permit access to a pluggable interface, one provided by another MS user at a MS, for example a dynamically linked interface, or script;

Allow specifying profile operators, tags for compare, or other profile permitted interrogation;

Enforce specific application fields and/or settings thereof in fields $1100k$ of WDRs;

A privilege for any BNF grammar atomic command, atomic operand, parameter(s), parameter type, atomic operator, or underlying action performed in a charter herein;

Any subordinate privilege of above, or of any functionality or feature disclosed herein;

Any parent privilege of above, or of any functionality or feature disclosed herein; and/or

Any privilege combination of above, or of any functionality or feature disclosed herein.

While the Grantor construct translates to the owner of the permission configuration according to grammar **3034**, impersonation permits a user to take on the identity of a Grantor for making a configuration. For example, a group by its very nature is a form of impersonation when a single user of the group grants permissions from the group to another identity. A user may also impersonate another user (if has the privilege to do so) for making configurations. In an alternative embodiment, grammar **3034** may include means for identifying the owner of the permission(s) granted. Group constructs provide means for collections of ID constructs, for example for teams, departments, family, whatever is selected for grouping by a name (atomic element "group name"). The impersonation privilege should be delegated very carefully in the preferred embodiment since the BNF grammar does not carry owner information except through a History construct use.

The Grantor of a privilege is the identity wanting to convey a privilege to another identity (the Grantee). The Grantee is the identity becoming privileged by administration of another identity (the Grantor). There are various embodiments for maintaining privileges, some embodi-

ments having the side affect of increasing, or decreasing, the palette of available privileges for assignment. Privilege/Permission embodiments include:

1) Administrated privileges are maintained and enforced at the Grantor's MS. As privileged Grantee WDR information is detected at the Grantor's MS, or as Grantor WDR information is detected at the Grantor's MS: the appropriately privileged Grantee is provided with LBX application features at their (Grantee) MS in accordance with the privileges granted;

2) Administrated privileges are maintained and enforced at the Grantor's MS, but are also communicated to the Grantee's MS for being used by the Grantee for informative purposes. As privileged Grantee WDR information is detected at the Grantor's MS, or as Grantor WDR information is detected at the Grantor's MS: the appropriately privileged Grantee is provided with LBX application features at their (Grantee) MS in accordance with the privileges granted;

3) Administrated privileges are maintained at the Grantor's MS for administration purpose, but are used for governing features/processing at a Grantee MS. Privileges are appropriately communicated to a Grantee MS for WDR information processing, such that as Grantor WDR information is detected at the Grantee MS, the Grantee is provided with LBX application features at their (Grantee) MS in accordance with the privileges granted; and/or

4) Privileges are stored at both the Grantor's MS and the Grantee's MS for WDR information processing including any combination of #1 through #3 above (i.e. WDR information processing at each MS provides LBX features benefiting the Grantor and/or Grantee).

5) See FIG. **49**A discussions for some of the permission/privilege assignment considerations between a Grantor identity and a Grantee identity.

In an alternative embodiment, groups can be used to handle groups of privileges as well as groups of IDs, so that Groups/Group BNF constructs generically handle a collection of things, regardless of the type of things, for example using a qualifier like IDType. Grants and Groups have a similar hierarchy. There may be no need to have separate Grants/Grant BNF grammar definitions. The Groups/Group constructs can be extended to handle Privileges in a similar manner. Groups/Group construct related changes may be made to the BNF grammar, database tables and flowcharts described below for consolidating collections of IDs, groups and privileges for properly carrying out and supporting groups and grants as disclosed.

FIGS. **30**D through **30**E depict a preferred embodiment BNF grammar **3068**$a$ through **3068**$b$ for charters. Charters embody conditional events to be monitored and the actions to cause when those events occur. Notice there is still a Grantee and Grantor construct in charters, even in the face of having privileges for governing the charters. Grantor and Grantee constructs used in charters have to do with granting the permission/privilege to enable charters at a particular MS. Once they are enabled at a MS, permissions/privileges of grammar **3034** may be used to govern how the charters process.

It is important to note the context of terminology use "Grantor" and "Grantee" appears in, since they are similarly used in context of charters versus permissions. In both cases there is an acceptance/authentication/configuration granted by a Grantor to a Grantee. A permission Grantor grants a privilege to a Grantee. A charter Grantor grants a privilege to enable a Grantee's charters (may be at the mercy of

US 10,477,994 B2

149                                              150

privileges in the preferred embodiment). The Grantee construct in charters translates to the owner/creator/maintainer identity of the charter configuration according to grammar **3068***a* and **3068***b*, and the Grantor construct translates to an identity the Grantee has created the charter for, but does not necessarily have the privilege to do so, or does not necessarily have the privilege for any subset of processing of the charter. Privileges preferably govern whether charters are in effect, and how they are in effect. An alternative embodiment will activate (make in effect) a charter by granting it from one identity to another as shown in grammar **3068***a*. A charter consists of a conditional expression and can have an action or plurality of actions which are associated with the conditional expression. Upon evaluating the expression to an actionable condition (e.g. evaluates to a Boolean true result), the associated action(s) are invoked.

Impersonation permits a user to take on the identity of a Grantee for making a configuration. For example, a group by its very nature is a form of impersonation when a single user of the group administrates charters for the group. A user may also impersonate another user (if has the privilege to do so) for making configurations. In an alternative embodiment, grammar **3068***a* and **3068***b* may include means for identifying the owner of the charters administrated. The impersonation privilege should be delegated very carefully in the preferred embodiment since the BNF grammar does not carry owner information except through a History construct use.

The Grantee of a charter is the identity (e.g. creates and owns the charter) wanting to have its charters processed for another identity (the Grantor). The Grantor is the identity targeted for processing the administrated charter(s) created by the Grantee. The terminology "Grantor" and "Grantee" will become reversed (to match privilege assignments) in an embodiment which grants charters like privileges. There are various embodiments for maintaining charters, some embodiments having the side affect of increasing, or decreasing, the palette of available charter processing deployed. Charter embodiments include:

6) Administrated charters are stored at the Grantee's (the administrator's) MS. As privilege providing Grantor WDR information is detected at the Grantee's MS, the Grantee is provided with LBX application charter processing at his (Grantee) MS, preferably in accordance with privileges defined as described in #1 through #5 above;

7) Administrated charters are maintained at the Grantee's (the administrator's) MS, but are communicated to the Grantor's MS for being used for informative purposes. As privilege providing Grantor WDR information is detected at the Grantee's MS, the Grantee is provided with LBX application charter processing at his (Grantee) MS, preferably in accordance with privileges defined as described in #1 through #5 above;

8) Administrated charters are maintained at the Grantee's MS for administration purpose, but are used for processing at the Grantor MS. Charters are appropriately communicated to the Grantor MS for WDR information processing, such that as Grantor WDR information is detected at the Grantor MS, the Grantee is provided with LBX application features for processing at the Grantor's MS, preferably in accordance with privileges defined as described in #1 through #5 above. Also, as Grantee WDR information is detected at the Grantor's MS, the Grantee is provided with LBX application

charter processing at his (Grantee) MS, preferably in accordance with privileges defined as described in #1 through #5 above; and/or

9) Charters are maintained at both the Grantor's MS and the Grantee's MS for WDR information processing, including any combination of #6 through #8 above (i.e. WDR information processing at each MS provides LBX features benefiting the Grantor and/or the Grantee).

10) See FIG. **49**B discussions for some of the charter assignment considerations between a Grantee identity and a Grantor identity.

Grammar **3068***a* "and" and "or" are atomic elements for CondOp operators. In a syntactic embodiment, "and" and "or" may be special characters (e.g. &, |, respectively). Grammar **3068***a* Value elaboration "atomic term" (RHS) is an atomic element for a special type of term that can be used in a condition specification, such as:

My MS location (e.g. \loc_my): preferred embodiment resolves to field **1100***c* from the most recent WDR which describes this MS (i.e. the MS of atomic term evaluation processing); WTV may be used to determine if this is of use (if not, may return a null, cause a failure in a conditional match, or generate an error);

A specified MS, or group, mobile location (e.g. \locByL_–30.21,–97.2=location at the specified latitude and longitude (ensure no intervening blanks)): preferred embodiment resolves to a specified location comparable to a WDR field **1100***c*, not necessarily in the same format or units used as field **1100***c* (i.e. converted appropriately for a valid comparison when used). There are many different formats and units that can be specified here with a unique syntax. An elevation (or altitude) may also be specified for a three dimensional specification (e.g. \locByL_–30.21,–97.2,10L=location 10 miles in elevation (or altitude); may also be referred to as a situational location);

A specified MS, or group, situational location (e.g. \sl_–30.21,–97.2; 1050F=situational location at the specified latitude, longitude and elevation in feet (ensure no intervening blanks)): preferred embodiment resolves to specified situational location comparable to applicable WDR fields, not necessarily in the same format or units used (i.e. converted appropriately for valid comparison(s) when used). See U.S. Pat. No. 6,456,234 (Johnson) for the definition of a situational location that can be specified. A reasonable syntax following the leading escape character and "sl" prefix should be used; this example assumes an anticipated order (lat, long, elevation); One embodiment also assumes an order for other situational location criteria wherein a semicolon (;) delimits data (i.e. use ";" to show lack of data at anticipated position (e.g. \sl_–30.21,–97.2;;;;56); Another embodiment uses descriptors to indicate which data is being specified so any order can be specified (e.g. \sl_lat=–30.21,lon=–97.2;elev=1050F). There are many different formats, fields and units that can be specified here with a unique syntax;

My current MS mobile location (e.g. \loc_my): same as described above;

A current MS, or group, mobile location (e.g. \locByID_Larry=location of MS with id Larry, \locG_dept78=location of members of the group dept78): preferred embodiment resolves to a location associated with an identifier. Preferably, queue **22** is accessed first for the most recent occurrence of a WDR matching the identifier(s). An alternate embodiment

151

152

additionally searches LBX history **30** if not found elsewhere. In one embodiment, an averaged location is made for a group identifier using locations of the identifiers belonging to the group, otherwise a group containing MSs with different locations (i.e. each individual of the group compared for match) causes a false condition when used in an expression, or alternatively cause an error. This is preferably used to compare locations of WDRs from a plurality of different MSs without requiring a value to be surfaced back to the expression reference;

A current MS, or group, situational location (e.g. \slByID_Larry=situational location of MS with id Larry, \slByG_dept78=situational location of members of the group dept78): preferred embodiment resolves to a situational location associated with an identifier. Preferably, queue **22** is accessed first for the most recent occurrence of a WDR matching the identifier(s). An alternate embodiment additionally searches LBX history **30** if not found elsewhere. In one embodiment, an averaged situational location is made for a group identifier using locations of the identifiers belonging to the group, otherwise a group containing MSs with different locations causes a false condition when used in an expression, or alternatively cause an error. This is preferably used to compare situational locations of WDRs from a plurality of different MSs without requiring a value to be surfaced back to the expression reference;

A WDR with field(s) to search for directly from queue **22** in form: \q_ref$_1$=<criteria$_1$>;_ ref$_2$=<criteria$_2$>; . . . ;_ref$_i$<criteria$_i$> such that each ref$_i$ is identical to the reference used in a WDRTerm (e.g. _ref) for i>=1, and <criteria$_i$> is a contextually relevant expression for how to search for matching to the particular referenced field(s);

A WDR with field(s) to search for directly from history **30** in form: \h_ref$_1$=<criteria$_1$>; ref$_2$=<criteria$_2$>; . . . ; ref$_i$<criteria$_i$> such that each ref$_i$ is identical to the reference used in a WDRTerm (e.g. _ref) for i>=1 and <criteria$_i$> is a contextually relevant expression for how to search for matching to the particular referenced field(s);

Last application used (e.g. \appLast): preferably resolves to an application reference (e.g. name) which can be successfully compared to a MS operating system maintained reference for the application (e.g. as maintained to LBX history) that was last used by the MS user (e.g. embodiments for last focused, or last used that had user input directed to it). One embodiment implements only known PRR applications using field **5300a** and/or **5300b** for the reference (See FIGS. **53** and **55A**);

Last application context used (e.g. \appLastCtxt): preferably resolves to an application context reference which can be successfully compared to a MS operating system context maintained for comparison to LBX history. One embodiment implements only known PRR applications using field **5300a** and/or **5300b** for the application reference (See FIGS. **53** and **55A**), and saved user input for the context of when the application was focused. Another embodiment incorporates the system and methods of U.S. Pat. No. 5,692,143 ("Method and system for recalling desktop states in a data processing system", Johnson et al) to maintain application contexts to history;

Application in use (e.g. \appLive): preferably resolves to an application reference (e.g. name) which can be successfully compared to a MS operating system maintained reference for the application (e.g. as maintained to LBX history) that may or may not be running (active) on the MS. One embodiment implements only known PRR applications using field **5300a** and/or **5300b** for the reference (See FIGS. **53** and **55A**);

Application context in use (e.g. \appLiveCtxt): preferably resolves to an application context reference which can be successfully compared to a MS operating system context maintained for comparison. One embodiment implements only known PRR applications using field **5300a** and/or **5300b** for the application reference (See FIGS. **53** and **55A**), and saved user input for the current context of the application (e.g. maintained to LBX history). Another embodiment incorporates the system and methods of U.S. Pat. No. 5,692,143 ("Method and system for recalling desktop states in a data processing system", Johnson et al) to maintain application contexts;

Application active (e.g. \appLive): same as application in use above;

Application context active (e.g. \appLiveCtxt): same as application context in use above;

Current MS system date/time (e.g. \timestamp); preferably resolves to the MS date/time from the MS system clock interface for a current date/time stamp;

Particular LBX maintained statistical value (e.g. \st_statisticName wherein statisticName is the name of the statistic): preferably resolves to the referenced statistic name of statistics **14**. There are potentially hundreds of statistics maintained for the MS;

MS ID of MS hosting atomic term (e.g. \thisMS; alternate embodiments support ID and IDType grammar rules): preferably resolves to the identifier of the MS where the atomic term is being resolved, and the context of use may cause a conversion, broader consideration, or use of an associated ID (i.e. for different IDType) for proper MS ID IDType comparison;

Appropriate MS ID type/format of MS hosting atomic term (e.g. \thisMS_type): preferably resolves to the identifier of the MS in the specified explicit type (i.e. "type") where the atomic term is being resolved (e.g. \thisMS_email, \thisMS_userid, \thisMS_serno, etc (e.g. using a field appfld.source.id.X));

Most current WDR field of \thisMS (e.g. \fldname); fldname is identical to WDR in-process field names which can reference any field, subfield, set, subset, or derived data/information of a WDR in process (i.e. _fldname, _I_fldname, _O_fldname). The difference here is that the most recent WDR (e.g. of queue **22**) for \thisMS is accessed, rather than an in-process WDR. The leading backslash indicates to reference the most recent WDR for \thisMS. In some embodiments, the WTV is accessed and an error is produced for \fldname references that reference stale WDR information; and/ or

A partial or full address (e.g. \zip_75022=zip code, \state_TX=two character state code, \country_US=character(s) country code, \mapsco_458A=MAPSCO grid identifier, \address_"1201 Jamison St., Valley View, MN" wherein double quotes can be used to handle significant blank characters, \city_Dallas=city, etc). There are many embodiments for syntactically representing a partial or full address, and ambiguous, un-resolvable, or incomparable addresses should cause an error (e.g. force False condition to prevent charter action from

running, and log to history) for notifying of an issue; Atomic terms are automatically converted in context of condition/expression use when performing a compare (e.g. it is legal to compare an address with a latitude and longitude and range thereof to see if the same location). Appropriate geocoding and location conversion data or tables is used. Preferably, the conversion data is locally maintained, but may be accessed remotely when needed, for example through a propagated service.

Preferably, a convenient syntax using a leading escape character refers to an atomic term (e.g. \loc_my=My MS location). An atomic term may be clarified with a time specification (period(s), specific time(s), etc) by qualifying an appropriate atomic term, for example with a "(spec)" syntax after the backslash (e.g. \(20090220100239.8)st_O-SThreads for total number of threads executing in MS at particular time). When the time specification portion of an atomic term is determined to not be appropriate, preferably an error is presented to prevent the invalid qualified atomic term from being used. Alternatively, an error can be provided when processed, or the time specification may be ignored. When used in conjunction with other conditions, an "atomic term" provides extraordinary location based expressions. Other Grammar **3068***a*, and **3068***b* Data construct, atomic elements are described here: "Any WDR **1100** field, or any subset thereof" is self explanatory; "Any Application data field, or any subset thereof" is an atomic element for any semaphore, data, database data, file/directory data, or any other reference-able data of a specified application; "number" is any number; "text string" is any text string; "True" is a Boolean representing true; "False" is a Boolean representing false; "numeric(s)" is a set (may be ordered (e.g. left to right)) of formatted binary data; "typed memory pointer" is a pointer to memory location (of any memory or storage described for FIG. 1D) containing a known type of data and length; "typed memory value" is a memory location (of any memory or storage described for FIG. 1D) containing a known type of data and length; "typed file path" is a file path location (of any memory or storage described for FIG. 1D) containing a known type of data and length; "typed file path and offset" is a file path location (of any memory or storage described for FIG. 1D) and an offset therein (e.g. byte offset) for pointing to a known type of data and length; "typed DB qualifier" is a database data path (of any memory or storage described for FIG. 1D) for qualifying data in a database (e.g. with a query, with a identity/table/row/column qualifier, or other reasonable database qualifying method).

WDRTerm provides means for setting up conditions on any WDR **1100** field or subfield that is detected for WDR(s):
   Inserted by FIG. **2**F processing (e.g. received from other MSs, or created by the hosting MS); and/or
   Sent/communicated outbound from a MS; and/or
   Received/communicated inbound to a MS.

An alternate BNF grammar embodiment qualifies the "Any WDR **1100** field, or any subset thereof" atomic element with an operator for which of the three MS code paths to check WDR field conditions (e.g. Operators of "OUTBOUND" and "INBOUND", denoted by perhaps a syntactical O and I, respectively). Absence of an operator can be assumed for checking WDRs on FIG. **2**F insert processing. Such embodiments result in a BNF grammar WDRTerm definition of:
WDRTerm=[WDRTermOp]"Any WDR **1100** field, or any subset thereof" [Description][History]\Varinstantiate
WDRTermOp="inbound"|"outbound"

Yet another embodiment will allow combination operators for qualifying a combination of any three MS code paths to check.

AppTerm provides means for setting up conditions on data of any application of an MS, for example to trigger an action based on a particular active call during whereabouts processing. A few AppTerm examples are any of the following:
   Any phone application data record data (e.g. incoming call(s), outgoing call(s), active call(s), caller id, call attributes, etc)
   Any email/SMS message application data record data (e.g. mailbox attributes, message last sent, message last received, message being composed, last type of message sent, last type of message received, attribute(s) of any message(s), etc)
   Any address book application data record data (e.g. group(s) defined, friend(s) defined, entry(s) defined and any data associated with those, etc)
   Any calendar application data record data (e.g. last scheduled entry, most recently removed entry, number of entries per time period(s), last scheduled event attendee (s), number of scheduled events for specified qualifier, next forthcoming appointment, etc)
   Any map application data record data; and/or
   Any other application data record data of a MS.

PointSet provides means for defining a set of points for a variety of applications. Points of a PointSet may describe a single point (i.e. one point record), a line segment, a polygon, a point with radius, a two dimensional area, a three dimensional area in space, or any other multi-dimensional region. An optional dimension qualifier (i.e. 2D or 3D; default=2D) specifies whether or not the set of points are for two dimensional space or three dimensional space. Alternate embodiments support higher dimensions for certain applications, for example to describe another universe dimension as straightforward as time, or a situational location (e.g. extending a point record definition), or as complex as a string theory dimension. If point records can be specified for the dimension qualifier(s), any dimension(s) may be used. An optional point type qualifier (i.e. Geo, Cartesian or Polar; default=Geo) specifies the type of points in the set wherein each point is a record of appropriate data. Alternate embodiments support other type qualifiers for certain applications, for example to describe lines, arcs, or regions containing an infinite set of points (e.g. extending a point record definition for describing a collection of points), or to specify different models (e.g. Geodetic, Polar Cylindrical, Polar Spherical, etc). When a "text string" format is used for the PointSet, it is preferably null terminated (e.g. null included in ANSI encoded length) and an appropriate syntax is used to identify point record components (e.g. comma), and to delimit point records (e.g. semicolon) in the set of points (e.g. "+33.27,−97.4; +34.1,−97.3; +34.13,−97.12;" specifies a two dimensional Geo polygon PointSet (i.e. point records of latitude, longitude decimal degree pairs) and "3D/Geo; +33.27,−97.4, 4500F; +34.1,−97.3, 1 L; +34.13,−97.21, 2000Y; +34.3,−97.1, 2000Y; +34.89,−97.08, 2000Y" specifies a three dimensional Geo polygon solid region in space Point-Set (i.e. point records of latitude, longitude,altitude decimal degree tuples)). A single point may have an additional specification for a radius around the point (e.g. "+33.27,−97.4,R1000F") as indicated with the "R" prefix. The R prefix solves ambiguity between a 3D specification for a point at an elevation/altitude and a point with a spherical radius. Syntactical unit qualifiers may, or may not, be supported for any of the point record components (e.g. 4500F=4500 feet, 1L=1

US 10,477,994 B2

155

Mile, 2000Y=2000 Yards, latitude/longitude specified in desirable way (e.g. 33.27N,97.4W;), etc). A numeric(s) (binary) format will cause each PointSet record component to occupy an anticipated number of bits/bytes along with an overall length describing all bytes of the PointSet. Numeric indication (e.g. bit(s)) is used to indicate whether a radius is specified for a single point versus an altitude/elevation in a 3D specification. In some embodiments, the user interfaces to convenient units which are converted to a standard form of units in the PointSet and converted when necessary.

The Data construct is used for either string or binary specification. In a preferred embodiment string syntax, a Point Set is encoded like an atomic term with a leading backslash and anticipated characters (e.g. \PS_. . . ) for proper conditional evaluation (e.g. at blocks 6122 and 6154). In another embodiment, a Point Set is treated as a "special term" (e.g. atomic term) and gets replaced (e.g. at blocks 6118 and 6152) with an internalized form for proper condition evaluation. In some embodiments, a Point Set is encoded with a unique syntax (e.g. PS: . . . ). A PointSet is useful for specifying two dimensional polygons, or point delimited regions in three dimensional space. Well known polygon implementation techniques may affect how to internalize a PointSet specification, for example to determine whether or not a MS is relevant (i.e. in, not in, at, not at, was in, was not in, was at, was not at, in vicinity of, not in vicinity of, newly in vicinity of, not newly in vicinity of, recently in vicinity of, not recently in vicinity of, departed from, not departed from, recently departed from, not recently departed from, etc) using processing of "Determining If A Point Lies On The Interior Of A Polygon" published November 1987 by Paul Bourke.

With reference now to FIG. 90A, depicted is a flowchart for a preferred embodiment for processing the request to specify a map term. A map term is a name which resolves to a point, point and radius or set of points (see PointSet described above). There are a variety of MS applications which can be used to create a point, point and radius, or PointSet thereby preventing a tedious user encoding. The user sets up a map term with a convenient user interface (e.g. FIG. 90A), gives it a name, and can then reference it in expressions by the map term name (using a ? prefix to the name to indicate its is a map term). Otherwise, the user may be faced with specifying a challenging encoding (e.g. complex text string) for an expression.

Map term specification processing begins at block 9002 upon a user action to create a map term, continues to block 9004 where the user is prompted for how to specify the map term, and waits at block 9006 for the user's response. Block 9006 continues to block 9008 when the user responds.

If block 9008 determines the user selected to use the user's current location (i.e. current location of the MS), then block 9010 accesses queue 22 for a current and most recent MS location and makes a point (may make point and default radius, or set of points in alternate embodiments) using the location information if a reasonably current location was found. Thereafter, if block 9012 determines there was no current (i.e. reasonably recent) location found, then block 9014 provides the user with an error, block 9016 appropriately terminates the FIG. 90A user interface, and FIG. 90A processing terminates at block 9018. Block 9014 preferably requires the user to acknowledge the error. If block 9012 determines a current location was found, then block 9020 prompts the user for a radius, and block 9022 interfaces with the user for specification of a valid radius. A three dimensional embodiment additionally prompts the user for 2D or 3D for the point set to be created, and the user additionally

156

specifies 2D or 3D at block 9022. When the user specifies the requested information, block 9024 automatically generates a unique map term name (e.g. mt_035), preferably using a round-robin sequence number and ensuring no current map terms currently have the name in use, and then continues to block 9026 where the map term information is saved to a new record 9080. Block 9026 saves the user specifications as a PointSet which can be referenced by the name. The user may have specified only a single point for a location, or a single point and radius around it for a location when arriving to block 9024 from block 9022. Block 9026 continues to block 9028.

With reference now to FIG. 90B, depicted is a preferred embodiment of a Map Term Data Record (MTDR) 9080 for discussing operations of the present disclosure, derived from the grammar of FIGS. 30A through 30E. A MTDR 9080 contains a name field 9080a which can be referenced in an expression or condition with a "?" prefix (e.g. ?mt_035), a type field 9080b which indicates the type of PointSet for interpretation of field 9080c, and the PointSet encoding field 9080c. Encoding field 9080c may be a binary or textual encoding depending on the embodiment. A description field 9080d may be included for user documentation of the map term. A MS may enforce a maximum number of records 9080. Records 9080 may be used to save waypoints as well known to those skilled in the art.

With reference back to FIG. 90A, block 9028 accesses all records 9080, continues to block 9030 for producing a scrollable list of map term names, and continues to block 9032 where processing waits for a user action in response to the map term list. Block 9032 continues to block 9034 upon a user action. Block 9030 preferably highlights a newly created map term from FIG. 90A processing up to the point of processing at block 9030. The user can highlight which map term to perform an action on as handled by block 9052.

If block 9034 determines the user selected to delete a particular map term from the list, then block 9036 deletes it from records 9080 and processing continues back to block 9028 for a list refresh. If block 9034 determines the user did not select to delete a particular map term, processing continues to block 9038. If block 9038 determines the user selected to rename a particular map term from the list (e.g. the newly created map term with a default name), then block 9040 interfaces with the user for a valid name and saves it to the particular record 9080 field 9080a. A valid name is unique in all records 9080. The name should be descriptive so that the user knows why the map term was created. Thereafter, processing continues back to block 9028 for a list refresh. If block 9038 determines the user did not select to rename a particular map term, processing continues to block 9042. If block 9042 determines the user selected to add a new map term, then processing continues back to block 9004, otherwise processing continues to block 9044. If block 9044 determines the user selected to display a particular map term on a map, then block 9046 displays the map term on a suitable map, block 9048 interfaces with the user for navigating and interfacing to the map, and processing continues back to block 9028 for a list refresh when the user is done at block 9048. The map term location information of the particular record 9080 is preferably used at block 9046 to provide a best map at a best zoom. Block 9048 preferably supports any kind of map navigation (like blocks 9062 through 9068). If block 9044 determines the user did not select to display a map term on a map, processing continues to block 9050. If block 9050 determines the user selected to exit list processing, then block 9016 terminates user interface processing, and FIG. 90A processing terminates at

US 10,477,994 B2

157

block **9018**, otherwise block **9052** handles any other user actions detected at block **9032** and continues back to block **9032**.

Referring back to block **9008**, if it is determined that the user did not select to specify a map term with the current MS location, processing continues to block **9060**. If block **9060** determines the user selected to use a map to specify a map term, then processing continues to block **9062**, otherwise any other actions leaving block **9006** are handled appropriately at block **9074** and processing continues back to block **9006**.

In some embodiments, an action for processing blocks **9028** through **9050** is available to the user at block **9004** and detected at block **9006** for being processed (e.g. at block **9074**). This allows a user to browse map terms without creating one first. While a map term should be named for being easy to remember, there may be many defined. Maintaining existing map terms may be provided through a separate user interface, or a user may use a database query manager in a SQL database embodiment to manage MTDRs **9080** directly. In another embodiment, a user may specify at block **9004** to use the last known location or current location of another MS for map term creation, in which case processing at block **9074** includes continuing to a block **9010A** (like block **9010**) for access to queue **22** (and/or possibly LBX history **30** in some embodiments) for another MS location. Processing already described for block **9010** would involve another MS location in the block **9010A** with processing of blocks **9012** and thereafter for that location. Other embodiments allow a user to specify any search criteria at block **9004** for finding any WDR at queue **22** and/or from history **30**, regardless of the originator, to then have the associated location used for specifying a map term.

Block **9062** establishes latitude and longitude landmarks upon the selected map (map is defaulted on first encounter of block **9062** from block **9060**) and associates corresponding x and y pixels, preferably with the leftmost bottom corner at the Cartesian coordinate system origin, for example the leftmost top corner (e.g. (x,y)=(0,Y)), rightmost top corner (e.g. (x,y)=(X,Y)), rightmost bottom corner (e.g. (x,y)=(X,0)), and leftmost bottom corner (e.g. (x,y)=(0,0)) of a rectangular map graphic. Other embodiments may use a different system. Each map graphic is preferably stored with the **4** corners being a well known latitude and longitude, along with a vertical and horizontal curvature factor. In cases where humans have traveled to other planets (also moons or any other body in space) with MS use, associated planetary maps (parent map selectable) will contain applicable latitude and longitude coordinates with relative curvature factors depending on the particular body in space.

The map graphics are preferably small enough in area, yet large enough in display, to avoid too much skewing of latitude and longitude calculations based on points a user selects in the map relative to the four well known corners. Latitude and longitude considers earth curvature wherein one embodiment of map selection may not. However, other embodiments will use curvature factors relative to where map points are selected.

Thereafter, block **9064** presents the selected (or defaulted) map to the user, and the user navigates the map and interfaces to the map at block **9066** until a certain action is invoked. Thereafter, if block **9068** determines the user selected to display a descending geographical map (map that drills down into a territory on the current map), or ascending map (map that covers more territory including the current map), then processing continues back to block **9062** for the desired map initialization. Convenient map hierarchy tra-

158

versal is provided for zooming in or out. Panning may also be provided at block **9066** which will access other maps for display before returning to block **9062** for subsequent processing, as determined by action subsequent to block **9066**. The user can traverse the map hierarchy in any direction for location specification.

If block **9068** determines the user did want a descending or ascending map, then processing continues to block **9070**. If block **9070** determines the user completed location specifications (e.g. a point, circle (point with radius), rectangle, or polygon), then processing continues to block **9072**, otherwise processing continues back to block **9066**. Block **9066** is intended for the user to specify a point, circle (point with radius), rectangle, or polygon on a map for convenient automated location information specification. The user makes selections with a cursor for a point, circle, rectangle, or polygon. Block **9072** scales the specified points (point, center of circle (with radius), **4** rectangle corners, polygon sequence of points) according to pixel locations for deriving the corresponding latitude(s) and longitude(s) as determined relative to the map well known **4** corners and any curvature skewing information. Processing then continues to block **9024** already described above. When block **9024/9026** is arrived to after block **9072**, block **9026** saves the user specifications to a new record **9080** for a point, point with radius, or set of points (i.e. PointSet).

Alternate embodiments to FIGS. **90A** and **90B** will enable specification of certain atomic terms for convenient reference by name, for example situational locations. In such embodiments, the user specifies additional information (e.g. conditions) to clarify the location to a situational location. In other embodiments, any Expression, Condition, Term, or other charter portion may be specified with a map term so that the reference (e.g. ?refname) is a way to substitute an encoding that was conveniently configured as a map term in advance of use. For example, a user may select on a map another MS user and have any of a variety of associated terms (e.g. atomic term \locByID_Larry) conveniently specified for the map term which corresponds to the MS user. Various mathematical models can be used to achieve high accuracy on deriving user selected pixels on maps to precise location coordinates. Some map embodiments of blocks **9062** through **9068** will support selecting, panning, and navigating MAPSCO maps, zip codes, and other map means for specifying a location. In such embodiments, an appropriate PointSet is generated for the user's specification.

With reference now to FIG. **30E**, grammar **3068b** completes definition of grammar rules for charters. The Invocation construct elaborates to any of a variety of executables, with or without parameters, including Dynamic Link Library (DLL) interfaces (e.g. function), post-compile linked interfaces (e.g. function), scripts, batch files, command files, or any other executable. The invoked interface should return a value, preferably a Boolean (true or false), otherwise one will preferably be determined or defaulted for it. The "optional params" may include any variety of the Parameter construct, and may also include any special term or expression that evaluates to: a) any variety of the Parameter construct; or b) any variety of data acceptable to the invoked interface. The "optional params" may also include other invocations which provide at least one return data providing a data parameter to the hosting Invocation. This allows nesting of invocations for bubbling back parameter values to the next outermost invocation. Expressions in "optional parameters" may include arithmetic operations, string operations, formatting operations, or any other opera-

US 10,477,994 B2

**159**

tion involving evaluation to at least one value, preferably with a stack based elaboration.

The Op construct contains atomic elements (called atomic operators) for certain operators used for terms to specify conditions. In syntactical embodiments, each atomic operator may be clarified with a not modifier (i.e. !). For example, "equal to" is "=" and "not equal to" is "!=". Those skilled in the art recognize which atomic operator is contextually appropriate for which applicable terms (see BNF grammar **3068***a*). There are many reasonable syntactical embodiments for atomic operators, with at least:

=: equal to;
!=: not equal to;
>: greater than;
!>: not greater than;
>=: greater than or equal to;
!>=: not greater than or equal to;
<: less than;
!<: not less than;
<=: less than or equal to;
!<=: not less than or equal to;
^: in (e.g. LHS point in a RHS polygon);
!^: not in (e.g. LHS line outside of a RHS circle);
^~: was in (e.g. searches queue **22** and LBX history **30**);
!^~: was not in;
>>: Term LHS (Left Hand Side) "contains" Term RHS (Right Hand Side);
<<: Term RHS "contains" Term LHS;
@: at (e.g. location at a specified address (e.g. city, state, zip code, country, MAPSCO grid reference, etc, combinations thereof));
!@: not at;
@@: was at;
!@@: was not at;
#: cached index;
<E>: East of (LHS east of RHS (e.g. PointSet specified for point, line, area, polygon, circle, etc));
<W>: West of;
<N>: North of;
<S>: South of;
$(range): in vicinity of (range=distance (e.g. **10**F=10 Feet));
!$(range): not in vicinity of (range=distance (e.g. 1L=1 Mile));
>$(range): newly in vicinity of (causes access to only queue **22** so pruning of queue **22** enforces a system default time window; Alternatively, if queue **22** maintains a long trailing history, then a system default trailing time can be assumed when searching queue **22** to check if MS detected prior to be within range);
!>$(range): not newly in vicinity of;
(spec)>$(range)
 : newly in vicinity of according to a time specification (i.e. time spec can be period (e.g. 15M=in last 15 Minutes), or specific time);
(spec)!>$(range)
 : not newly in vicinity of according to a time specification;
$>(range)
 : departed from vicinity of (causes access to only queue **22** so pruning of queue **22** enforces a system default time window; Alternatively, if queue **22** maintains a long trailing history, then a system default trailing time can be assumed when searching queue **22** to check if MS detected prior to be within range);
!$>(range): not departed from vicinity of;
(spec)$(range)

**160**

 : recently in vicinity of (spec=time period (e.g. 8H=in last 8 hours), or specific time);
(spec)!$(range)
 : not recently in vicinity of (spec=time period (e.g. 8H=in last 8 hours), or specific time);
(spec)$$(range)
 : recently departed from vicinity of (spec=time period (e.g. 5M=in last 5 minutes), or specific time); and
(spec)!$$(range)
 : not recently departed from vicinity of (spec=time period (e.g. 5M=in last 5 minutes), or specific time).
Values for "range" above can be any reasonable units such as 3K implies 3 Kilometers, 3M implies 3 Meters, 3L implies 3 Miles, 3F implies 3 Feet, etc. Values for "spec" above can be any reasonable time specification as described for TimeSpec (FIG. **30**B) and/or using qualifiers like "range" such as 3 W implies 3 Weeks, 3D implies 3 Days, 3H implies 3 Hours, 3M implies 3 Minutes, etc.

Resolving of conditions using atomic operators involves evaluating conditions (BNF grammar constructs) and additionally accessing similar data of LBX history **30** in some preferred embodiments. Atomic operator validation errors should result when inappropriately used.

Example syntactical embodiments of the "atomic profile match operator" atomic element include:
 #: number of profile matches;
 %: percentage of profile matches;
 #(tag(s)): number of profile tag section matches (e.g. #(interests) compares one profile tag "interests"); and
 % (tag(s)): percentage of profile tag section matches (e.g. % (interest,activities) compares a plurality of profile tags "interests" and "activities").

In one embodiment of profiles maintained at MSs, a LBX singles/dating application maintains a MS profile for user's interests, tastes, likes, dislikes, etc. The ProfileMatch operators enable comparing user profiles under a variety of conditions, for example to cause an action of alerting a user that a person of interest is nearby. See FIGS. **77** and **78** for other profile information. In some embodiments, the qualifiers of the atomic profile match operators can be results of an evaluated expression. For example, an expression which results in a string can be used to specify a tag list (e.g. ("interests," && *var2) wherein the var2 variable elaborates to a text string). In another example, the file for comparison may be the result of an expression (e.g. *path && *fname). Terms of Expressions/Conditions can themselves be expressions which elaborate to a particular term for contextual use. A preferred embodiment performs automatic typecasting when necessary to promote comparisons of condition Terms. Appropriate operator precedence, and use of parenthesis to override implemented precedence, is incorporated to ensure no ambiguity across expressions and operators.

Atomic operators are context sensitive and take on their meaning in context to terms (i.e. BNF Grammar Term) they are used with (e.g. atomic operator evaluation may include access to local or remote geo-coding conversion tables to resolve locations in appropriate terms or format for comparisons and other processing). An alternate embodiment incorporates new appropriate atomic operators for use as CondOp operators, provided the result of the condition is a Boolean (e.g. term >=term results in a true or false). Also, while a syntactical form of parenthesis is not explicitly shown in the BNF grammar, the Conditions constructs explicitly defines how to make complex expressions with multiple conditions. Using parenthesis is one preferred syntactical embodiment for carrying out the Conditions construct. The intention of the BNF grammar is to end up

US 10,477,994 B2

161                                                                           162

with any reasonable conditional expression for evaluating to a Boolean True or False. Complex expression embodiments involving any conceivable operators, terms, order of evaluation (e.g. as syntactically represented with parentheses), and other arithmetic similarities, are certainly within the spirit and scope of this disclosure.

BNF grammar terms are to cover expressions containing conditions involving WDR fields (WDRTerm), situational locations, geofences (i.e. a geographic boundary identifying an area or space), two dimensional and three dimensional areas, two dimensional and three dimensional space, point in an area, point in space, movement amounts, movement distances, movement activity, MS IDs, MS group IDs, current mobile locations, past mobile locations, future mobile locations, nearness, distantness, newly near, newly afar, activities at locations (past, present, future), applications and context thereof in use at locations (past, present, future), etc. There are many various embodiments for specific supported operators used to provide interpretation to the terms. Certain operators, terms, and processing is presented for explanation and is in no way meant to limit the many other expression (BNF Grammar Expression) embodiments carrying the spirit of the disclosure.

Terms (e.g. atomic terms, WDRTerms, etc) may or may not be case sensitive, and term case sensitivity may or may not be enforced. Regardless, users can be consistent when using in environments where they are not enforced to be case sensitive.

The Command construct elaborates to atomic commands. The "atomic command" atomic element is a list of supported commands such as those found in the column headings of FIGS. 31A through 31E table (see discussions for FIGS. 31A through 31E). There are many commands, some popular commands being shown. The Operand construct elaborates to atomic operands. The "atomic operand" atomic element is a list of supported operands (data processing system objects) such as those found in the row headings of FIGS. 31A through 31E table (see discussions for FIGS. 31A through 31E). There are many operands, some popular operands being shown. For each command and operand combination, there may be anticipated parameters. The command and operand pair indicates how to interpret and process the parameters.

Constructs (e.g. Parameter, WDRTerm, AppTerm, Value, PointSet, Data, etc) are appropriately interpreted within context of their usage. An optional time specification is made available when specifying charters (i.e. when charter is in effect), expressions (i.e. a plurality of conditions (e.g. with Conditions within Expressions construct)), a particular condition (e.g. with Condition elaborations within Condition construct), and actions (e.g. with Action elaborations within Action construct). One embodiment supports multiple Host specifications for a particular action. Some embodiments allow an Invocation to include invocations as parameters in a recursive manner so as to "bubble up" a resulting Boolean (e.g. fcn1(2, fcn2(p1, x, 45), 10) such that fcn2 may also have invocations for parameters. The conventional inside out evaluation order is implemented. Other embodiments support various types of invocations which contribute to the overall invocation result returned.

In alternate embodiments, an action can return a return code, for example to convey success, failure, or some other value(s) back to the point of performing the action. Such embodiments may support nesting of returned values in BNF grammar Parameters so as to affect the overall processing of actions. For example: action1(parameter(s), . . . ,

action2( . . . parameters . . . ), . . . parameter(s)), and action2 may include returning value(s) from its parameters (which are actions).

Wildcarding is of value for broader specifications in a single specification. Wildcards may be used for BNF grammar specification wherever possible to broaden the scope of a particular specification (e.g. Condition, TimeSpec, etc).

FIGS. 31A through 31E depict a preferred embodiment set of command and operand candidates for Action Data Records (ADRs) (e.g. FIG. 37B) facilitating the discussing of associated parameters (e.g. FIG. 37C) of the ADRs of the present disclosure. Preferably, there are grammar specification privileges for governing every aspect of charters. Commands (atomic commands), operands (atomic operands), operators (atomic operators and CondOp), parameters (Parameter), associated conditions (Condition and CondOp), terms (Term), actions thereof (Action), associated data types thereof (Data), affected identities thereof (ID/IDType), and any other charter specification aspect, can be controlled by grammar specification privileges.

An "atomic command" is an enumeration shown in column headings (i.e. 101, 103, . . . etc) with an implied command meaning. FIG. 32A shows what meaning is provided to some of the "atomic command" enumerations shown (also see FIG. 34D). A plurality of commands can map to a single command meaning. This supports different words/phrases (e.g. spoken in a voice command interface) to produce the same resulting command so that different people specify commands with terminology, language, or (written) form they prefer. An "atomic operand" is an enumeration shown in row headings (i.e. 201, 203, . . . etc) with an implied operand meaning. FIG. 32B shows what meaning is provided to some of the "atomic operand" enumerations shown (also see FIG. 34D). A plurality of operands can map to a single operand meaning. This supports different words/phrases (e.g. spoken in a voice command interface) to produce the same resulting operand so that different people specify operands with terminology, language, or (written) form they prefer. Operands are also referred to as data processing system objects because they are common objects associated with data processing systems. FIGS. 31A through 31E demonstrate anticipated parameters for each combination of a command with an operand. There are potentially hundreds (or more) of commands and operands. This disclosure would be extremely large to cover all the different commands, operands, and parameters that may be reasonable. Only some examples with a small number of parameters are demonstrated in FIGS. 31A through 31E to facilitate discussions. There can be a large number of parameters for a command and operand pair. Each parameter, as shown by the BNF grammar, may be in many forms. In one preferred embodiment (not shown in BNF grammar), the Parameter construct of FIG. 30E may also elaborate to a ParameterExpression which is any valid arithmetic expression that elaborates to one of the Parameter constructs (RHS) shown in the BNF Grammar. This allows specifying expressions which can be evaluated at run time for dynamically evaluating to a parameter for processing.

The combination of a command with an operand, and its set of associated parameters, form an action in the present disclosure, relative the BNF grammar discussed above. Some of the command/operand combinations overlap, or intersect, in functionality and/or parameters. In general, if parameters are not found (null specified) for an anticipated parameter position, a default is assumed (e.g. parameters of 5, 7 indicates three (3) parameters of 5, use default or ignore, and 7). Operands and parameters are preferably determined

US 10,477,994 B2

163                                                                   164

at executable code run time when referenced/accessed so that the underlying values may dynamically change as needed at executable code run time in the same references. For example, a variable set with constructs which elaborates to a command, operand, and parameters, can be instantiated in different contexts for completely different results. Also, a programming language enhanced with new syntax (e.g. as described in FIG. **51**) may include a loop for processing a single construct which causes completely different results at each loop iteration. The operand or parameter specification itself may be for a static value or dynamic value as determined by the reference used. An alternate embodiment elaborates values like a preprocessed macro ahead of time prior to processing for static command, operand, and parameter values. Combinations described by FIGS. **31**A through **31**E are discussed in flowcharts. In another embodiment, substitution (like parameter substitution discussed above for FIG. **30**A) can be used for replacing parameters at the time of invocation. In any case, Parameters can contain values which are static or dynamically changing up to the time of reference.

Parameters of atomic command processing will evaluate/resolve/elaborate to an appropriate data type and form for processing which is described by the #B matrices below (e.g. FIG. **63**B is the matrix for describing atomic send command processing). The #B descriptions provide the guide for the data types and forms supportable for the parameters. For example, an email body parameter may be a string, a file containing text, a variable which resolves to a string or file, etc. The BNF grammar is intended to be fully exploited in the many possible embodiments used for each parameter.

FIG. **32**A depicts a preferred embodiment of a National Language Support (NLS) directive command cross reference. Each "atomic command" has at least one associated directive, and in many cases a plurality of directives. Depending on an MS embodiment, a user may interact with the MS with typed text, voice control, selected graphical user interface text, symbols, or objects, or some other form of communication between the user and the MS. A directive (FIG. **32**A command and FIG. **32**B operand) embodies the MS recognized communication by the user. Directives can be a word, a phrase, a symbol, a set of symbols, something spoken, something displayed, or any other form of communications between a user and the MS. It is advantageous for a plurality of command directives mapped to an "atomic command" so a MS user is not limited with having to know the one command to operate the MS. The MS should cater to everyone with all anticipated user input from a diverse set of users which may be used to specify a command. This maximizes MS usability. The command directive is input to the MS for translating to the "atomic command". One preferred embodiment of a directive command cross reference **3202** maps a textual directive (Directive column) to a command ("atomic command" of Command column). In this embodiment, a user types a directive or speaks a directive to a voice control interface (ultimately converted to text). Cross reference **3204-1** demonstrates an English language cross reference for every language supported by the MS, for example, a Spanish cross reference **3204-2**, a Russian cross reference, a Chinese cross reference, and a cross reference for the L languages supported by the MS (i.e. 3204-L being the final cross referenced language). Single byte character (e.g. Latin-1) and double byte character (e.g. Asian Pacific) encodings are supported. Commands disclosed are intended to be user friendly through support of native language, slang,

or preferred command annunciation (e.g. in a voice control interface). FIG. **34**D enumerates some commands which may appear in a command cross reference **3202**.

FIG. **32**B depicts a preferred embodiment of a NLS directive operand cross reference. Each "atomic operand" has at least one associated directive, and in many cases a plurality of directives. It is advantageous for a plurality of operand directives mapped to an "atomic operand" so a MS user is not limited with having to know the one operand to operate the MS. The MS should cater to everyone with all anticipated user input from a diverse set of users which may be used to specify an operand. The directive is input to the MS for translating to the "atomic operand". One preferred embodiment of a directive operand cross reference **3252** maps a textual directive (Directive column) to an operand ("atomic operand" of Operand column). In this embodiment, a user types a directive or speaks a directive to a voice control interface (ultimately converted to text). Cross reference **3254-1** demonstrates an English language cross reference. Preferably, there is a cross reference for every language supported by the MS, for example, a Spanish cross reference **3254-2**, a Russian cross reference, a Chinese cross reference, and a cross reference for the L languages supported by the MS (i.e. **3254**-L being the final cross referenced language). Operands disclosed are intended to be user friendly through support of native language, slang, or preferred command annunciation (e.g. in a voice control interface). FIG. **34**D enumerates some operands which may appear in an operand cross reference **3252**.

In the preferred embodiment, Parameters are contextually determined upon the MS recognizing user directives, depending on the context in use at the time. In another embodiment, Parameters will also have directive mappings for being interpreted for MS processing, analogously to FIGS. **32**A and **32**B.

FIG. **33**A depicts a preferred embodiment American National Standards Institute (ANSI) X.409 encoding of the BNF grammar of FIGS. **30**A through **30**B for variables, variable instantiations and common grammar for BNF grammars of permissions and charters. A one superscript (1) is shown in constructs which may not be necessary in implementations since the next subordinate token can be parsed and deciphered on its own merit relative the overall length of the datastream containing the subordinate tokens. For example, a plural Variables construct and token is not necessary since an overall datastream length can be provided which contains sibling Variable constructs that can be parsed. Preferably, Variable assignments include the X.409 datastreams for the constructs or atomic elements as described in FIGS. **33**A through **33**C. FIG. **33**B depicts a preferred embodiment ANSI X.409 encoding of the BNF grammar of FIG. **30**C for permissions **10** and groups, and FIG. **33**C depicts a preferred embodiment ANSI X.409 encoding of the BNF grammar of FIGS. **30**D through **30**E for charters **12**. All of the X.409 encodings are preferably used to communicate information of permissions **10** and/or charters **12** (e.g. the BNF grammar constructs) between systems.

The preferred embodiment of a WDRTerm is a system well known WDR field/subfield variable name with two (2) leading underscore characters of: _confidence refers to a confidence value of a WDR confidence field **1100***d*; _msyaw refers to a yaw value of a WDR location reference field **1100***f* MS yaw subfield). Some useful examples using a WDRTerm include:

US 10,477,994 B2

165

A specified MS, or group, WDR **1100** field (e.g. condition using field **1100***a* of (_I_msid !=George)&(_I_msid´-ChurchGroup));

A specified MS, or group, WDR **1100** field or subfield value;

A current MS, or group, WDR **1100** field (e.g. condition using field **1100***a* of (_msid !=George)&(msid´Church-Group)); and

A current MS, or group, WDR **1100** field or subfield value;

The preferred embodiment of an AppTerm is a system well known application variable name with a registered prefix, followed by an underscore character, followed by the variable name in context for the particular application (e.g. source code references of: M_source refers to a source email address of a received email for the registered MS email application which was registered with a "M" prefix; B_srch-criteria refers to the most recently specified search criteria used in the MS internet browser application which was registered with a "B" prefix). The preferred WDRTerm and AppTerm syntaxes provide user specifiable programmatic variable references for expressions/conditions to cause certain actions. The double underscore variable references refer to a WDR in process (e.g. inserted to queue **22** (_fldname), inbound to MS (_I_fldname), outbound from MS (_O_fld-name)) at the particular MS. There is a system well known double underscore variable name for every field and subfield of a WDR as disclosed herein. The registered prefix name variable references always refer to data applicable to an object in process (e.g. specific data for: email just sent, email just received, phone call underway, phone call last made, phone call just received, calendar entry last posted, etc) within an application of the particular MS. There is a system well known underscore variable name for each exposed application data, and registering the prefix correlates the variable name to a particular MS application (see FIG. **53**).

An "atomic term" is another special type of user specifiable programmatic variable reference for expressions/conditions to cause certain actions. The preferred embodiment of an atomic term is a system well known variable name with a leading backslash (\) escape character (e.g. source code references of: \loc_my refers to the most recent MS location; \timestamp refers to the current MS system date/time in a date/time stamp format). There can be atomic terms to facilitate expression/condition specifications, some of which were described above.

FIGS. **33**A through **33**C demonstrate using the BNF grammar of FIGS. **30**A through **30**E to define an unambiguous datastream encoding which can be communicated between systems (e.g. MSs, or service and MS). Similarly, those skilled in the art recognize how to define a set of XML tags and relationships from the BNF grammar of FIGS. **30**A through **30**E for communicating an unambiguous XML datastream encoding which can be communicated between systems. For example, X.409 encoded tokens are translatable to XML tags that have scope between delimiters, and have attributes for those tags. The XML author may improve efficiency by making some constructs, which are subordinate to other constructs, into attributes (e.g. ID and IDType constructs as attributes to a Grantor and/or Grantee XML tag). The XML author may also decide to have some XML tags self contained (e.g. <History creatordt="´ . . . ´" creator-rid="´ . . . ´" . . . /> or provide nesting, for example to accommodate an unpredictable plurality of subordinate items (e.g. <Permission . . . > . . . <Grantor userid="joe"/> . . . <Grantee groupid="dept1"/> . . . <Grantee groupid="dept43"/>. . . . <Grantee groupid="dept

166

9870"/> . . . </Permission>). It is a straightforward matter for translating the BNF grammar of FIGS. **30**A through **30**E into an efficiently processed XML encoding for communications between MSs. An appropriate XML header will identify the datastream (and version) to the receiving system (like HTML, WML, etc) and the receiving system (e.g. MS) will process accordingly using the present disclosure guide for proper parsing to internalize to a suitable processable format (e.g. FIGS. **34**A through **34**G, FIGS. **35**A through **37**C, FIG. **52**, or another suitable format per disclosure). See FIG. **54** for one example of an XML encoding.

FIGS. **34**A through **34**G depict preferred embodiment C programming source code header file contents, derived from the grammar of FIGS. **30**A through **30**E. A C example was selected so that the embodiment was purely data in nature. Another preferred embodiment utilizes an Object Oriented Programming (OOP) source code (e.g. C++, C#, or Java), but those examples mix data and object code in defining relationships. A preferred object oriented architecture would create objects for BNF grammar constructs that contain applicable processing data and code. The object hierarchy would then equate to construct relationships. Nevertheless, a purely data form of source code is demonstrated by FIGS. **34**A through **34**G (and FIG. **52**) to facilitate understanding. Those skilled in the relevant arts know how to embody the BNF grammar of FIG. **30**A through **30**E in a particular programming source code. The C programming source code may be used for:

Parsing, processing, and/or internalizing a derivative X.409 encoding of the BNF grammar of FIGS. **30**A through **30**E (e.g. FIGS. **33**A through **33**C);

Parsing, processing, and/or internalizing a derivative XML encoding of the BNF grammar of FIGS. **30**A through **30**E;

Compiler parsing, processing, and/or internalizing of a programming language processing form of the BNF grammar of FIGS. **30**A through **30**E;

Interpreter parsing, processing, and/or internalizing of a programming language processing form of the BNF grammar of FIGS. **30**A through **30**E;

Internalized representation of permissions **10**, groups (data **8**) and/or charters **12** to data processing system memory;

Internalized representation of permissions **10**, groups (data **8**) and/or charters **12** to data processing system storage; and/or

Parsing, processing, and/or internalizing any particular derivative form, or subset, of the BNF grammar of FIGS. **30**A through **30**E.

Source code header information is well understood by those skilled in the relevant art in light of the BNF grammar disclosed. The example does make certain assumptions which are easily altered depending on specificities of a derivative form, or subset, of the grammar of FIGS. **30**A through **30**E. Assumptions are easily modified for "good" implementations through modification of isolated constants in the header file:

TLV tokens are assumed to occupy 2 bytes in length;

TLV length bytes are assumed to occupy 4 bytes in length;

Some of the header definitions may be used solely for processing X.409 encodings in which case they can be removed depending on the context of source code use;

Data structure linkage;

Data structure form without affecting objective semantics;

Data structure field definitions;

US 10,477,994 B2

167

Unsigned character type is used for data that can be a typecast byte stream, and pointers to unsigned character is used for pointers to data that can be typecast;

Source code syntax; or

Other aspects of the source code which are adaptable to a particular derivative form, or subset, of the BNF grammar of FIGS. 30A through 30E.

The TIMESPEC structure of FIG. 34E preferably utilizes a well performing Julian date/time format. Julian date/time formats allows using unambiguous floating point numbers for date/time stamps. This provides maximum performance for storage, database queries, and data manipulation. Open ended periods of time use an unspecified start, or end date/time stamp, as appropriate (i.e. DT_NOENDSPEC or DT_NOSTARTSPEC). A known implemented minimal time granulation used in Julian date/time stamps can be decrement or incremented by one (1) as appropriate to provide a non-inclusive date/time stamp period delimiter in a range specification (e.g. > date/time stamp).

The VAR structure provides a pointer to a datastream which can be typecast (if applicable in embodiments which elaborate the variable prior to being instantiated, or referenced), or later processed. Variables are preferably not elaborated/evaluated until instantiated or referenced. For example, the variable assigned value(s) which are parsed from an encoding remains unprocessed (e.g. stays in X.409 datastream encoded form) until instantiated. Enough space is dynamically allocated for the value(s) (e.g. per length of variable's value(s)) (e.g. X.409 encoding form), the variable's value (e.g. X.409 encoding) is copied to the allocated space, and the v.value pointer is set to the start of the allocated space. The v.value pointer will be used later when the variable is instantiated (to then parse and process the variable value(s) when at the context they are instantiated).

An alternate embodiment to the PERMISSION structure of FIG. 34F may not require the grantor fields (e.g. grantor, gortype) since the data processing system owning the data may only maintain permissions for the grantor (e.g. the MS user). An alternate embodiment to the CHARTER structure of FIG. 34G may not require the grantee fields (e.g. grantee, geetype) or the grantor fields (e.g. grantor, gortype) since the data processing system owning the data may only maintain charters for that user at his MS. Another embodiment to the CHARTER structure of FIG. 34G may not require the grantor fields (e.g. grantor, gortype) since the data processing system owning the data may be self explanatory for the Grantor identity (e.g. charters used at MS of Grantor).

Some figures illustrate data records (FIGS. 35A through 37F, FIG. 53, FIG. 76C, FIG. 85A, 86C, FIG. 90B, FIGS. 91A and 91B, FIG. 95A, FIG. 97B, or any other disclosed data records), for example maintained in an SQL database, or maintained in record form by a data processing system. Depending on the embodiment, some data record fields disclosed may be multi-part fields (i.e. have sub-fields), fixed length records, varying length records, or a combination with field(s) in one form or another. Some data record field embodiments will use anticipated fixed length record positions for subfields that can contain useful data, or a null value (e.g. −1). Other embodiments may use varying length fields depending on the number of sub-fields to be populated, or may use varying length fields and/or sub-fields which have tags indicating their presence. Other embodiments will define additional data record fields to prevent putting more than one accessible data item in one field. In any case, processing will have means for knowing whether a value is present or not, and for which field (or sub-field) it is present. Absence in data may be indicated with a null

168

indicator (−1), or indicated with its lack of being there (e.g. varying length record embodiments). Fields described may be converted: a) prior to storing; or b) after accessing; or c) by storage interface processing; for standardized processing. Fields described may not be converted (i.e. used as is).

FIG. 35A depicts a preferred embodiment of a Granting Data Record (GDR) 3500 for discussing operations of the present disclosure, derived from the grammar of FIGS. 30A through 30E. A GDR 3500 is the main data record for defining a granting of permissions 10, or charters 12. A granting identifier (granting ID) field 3500a contains a unique number generated for the record 3500 to distinguish it from all other records 3500 maintained. For example, in a Microsoft SQL Server deployment, granting ID field 3500a is a primary key column. Another embodiment uses the correlation generation techniques described above to ensure a unique number is generated. Field 3500a facilitates well performing searches, updates, deletes, and other I/O (input/output) interfaces. Field 3500a may match (for joining) a field 3520b or 3700a, depending on the GDR type field (GDR type field 3500t with value of Permission or Charter). A granting type field 3500t distinguishes the type of GDR (Permission or Charter) for: a Grantor granting all privileges to a Grantee (i.e. Permission (e.g. ID field 3500a unique across GDRs but not used to join other data records)), a Grantor granting specific privilege(s) and/or grants of privileges (permission(s)) to a Grantee ((i.e. Permission (e.g. ascendant ID field 3520b value in ID field 3500a)), and a Grantor granting enablement of a charter to a Grantee ((i.e. Charter (e.g. charter ID field 3700a value in ID field 3500a)). An owner information (info) field 3500b provides who the owner (creator and/or maintainer) is of the GDR 3500. Depending on embodiments, or how the GDR 3500 was created, owner info field 3500b may contain data like the ID and type pair as defined for fields 3500c and 3500d, or fields 3500e and 3500f. An alternate embodiment to owner info field 3500b is two (2) fields: owner info ID field 3500b-1 and owner info type field 3500b-2. Yet another embodiment removes field 3500b because MS user (e.g. the grantor) information is understood to be the owner of the GDR 3500. The owner field 3500b may become important in user impersonation. A grantor ID field 3500c provides an identifier of the granting grantor and a grantor type field 3500d provides the type of the grantor ID field 3500c. A grantee ID field 3500e provides an identifier of the granting grantee and a grantee type field 3500f provides the type of the grantee ID field 3500e.

FIG. 35B depicts a preferred embodiment of a Grant Data Record (GRTDR) 3510 for discussing operations of the present disclosure, derived from the grammar of FIGS. 30A through 30E. A GRTDR 3510 is the main data record for defining a grant. A grant identifier (grant ID) field 3510a contains a unique number generated for the record 3510 to distinguish it from all other records 3510 maintained. Field 3510a is to be maintained similarly to as described for field 3500a (e.g. primary key column, correlation generation, facilitates well performing I/O). An owner information (info) field 3510b provides who the owner (creator and/or maintainer) is of the GRTDR 3510. Field 3510b is to be maintained similarly to as described for field 3500b (e.g. embodiments for like ID and type pair, two (2) fields, removal because MS user information understood to be owner). A grant name field 3510c provides the name of the grant.

FIG. 35C depicts a preferred embodiment of a Generic Assignment Data Record (GADR) 3520 for discussing operations of the present disclosure, derived from the gram-

mar of FIGS. **30**A through **30**E. A GADR **3520** is the main data record for defining an assignment relationship between data records. The assignment relationship can be viewed as a container relationship, or a parent-child relationship such as in a tree structure. An ascendant type field **3520***a* contains the type of parent (or container) data record in the relationship. Values maintained to field **3520***a* include Permission, Grant, or Group. An ascendant ID field **3520***b* provides an identifier of the parent (or container) data record in the relationship (used for joining data records in queries in an SQL embodiment). Values maintained to field **3520***b* include values of granting ID field **3500***a*, grant ID field **3510***a*, or group ID field **3540***a*. A descendant type field **3520***c* contains the type of child (or contained) data record in the relationship. Values maintained to field **3520***c* include Grant, Privilege, Group, or ID Type (e.g. Grantor or Grantee ID type). A descendant ID field **3520***d* provides an identifier of the child (or contained) data record in the relationship (used in joining data records in queries in an SQL embodiment). Values maintained to field **3520***d* include values of grant ID field **3510***a*, privilege identifier (i.e. "atomic privilege for assignment"), group ID field **3540***a*, ID field **3500***c*, or ID field **3500***e*. Records **3520** (key for list below is descendant first; ascendant last (i.e. " . . . in a . . . ")) are used to represent:

Grant(s) (the descendants) in a permission (the ascendant);

Privilege(s) in a permission;

Grant(s) in a grant (e.g. tree structure of grant names);

Privilege(s) in a grant;

Groups(s) in a group (e.g. tree structure of group names);

IDs in a group (e.g. group of grantors and/or grantees); and/or

Other parent/child relationships of data records disclosed.

An alternate embodiment will define distinct record definitions (e.g. **3520**-*z*) for any subset of relationships described to prevent data access performance of one relationship from impacting performance accesses of another relationship maintained. For example, in an SQL embodiment, there may be two (2) tables: one for handling three (3) of the relationships described, and another for handling all other relationships described. In another SQL example, six (6) distinct tables could be defined when there are only six (6) relationships to maintain. Each of the distinct tables could have only two (2) fields defined for the relationship (i.e. ascendant ID and descendant ID). The type fields may not be required since it would be known that each table handles a single type of relationship (i.e. GADR-grant-to-permission, GADR-privilege-to-permission, GADR-grant-to-grant, GADR-privilege-to-grant, GADR-group-to-group and GADR-ID-to-group). Performance considerations may provide good reason to separate out relationships maintained to distinct tables (or records).

FIG. **35**D depicts a preferred embodiment of a Privilege Data Record (PDR) **3530** for discussing operations of the present disclosure, derived from the grammar of FIGS. **30**A through **30**E. A privilege ID field **3530***a* contains a unique number associated to a supported privilege (i.e. "atomic privilege for assignment"). Field **3530***a* associates a MS relevance field **3530***b* to a particular privilege for indicating the MS types which apply to a privilege. There should not be more than one PDR **3530** at a MS with matching fields **3530***a* since the associated field **3530***b* defines the MS types which are relevant for that privilege. If there is no record **3530** for a particular privilege, then it is preferably assumed that all MSs participate with the privilege. MS relevance field **3530***b* is preferably a bit mask accommodating all

anticipated MS types, such that a 1 in a predefined MS type bit position indicates the MS participates with the privilege, and a 0 in a predefined MS type bit position indicates the MS does not participate with the privilege. Optimally, there are no records **3530** at a MS which implies all supported privileges interoperate fully with other MSs according to the present disclosure.

FIG. **35**E depicts a preferred embodiment of a Group Data Record (GRPDR) **3540** for discussing operations of the present disclosure, derived from the grammar of FIGS. **30**A through **30**E. A GRPDR **3540** is the main data record for defining a group. A group identifier (group ID) field **3540***a* contains a unique number generated for the record **3540** to distinguish it from all other records **3540** maintained. Field **3540***a* is to be maintained similarly to as described for field **3500***a* (e.g. primary key column, correlation generation, facilitates well performing I/O). An owner information (info) field **3540***b* provides who the owner (creator and/or maintainer) is of the GRPDR **3540**. Field **3540***b* is to be maintained similarly to as described for field **3500***b* (e.g. embodiments for like ID and type pair, two (2) fields, removal because MS user information understood to be owner). A group name field **3540***c* provides the name of the group.

FIG. **36**A depicts a preferred embodiment of a Description Data Record (DDR) **3600** for discussing operations of the present disclosure, derived from the grammar of FIGS. **30**A through **30**E. A DDR **3600** is for maintaining description information for certain constructs. A description ID field **3600***a* provides an identifier of the data record associated to the description field **3600***c*. For example, values maintained to field **3600***a* are used for joining data records in queries in an SQL embodiment. Values maintained to field **3600***a* include values of granting ID field **3500***a*, grant ID field **3510***a*, a privilege ID (e.g. as candidate to field **3530***a*), ID field **3500***c*, ID field **3500***e*, charter ID field **3700***a*, action ID field **3750***a*, parameter ID field **3775***a*, group ID field **3540***a*, or any other ID field for associating a description. A description type field **3600***b* contains the type of data record to be associated (e.g. joined) to the description field **3600***c*. Values maintained to field **3600***b* include Permission, Grant, Privilege, ID, Charter, Action, Parameter, or Group in accordance with a value of field **3600***a*. Field **3600***c* contains a description, for example a user defined text string, to be associated to the data described by fields **3600***a* and **3600***b*. Alternate embodiments will move the description data to a new field of the data record being associated to, or distinct record definitions **3600**-*y* may be defined for any subset of relationship/association to prevent data access performance of one relationship/association from impacting performance accesses of another relationship/association maintained (analogous to distinct embodiments for GADR **3520**).

FIG. **36**B depicts a preferred embodiment of a History Data Record (HDR) **3620** for discussing operations of the present disclosure, derived from the grammar of FIGS. **30**A through **30**E. A HDR **3620** is for maintaining history information for certain constructs. A history ID field **3620***a* provides an identifier of the data record associated to the history field **3620***c*. For example, values maintained to field **3620***a* are used for joining data records in queries in an SQL embodiment. Values maintained to field **3620***a* include values of granting ID field **3500***a*, grant ID field **3510***a*, a privilege ID (e.g. as candidate to field **3530***a*), ID field **3500***c*, ID field **3500***e*, charter ID field **3700***a*, action ID field **3750***a*, parameter ID field **3775***a*, group ID field **3540***a*, or any other ID field for associating a history. A history type field **3620***b* contains the type of data record to be associated

US 10,477,994 B2

171

(e.g. joined) to the history field **3620**c. Values maintained to field **3620**b include Permission, Grant, Privilege, ID, Charter, Action, Parameter, or Group in accordance with a value of field **3620**a. Field **3620**c contains a history, for example a collection of fields for describing the creation and/or maintenance of data associated to the data described by fields **3620**a and **3620**b. Alternate embodiments will move the history data to new field(s) of the data record being associated to, or distinct record definitions **3620**-x may be defined for any subset of relationship/association to prevent data access performance of one relationship/association from impacting performance accesses of another relationship/association maintained (analogous to distinct embodiments for GADR **3520**). Another embodiment may break out subfields of field **3620**c to fields **3620**c-**1**, **3620**c-**2**, **3620**c-**3**, etc. for individual fields accesses (e.g. see CreatorrInfo and ModifierInfo sub-fields).

FIG. **36**C depicts a preferred embodiment of a Time specification Data Record (TDR) **3640** for discussing operations of the present disclosure, derived from the grammar of FIGS. **30**A through **30**E. A TDR **3640** is for maintaining time spec information for certain constructs. A time spec ID field **3640**a provides an identifier of the data record associated to the time spec field **3640**c. For example, values maintained to field **3640**a are used for joining data records in queries in an SQL embodiment. Values maintained to field **3640**a include values of granting ID field **3500**a, grant ID field **3510**a, a privilege ID (e.g. as candidate to field **3530**a), charter ID field **3700**a, action ID field **3750**a, or any other ID field for associating a time spec (specification). A time spec type field **3640**b contains the type of data record to be associated (e.g. joined) to the time spec field **3640**c. Values maintained to field **3640**b include Permission, Grant, Privilege, Charter, or Action in accordance with a value of field **3640**a. Field **3640**c contains a time spec, for example one or more fields for describing the date/time(s) for which the data associated to the data described by fields **3640**a and **3640**b is applicable, enabled, or active. For example, permissions can be granted as enabled for particular time period(s). Alternate embodiments will move the time spec data to new field(s) of the data record being associated to, or distinct record definitions **3640**-w may be defined for any subset of relationship/association to prevent data access performance of one relationship/association from impacting performance accesses of another relationship/association maintained (analogous to distinct embodiments for GADR **3520**). Another embodiment may break out subfields of field **3640**c to fields **3640**c-**1**, **3640**c-**2**, **3620**c-**3**, etc. Field **3640**c (and sub-fields if embodiment applicable) can describe specific date/time(s) or date/time period(s). Yet another embodiment, maintains plural TDRs for a data record of ID field **3640**a. Field **3640**c is intended to qualify the associated data of fields **3640**a and **3640**b for being applicable, enabled, or active at future time(s), past time(s), or current time(s). An alternate embodiment of field **3640**c may include a special tense qualifier as defined below:

Past ("P"): indicates that the associated data record (e.g. permission, charter, action, etc) applies to all WDR information maintained to LBX History **30**;

Self Past ("SP"): indicates that the associated data record (e.g. permission, charter, action, etc) applies to only WDR information maintained to LBX History **30** for the MS owning history **30**;

Other Past ("OP"): indicates that the associated data record (e.g. permission, charter, action, etc) applies to only WDR information maintained to LBX History **30** for all MSs other than the one owning history **30**;

172

Future ("F"): indicates that the associated data record (e.g. permission, charter, action, etc) applies to all WDRs created/received (e.g. inserted to queue **22**) in the future by the MS (i.e. after configuration made);

Self Future ("SF"): indicates that the associated data record (e.g. permission, charter, action, etc) applies to all WDRs created in the future (e.g. inserted to queue **22**) by the MS for its own whereabouts (i.e. after configuration made);

Other Future ("OF"): indicates that the associated data record (e.g. permission, charter, action, etc) applies to all WDRs received (e.g. inserted to queue **22**) in the future by the MS for other MS whereabouts (i.e. after configuration made);

All ("A"): indicates that the associated data record (e.g. permission, charter, action, etc) applies to all WDRs created/received in the future by the MS (i.e. after configuration made) and WDRs already contained by queue **22**;

Self All ("SA"): indicates that the associated data record (e.g. permission, charter, action, etc) applies to all WDRs created in the future by the MS for its own whereabouts (i.e. after configuration made) and WDRs already contained by queue **22** for the MS;

Other All ("OA"): indicates that the associated data record (e.g. permission, charter, action, etc) applies to all WDRs received in the future by the MS for other MS whereabouts (i.e. after configuration made) and WDRs already contained by queue **22** for other MSs; and/or

Any combination of above (e.g. "SF,OA,OP")

A syntactical equivalent may be specified for subsequent internalization causing configurations to immediately take effect. Another embodiment qualifies which set of MSs to apply time specification for, but this is already accomplished below in the preferred embodiment through specifications of conditions. Yet another embodiment provides an additional qualifier specification for which WDRs to apply the time specification: WDRs maintained by the MS (e.g., to queue **22**), inbound WDRs as communicated to the MS, outbound WDRs as communicated from the MS; for enabling applying of time specifications before and/or after privileges/charters are applied to WDRs with respect to an MS. Blocks **3970**, **4670** and **4470** may be amended to include processing for immediately checking historical information maintained at the MS which privileges/charters have relevance, for example after specifying a historical time specification or special tense qualifier.

FIG. 36D depicts a preferred embodiment of a Variable Data Record (VDR) **3660** for discussing operations of the present disclosure, derived from the grammar of FIGS. **30**A through **30**E. A VDR **3660** contains variable information that may be instantiated. A record **3660** provides a single place to define an encoding that is instantiated in many places. One advantage is for saving on encoding sizes. An owner information (info) field **3660**a provides who the owner (creator and/or maintainer) is of the VDR **3660**. Field **3660**a is to be maintained similarly to as described for field **3500**b (e.g. embodiments for like ID and type pair, two (2) fields, removal because grantor information understood to be owner). Variable name field **3660**b contains the variable name string, variable type field **3660**c contains the variable type, and variable value field **3660**d contains the value(s) of the variable for instantiation. Preferably, field **3660**d remains in its original form until the variable is instantiated. For example, in an X.409 embodiment, field **3660**d contains the X.409 encoding datastream (including the overall length for starting bytes) of the variable value. In a programming

173

source, XML, or other syntactical embodiment (of grammar of FIGS. **30**A through **30**F), field **3660***d* contains the unelaborated syntax in text form for later processing (e.g. stack processing). Thus, field **3660***d* may be a BLOB (Binary Large Object) or text. Preferably, field **3660***d* is not elaborated, or internalized, until instantiated. When a variable is set to another variable name, field **3660***d* preferably contains the variable name and the variable type field **3660***c* indicates variable. Preferably, field **3660***d* handles varying length data well for performance, or an alternate embodiment will provide additional VDR field(s) to facilitate performance.

FIG. **37**A depicts a preferred embodiment of a Charter Data Record (CDR) **3700** for discussing operations of the present disclosure, derived from the grammar of FIGS. **30**A through **30**E. A CDR **3700** is the main data record for defining a charter. A charter identifier (charter ID) field **3700***a* contains a unique number generated for the record **3700** to distinguish it from all other records **3700** maintained. Field **3700***a* is to be maintained similarly to as described for field **3500***a* (e.g. primary key column, correlation generation, facilitates well performing I/O). Grantee and Grantor information is linked to with a match of field **3700***a* with **3500***a*. An alternate embodiment will require no Grantee or Grantor specification for a charter (e.g. charters maintained and used at the user's MS). An owner information (info) field **3700***b* provides who the owner (creator and/or maintainer) is of the CDR **3700**. Field **3700***b* is to be maintained similarly to as described for field **3500***b* (e.g. embodiments for like ID and type pair, two (2) fields, removal because MS user information understood to be owner). An expression field **3700***c* contains the expression containing one or more conditions for when to perform action(s) of action field **3700***d*. Preferably, field **3700***c* remains in its original form until the conditions are to be elaborated, processed, or internalized. For example, in one X.409 embodiment, field **3700***c* contains the X.409 encoding datastream for the entire Expression TLV. In the preferred syntactical embodiment (programming source code, XML encoding, programming source code enhancement, or the like), field **3700***c* contains the unelaborated syntax in text form for later stack processing of conditions and terms and their subordinate constructs. Thus, field **3700***c* may be a BLOB (Binary Large Object) or (preferably) text. An alternate embodiment to field **3700***c* may use General Assignment Data Records (GADRs) **3520** to assign condition identifier fields of a new condition data record to charter identifier fields **3700***a* (to prevent a single field from holding an unpredictable number of conditions for the charter of record **3700**). Actions field **3700***d* contains an ordered list of one or more action identifiers **3750***a* of actions to be performed when the expression of field **3700***c* is evaluated to TRUE. For example, in the preferred syntactical embodiment, when actions field **3700***d* contains "45,2356,9738", the action identifier fields **3750***a* have been identified as an ordered list of actions **45**, **2356** and **9738** which are each an action identifier contained in an ADR **3750** field **3750***a*. An alternate embodiment to field **3700***d* will use General Assignment Data Records (GADRs) **3520** to assign action identifier fields **3750***a* to charter identifier fields **3700***a* (to prevent a single field from holding an unpredictable number of actions for the charter of record **3700**). Another alternative embodiment may include Grantor and Grantee information as part of the CDR (e.g. new fields **3700***e* through **3700***h* like fields **3500***c* through **3500***f*). Charter enabled field **3700***f* indicates whether or not the charter is active (Y=Yes (is active), N=No (is not active)). Enabled field

174

**3700***f* is useful for enabling or disabling charters (i.e. in effect or not in effect), setting a default enabled/disabled setting for the charter which a user reconciles later, or for setting charters to be enabled or disabled depending on the time and/or processing path involved with applicable charter processing. Various embodiments will default field **3700***f* appropriately. Type field **3700***t* contains the type of charter (see Application Term Triggers below). When field **3700***t* is set to NULL, the charter is not of an Application Term trigger variety.

FIG. **37**B depicts a preferred embodiment of an Action Data Record (ADR) **3750** for discussing operations of the present disclosure, derived from the grammar of FIGS. **30**A through **30**E. An action identifier (action ID) field **3750***a* contains a unique number generated for the record **3750** to distinguish it from all other records **3750** maintained. Field **3750***a* is to be maintained similarly to as described for field **3500***a* (e.g. primary key column, correlation generation, facilitates well performing I/O). An owner information (info) field **3750***b* provides who the owner (creator and/or maintainer) is of the ADR **3750**. Field **3750***b* is to be maintained similarly to as described for field **3500***b* (e.g. embodiments for like ID and type pair, two (2) fields, removal because MS user information understood to be owner). Host field **3750***c* contains the host (if not null) for where the action is to take place. An alternate embodiment allows multiple host specification(s) for the action. Host type field **3750***d* qualifies the host field **3750***c* for the type of host(s) to perform the action (helps interpret field **3750***c*). An alternate embodiment allows multiple host type specifications for multiple host specifications for the action. Yet another embodiment uses a single host field **3750***c* to join to a new table for gathering all applicable hosts for the action. Command field **3750***e* contains an "atomic command" (such as those found at the top of FIG. **34**D), operand field **3750***f* contains an "atomic operand" (e.g. such as those found at the bottom of FIG. **34**D), and parameter IDs field **3750***g* contains a list of null, one or more parameter identifiers **3775***a* (an ordered list) for parameters in accordance with the combination of command field **3750***e* and operand field **3750***f* (see FIGS. **31**A through **31**E for example parameters). There is a list of supported commands, list of supported operands, and a set of appropriate parameters depending on the combination of a particular command with a particular operand. In the preferred syntactical embodiment, when parameter IDs field **3750***g* contains "234,18790", the parameter IDs fields **3775***a* have been identified as an ordered list of parameters **234** and **18790** which are each a parameter identifier contained in a record **3775** field **3775***a*. An alternate embodiment to field **3750***g* will use General Assignment Data Records (GADRs) **3520** to assign parameter identifier fields **3775***a* to action identifier fields **3750***a* (to prevent a single field from holding an unpredictable number of parameters for the action of record **3750**).

FIG. **37**C depicts a preferred embodiment of a Parameter Data Record (PARMDR) **3775** for discussing operations of the present disclosure, derived from the grammar of FIGS. **30**A through **30**E. A parameter identifier (parameter ID) field **3775***a* contains a unique number generated for the record **3775** to distinguish it from all other records **3775** maintained. Field **3775***a* is to be maintained similarly to as described for field **3500***a* (e.g. primary key column, correlation generation, facilitates well performing I/O). An owner information (info) field **3775***b* provides who the owner (creator and/or maintainer) is of the record **3775**. Field **3775***b* is to be maintained similarly to as described for field **3500***b* (e.g. embodiments for like ID and type pair, two (2)

US 10,477,994 B2

175

176

fields, removal because MS user information understood to be owner). Parameters field **3775**c contains one or more parameters pointed to by data of field **3750**g, preferably in a conveniently parsed form. Field **3750**g can point to a single record **3775** which contains a plurality of parameters in field **3775**c, or field **3750**g can specify a plurality of parameters pointing to plural records **3775**, each containing parameter information in fields **3775**c.

FIG. **37**D depicts a preferred embodiment of Charters Starters schema for discussing operations of the present disclosure, namely a Charters Starters Record (CSR) **3790** and a CDR to CSR mapping record (CDR2CSR) **3795**, for conveniently enabling or disabling a set of charters. A CSR **3790** may or may not be contained in a preferred embodiment for facilitating desirable charters to make effective in a MS when accessed for charter processing, for example at block **4608** and/or FIG. **57** WITS processing. A charter starter identifier field **3790**a contains a unique key field identifier to the CSR table record and is used to join to field **3795**b for associating the CSR to a CDR described in a field **3795**a. An application(s) field **3790**b provides a list (i.e. one or more) of applications which are associated to charter(s) (i.e. to CDR(s)). In some embodiments, field **3790**b is a unique join field to an Application table so that any number of applications can be associated to charter(s). A category(s) field **3790**c provides a list (i.e. one or more) of categories which are associated to charter(s) (i.e. to CDR(s)). In some embodiments, field **3790**c is a unique join field to a Categories table so that any number of categories can be associated to the charter(s). A snippet(s) field **3790**d provides a list (i.e. one or more) of snippets which are associated to the charter(s) (i.e. to CDR(s)). In some embodiments, field **3790**d is a unique join field to a Snippets table so that any number of snippets can be associated to the charter(s). Otherwise, a list of snippets may be maintained directly to field **3790**d. A snippet is preferably an executable subset of the associated charter(s) (i.e. of the associated CDR(s)), and may be automatically generated when a charter is created, edited, or maintained. The snippet provides a reference-able component which can be used to form new charters. When a plurality of values are maintained to a field **3790**b/c/d, a suitable delimiter (e.g. semicolon) is used for separating distinct values. Various embodiments may default CSR fields appropriately. A CSR may include additional fields to facilitate selecting, organizing, sorting, enabling, disabling, or maintaining charters in the present disclosure. CDR2CSR records **3795** support mapping many charters (CDRs) to a single CSR, or many CSRs to a single charter (CDR). Charter id field **3795**a will contain a charter id field **3700**a, and charter starter id field **3795**b will contain a charter starter id field **3790**a. This provides optimal well performing flexibility in isolating organization criteria from the charters themselves. In some embodiments, field **3700**f is maintained to a CSR rather than a CDR.

Preferably, blocks **4630**, **4632**, **4636**, **4654**, **4662**, **4664** and related charter processing described below support presenting and managing appropriately per context the applicable charters starters schema described above in the applicable context.

In one embodiment, data can be maintained to data records (e.g. of FIGS. **35**A through **37**D, FIG. **53**, FIG. **7**C, FIG. **85**A, **86**C, FIG. **90**B, FIGS. **91**A and **91**B, FIG. **95**A, FIG. **97**B, and/or any other disclosed data records) such that it is marked as enabled or disabled (e.g. additional column in SQL table for enabled/disabled). In another embodiment, a record is configured in disabled form and then subsequently enabled, for example with a user interface. Any subset of data records may be enabled or disabled as a related set. Privileges may be configured for which subsets can be enabled or disabled by a user. In another embodiment, privileges themselves enable or disable a data record, a subset of data records, a subset of data record types, or a subset of data of data records. In some embodiments, an administrator or authorized user makes configurations for an intended MS user.

Data records were derived from the BNF grammar of FIGS. **30**A through **30**E. Other data record embodiments may exist. In a preferred embodiment, data records of FIGS. **35**A through **37**D are maintained to persistent storage of the MS. A MS used for the first time should be loaded with a default set of data (e.g. starter templates containing defaulted data) preloaded to the data records for user convenience. Loading may occur from local storage or from remotely loading, for example over a communications channel when first initializing the MS (e.g. enhanced block **1214** for additionally ensuring the data records are initialized, in particular for the first startup of an MS). Owner fields (e.g. field **3500**b) for preloaded data are preferably set to a system identity for access and use by all users. Preferably, a user cannot delete any of the system preloaded data. While the data records themselves are enough to operate permissions **10** and charters **12** at the MS after startup, a better performing internalization may be preferred. For example, block **1216** can be enhanced for additionally using data records to internalize to a non-persistent well performing form such as compiled C encoding of FIGS. **34**A through **34**G (also see FIG. **52**), and block **2822** can be enhanced for additionally using the internalized data to write out to data records maintained in persistent storage. Any compiled/interpreted programming source code may be used without departing from the spirit and scope of the disclosure. FIGS. **34**A through **34**G (also see FIG. **52**) are an example, but may provide an internalized form for processing. In any case, many examples are provided for encoding permissions **10** and charters **12**. Continuing with the data record examples, for example a persistent storage form of data records in a MS local SQL database (e.g. a data record corresponds to a particular SQL table, and data record fields correspond to the SQL table columns), flowcharts **38** through **48**B are provided for configuration of permissions **10** and charters **12**. Data records are to be maintained in a suitable MS performance conscious form (may not be an SQL database). An "s" is added as a suffix to disclosed acronyms (e.g. GDR) to reference a plural version of the acronym (e.g. GDRs=Granting Data Records).

FIGS. **35**A through **37**D assume an unlimited number of records (e.g. objects) to accomplish a plurality of objects (e.g. BNF grammar constructs). In various embodiments, a high maximum number plurality of the BNF grammar derived objects is supported wherever possible. In various embodiments, any MS storage or memory means, local or remotely attached, can be used for storing information of an implemented derivative of the BNF grammar of this disclosure. Also, various embodiments may use a different model or schema to carry out functionality disclosed. Various embodiments may use an SQL database (e.g. Oracle, SQL Server, Informix, DB2, etc) for storing information, or a non-SQL database form (e.g. data or record retrieval system, or any interface for accessible record formatted data).

It is anticipated that management of permissions **10** and charters **12** be as simple and as lean as possible on an MS. Therefore, a reasonably small subset of the FIGS. **30**A through **30**E grammar is preferably implemented. While FIGS. **35**A through **48**B demonstrate a significantly large

US 10,477,994 B2

177

178

derivative of the BNF grammar, the reader should appreciate that this is to "cover all bases" of consideration, and is not necessarily a derivative to be incorporated on a MS of limited processing capability and resources. A preferred embodiment is discussed, but much smaller derivatives are even more preferred on many MSs. Appropriate semaphore lock windows are assumed incorporated when multiple asynchronous threads can access the same data concurrently.

FIG. 38 depicts a flowchart for describing a preferred embodiment of MS permissions configuration processing of block 1478. FIG. 38 is of Self Management Processing code 18. Processing starts at block 3802 and continues to block 3804 where a list of permissions configuration options are presented to the user. Thereafter, block 3806 waits for a user action in response to options presented. Block 3806 continues to block 3808 when a user action has been detected. If block 3808 determines the user selected to configure permissions data, then the user configures permissions data at block 3810 (see FIG. 39A) and processing continues back to block 3804. If block 3808 determines the user did not select to configure permissions data, then processing continues to block 3812. If block 3812 determines the user selected to configure grants data, then the user configures grants data at block 3814 (see FIG. 40A) and processing continues back to block 3804. If block 3812 determines the user did not select to configure grants data, then processing continues to block 3816. If block 3816 determines the user selected to configure groups data, then the user configures groups data at block 3818 (see FIG. 41A) and processing continues back to block 3804. If block 3816 determines the user did not select to configure groups data, then processing continues to block 3820. If block 3820 determines the user selected to view other's groups data, then block 3822 invokes the view other's info processing of FIG. 42 with GROUP_INFO as a parameter (for viewing other's groups data information) and processing continues back to block 3804. If block 3820 determines the user did not select to view other's groups data, then processing continues to block 3824. If block 3824 determines the user selected to view other's permissions data, then block 3826 invokes the view other's info processing of FIG. 42 with PERMISSION_INFO as a parameter (for viewing other's permissions data information) and processing continues back to block 3804. If block 3824 determines the user did not select to view other's permissions data, then processing continues to block 3828. If block 3828 determines the user selected to view other's grants data, then block 3830 invokes the view other's info processing of FIG. 42 with GRANT_INFO as a parameter (for viewing other's grants data information) and processing continues back to block 3804. If block 3828 determines the user did not select to view other's grants data, then processing continues to block 3832. If block 3832 determines the user selected to send permissions data, then block 3834 invokes the send data processing of FIG. 44A with PERMISSION_INFO as a parameter (for sending permissions data) and processing continues back to block 3804. If block 3832 determines the user did not select to send permissions data, then processing continues to block 3836. If block 3836 determines the user selected to configure accepting permissions, then block 3838 invokes the configure acceptance processing of FIG. 43 with PERMISSION INFO as a parameter (for configuring acceptance of permissions data) and processing continues back to block 3804. If block 3836 determines the user did not select to configure accepting permissions, then processing continues to block 3840. If block 3840 determines the user selected to exit block 1478 processing, then block 3842 completes block 1478 process-

ing appropriately. If block 3840 determines the user did not select to exit, then processing continues to block 3844 where all other user actions detected at block 3806 are appropriately handled, and processing continues back to block 3804.

In an alternate embodiment where the MS maintains GDRs 3500, GRTDRs 3510, GADRs 3520, PDRs 3530 and GRPDRs 3540 (and their associated data records DDRs, HDRs and TDRs) at the MS where they were configured, FIG. 38 may not provide blocks 3820 through 3830. The MS may be aware of its user permissions and need not share the data (i.e. self contained). In some embodiments, options 3820 through 3830 cause access to locally maintained data for others (other users, MSs, etc) or cause remote access to data when needed (e.g. from the remote MSs). In the embodiment where no data is maintained locally for others, blocks 3832 through 3838 may not be necessary. The preferred embodiment is to locally maintain permissions data for the MS user and others (e.g. MS users) which are relevant to provide the richest set of permissions governing MS processing at the MS.

FIGS. 39A through 39B depict flowcharts for describing a preferred embodiment of MS user interface processing for permissions configuration of block 3810. With reference now to FIG. 39A, processing starts at block 3902, continues to block 3904 for initialization (e.g. a start upon database command), and then to block 3906 where groups the user is a member of are accessed. Block 3906 retrieves all GRPDRs 3540 joined to GADRs 3520 such that the descendant type field 3520c and descendant ID field 3520d match the user information, and the ascendant type field 3520a is set to Group and the ascendant ID field 3520b matches the group ID field 3540a. While there may be different types of groups as defined for the BNF grammar, the GRPDR is a derivative embodiment which happens to not distinguish. Alternate embodiments may carry a group type field to select appropriate records by group type. Yet another embodiment may not have a block 3906 with processing at block 3908 for gathering data additionally by groups the user is a member of. Block 3906 continues to block 3908.

Block 3908 accesses all GDRs (e.g. all rows from a GDR SQL table) for the user of FIG. 39A matching field 3500t to Permission, and the owner information of the GDRs (e.g. user information matches field 3500b) to the user and to groups the user is a member of (e.g. group information matches field 3500b (e.g. owner type=group, owner id=a group ID field 3540a from block 3906). The GDRs are additionally joined (e.g. SQL join) with DDRs and TDRs (e.g. fields 3600b and 3640b=Permission and by matching ID fields 3600a and 3640a with field 3500a). Description field 3600c may provide a useful description last saved by the user for the permission entry. Block 3908 may also retrieve system predefined data records for use and/or management. Thereafter, each joined entry returned at block 3908 is associated at block 3910 with the corresponding data IDs (at least fields 3500a and 3540a) for easy unique record accesses when the user acts on the data. Block 3910 also initializes a list cursor to point to the first list entry to be presented to the user. Thereafter, block 3912 sets user interface indication for where the list cursor is currently set (e.g. set to highlight the entry), and any list scrolling settings are set (the list is initially not set for being scrolled on first FIG. 39A processing encounter to block 3912 from block 3910). Block 3912 continues to block 3914 where the entry list is presented to the user in accordance with the list cursor and list scroll settings managed for presentation at block 3912. Thereafter, block 3916 waits for user action to the presented list of permissions data and will continue to block

US 10,477,994 B2

179                                                                180

**3918** when a user action has been detected. Presentation of the scrollable list preferably presents in an entry format such that an entry contains fields for: DDR **3600** description; GDR owner information, grantor information and grantee information; GRPDR owner information and group name if applicable; and TDR time spec information. Alternate embodiments will present less information, or more information (e.g. GRTDR(s) **3510** and/or PDR(s) **3530** via GADR(s) **3520** joining fields (e.g. **3500***a*, **3510***a*, **3520***b*)).

If block **3918** determines the user selected to set the list cursor to a different entry, then block **3920** sets the list cursor accordingly and processing continues back to block **3912**. Block **3912** always sets for indicating where the list cursor is currently pointed and sets for appropriately scrolling the list if necessary when subsequently presenting the list at block **3914**. If block **3918** determines the user did not select to set the list cursor, then processing continues to block **3922**. If block **3922** determines the user selected to add a permission, then block **3924** accesses a maximum number of permissions allowed (perhaps multiple maximum values accessed), and block **3926** checks the maximum(s) with the number of current permissions defined. There are many embodiments for what deems a maximum (for this user, for a group, for this MS, etc). If block **3926** determines a maximum number of permissions allowed already exists, then block **3928** provides an error to the user and processing continues back to block **3912**. Block **3928** preferably requires the user to acknowledge the error before continuing back to block **3912**. If block **3926** determines a maximum was not exceeded, then block **3930** interfaces with the user for entering validated permission data and block **3932** adds the data record(s), appropriately updates the list with the new entry, and sets the list cursor appropriately for the next list presentation refresh, before continuing back to block **3912**. If block **3922** determines the user did not want to add a permission, processing continues to block **3934**. Block **3932** will add a GDR **3500**, DDR **3600**, HDR **3620** (to set creator information) and TDR **3640**. The DDR and TDR are optionally added by the user, but the DDR may be strongly suggested (if not enforced on the add). This will provide a permission record assigning all privileges from the grantor to the grantee. Additionally, blocks **3930**/**3932** may support adding new GADR(s) **3520** for assigning certain grants and/or privileges (which are validated to exist prior to adding data at block **3932**).

If block **3934** determines the user selected to delete a permission, then block **3936** deletes the data record currently pointed to by the list cursor, modifies the list for the discarded entry, and sets the list cursor appropriately for the next list presentation refresh, before continuing back to block **3912**. Block **3936** will use the granting ID field **3500***a* (associated with the entry at block **3910**) to delete the permission. Associated GADR(s) **3520**, DDR **3600**, HDR **3620**, and TDR **3640** is also deleted (e.g. preferably with a cascade delete in a SQL embodiment). If block **3934** determines the user did not select to delete a permission, then processing continues to block **3952** of FIG. **39**B by way of off-page connector **3950**.

With reference now to FIG. **39**B, if block **3952** determines the user selected to modify a permission, then block **3954** interfaces with the user to modify permission data of the entry pointed to by the list cursor. The user may change information of the GDR and any associated records (e.g. DDR, TDR and GADR(s)). The user may also add the associated records at block **3954**. Block **3954** waits for a user action indicating completion. Block **3954** will continue to block **3956** when the complete action is detected at block

**3954**. If block **3956** determines the user exited, then processing continues back to block **3912** by way of off-page connector **3998**. If block **3956** determines the user selected to save changes made at block **3954**, then block **3958** updates the data and the list is appropriately updated before continuing back to block **3912**. Block **3958** may update the GDR and/or any associated records (e.g. GADR(s), DDR, and/or TDR) using the permission id field **3500***a* (associated to the entry at block **3910**). Block **3958** will update an associated HDR as well. Block **3958** may add new GADR(s), a DDR and/or TDR as part of the permission change. If block **3952** determines the user did not select to modify a permission, then processing continues to block **3960**.

If block **3960** determines the user selected to get more details of the permission (e.g. show all joinable data to the GDR that is not already presented with the entry), then block **3962** gets additional details (may involve database queries in an SQL embodiment) for the permission pointed to by the list cursor, and block **3964** appropriately presents the information to the user. Block **3964** then waits for a user action that the user is complete reviewing details, in which case processing continues back to block **3912**. If block **3960** determines the user did not select to get more detail, then processing continues to block **3966**.

If block **3966** determines the user selected to internalize permissions data thus far being maintained, then block **3968** internalizes (e.g. as a compiler would) all applicable data records for well performing use by the MS, and block **3970** saves the internalized form, for example to MS high speed non-persistent memory. In one embodiment, blocks **3968** and **3970** internalize permission data to applicable C structures of FIGS. **34**A through **34**G (also see FIG. **52**). In various embodiments, block **3968** maintains statistics for exactly what was internalized, and updates any running totals or averages maintained for a plurality of internalizations up to this point, or over certain time periods. Statistics such as: number of active constructs; number of user construct edits of particular types; amount of associated storage used, freed, changed, etc with perhaps a graphical user interface to graph changes over time; number of privilege types specified, number of charters affected by permissions; and other permission dependent statistics. In other embodiments, statistical data is initialized at internalization time to prepare for subsequent gathering of useful statistics during permission processing. In embodiments where a tense qualifier is specified for TimeSpec information, saving the internalized form at block **3970** causes all past and current tense configurations to become effective for being processed.

Bock **3970** then continues back to block **3912**. If block **3966** determines the user did not select to internalize permission configurations, then processing continues to block **3972**. Alternate embodiments of processing permissions **10** in the present disclosure will rely upon the data records entirely, rather than requiring the user to redundantly internalize from persistent storage to non-persistent storage for use. Persistent storage may be of reasonably fast performance to not require an internalized version of permission **10**. Different embodiments may completely overwrite the internalized form, or update the current internalized form with any changes.

If block **3972** determines the user selected to exit block **3810** processing, then block **3974** cleans up processing thus far accomplished (e.g. issue a stop using database command), and block **3976** completes block **3810** processing. If block **3972** determines the user did not select to exit, then processing continues to block **3978** where all other user

US 10,477,994 B2

181

182

actions detected at block **3916** are appropriately handled, and processing continues back to block **3916** by way of off-page connector **3996**.

FIGS. **40**A through **40**B depict flowcharts for describing a preferred embodiment of MS user interface processing for grants configuration of block **3814**. With reference now to FIG. **40**A, processing starts at block **4002**, continues to block **4004** for initialization (e.g. a start using database command), and then to block **4006** where groups the user is a member of are accessed. Block **4006** retrieves all GRPDRs **3540** joined to GADRs **3520** such that the descendant type field **3520**$c$ and descendant ID field **3520**$d$ match the user information, and the ascendant type field **3520**$a$ is set to Group and the ascendant ID field **3520**$b$ matches the group ID field **3540**$a$. While there may be different types of groups as defined for the BNF grammar, the GRPDR **3540** is a derivative embodiment which happens to not distinguish. Alternate embodiments may carry a group type field to select appropriate records by group type. Yet another embodiment may not have a block **4006** with processing at block **4008** for gathering data additionally by groups the user is a member of. Block **4006** continues to block **4008**.

Block **4008** accesses all GRTDRs **3510** (e.g. all rows from a GRTDR SQL table) for the user of FIG. **40**A matching the owner information of the GRTDRs (e.g. user information matches field **3510**$b$) to the user and to groups the user is a member of (e.g. group information matches field **3510**$b$: e.g. owner type=group, owner id=group ID field **3540**$a$ from block **4006**). The GRTDRs **3510** are additionally joined (e.g. SQL join) with DDRs **3600** and TDRs **3640** (e.g. fields **3600**$b$ and **3640**$b$=Grant and by matching ID fields **3600**$a$ and **3640**$a$ with field **3510**$a$). Description field **3510**$c$ can provide a useful description last saved by the user for the grant data, however the grant name itself is preferably self documenting. Block **4008** may also retrieve system pre-defined data records for use and/or management. Block **4008** will also retrieve grants within grants to present the entire tree structure for a grant entry. Block **4008** retrieves all GRTDRs **3510** joined to other GRTDRs **3510** through GADRs **3520** which will provide the grant tree structure hierarchy. Grants can be descendant to other grants in a grant hierarchy. Descendant type field **3520**$c$ set to Grant and descendant ID field **3520**$d$ for a particular grant will be a descending grant to an ascending grant of ascendant type field **3520**$a$ set to Grant and ascendant ID field **3520**$b$. Therefore, each list entry is a grant entry that may be any node of a grant hierarchy tree. There may be grant information redundantly presented, for example when a grant is subordinate to more than one grant, but this helps the user know a grant tree structure if one has been configured. A visually presented embodiment may take the following form wherein a particular Grant appears in the appropriate hierarchy form.

Grant Info$_1$
Grant Info$_{11}$
Grant Info$_{12}$
   Grant Info$_{121}$
   Grant Info$_{122}$
   . . .
   Grant Info$_{12n}$
. . .
Grant Info$_{1k}$
Grant Info$_2$
. . .
Grant Info$_j$

The list cursor can be pointing to any grant item within a single grant entry hierarchy. Thus, a single grant entry can

be represented by a visual nesting, if applicable. Thereafter, each joined entry returned at block **4008** is associated at block **4010** with the corresponding data IDs (at least fields **3510**$a$ and **3540**$a$) for easy unique record accesses when the user acts on the data. Block **4010** also initializes a list cursor to point to the first grant item to be presented to the user in the (possibly nested) list. Thereafter, block **4012** sets user interface indication for where the list cursor is currently set (e.g. set to highlight the entry) and any list scrolling settings are set (the list is initially not set for being scrolled on first FIG. **40**A processing encounter to block **4012** from block **4010**). Block **4012** continues to block **4014** where the entry list is presented to the user in accordance with the list cursor and list scroll settings managed for presentation at block **4012**. Thereafter, block **4016** waits for user action to the presented list of grant data and will continue to block **4018** when a user action has been detected. Presentation of the scrollable list preferably presents in an entry format with subordinate grants also reference-able by the list cursor. A grant entry of the grant tree presented preferably contains fields for: GRTDR name field **3510**$c$; GRTDR owner information; GRPDR owner information and group name if applicable; TDR time spec information; and DDR information. Alternate embodiments will present less information, or more information (e.g. join PDR(s) **3530** via GADR(s) **3520** when applicable).

If block **4018** determines the user selected to set the list cursor to a different grant reference, then block **4020** sets the list cursor accordingly and processing continues back to block **4012**. Block **4012** always sets for indicating where the list cursor is currently pointed and sets for appropriately scrolling the list if necessary when subsequently presenting the list at block **4014**. If block **4018** determines the user did not select to set the list cursor, then processing continues to block **4022**. If block **4022** determines the user selected to add a grant, then block **4024** accesses a maximum number of grants allowed (perhaps multiple maximum values accessed), and block **4026** checks the maximum(s) with the number of current grants defined. There are many embodiments for what deems a maximum (for this user, for a group, for this MS, etc). If block **4026** determines a maximum number of grants allowed already exists, then block **4028** provides an error to the user and processing continues back to block **4012**. Block **4028** preferably requires the user to acknowledge the error before continuing back to block **4012**. If block **4026** determines a maximum was not exceeded, then block **4030** interfaces with the user for entering validated grant data and block **4032** adds the data record, appropriately updates the list with the new entry, and sets the list cursor appropriately for the next list presentation refresh, before continuing back to block **4012**. If block **4022** determines the user did not want to add a grant, processing continues to block **4034**. Block **4032** will add a GRTDR **3510**, DDR **3600**, HDR **3620** (to set creator information) and TDR **3640**. The DDR and TDR are optionally added by the user. Additionally, at block **4030** the user may add new GADR(s) **3520** for assigning certain grants to the added grant and/or privileges to the grant (which are validated to exist prior to adding data at block **4032**).

If block **4034** determines the user selected to modify a grant, then block **4036** interfaces with the user to modify grant data of the entry pointed to by the list cursor. The user may change information of the GRTDR and any associated records (e.g. DDR, TDR, and GADR(s)). The user may also add the associated records at block **4036**. Block **4036** waits for a user action indicating completion. Block **4036** will continue to block **4038** when the action is detected at block

US 10,477,994 B2

183

184

**4036.** If block **4038** determines the user exited, then processing continues back to block **4012**. If block **4038** determines the user selected to save changes made at block **4036**, then block **4040** updates the data and the list is appropriately updated before continuing back to block **4012**. Block **4040** may update the GRTDR and/or any associated records (e.g. GADR(s), DDR, and/or TDR) using the grant id field **3510***a* (associated to the grant item at block **4010**). Block **4040** will update an associated HDR as well. Block **4036** may add new GADR(s), a DDR and/or TDR as part of the grant change. If block **4034** determines the user did not select to modify a grant, then processing continues to block **4052** by way of off-page connector **4050**.

With reference now to FIG. **40**B, if block **4052** determines the user selected to get more details of the grant (e.g. show all joinable data to the GRTDR that is not already presented with the entry), then block **4054** gets additional details (may involve database queries in an SQL embodiment) for the grant pointed to by the list cursor, and block **4056** appropriately presents the information to the user. Block **4056** then waits for a user action that the user is complete reviewing details, in which case processing continues back to block **4012** by way of off-page connector **4098**. If block **4052** determines the user did not select to get more detail, then processing continues to block **4058**.

If block **4058** determines the user selected to delete a grant, then block **4060** determines any data records (e.g. GADR(s) **3520**) that reference the grant data record to be deleted. Preferably, no ascending data records (e.g. GRT-DRs) are joinable to the grant data record being deleted, otherwise the user may improperly delete a grant from a configured permission or other grant. In the case of descending grants, all may be cascaded deleted in one embodiment, provided no ascending grants exist for any of the grants to be deleted. The user should remove ascending references to a grant for deletion first. Block **4060** continues to block **4062**. If block **4062** determines there was at least one reference, block **4064** provides an appropriate error with the reference(s) found so the user can subsequently reconcile. Block **4064** preferably requires the user to acknowledge the error before continuing back to block **4012**. If no references were found as determined by block **4062**, then processing continues to block **4066** for deleting the data record currently pointed to by the list cursor, along with any other related records that can be deleted. Block **4066** also modifies the list for the discarded entry(s), and sets the list cursor appropriately for the next list presentation refresh, before continuing back to block **4012**. Block **4066** will use the grant ID field **3510***a* (associated with the entry at block **4010**) to delete a grant. Associated records (e.g. DDR **3600**, HDR **3620**, and TDR **3640**) are also deleted (e.g. preferably with a cascade delete in a SQL embodiment). If block **4058** determines the user did not select to delete a grant, then processing continues to block **4068**.

If block **4068** determines the user selected to exit block **3814** processing, then block **4070** cleans up processing thus far accomplished (e.g. issue a stop using database command), and block **4072** completes block **3814** processing. If block **4068** determines the user did not select to exit, then processing continues to block **4074** where all other user actions detected at block **4016** are appropriately handled, and processing continues back to block **4016** by way of off-page connector **4096**.

FIGS. **41**A through **41**B depict flowcharts for describing a preferred embodiment of MS user interface processing for groups configuration of block **3818**. With reference now to FIG. **41**A, processing starts at block **4102**, continues to

block **4104** for initialization (e.g. a start using database command), and then to block **4106** where groups the user is a member of are accessed. Block **4106** retrieves all GRPDRs **3540** joined to GADRs **3520** such that the descendant type field **3520***c* and descendant ID field **3520***d* match the user information, and the ascendant type field **3520***a* is set to Group and the ascendant ID field **3520***b* matches the group ID field **3540***a*. While there may be different types of groups as defined for the BNF grammar, the GRPDR **3540** is a derivative embodiment which happens to not distinguish. Alternate embodiments may carry a group type field to select appropriate records by group type. Yet another embodiment may not have a block **4106** with processing at block **4108** for gathering data additionally by groups the user is a member of. Block **4106** continues to block **4108**.

Block **4108** accesses all GRPDRs **3540** (e.g. all rows from a GRPDR SQL table) for the user of FIG. **41**A matching the owner information of the GRPDRs (e.g. user information matches field **3540***b*) to the user and to groups the user is a member of (e.g. group information matches field **3540***b* (e.g. owner type=group, owner id=group ID field **3540***a* from block **4106**)). The GRPDRs **3540** are additionally joined (e.g. SQL join) with DDRs **3600** and TDRs **3640** (e.g. fields **3600***b* and **3640***b*=Group and by matching ID fields **3600***a* and **3640***a* with field **3540***a*). Description field **3600***c* can provide a useful description last saved by the user for the group data, however the group name itself is preferably self documenting. Block **4108** may also retrieve system predefined data records for use and/or management. Block **4108** will also retrieve groups within groups to present the entire tree structure for a group entry. Block **4108** retrieves all GRPDRs **3540** joined to other GRPDRs **3540** through GADRs **3520** which will provide the group tree structure hierarchy. Groups can be descendant to other groups in a group hierarchy. Descendant type field **3520***c* set to Group and descendant ID field **3520***d* for a particular group will be a descending group to an ascending group of ascendant type field **3520***a* set to Group and ascendant ID field **3520***b*. Therefore, each list entry is a group entry that may be any node of a group hierarchy tree. There may be group information redundantly presented, for example when a group is subordinate to more than one group, but this helps the user know a group tree structure if one has been configured. A visually presented embodiment may take the following form wherein a particular Group*i* appears in the appropriate hierarchy form.

Group Info$_1$
Group Info$_{11}$
to Group Info$_{12}$
. . .
Group Info$_{121}$
Group Info$_{122}$
. . .
Group Info$_{12u}$
. . .
Group Info$_{1r}$
Group Info$_2$
. . .
Group Info$_s$

The list cursor can be pointing to any group item within a single group entry hierarchy. Thus, a single group entry can be represented by a visual nesting, if applicable. Thereafter, each joined entry returned at block **4108** is associated at block **4110** with the corresponding data IDs (at least fields **3540***a*) for easy unique record accesses when the user acts on the data. Block **4110** also initializes a list cursor to point to the first group item to be presented to the user in the

US 10,477,994 B2

185

(possibly nested) list. Thereafter, block **4112** sets user inter-
face indication for where the list cursor is currently set (e.g.
set to highlight the entry) and any list scrolling settings are
set (the list is initially not set for being scrolled on first FIG.
41A processing encounter to block **4112** from block **4110**).
Block **4112** continues to block **4114** where the entry list is
presented to the user in accordance with the list cursor and
list scroll settings managed for presentation at block **4112**.
Thereafter, block **4116** waits for user action to the presented
list of group data and will continue to block **4118** when a
user action has been detected. Presentation of the scrollable
list preferably presents in an entry format with subordinate
groups also reference-able by the list cursor. A group entry
of the group tree presented preferably contains fields for:
GRPDR name field **3540**c; GRPDR owner information;
owning GRPDR owner information and group name if
applicable; TDR time spec information; and DDR informa-
tion. Alternate embodiments will present less information, or
more information (e.g. join to specific identities via
GADR(s) **3520** when applicable).

If block **4118** determines the user selected to set the list
cursor to a different group entry, then block **4120** sets the list
cursor accordingly and processing continues back to block
**4112**. Block **4112** always sets for indicating where the list
cursor is currently pointed and sets for appropriately scroll-
ing the list if necessary when subsequently presenting the
list at block **4114**. If block **4118** determines the user did not
select to set the list cursor, then processing continues to
block **4122**. Block **4122** determines the user selected to
add a group, then block **4124** accesses a maximum number
of groups allowed (perhaps multiple maximum values
accessed), and block **4126** checks the maximum(s) with the
number of current groups defined. There are many embodi-
ments for what deems a maximum (for this user, for a group,
for this MS, etc). If block **4126** determines a maximum
number of groups allowed already exists, then block **4128**
provides an error to the user and processing continues back
to block **4112**. Block **4128** preferably requires the user to
acknowledge the error before continuing back to block **4112**.
If block **4126** determines a maximum was not exceeded,
then block **4130** interfaces with the user for entering vali-
dated group data and block **4132** adds the data record,
appropriately updates the list with the new entry, and sets the
list cursor appropriately for the next list presentation refresh,
before continuing back to block **4112**. If block **4122** deter-
mines the user did not want to add a group, processing
continues to block **4134**. Block **4132** will add a GRPDR
**3540**, DDR **3600**, HDR **3620** (to set creator information)
and TDR **3640**. The DDR and TDR are optionally added by
the user. Additionally, at block **4130** the user may add new
GADR(s) **3520** for assigning certain groups to the added
group and/or additions to the group (which are validated to
exist prior to adding data at block **4132**).

If block **4134** determines the user selected to modify a
group, then block **4136** interfaces with the user to modify
group data of the entry pointed to by the list cursor. The user
may change information of the GRPDR and any associated
records (e.g. DDR, TDR and GADR(s)). The user may also
add the associated records at block **4136**. Block **4136** waits
for a user action indicating completion. Block **4136** will
continue to block **4138** when the complete action is detected
at block **4136**. If block **4138** determines the user exited, then
processing continues back to block **4112**. If block **4138**
determines the user selected to save changes made at block
**4136**, then block **4140** updates the data and the list is
appropriately updated before continuing back to block **4112**.
Block **4140** may update the GRPDR and/or any associated

186

GADR(s), DDR, and/or TDR using the group id field **3540**a
associated to the group item at block **4110**. Block **4140** will
update an associated HDR as well. Blocks **4136/4140** may
support adding new GADR(s), a DDR and/or TDR as part of
the group change. If block **4134** determines the user did not
select to modify a group, then processing continues to block
**4152** by way of off-page connector **4150**.

With reference now to FIG. 41B, if block **4152** determines
the user selected to get more details of the group (e.g. show
all joinable data to the GRPDR that is not already presented
with the entry), then block **4154** gets additional details (may
involve database queries in an SQL embodiment) for the
group pointed to by the list cursor, and block **4156** appro-
priately presents the information to the user. Block **4156**
then waits for a user action that the user is complete
reviewing details, in which case processing continues back
to block **4112** by way of off-page connector **4198**. If block
**4152** determines the user did not select to get more detail,
then processing continues to block **4158**.

If block **4158** determines the user selected to delete a
group, then block **4160** determines any data records (e.g.
GADR(s) **3520**) that reference the group data record to be
deleted. Preferably, no ascending data records (e.g. GRP-
DRs) are joinable to the group data record being deleted,
otherwise the user may improperly delete a group from a
configured permission or other group. In the case of
descending groups, all may be cascaded deleted in one
embodiment, provided no ascending groups exist for any of
the groups to be deleted. The user should remove ascending
references to a group for deletion first. Block **4160** continues
to block **4162**. If block **4162** determines there was at least
one reference, block **4164** provides an appropriate error with
the reference(s) found so the user can subsequently recon-
cile. Block **4164** preferably requires the user to acknowledge
the error before continuing back to block **4112**. If no
references were found as determined by block **4162**, then
processing continues to block **4166** for deleting the data
record currently pointed to by the list cursor, along with any
other related records that can be deleted. Block **4166** also
modifies the list for the discarded entry(s), and sets the list
cursor appropriately for the next list presentation refresh,
before continuing back to block **4112**. Block **4166** will use
the group ID field **3540**a (associated with the entry at block
**4110**) to delete the group. Associated records (e.g. DDR
**3600**, HDR **3620**, and TDR **3640**) are also deleted (e.g.
preferably with a cascade delete in a SQL embodiment). If
block **4158** determines the user did not select to delete a
group, then processing continues to block **4168**.

If block **4168** determines the user selected to exit block
**3818** processing, then block **4170** cleans up processing thus
far accomplished (e.g. issue a stop using database com-
mand), and block **4172** completes block **3818** processing. If
block **4168** determines the user did not select to exit, then
processing continues to block **4174** where all other user
actions detected at block **4116** are appropriately handled,
and processing continues back to block **4116** by way off
off-page connector **4196**.

FIG. **42** depicts a flowchart for describing a preferred
embodiment of a procedure for viewing MS configuration
information of others. Processing starts at block **4202** and
continues to block **4204** where an object type parameter is
determined for which information to present to the user as
passed by the caller of FIG. **42** processing (e.g.
GROUP_INFO, PERMISSION_INFO, GRANT_INFO,
CHARTER_INFO, ACTION_INFO or PARAMETER_
INFO). Thereafter, block **4206** performs initialization (e.g. a
start using database command), and then the user specifies

US 10,477,994 B2

187

owner information (criteria), at block **4208**, for the object type data records to present. No privilege is present required for browsing other's information since it is preferably local to the MS of the user anyway. Block **4208** continues to block **4210**.

In an alternative embodiment, block **4208** appropriately accesses privileges granted from the owner criteria to the user of FIG. **42** to ensure the user has a privilege to browse the data records (per object type parameter) of the specified owner. Block **4208** will provide an error when there is no privilege, and will continue to block **4210** when there is a privilege. Block **4208** may also provide a user exit option for continuing to block **4216** for cases the user cannot successfully specify owner criteria. In similar embodiments, there may be a separate privilege required for each object type a user may browse.

Block **4210** gets (e.g. SQL selects) data according to the object type parameter (e.g. GRPDR(s), GDR(s), GRTDR(s), CDR(s), ADR(s) or PARMDR(s), along with any available associated joinable data (e.g. DDR(s), HDR(s), TDR(s) and data records via GADR(s) if applicable), per object type passed). There are various embodiments to block **4210** in accessing data: locally maintained data for the owner criteria specified at block **4208**, communicating with a remote MS for accessing the MS of the owner criteria to synchronously pull the data, or sending a request to a remote MS over an interface like interface **1926** for then asynchronously receiving by an interface like interface **1948** for processing. Block **4210** may access field **3700f** in the case of filtering desired charter records. One preferred embodiment is to locally maintain relevant data. In privilege enforced embodiments, appropriate privileges are determined before allowing access to the other's data.

Thereafter, if block **4212** determines there were no data records according to the object type passed by the caller for the owner criteria specified at block **4208**, then block **4214** provides an error to the user, and processing continues to block **4216**. Block **4216** performs cleanup of processing thus far accomplished (e.g. perform a stop using database command), and then continues to block **4218** for returning to the caller of FIG. **42** processing. Block **4214** preferably requires the user to acknowledge the error before continuing to block **4216**.

If block **4212** determines at least one data record of object type was found, then block **4220** presents a browse-able scrollable list of entries to the user (i.e. similar to lists discussed for presentation by FIGS. **39**A&B, FIGS. **40**A&B, FIGS. **41**A&B, FIGS. **46**A&B, FIGS. **47**A&B or FIGS. **48**A&B, per object typed passed), and block **4222** waits for a user action in response to presenting the list. When a user action is detected at block **4222**, processing continues to block **4224**. If block **4224** determines the user selected to specify new owner criteria (e.g. for comparison to field **3500b**, **3510b**, **3540b**, **3700b**, **3750b** or **3775b**, per object type passed) for browse, then processing continues back to block **4208** for new specification and applicable processing already discussed for blocks thereafter. If block **4224** determines the user did not select to specify new owner criteria, processing continues to block **4226**.

If block **4226** determines the user selected to get more detail of a selected list entry, then processing continues to block **4228** for getting data details of the selected entry, and block **4230** presents the details to the user, and waits for user action. Detail presentation is similar to getting detail processing discussed for presentation by FIGS. **39**A&B, FIGS. **40**A&B, FIGS. **41**A&B, FIGS. **46**A&B, FIGS. **47**A&B or

188

FIGS. **48**A&B, per object typed passed. Block **4230** continues to block **4232** upon a user action (complete/clone).

If block **4232** determines the user action from block **4230** was to exit browse, processing continues to block **4220**. If block **4232** determines the user action from block **4230** was to clone the data (e.g. to make a copy for user's own use), processing continues to block **4234** for accessing permissions. Thereafter, if block **4236** determines the user does not have permission to clone, processing continues to block **4238** for reporting an error (preferably requiring the user to acknowledge before leaving block **4238** processing), and then back to block **4220**. If block **4236** determines the user does have permission to clone, processing continues to block **4240** where the data item browsed is appropriately duplicated with defaulted fields as though the user of FIG. **42** processing had created new data himself. Processing then continues back to block **4220**. If block **4226** determines the user did not select to get more detail on a selected item, then processing continues to block **4242**.

If block **4242** determines the user selected to exit browse processing, then processing continues to block **4216** already described. If block **4242** determines the user did not select to exit, then processing continues to block **4244** where all other user actions detected at block **4222** are appropriately handled, and processing continues back to block **4222**.

In an alternate embodiment, FIG. **42** will support cloning multiple entries in one action so that a first user conveniently makes use of a second user's data (like starter template(s)) for the first user to create/configure new data without entering it from scratch in the other interfaces disclosed. Another embodiment will enforce unique privileges for which data can be cloned by which user(s).

FIG. **43** depicts a flowchart for describing a preferred embodiment of a procedure for configuring MS acceptance of data from other MSs, for example permissions **10** and charters **12**. In a preferred embodiment, permissions **10** and charters **12** contain data for not only the MS **2** but also other MSs which are relevant to the MS **2** (e.g. MS users are known to each other). Processing starts at block **4302** and continues to block **4304** where a parameter passed by a caller is determined. The parameter indicates which object type (data type) to configure delivery acceptance (e.g. PERMISSION_INFO, CHARTER_INFO). Thereafter, block **4306** displays acceptable methods for accepting data from other MSs, preferably in a radio button form in a visually perceptible user interface embodiment. A user is presented with two (2) main sets of options, the first set preferably being an exclusive selection:

Accept no data (MS will not accept data from any source); or

Accept all data (MS will accept data from any source); or

Accept data according to permissions (MS will accept data according to those sources which have permission to send certain data (perhaps privilege also specifies by a certain method) to the MS).

And the second set being:

Targeted data packet sent or broadcast data packet sent (preferably one or the other);

Electronic Mail Application;

SMS message; and/or

Persistent Storage Update (e.g. file system).

Block **4306** continues to block **4308** where the user makes a selection in the first set, and any number of selections in the second set. Thereafter, processing at block **4310** saves the user's selections for the object type parameter passed, and processing returns to the caller at block **4312**. LBX processing may have intelligence for an hierarchy of

US 10,477,994 B2

189                                                          190

attempts such as first trying to send or broadcast, if that fails send by email, if that fails send by SMS message, and if that fails alert the MS user for manually copying over the data at a future time (e.g. when MSs are in wireless vicinity of each other). Block **4306** may provide a user selectable order of the attempt types. Intelligence can be incorporated for knowing which data was sent, when it was sent, and whether or not all of the send succeeded, and a synchronous or asynchronous acknowledgement can be implemented to ensure it arrived safely to destination(s). Applicable information is preferably maintained to LBX history **30** for proper implementation.

In one embodiment, the second set of configurations is further governed by individual privileges (each send type), and/or privileges per a source identity. For example, while configurations of the second set may be enabled, the MS will only accept data in a form from a source in accordance with a privilege which is enabled (set for the source identity). Privilege examples (may also each have associated time specification) include:

Grant Joe privilege to send all types of data (e.g. charters and privileges, or certain (e.g. types, contents, features, any characteristic(s)) charters and/or privileges);

Grant Joe privilege to send certain type of data (e.g. charters or privileges, or certain (e.g. types, contents, features, any characteristic(s)) charters and/or privileges);

Grant Joe privilege to send certain type of data using certain method (privilege for each data type and method combination); and/or

Grant Joe privilege to send certain type of data using certain method(s) (privilege for each data type and method combination) at certain time(s).

In another embodiment, there may be other registered applications (e.g. specified other email applications) which are candidates in the second set. This allows more choices for a receiving application with an implied receiving method (or user may specify an explicit method given reasonable choices of the particular application). For example, multiple MS instant messaging and/or email applications may be selectable in the second set of choices, and appropriately interfaced to for accepting data from other MSs. This allows specifying preferred delivery methods for data (e.g. charters and/or permissions data), and an attempt order thereof.

In some embodiments, charter data that is received may be received by a MS in a deactivated form whereby the user of the receiving MS must activate the charters for use (e.g. use of charter enabled field **3700**f for indicating whether or not the charter is active (Y=Yes, N=No)). Field **3700**f may also be used by the charter originator for disabling or enabling for a variety of reasons. This permits a user to examine charters, and perhaps put them to a test, prior to putting them into use. Other embodiments support activating charters (received and/or originated): one at a time, as selected sets by user specified criteria (any charter characteristic(s)), all or none, by certain originating user(s), by certain originating MS(s), or any other desirable criteria. Of course, privileges are defined for enabling accepting privileges or charters from a MS, but many privileges can be defined for accepting privileges or charters with certain desired characteristics from a MS.

FIG. **44**A depicts a flowchart for describing a preferred embodiment of a procedure for sending MS data to another MS. FIG. **44**A processing is preferably of linkable PIP code **6**. The purpose is for the MS of FIG. **44**A processing (e.g. a first, or sending, MS) to transmit information to other MSs (e.g. at least a second, or receiving, MS), for example

permissions **10** or charters **12**. Multiple channels for sending, or broadcasting should be isolated to modular send processing (feeding from a queue **24**). In an alternative embodiment having multiple transmission channels visible to processing of FIG. **44**A (e.g. block **4430**), there can be intelligence to drive each channel for broadcasting on multiple channels, either by multiple send threads for FIG. **44**A processing, FIG. **44**A loop processing on a channel list, and/or passing channel information to send processing feeding from queue **24**. If FIG. **44**A does not transmit directly over the channel(s) (i.e. relies on send processing feeding from queue **24**), an embodiment may provide means for communicating the channel for broadcast/send processing when interfacing to queue **24** (e.g. incorporate a channel qualifier field with send packet inserted to queue **24**).

In any case, see detailed explanations of FIGS. **13**A through **13**C, as well as supporting exemplifications shown in FIGS. **50**A through **50**C, respectively. Processing begins at block **4402**, continues to block **4404** where the caller parameter passed to FIG. **44**A processing is determined (i.e. OBJ_TYPE), and processing continues to block **4406** for interfacing with the user to specify targets to send data to, in context of the object type parameter specified for sending (PERMISSION_INFO or CHARTER_INFO). An alternate embodiment will consult a configuration of data for validated target information. Depending on the present disclosure embodiment, a user may specify any reasonable supported (ID/IDType) combination of the BNF grammar ID construct (see FIG. **30**B) as valid targets. Validation will validate at least syntax of the specification. In another embodiment, block **4406** will access and enforce known permissions for validating which target(s) (e.g. grantor(s)) can be specified. Various embodiments will also support wildcarding the specifications for a group of ID targets (e.g. department* for all department groups). Additional target information is to be specified when required for sending, for example, if email or SMS message is to be used as a send method (i.e. applicable destination recipient addresses to be specified). An alternate embodiment to block **4406** accesses mapped delivery addresses from a database, or table, (referred to as a Recipient Address Book (RAB)) associating a recipient address to a target identity, thereby alleviating the user from manual specification, and perhaps allowing the user to save to the RAB for any new useful RAB data. In another embodiment, block **4428** (discussed below) accesses the RAB for a recipient address for the target when preparing the data for sending.

Upon validation at block **4406**, processing continues to block **4408**. It is possible the user was unsuccessful in specifying targets, or wanted to exit block **4406** processing. If block **4408** determines the user did not specify at least one validated target (equivalent to selecting to exit FIG. **44**A processing), then processing continues to block **4444** where processing returns to the caller. If block **4408** determines there is at least one target specified, then block **4410** accesses LBX history **30** to see if any of the targets have been sent the specific data already. Thereafter, if block **4412** determines the most recently updated data for a target has already been sent, then block **4414** presents an informative error to the user, preferably requiring user action. Block **4414** continues to block **4416** when the user performs the action. If block **4416** determines the user selected to ignore the error, then processing continues to block **4418**, otherwise processing continues back to block **4406** for updating target specifications.

Block **4418** interfaces with the user to specify a delivery method. Preferably, there are defaulted setting(s) based on

US 10,477,994 B2

191                                                                192

the last time the user encountered block **4418**. Any of the "second set" of options described with FIG. **43** can be used. Thereafter, block **4420** logs to LBX history **30** the forthcoming send attempt and gets the next target from block **4406** specifications before continuing to block **4422**. If block **4422** determines that all targets have not been processed, then block **4424** determines applicable OBJ_TYPE data for the target (e.g. check LBX history **30** for any new data that was not previously successfully sent), and block **4426** gets (e.g. preferably new data, or all, depending on embodiment) the applicable target's OBJ_TYPE data (permissions or charters) before continuing to block **4428**. Block **4428** formats the data for sending in accordance with the specified delivery method, along with necessary packet information (e.g. source identity, wrapper data, etc) of this loop iteration (from block **4418**), and block **4430** sends the data appropriately. For a broadcast send, block **4430** broadcasts the information (using a send interface like interface **1906**) by inserting to queue **24** so that send processing broadcasts data **1302** (e.g. on all available communications interface(s) **70**), for example as far as radius **1306**, and processing continues to block **4432**. The broadcast is for reception by data processing systems (e.g. MSs) in the vicinity (see FIGS. **13A** through **13C**, as further explained in detail by FIGS. **50A** through **50C** which includes potentially any distance). For a targeted send, block **4430** formats the data intended for recognition by the receiving target. Block **4430** causes sending/broadcasting data **1302** containing CK **1304**, depending on the type of MS, wherein CK **1304** contains information appropriately. In a send email embodiment, confirmation of delivery status may be used to confirm delivery with an email interface API to check the COD (Confirmation of Delivery) status, or the sending of the email (also SMS message) is assumed to have been delivered in one preferred embodiment.

In an embodiment wherein usual MS communications data **1302** of the MS is altered to contain CK **1304** for listening MSs in the vicinity, send processing feeding from queue **24**, caused by block **4430** processing, will place information as CK **1304** embedded in usual data **1302** at the next opportune time of sending usual data **1302**. This embodiment will replace synchronous sending success validation of blocks **4432** through **4440** and multiple delivery methods of **4418** (and subsequent loop processing) with status asynchronously updated by the receiving MS(s) for a single type of delivery method selected at block **4418**. An alternate embodiment will attempt the multiple send types in an appropriate asynchronous thread of processing depending on success of a previous attempt. As the MS conducts its normal communications, transmitted data **1302** contains new data CK **1304** to be ignored by receiving MS other character **32** processing, but to be found by listening MSs within the vicinity which anticipate presence of CK **1304**. Otherwise, when LN-Expanse deployments have not introduced CK **1304** to usual data **1302** communicated on a receivable signal by MSs in the vicinity, FIG. **44A** sends/broadcasts new data **1302**.

For sending an email, SMS message, or other application delivery method, block **4430** will use the additional target information (recipient address) specified via block **4406** for properly sending. Thereafter, block **4432** waits for a synchronous acknowledgement if applicable before either receiving one or timing out. If a broadcast was made, one (1) acknowledgement may be all that is necessary for validation, or all anticipated targets can be accounted for before deeming a successful ack. An email, SMS message, or other application send may be assumed reliable and that an ack

was received. Thereafter, if block **4434** determines an applicable ack was received (i.e. data successfully sent/received), or none was anticipated (i.e. assume got it), then processing continues back to block **4420** for processing any next target(s). If block **4434** determines an anticipated ack was not received, then block **4436** logs the situation to LBX history **30** and the next specified delivery method is accessed. Thereafter, if block **4438** determines all delivery methods have already been processed for the current target, then processing continues to block **4440** for logging the overall status and providing an error to the user. Block **4440** may require a user acknowledgement before continuing back to block **4420**. If block **4438** determines there is another specified delivery method for sending, then processing continues back to block **4428** for sending using the next method.

Referring back to block **4422**, if all targets are determined to have been processed, then block **4442** maintains FIG. **44A** processing results to LBX history **30** and the caller is returned to at block **4444**. In an alternate embodiment to FIG. **44A** processing, a trigger implementation is used for sending/broadcasting data at the best possible time (e.g. when new/modified permissions or charters information is made for a target) as soon as possible, as soon as a target is detected to be nearby, or in the vicinity (vicinity is expanded as explained by FIGS. **50A** through **50C**), or as soon as the user is notified to send (e.g. in response to a modification) and then acknowledges to send. See FIGS. **50A** through **50C** for explanation of communicating data from a first MS to a second MS over greater distances. In another embodiment, background thread(s) timely poll (e.g. per user or system configurations) the permissions and/or charters data to determine which data should be sent, how to send it, who to send it to, what applicable permissions are appropriate, and when the best time is to send it. A time interval, or schedule, for sending data to others on a continual interim basis may also be configured. This may be particularly useful as a user starts using a MS for the first time and anticipates making many configuration changes. The user may start or terminate polling threads as part of FIGS. **14A/14B** processing, so that FIG. **44A** is relied on to make sure permissions and/or charters are communicated as needed. Appropriate blocks of FIGS. **44A&B** will also interface to statistics **14** for reporting successes, failures and status of FIGS. **44A&B** processing.

In sum, FIGS. **44A** and **44B** provide a LBX peer to peer method for ensuring permissions and charters are appropriately maintained at MSs, wherein FIG. **44A** sends in a peer to peer fashion and FIG. **44B** receives in a peer to peer to fashion. Thus, permissions **10** and charters **12** are sent from a first MS to a second MS for configuring maintaining, enforcing, and/or processing permissions **10** and charters **12** at an MS. There is no intermediary service required for permissions and charters for LBX interoperability. FIG. **44A** demonstrates a preferred push model. A pull model may be alternatively implemented. An alternative embodiment may make a request to a MS for its permissions and/or charters and then populate its local image of the data after validating the response. Privileges would be appropriately validated at the sending MS(s) and/or receiving MS(s) in order to ensure appropriate data is sent/received to/from the requesting MS.

FIG. **44B** depicts a flowchart for describing a preferred embodiment of receiving MS configuration data from another MS. FIG. **44B** processing describes a Receive Configuration Data (RxCD) process worker thread, and is of PIP code **6**. There may be many worker threads for the RxCD process, just as described for a 19xx process. The

US 10,477,994 B2

193

receive configuration data (RxCD) process is to fit identically into the framework of architecture **1900** as other 19xx processes, with specific similarity to process **1942** in that there is data received from receive queue **26**, the RxCD thread(s) stay blocked on the receive queue until data is received, and a RxCD worker thread sends data as described (e.g. using send queue **24**). Blocks **1220** through **1240**, blocks **1436** through **1456** (and applicable invocation of FIG. **18**), block **1516**, block **1536**, blocks **2804** through **2818**, FIG. **29**A, FIG. **29**B, and any other applicable architecture **1900** process/thread framework processing is to adapt for the new RxCD process. For example, the RxCD process is initialized as part of the enumerated set at blocks **1226** (preferably last member of set) and **2806** (preferably first member of set) for similar architecture **1900** processing. Receive processing identifies targeted/broadcasted data (permissions and/or charter data) destined for the MS of FIG. **44**B processing. An appropriate data format is used, for example the X.409 encoding of FIGS. **33**A through **33**C wherein RxCD thread(s) purpose is for the MS of FIG. **44**B processing to respond to incoming data. It is recommended that validity criteria set at block **1444** for RxCD-Max be set as high as possible (e.g. 10) relative performance considerations of architecture **1900**, to service multiple data receptions simultaneously. Multiple channels for receiving data fed to queue **26** are preferably isolated to modular receive processing.

In an alternative embodiment having multiple receiving transmission channels visible to the RxCD process, there can be a RxCD worker thread per channel to handle receiving on multiple channels simultaneously. If RxCD thread(s) do not receive directly from the channel, the preferred embodiment of FIG. **44**B would not need to convey channel information to RxCD thread(s) waiting on queue **24** anyway. Embodiments could allow specification/configuration of many RxCD thread(s) per channel.

A RxCD thread processing begins at block **4452** upon the MS receiving permission data and/or charter data, continues to block **4454** where the process worker thread count RxCD-Ct is accessed and incremented by 1 (using appropriate semaphore access (e.g. RxCD-Sem)), and continues to block **4456** for retrieving from queue **26** sent data (using interface like interface **1948**), perhaps a special termination request entry, and only continues to block **4458** when a record of data (permission/charter data, or termination record) is retrieved. In one embodiment, receive processing deposits X.409 encoding data as record(s) to queue **26**, and may break up a datastream into individual records of data from an overall received (or ongoing) datastream. In another embodiment, XML is received and deposited to queue **26**, or some other suitable syntax is received as derived from the BNF grammar. In another embodiment, receive processing receives data in one format and deposits a more suitable format for FIG. **44**B processing. Receive processing embodiments may deposit "piece-meal" records of data as sent, "piece-meal" records broken up from data received, full charter or permission datastreams and/or subsets thereof to queue **26** for processing by FIG. **44**B.

Block **4456** stays blocked on retrieving from queue **26** until any record is retrieved, in which case processing continues to block **4458**. If block **4458** determines a special entry indicating to terminate was not found in queue **26**, processing continues to block **4460**. There are various embodiments for RxCD thread(s), thread(s) **1912** and thread(s) **1942** to feed off a queue **26** for different record types, for example, separate queues **26**A, **26**B and **26**C, or a thread target field with different record types found at

194

queue **26** (e.g. like field **2400**a). In another embodiment, there are separate queues **26**C and **26**D for separate processing of incoming charter and permission data. In another embodiment, thread(s) **1912** are modified with logic of RxCD thread(s) to handle permission and/or charter data records, since thread(s) **1912** are listening for queue **26** data anyway. In another embodiment, there are segregated RxCD threads RxCD-P and RxCD-C for separate permission and charter data processing.

Block **4460** validates incoming data for this targeted MS before continuing to block **4462**. A preferred embodiment of receive processing already validated the data is intended for this MS by having listened specifically for the data, or by having already validated it is at the intended MS destination (e.g. block **4458** can continue directly to block **4464** (no block **4460** and block **4462** required)). If block **4462** determines the data is valid for processing, then block **4464** accesses the data source identity information (e.g. owner information, sending MS information, grantor/grantee information, etc, as appropriate for an embodiment), block **4466** accesses acceptable delivery methods and/or permissions/ privileges for the source identity to check if the data is eligible for being received, and block **4468** checks the result. Depending on an embodiment, block **4466** may enforce an all or none privilege for accepting the privilege or charter data, or may enforce specific privileges from the receiving MS (MS user) to the sending MS (MS user) for exactly which privileges or charters are acceptable to be received and locally maintained.

If block **4468** determines the delivery is acceptable (and perhaps privileged, or privileged per source), then block **4470** appropriately updates the MS locally with the data (depending on embodiment of **4466**, block **4470** may remove from existing data at the MS as well as per privilege(s)), block **4472** completes an acknowledgment, and block **4474** sends/broadcasts the acknowledgement (ack), before continuing back to block **4456** for more data. Block **4474** sends/broadcasts the ack (using a send interface like interface **1946**) by inserting to queue **24** so that send processing transmits data **1302**, for example as far as radius **1306**. Embodiments will use the different correlation methods already discussed above, to associate an ack with a send. In some embodiments, block **4470** may default field **3700**f in the case of receiving charter records.

If block **4468** determines the data is not acceptable, then processing continues directly back to block **4456**. For security reasons, it is best not to respond with an error. It is best to ignore the data entirely. In another embodiment, an error may be returned to the sender for appropriate error processing and reporting. Referring back to block **4462**, if it is determined that the data is not valid, then processing continues back to block **4456**.

Referring back to block **4458**, if a worker thread termination request was found at queue **26**, then block **4476** decrements the RxCD worker thread count by 1 (using appropriate semaphore access (e.g. RxCD-Sem)), and RxCD thread processing terminates at block **4478**. Block **4476** may also check the RxCD-Ct value, and signal the RxCD process parent thread that all worker threads are terminated when RxCD-Ct equals zero (0).

Block **4474** causes sending/broadcasting data **1302** containing CK **1304**, depending on the type of MS, wherein CK **1304** contains ack information prepared. In the embodiment wherein usual MS communications data **1302** of the MS is altered to contain CK **1304** for listening MSs in the vicinity, send processing feeding from queue **24**, caused by block **4474** processing, will place ack information as CK **1304**

US 10,477,994 B2

195

embedded in usual data **1302** at the next opportune time of sending usual data **1302**. As the MS conducts its normal communications, transmitted data **1302** contains new data CK **1304** to be ignored by receiving MS other character **32** processing, but to be found by listening MSs within the vicinity which anticipate presence of CK **1304**. Otherwise, when LN-Expanse deployments have not introduced CK **1304** to usual data **1302** communicated on a receivable signal by MSs in the vicinity, FIG. **44**B sends/broadcasts new ack data **1302**.

In an alternate embodiment, permission and/or charter data records contain a sent date/time stamp field of when the data was sent by a remote MS, and a received date/time stamp field (like field **2490**c) is processed at the MS in FIG. **44**B processing. This would enable calculating a TDOA measurement while receiving data (e.g. permissions and/or charter data) that can then be used for location determination processing as described above.

For other acceptable receive processing, methods are well known to those skilled in the art for "hooking" customized processing into application processing of sought data received. For example, in an email application, a callback function API is preferably made available to the present disclosure so that every time an applicable received email distribution is received with specified criteria (e.g. certain subject, certain attached file name, certain source, or any other identifiable email attribute(s) (provided by present disclosure processing to API)) sent by block **4430**, the callback function (provided by present disclosure processing to the appropriate API) is invoked for custom processing. In this example, the present disclosure invokes the callback API for providing: the callback function to be invoked, and the email criteria for triggering invocation of the callback function; for processing of permissions or charter data. For example, a unique subject field indicates to the email application that the email item should be directed by the email application to the callback function for processing. The present disclosure callback function then parses permissions and/or charter information from the email item and updates local permissions **10** and/or charters **12**. Data received in the email item may be textual syntax derived from the BNF grammar in an email body or attached file form, XML syntax derived from the BNF grammar in email body or attached file form, an X.409 binary encoding in attached file form, or other appropriate format received with the email item (e.g. new Document Interchange Architecture (DIA) attribute data, etc). DIA is an IBM electronic mail (email) interchange protocol standard between email systems. A process return status is preferably returned by the callback function, for example for appropriate email confirmation of delivery processing.

In another embodiment, the present disclosure provides at least one thread of processing for polling a known API, or email repository, for sought criteria (e.g. attributes) which identifies the email item as destined for present disclosure processing. Once the email item(s) are found, they are similarly parsed and processed for updating permissions **10** and/or charters **12**.

Thus, there are well known methods for processing data in context of this disclosure for receiving permissions **10** and/or charters **12** from an originating MS to a receiving MS, for example when using email. Similarly (callback function or polling), SMS messages can be used to communicate data **10** and/or **12** from one MS to another MS, albeit at smaller data exchange sizes. The sending MS may break up larger portions of data which can be sent as parse-able text (e.g. source syntax, XML, etc. derived from the BNF

196

grammar) to the receiving MS. It may take multiple SMS messages to communicate the data in its entirety.

Regardless of the type of receiving application, those skilled in the art recognize many clever methods for receiving data in context of a MS application which communicates in a peer to peer fashion with another MS (e.g. callback function(s), API interfaces in an appropriate loop which can remain blocked until sought data is received for processing, polling known storage destinations of data received, or other applicable processing).

Permission data **10** and charter data **12** may be manually copied from one MS to another over any appropriate communications connection between the MSs. Permission data **10** and charter data **12** may also be manually copied from one MS to another MS using available file management system operations (move or copy file/data processing). For example, a special directory can be defined which upon deposit of a file to it, processing parses it, validates it, and uses it to update permissions **10** and/or charters **12**. Errors found may also be reported to the user, but preferably there are automated processes that create/maintain the file data to prevent errors in processing. Any of a variety of communications wave forms can be used depending on MS capability.

FIG. **45**A depicts a flowchart for describing a preferred embodiment of MS charters configuration processing of block **1482**. FIG. **45**A is of Self Management Processing code **18**. Processing starts at block **4502** and continues to block **4504** where a list of charters configuration options are presented to the user. Thereafter, block **4506** waits for a user action in response to options presented. Block **4506** continues to block **4508** when a user action has been detected. If block **4508** determines the user selected to configure charters data, then the user configures charters data at block **4510** (see FIG. **46**A) and processing continues back to block **4504**. If block **4508** determines the user did not select to configure charters data, then processing continues to block **4512**. If block **4512** determines the user selected to configure actions data, then the user configures actions data at block **4514** (see FIG. **47**A) and processing continues back to block **4504**. If block **4512** determines the user did not select to configure actions data, then processing continues to block **4516**. If block **4516** determines the user selected to configure parameter data, then the user configures parameter data at block **4518** (see FIG. **48**A) and processing continues back to block **4504**. If block **4516** determines the user did not select to configure parameter data, then processing continues to block **4520**. If block **4520** determines the user selected to view other's charter data, then block **4522** invokes the view other's info processing of FIG. **42** with CHARTER INFO as a parameter (for viewing other's charter data) and processing continues back to block **4504**. If block **4520** determines the user did not select to view other's charter data, then processing continues to block **4524**. If block **4524** determines the user selected to view other's actions data, then block **4526** invokes the view other's info processing of FIG. **42** with ACTION_INFO as a parameter (for viewing other's action data) and processing continues back to block **4504**. If block **4524** determines the user did not select to view other's action data, then processing continues to block **4528**. If block **4528** determines the user selected to view other's parameter data, then block **4530** invokes the view other's info processing of FIG. **42** with PARAMETER_INFO as a parameter (for viewing other's parameter data information) and processing continues back to block **4504**. If block **4528** determines the user did not select to view other's parameter data, then processing continues to block **4532**. If block **4532** determines the user selected to send charters data, then block

197                                                             198

**4534** invokes the send data processing of FIG. **44**A with CHARTER_INFO as a parameter (for sending charters data) and processing continues back to block **4504**. If block **4532** determines the user did not select to send charters data, then processing continues to block **4536**. If block **4536** determines the user selected to configure accepting charters, then block **4538** invokes the configure acceptance processing of FIG. **43** with CHARTER_INFO as a parameter (for configuring acceptance of charters data) and processing continues back to block **4504**. If block **4536** determines the user did not select to configure accepting charters, then processing continues to block **4540**. If block **4540** determines the user selected to exit block **1482** processing, then block **4542** appropriately completes block **1482** processing. If block **4540** determines the user did not select to exit, then processing continues to block **4544** where all other user actions detected at block **4506** are appropriately handled, and processing continues back to block **4504**.

In an alternate embodiment where the MS maintains GDRs, GADRs, CDRs, ADRS, PARMDRs and GRPDRs (and their associated data records DDRs, HDRs and TDRs) at the MS where they were configured, FIG. **45**A may not provide blocks **4520** through **4530**. The MS may be aware of its user charters and need not share the data (i.e. self contained). In some embodiments, options **4520** through **4530** cause access to locally maintained data for others (other users, MSs, etc) or cause remote access to data when needed (e.g. from the remote MSs). In the embodiment where no data is maintained locally for others, blocks **4532** through **4538** may not be necessary. In sum, the preferred embodiment is to locally maintain charters data for the MS user and others (e.g. MS users) which are relevant to provide the richest set of charters governing MS processing at the MS.

FIG. **45**B depicts a flowchart for describing a preferred embodiment of MS charter enablement and disablement processing. FIG. **45**B provides a convenient method for a user to enable or disable a specified set of charters. FIG. **45**B also provides means for maintaining charters starters schema. While CSR records **3790** and CDR2CSR records **3795** may be defaulted ahead of time for a MS, a user can create, change or delete CSRs and associated CDR2CSRs as desired. In one embodiment, block **1496** may be modified to include new blocks **1496**h, **1496**i, and **1496**c such that:

Block **1496**h checks to see if the user selected to configure enablement or disablement of charters—an option for configuration at block **1406** wherein the user action to configure it is detected at block **1408**;

Block **1496**i is processed if block **1496**h determines the user did select to configure charters for enabled/disable. Block **1496**i invokes FIG. **45**B for interfacing with the user accordingly, and processing then continues to block **1496**c.

Block **1496**c is processed if block **1496**h determines the user did not select to configure charters for enable/ disable, or as the result of processing leaving block **1496**i. Block **1496**c handles other user interface actions leaving block **1408** (e.g. becomes the "catch all" as currently shown in block **1496** of FIG. **14**B).

CSR configuration begins at block **4550** upon a user action to present the interface. In one embodiment, the user is an authenticated administrator prior to being permitted to get access to processing of FIG. **45**B. Block **4550** continues to block **4552** where the user is able to specify which search criteria to use against CSR fields, charter fields and sort preferences thereof. Any view of charters can be retrieved using any combination of values of CSRs, CDRs, ADRs, and

PARMDRs. For example, all charters using certain atomic commands, expressions conditions, etc may be searched and provided in a list for enablement or disablement as a set. In a simple example, the user specifies to retrieve all charters associated to a category of "Shopping" (e.g. found in field **3790**c), and associated to the applications of "Calendar" and "Messaging" (e.g. found in field **3790**b), in a sorted key order of category first and application next, both in alphabetic ascending order. Snippets field **3790**d may also be specified by the user for search. Various block **4552** embodiments support searching on entire entries of any of the CSR or charter record fields, or in any subset string(s) of the fields. Sort order can be ascending or descending with a specified key order (e.g. **3790**c first, then **3790**b within each of those rows found).

Thereafter, block **4554** accesses all joined CSRs and CDRs through the CDR2CSR records **3795** for returning all sought charters. Preferably, CSRs drive the ability to correlate associated CDRs when searching on at least one CSR field (e.g. SQL inner join). Processing preferably presents the list of charters found as a list of entries wherein each entry contains enough information to determine there is a unique charter, which search criteria it pertains to, and whether or not it is currently enabled or disabled (e.g. field **3700**f). Also, each entry has associated to it the charter id field **3795**a and charter starter id field **3795**b for convenient subsequent I/O operations. Thereafter, block **4556** waits for a user action in response to the list which can be scrolled, and a specific entry selected for an applicable action. Block **4556** continues to block **4558** when a user action is detected.

If block **4558** determines the user selected to enable all charters of the list presented at block **4554**, then block **4560** updates all the charters to enabled (e.g. updates field **3700**f to enabled), block **4562** refreshes and re-presents the list to reflect changes, and processing continues back to block **4556**. If block **4558** determines the user did not select to enable the search result charters of the list, then processing continues to block **4564**.

If block **4564** determines the user selected to disable all charters of the list presented at block **4554**, then block **4566** updates all the charters to disabled (e.g. updates field **3700**f to disabled), block **4562** refreshes and re-presents the list to reflect changes, and processing continues back to block **4556**. If block **4564** determines the user did not select to disable the search result charters of the list, then processing continues to block **4568**.

If block **4568** determines the user selected to manage (i.e. add, change, delete, view details, etc) information of a specific charter of the list, block **4570** interfaces with the user for managing/maintaining the specified charter information and validating any modifications if applicable before continuing to block **4562** already described. If block **4568** determines the user did not select to manage a charter, then processing continues to block **4572**. Blocks **4568** and **4570** may include processing for managing charter data as already described in FIGS. **45**A, **46**A, **46**B, **47**A, **47**B, **48**A and **48**B. It should be understood that applicable charter management processing of those Figures can be embodied in FIG. **45**B for convenience.

If block **4572** determines the user selected to use at least one snippet of a charter list entry, then block **4574** accesses data of associated field **3790**d where the user can select at least one snippet for in turn creating a new charter. Block **4574** enables a user to make use of charter snippets as executable starters for new charters. Thereafter, processing continues to block **4562**. If block **4572** determines the user did not select to use snippet data, then processing continues

US 10,477,994 B2

199

to block **4576**. An enabled or disabled charter may be created as a result of block **4574** if the user desires so. Snippets are charter portions (i.e. subsets) which make it convenient to clone, and from which to create new charters. In some embodiments, a reasonable plurality of subset snippets is automatically generated from charter data when adding a CDR2CSR record (block **4598**). If more than one charter is joinable to the CSR, then many snippets may potentially be automatically made from associated charters for subsequent use at block **4574**.

If block **4576** determines the user selected to specify new search criteria, then processing continues back to block **4552**, otherwise processing continues to block **4578**.

If block **4578** determines the user selected to exit FIG. 45B processing, then block **4580** terminates the FIG. 45B interface and block **4582** terminates FIG. 45B processing. If block **4578** determines the user did not select to exit, then processing continues to block **4584**.

If block **4584** determines the user selected to create a CSR, then block **4586** interfaces with the user to create one and terminate that interface before processing continues back to block **4556** since there are no list changes. If block **4584** determines the user did not select to create a CSR, then processing continues to block **4588**.

If block **4588** determines the user selected to change a CSR associated to a particular charter list entry, then block **4590** interfaces with the user to modify it, validate any changes, and terminate that interface before processing continues to block **4562**. Any charters of the list from the search result that now do not meet the search criteria are removed from the list at block **4562** processing. Any charters of the list from the search result that now newly meet the search criteria are added to the list at block **4562** processing. If block **4588** determines the user did not select to change a CSR, then processing continues to block **4592**.

If block **4592** determines the user selected to delete a CSR associated to a particular charter list entry, then block **4594** interfaces with the user to delete it and terminate that interface before processing continues to block **4562**. Any charters of the list from the search result that do not meet the search criteria are removed from the list at block **4562** processing. If block **4592** determines the user did not select to delete a CSR, then processing continues to block **4596**.

If block **4596** determines the user selected to add a CSR or delete a list entry CSR, then block **4598** interfaces with the user to add or delete before terminating that interface and continuing processing to block **4562**. In a preferred embodiment, the associated snippet(s) field **3790**d is automatically updated with reasonable useful charter subsets (e.g. conditions, expressions, actions, etc). In another embodiment, a user manually updates CSR field **3790**d at blocks **4586** and **4590**. Any charters of the list from the search result that do not meet the search criteria are removed from the list at block **4562** processing. Any charters of the list from the search result that now newly meet the search criteria are added to the list at block **4562** processing. If block **4596** determines the user did not select to add or delete a CDR2CSR, then processing continues to block **4599** where any other action leaving block **4556** is appropriately handled. Block **4599** continues to block **4556**.

In some embodiments, and in accordance with permissions, users may access another user's data for the same FIG. 45B processing to maintain another user's data and make use of other's snippets. It may be useful to determine which of other's charters should be enabled or disabled. In other embodiments, snippets may include tag fields to identify a snippet description for facilitating which snippets to use, or

200

for what purpose to use snippets. Snippets provide building blocks to build new and useful charters. A user may use his own or other's snippets to create new charters. In an alternate embodiment, categories and applications are maintained as folders for encapsulating and organizing charters, and may be visually presented that way to a user for easy interpretation (as opposed to charters starters schema of FIG. 37D). The most recent set of enabled charters are those that remain in effect from that point in time forward for MS processing. In other embodiments, configured charters for WITS processing are affected (e.g. removed, altered, etc) by FIG. 45B processing.

FIGS. **46**A through **46**B depict flowcharts for describing a preferred embodiment of MS user interface processing for charters configuration of block **4510**. With reference now to FIG. **46**A, processing starts at block **4602**, continues to block **4604** for initialization (e.g. a start using database command), and then to block **4606** where groups the user is a member of are accessed. Block **4606** retrieves all GRPDRs **3540** joined to GADRs **3520** such that the descendant type field **3520**c and descendant ID field **3520**d match the user information, and the ascendant type field **3520**a is set to Group and the ascendant ID field **3520**b matches the group ID field **3540**a. While there may be different types of groups as defined for the BNF grammar, the GRPDR is a derivative embodiment which happens to not distinguish. Alternate embodiments may carry a group type field to select appropriate records by group type. Yet another embodiment may not have a block **4606** with processing at block **4608** for gathering data additionally by groups the user is a member of. Block **4606** continues to block **4608**.

Block **4608** accesses all CDRs (e.g. all rows from a CDR SQL table) with enabled field **3700**f set to Yes for the user of FIG. **46**A (e.g. user information matches field **3700**b), and for the groups the user is a member of (e.g. group information matches field **3700**b (e.g. owner type=group, owner id=a group ID field **3540**a from block **4606**)). The CDRs are additionally joined (e.g. SQL join) with GDRs, DDRs and TDRs (e.g. fields **3500**t, **3600**b and **3640**b=Charter and by matching ID fields **3500**a, **3600**a and **3640**a with field **3700**a). Description field **3600**c can provide a useful description last saved by the user for the charter entry. Block **4608** may access field **3700**f in the case of filtering desired charter records. Block **4608** may also retrieve system predefined data records for use and/or management. Thereafter, each joined entry returned at block **4608** is associated at block **4610** with the corresponding data IDs (at least fields **3700**a/**3500**a and **3540**a) for easy unique record accesses when the user acts on the data. Block **4610** also initializes a list cursor to point to the first list entry to be presented to the user. Thereafter, block **4612** sets user interface indication for where the list cursor is currently set (e.g. set to highlight the entry), and any list scrolling settings are set (the list is initially not set for being scrolled on first FIG. **46**A processing encounter to block **4612** from block **4610**). Block **4612** continues to block **4614** where the entry list is presented to the user in accordance with the list cursor and list scroll settings managed for presentation at block **4612**. Thereafter, block **4616** waits for user action to the presented list of charters data and will continue to block **4618** when a user action has been detected. Presentation of the scrollable list preferably presents in an entry format such that an entry contains fields for: DDR **3600** description; GDR owner information, grantor information and grantee information; GRPDR owner information and group name if applicable; CDR information; and TDR time spec information. Alter-

US 10,477,994 B2

201

nate embodiments will present less information, or more information (e.g. join to ADR and/or PARMDR information).

If block **4618** determines the user selected to set the list cursor to a different entry, then block **4620** sets the list cursor accordingly and processing continues back to block **4612**. Block **4612** always sets for indicating where the list cursor is currently pointed and sets for appropriately scrolling the list if necessary when subsequently presenting the list at block **4614**. If block **4618** determines the user did not select to set the list cursor, then processing continues to block **4622**. If block **4622** determines the user selected to add a charter, then block **4624** accesses a maximum number of charters allowed (perhaps multiple maximum values accessed), and block **4626** checks the maximum(s) with the number of current charters defined. There are many embodiments for what deems a maximum (for this user, for a group, for this MS, etc). If block **4626** determines a maximum number of charters allowed already exists, then block **4628** provides an error to the user and processing continues back to block **4612**. Block **4628** preferably requires the user to acknowledge the error before continuing back to block **4612**. If block **4626** determines a maximum was not exceeded, then block **4630** interfaces with the user for entering validated charter data and block **4632** adds the data record(s), appropriately updates the list with the new entry, and sets the list cursor appropriately for the next list presentation refresh, before continuing back to block **4612**. If block **4622** determines the user did not want to add a charter, processing continues to block **4634**. Block **4632** will add a CDR, GDR, DDR, HDR (to set creator information) and TDR. The DDR and TDR are optionally added by the user, but the DDR may be strongly suggested (if not enforced on the add). This will provide a charter context. Additionally, block **4630** may add new ADR(s) and/or PARMDR(s) (which are validated to exist prior to adding data at block **4632**). In one embodiment, a GDR associated to the CDR is not added; for indicating the user wants his charter made available to all other user MSs which are willing to accept it.

If block **4634** determines the user selected to delete a charter, then block **4636** deletes the data record currently pointed to by the list cursor, modifies the list for the discarded entry, and sets the list cursor appropriately for the next list presentation refresh, before continuing back to block **4612**. Block **4636** will use the Charter ID field **3700a/3500a** (associated with the entry at block **4610**) to delete the charter. Associated CDR, ADR(s), PARMDR(s), DDR **3600**, HDR **3620**, and TDR **3640** is also deleted (e.g. preferably with a cascade delete in a SQL embodiment). If block **4634** determines the user did not select to delete a charter, then processing continues to block **4652** of FIG. **46**B by way of off-page connector **4650**.

With reference now to FIG. **46**B, if block **4652** determines the user selected to modify a charter, then block **4654** interfaces with the user to modify charter data of the entry pointed to by the list cursor. The user may change information of the GDR, CDR, ADR and/or PARMDR and any associated records (e.g. DDR and TDR). The user may also add applicable records at block **4654**. Block **4654** waits for a user action indicating completion. Block **4654** will continue to block **4656** when the complete action is detected. If block **4656** determines the user exited, then processing continues back to block **4612** by way of off-page connector **4698**. If block **4656** determines the user selected to save changes made at block **4654**, then block **4658** updates the data and the list is appropriately updated before continuing

202

back to block **4612**. Block **4658** may update the GDR, CDR, ADR, PARMDR and/or any associated records (e.g. DDR, and/or TDR) using the charter id field **3700a/3500a** (associated to the entry at block **4610**). Block **4658** will update an associated HDR as well. Block **4658** may add new CDR, ADR(s), PARMDR(s), a DDR and/or TDR as part of the charter change. If block **4652** determines the user did not select to modify a charter, then processing continues to block **4660**.

If block **4660** determines the user selected to get more details of the charter (e.g. show all joinable data to the GDR or CDR that is not already presented with the entry), then block **4662** gets additional details (may involve database queries in an SQL embodiment) for the charter pointed to by the list cursor, and block **4664** appropriately presents the information to the user. Block **4664** then waits for a user action that the user is complete reviewing details, in which case processing continues back to block **4612**. If block **4660** determines the user did not select to get more detail, then processing continues to block **4666**.

If block **4666** determines the user selected to internalize charters data thus far being maintained, then block **4668** internalizes (e.g. as a compiler would) all applicable data records for well performing use by the MS, and block **4670** saves the internalized form, for example to MS high speed non-persistent memory. In one embodiment, blocks **4668** and **4670** internalize charter data to applicable C structures of FIGS. **34**A through **34**G (also see FIG. **52**). In various embodiments, block **4668** maintains statistics for exactly what was internalized, and updates any running totals or averages maintained for a plurality of internalizations up to this point, or over certain time periods. Statistics such as: number of active constructs; number of user construct edits of particular types; amount of associated storage used, freed, changed, etc with perhaps a graphical user interface to graph changes over time; number of charter expressions, actions, term types, etc specified, number of charters affected and unaffected by permissions; and other charter dependent statistics. In other embodiments, statistical data is initialized at internalization time to prepare for subsequent gathering of useful statistics during charter processing. In embodiments where a tense qualifier is specified for TimeSpec information, saving the internalized form at block **4670** causes all past and current tense configurations to become effective for being processed.

Block **4670** then continues back to block **4612**. If block **4666** determines the user did not select to internalize charter configurations, then processing continues to block **4672**. Alternate embodiments of processing charters **12** in the present disclosure will rely upon the data records entirely, rather than requiring the user to redundantly internalize from persistent storage to non-persistent storage for use. Persistent storage may be of reasonably fast performance to not require an internalized version of charters **12**. Different embodiments may completely overwrite the internalized form, or update the current internalized form with any changes.

If block **4672** determines the user selected to exit block **4510** processing, then block **4674** cleans up processing thus far accomplished (e.g. issue a stop using database command), and block **4676** completes block **4510** processing. If block **4672** determines the user did not select to exit, then processing continues to block **4678** where all other user actions detected at block **4616** are appropriately handled, and processing continues back to block **4616** by way off off-page connector **4696**.

US 10,477,994 B2

203

204

FIGS. **47**A through **47**B depict flowcharts for describing a preferred embodiment of MS user interface processing for actions configuration of block **4514**. With reference now to FIG. **47**A, processing starts at block **4702**, continues to block **4704** for initialization (e.g. a start using database command), and then to block **4706** where groups the user is a member of are accessed. Block **4706** retrieves all GRPDRs **3540** joined to GADRs **3520** such that the descendant type field **3520**c and descendant ID field **3520**d match the user information, and the ascendant type field **3520**a is set to Group and the ascendant ID field **3520**b matches the group ID field **3540**a. While there may be different types of groups as defined for the BNF grammar, the GRPDR **3540** is a derivative embodiment which happens to not distinguish. Alternate embodiments may carry a group type field to select appropriate records by group type. Yet another embodiment may not have a block **4706** with processing at block **4708** for gathering data additionally by groups the user is a member of. Block **4706** continues to block **4708**.

Block **4708** accesses all ADRs (e.g. all rows from a ADR SQL table) for the user of FIG. **47**A matching the owner information of the ADRs (e.g. user information matches field **3750**b) to the user and to groups the user is a member of (e.g. group information matches field **3750**b (e.g. owner type=group, owner id=group ID field **3540**a from block **4706**)). The ADRs are additionally joined (e.g. SQL join) with DDRs **3600** and TDRs **3640** (e.g. fields **3600**b and **3640**b=Action and by matching ID fields **3600**a and **3640**a with field **3750**a). Description field **3600**c can provide a useful description last saved by the user for the action data. Block **4708** may also retrieve system predefined data records for use and/or management. Thereafter, each joined entry returned at block **4708** is associated at block **4710** with the corresponding data IDs (at least fields **3750**a and **3540**a) for easy unique record accesses when the user acts on the data. Block **4710** also initializes a list cursor to point to the first action item to be presented to the user in the list. Thereafter, block **4712** sets user interface indication for where the list cursor is currently set (e.g. set to highlight the entry) and any list scrolling settings are set (the list is initially not set for being scrolled on first FIG. **47**A processing encounter to block **4712** from block **4710**). Block **4712** continues to block **4714** where the entry list is presented to the user in accordance with the list cursor and list scroll settings managed for presentation at block **4712**. Thereafter, block **4716** waits for user action to the presented list of action data and will continue to block **4718** when a user action has been detected. Presentation of the scrollable list preferably presents in an entry format reference-able by the list cursor. An action entry presented preferably contains ADR fields including owner information; GRPDR owner information and group name if applicable; TDR time spec information; and DDR information. Alternate embodiments will present less information, or more information (e.g. join ADR(s) to PARMDR(s) via field(s) **3750**g).

If block **4718** determines the user selected to set the list cursor to a different action entry, then block **4720** sets the list cursor accordingly and processing continues back to block **4712**. Block **4712** always sets for indicating where the list cursor is currently pointed and sets for appropriately scrolling the list if necessary when subsequently presenting the list at block **4714**. If block **4718** determines the user did not select to set the list cursor, then processing continues to block **4722**. If block **4722** determines the user selected to add an action, then block **4724** accesses a maximum number of actions allowed (perhaps multiple maximum values accessed), and block **4726** checks the maximum(s) with the

number of current actions defined. There are many embodiments for what deems a maximum (for this user, for a group, for this MS, etc). If block **4726** determines a maximum number of actions allowed already exists, then block **4728** provides an error to the user and processing continues back to block **4712**. Block **4728** preferably requires the user to acknowledge the error before continuing back to block **4712**. If block **4726** determines a maximum was not exceeded, then block **4730** interfaces with the user for entering validated action data and block **4732** adds the data record, appropriately updates the list with the new entry, and sets the list cursor appropriately for the next list presentation refresh, before continuing back to block **4712**. If block **4722** determines the user did not want to add an action, processing continues to block **4734**. Block **4732** will add an ADR, HDR **3620** (to set creator information) and TDR **3640**. The DDR and TDR are optionally added by the user. Additionally, at block **4730** the user may add new PARMDR(s) for the action.

If block **4734** determines the user selected to modify an action, then block **4736** interfaces with the user to modify action data of the entry pointed to by the list cursor. The user may change information of the ADR and any associated records (e.g. DDR, TDR). The user may also add the associated records at block **4736**. Block **4736** waits for a user action indicating completion. Block **4736** will continue to block **4738** when the action is detected at block **4736**. If block **4738** determines the user exited, then processing continues back to block **4712**. If block **4738** determines the user selected to save changes made at block **4736**, then block **4740** updates the data and the list is appropriately updated before continuing back to block **4712**. Block **4740** may update the ADR and/or any associated records (e.g. DDR and/or TDR) using the action id field **3750**a (associated to the action item at block **4710**). Block **4740** will update an associated HDR as well. Block **4736** may add a DDR and/or TDR as part of the action change. If block **4734** determines the user did not select to modify an action, then processing continues to block **4752** by way of off-page connector **4750**.

With reference now to FIG. **47**B, if block **4752** determines the user selected to get more details of the action (e.g. show all joinable data to the ADR that is not already presented with the entry), then block **4754** gets additional details (may involve database queries in an SQL embodiment) for the action pointed to by the list cursor, and block **4756** appropriately presents the information to the user. Block **4756** then waits for a user action that the user is complete reviewing details, in which case processing continues back to block **4712** by way of off-page connector **4798**. If block **4752** determines the user did not select to get more detail, then processing continues to block **4758**.

If block **4758** determines the user selected to delete an action, then block **4760** determines any data records (e.g. CDR(s)) that reference the action data record to be deleted. Preferably, no referencing data records (e.g. CDRs) are joinable (e.g. field **3700**d) to the action data record being deleted, otherwise the user may improperly delete an action from a configured charter. The user should remove ascending references to an action for deletion first. Block **4760** continues to block **4762**. If block **4762** determines there was at least one CDR reference, then block **4764** provides an appropriate error with the reference(s) found so the user can subsequently reconcile. Block **4764** preferably requires the user to acknowledge the error before continuing back to block **4712**. If no references were found as determined by block **4762**, then processing continues to block **4766** for deleting the data record currently pointed to by the list

US 10,477,994 B2

205

cursor. Block **4766** also modifies the list for the discarded entry, and sets the list cursor appropriately for the next list presentation refresh, before continuing back to block **4712**. Block **4766** will use the action ID field **3750***a* (associated with the entry at block **4710**) to delete an action. Associated records (e.g. DDR **3600**, HDR **3620**, and TDR **3640**) are also deleted (e.g. preferably with a cascade delete in a SQL embodiment). If block **4758** determines the user did not select to delete an action, then processing continues to block **4768**.

If block **4768** determines the user selected to exit block **4514** processing, then block **4770** cleans up processing thus far accomplished (e.g. issue a stop using database command), and block **4772** completes block **4514** processing. If block **4768** determines the user did not select to exit, then processing continues to block **4774** where all other user actions detected at block **4716** are appropriately handled, and processing continues back to block **4716** by way of off-page connector **4796**.

FIGS. **48**A through **48**B depict flowcharts for describing a preferred embodiment of MS user interface processing for parameter information configuration of block **4518**. With reference now to FIG. **48**A, processing starts at block **4802**, continues to block **4804** for initialization (e.g. a start using database command), and then to block **4806** where groups the user is a member of are accessed. Block **4806** retrieves all GRPDRs **3540** joined to GADRs **3520** such that the descendant type field **3520***c* and descendant ID field **3520***d* match the user information, and the ascendant type field **3520***a* is set to Group and the ascendant ID field **3520***b* matches the group ID field **3540***a*. While there may be different types of groups as defined for the BNF grammar, the GRPDR **3540** is a derivative embodiment which happens to not distinguish. Alternate embodiments may carry a group type field to select appropriate records by group type. Yet another embodiment may not have a block **4806** with processing at block **4808** for gathering data additionally by groups the user is a member of. Block **4806** continues to block **4808**.

Block **4808** accesses all PARMDRs (e.g. all rows from a PARMDR SQL table) for the user of FIG. **48**A matching the owner information of the PARMDRs (e.g. user information matches field **3775***b*) to the user and to groups the user is a member of (e.g. group information matches field **3775***b*; e.g. owner type=group, owner id=group ID field **3540***a* from block **4806**)). The PARMDRs are additionally joined (e.g. SQL join) with DDRs **3600** (e.g. field **3600***b*=Parameter and by matching ID field **3600***a* with field **3775***a*). Description field **3600***c* can provide a useful description last saved by the user for the parameter data. Block **4808** may also retrieve system predefined data records for use and/or management. Thereafter, each joined entry returned at block **4808** is associated at block **4810** with the corresponding data IDs (at least fields **3775***a* and **3540***a*) for easy unique record accesses when the user acts on the data. Block **4810** also initializes a list cursor to point to the first parameter entry to be presented to the user in the list. Thereafter, block **4812** sets user interface indication for where the list cursor is currently set (e.g. set to highlight the entry) and any list scrolling settings are set (the list is initially not set for being scrolled on first FIG. **48**A processing encounter to block **4812** from block **4810**). Block **4812** continues to block **4814** where the entry list is presented to the user in accordance with the list cursor and list scroll settings managed for presentation at block **4812**. Thereafter, block **4816** waits for user action to the presented list of parameter data and will continue to block **4818** when a user action has been detected.

206

Presentation of the scrollable list preferably presents in an entry format reference-able by the list cursor. A parameter entry presented preferably contains fields for: PARMDR field **3775***c*; GRPDR owner information; owning GRPDR owner information and group name if applicable; and DDR information. Alternate embodiments will present less information, or more information (e.g. commands and operands parameters may be used with, parameter descriptions, etc).

If block **4818** determines the user selected to set the list cursor to a different parameter entry, then block **4820** sets the list cursor accordingly and processing continues back to block **4812**. Block **4812** always sets for indicating where the list cursor is currently pointed and sets for appropriately scrolling the list if necessary when subsequently presenting the list at block **4814**. If block **4818** determines the user did not select to set the list cursor, then processing continues to block **4822**. If block **4822** determines the user selected to add a parameter, then block **4824** accesses a maximum number of parameter entries allowed (perhaps multiple maximum values accessed), and block **4826** checks the maximum(s) with the number of current parameter entries defined. There are many embodiments for what deems a maximum (for this user, for a group, for this MS, etc). If block **4826** determines a maximum number of parameter entries allowed already exists, then block **4828** provides an error to the user and processing continues back to block **4812**. Block **4828** preferably requires the user to acknowledge the error before continuing back to block **4812**. If block **4826** determines a maximum was not exceeded, then block **4830** interfaces with the user for entering validated parameter data, and block **4832** adds the data record, appropriately updates the list with the new entry, and sets the list cursor appropriately for the next list presentation refresh, before continuing back to block **4812**. If block **4822** determines the user did not want to add a parameter entry, processing continues to block **4834**. Block **4832** will add a PARMDR, DDR **3600** and HDR **3620** (to set creator information). The DDR is optionally added by the user.

If block **4834** determines the user selected to modify a parameter entry, then block **4836** interfaces with the user to modify parameter data of the entry pointed to by the list cursor. The user may change information of the PARMDR and any associated records (e.g. DDR). The user may also add the associated records at block **4836**. Block **4836** waits for a user action indicating completion. Block **4836** will continue to block **4838** when the complete action is detected at block **4836**. If block **4838** determines the user exited, then processing continues back to block **4812**. If block **4838** determines the user selected to save changes made at block **4836**, then block **4840** updates the data and the list is appropriately updated before continuing back to block **4812**. Block **4840** may update the PARMDR and/or any associated DDR using the parameter id field **3775***a* (associated to the parameter entry at block **4810**). Block **4840** will update an associated HDR as well. Block **4836** may add a new DDR as part of the parameter entry change. If block **4834** determines the user did not select to modify a parameter, then processing continues to block **4852** by way of off-page connector **4850**.

With reference now to FIG. **48**B, if block **4852** determines the user selected to get more details of the parameter entry, then block **4854** gets additional details (may involve database queries in an SQL embodiment) for the parameter entry pointed to by the list cursor, and block **4856** appropriately presents the information to the user. Block **4856** then waits for a user action that the user is complete reviewing details, in which case processing continues back to block **4812** by

US 10,477,994 B2

207

208

way of off-page connector **4898**. If block **4852** determines the user did not select to get more detail, then processing continues to block **4858**.

If block **4858** determines the user selected to delete a parameter entry, then block **4860** determines any data records (e.g. ADR(s)) that reference the parameter data record to be deleted. Preferably, no referencing data records (e.g. ADRs) are joinable (e.g. field **3750**g) to the parameter data record being deleted, otherwise the user may improperly delete a parameter from a configured action. The user should remove references to a parameter entry for deletion first. Block **4860** continues to block **4862**. If block **4862** determines there was at least one reference, block **4864** provides an appropriate error with the reference(s) found so the user can subsequently reconcile. Block **4864** preferably requires the user to acknowledge the error before continuing back to block **4812**. If no references were found as determined by block **4862**, then processing continues to block **4866** for deleting the data record currently pointed to by the list cursor, along with any other related records that can be deleted. Block **4866** also modifies the list for the discarded entry(s), and sets the list cursor appropriately for the next list presentation refresh, before continuing back to block **4812**. Block **4866** will use the parameter ID field **3775**a (associated with the entry at block **4810**) to delete the parameter entry. Associated records (e.g. DDR **3600**, and HDR **3620**) are also deleted (e.g. preferably with a cascade delete in a SQL embodiment). If block **4858** determines the user did not select to delete a parameter entry, then processing continues to block **4868**.

If block **4868** determines the user selected to exit block **4518** processing, then block **4870** cleans up processing thus far accomplished (e.g. issue a stop using database command), and block **4872** completes block **4518** processing. If block **4868** determines the user did not select to exit, then processing continues to block **4874** where all other user actions detected at block **4816** are appropriately handled, and processing continues back to block **4816** by way of off-page connector **4896**.

FIGS. **39**A, **40**A, **41**A, **46**A, **47**A and **48**A assume a known identity of the user for retrieving data records. Alternate embodiments may provide a user interface option (e.g. at block **3904/4004/4104/4604/4704/4804**) for whether the user wants to use his own identity, or a different identity (e.g. impersonate another user, a group, etc). In this embodiment, processing (e.g. block **3904/4004/4104/4604/4704/4804**) would check permissions/privileges for the user (of FIG. **39**A, **40**A, **41**A, **46**A, **47**A and/or **48**A) for whether or not an impersonation privilege was granted by the identity the user wants to act on behalf of. If no such privilege was granted, an error would be presented to the user. If an impersonation privilege was granted to the user, then applicable processing (FIGS. **39**A&B, FIGS. **40**A&B, FIGS. **41**A&B, FIGS. **46**A&B, FIGS. **47**A&B and/or FIGS. **48**A&B) would continue in context of the permitted impersonated identity. In another embodiment, an impersonation privilege could exist from a group to another identity for enforcing who manages grants for the group (e.g. **3904/4004/4104/4604/4704/4804** considers this privilege for which group identity data can, and cannot, be managed by the user). One privilege could govern who can manage particular record data for the user. Another privilege can manage who can be maintained to a particular group. Yet another embodiment could have a specific impersonation privilege for each of FIGS. **39**A&B, FIGS. **40**A&B, FIGS. **41**A&B, FIGS. **46**A&B, FIGS. **47**A&B and/or FIGS. **48**A&B. Yet another embodiment uses Grantor field infor-

mation (e.g. fields **3500**c and **3500**d) for matching to the user's identity(s) (user and/or group(s)) for processing when the choice is available (e.g. in a GDR for permissions and/or charters). Similarly, an administrator or authorized user may make configurations for an intended user of the MS.

FIGS. **39**A, **40**A, **41**A, **46**A, **47**A and **48**A may also utilize VDRs **3660** if referenced in any data record fields of processing for elaboration to constructs or values that are required at a processing block. Appropriate variable name referencing syntax, or variable names referenced in data record fields, will be used to access VDR information for elaboration to the value(s) that are actually needed in data record information when accessed.

FIG. **49**A depicts an illustration for preferred permission data **10** processing in the present disclosure LBX architecture, for example when WDRs are in-process of being maintained to queue **22**, or being inbound to a MS (referred to generally as "incoming" in FIG. **49**A). Table **4920** depicts considerations for privilege data (i.e. permission data **10**) resident at the MS of a first identity $ID_1$ (grammar ID/ID-Type), depending on privileges granted in the following scenarios:

2) The first identity $ID_1$ (Grantor) granting a privilege to a second identity $ID_2$ (Grantee; grammar ID/IDType), as shown in cell **4924**: Privilege data is maintained by $ID_1$ at the $ID_1$ MS as is used to govern actions, functionality, features, and/or behavior for the benefit of $ID_2$, by a) processing $ID_1$ WDR information at the $ID_2$ MS (preferably, privileges are communicated to $ID_2$ MS for enforcing and/or cloning there), b) processing $ID_2$ WDR information at the $ID_1$ MS (privileges locally maintained to $ID_1$), and c) processing $ID_1$ WDR information at the $ID_1$ MS (privileges locally maintained to $ID_1$);

3) The first identity $ID_1$ (Grantor) granting a privilege to himself (Grantee), as shown in cell **4922**: Preferably, privilege data in this case is not necessary, no configuration interface is required for this scenario, and an identity implicitly has all conceivable privileges assigned to himself by default; however, alternatively privileges may be appropriate for activating/deactivating functionality;

4) The second identity $ID_2$ (Grantor) granting a privilege to the first identity (Grantee), as shown in cell **4926**: Privilege data is used for informing $ID_1$ (or enabling $ID_1$ to clone per a privilege) and to govern actions, functionality, features, and/or behavior for the benefit of $ID_1$, by a) processing $ID_2$ WDR information at the $ID_1$ MS (preferably, privileges are communicated to $ID_1$ MS for enforcing and/or cloning there), b) processing $ID_1$ WDR information at the $ID_2$ MS (privileges locally maintained to $ID_2$); and c) processing $ID_2$ WDR information at the $ID_2$ MS (privileges locally maintained to $ID_2$); and/or

5) The second identity granting a privilege to himself, as shown in cell **4928**: Preferably, privilege data in this case is not necessary, no communications interface is required for this scenario, and an identity implicitly has all conceivable privileges assigned to himself by default; however, alternatively privileges may be appropriate for activating/deactivating functionality.

Table **4940** depicts considerations for privilege data (i.e. permission data **10**) resident at the MS of a second identity $ID_2$ (grammar ID/IDType), depending on privileges granted in the following scenarios:

6) A first identity $ID_1$ (Grantor) granting a privilege to the second identity $ID_2$ (Grantee; grammar ID/IDType), as

US 10,477,994 B2

209

210

shown in cell **4944**: Privilege data is used for informing $ID_2$ (or enabling $ID_1$ to clone per a privilege) and to govern actions, functionality, features, and/or behavior for the benefit of $ID_2$, by a) processing $ID_1$ WDR information at the $ID_2$ MS (preferably, privileges are communicated to $ID_1$ MS for enforcing and/or cloning there), b) processing $ID_2$ WDR information at the $ID_1$ MS (privileges locally maintained to $ID_1$), and c) processing $ID_1$ WDR information at the $ID_1$ MS (privileges locally maintained to $ID_1$);

7) The first identity $ID_1$ (Grantor) granting a privilege to himself (Grantee), as shown in cell **4942**: Preferably, privilege data in this case is not necessary, no communications interface is required for this scenario, and an identity implicitly has all conceivable privileges assigned to himself by default; however, alternatively privileges may be appropriate for activating/deactivating functionality;

8) The second identity $ID_2$ (Grantor) granting a privilege to the first identity (Grantee), as shown in cell **4946**: Privilege data is maintained by $ID_2$ at the $ID_2$ MS as is used to govern actions, functionality, features, and/or behavior for the benefit of $ID_1$, by a) processing $ID_2$ WDR information at the $ID_1$ MS (preferably, privileges are communicated to $ID_1$ MS for enforcing and/or cloning there), b) processing $ID_1$ WDR information at the $ID_2$ MS (privileges locally maintained to $ID_2$) and c) processing $ID_2$ WDR information at the $ID_2$ MS (privileges locally maintained to $ID_2$); and/or

9) The second identity granting a privilege to himself, as shown in cell **4948**: Preferably, privilege data in this case is not necessary, no configuration interface is required for this scenario, and an identity implicitly has all conceivable privileges assigned to himself by default; however, alternatively privileges may be appropriate for activating/deactivating functionality.

FIG. **49**B depicts an illustration for preferred charter data **12** processing in the present disclosure LBX architecture, for example when WDRs are in-process of being maintained to queue **22**, or being inbound to a MS (referred to generally as "incoming" in FIG. **49**B). Table **4960** depicts considerations for charter data resident at the MS of a first identity $ID_1$ (grammar ID/IDType), depending on privileges granted in the following scenarios:

1) The first identity $ID_1$ (Grantee) owning a charter for use at the MS of a second identity $ID_2$ (Grantor; grammar ID/IDType), as shown in cell **4964**: Charter data is maintained by $ID_1$ at the $ID_1$ MS for being candidate use at the $ID_2$ MS to cause actions, functionality, features, and/or behavior, in accordance with configured permission data **10**, for the benefit of either $ID_1$ or $ID_2$ by a) processing $ID_2$ WDR information at the $ID_1$ MS (preferably, charters are communicated to $ID_2$ MS for use there), and b) processing $ID_1$ WDR information at the $ID_2$ MS (preferably, charters are communicated to $ID_2$ MS for use there);

2) The first identity $ID_1$ (Grantee) owning a charter for use at his own MS, as shown in cell **4962**: Charter data is maintained locally for local use to cause actions, functionality, features, and/or behavior, in accordance with configured permission data **10**, for the benefit of either $ID_1$ or $ID_2$ by a) processing $ID_1$ WDR information at the $ID_1$ MS, and b) processing $ID_2$ WDR information at the $ID_1$ MS;

3) The second identity $ID_2$ (Grantee) owning a charter for use at the MS of the first identity $ID_1$ (Grantor; grammar ID/IDType), as shown in cell **4966**: Charter data is used at the $ID_1$ MS for informing $ID_1$ and enforcing

cause of actions, functionality, features, and/or behavior, in accordance with configured permission data **10**, for the to benefit of either $ID_1$ or $ID_2$ by a) processing $ID_2$ WDR information at the $ID_1$ MS (preferably, charters are communicated to $ID_1$ MS for use there), and b) processing $ID_1$ WDR information at the $ID_1$ MS (preferably, charters are communicated to $ID_1$ MS for use there); and/or

4) The second identity $ID_2$ (Grantee) owning a charter at his own MS, as shown in cell **4968**: Charter data may be communicated to the $ID_1$ MS for informing $ID_1$, allowing $ID_1$ to browse, or allowing $ID_1$ to use as a template for cloning and then making/maintaining into $ID_1$'s own charter(s), wherein each reason for communicating to the $ID_1$ MS (or processing at the $ID_1$ MS) has a privilege grantable from $ID_2$ to $ID_1$.

Table **4980** depicts considerations for charter data resident at the MS of a second identity $ID_2$ (grammar ID/IDType), depending on privileges granted in the following scenarios:

5) The first identity $ID_1$ (Grantee) owning a charter for use at the MS of the second identity $ID_2$ (Grantor), as shown in cell **4984**: Charter data is used at the $ID_2$ MS for informing $ID_2$ and enforcing cause of actions, functionality, features, and/or behavior, in accordance with configured permission data **10**, for the benefit of either $ID_1$ or $ID_2$ by a) processing $ID_2$ WDR information at the $ID_2$ MS (preferably, charters are communicated to $ID_2$ MS for use there), and b) processing $ID_1$ WDR information at the $ID_2$ MS (preferably, charters are communicated to $ID_2$ MS for use there);

6) The first identity $ID_1$ (Grantee) owning a charter for use at his own MS, as shown in cell **4982**: Charter data may be communicated to the $ID_2$ MS for informing $ID_2$, allowing $ID_2$ to browse, or allowing $ID_2$ to use as a template for cloning and then making into $ID_2$'s own charter(s), wherein each reason for communicating to the $ID_2$ MS (or processing at the $ID_1$ MS) has a privilege grantable from $ID_1$ to $ID_2$.

7) The second identity $ID_2$ (Grantee) owning a charter for use at the MS of the first identity $ID_1$ (Grantor; grammar ID/IDType), as shown in cell **4986**: Charter data is maintained by $ID_2$ at the $ID_2$ MS for being candidate use at the $ID_1$ MS to cause actions, functionality, features, and/or behavior, in accordance with configured permission data **10**, for the benefit of either $ID_1$ or $ID_2$ by a) processing $ID_2$ WDR information at the $ID_1$ MS (preferably, charters are communicated to $ID_1$ MS for use there), and b) processing $ID_1$ WDR information at the $ID_1$ MS (preferably, charters are communicated to $ID_1$ MS for use there); and/or

8) The second identity $ID_2$ (Grantee) owning a charter at his own MS, as shown in cell **4988**: Charter data is maintained locally for local use to cause actions, functionality, features, and/or behavior, in accordance with configured permission data **10**, for the benefit of either $ID_1$ or $ID_2$ by a) processing $ID_1$ WDR information at the $ID_2$ MS, and b) processing $ID_2$ WDR information at the $ID_2$ MS.

Various embodiments will implement any reasonable subset of the considerations of FIGS. **49**A and **49**B, for example to minimize or eliminate communicating a user's permissions **10** and/or charters **12** to another MS, or to prevent storing the same permissions and/or charters data at more than one MS. FIGS. **49**A and **49**B are intended to highlight feasible embodiments wherein FIG. **49**B terminology "incoming" is used generally for referring to WDRs in-process which are a) being maintained (e.g. "incoming" as

US 10,477,994 B2

211

being maintained to queue 22); and b) incoming to a particular MS (e.g. "incoming" as being communicated to the MS).

In one subset embodiment, privileges and charters are only maintained at the MS where they are configured for driving LBX features and functionality. In another embodiment, privileges are maintained at the MS where they were configured as well as any MSs which are relevant for those configurations, yet charters are only maintained at the MS where they are configured. In yet another embodiment, privileges and charters are maintained at the MS where they were configured, as well as any MSs which are relevant for those configurations. In another embodiment, a MS may not have all privileges assigned to itself (said to be assigned to the user of the MS) by default. Privileges may require being enabled as needed for any users to have the benefits of the associated LBX features and functionality. Thus, the considerations highlighted by FIGS. 49A and 49B are to "cover many bases" with any subset embodiment within the scope of the present disclosure.

Preferably, statistics are maintained by WITS for counting occurrences of each variety of the FIGS. 49A and 49B processing scenarios. WITS processing should also keep statistics for the count by privilege, and by charter, of each applicable WITS processing event which was affected. Other embodiments will maintain more detailed statistics by MS ID, Group ID, or other "labels" for categories of statistics. Still other embodiments will categorize and maintain statistics by locations, time, applications in use at time of processing scenarios, etc. Applicable statistical data can be initialized at internalization time to prepare for proper gathering of useful statistics during WITS processing.

FIGS. 50A through 50C depict an illustration of data processing system wireless data transmissions over some wave spectrum for further explaining FIGS. 13A through 13C, respectively. Discussions above for FIGS. 13A through 13C are expanded in explanation for FIGS. 50A through 50C, respectively. It is well understood that the DLM 200a (FIGS. 13A and 50A), ILM 1000k (FIGS. 13B and 50B) and service(s) (FIGS. 13C and 50C) can be capable of communicating bidirectionally. Nevertheless, FIGS. 50A through 50C clarify FIGS. 13A through 13C, respectively, with a bidirectional arrow showing data flow "in the vicinity" of the DLM 200a, ILM 1000k, and service(s), respectively. All disclosed descriptions for FIGS. 13A through 13C are further described by FIGS. 50A through 50C, respectively. In all embodiments, MSs communicate in a peer to peer manner. Any of a variety of useful protocols may be used to accomplish the peer to peer communications between MSs. No server is required to carry out MS location based functionality.

With reference now to FIG. 50A, "in the vicinity" language is described in more detail for the MS (e.g. DLM 200a) as determined by clarified maximum range of transmission 1306. In some embodiments, maximum wireless communications range (e.g. 1306) is used to determine what is in the vicinity of the DLM 200a. In other embodiments, a data processing system 5090 may be communicated to as an intermediary point between the DLM 200a and another data processing system 5000 (e.g. MS or service) for increasing the distance of "in the vicinity" between the data processing systems to carry out LBX peer to peer data communications. Data processing system 5090 may further be connected to another data processing system 5092, by way of a connection 5094, which is in turn connected to a data processing system 5000 by wireless connectivity as disclosed. Data processing systems 5090 and 5092 may be

212

a MS, service, router, switch, bridge, or any other intermediary data processing system (between peer to peer interoperating data processing systems 200a and 5000) capable of communicating data with another data processing system. Connection 5094 may be of any type of communications connection, for example any of those connectivity methods, options and/or systems discussed for FIG. 1E. Connection 5094 may involve other data processing systems (not shown) for enabling peer to peer communications between DLM 200a and data processing system 5000. FIG. 50A clarifies that "in the vicinity" is conceivably any distance from the DLM 200a as accomplished with communications well known to those skilled in the art demonstrated in FIG. 50A. In some embodiments, data processing system 5000 may be connected at some time with a physically connected method to data processing system 5092, or DLM 200a may be connected at some time with a physically connected method to data processing system 5090, or DLM 200a and data processing system 5000 may be connected to the same intermediary data processing system. Regardless of the many embodiments for DLM 200a to communicate in a LBX peer to peer manner with data processing system 5000, DLM 200a and data processing system 5000 preferably interoperate in context of the LBX peer to peer architecture. In some embodiments, data processing systems between DLM 200a and the data processing system 5000 intercept data for tracking, book-keeping, statistics, and for maintaining data potentially accessed by service informant code 28, however, the LBX peer to peer model is preferably not interfered with.

Data processing system 5000 may be a DLM, ILM, or service being communicated with by DLM 200a as disclosed in the present disclosure for FIGS. 13A through 13C, or for FIGS. 50A through 50C. LBX architecture is founded on peer to peer interaction between MSs without requiring a service to middleman data, however data processing systems 5090, 5092 and those applicable to connection 5094 can facilitate the peer to peer interactions. In some embodiments, data processing systems between DLM 200a and the data processing 5000 intercept data for tracking, book-keeping, statistics, and for maintaining data potentially accessed by service informant code 28, however, the LBX peer to peer model is preferably not interfered with. Data processing system 5000 generically represents a DLM, ILM or service(s) for analogous FIGS. 13A through 13C processing for sending/broadcasting data such as a data packet 5002 (like 1302/1312). When a Communications Key (CK) 5004 (like 1304/1314) is embedded within data 5002, data 5002 is considered usual communications data (e.g. protocol, voice, or any other data over conventional forward channel, reverse channel, voice data channel, data transmission channel, or any other appropriate channel) which has been altered to contain CK 5004. Data 5002 contains a CK 5004 which can be detected, parsed, and processed when received by an MS or other data processing system in the vicinity (conceivably any distance depending on embodiment) of data processing system 5000 as determined by the maximum range of transmission 5006 (like 1306/1316). CK 5004 permits "piggy-backing" on current transmissions to accomplish new functionality as disclosed herein. Transmissions radiate out in all directions in a manner consistent with the wave spectrum used, and data carried thereon may or may not be encrypted (e.g. encrypted WDR information). The radius 5008 (like 1308/1318) represents a first range of signal reception from data processing system 5000 (e.g. antenna thereof), perhaps by a MS. The radius 5010 (like 1310/1320) represents a second range of signal reception

US 10,477,994 B2

213

214

from data processing system **5000** (e.g. antenna thereof), perhaps by a MS. The radius **5011** (like **1311/1322**) represents a third range of signal reception from data processing system **5000** (e.g. antenna thereof), perhaps by a MS. The radius **5006** (like **1306/1316**) represents a last and maximum range of signal reception from data processing system **5000** (e.g. antenna thereof), perhaps by a MS (not shown). The time of transmission from data processing system **5000** to radius **5008** is less than times of transmission from service to radiuses **5010**, **5011**, or **5006**. The time of transmission from data processing system **5000** to radius **5010** is less than times of transmission to radiuses **5011** or **5006**. The time of transmission from data processing system **5000** to radius **5011** is less than time of transmission to radius **5006**. In another embodiment, data **5002** contains a Communications Key (CK) **5004** because data **5002** is new transmitted data in accordance with the present disclosure. Data **5002** purpose is for carrying CK **5004** information for being detected, parsed, and processed when received by another MS or data processing system in the vicinity (conceivably any distance depending on embodiment) of data processing system **5000** as determined by the maximum range of transmission.

With reference now to FIG. **50B**, "in the vicinity" language is described in more detail for the MS (e.g. ILM **1000***k*) as determined by clarified maximum range of transmission **1306**. In some embodiments, maximum wireless communications range (e.g. **1306**) is used to determine what is in the vicinity of the ILM **1000***k*. In other embodiments, a data processing system **5090** may be communicated to as an intermediary point between the ILM **1000***k* and another data processing system **5000** (e.g. MS or service) for increasing the distance of "in the vicinity" between the data processing systems to carry out LBX peer to peer data communications. Data processing system **5090** may further be connected to another data processing system **5092**, by way of a connection **5094**, which is in turn connected to a data processing system **5000** by wireless connectivity as disclosed. Data processing systems **5090** and **5092** may be a MS, service, router, switch, bridge, or any other intermediary data processing system (between peer to peer interoperating data processing system **1000***k* and **5000**) capable of communicating data with another data processing system. Connection **5094** may be of any type of communications connection, for example any of those connectivity methods, options and/or systems discussed for FIG. **1E**. Connection **5094** may involve other data processing systems (not shown) for enabling peer to peer communications between ILM **1000***k* and data processing system **5000**. FIG. **50B** clarifies that "in the vicinity" is conceivably any distance from the ILM **1000***k* as accomplished with communications well known to those skilled in the art demonstrated in FIG. **50B**. In some embodiments, data processing system **5090** may be connected at some time with a physically connected method to data processing system **5092**, or ILM **1000***k* may be connected at some time with a physically connected method to data processing system **5090**, or ILM **1000***k* and data processing system **5000** may be connected to the same intermediary data processing system. Regardless of the many embodiments for ILM **1000***k* to communicate in a LBX peer to peer manner with data processing system **5000**, ILM **1000***k* and data processing system **5000** preferably interoperate in context of the LBX peer to peer architecture. In some embodiments, data processing systems between ILM **1000***k* and the data processing system **5000** intercept data for tracking, book-keeping, statistics, and for maintain-

ing data potentially accessed by service informant code **28**, however, the LBX peer to peer model is preferably not interfered with.

With reference now to FIG. **50C**, "in the vicinity" language is described in more detail for service(s) as determined by clarified maximum range of transmission **1316**. In some embodiments, maximum wireless communications range (e.g. **1316**) is used to determine what is in the vicinity of the service(s). In other embodiments, a data processing system **5090** may be communicated to as an intermediary point between the service(s) and another data processing system **5000** (e.g. MS) for increasing the distance of "in the vicinity" between the data processing systems to carry out LBX peer to peer data communications. Data processing system **5090** may further be connected to another data processing system **5092**, by way of a connection **5094**, which is in turn connected to a data processing system **5000** by wireless connectivity as disclosed. Data processing systems **5090** and **5092** may be a MS, service, router, switch, bridge, or any other intermediary data processing system (between peer to peer interoperating data processing system service(s) and **5000**) capable of communicating data with another data processing system. Connection **5094** may be of any type of communications connection, for example any of those connectivity methods, options and/or systems discussed for FIG. **1E**.

Connection **5094** may involve other data processing systems (not shown) for enabling peer to peer communications between service(s) and data processing system **5000**. FIG. **50C** clarifies that "in the vicinity" is conceivably any distance from the service(s) as accomplished with communications well known to those skilled in the art demonstrated in FIG. **50C**. In some embodiments, data processing system **5000** may be connected at some time with a physically connected method to data processing system **5092**, or service(s) may be connected at some time with a physically connected method to data processing system **5090**, or service(s) and data processing system **5000** may be connected to the same intermediary data processing system. Regardless of the many embodiments for service(s) to communicate in a LBX peer to peer manner with data processing system **5000**, service(s) and data processing system **5000** preferably interoperate in context of the LBX peer to peer architecture. In some embodiments, data processing systems between service(s) and the data processing system **5000** intercept data for tracking, book-keeping, statistics, and for maintaining data potentially accessed by service informant code **28**, however, the LBX peer to peer model is preferably not interfered with.

In an LN-expanse, it is important to know whether or not WDR information is of value for locating the receiving MS, for example to grow an LN-expanse with newly located MSs. FIGS. **50A** through **50C** demonstrate that WDR information sources may be great distances (over a variety of communications paths) from a particular MS receiving the WDR information. Carrying intermediary system indication is well known in the art, for example to know the number of hops of a communications path. The preferred embodiment uses communications reference field **1100***g* to maintain whether or not the WDR encountered any intermediate systems, for example as identified with hops, network address change(s), channel extender transmission indications, or any pertinent data to indicate whether the WDR encountered anything other than a wireless transmission (e.g. directly between the sending MS and receiving MS). This provides FIG. **26B** with a means to qualify the peek at block **2634** for only those WDRs which show field **1100***g* to

US 10,477,994 B2

215

be over a single wireless connection from the source to the MS (i.e. block **2634** to read as "Peek all WDRs from queue **22** for confidence > confidence floor and most recent in trailing f(WTV) period of time and field **1100g** indicating a wireless connected source over no intermediary systems"). Field **1100g** would be set intelligently for all WDRs received and processed by the MS (e.g. inserted to queue **22**). In another embodiment, fields **1100e** and **1100f** are used to indicate that the WDR can be relied upon for triangulating a new location of the MS (e.g. block **2660** altered to get the next WDR from the REMOTE_MS list which did not arrive except through a single wireless path). In other embodiments, the correlation (e.g. field **1100m**) can be used to know whether it involved more than a single wireless communications path. The requirement is to be able to distinguish between WDRs that can contribute to locating a MS and WDRs which should not be used to locate the MS. In any case, WDRs are always useful for peer to peer interactions as governed by privileges and charters (see WITS filtering discussed below).

In other embodiments, the WDR fields **1100e** and **1100f** information is altered to additionally contain the directly connected system whereabouts (e.g. intermediary system **5090** whereabouts) so that the MS (e.g. **1000k**) can use that WDR information relevant for locating itself (e.g. triangulating the MS whereabouts). This ensures that a MS receives all relevant WDRs from peers and also uses the appropriate WDR information for determining its own location. FIG. **26B** would distinguish between the data that describes the remote MS whereabouts from the data useful for locating the receiving MS. A preferred embodiment always sets an indicator to at least field **1100e**, **1100f**, or **1100g** for indicating that the WDR was in transit through one or more intermediary system(s). This provides the receiving MS with the ability to know whether or not the WDR was received directly from a wireless in-range MS versus a MS which can be communicated with so that the receiving MS can judiciously process the WDR information (see WITS filtering discussed below).

An alternate embodiment supports WDR information source systems which are not in wireless range for contributing to location determination of a MS. For example, a system can transmit WDR information outbound in anticipation of when it will be received by a MS, given knowledge of the communication architecture. Outbound date/time information is strategically set along with other WDR information to facilitate making a useful measurement at a receiving MS (e.g. TDOA). The only requirement is the WDR conform to a MS interface and be "true" to how fields are set for LBX interpretation and appropriate processing, for example to emulate a MS transmitting useful WDR information.

WITS filtering provides a method for filtering out (or in) WDRs which may be of use for locating the receiving MS, or are of use for permission and/or charter processing. Supporting ranges beyond a range within wireless range to a MS can cause a massive number of WDRs to be visible at a MS. Thus, only those WDRs which are of value, or are candidate for triggering permissions or charter processing, are to be processed. Application fields **1100k** may also contain data which affects WITS filtering (e.g. appfld-.loc.blackout). WITS filtering can use the source information (e.g. MS ID) or any other WDR fields, or any combination of WDR fields to make a determination if the WDR deserves further processing. The longer range embodiment of FIGS. **50**A through **50**C preferably incorporates a send transmission for directing the WDRs to MSs which have

216

candidate privileges and/or charters in place, rather than a broadcast for communicating WDRs. Broadcasting can flood a network and may inundate MSs with information for WITS filtering, however the multithreaded LBX architecture may process efficiently even for broadcast data.

In another embodiment, a configuration can be made (user or system) wherein FIGS. **13**A through **13**C are applicable, and non-wireless range originated WDRs are always ignored. For example, a WDR Range Configuration (WRC) indicates how to perform WITS filter processing:

  1) Ignore WDRs which are originated from a wirelessly connected source (e.g. within range **1306**);
  2) Consider all WDRs regardless of source;
  3) Ignore all WDRs regardless of source; and/or
  4) Ignore WDRs which are not originated from a wirelessly connected source.

WDR fields, as described above, are to contain where the WDR originated and any relevant path it took to arrive. Block **1496** may be modified to include new blocks **1496a**, **1496b**, and **1496c** such that:

  Block **1496a** checks to see if the user selected to configure the WRC—an option for configuration at block **1406** wherein the user action to configure it is detected at block **1408**;

  Block **1496b** is processed if block **1496a** determines the user did select to configure the WRC. Block **1496b** interfaces with the user for a WRC setting (e.g. a block **1496b-1** to prepare parameters for FIG. **18** processing, and a block **1496b-2** for invoking the Configure value procedure of FIG. **18** to set the WRC). Processing then continues to block **1496c**.

  Block **1496c** is processed if block **1496a** determines the user did not select to configure the WRC, or as the result of processing leaving block **1496b**. Block **1496c** handles other user interface actions leaving block **1408** (e.g. becomes the "catch all" as currently shown in block **1496** of FIG. **14**B).

The WRC is then used appropriately by WITS processing for deciding what to do with the WDR in process. Assuming the WDR is to be processed further, and the WDR is not of use to locate the receiving MS, then permissions **10** and charters **12** are still checked for relevance of processing the WDR (e.g. MS ID matches active configurations, WDR contains potentially useful information for configurations currently in effect, etc). In an alternative embodiment, WITS filtering is performed at existing permission and charter processing blocks so as to avoid redundantly checking permissions and charters for relevance.

FIG. **51**A depicts an example of a source code syntactical encoding embodiment of permissions, derived from the grammar of FIGS. **30**A through **30**E, for example as user specified, system maintained, system communicated, system generated, authorized administrator defined, etc. In one embodiment, a user may specify the source code as a portion of a hosting programming source code like C, C++, C#, Java, or any other programming language. The hosting programming source code compiler or interpreter shall recognize keywords (e.g. Permissions) to then uniquely parse and process the source code stream between associated delimiters (e.g. { }) in a unique way, for example as handled by new compiler/interpreter code, or with a processing plug-in appropriately invoked by the compiler/interpreter. This allows adapting an existing programming environment to handle the present disclosure with specific processing for the recognized source code section(s). In another embodiment, the present disclosure source code is handled as any other source code of the hosting programming environment

US 10,477,994 B2

217

through closely adapting the hosting programming source code syntax, incorporating new keywords and contextual processing, and maintaining data and variables like other hosting programming environment variables.

FIG. 51A shows that a Permissions block contains "stuff" between delimiters ({,}) like C, C++, C#, and the Java programming languages (all referred hereinafter as Popular Programming Languages (PPLs)), except the reserved keyword "Permissions" qualifies the block which follows. Statements within the block are also aligned with syntax of PPLs. Here is an in-context description of FIG. 51A:

Text(str)="Test Case #106729 (context)";

The str variable is of type Text (i.e. BNF Grammar "text string") and is set with string "Test Case #106729 (context)". Below will demonstrate variable string substitution for the substring "context" when str is instantiated.

Generic(assignPrivs)="G=Family,Work,\vuloc
    [T=>20080402000130.24,<20080428; D=*str; H;]";

The assignPrivs variable is of type Generic and is set with a long string containing lots of stuff. Generic tells the internalizer to treat the assigned value as text string without any variable type validation at this time. The BNF grammar showed that variables have a type to facilitate validation at parse time of what has been assigned, however type checking is really not necessary since validation will occur in contexts when a variable is instantiated anyway. Another variable type (VarType) to introduce to the BNF grammar is "Generic" wherein anything assigned to the variable is to have its type delayed until after instantiation (i.e. when referenced later). Note that the str variable is not instantiated at this time (i.e. =the preferred embodiment, however an alternate embodiment would instantiate str at this time). Below will demonstrate a Generic variable instantiation.

Groups
    LBXPHONE_USERS=Austin, Davood, Jane, Kris, Mark, Ravi, Sam, Tim;
    "SW Components"="SM 1.0", "PIP 1.0", "PIPGUI 1.0", "SMGUI 1.0", "COMM 1.0", "KERNEL 1.1";
}

Two (2) groups are defined. In this example embodiment, "Groups" is a reserved keyword identifying a groups definition block just as "Permissions" did the overall block. The "LBXPHONE_USERS" group is set to a simplified embodiment of MS IDs Austin, Davood, etc; and the "SW Components" group is set to LBX Phone software modules with current version numbers. Any specification of the BNF Grammar (e.g. group name, group member, etc) with intervening blanks can be delimited with double quotes to make blanks significant.

Grants /* Can define Grant structure(s) prior to assignment */{
. . .
}

In this example embodiment, "Grants" is a reserved keyword identifying a Grants definition block just as "Permissions" did the overall block. Statements within the Grants block are for defining Grants which may be used later for assigning privileges. "//" starts a comment line like PPLs, and "/*" . . . "*/" delimits comment lines like PPLs.

Family=\lbxall[R=0xFFFFFFFF;][D=*str
    (context="Family")];

A grant named "Family" is assigned the privilege "\lbxall" and is relevant for all MS types (i.e. 0xFFFFFFFF such that the "R" is a specification for MSRelevance). \lbxall is the all inclusive privilege for all LBX privileges. \lbxall maps to a unique privilege id (e.g. maintained to field 3530a, FIGS. 34F and 52 "unsigned long priv", etc). Optional specifica-

218

tions are made with delimiters "[" and "]", which coincidentally were used in defining the BNF grammar optional specifications. Each optional specification can have its own delimiters, or all optional specifications could have been made in a single pair of delimiters. The "D" specification is a Description specification which is set to an instantiation of the str variable using a string substitution. Thus, the Description is set to the string "Test Case #106729 (Family)".

Work=[T=YYYYMMDD08:YYYYMMDD17;D=*str
    (context="Work");H;]{
. . .
};

A grant named "Work" is assigned as a parent grant to other grant definitions, in which case a delimited block for further grant definitions can be assigned. Optional specifications can be made for the Work grant prior to defining subordinate grants either before the Work grant block, or after the block just prior to the block terminating semicolon (";"). The Work grant has been assigned an optional "T" specification for a TimeSpec qualifying the grant to be in effect for every day of every month of every year for only the times of 8 AM through 5 PM. The Work grant also defined a Description of "Test Case #106729 (Work)". The "H" specification tells the internalizer to generate History information (e.g. FIGS. 36B, 33A, 34E HISTRY, etc) for the Work grant.

"Department 232"=\geoar,\geode,\nearar,\nearde;

The grant "Department 232" is subordinate to "Work" and has four (4) privileges assigned, and no optional specifications.

"Department 458"=[D="Davood lyadi's mgt scope";] {
    "Server Development Team"=;
    "IbxPhone Development Team"=
        {
        "Comm Layer Guys"=\mssys;\msbios;
        "GUI girls"=\msguiload;
        "Mark and Tim"=\msapps;
    };
};

The grant "Department 458" is subordinate to "Work", has an optional Description specification, and has two (2) subordinate grants defined. The grant "Server Development Team" is defined, but has no privileges or optional specifications. The grant "IbxPhone Development Team" is subordinate to "Work", has no optional specifications, and has three (3) subordinate grants defined. The grant "Comm Layer Guys" has two (2) privileges assigned (\mssys and \msbios), the grant "GUI girls" has one (1) privilege assigned (\msguiload), and the grant "Mark and Tim" has one (1) privilege assigned (\msapps).

"Accounting Department" [H;]=\track;

The grant "Accounting Department" is subordinate to "Work", has optional History information to be generated, and has one (1) privilege assigned.

Parents={Mom=\lbxall; Dad=\lbxall;};
Michael-Friends=\geoarr;\geode;
Jason-Friends=\nearar;\nearde;

The grant "Parents" is independent of the Work grant (a peer), has two (2) subordinate grants "Mom" and "Dad", each with a single privilege assigned. The grants "Michael-Friends" and "Jason-Friends" are each independent of other grants, and each have two (2) privileges assigned. A nested tree structure of Grants so far compiled which can be used for privilege assignments are:

Family
Work
Department 232
Department 458

US 10,477,994 B2

219                                                              220

Server Development Team
IbxPhone Development Team
    Comm Layer Guys
    GUI girls
    Mark and Tim
Accounting Department
Parents
Mom
Dad
Michael-Friends
Jason-Friends

The nested structure of the source code was intended to highlight the relationship of grants defined. Note that assigning the Work grant from one ID to another ID results in assigning all privileges of all subordinate grants (i.e. \geoar; \geode; \nearar; \nearde; \mssys; \msbios; \msguiload; \msapps; \track).

Bill: LBXPHONE_USERS [G=\caller;\callee;\trkall;];
The MS ID Bill assigns (i.e. Grant specification "G") three (3) privileges to the LBXPHONE_USERS group (i.e. to each member of the group). Privileges and/or grants can be granted. The \caller privilege enables LBXPHONE_USERS member MSs to be able to call the Bill MS. The \callee privilege enables the Bill MS to call LBXPHONE_USERS member MSs. The \trkall privilege enables LBXPHO-NE_USERS members to use the MS local tracking application for reporting mobile whereabouts of the Bill MS. The grants are optional (i.e. "[" and "]") because without specific grants and/or privileges specified, all privileges are granted.

LBXPHONE_USERS: Bill [G=\callee;\caller;];
Each member of the LBXPHONE_USERS group assigns (i.e. Grant specification "G") two (2) privileges to the Bill MS. The \caller privilege enables the Bill MS to be able to call any of the members of the LBXPHONE_USERS group. The \callee privilege enables the LBXPHONE_USERS member MSs to call the Bill MS.

Bill:Sophia;
All system privileges are assigned from Bill to Sophia.

Bill:Brian [*assignPrivs];
The assignPrivs variable is instantiated to "G=Family,Work, \vuloc [T=>20080402000130.24,<20080428; D=*str; H;]" as though that configuration were made literally as:

Bill:Brian                    [G=Family,Work,\vuloc
    [T=>20080402000130.24,<20080428;   D="Test Case
    #106729 (context)";];
Note the str variable is now instantiated as well. Bill grants Brian all privileges defined in the Family grant, all privileges of the Work grant, and the specific \vuloc privilege. The privilege \vuloc has optional specifications for TimeSpec (i.e. after 1 minute 30.24 seconds into Apr. 2, 2008 and prior to Apr. 28, 2008), Description, and History to be generated. The optional specifications ([ . . . ]) would have to be outside of the other optional delimiter specifications (e.g. [G= . . . ] [ . . . ]) to be specifications for the Permission.

Bill:George [G=\geoall,\nearall;];
Bill assigns two (2) privileges to George.

Michael: Bill [G=\Parents,Michael-Friends;];
Michael assigns to Bill the privileges \lbxall, \geoarr and \geode.

Jason: Bill [G=\Parents,Jason-Friends;];
Jason assigns to Bill the privileges \lbxall, \nearar and \nearde.

FIG. 51B depicts an example of a source code syntactical encoding embodiment of charters, derived from the grammar of FIGS. 30A through 30E, for example as user specified, system maintained, system communicated, system generated, etc. In one embodiment, a user may specify the

source code as a portion of a hosting programming source code like C, C++, C#, Java, or any other programming language. The hosting programming source code compiler or interpreter shall recognize keywords (e.g. Charters) to then uniquely parse and process the source code stream between associated delimiters (e.g. { }) in a unique way, for example as handled by new internalization (e.g. compiler/interpreter) code, or with a processing plug-in appropriately invoked by the internalizer. This allows adapting an existing programming environment to handle the present disclosure with specific processing for the recognized source code section(s). In another embodiment, the present disclosure source code is handled as any other source code of the hosting programming environment through closely adapting the hosting programming source code syntax, incorporating new keywords and contextual processing, and maintaining data and variables like other hosting programming environment variables.

It is important to understand that WDRs in process (e.g. to queue 22 (_ref), outbound (_O_ref), and inbound (_I_ref)) cause the recognized trigger of WDR processing to scan charters for testing expressions, and then performing actions for those expressions which evaluate to true. Expressions are evaluated within the context of applicable privileges. Actions are performed within the context of privileges. Thus, WDRs in process are the triggering objects for consulting charters at run time. Depending on the MS hardware and how many privileged MSs are "in the vicinity", there may be many (e.g. dozens) of WDRs in process every second at a MS. Each WDR in process at a MS is preferably in its own thread of processing (preferred architecture 1900) so that every WDR in process has an opportunity to scan charters for conditional actions.

FIG. 51B shows that a Charters block contains "stuff" between delimiters ({,}) like PPLs, except the reserved keyword "Charters" qualifies the block which follows. Statements within the block are also aligned with syntax of PPLs. Here is an in-context description of FIG. 51B:

Condition(cond1)="(\location @@ \loc_my) [D="Test
    Case #104223 (v)";]";
The variable cond1 is of type Condition and is set accordingly. Validation of the variable type can occur here since the type is known. Condi is a Condition specification with an optional specification for the Description. Since the type "Generic" can be used, it may be convenient to always use that.

"ms group"={"Jane", "George", "Sally" };
This is another method for specifying a group without a Groups block. The internalizer preferably treats an assignment using block delimiters outside of any special block definitions as a group declaration. While there has been no group hierarchies demonstrated, groups within groups can certainly be accomplished like Grants.

(((_msid="Michael") &*cond1(v="Michael"))
    ((_msid="Jason") & *cond1 (v="Jason"))):
    Invoke App myscript.cmd ("S"), Notify Autodial 214-
    405-6733;
_msid is a WDRTerm indicating to check the condition of the WDRs maintained to the local MS (e.g. processed for inserting to queue 22). The condition _msid="Michael" tests if the WDR in process has a WDR MS ID field 1100a equal to the MS ID Michael. "&" is a CondOp. After instantiation of cond1 with the string substitution the second condition is "(\location @@ \loc_my) [D="Test Case #104223 (v)";]" which tests the WDR in process (e.g. for insertion to queue 22) for a WDR location field 1100c which was at my current location (\loc_my is a system defined atomic term for "my

US 10,477,994 B2

**221**

current location" (i.e. the current location of the MS checking the WDR in process)). @@ is an atomic operator for "was at". There is an optional description specified for the condition to be generated. The expression formed on the left hand side of the colon (:) not only tests for Michael WDR information, but also Jason WDR information with the same WDR field tests. If the WDR in process (contains a MS ID=Michael AND Michael's location was at my current location at some time in the past), OR (i.e. |CondOp) the WDR in process (contains a MS ID=Jason AND Jason's location was at my current location at some time in the past), then the Actions construct (i.e. right hand side of colon) is acted upon. The "was at" atomic operator preferably causes access to LBX History **30** after a fruitless access to queue **22**. It may have been better to specify another condition for Michael and Jason WDRs to narrow the search, otherwise if LBX history is not well pruned the search may be timely. For example, the variable may have been better defined prior to use as:

Condition(cond1)="(_location          (2W)$(10F)\loc_my)
   [D="Test Case #104223 (v)";]";

for recently in vicinity (i.e. within 10 feet) of my location in last 2 weeks helps narrow the search.

Parenthesis are used to affect how to evaluate the expression as is customary for an arithmetic expression, and can be used to determine which construct the optional specifications are for. Of course, a suitable precedence of operators is implemented. So, if the Expression evaluates to true, the actions shall be processed. There can be one or more actions processed. The first action performs an Invoke command with an Application operand and provides the parameter of "myscript.cmd("S")" which happens to be an executable script invocable on the particular MS. A parameter of "S" is passed to the script. The script can perform anything supported in the processable script at the particular MS. The second action performs a Notify command with an Autodial operand and provides the parameter of "214-405-6733". Notify Autodial will automatically perform a call to the phone number 214-405-6733 from the MS. So, if the MS of this configuration is currently at a location where Jason or Michael (in the vicinity) had been at some time before (as maintained in LBX History if necessary, or in last 2 weeks in refined example), then the two actions are processed. LBX History **30** will be searched for previous WDR information saved for Michael and Jason to see if the expression evaluates to true when queue **22** does not contain a matching WDR for Michael or Jason.

It is interesting to note that the condition "((\locByID_Michael @@ \loc_my)|(\locByID_Jason @@ \loc_my))" accomplishes the same expression shown in FIG. **51**B described above. \locRef_ is an atomic term for the WDR location field with the suffix (Ref) referring to the value for test. \loc"R e f" is an acceptable format when there are significant blanks in the suffix for testing against the value of the WDR field. It is also interesting to note that the expression "(\loc_my @@ \locByID_Michael)" is quite different. The expression "(\loc_my @@ \locByID_Michael)" tests if my current location was at Michael's location in history, again checking LBX history. However, the WDR in process only provided the trigger to check permissions and charters. There is no field of the in process WDR accessed here.

((_I_msid="Brian")&(_I_location @ \loc_my) [D="multi-cond text";H;]):
   Invoke App (myscript.cmd ("B")) [T=20080302;],
   Notify Autodial (214-405-5422);

**222**

_I_msid is a WDRTerm indicating to check the condition of the WDRs inbound to the local MS (e.g. deposited to receive queue **26**). The condition_I_msid="Brian" tests if the inbound WDR has a WDR MS ID field **1100**a equal to the MS ID Brian. "=" is an atomic operator. & is a CondOp. _I_location is the contents of the inbound WDR location field **1100**c, so that the condition of (_I_location @ \loc_my) tests the inbound WDR for a WDR location field **1100**c which is at my current location. @ is an atomic operator for "is at". There is an optional description specified for the condition as well as history information to be generated. The expression formed on the left hand side of the colon (:) tests for inbound WDRs from Brian wherein Brian is at my (i.e. receiving MS) current location. Assuming the expression evaluates to true, then the two (2) actions are performed. The actions are similar to the previous example, except the syntax is demonstrated to show parentheses may or may not be used for command/operand parameters. Also, the first action has an optional TimeSpec specification which mandates that the action only be performed any time during the day of Mar. 2, 2008. Otherwise, the first action will not be performed. The second action is always performed.

The _I_fldname syntax is a WDRTerm for inbound WDRs which makes sense for our expression above. A careless programmer/user could in fact create expressions that may never occur. For example, if the user specified _O_ instead of _I_, then outbound rather than inbound WDRs would be tested. ((_O_msid="Brian")&(_O_location @ \loc_my)) causes outbound WDRs to be tested (e.g. deposited to send queue **24**) for MS ID=Brian which are at my current location (i.e. current location of the MS with the configuration being discussed). Mixing, _I_, and _O_ prefixes has certain semantic implications and must be well thought out by the user prior to making such a configuration. The charter expression is considered upon an event involving each single WDR and is preferably not used to compare to a plurality of potentially ambiguous/unrelated WDRs at the same time. A single WDR can be both in process locally (e.g. inserted to queue **22**) and inbound to the MS when received from MSs in the vicinity. It will not be known that the WDR meets both criteria until after it has been inbound and is then being inserted to queue **22**. Likewise, a single WDR can be both in process locally (e.g. inserted to queue **22**) and outbound from the MS. It will not be known that the WDR meets both criteria until after it has been retrieved from queue **22** and then ready for being sent outbound. The programmer/user can create bad configurations when mixing these syntaxes. It is therefore recommended, but not required, that users not mix WDR trigger syntax. Knowing a WDR is inbound and then in process to queue **22** is straightforward (e.g. origination other than "this MS"). Knowing a WDR was on queue **22** and is outbound is also straightforward (e.g. origination at outbound="this MS"). However, a preferred embodiment prevents mixing these syntaxes for triggered processing.

(M_sender=~emailAddrVar [T=<YYYYMMDD18]):
   Notify Indicator (M_sender, \thisMS) [D="Test Case #104223"; H;];

M_sender is an AppTerm for the registered Mail application (see FIGS. **53** and **55**A&B), specifically the source address of the last email object received. ~emailAddrVar references a programmatic variable of the hosting programming environment (PPLs), namely a string variable to compare against the source address (e.g. bilij@iswtechnologies.com). If the variable type does not match the AppTerm type, then the internalizer (e.g. compiler/interpreter) should flag it prior to conversion to an internalized form. Alternate embodiments

223

224

will rely on run time for error handling. The Condition also specifies an optional TimeSpec specification wherein the condition for testing is only active during all seconds of the hour of 6:00 PM every day (just to explain the example). Expressions can contain both AppTerms and WDRTerms while keeping in mind that WDRs in process are the triggers for checking charters. M_sender will contain the most recent email source address to the MS. This value continually changes as email objects are received, therefore the window of opportunity for containing the value is quite unpredictable. Thus, having a condition solely on an AppTerm without regard for checking a WDR that triggers checking the configuration seems useless, however a MS may have many WDRs in process thereby reasonably causing frequent checks to M_sender. A more useful charter with an AppTerm will check the AppTerm against a WDR field or subfield, while keeping in mind that WDRs in process trigger testing the charter(s). For example:

(_appfld.email.source=M_sender)

or the equivalent of:

(M_sender=_appfld.email.source)

checks each WDR in process for containing an Application field **1100**k from the email section (if available) which matches an AppTerm. While this again seems unusual since M_sender dynamically changes according to email objects received, timeliness of WDRs in process for MSs (e.g. in the wireless vicinity) can make this useful. Further, the programmer/user can specify more criteria for defining how close/far in the vicinity (e.g. atomic operators of $(range), (spec)$(range), etc.

((_appfld.email.source=M_sender)&(_location  $(500F) \loc_my))

The WDR in process is checked to see if the originating MS has a source email address that matches a most recently received email object and the MS is within 500 feet of my current location. This configuration can be useful, for example to automatically place a call to a friend when they just sent you an email and they are nearby. You can then walk over to them and converse about the email information. Good or poor configurations can be made. One embodiment of an internalizer warns a user when an awkward configuration has been made.

In looking at actions for this example, the command operand pair is for "Notify Indicator" with two parameters (M_sender, \thisMS). M_sender is what to use for the indicator (the source address matched). Thus, an AppTerm can be used as a parameter. \thisMS is an atomic term for this MS ID. If the expression evaluates to true, the MS hosting the charter configuration will be notified with an indicator text string (e.g. billj@iswtechnologies.com). Notify Indicator displays the indicator in the currently focused title bar text of a windows oriented interface. In another embodiment, Notify indicator command processing displays notification data in the focused user interface object at the time of being notified. The action has optional specifications for Description and History information to be generated (when internalized).

In general, History information will be updated as the user changes the associated configuration in the future, either in syntax (recognized on internalization (e.g. to data structures)), with FIGS. **38** through **48**B, etc.

(B_srchSubj~M_subject) & !(_fcnTest(B_srchSubj)):
    "ms group"[G].Store DBobject(JOESDB.LBXTABS.T-EST,
        "INSERT INTO TABLESAV ("&& \thisMS &&",
        "&& \timestamp &&, 9);", \thisMS);

IF (the most recently specified B_srchSubj string is in (i.e. is a substring of) the most recently received email object M_subject (i.e. email subject string)), AND if (the invocation of the function_fcnTest( ) with the parameter of the most recently specified B_srchSubj string returns false) (i.e. ! the return code results in true), THEN the configured action after the colon (:) shall take place assuming there are applicable privileges configured as well. Again, keep in mind that WDRs in process (e.g. to queue **22**, outbound and/or inbound) provide the triggers upon which charters are tested, therefore the fact that no WDR field is specified in the conditions is strange, but makes a good point. The example demonstrates using otherwise unrelated AppTerms and an invoked function (e.g. can be dynamically linked as in a Dynamic Link Library (DLL) or linked through an extern label_fcnTest). B_srchSubj contains the most recently specified search criteria string requested to the MS browser application. WDRTerm(s), AppTerm(s) and atomic terms can be used in conditions, as parameters, or as portions in any part of a configured charter.

The action demonstrates an interesting format for representing the optional Host construct (qualifier) of the BNF grammar for where the action should take place (assuming privilege to execute there is configured). "ms group"[G]. tells the internalizer to search for a group definition like an array and find the first member of the group meeting the subscript definition. This would be "George" (the G). Any substring of "George" (or the entire string) could have been used to indicate use George from the "ms group". This allows a shorthand reference to the item(s) of the group. Multiple members that match "G" would all apply for the action. Also, note that the double quotes are used whenever variables contain significant blanks. "ms group"[G].Store DBobject tells the internalizer that the Command Operand pair is to be executed at the George MS for storing to a database object per parameters. An equivalent form is George.Store DB-object with the Host specification explicitly specified as George. The parameters of (JOESD-B.LBXTABS.TEST, "INSERT INTO TABLESAV ("&& \thisMS &&", "&& \timestamp &&", 9);", \thisMS) indicates to insert a row into the table TABLESAV of the TEST database at the system "this MS" (the MS hosting the configuration). The second (query) parameter matches the number of columns in the table for performing a database row insert. Like other compilers/interpreters, the " " evaluates to a single double quote character when double quotes are needed inside strings. A single quote can also be legal to delimit query string parameters (shown below). This example shows using atomic term(s) for a parameter (i.e. elaborates to underlying value; WDRTerm(s) can also be used for parameters). This example introduces a concatenation operator (&&) for concatenating together multiple values into a result string for one parameter (e.g. "INSERT INTO TABLESAV '20080421024421.45', 9);"). Other embodiments will support other programmatic operators in expressions for parameters. Still other embodiments will support any reasonable programmatic statements, operators, and syntax among charter configuration to facilitate a rich method for defining charters **12**.

Note that while we are configuring for the MS George to execute the action, we are still performing the insert to the MS hosting the Charter configuration (i.e. target system is \thisMS). We could just as easily have configured:

    Store DBobject(JOESDB.LBXTABS.TEST,
        "INSERT INTO TABLESAV ("&& \thisMS && "," && \timestamp && 9);");

US 10,477,994 B2

225

226

without using George to execute the action, and to default to the local MS. Privileges will have to be in place for running the action at the George MS with the original charter of FIG. **51**B.

(_I_msid="Sophia" & \loc_my (30M)$$(25M)_I_location): "ms group".Invoke App (alert.cmd);

_I_msid is a WDRTerm indicating to check the condition of the WDRs inbound to the local MS (e.g. deposited to receive queue **26**). The condition_I_msid="Sophia" tests if the inbound WDR has a WDR MS ID field **1100**_a_ equal to the MS ID Sophia. "=" is an atomic operator. & is a CondOp. _I_location is the contents of the inbound WDR location field **1100**_c_, so that the condition of (\loc_my 30M$$25M_I_location) tests my current location (i.e. receiving MS) for being within 25 meters, within the last 30 minutes, of the location of the WDR received. A group is specified for where to run the action (i.e. Host specification), yet no member is referenced. The alert.cmd file is executed at each MS of the group (all three), provided there is a privilege allowing this MS to run this action there, and provided the alert.cmd file is found for execution (e.g. preferably uses PATH environment variable or similar mechanism; fully qualified path can specify).

(% c:\myprofs\interests.chk>90):

    Send Email ("Howdy"&&_I_msid && "!!\n\nOur pro-files matched>90%.\n\n"

    && "Call me at" && \appfld.phone.id && ". We are" &&

    (_I_location-\loc_my)F && "feet apart\n", \appfld-.source.id.email, "Call Me!",, _I_appfld.email-.source);

This example uses an atomic profile match operator (%). A profile is optionally communicated in Application field **1100**_k_ subfield_appfld.profile.contents. A user specifies which file represents his current profile and it is sent outbound with WDRs (see FIG. **78** for profile example). Upon receipt by a receiving MS, the current profile can be compared to the profile information in the WDR. (% c:\myprofs\interests.chk>90) provides a condition for becoming true when the hosting MS profile interests.chk is greater than 90% a match when matching to a WDR profile of field **1100**_k_ (preferably matches on a tag basis). The profile operator here is triggered on in process WDRs. An alternate embodiment will specify where to check the WDR (e.g. _I_%, _O_% or _%). If the expression evaluates to true, the Send Email (Command Operand pair) action is invoked with appropriate parameters. Note that the newline (\n) character and concatenation operator is used. Also, note the WDRTerm (_I_location) and atomic term (\loc_my) were used in an arithmetic statement to figure out the number of feet in distance between the location of the inbound WDR and "my current location". The result is automatically type-cast to a string for the concatenation like most PPLs. The recipient is the email source in Application fields **1100**_k_. The default email attributes are specified (,,).

In sum, there are many embodiments derived from the BNF grammar of FIG. **30**A through **30**E. FIGS. **51**A and **51**B are simple examples with some interesting syntactical feature considerations. Some embodiments will support programmatic statements intermingled with the BNF grammar syntax derivative used to support looping, arithmetic expressions, and other useful programmatic functionality integrated into Privilege and Charter definitions. FIGS. **51**A and **51**B illustrate a WPL for programming how a MS is to behave. WPL is a unique programming language wherein peer to peer interaction events containing whereabouts information (WDRs) provide the triggers for novel location based

processing. Permissions and charters provide rules which govern the interoperable LBX processing between MSs. While WPL is more suited for a programmer type of user, the intent of this disclosure is to simplify configurations for all types of users. WPL may suit an advanced user while FIGS. **35**A through **37**D may suit more prevalent and novice users.

Other embodiments may further simplify configurations. Some WPL embodiments will implement more atomic operators, AppTerm(s), WDRTerm(s) and other configurable terms without departing from the spirit and scope of this disclosure. It is the intent that less time be spent on documentation and more time be spent implementing it. Permissions and charters are preferably centralized to the MS, and maintained with their own user interface, outside of any particular MS application for supervisory control of all MS LBX applications. See FIG. **1**A for how PIP data **8** is maintained outside of other MS processing data and resources for centralized governing of MS operations.

In alternate embodiments, an action can return a return code/value, for example to convey success, failure, or some other value(s) back to the point of performing the action. A syntactical embodiment:

((_I_msid="Brian")&(_I_location @ \loc_my) [D="multi-cond text";H;]):

    Notify Autodial (214-405-5422,,,, Invoke App (my-script.cmd ("B")) [T=20080302;]);

Based on an outcome from Invoke App (myscript . . . ), the returned value is passed back and used as a parameter to Notify AutoDial. The Notify AutoDial executable spawned can then use the value at run-time to affect Notify processing. Invoke App may return a plurality of different values depending on the time the action is processed, and what the results are of that processing. Some parameters are specified to use defaults (i.e. ,,,,).

There are many methods with different atomic operators and different Terms to accomplish the same expression or condition for providing convenient user specification. An expression with a plurality of conditions facilitates conjucture. A charter expression syntax or encoding may be output by a MS accessed application (e.g. user interface to configure a geo-fence). The following are selected syntax examples for various condition discussions:

Geofence

(_loc $(20Y)\locByL_-30.21,-93.8) tests whether the MS of the in-process WDR has a location which is within a radius of 20 Yards of the point having the specified latitude and longitude. Precision specification (e.g. number of degree decimal places) of the point may include less or more two dimensional geographical space to be within range of. A zero elevation (or altitude) may be assumed, or one may be specified, for example to support a spherical radius as well as a circular radius.

(_I_loc>$(20Y)\locByL_-30.21,-93.8) tests whether the MS of the in-bound WDR has a location which is newly within a radius of 20 Yards of the point above.

(_loc (5M)$$(0)\PS_+33.27,-97.4; +34.1,-97.3; +34.13,-97.12) tests whether the MS of the in-process WDR has a location described to be departed in the last 5 minutes from the vicinity defined by the two dimensional polygon (triangle) described with points having latitude and longitude (PointSet specification). The zero (0) range specifies to use the bounds of the polygon. A non-zero value for range will cause checking the condition to be within the range of the bounds of the polygon.

US 10,477,994 B2

227
228

(_I_loc        (5M)$$(1000F)\PS_3DGeo_+33.27,−97.4, 4500F; +34.1,−97.3, 1 L; +34.13,−97.21, 2000Y; +34.3,−97.1, 2000Y; +34.89,−97.08, 2000Y) tests whether the MS of the in-bound WDR has a location described to be departed in the last 5 minutes from the vicinity defined by the three dimensional polygonal region with points having latitude, longitude and elevation (or altitude). The 1000F range specifies to check if the WDR contains a location within 1000F of any bounds of the three dimensional polygon.

((_msid="Sam")&(_loc<E>\loc_my)& (_loc<S>\loc_my)) tests whether the in-process WDR has a MS ID of "Sam" and if Sam is Southeast of the MS processing the Sam WDR. Depending on embodiments of MS IDs, an automatic conversion may occur via a lookup when the MS ID embodiment is not already in a raw form of "Sam". The lookup may be from local mapping information, or via access to mapping information remotely (e.g. propagated service interface which in turn accesses a database service interface).

Situational Location

(\slByID_Larry=\sl_lat=+34.1,lon=−97.3;elev=IL; speed>42) tests whether the MS with an ID of Larry can be described by the specified situational location. Note that any of the usual WDRTerm field reference names can be used in a situational location atomic term, and operators other than testing equivalency (e.g. >) may be supported. In some embodiments, a speed prefix or suffix is used to specify speed units which are appropriately converted when necessary (e.g. 42 MPH). Any constant which can be specified in more than one units of measurement are to support a qualifier in appropriate places of processing for enabling conversions when comparisons are processed.

(WDR=\sl_lat=+34.1,lon=−97.3;elev=1        L;speed>42) tests whether the in-process WDR can be described by the specified situational location. While a plurality of conditions can be specified to check an expression involving a situational location, a special syntax may also be used for contextual comparison. A WDR specification (_I_WDR and _O_WDR also) is a contextual WDRTerm for comparison because the condition context implies which fields to check. This saves on encoding lengths (e.g. syntax required).

(_I_WDR=\sl_lat=+34.1,lon=−97.3;appfld.profile.contents::hangouts>>"Starbucks") tests whether the in-bound WDR can be described by the specified situational location. Note that the usual WDRTerm field reference appfld.profile.contents is specified and a particular tag is checked to contain "Starbucks". Preferably, tag element comparisons are not case sensitive. Any profile tag can be accessed. A tag hierarchy may be specified (e.g. ::home,state) if there is chance of an ambiguous tag specification.

Movement Monitoring

((_msid="Sam")&(_loc      $(2M)\locByID_Sam)) tests whether the in-process WDR has a MS ID of Sam AND the location of the in-process WDR is within 2 meters of the most recent location (if found) of a WDR from Sam found in history (e.g. on queue 22). Preferably, the expression results in False if no record of Sam is found, depending on the depth of queue 22 (supported number of entries) and/or whether or not LBX history 30 is checked.

(\q_msid=Sam $(10M)\h_msid=Sam) tests whether the most recent WDR from Sam on queue 22 has a location within 10 meters of the location of the most recent Sam WDR from LBX history 30. This condition should be made with some knowledge of where history 30 starts and where queue 20 ends for maintaining timely WDRs.

(\q_msid=Sam;        _dt>20090927120405        $(10M) \h_msid=Sam;   _dt>=20090227;   _dt<20090427) tests whether the most recent WDR from Sam on queue 22 later than a date/time stamp has a location within 10 meters of the most recent location of Sam from LBX history 30 during the specified time period. An alternate embodiment may check all WDRs in the time period. Note that any WDRTerm can have a condition for search and the same WDRTerm reference may be used a plurality of times in the atomic term.

Application Activities

((_msid="Sam")&((_appfld.rfid.passive.enabled=True)| (_appfld.rfid.active.enabled=True))&(_loc=\loc_my)) tests whether the in-process WDR: is from the Sam MS AND the application fields section shows RFID capability is enabled AND the location matches the location of the MS where the charter condition is being evaluated. Lack of a WDR field for testing in a condition (e.g. not contained in WDR) preferably causes an error which is logged which prevents the Charter from action( )s) from occurring. Other embodiments may assume a False condition to prevent charters from firing.

\appLive="Geofencing")&(_I_msid="Sam")&(_I_loc $(2500F)\loc_my)) tests whether the in-bound WDR: is from the Sam MS AND SAM is within 2500 feet of my current location AND the Geofencing application is active at the MS of charter processing of this expression.

FIG. 52 depicts another preferred embodiment C programming source code header file contents, derived from the grammar of FIGS. 30A through 30E. FIG. 52 is more efficient for an internalized BNF grammar form by removing unnecessary data. When comparing FIG. 52 with FIGS. 34E through 34G, FIG. 52 has removed description and history information since this is not necessary for internalization/processing. A TIMESPEC is the same as defined at the top of FIG. 34E, but time specification information has been merged to where it is needed, rather than keeping it in multiple places as configured for deducing a merged result later. There are many reasonable embodiments of a derivative of the BNF grammar of FIGS. 30A through 30E.

FIG. 53 depicts a preferred embodiment of a Prefix Registry Record (PRR) for discussing operations of the present disclosure. A PRR 5300 is for configuring which prefix is assigned to which application used in an AppTerm. This helps to ensure that an AppTerm be properly usable when referenced in a charter. A prefix field 5300a provides the prefix in an AppTerm syntax (e.g. M_sender such that "M" is the prefix). Any string can be used for a prefix (i.e. configured in field 5300a), but preferably there are a minimal number of characters to save syntax encoding space. A description field 5300b provides an optional user specified description for a PRR 5300, but it may include defaulted data available with an application supporting at least one AppTerm. A service references field 5300c identifies, if any, the data processing system services associated with the application for the AppTerm referenced with the prefix of field 5300a. Validation of such services may occur through an API, or may be specified by a knowledgeable user, administrator, or system setup. Field 5300c potentially contains a list of service references. An application references field 5300d identifies, if any, data processing system application references (e.g. names) associated with the Application for the AppTerm referenced with the prefix of field 5300a. Validation of such applications referenced may occur through an API, or may be specified by a knowledgeable user, administrator, or system setup. Field 5300d potentially contains a list. A process references field 5300e identifies, if any, data processing operating system processes for spawning associated with the Application for the AppTerm referenced with the prefix of field 5300a. Validation of such

US 10,477,994 B2

229 230

processes may occur through an API, or may be specified by a knowledgeable user, administrator, or system setup. Field **5300e** potentially contains a list. A paths field **5300f** identifies, if any, data processing system file name paths to executables (e.g. .exe, .dll, etc) for spawning associated with the Application for the AppTerm referenced with the prefix of field **5300a**. Validation of such paths may occur through an API, or may be specified by a knowledgeable user, administrator, or system setup. Field **5300f** potentially contains a list. A documentary field **5300g** documents each Application data variable (i.e. AppTerm data name without prefix), and an optional description, for what data is exposed for the Application which can be used in the AppTerm. Validation of data in field **5300g** data may occur through an API, or may be specified by a knowledgeable user, administrator, or system setup. Field **5300g** potentially contains a list. Extension field **5300h** contains other data for how to test for whether or not the Application of the PRR is up and running in the MS, additional information for starting the Application, and additional information for accessing application vitals. Validation of information may occur through an API, or may be specified by a knowledgeable user, administrator, or system setup. Field **5300h** may be a list, or null. Other PRR fields are described below in context of use.

In one preferred embodiment, PRRs are supplied with a MS prior to user first MS use, and no administrator or user has to maintain them. In another embodiment, only a special administrator can maintain PRRs, which may or may not have been configured in advance. In another embodiment, a MS user can maintain PRRs, which may or may not have been configured in advance.

FIG. **54** depicts an example of an XML syntactical encoding embodiment of permissions and charters, derived from the BNF grammar of FIGS. **30**A through **30**E, for example as user specified, system maintained, system communicated, system generated, etc. Enough information is provided for those skilled in the art to define an appropriate XML syntax of the disclosed BNF grammar in light of disclosure heretofore. A simple embodiment of variables can be handled with a familiar Active Service Page (ASP) syntax wherein variables are defined prior to being instantiated with a special syntax (e.g. <%=varName %>). Double quotes can be represented within double quote delimited character strings by the usual providing of two double quotes for each double quote character position. Those skilled in the art of XML recognize there are many embodiments for XML tags, how to support sub-tags, and tag attributes within a tag's scope. FIG. **54** provides a simple reference using a real example. FIG. **54** illustrates a WPL for less advanced users.

The syntax "_location $(300M)\loc_my" is a condition for the WDR in process being within 300 Meters of the vicinity of my current location. Other syntax is identifiable based on previous discussions.

FIG. **55**A depicts a flowchart for describing a preferred embodiment of MS user interface processing for Prefix Registry Record (PRR) configuration. Block **5502** may begin as the result of an authenticated administrator user interface, authenticated user interface, or as initiated by a user. Block **5502** starts processing and continues to block **5504** where initialization is performed before continuing to block **5506**. Initialization may include initializing for using an SQL database, or any other data form of PRRs. Processing continues to block **5506** where a list of current PRRs are presented to the user. The list is scrollable if necessary. A user preferably has the ability to perform a number of actions on a selected/specified PRR from the list presented at block **5506**. Thereafter, block **5508** waits for a user action

in response to presenting PRRs. Block **5508** continues to block **5510** when a user action has been detected. If block **5510** determines the user selected to modify a PRR, then the user configures the specified PRR at block **5512** and processing continues back to block **5506**. Block **5512** interfaces with the user for PRR **5300** alterations until the user is satisfied with changes which may or may not have been made. Block **5512** preferably validates to the fullest extent possible the data of PRR **5300**. If block **5510** determines the user did not select to modify a PRR, then processing continues to block **5514**. If block **5514** determines the user selected a PRR for delete, then block **5516** deletes the specified PRR, and processing continues back to block **5506**. Depending on an embodiment, block **5516** may also properly terminate the application fully described by the PRR **5300**. If block **5514** determines the user did not select to delete a PRR, then processing continues to block **5518**. If block **5518** determines the user selected to add a PRR, then the user adds a validated PRR at block **5520** and processing continues back to block **5506**. Block **5520** preferably validates to the fullest extent possible the data of PRR **5300**. Depending on an embodiment, block **5520** may also properly start the application described by the PRR **5300**. If block **5518** determines the user did not select to add a PRR, then processing continues to block **5522**. If block **5522** determines the user selected to show additional detail of a PRR, then block **5524** displays specified PRR details including those details not already displayed at block **5506** in the list. Processing continues back to block **5506** when the user is complete browsing details. If block **5522** determines the user did not want to browse PRR details, then processing continues to block **5526**. If block **5526** determines the user selected to enable/disable (toggle) a specified PRR, then block **5528** uses PRR **5300** to determine if the associated application is currently enabled (e.g. running) or disabled (e.g. not running). Upon determination of the current state of the application for the specified PRR **5300**, block **5528** uses the PRR **5300** to enable (e.g. start if currently not running), or disable (e.g. terminate if currently running), the application described fully by the specified PRR, before continuing back to block **5506**. Block **5528** should ensure the Application has been properly started, or terminated, before continuing back to block **5506**. If block **5526** determines the user did not want to toggle (enable/disable) a PRR described application, then processing continues to block **5530**. If block **5530** determines the user selected to display candidate AppTerm supported applications of the MS, then block **5532** presents a list of MS applications potentially configurable in PRR form. Block **5532** will interface with the user until complete browsing the list. One embodiment of block **5532** accesses current PRRs **5300** and displays the applications described. Another embodiment accesses an authoritative source of candidate AppTerm supported applications, any of which can be configured as a PRR. Processing continues back to block **5506** when the user's browse is complete. If block **5530** determines the user did not select to display AppTerm supported applications, then processing continues to block **5534**. If block **5534** determines the user selected to use a data source as a template for automatically populating PRRs **5300**, then block **5536** validates a user specified template, uses the template to alter PRRs **5300**, and processing continues back to block **5506**. PRRs may be optionally altered at block **5536** for replacement, overwrite, adding to, or any other alteration method in accordance with a user or system preference. In some embodiments, existing PRRs can be used for template(s). If block **5534** determines the user did not select to use a data source for a PRR template,

US 10,477,994 B2

**231**

then processing continues to block **5538**. If block **5538** determines the user did not select to exit PRR configuration processing, then block **5540** handles all other user actions detected at block **5508**, and processing continues back to block **5506**. If block **5538** determines the user did select to exit, then processing continues to block **5542** where configuration processing cleanup is performed before terminating FIG. **55A** processing appropriately at block **5544**. Depending on an embodiment, block **5542** may properly terminate data access initialized at block **5504**, and internalize PRRs for a well performing read-only form accessed by FIG. **55B**. Appropriate semaphore interfaces are used.

FIG. **55A** is used to expose those AppTerm variables which are of interest. Candidate applications are understood to maintain data accessible to charter processing. Different embodiments will utilize global variables (e.g. linked extern), dynamically linked variables, shared memory variables, or any other data areas accessible to both the application and charter processing with proper thread safe synchronized access.

FIG. **55B** depicts a flowchart for describing a preferred embodiment of Application Term (AppTerm) data modification. An application thread performing at least one App-Term update uses processing of FIG. **55B**. A participating application thread starts processing at block **5552** as the result of a standardized interface, integrated processing, or some other appropriate processing means. Block **5552** continues to block **5554** where an appropriate semaphore lock is obtained to ensure synchronous data access between the application and any other processing threads (e.g. charter processing). Processing then continues to block **5556** for accessing the application's associated PRR (if one exists). Thereafter, if block **5558** determines the PRR exists and at least one of the data item(s) for modification are described by field **5300g**, block **5560** updates the applicable data item(s) described by field **5300g** as requested by the application invoking FIG. **55B** processing. Thereafter, block **5562** releases the semaphore resource locked at block **5554** and processing terminates at block **5564**.

If block **5558** determines the associated PRR was not found or all data items of the found PRR for modification are not described by field **5300g**, then processing continues directly to block **5562** for releasing the semaphore lock, thereby performing no updates to an AppTerm. PRRs **5300** control eligibility for modification by applications, as well as which AppTerm references can be made in charter processing.

An AppTerm is accessed (read) by grammar processing with the same semaphore lock control used in FIG. **55B**.

FIG. **56** depicts a flowchart for appropriately processing an encoding embodiment of the BNF grammar of FIGS. **30A** through **30E**, in context for a variety of parser processing embodiments. Those skilled in the art may take information disclosed heretofore to generate table records of FIGS. **35A** through **37C**, and/or data of FIGS. **34A** through **34G** (and/or FIG. **52**), and/or datastreams of FIG. **33A** through **33C**, and/or a suitable syntax or internalized form derivative of FIGS. **30A** through **30E**. Compiler, interpreter, data receive, or other data handling processing as disclosed in FIG. **56** is well known in the art. Text books such as "Algorithms+Data Structures=Programs" by Nicklaus Wirth are one of many for guiding compiler/interpreter development. A BNF grammar of FIGS. **30A** through **30E** may also be "plugged in" to a Lex and Yacc environment to isolate processing from parsing in an optimal manner. Compiler and interpreter development techniques are well known. FIG. **56** can be viewed in context for adapting Permission and Charter

**232**

processing to an existing source code processing environment (e.g. within PPLs). FIG. **56** can be viewed in context for new compiler and interpreter processing of permissions and/or charters (e.g. WPL). FIG. **56** can be viewed in context for receiving Permission and/or Charter data (e.g. syntax, datastream, or other format) from some source (e.g. communicated to MS). FIG. **56** can be viewed in context for plugging in isolated Permission and Charter processing to any processing point of handling a derivative encoding of the BNF grammar of FIGS. **30A** through **30E**.

Data handling of a source code for compiling/interpreting, an encoding from a communication connection, or an encoding from some processing source starts at block **5602**. At some point in BNF grammar derived data handling, a block **5632** gets the next (or first) token from the source encoding. Tokens may be reserved keywords, delimiters, variable names, expression syntax, or some construct or atomic element of an encoding. Thereafter, if block **5634** determines the token is a reserved key or keyword, block **5636** checks if the reserved key or keyword is for identifying permissions 10 (e.g. FIG. **51A** "Permissions", FIG. **54** "permission", FIG. **33B** Permissions/Permission, etc), in which case block **5638** sets a stringVar pointer to the entire datastream representative of the permission(s) 10 to be processed, and block **5640** prepares parameters for invoking LBX data internalization processing at block **5642**.

If block **5636** determines the reserved key or keyword is not for permission(s) 10, then processing continues to block **5646**. Block **5646** checks if the reserved key or keyword is for identifying charters 12 (e.g. FIG. **51B** "Charters", FIG. **54** "charter", FIG. **33C** Charters/Charter, etc), in which case block **5648** sets a stringVar pointer to the entire datastream representative of the charter(s) 12 to be processed, and block **5650** prepares parameters for invoking LBX data internalization processing at block **5642**.

Blocks **5640** and **5650** preferably have a stringVar set to the permission/charter data encoding start position, and then set a length of the permission/charter data for processing by block **5642**. Alternatively, the stringVar is a null terminated string for processing the permission(s)/charter(s) data encoding. Embodiment requirements are for providing appropriate parameters for invoking block **5642** for unambiguous processing of the entire permission(s)/charter(s) for parsing and processing. The procedure of block **5642** has already been described throughout this disclosure (e.g. creating a processable internalized form (e.g. database records, programmatic structure, etc)). Upon return from block **5642** processing, block **5644** resets the parsing position of the data source encoding provided at block **5632** for having already processed the permission(s)/charter(s) encoding handled by block **5642**. Thereafter, processing continues back to block **5632** for getting the next token from the data encoding source.

If block **5646** determines the reserved key or keyword is not for charter(s) 12, then processing continues to process the applicable reserved key or keyword identified in the source data encoding. If block **5634** determines the token is not a reserved key or keyword, then processing continues to the appropriate block for handling the token which is not a reserved key or keyword. In any case there may be processing of other source data encoding not specifically for a permission or charter.

Eventually, processing continues to a block **5692** for checking if there is more data source to handle/process. If block **5692** determines there is more data encoding source, processing continues back to block **5632** for getting the next token. If block **5692** determines there is no more data

US 10,477,994 B2

233

234

encoding source, processing continues to block **5694** for data encoding source processing completion, and then to block **5696** for termination of FIG. **56** processing.

Depending on the embodiment, block **5694** may complete processing for:

Compiling one of the PPLs (or other programming language) with embedded/integrated encodings for permissions **10** and/or charters **12**;

Interpreting one of the PPLs (or other programming language) with embedded/integrated encodings for permissions **10** and/or charters **12**;

Receiving the encoding source data from a communications channel;

Receiving the encoding source data from a processing source;

Receiving the encoding source data from a user configured source;

Receiving the encoding source data from a system configured source; or

Internalizing, compiling, interpreting, or processing an encoding derived from the disclosed BNF grammar for Permissions **10** and/or Charter **12**.

Blocks **5636** through **5650** may represent plug-in processing for permissions **10** and/or charters **12**. Depending on when and where processing occurs for FIG. **56**, appropriate semaphores may be used to ensure data integrity.

LBX: Permissions and Charters—WDR Processing

As WDR information is transmitted/received between MSs, privileges and charters are used to govern automated actions. Thus, privileges and charters govern processing of at least future whereabouts information to be processed. There is WDR In-process Triggering Smarts (WITS) in appropriate executable code processing paths. WITS provides the intelligence of whether or not privilege(s) and/or charter(s) trigger(s) an action. WITS is the processing at a place where a WDR is automatically examined against configured privileges and charters to see what actions should automatically take place. There are three different types of WITS, namely: maintained WITS (mWITS), inbound WITS (iWITS), and outbound WITS (oWITS). Each type of WITS is placed in a strategic processing path so as to recognize the event for when to process the WDR. Maintained WITS (mWITS) occur at those processing paths applicable to a WDR in process for being maintained at an MS (e.g. inserted to queue **22**). Other embodiments may define other maintained varieties of a WDR in process for configurations (e.g. inbound, outbound, in-process2Q22, in-process2History (i.e. WDR in process of being maintained to LBX history **30**), in-process2application(s) (i.e. WDR in process of being maintained/communicated to an application), etc). Inbound WITS (iWITS) occur at those processing paths applicable to a WDR which is inbound to a MS (e.g. communicated to the MS). Outbound WITS (oWITS) occur at those processing paths applicable to a WDR which is outbound from a MS (e.g. sent by an MS). There are various WITS embodiments as described below. Users should keep in mind that a single WDR may be processed multiple times (by different WITS) with configuring charters that refer to different WITS (e.g. first inbound, then to queue **22**). One embodiment supports only mWITS. Another embodiment supports only iWITS. Another embodiment supports oWITS. Yet another embodiment supports use of any combination of available WITS. mWITS:

The preferred embodiment is a new block **273** in FIG. **2**F such that block **272** continues to block **273** and block

**273** continues to block **274**. This allows mWITS processing block **273** to see all WDRs which are candidate for insertion to queue **22**, regardless of the role check at block **274**, confidence check at block **276**, and any other FIG. **2**F processing. In some embodiments, block **273** may choose to use enabled roles and/or confidence and/or any WDR field(s) values and/or permissions and/or any other processing result to decisively affect whether or not the WDR should be examined and/or processed further by FIG. **2**F. For example, block **273** may result in processing to continue directly to block **294** or **298** (rather than block **274**). For example, upon determining that the WDR source had not provided any privileges to the receiving MS, the WDR can be ignored so as to not use resources of the MS. In another example, a WDR shows that it arrived completely wirelessly (e.g. field(s) **1100***f*) and did not go through an intermediary service (e.g. router). The WDR may provide usefulness in locating the receiving MS despite the receiving MS not being privileged by the source MS, in which case block **273** continues to block **274** for WDR processing. It may be important to filter WDRs so that only those WDRs are maintained which either a) contribute to locating (per configurations), or b) are associated with active permissions or charters for applicable processing. The WRC discussed above may also be used to cause block **273** to continue to block **294** or **298**. Such filtering is referred to as WITS filtering. WITS filtering may be crucial in a LBX architecture which supports MSs great distances from each other since there can be an overloading number of WDRs to process at any point in time. Charters and privileges that are configured are used for deciding which WDRs are to be "seen" (processed) further by FIG. **2**F processing. If there are no privileges and no charters in effect for the in process WDR, then the WDR may be ignored. If there is no use for the WDR to help locate the receiving MS, then the WDR may also be ignored. If there are privileges and charters in effect for the in process WDR, then the WDR can be processed further by FIG. **2**F, even if not useful for locating the MS.

One preferred embodiment does make use of the confidence field **1100***d* to ensure the peer MS has been sufficiently located. Block **273** will compare information of the WDR with configured privileges to determine which actions should be performed. When appropriate privileges are in place, block **273** will also compare information of the WDR with configured and privileged charters (e.g. _fldname) to determine applicable configured charter actions to be performed.

Alternate embodiments can move mWITS at multiple processing places subsequent to where a WDR is completed by the MS (e.g. blocks **236**, **258**, **334**, **366**, **418**, **534**, **618**, **648**, **750**, **828**, **874**, **958**, **2128**, **2688**, etc).

Another embodiment can support mWITS at processing places subsequent to processing by blocks **1718** and **1722** to reflect user maintenance.

Yet another embodiment recognizes in mWITS that the WDR was first inbound to the MS and is now in process of being maintained (e.g. to queue **22**). This can allow distinguishing between an inbound WDR, maintained WDR, and inbound AND maintained WDR. In one embodiment, the WDR (e.g. field **1100***g*) carries new bit(s) of information (e.g. set by receive processing when inserting to queue **26**) for indicating the WDR

US 10,477,994 B2

235

236

was inbound to the MS. The new bit(s) are checked by mWITS for new processing (i.e. inbound AND maintained WDR).

iWITS:

The preferred embodiment is a new block **2111** in FIG. **21** such that block **2110** continues to block **2111** (i.e. on No condition) and block **2111** continues to block **2112**. This allows iWITS processing block **2111** to see all inbound WDRs, regardless of the confidence check at block **2114**, and any other FIG. **21** processing. In some embodiments, block **2111** may choose to use confidence and/or any WDR field(s) and/or permissions and/or any other processing result to decisively affect whether or not the WDR should be examined and/or processed further by FIG. **21**. Block **2111** may result in processing to continue directly to block **2106** (rather than block **2112**). For example, upon determining that the WDR source had not provided any privileges to the receiving MS, the WDR can be ignored so as to not use resources of the MS. In another example, a WDR shows that it arrived completely wirelessly (e.g. field(s) **1100**f) and did not go through an intermediary service (e.g. router). The WDR may provide usefulness in locating the receiving MS despite the receiving MS not being privileged by the source MS, in which case block **2111** continues to block **2112** for WDR processing. Similar WITS filtering can occur here as was described for mWITS processing above, with the advantage of intercepting WDRs of little value at the earliest possible time and preventing them from reaching subsequent LBX processing.

One preferred embodiment does make use of the confidence field **1100**d to ensure the peer MS has been sufficiently located. Block **2111** will compare information of the WDR with configured privileges to determine which actions should be performed. When appropriate privileges are in place, block **2111** will also compare information of the WDR with configured and privileged charters (e.g. _I_fldname) to determine applicable configured charter actions to be performed.

Another embodiment can support iWITS at processing places associated with receive queue **26**, for example processing up to the insertion of the WDR to queue **26**.

oWITS:

The preferred embodiment incorporates a new block **2015** in FIG. **20** such that block **2014** continues to block **2015** and block **2015** continues to block **2016**. This allows oWITS processing block **2015** to see all its outbound WDRs for FIG. **20** processing. In some embodiments, block **2015** may choose to use confidence and/or any WDR field(s) and/or permissions and/or any other processing result to decisively affect whether or not the WDR should be processed further by FIG. **20**. Block **2015** may result in processing to continue directly to block **2018**. The WRC discussed may also be used appropriately here. Similar WITS filtering can occur here as was described for mWITS and iWITS processing above, with the advantage of intercepting WDRs of little value to anyone else in the LN-expanse, and preventing the WDRs from reaching subsequent LBX processing at remote MSs that will have no use for them.

The preferred embodiment will also incorporate a new block **2515** in FIG. **25** such that block **2514** continues to block **2515** and block **2515** continues to block **2516**. This allows oWITS processing block **2515** to see all its outbound WDRs of FIG. **25** processing. In some

embodiments, block **2515** may choose to use confidence and/or any WDR field(s) and/or permissions and/or any other processing result to decisively affect whether or not the WDR should be examined and/or processed further by FIG. **25**. Block **2515** may result in processing to continue directly to block **2506**. For example, upon determining that the WDR is destined for a MS with no privileges in place, the WDR can be ignored and unprocessed (i.e. not sent). The WRC discussed may also be used appropriately here. Similar WITS filtering can occur here as was described for mWITS, iWITS and oWITS processing above, with the advantage of intercepting WDRs of little value to anyone else in the LN-expanse, and preventing the WDRs from reaching subsequent LBX processing at remote MSs that will have no use for them.

Blocks **2015** and **2515** will compare information of the WDR with configured privileges to determine which actions should be performed. When appropriate privileges are in place, blocks **2015/2515** will also compare information of the WDR with configured charters (e.g. _O_fldname) to determine applicable configured and privileged charter actions to be performed.

Another embodiment can support oWITS at processing places associated with send queue **24**, for example after the insertion of the WDR to queue **24**.

Yet another embodiment recognizes in oWITS that the WDR was first maintained to the MS and is now in process of being sent outbound. This can allow distinguishing between an outbound WDR, maintained WDR, and outbound AND maintained WDR. Different embodiments will use different criteria for what designates an outbound AND maintained WDR, for example seeking certain values in maintained WDR field(s), seeking certain values in outbound WDR field(s), or both. In one embodiment, the WDR carries new bit(s) of information (e.g. set by send processing) for indicating the WDR was outbound from the MS. WDR processing for a maintained WDR and/or an outbound WDR can also be made relevant for designating an outbound AND maintained WDR. Criteria may be important in this embodiment since an outbound WDR was maintained in some fashion prior to being candidate as an outbound WDR.

FIG. **57** depicts a flowchart for describing a preferred embodiment of WDR In-process Triggering Smarts (WITS) processing. The term "Triggering Smarts" is used to describe intelligent processing of WDRs for privileges and/or charters that may trigger configured processing such as certain actions. FIG. **57** is presented to cover the different WITS embodiments discussed above. WITS processing is of PIP code **6**, and starts at block **5700** with an in-process WDR as the result of the start of new blocks **273**, **2111**, **2015** and **2515** (as described above). While preferred WITS embodiments include new blocks **273**, **2111**, **2015**, and **2515**, it is to be understood that alternate embodiments may include FIG. **57** processing at other processing places, for example as described above. There are similarities between mWITS, iWITS and oWITS. FIG. **57** is presented in context for each WITS type. Thus, block **5700** shall be presented as being invoked for mWITS, iWITS, and oWITS in order to process a WDR (i.e. in-process WDR) that is being maintained to the MS of FIG. **57** (e.g. to queue **22**), is inbound to the MS of FIG. **57** processing, and/or is outbound from the MS of FIG. **57** processing. Applicable charter configurations (_ref, _I_ref, _O_ref) and applicable privileges are to be handled accordingly.

US 10,477,994 B2

237

Depending on the embodiment, charter fields 3700$f$, or an equivalent descriptor thereof, may be accessed by WITS processing to determine which charters are enabled for applicable charter list use. Block 5700 continues to block 5702-$a$ where the WRC and applicable origination information of the WDR is accessed. Thereafter, if the WRC and WDR information indicates to ignore the WDR at block 5702-$b$, then processing continues to block 5746, otherwise processing continues to block 5704. Whenever block 5746 is encountered, the decision is made (assumed in FIG. 57) to continue processing the WDR or not continue processing the WDR in processing which includes FIG. 57 (i.e. FIGS. 2F, 20, 21 25) as described above. This decision depends on how block 5746 was arrived to by FIG. 57 processing. Blocks 5702-$a$ and 5702-$b$ may perform any variety of WITS filtering for any reason to prevent further processing of a WDR. In one embodiment, block 5702-$a$ checks MS privilege and/or charter configurations for relevance of further processing the WDR (e.g. there are no configurations existing which are relevant to the WDR from that particular originating MS, therefore no further WDR processing is warranted).

Block 5704 determines the identity (e.g. originating MS) of the in-process WDR (e.g. check field 1100$a$). A lookup, conversion, and/or other facilitated determination may be made. Thereafter, if block 5706 determines the identity of the in-process WDR does not match the identity of the MS of FIG. 57 processing, processing continues to block 5708. Block 5706 continues to block 5708 when a) the in-process WDR is from other MSs and is being maintained at the MS of FIG. 57 processing (i.e. FIG. 57=mWITS); or b) the in-process WDR is from other MSs and is inbound to the MS of FIG. 57 processing (i.e. FIG. 57=iWITS). For example, a first MS of FIG. 57 processing handles a WDR from a second MS starting at block 5708.

With reference now to FIG. 58, depicted is an illustration for granted data characteristics in the present disclosure LBX architecture, specifically with respect to granted permission data and granted charter data as maintained by a particular MS of FIG. 57 processing (i.e. as maintained by "this MS"). To facilitate discussion of FIG. 57, permission data 10 can be viewed as permission data collection 5802 wherein arrows shown are to be interpreted as "provides privileges to" (i.e. Left Hand Side (LHS) provides privileges to the Right Hand Side (RHS)). Any of the permissions representations heretofore described (internalized, datastream, XML, source code, or any other BNF grammar derivative) can be used to represent, or encode, data of the collection 5802. Regardless of the BNF grammar derivative/representation deployed, the minimal requirement of collection 5802 is to define the relationships of privileges granted from one ID to another ID (and perhaps with associated MSRelevance and/or TimeSpec qualifier(s)). Whether grants or explicit privileges are assigned, ultimately there are privileges granted from a grantor ID to a grantee ID.

Different identity embodiments are supported (e.g. MS ID or user ID) for the LHS and/or RHS (see BNF grammar for different embodiments). Permission data collection 5802 is to be from the perspective of one particular MS, namely the MS of FIG. 57 processing. Thus, the terminology "this MS ID" refers to the MS ID of the MS of FIG. 57 processing. The terminology "WDR MS ID" is the MS ID (field 1100$a$) of an in-process WDR of FIG. 57 processing distinguished from all other MS IDs configured in collection 5802 at the time of processing the WDR. The terminology "other MS IDs" is used to distinguish all other MS IDs configured in collection 5802 which are not the same as the MS ID of the

238

terminology "WDR MS ID" (i.e. MS IDs other than the MS ID (field 1100$a$) of the in-process WDR of FIG. 57 processing (also other than the "this MS" MS ID)). Privilege configurations 5810 are privileges provided from an in-process WDR MS ID (i.e. WDR being processed by FIG. 57 at "this MS") to the MS ID of FIG. 57 processing. The groups an ID belongs to can also provide, or be provided with, privileges so that the universe of privileges granted should consider groups as well. Privilege configurations 5820 are privileges provided from the MS of FIG. 57 processing (this MS) to the MS ID (field 1100$a$) of the in-process WDR being processed by FIG. 57. Privilege configurations 5830 are privileges provided from the MS of FIG. 57 processing (this MS) to MS IDs (field 1100$a$) configured in collection 5802 other than the MS ID of the in-process WDR being processed by FIG. 57 (also other than the "this MS" MS ID). Privilege configurations 5840 are privileges provided from MS IDs configured in collection 5802 at the MS of FIG. 57 processing (this MS) which are different than the MS ID of the in-process WDR being processed by FIG. 57 (also different than the "this MS" MS ID).

Also to facilitate discussion of FIG. 57, charter data 12 can be viewed as a charter data collection 5852 wherein arrows shown are to be interpreted as "creates enabled charters for" (i.e. Left Hand Side (LHS) creates enabled charters for the Right Hand Side (RHS)). Any of the charter representations heretofore described (internalized, datastream, XML, source code, or any other BNF grammar derivative) can be used to represent, or encode, data of the collection 5852. Regardless of the BNF grammar derivative/representation deployed, the minimal requirement of collection 5852 is to define the charters granted by one ID to another (and perhaps with associated TimeSpec qualifier(s); TimeSpec may be an aggregate-result of TimeSpec specified for the charter, charter expression, charter condition and/or charter term). Preferably, for charters with multiple actions, each action is evaluated on its own specified TimeSpec merit if applicable. In embodiments that use a tense qualifier in TimeSpecs: LBX history, appropriate queue(s), and any other reasonable source of information shall be utilized appropriately.

Different identity embodiments are supported (e.g. MS ID or user ID) for the LHS and/or RHS (see BNF grammar for different embodiments). A privilege preferably grants the ability to create effective (enabled) charters for one ID from another ID. However, in some embodiments the granting of a charter by itself from one ID to another ID can be treated like the granting of a permission/privilege to use the charter, thereby preventing special charter activating permission(s) be put in place. Charter data collection 5852 is also to be from the perspective of the MS of FIG. 57 processing. Thus, the terminology "this MS ID" refers to the MS ID of the MS of FIG. 57 processing. The terminology "WDR MS ID" is the MS ID (field 1100$a$) of the in-process WDR of FIG. 57 processing distinguished from all other MS IDs configured in collection 5852 at the time of processing the WDR. The terminology "other MS IDs" is used to distinguish all other MS IDs configured in collection 5852 which are not the same as the MS ID of the terminology "WDR MS ID" (i.e. MS IDs other than the MS ID (field 1100$a$) of the in-process WDR of FIG. 57 processing (also other than the "this MS" MS ID)). Charter configurations 5860 are charters created by the MS ID of an in-process WDR (i.e. WDR being processed by FIG. 57 at "this MS") for being effective at the MS of FIG. 57 processing (this MS ID). The groups an ID belongs to can also provide, or be provided with, charters so that the

US 10,477,994 B2

239

240

universe of charters granted should consider groups as well. Charter configurations **5870** are charters created by the MS ID of FIG. **57** processing (i.e. this MS) for being effective at the MS of FIG. **57** processing (this MS ID). Charter configurations **5870** include the most common embodiments of creating charters for yourself at your own MS. Charter configurations **5880** are charters created by the MS ID of FIG. **57** processing (this MS) for being effective at MSs with MS IDs configured in collection **5852** other than the MS ID of the in-process WDR being processed by FIG. **57**. Charter configurations **5890** are charters at the MS of FIG. **57** processing (this MS) which are created by MS IDs other than the MS ID of the in-process WDR being processed by FIG. **57** (also other than the "this MS" MS ID).

Any subset of data collections **5802** and **5852** can be resident at a MS of FIG. **57** processing, depending on a particular embodiment of the present disclosure, however preferred and most common data used is presented in FIG. **57**. While FIG. **58** facilitates flowchart descriptions and discussions for in-process WDR embodiments of being maintained (e.g. to queue **22**), being inbound (e.g. communicated to the MS), and/or being outbound (e.g. communicated from the MS), FIGS. **49**A and **49**B provide relevant discussions for WDR in-process embodiments when considering generally "incoming" WDRs (i.e. being maintained (e.g. to queue **22**) or being inbound (e.g. communicated to the MS)).

In the preferred embodiment, groups defined local to the MS are used for validating which data using group IDs of collections **5802** and **5852** are relevant for processing. In alternate embodiments, group information of other MSs may be "visible" to FIG. **57** processing for broader group configuration consideration, either by remote communications, local maintaining of MS groups which are privileged to have their groups maintained there (communicated and maintained like charters), or another reasonable method.

With reference back to FIG. **57**, block **5708** forms a PRIVS2ME list of configurations **5810** and continues to block **5710** for eliminating duplicates that may be found. Block **5708** may collapse grant hierarchies to form the list. Duplicates may occur for privileges which include the duplicated privileges (i.e. subordinate privileges). For example, \lbxall specifies all LBX privileges and \nearar is only one LBX privilege already included in \lbxall. Recall that some privileges can be higher order scoped (subordinate) privileges for a plurality of more granulated privileges. Block **5710** additionally eliminates duplicates that may exist for permission embodiments wherein a privilege can enable or disable a feature. In a present disclosure embodiment wherein a privilege can enable, and a privilege can disable the same feature or functionality, there is preferably a tie breaker of disabling the feature (i.e. disabling wins). In an alternate embodiment, enabling may break a tie of ambiguity. Block **5710** further eliminates privileges that have a MSRelevance qualifier indicating the MS of FIG. **57** processing is not supported for the particular privilege, and also eliminates privileges with a TimeSpec qualifier invalid for the time of FIG. **57** processing (an alternate embodiment can enforce TimeSpec interpretation at blocks **5734** (i.e. in FIG. **59** processing) and **5736** (i.e. in FIG. **60** processing)). Thereafter, block **5712** forms a PRIVS2WDR list of configurations **5820** and continues to block **5714** for eliminating duplicates that may be found in a manner analogous to block **5710** (i.e. subordinate privileges, enable/disable tie breaker, MSRelevance qualifier, TimeSpec qualifier). Block **5712** may collapse grant hierarchies to form the list. An alternate embodiment can enforce TimeSpec interpretation at block **5738** (i.e. in FIG. **60** processing). Thereafter, block **5716** forms a CHARTERS2ME list of configurations **5860** and preferably eliminates variables by instantiating/elaborating at points where they are referenced. Then, block **5718** eliminates those charters which are not privileged. In some embodiments, block **5718** is not necessary (**5716** continues to **5720**) because un-privileged charters will not be permitted to be present at the MS of FIG. **57** processing anyway (e.g. eliminated when receiving). Nevertheless, block **5718** removes from the CHARTERS2ME list all charters which do not have a privilege (e.g. using PRIVS2WDR) granted by the MS (the MS user) of FIG. **57** processing to the creator of the charter, for permitting the charter to be "in effect" (activated). In the preferred embodiment, there is a privilege (e.g. \chrtrs) which can be used to grant the permission of activating any charters of another MS (or MS user) at the MS of FIG. **57** processing. In the preferred embodiment, there can be any number of subordinate charter privileges (i.e. subordinate to \chrtrs) for specifically indicating which type of charters are permitted. For example, privileges for governing which charters are to be active from a remote MS include:

mWITS specifications (allow charters with _fldname);
iWITS specifications (allow charters with _I_fldname);
oWITS specifications (allow charters with _O_fldname);
specified atomic terms (e.g. a privilege for each eligible atomic term use);
specified WDRTerms (e.g. a privilege for each eligible WDRTerm use);
specified AppTerms (e.g. a privilege for each eligible AppTerm use);
specified operators (e.g. a privilege for each eligible atomic operator use);
specified conditions;
specified actions;
specified host targets for actions; and/or
any identifiable characteristic of a charter encoding as defined in the BNF grammar of FIGS. **30**A through **30**E.

In any embodiment, block **5718** ensures no charters from other users are considered active unless appropriately privileged (e.g. using PRIVS2WDR). Thereafter, block **5720** forms a MYCHARTERS list of configurations **5870** and preferably eliminates variables by elaborating at points where they are referenced, before continuing to block **5732**.

Block **5732** checks the PRIVS2ME list to see if there is a privilege granted from the identity of the in-process WDR to the MS (or user of MS) of FIG. **57** processing for being able to "see" the WDR. One main privilege (e.g. \lbxiop) can enable or disable whether or not the MS of FIG. **57** processing should be able to do anything at all with the WDR from the remote MS. If block **5732** determines this MS can process the WDR, then processing continues to block **5734**. Block **5734** enables local features and functionality in accordance with privileges of the PRIVS2ME list by invoking the enable features and functionality procedure of FIG. **59** with the PRIVS2ME list, and the in-process WDR as parameters (preferably passed by pointer/reference).

With reference now to FIG. **59**, depicted is a flowchart for describing a preferred embodiment of a procedure for enabling LBX features and functionality in accordance with a certain type (category) of permissions. Blocks **5920**, **5924**, **5928**, **5932**, **5936**, **5940**, **5944**, and **5946** enable or disable LBX features and functionality for semantic privileges. Processing of block **5734** starts at block **5900** and continues to block **5902** where the permission type list parameter passed (i.e. PRIVS2ME (**5810**) when invoked from block

US 10,477,994 B2

241

5734) is determined, and the in-process WDR may be accessed. The list parameter passed provides not only the appropriate list to FIG. 59 processing, but also which list configuration (5810, 5820, 5830 or 5840) has been passed for processing by FIG. 59. There are potentially thousands of specific privileges that FIG. 59 can handle. Therefore, FIG. 59 processing is shown to generically handle different classes (categories) of privileges, namely privilege classes of: privilege-configuration, charter-configuration, data send, impersonation, WDR processing, situational location, monitoring, LBX, LBS, and any others as handled by block 5946. Privileges disclosed throughout the present disclosure fall into one of these classes handled by FIG. 59.

Block 5902 continues to block 5904 where if it is determined that a privilege-configuration privilege is present in the list parameter passed to FIG. 59 processing, then block 5906 will remove privileges from the list parameter if appropriate to do that. For example, a privilege (or absence thereof) detected in the list parameter for indicating no privileges can be defined/enabled in context of the list parameter causes block 5906 to remove all privileges from the list parameter and also from permissions 10 (i.e. 5810 of collection 5802 when FIG. 59 invoked from block 5734). Similarly, any more granular privilege-configuration privileges of the list parameter causes processing to continue to block 5906 for ensuring remaining privileges of the list parameter (and of permissions 10 configurations) are appropriate. There can be many different privilege-configuration privileges for what can, and can't, be defined in permissions 10, for example by any characteristic(s) of permissions data 10 according to the present disclosure BNF grammar. Block 5906 continues to block 5908 when all privilege-configuration privileges are reflected in the list parameter and collection 5802 of permissions 10. If block 5904 determines there are no privilege-configuration privileges to consider in the list parameter passed to FIG. 59 processing, then processing continues to block 5908.

Block 5908 gets the next individual privilege entry (or the first entry upon first encounter of block 5908 for an invocation of FIG. 59) from the list parameter and continues to block 5910. Blocks 5908 through 5946 iterate all individual privileges (list entries) associated with the list parameter of permissions 10 provided to block 5908. If block 5910 determines there was an unprocessed privilege entry remaining in the list parameter (i.e. 5810 of collection 5802 when FIG. 59 invoked from block 5734), then the entry gets processed starting with block 5912. If block 5912 determines the entry is a charter-configuration privilege, then block 5914 will remove charters from CHARTERS2ME if appropriate to do that. For example, a privilege (or absence thereof) detected in the list parameter for indicating no CHARTERS2ME charters can be defined/enabled in context of the list parameter causes block 5914 to remove all charters from CHARTERS2ME and also from charters 12 (i.e. 5860 of collection 5852 when FIG. 59 invoked from block 5734). Similarly, any more granular charter-configuration privileges of the list parameter causes processing to continue to block 5914 for ensuring remaining charters of CHARTERS2ME (and of charters 12 configurations) are appropriate. There can be many different charters-configuration privileges for what can and can't be defined in charters 12, for example by any characteristic(s) of charters data 12 according to the present disclosure BNF grammar, in particular for an in-process WDR from another MS. Any aspect of charters can be privileged (all, certain commands, certain operands, certain parameters, certain values of any of those, whether can specify Host for action processing,

242

certain conditions and/or terms—See BNF grammar). Block 5914 then continues to block 5916. Block 5916 will remove charters from MYCHARTERS if appropriate to do that. For example, a privilege (or absence thereof) detected in the list parameter for indicating certain MYCHARTERS charters (e.g. those that involve the in-process WDR) can/cannot be defined/enabled in context of the list parameter causes block 5916 to remove charters from MYCHARTERS for subsequent FIG. 57 processing. Changes to charters 12 for the MYCHARTERS list does not occur. This prevents deleting charters locally at the MS that the user spent time creating at his MS. Removing from the MYCHARTERS list is enough to affect subsequent FIG. 57 processing, for example of an in-process WDR. Block 5914 shown does additionally remove from charters 12 because the charters are not valid from a remote user anyway. One preferred embodiment to block 5914 will not alter charters 12 (only CHARTERS2ME) similarly to block 5916 so that subsequent FIG. 57 processing continues properly while preventing a remote MS user from resending charters (use of FIGS. 44A and 44B) at a subsequent time for reinstatement upon discovering the "this MS" FIG. 57 processing user had not provided a needed permission/privilege. Block 5916 continues back to block 5908 for the next entry. Blocks 5914 and 5916 make use of the privilege entry data from block 5908 (e.g. grantor ID, grantee ID, privilege, etc) to properly affect change of CHARTERS2ME and MYCHARTERS. CHARTERS2ME and MYCHARTERS are shown as global variables accessible from FIG. 57 processing to FIG. 59 processing, but an alternate embodiment will pass these lists as additional parameters determined at block 5902. If block 5912 determined the currently iterated privilege is not a charter configuration privilege, then processing continues to block 5918.

If block 5918 determines the entry is a data send privilege, then block 5920 will enable LBX features and functionality appropriately in context for the list parameter, and processing continues back to block 5908. A data send privilege may be one that is used at block 4466 and enforced at block 4470 for exactly what data can or cannot be received. Any granulation of permission data 10 or charter data 12 (e.g. by any characteristic(s)) may be supported. A data send privilege may overlap with a privilege-configuration privilege or a charter-configuration privilege since either may be used at blocks 4466 and 4470, depending on an embodiment. It may be useful to control what data can be received by a MS at blocks 4466 and 4470 versus what data actually gets used for FIG. 57 processing as controlled by blocks 5904, 5906, 5912, 5914, and 5916. If block 5918 determines the entry is not a data send privilege, then processing continues to block 5922. Data send privileges can control what privilege, charter, and/or group data can and cannot be sent to a MS (i.e. received by a MS). Data send privileges can be overall privileges, subordinate privileges, and/or privileges for any granulation of data based on type, size, value, age, or any other characteristic(s) available from a derivative of the BNF grammar of FIGS. 30A through 30E.

If block 5922 determines the entry is an impersonation privilege, then block 5924 will enable LBX features and functionality appropriately in context for the list parameter, and processing continues back to block 5908. An impersonation privilege is one that is used to access certain authenticated user interfaces, some of which were described above. Any granulation of permission data 10 (e.g. by any characteristic(s)) may be supported, for example for any subset of MS user interfaces with respect to the present disclosure. Block 5924 may access security, or certain application

US 10,477,994 B2

243

interfaces accessible to the MS of FIG. **59** processing for read, modify, add, or otherwise alter certain related data, or cause the processing of certain related executable code, for example to manage associated identity impersonation at the MS. If block **5922** determines the entry is not an impersonation privilege, then processing continues to block **5926**. Impersonation privileges can be overall privileges, subordinate privileges, and/or privileges for any granulation of identity data or any other characteristic(s) available from a derivative of the BNF grammar of FIGS. **30**A through **30**E.

If block **5926** determines the entry is a WDR privilege, then block **5928** will enable LBX features and functionality appropriately in context for the list parameter, and processing continues back to block **5908**. A WDR privilege is one that is used to govern access to certain fields of the in-process WDR. Any granulation of permission data **10** (e.g. by any characteristic(s)) may be supported, for example for any subset of available in-process WDR data. Block **5928** may access any in-process WDR field, subfield(s), or associated in-process WDR data to make use of certain application interfaces accessible to the MS of FIG. **59** processing for read, modify, add, or otherwise alter certain related data, or cause the processing of certain related executable code, for example to manage appropriate in-process WDR processing. If block **5926** determines the entry is not a WDR privilege, then processing continues to block **5930**. WDR privileges can be overall privileges, subordinate privileges, and/or privileges for any granulation of in-process related WDR data, perhaps using any characteristic(s) available from a derivative of the BNF grammar of FIGS. **30**A through **30**E.

If block **5930** determines the entry is a Situational Location privilege, then block **5932** will enable LBX features and functionality appropriately in context for the list parameter, and processing continues back to block **5908**. A Situational Location privilege may overlap with a WDR privilege since WDR fields are consulted for automated processing, however it may be useful to distinguish. Any granulation of permission data **10** (e.g. by any characteristic(s)) may be supported, for example for any subset of available in-process relevant WDR data. The term "situational location" is useful for describing location based conditions (e.g. as disclosed in Service delivered location dependent content of U.S. Pat. Nos. 6,456,234; 6,731,238; 7,187,997 (Johnson)). Block **5932** may access any in-process WDR field, subfield(s), or associated in-process WDR data for appropriate LBX processing involving read, modify, add, or otherwise alter certain related data, or cause the processing of certain related executable code, for example to manage appropriate in-process WDR situational location processing. If block **5930** determines the entry is not a situational location privilege, then processing continues to block **5934**. Situational location privileges can be overall privileges, subordinate privileges, and/or privileges for any granulation of in-process related WDR data, perhaps using any characteristic(s) available from a derivative of the BNF grammar of FIGS. **30**A through **30**E.

If block **5934** determines the entry is a monitoring privilege, then block **5936** will enable LBX features and functionality appropriately in context for the list parameter, and processing continues back to block **5908**. A monitoring privilege governs monitoring any data of a MS for any reason (e.g. in charter conditions). Any granulation of permission data **10** (e.g. by any characteristic(s)) may be supported, for example for any subset of MS data. Block **5936** may access any MS data, or associated in-process WDR data for appropriate LBX processing involving read,

244

modify, add, or otherwise alter certain related data, or cause the processing of certain related executable code, for example to manage appropriate in-process WDR processing at the MS. If block **5934** determines the entry is not a monitoring privilege, then processing continues to block **5938**. Monitoring privileges can be overall privileges, subordinate privileges, and/or privileges for any granulation of MS data (MS of FIG. **59** processing or of the in-process WDR), perhaps using any characteristic(s) available from a derivative of the BNF grammar of FIGS. **30**A through **30**E.

If block **5938** determines the entry is a LBX privilege, then block **5940** will enable LBX features and functionality appropriately in context for the list parameter, and processing continues back to block **5908**. A LBX privilege governs LBX processing behavior at the MS of FIG. **59** processing. Other privileges so far discussed for FIG. **59** processing may overlap with an LBX privilege. Any granulation of permission data **10** (e.g. by any characteristic(s)) may be supported, for example for unique LBX processing at the MS of FIG. **59** processing. Block **5940** may access any MS data, or associated in-process WDR data for appropriate LBX processing involving read, modify, add, or otherwise alter certain related data, or cause the processing of certain related executable code, for example to perform LBX processing at the MS. If block **5938** determines the entry is not a LBX privilege, then processing continues to block **5942**. LBX privileges can be overall privileges, subordinate privileges, and/or privileges for any granulation of MS data (MS of FIG. **59** processing or of the in-process WDR), perhaps using any characteristic(s) available from a derivative of the BNF grammar of FIGS. **30**A through **30**E.

If block **5942** determines the entry is a LBS privilege, then block **5944** will enable LBS features and functionality appropriately in context for the list parameter, and processing continues back to block **5908**. A LBS privilege governs LBS processing behavior at the MS of FIG. **59** processing. Other privileges so far discussed for FIG. **59** processing may overlap with an LBS privilege. Any granulation of permission data **10** (e.g. by any characteristic(s)) may be supported, for example for unique LBS processing at the MS of FIG. **59** processing. Block **5944** may access any MS data, or associated in-process WDR data for appropriate LBS processing involving read, modify, add, or otherwise alter certain related data, or cause the processing of certain related executable code, for example to perform LBS processing at the MS, and perhaps cause processing at a connected LBS. If block **5942** determines the entry is not a LBS privilege, then processing continues to block **5946**. LBS privileges can be overall privileges, subordinate privileges, and/or privileges for any granulation of MS data (MS of FIG. **59** processing or of the in-process WDR), perhaps using any characteristic(s) available from a derivative of the BNF grammar of FIGS. **30**A through **30**E, and perhaps using any data or interface of a connected LBS.

Block **5946** is provided for processing completeness for handling appropriately (e.g. enable or disable MS processing) a privilege that some reader may not appreciate falling into one of the privilege classes of FIG. **59** processing. Block **5946** then continues to block **5908**. Referring back to block **5910**, if it is determined there are no more unprocessed entries remaining in the list parameter (i.e. **5810** of collection **5802** when FIG. **59** invoked from block **5734**), then the caller/invoker is returned to at block **5948**.

FIG. **59** may not require blocks **5904** and **5906** since a block **4466** embodiment may have already enforced what has been received and integrated at block **4470** to a proper set of collections **5802** and **5852**. In any case, the procedure

US 10,477,994 B2

245

246

of FIG. **59** is made complete having blocks **5904** and **5906** for various caller/invoker embodiments. Similarly, FIG. **59** also may not require blocks **5912** through **5916** since a block **4466** embodiment may have already enforced what has been received and integrated at block **4470** to a proper set of collections **5802** and **5852**. The procedure of FIG. **59** is made complete by having blocks **5912** through **5916** for various caller/invoker embodiments.

In one embodiment, FIG. **59** uses the absence of certain privileges to enable or disable LBX features and functionality wherein block **5948**-A determines which privileges were not provided, block **5948**-B enables/disables LBX features and functionality in accordance with the lack of privileges, and block **5948**-C returns to the caller/invoker.

With reference back to FIG. **57**, block **5734** continues to block **5736**. Some embodiments of FIG. **57** blocks **5710**, **5714**, **5718**, **5742**, **5750**, **5756**, etc may perform sorting for a best processing order (e.g. as provided to procedures of FIGS. **59** and **60**). Block **5736** performs actions in accordance with privileges of the PRIVS2ME list by invoking the do action procedure of FIG. **60** with the PRIVS2ME list, and the in-process WDR as parameters (preferably passed by pointer/reference).

With reference now to FIG. **60**, depicted is a flowchart for describing a preferred embodiment of a procedure for performing LBX actions in accordance with a certain type of permissions. Blocks **6012**, **6016**, **6020**, **6024**, **6028**, **6032**, **6036**, and **6038** perform actions for semantic privileges. Processing of block **5736** starts at block **6002** and continues to block **6004** where the permission type parameter passed (i.e. PRIVS2ME (**5810**) when invoked from block **5736**) is determined, and the in-process WDR may be accessed. The list parameter passed provides not only the appropriate list to FIG. **60** processing, but also which list configuration (**5810**, **5820**, **5830** or **5840**) has been passed for proper processing by FIG. **60**. There are potentially thousands of specific privileges that FIG. **60** can handle. Therefore, FIG. **60** processing is shown to generically handle different classes (categories) of privileges, namely privilege classes of: data send, impersonation, WDR processing, situational location, monitoring, LBX, LBS, and any others as handled by block **6038**. Privileges disclosed throughout the present disclosure fall into one of these classes handled by FIG. **60**.

Block **6004** continues to block **6006**. Block **6006** gets the next individual privilege entry (or the first entry upon first encounter of block **6006** for an invocation of FIG. **60**) from the list parameter and continues to block **6008**. Blocks **6006** through **6038** iterate all individual privileges associated with the list parameter of permissions **10** provided to block **6002**. If block **6008** determines there was an unprocessed privilege entry remaining in the list parameter (i.e. **5810** of collection **5802** when FIG. **60** invoked from block **5736**), then the entry gets processed starting with block **6010**.

If block **6010** determines the entry is a data send privilege, then block **6012** will perform any LBX actions in context for the list parameter (if any applicable), and processing continues back to block **6006**. A data send privilege may be one that is used at block **4466** and enforced at block **4470** for exactly what data can or cannot be received, or alternatively, block **6012** can perform actions for communicating data between MSs, or affecting data at MSs, for an appropriate local image of permissions **10** and/or charters **12**. Any granulation of permission data **10** or charter data **12** (e.g. by any characteristic(s)) may be supported. If block **6010** determines the list entry is not a data send privilege, processing continues to block **6014**.

If block **6014** determines the entry is an impersonation privilege, then block **6016** will perform any LBX actions in context for the list parameter (if any applicable), and processing continues back to block **6006**. Block **6016** may access security, or certain application interfaces accessible to the MS of FIG. **60** processing for read, modify, add, or otherwise alter certain related data, or cause the processing of certain related executable code, for example to manage associated identity impersonation at the MS. If block **6014** determines the entry is not an impersonation privilege, then processing continues to block **6018**.

If block **6018** determines the entry is a WDR privilege, then block **6020** will perform any LBX actions in context for the list parameter (if any applicable), and processing continues back to block **6006**. Block **6020** may access any in-process WDR field, subfield(s), or associated in-process WDR data to make use of certain application interfaces accessible to the MS of FIG. **60** processing for read, modify, add, or otherwise alter certain related data, or cause the processing of certain related executable code, for example to manage appropriate in-process WDR processing. If block **6020** determines the entry is not a WDR privilege, then processing continues to block **6022**.

If block **6022** determines the entry is a Situational Location privilege, then block **6024** will perform any LBX actions in context for the list parameter (if any applicable), and processing continues back to block **6006**. Block **6024** may access any in-process WDR field, subfield(s), or associated in-process WDR data for appropriate LBX processing involving read, modify, add, or otherwise alter certain related data, or cause the processing of certain related executable code, for example to manage appropriate in-process WDR situational location processing. If block **6022** determines the entry is not a situational location privilege, then processing continues to block **6026**

If block **6026** determines the entry is a monitoring privilege, then block **6028** will perform any LBX actions in context for the list parameter (if any applicable), and processing continues back to block **6006**. Block **6028** may access any MS data, or associated in-process WDR data for appropriate LBX processing involving read, modify, add, or otherwise alter certain related data, or cause the processing of certain related executable code, for example to manage appropriate in-process WDR processing at the MS. If block **6026** determines the entry is not a monitoring privilege, then processing continues to block **6030**.

If block **6030** determines the entry is a LBX privilege, then block **6032** will perform any LBX actions in context for the list parameter (if any applicable), and processing continues back to block **6006**. Block **6032** may access any MS data, or associated in-process WDR data for appropriate LBX processing involving read, modify, add, or otherwise alter certain related data, or cause the processing of certain related executable code, for example to perform LBX processing at the MS. If block **6030** determines the entry is not a LBX privilege, then processing continues to block **6034**.

If block **6034** determines the entry is a LBS privilege, then block **6036** will perform any LBS actions in context for the list parameter, and processing continues back to block **6006**. Block **6036** may access any MS data, or associated in-process WDR data for appropriate LBS processing involving read, modify, add, or otherwise alter certain related data, or cause the processing of certain related executable code, for example to perform LBS processing at the MS, and perhaps cause processing at a connected LBS. If block **6034** determines the entry is not a LBS privilege, then processing continues to block **6038**.

247

Block **6038** is provided for processing completeness for handling appropriately (e.g. performing any LBX actions in context for the list parameter (if any applicable) a privilege that some reader may not appreciate falling into one of the privilege classes of FIG. **60** processing. Block **6038** then continues to block **6006**. Referring back to block **6008**, if it is determined there are no more unprocessed entries remaining in the list parameter (i.e. **5810** of collection **5802** when FIG. **60** invoked from block **5736**), then the caller/invoker is returned to at block **6040**.

In one embodiment, FIG. **60** uses the absence of caller privileges to perform LBX actions in context for the list parameter wherein block **6040**-A determines which privileges were not provided, block **6040**-B performs LBX actions in context for the lack of privileges, and block **6040**-C returns to the caller/invoker.

FIG. **60** processing causes application types of actions according to privileges set. Such application types of actions are preferably caused using APIs, callback functions, or other interfaces so as to isolate FIG. **60** LBX processing from applications that are integrated with it. This prevents application "know-how" from being part of the LBX processing (e.g. software) built for MSs. FIG. **60** preferably invokes the "know-how" through an appropriate interface (software or hardware). In one preferred embodiment, participating applications register themselves as processing particular atomic privileges so that FIG. **60** invokes the interface with the privilege, its setting, and perhaps useful environmental data of interest. The application itself can then optimally process the privilege for an appropriate application action. Invocation of the application interface may be thread oriented so as to not wait for a return, or may be synchronous for waiting for a return (or return code). In one preferred embodiment, the PRR **5300** is modified for further containing a privilege join field **5300**j for joining to a new Application Privileges Reference (APR) table containing all privileges which are relevant for the application described by the PRR **5300**. This provides the guide of all privileges which are applicable to an application, and which are to cause invocation of the interface(s) of the application. A PRR **5300** is to be extended with new data in at least one field **5300**k which contains interface directions for how to invoke the application with the privilege for processing (e.g. through an appropriate interface (e.g. Dynamic Link Library (DLL), callback function, script, etc)). See FIGS. **59** and **60**. Preferably, a single API or invocation is used for all privileges to a particular application and the burden of conditional processing paths is put on the application in that one interface. An alternate embodiment could allow multiple interfaces to be plugged in: one for each of a plurality of classes, or categories, of privileges so that the burden of unique processing paths, depending on a privilege, is reduced for one application. In any embodiment, it is preferable to minimize linkage execution time between LBX processing and an application which is plugged in. Linkage time can be reduced by:

1) Performing appropriate and directed executable linkage as indicated by the PRR at initialization time of block **1240**;
2) Performing loading into executable memory of needed dynamically linked executables (e.g. DLL) as indicated by the PRR at initialization time of block **1240** wherein the PRR provides link library information for resolving linkage; and/or
3) Validating presence of, or performing loading of, the executables/script/etc in an appropriate manner at an appropriate initialization time.

248

Note that atomic command processing solves performance issues by providing a tightly linked executable environment while providing methods for customized processing. Many applications may be invoked for the same privilege (i.e. blocks **6012**, **6016**, **6020**, **6024**, **6028**, **6032**, **6036** and/or **6038** can certainly invoke multiple applications (i.e. cause multiple actions) for a single privilege), depending on what is found in the APR table. Of course, integrated application action processing can be built with LBX software so that the MS applications are tightly integrated with the LBX processing. Generally, FIG. **60** includes appropriate processing of applications while FIG. **59** affects data which can be accessed (e.g. polled) by applications.

With reference back to FIG. **57**, block **5736** continues to block **5738**. Block **5738** performs actions in accordance with privileges of the PRIVS2WDR list by invoking the do action procedure of FIG. **60** with the PRIVS2WDR list, and the in-process WDR as parameters (preferably passed by pointer/reference), and then continues to block **5740**. FIG. **60** processing is analogously as described above except in context for the PRIVS2WDR (**5820**) list and for the in-process WDR of FIG. **57** processing relative the PRIVS2WDR list. One embodiment may incorporate a block **5737** (block **5736** continues to 5737 which continues to block **5738**) for invoking FIG. **59** processing with PRIVS2WDR. Generally, privilege configurations **5820** involve actions for the benefit of the WDR originator.

Block **5740** processing merges the MYCHARTERS and CHARTERS2ME lists into a CHARTERS2DO list, and continues to block **5742** for eliminating inappropriate charters that may exist in the CHARTERS2DO list. Block **5742** additionally eliminates charters with a TimeSpec qualifier invalid for the time of FIG. **57** processing (an alternate embodiment can enforce TimeSpec interpretation at block **5744**). If all actions, or any condition, term, expression, or entire charter itself has a TimeSpec outside of the time of FIG. **57** processing, then preferably the entire charter is eliminated. Action(s) are removed from a charter which remains in effect if action(s) for a charter have an invalid TimeSpec for the time of FIG. **57** processing, in which case any remaining actions with no TimeSpec or a valid TimeSpec are preserved for the effective charter. If all charter actions are invalid per TimeSpec, then the charter is completely eliminated. Thereafter, block **5744** performs charter actions in accordance with conditions of charters of the CHARTERS2DO list (see FIG. **61**), and processing then terminates at block **5746**.

Block **5742** can eliminate charters which are irrelevant for processing, for example depending upon the type of in-process WDR. For a maintained WDR, inappropriate charters may be those which do not have a maintained condition specification (i.e. _fldname). For an inbound WDR, inappropriate charters may be those which do not have an in-bound condition specification (i.e. _I_fldname). For an outbound WDR, inappropriate charters may be those which do not have an out-bound condition specification (i.e. _O_fldname). The context of WITS processing (mWITS, iWITS, oWITS) may be used at block **5742** for eliminating inappropriate charters.

With reference back to block **5732**, if it is determined that this MS should not process (see) the WDR in-process, processing continues to block **5746** where FIG. **57** processing is terminated, and the processing host of FIG. **57** (i.e. FIGS. **2F**, **20**, **21**, **25**) appropriately ignores the WDR.

With reference back to block **5706**, if it is determined that the WDR identity matches the MS of FIG. **57** processing, processing continues to block **5748**. Block **5706** continues to

US 10,477,994 B2

249

block **5748** when a) the in-process WDR is from this MS and is being maintained at the MS of FIG. **57** processing (i.e. FIG. **57**=mWITS); or b) the in-process WDR is outbound from this MS (i.e. FIG. **57**=oWITS). Block **5748** forms a PRIVS2OTHERS list of configurations **5830** and continues to block **5750** for eliminating duplicates that may be found. Block **5748** may collapse grant hierarchies to form the list. Duplicates may occur for privileges which include the duplicated privileges (i.e. subordinate privileges) as described above. Block **5750** additionally eliminates duplicates that may exist for permission embodiments wherein a privilege can enable or disable a feature. In a present disclosure embodiment wherein a privilege can enable, and a privilege can disable the same feature or functionality, there is preferably a tie breaker of disabling the feature (i.e. disabling wins). In an alternate embodiment, enabling may break a tie of ambiguity. Block **5750** further eliminates privileges that have a MSRelevance qualifier indicating the MS of FIG. **57** processing is not supported for the particular privilege, and also eliminates privileges with a TimeSpec qualifier invalid for the time of FIG. **57** processing (an alternate embodiment can enforce TimeSpec interpretation at block **5758** (i.e. in FIG. **60** processing)). Thereafter, block **5752** forms a MYCHARTERS list of configurations **5870** and preferably eliminates variables by instantiating/elaborating at points where they are referenced. Then, block **5754** forms a CHARTERS2ME list of configurations **5890** and preferably eliminates variables by instantiating/elaborating at points where they are referenced. Then, block **5756** eliminates those charters which are not privileged. In some embodiments, block **5756** is not necessary (**5754** continues to **5758**) because un-privileged charters will not be permitted to be present at the MS of FIG. **57** processing. Nevertheless, block **5756** removes from the CHARTERS2ME list all charters which do not have a privilege granted by the MS (the MS user) of FIG. **57** processing to the creator of the charter, for permitting the charter to be enabled (as described above for block **5718**). In any embodiments, block **5756** ensures no charters from other users are considered active unless appropriately privileged. Thereafter, block **5758** performs actions in accordance with privileges of the PRIVS2OTHERS list by invoking the do action procedure of FIG. **60** with the PRIVS2ME list, and the in-process WDR as parameters (preferably passed by pointer/reference), and then continues to block **5740** which has already been described. FIG. **60** processing is the same as described above except in context for the PRIVS2OTHERS list (**5830**) and for the in-process WDR of FIG. **57** processing relative the PRIVS2OTHERS list. Of course the context of blocks **5748** through **5758** are processed for in-process WDRs which are: a) maintained to the MS of FIG. **57** for the whereabouts of the MS of FIG. **57** processing; or b) outbound from the MS of FIG. **57** processing (e.g. an outbound WDR describing whereabouts of the MS of FIG. **57** processing). One embodiment may incorporate a block **5757** (block **5756** continues to **5757** which continues to block **5758**) for invoking FIG. **59** processing with PRIVS2OTHERS. Generally, privilege configurations **5830** involve actions for the benefit of others (i.e. other than this MS).

When considering the terminology "incoming" as used for FIGS. **49**A and **49**B, a WDR in-process at this MS (the MS of FIG. **57** processing) which was originated by this MS with an identity for this MS uses: a) this MS charters (**5870** confirmed by 4962 bullet 2 part 1, 4988 bullet 2 part 1, 4922, 4948); b) others' charters per this MS (or this MS user) privileges to them (**5890** confirmed by 4966 bullet 3, 4964

250

bullet 2, 4986 bullet 3, 4984 bullet 2, 4924, 4946); and c) this MS (or this MS user) privileges to others (**5830** confirmed by 4944 bullet 4, 4924 bullet 4, 4946 bullet 4, 4926 bullet 4). An alternate embodiment additionally uses d) others' privileges to this MS (or this MS user) (**5840**), for example to determine how nearby they are at outbound WDR time or at the time of maintaining the MS's own whereabouts. This alternate embodiment would cause FIG. **57** to include: a new block **5760** for forming a PRIVS2ME list of privileges **5840**; a new block **5762** for eliminating duplicates, MSRelevance rejects and invalid TimeSpec entries; a new block **5764** for enabling features an functionality in accordance with the PRIVS2ME list of block **5760** by invoking the enable features and functionality procedure of FIG. **59** with PRIVS2ME as a parameter (FIG. **59** processing analogous to as described above except for PRIVS2ME); and a new block **5766** for performing actions in accordance with PRIVS2ME by invoking the do action procedure of FIG. **60** with PRIVS2ME as a parameter (FIG. **60** processing analogous to as described above except for PRIVS2ME). Such an embodiment would cause block **5758** to continue to block **5760** which continues to block **5762** which continues to block **5764** which continues to block **5766** which then continues to block **5740**.

When considering the terminology "incoming" as used for FIGS. **49**A and **49**B, a WDR in-process at this MS (the MS of FIG. **57** processing) which was originated by a remote MS with an identity different than this MS uses: e) this MS charters per other's privileges to this MS (or this MS user) (**5870** confirmed by 4962 bullet 2 part 2, 4988 bullet 2 part 2, 4926, 4944, 4924 bullet 2); f) others' charters per this MS (or this MS user) privileges to them (**5860** confirmed by 4966 bullet 2, 4964 bullet 3, 4986 bullet 2, 4984 bullet 3, 4924, 4946); g) this MS (or this MS user) privileges to others (**5820** confirmed by 4944 bullet 3, 4924 bullet 3, 4946 bullet 3, 4926 bullet 3); and h) others' privileges to this MS (or this MS user) (**5810** confirmed by 4926 bullet 2, 4944 bullet 2, 4946 bullet 2, 4924 bullet 2). An alternate embodiment additionally uses i) others' charters per this MS (or this MS user) privileges to them (**5890**); and/or j) this MS (or this MS user) privileges to others (**5830**); and/or k) others' privileges to this MS (or this MS user) (**5840**). This alternate embodiment would cause FIG. **57** to alter block **5716** to further include charters **5890**, alter block **5708** to further include privileges **5840**, include a new block **5722** for forming a PRIVS2OTHERS list of privileges **5830**, new block **5724** for eliminating duplicates, new block **5726** for enabling features an functionality in accordance with the PRIVS2OTHERS list of block **5722**, new block **5728** for enabling features an functionality in accordance with the modified PRIVS2ME list of block **5708**, and new block **5730** for performing actions in accordance with the modified PRIVS2ME (i.e. block **5720** continues to block **5722** which continues to block **5724** which continues to block **5726** which continues to block **5728** which continues to block **5730** which then continues to block **5732**). Also, blocks **5742** and **5744** would appropriately handle new charters of altered block **5716**. Such an embodiment would cause new blocks **5726**, **5728** and **5730** to invoke the applicable procedure (FIG. **59** or FIG. **60**) with analogous processing as described above except in context for the parameter passed.

In some FIG. **57** embodiments, blocks **5708** and/or **5716** and/or **5754** and/or relevant alternate embodiment blocks discussed are remotely accessed by communicating with the MS having the identity determined at block **5704** for the WDR in-process. The preferred embodiment is as disclosed for maintaining data local to the MS for processing there. In

US 10,477,994 B2

251

other embodiments, there are separate flowcharts (e.g. FIGS. 57A, 57B and 57C) for each variety of handling in-process WDRs (e.g. mWITS, iWITS, oWITS processing).

Various FIG. 57 embodiments' processing will invoke the procedures of FIGS. 59 and 60 with appropriate parameters (i.e. lists for 5810 and/or 5820 and/or 5830 and/or 5840) so that any category subset of the permission data collection 5802 (i.e. 5810 and/or 5820 and/or 5830 and/or 5840) is used to enable appropriate LBX features and functionality according to the WDR causing execution of FIG. 57 processing. For example, privileges between the MS of FIG. 57 processing and an identity other than the WDR causing FIG. 57 processing may be used (e.g. relevant MS third party notification, features, functionality, or processing as defined by related privileges).

Various FIG. 57 embodiments' processing will invoke charter processing with appropriate parameters (i.e. lists for 5860 and/or 5870 and/or 5880 and/or 5890) so that any category subset of the charter data collection 5852 (i.e. 5860 and/or 5870 and/or 5880 and/or 5890) is used to perform LBX actions according to the WDR causing execution of FIG. 57 processing. For example, charters between the MS of FIG. 57 processing and an identity other than the WDR causing FIG. 57 processing may be used (e.g. relevant MS third party charters as defined by related privileges).

FIG. 57 determines which privileges and charters are relevant to the WDR in process, regardless of where the WDR originated. The WDR identity checked at block 5706 can take on various embodiments so that the BNF grammar of FIGS. 30A through 30E are fully exploited. Preferably, the identities associated with "this MS" and the WDR in process are usable as is, however while there are specific embodiments implementing the different identifier varieties, there may also be a translation or lookup performed at block 5704 to ensure a proper compare at block 5706. The identities of "this MS" and the WDR identity (e.g. field 1100a) may be translated prior to performing a compare. For example, a user identifier maintained to the user configurations (permissions/charters) may be "looked up" using the MS identifiers involved ("this MS" and WDR MS ID) in order to perform a proper compare at block 5706. Some embodiments may maintain a separate identifier mapping table local to the MS, accessed from a remote MS when needed, accessed from a connected service, or accessed as is appropriate to resolve the source identifiers with the identifiers for comparing at block 5706. In another embodiment (preferred), the appfld.source section of fields 1100k contains the reasonable MS identities and is used contextually for the correct identifier to do the compare (e.g. when specifying appfld.source.id, the best fit appfld.source.id.X is determined and used). There may be other appfld.source.id.X values for a MS which may be used in comparing WDR identity values. Thus, permissions and/or charters can grant from one identity to another wherein identities of the configuration are associated directly (i.e. useable as is) or indirectly (i.e. mapped) to the actual identities of the user(s), the MS(s), the group(s), etc involved in the configuration.

Preferably, statistics are maintained by WITS processing for each reasonable data worthy of tracking from standpoints of user reporting, automated performance fine tuning (e.g. thread throttling), automated adjusted processing, and monitoring of overall system processing. In fact, every processing block of FIG. 57 can have a plurality of statistics to be maintained.

FIG. 61 depicts a flowchart for describing a preferred embodiment of performing processing in accordance with configured charters, as described by block 5744. The

252

CHARTERS2DO list from FIG. 57 is processed by FIG. 61. FIG. 61 (and/or FIG. 57 (e.g. blocks 5718/5756)) is responsible for processing grammar specification privileges. Block 5744 processing begins at block 6102 and continues to block 6104. Block 6104 gets the next charter (or first charter on first encounter to block 6104 from block 6102) from the CHARTERS2DO list and continues to block 6106 to check if all charters have already been processed from the list. Block 6104 begins an iterative loop (blocks 6104 through 6162) for processing all charters (if any) from the CHARTERS2DO list.

If block 6106 determines there is a charter to process, then processing continues to block 6108 for instantiating any variables that may be referenced in the charter, and then continues to block 6110. Charter parts are scanned for referenced variables and they are instantiated so that the charter is intact without a variable reference. The charter internalized form may be modified to accommodate instantiation(s). FIG. 57 may have already instantiated variables for charter elimination processing. Block 6108 is typically not required since the variables were likely already instantiated when internalized to a preferred embodiment CHARTERS2DO processable form, and also processed by previous blocks of FIG. 57 processing. Nevertheless, block 6108 is present to cover other embodiments, and to handle any instantiations which were not already necessary. In some embodiments, block 6108 is not required since variable instantiations can occur as needed when processing the individual charter parts during subsequent blocks of FIG. 61 processing. Block 6106 would continue to block 6110 when a block 6108 is not required.

Block 6110 begins an iterative loop (blocks 6110 through 6118) for processing all special terms from the current charter expression. Block 6110 gets the next (or first) special term (if any) from the charter expression and continues to block 6112. A special term is a BNF grammar WDRTerm, AppTerm, map term, or atomic term. If block 6112 determines a special term was found for processing from the expression, then block 6114 accesses privileges to ensure the special term is privileged for use. Appropriate permissions 5802 are accessed in this applicable context of FIG. 57 processing. Block 6114 then continues to block 6116. Blocks 6114 and 6116 may not be required since unprivileged charters were already eliminated in previous blocks of FIG. 57 processing (e.g. see blocks 5718 and 5756). Nevertheless, blocks 6114 and 6116 are shown to cover other embodiments, and to ensure unprivileged charters are treated ineffective. Depending on an embodiment, blocks 5718 and 5756 may only perform obvious eliminations. In other embodiments, there may be no blocks 5718 or 5756 so that charter part processing occurs only in one place (i.e. FIG. 61) to achieve better MS performance by preventing more than one scan over charter data. In another embodiment, blocks 6114 and 6116 are not required since all charter eliminations based on privileges already occurred at the previous blocks of FIG. 57 processing. Block 6112 can continue to block 6118 when blocks 6114 and 6116 are not required.

If block 6116 determines the special term is privileged for use (e.g. explicit privilege, or lack of a privilege denying use, depending on privilege deployment embodiments), then block 6118 appropriately accesses the special term data source and replaces the expression referenced special term with the corresponding value. Block 6118 accesses special term data dynamically so that the terms reflect values at the time of block 6118 processing. Block 6118 continues back to block 6110. A WDRTerm is accessed from the in-process

WDR to FIG. **57** processing. An AppTerm is an anticipated registered application variable accessed by a well known name, typically with semaphore control since an asynchronous application thread is writing to the variable. A map term is an indicated name (e.g. ?refname) which references a map point or map region found in records **9080**. An atomic term will cause access to WDR data at queue **22** or LBX history **30**, application status for applications in use at the MS of FIG. **57** processing, system date/time, the MS ID of the MS of FIG. **57** processing, or other appropriate data source.

Referring back to block **6116**, if it is determined that the special term of the charter expression is not privileged, then block **6120** logs an appropriate error (e.g. to LBX history **30**) and processing continues back to block **6104** for the next charter. An alternate block **6120** may alert the MS user, and in some cases require the user to acknowledge the error before continuing back to block **6104**. So, the preferred embodiment of charter processing eliminates a charter from being processed if any single part of the charter expression is not privileged.

Referring back to block **6112**, if it is determined there are no special terms in the expression remaining to process (or there were none in the expression), then block **6122** evaluates the expression to a Boolean True or False result using well known processing for a stack based parser for expression evaluation (e.g. See well known compiler/interpreter development techniques (e.g. "Algorithms+Data Structures=Programs" by Nicklaus Wirth published by Prentice-Hall, Inc. 1976)). Block **6122** implements atomic operators using the WDR queue **22**, most recent WDR for this MS, LBX history **30**, or other suitable MS data. Any Invocation is also invoked for resulting to a True or False wherein a default is enforced upon no return code, or no suitable return code, returned. Invocation parameters that had special terms would have been already been updated by block **6118** to eliminate special terms prior to invocation. In an alternate embodiment, stack processing of block **6122** evaluates all special terms when required so that expressions may result in being evaluated to a special term which subsequently gets resolved. In this alternate embodiment, block **6122** would incorporate privilege validation of blocks **6114** and **6116** as well as special term elaboration/replacement of blocks **6110**, **6112** and **6118**; and block **6122** can recognize a special indicator, or syntax, for specifying to reduce an expression to a type of special term. Thereafter, if block **6124** determines the expression evaluated to False, then processing continues back to block **6104** for the next charter (i.e. expression=False implies to prevent (not cause) the action(s) of the charter). If block **6124** determines the expression evaluated to True, then processing continues to block **6126**.

Block **6126** begins an iterative loop (blocks **6126** through **6162**) for processing all actions from the current charter. Block **6126** gets the next (or first) action (if any) from the charter and continues to block **6128**. There should be at least one action in a charter provided to FIG. **61** processing since the preferred embodiment of FIG. **57** processing will have eliminated any placeholder charters without an action specified (e.g. charters with no actions preferably eliminated at blocks **5740** as part of the merge process, or block **5742**, or as part of previous FIG. **57** processing to form privileged charter lists). If block **6128** determines an unprocessed action was found for processing, then block **6130** initializes a REMOTE variable to No. Thereafter, if it is determined at block **6132** that the action has a BNF grammar Host specification, then block **6134** accesses privileges and block **6136**

checks if the action is privileged for being executed at the Host specified. The appropriate permissions **5802** are accessed at block **6134** in this applicable context of FIG. **57** processing. If block **6136** determines the action is privileged for running at the Host, then block **6138** sets the REMOTE variable to the Host specified and processing continues to block **6140**. If block **6136** determines the action is not privileged for running at the Host, then processing continues to block **6120** for error processing already described above. If block **6132** determines there was no Host specified for the action, processing continues directly to block **6140**. Blocks **6134** and **6136** may not be required since unprivileged charters were already eliminated in previous blocks of FIG. **57** processing (e.g. see blocks **5718** and **5756**). Nevertheless, blocks **6134** and **6136** are shown to cover other embodiments, and to ensure unprivileged charters are treated ineffective. Depending on an embodiment, blocks **5718** and **5756** may only perform obvious eliminations. In other embodiments, there may be no blocks **5718** or **5756** so that charter part processing occurs only in one place (i.e. FIG. **61**) to achieve better MS performance by preventing more than one scan over charter data. In another embodiment, blocks **6134** and **6136** are not required since all charter eliminations based on privileges already occurred at the previous blocks of FIG. **57** processing. Block **6132** can continue to block **6138** when blocks **6134** and **6136** are not required and a Host was specified with the action. In some embodiments, block **6136** may cause logging of an error and a return to block **6126** so other charter actions are not ignored for an unprivileged host.

Block **6140** accesses appropriate permissions **5802** in this applicable context of FIG. **57** processing for ensuring the command and operand are appropriately privileged. Thereafter, if block **6142** determines that the action's command and operand are not privileged, then processing continues to block **6120** for error processing already described. If block **6142** determines the action's command and operand are to be effective, then processing continues to block **6144**. Blocks **6140** and **6142** may not be required since unprivileged charters were already eliminated in previous blocks of FIG. **57** processing (e.g. see blocks **5718** and **5756**). Nevertheless, blocks **6140** and **6142** are shown to cover other embodiments, and to ensure unprivileged charters are treated ineffective. Depending on an embodiment, blocks **5718** and **5756** may only perform obvious eliminations. In other embodiments, there may be no blocks **5718** or **5756** so that charter part processing occurs only in one place (i.e. FIG. **61**) to achieve better MS performance by preventing more than one scan over charter data. In another embodiment, blocks **6140** and **6142** are not required since all charter eliminations based on privileges already occurred at the previous blocks of FIG. **57** processing. Block **6138**, and the No condition of block **6132**, would continue to block **6144** when blocks **6140** and **6142** are not required. In some embodiments, block **6142** may cause logging of an error and a return to block **6126** so other charter actions are not ignored for an unprivileged action.

Block **6144** begins an iterative loop (blocks **6144** through **6152**) for processing all parameter special terms of the current charter. Block **6144** gets the next (or first) parameter special term (if any) and continues to block **6146**. A special term is a BNF grammar WDRTerm, AppTerm, map term, or atomic term (as described above). If block **6146** determines a special term was found for processing from the parameter list, then block **6148** accesses privileges to ensure the special term is privileged for use. The appropriate permissions **5802** are accessed in this applicable context of FIG. **57** process-

US 10,477,994 B2

255                                                                      256

ing. Block **6148** then continues to block **6150**. Blocks **6148** and **6150** may not be required since unprivileged charters were already eliminated in previous blocks of FIG. **57** processing (e.g. see blocks **5718** and **5756**). Nevertheless, blocks **6148** and **6150** are shown to cover other embodiments, and to ensure unprivileged charters are treated ineffective. Depending on an embodiment, blocks **5718** and **5756** may only perform obvious eliminations. In other embodiments, there may be no blocks **5718** or **5756** so that charter part processing occurs only in one place (i.e. FIG. **61**) to achieve better MS performance by preventing more than one scan over charter data. In another embodiment, blocks **6148** and **6150** are not required since all charter eliminations based on privileges already occurred at the previous blocks of FIG. **57** processing. Block **6146** can continue to block **6152** when blocks **6148** and **6150** are not required.

If block **6150** determines the special term is privileged for use (e.g. explicit privilege, or lack of a privilege denying use, depending on privilege deployment embodiments), then block **6152** appropriately accesses the special term data source and replaces the parameter referenced special term with the corresponding value (e.g. map term gets replaced with associated PointSet). Block **6152** accesses special term data dynamically so that the terms reflect values at the time of FIG. **61** block **6152** processing. Block **6152** continues back to block **6144**. A WDRTerm, AppTerm, map term, and atomic term are accessed in a manner analogous to accessing them at block **6118**.

Referring back to block **6150**, if it is determined that the special term of the parameter list is not privileged, then processing continues to block **6120** for error processing already described. In some embodiments, block **6150** may cause logging of an error and a return to block **6126** so other charter actions are not ignored for an unprivileged parameter. Referring back to block **6146**, if it is determined there are no special terms in the parameter list remaining to process (or there were none), then block **6154** evaluates each and every parameter expression to a corresponding value using well known processing for a stack based parser for expression evaluation (e.g. See well known compiler/interpreter development techniques (e.g. "Algorithms+Data Structures=Programs" by Nicklaus Wirth published by Prentice-Hall, Inc. 1976)). Block **6154** implements the atomic operators using the WDR queue **22**, most recent WDR for this MS, LBX history **30**, or other suitable MS data. Any Invocation is also invoked for resulting to Data or Value wherein a default is enforced upon no returned data. Invocation parameters that had special terms would have been updated at block **6152** to eliminate special terms prior to invocation. Block **6154** ensures each parameter is in a ready to use form to be processed with the command and operand. Each parameter results in embodiments of a data value, a data value resulting from an expression, a data reference (e.g. pointer), or other embodiments well known in the art of passing parameters (arguments) to a function, procedure, or script for processing. In an alternate embodiment, stack processing of block **6154** evaluates all special terms when required so that expressions may result in being evaluated to a special term which subsequently gets resolved. In this alternate embodiment, block **6154** would incorporate privilege validation of blocks **6148** and **6150** as well as special term elaboration/replacement of blocks **6144**, **6146** and **6152**; and block **6154** can recognize a special indicator, or syntax, for specifying to reduce an expression to a type of special term. Thereafter, if block **6156** determines the REMOTE variable is set to No (i.e. "No" equals a value

distinguishable from any Host specification for having the meaning of "No Host Specification"), then processing continues to block **6158** where the ExecuteAction procedure of FIG. **62** is invoked with the command, operand and parameters of the action in process. Upon return from the procedure of FIG. **62**, processing continues back to block **6126** for any remaining charter actions. If block **6156** determines the REMOTE variable is set to a Host for running the action, then processing continues to block **6160** for preparing send data procedure parameters for performing a remote action (of the command, operand and parameters), and then invoking at block **6162** the send data procedure of FIG. **75A** for performing the action at the remote MS (also see FIG. **75B**). Processing then continues back to block **6126**. An alternate embodiment will loop on multiple BNF grammar Host specifications for multiple invocations of the send data procedure (i.e. when multiple Host specifications are supported). Another embodiment to FIG. **61** processing permits multiple actions with a single Host specification.

Referring back to block **6128**, if it is determined all current charter actions are processed, then processing continues to block **6104** for any next charter to process. Referring back to block **6106**, if it is determined all charters have been processed, processing terminates at block **6164**.

Depending on various embodiments, there may be obvious error handling in FIG. **61** charter parsing. Preferably, the charters were reasonably validated prior to being configured and/or previously processed/parsed (e.g. FIG. **57** processing). AppTerm specifications are to cause obvious error handling processing for searching fields **5300g** for determining the matching PRR. If there is no match in any PRR, the AppTerm specification is invalid. WDRTerm and atomic term specifications are to cause obvious error handling processing for being able to resolve the field reference.

TimeSpec and/or MSRelevance information may be used in FIG. **61** so that charter part processing occurs only in one place (i.e. FIG. **61** rather than FIG. **57**) to achieve better MS performance by preventing more than one scan over charter data. Some embodiments of FIG. **61** may be the single place where charters are eliminated based on privileges, TimeSpecs, MSRelevance, or any other criteria discussed with FIG. **57** for charter elimination to improve performance (i.e. a single charter parse when needed). Third party MSs (i.e. those that are not represented by the in-process WDR and the MS of FIG. **57** processing) can be affected by charter actions (e.g. via Host specification, privileged action, privileged feature, etc). Processing of special terms at blocks **6110** and/or **6144** can include concatenating of data, formatting of data, or any other term of a reasonable expression. Blocks **6110** and/or **6144** may include stack processing of blocks **6122** and/or **6154** for proper special term determination (e.g. expressions which evaluate to a special term). See discussions above (e.g. FIGS. **51A&B**, Invocation, Parameters, etc).

Preferably, statistics are maintained throughout FIG. **61** processing for how charters were processed, which charters became effective, why they became effective, which commands were processed (e.g. invocation of FIG. **62**), etc.

With reference now to FIG. **75A**, depicted is a flowchart for describing a preferred embodiment of a procedure for sending data to a remote MS, for example to perform a remote action as invoked from block **6162**. FIG. **75A** is preferably of linkable PIP code **6**. The purpose is for the MS of FIG. **75A** processing (e.g. a first, or sending, MS) to transmit data to other MSs (e.g. at least a second, or receiving, MS), for example an action (command, operand, and any parameter(s)), or specific processing for a particular

257

258

command (e.g. Send atomic command). Multiple channels for sending, or broadcasting should be isolated to modular send processing (feeding from a queue **24**). In an alternative embodiment having multiple transmission channels visible to processing of FIG. **75**A (e.g. block **6162**), there can be intelligence to drive each channel for broadcasting on multiple channels, either by multiple send threads for FIG. **75**A processing, FIG. **75**A loop processing on a channel list, and/or passing channel information to send processing feeding from queue **24**. If FIG. **75**A does not transmit directly over the channel(s) (i.e. relies on send processing feeding from queue **24**), an embodiment may provide means for communicating the channel for broadcast/send processing when interfacing to queue **24** (e.g. incorporate a channel qualifier field with send packet inserted to queue **24**).

In any case, see detailed explanations of FIGS. **13**A through **13**C, as well as long range exemplifications shown in FIGS. **50**A through **50**C, respectively. Processing begins at block **7502**, continues to block **7504** where the caller parameter(s) passed to FIG. **75**A processing (e.g. action for remote execution, or command for remote execution) are used for sending at least one data packet containing properly formatted data for sending, and for being properly received and interpreted. Block **7504** may reformat parameters into a suitable data packet(s) format so the receiving MS can process appropriately (see FIG. **75**B). Depending on the present disclosure embodiment, any reasonable supported identity (ID/IDType) is a valid target (e.g. as derived from a recipient or system parameter). Thereafter, block **7506** waits for an acknowledgement from the receiving MS if the communication embodiment in use utilizes that methodology. In one embodiment, the send data packet is an unreliable datagram(s) that will most likely be received by the target MS. In another embodiment, the send data packet(s) is reliably transported data which requires a final acknowledgement that it was received in good order. In any case, block **7506** continues to block **7508**.

Block **7504** formats the data for sending in accordance with the specified delivery method, along with necessary packet information (e.g. source identity, wrapper data, etc), and sends data appropriately. For a broadcast send, block **7504** broadcasts the information (using a send interface like interface **1906**) by inserting to queue **24** so that send processing broadcasts data **1302** (e.g. on all available communications interface(s) **70**), for example as far as radius **1306**, and processing continues to block **7506**. The broadcast is for reception by data processing systems (e.g. MSs) in the vicinity of FIGS. **13**A through **13**C, as further explained by FIGS. **50**A through **50**C which includes potentially any distance. The targeted MS should recognize that the data is meant for it and receives it. For a targeted send, block **7504** formats the data intended for recognition by the receiving target. In an embodiment wherein usual MS communications data **1302** of the MS is altered to contain CK **1304** for listening MSs in the vicinity, send processing feeding from queue **24**, caused by block **7504** processing, will place information as CK **1304** embedded in usual data **1302** at the next opportune time of sending usual data **1302**. As the MS conducts its normal communications, transmitted data **1302** contains new data CK **1304** to be ignored by receiving MS other character **32** processing, but to be found by listening MSs within the vicinity which anticipate presence of CK **1304**. Otherwise, when LN-Expanse deployments have not introduced CK **1304** to usual data **1302** communicated on a receivable signal by MSs in the vicinity, FIG. **75**A sends/broadcasts new data **1302**.

Block **7506** waits for a synchronous acknowledgement if applicable to the send of block **7504** until either receiving one or timing out. Block **7506** will not wait if no ack/response is anticipated, in which case block **7506** sets status for block **7508** to "got it". If a broadcast was made, one (1) acknowledgement may be all that is necessary for validation, or all anticipated targets can be accounted for before deeming a successful ack. Thereafter, if block **7508** determines an applicable ack/response was received (i.e. data successfully sent/received), or none was anticipated (i.e. assume got it), then processing continues to block **7510** for potentially processing the response. Block **7510** will process the response if it was anticipated for being received as determined by data sent at block **7504**. Thereafter, block **7512** performs logging for success (e.g. to LBX History **30**). If block **7508** determines an anticipated ack was not received, then block **7512** logs the attempt (e.g. to LBX history **30**). An alternate embodiment to block **7514** will log an error and may require a user action to continue processing so a user is confirmed to have seen the error. Both blocks **7512** and **7514** continue to block **7516** where the caller (invoker) is returned to for continued processing (e.g. back to block **6162**).

With reference now to FIG. **75**B, depicted is a flowchart for describing a preferred embodiment of processing for receiving execution data from another MS, for example action data for execution, or processing of a particular atomic command for execution. FIG. **75**B processing describes a Receive Execution Data (RxED) process worker thread, and is of PIP code **6**. There may be many worker threads for the RxED process, just as described for a 19xx process. The receive execution data (RxED) process is to fit identically into the framework of architecture **1900** as other 19xx processes, with specific similarity to process **1942** in that there is data received from receive queue **26**, the RxED thread(s) stay blocked on the receive queue until data is received, and a RxED worker thread sends data as described (e.g. using send queue **24**). Blocks **1220** through **1240**, blocks **1436** through **1456** (and applicable invocation of FIG. **18**), block **1516**, block **1536**, blocks **2804** through **2818**, FIG. **29**A, FIG. **29**B, and any other applicable architecture **1900** process/thread framework processing is to adapt for the new RxED process. For example, the RxED process is initialized as part of the enumerated set at blocks **1226** (e.g. preferably next to last member of set) and **2806** (e.g. preferably second member of set) for similar architecture **1900** processing. Receive processing identifies targeted/broadcasted data destined for the MS of FIG. **75**B processing. An appropriate data format is used, for example using X.409 encoding of FIGS. **33**A through **33**C for some subset of data packet(s) received wherein RxED thread(s) purpose is for the MS of FIG. **75**B processing to respond to incoming data. It is recommended that validity criteria set at block **1444** for RxED-Max be set as high as possible (e.g. 10) relative performance considerations of architecture **1900**, to service multiple data receptions simultaneously. Multiple channels for receiving data fed to queue **26** are preferably isolated to modular receive processing.

In an alternative embodiment having multiple receiving transmission channels visible to the RxED process, there can be a RxED worker thread per channel to handle receiving on multiple channels simultaneously. If RxED thread(s) do not receive directly from the channel, the preferred embodiment of FIG. **75**B would not need to convey channel information to RxED thread(s) waiting on queue **24** anyway. Embodiments could allow specification/configuration of many RxED thread(s) per channel.

US 10,477,994 B2

259 260

A RxED thread processing begins at block **7552**, continues to block **7554** where the process worker thread count RxED-Ct is accessed and incremented by 1 (using appropriate semaphore access (e.g. RxED-Sem)), and continues to block **7556** for retrieving from queue **26** sent data (using interface like interface **1948**), perhaps a special termination request entry, and only continues to block **7558** when a record of data (e.g. action for remote execution, particular atomic command, or termination record) is retrieved. In one embodiment, receive processing deposits data as record(s) to queue **26**. In another embodiment, XML is received and deposited to queue **26**, or some other suitable syntax is received as derived from the BNF grammar. In another embodiment, receive processing receives data in one format and deposits a more suitable format for FIG. **75**B processing.

Block **7556** stays blocked on retrieving from queue **26** until data is retrieved, in which case processing continues to block **7558**. If block **7558** determines a special entry indicating to terminate was not found in queue **26**, processing continues to block **7560**. There are various embodiments for RxED thread(s), RxCD thread(s), thread(s) **1912** and thread(s) **1942** to feed off a queue **26** for different record types, for example, separate queues **26**A, **26**B, **26**C and **26**D, or a thread target field with different record types found at queue **26** (e.g. like field **2400**a). In another embodiment, there are separate queues **26**D and **26**E for separate processing of incoming remote actions and send command data. In another embodiment, thread(s) **1912** are modified with logic of RxED thread(s) to handle remote actions and send command data requests, since thread(s) **1912** are listening for queue **26** data anyway. In yet another embodiment, there are distinct threads and/or distinct queues for processing each kind of an atomic command to FIG. **75**B processing (i.e. as processed by blocks **7578** through **7584**).

Block **7560** validates incoming data for this targeted MS before continuing to block **7562**. A preferred embodiment of receive processing already validated the data is intended for this MS by having listened specifically for the data, or by having already validated it is at the intended MS destination (e.g. block **7558** can continue directly to block **7564** (no block **7560** and block **7562** required)). If block **7562** determines the data is valid for processing, then block **7564** checks the data for its purpose (remote action or particular command). If block **7564** determines the data received is for processing a remote action, then block **7566** accesses source information, the command, the operand, and parameters from the data received. Thereafter, block **7568** accesses privileges for each of the remote action parts (command, operand, parameters) to ensure the source has proper privileges for running the action at the MS of FIG. **75**B processing. Depending on embodiments, block **7568** may include evaluating the action for elaborating special terms and/or expressions as described for FIG. **61** (blocks **6140** through **6154**), although the preferred embodiment preferably already did that prior to transmitting the remote action for execution (e.g. remote action already underwent detailed privilege assessment). However, in some embodiments where privileges are only maintained locally, the action processing of FIG. **61** processing would be required at block **7568** to check privileges where appropriate in processing the action. In such embodiments, FIG. **61** would process local actions as disclosed, but would not process actions known to be for remote execution (i.e. Host specification) since a FIG. **75**B embodiment would include FIG. **61** processing for performing privilege check processing to determine that sufficient privileges are granted. Thus, depending on the

present disclosure embodiment, block **7568** may include little privilege verification, no privilege verification, or may include all applicable action privilege verification discussed already in FIG. **61**.

In yet another embodiment, special terms processing of FIG. **61** can be delayed until FIG. **75**B processing (e.g. block **7566** continues to a new block **7567** which continues to block **7568**). It may be advantageous to have new block **7567** elaborate/evaluate special terms at the MS of FIG. **75**B processing in some embodiments. In a further embodiment, a syntax or qualifier can be used to differentiate where to perform special term elaboration/evaluation.

Thereafter, if block **7570** determines the action for execution is acceptable (and perhaps privileged, or privileged per source, or there was no check necessary), then block **7572** invokes the execute action procedure of FIG. **62** with the action (command, operand, and any parameter(s)), completes at block **7574** an acknowledgement to the originating MS of the data received at block **7556**, and block **7576** sends/broadcasts the acknowledgement (ack), before continuing back to block **7556** for the next incoming execution request data. Block **7576** sends/broadcasts the ack (using a send interface like interface **1946**) by inserting to queue **24** so that send processing transmits data **1302**, for example as far as radius **1306**. Embodiments will use the different correlation methods already discussed above, to associate an ack with a send.

If block **7570** determines the data is not acceptable/privileged, then processing continues directly back to block **7556**. For security reasons, it is best not to respond with an error. It is best to ignore the data entirely. In another embodiment, an error may be returned to the sender for appropriate error processing and reporting.

Referring back to block **7564**, if it is determined that the execution data is for processing a particular atomic command, then processing continues to block **7578**. Block **7578** accesses the command (e.g. send), the operand, and parameters from the data received. Thereafter, block **7580** accesses privileges for each of the parts (command, operand, parameters) to ensure the source has proper privileges for running the atomic command at the MS of FIG. **75**B processing. Depending on embodiments, block **7580** may include evaluating the command for elaborating special terms and/or expressions as described for FIG. **61** (blocks **6140** through **6154**), although the preferred embodiment preferably already did that prior to transmitting the command for execution. However, in some embodiments where privileges are only maintained locally, the privilege processing of FIG. **61** would be required at block **7580** to check privileges where appropriate in processing the command. In such embodiments, FIG. **61** would process local actions as disclosed, but would not process actions known to be for remote execution (i.e. Host specification) since a FIG. **75**B embodiment would include FIG. **61** processing for performing privilege check processing to determine that sufficient privileges are granted. Thus, depending on the present disclosure embodiment, block **7580** may include little privilege verification, no privilege verification, or may include all applicable action privilege verification discussed already in FIG. **61**.

In yet another embodiment, special terms processing of FIG. **61** can be delayed until FIG. **75**B processing (e.g. block **7578** continues to a new block **7579** which continues to block **7580**). It may be advantageous to have new block **7579** elaborate/evaluate special terms at the MS of FIG. **75**B processing in some embodiments. In a further embodiment,

US 10,477,994 B2

261

262

a syntax or qualifier can be used to differentiate where to perform special term elaboration/evaluation.

Thereafter, if block **7582** determines the command (Command, Operand, Parameters) for execution is acceptable (and perhaps privileged, or privileged per source, or there was no check necessary), then block **7584** performs the command locally at the MS of FIG. **75**B processing. Thereafter, block **7586** checks if a response is needed as a result of command (e.g. Find command) processing at block **7584**. If block **7586** determines a response is to be sent back to the originating MS, **7574** completes a response to the originating MS of the data received at block **7556**, and block **7576** sends/broadcasts the response, before continuing back to block **7556** for the next incoming execution request data. Block **7576** sends/broadcasts the response containing appropriate command results (using a send interface like interface **1946**) by inserting to queue **24** so that send processing transmits data **1302**, for example as far as radius **1306**. Embodiments will use the different correlation methods already discussed above, to associate a response with a send.

If block **7586** determines a response is not to be sent back to the originating MS, then processing continues directly back to block **7556**. If block **7582** determines the data is not acceptable/privileged, then processing continues back to block **7556**. For security reasons, it is best not to respond with an error. It is best to ignore inappropriate (e.g. unprivileged, unwarranted) data entirely. In another embodiment, an error may be returned to the sender for appropriate error processing and reporting.

Blocks **7578** through **7584** are presented generically so that specific atomic command descriptions below provide appropriate interpretation and processing. The actual implementation may replace blocks **7578** through **7584** with programming case statement conditional execution for each atomic command supported.

Referring back to block **7562**, if it is determined that the data is not valid for the MS of FIG. **75**B processing, processing continues back to block **7556**. Referring back to block **7558**, if a worker thread termination request was found at queue **26**, then block **7586** decrements the RxED worker thread count by 1 (using appropriate semaphore access (e.g. RxED-Sem)), and RxED thread processing terminates at block **7588**. Block **7586** may also check the RxED-Ct value, and signal the RxED process parent thread that all worker threads are terminated when RxED-Ct equals zero (0).

Block **7576** causes sending/broadcasting data **1302** containing CK **1304**, depending on the type of MS, wherein CK **1304** contains ack/response information prepared. In the embodiment wherein usual MS communications data **1302** of the MS is altered to contain CK **1304** for listening MSs in the vicinity, send processing feeding from queue **24**, caused by block **7576** processing, will place ack/response information as CK **1304** embedded in usual data **1302** at the next opportune time of sending usual data **1302**. As the MS conducts its normal communications, transmitted data **1302** contains new data CK **1304** to be ignored by receiving MS other character **32** processing, but to be found by listening MSs within the vicinity which anticipate presence of CK **1304**. Otherwise, when LN-Expanse deployments have not introduced CK **1304** to usual data **1302** communicated on a receivable signal by MSs in the vicinity, FIG. **75**B sends/broadcasts new ack/response data **1302**.

In an alternate embodiment, remote action and/or atomic command data records contain a sent date/time stamp field of when the data was sent by a remote MS, and a received date/time stamp field (like field **2490**c) is processed at the MS in FIG. **75**B processing. This would enable calculating a TDOA measurement while receiving data (e.g. actions or atomic command) that can then be used for location determination processing as described above.

For other acceptable receive processing, methods are well known to those skilled in the art for "hooking" customized processing into application processing of sought data received, just as discussed with FIG. **44**B above (e.g. mail application, callback function API, etc). Thus, there are well known methods for processing data in context of this disclosure for receiving remote actions and/or atomic command data from an originating MS to a receiving MS, for example when using email. Similarly, as described above, SMS messages can be used to communicate data, albeit at smaller data exchange sizes. The sending MS may break up larger portions of data which can be sent as parse-able text to the receiving MS. It may take multiple SMS messages to communicate the data in its entirety.

Regardless of the type of receiving application, those skilled in the art recognize many clever methods for receiving data in context of a MS application which communicates in a peer to peer fashion with another MS (e.g. callback function(s), API interfaces in an appropriate loop which can remain blocked until sought data is received for processing, polling known storage destinations of data received, or other applicable processing). FIGS. **75**A and **75**B are an embodiment of MS to MS communications, referred to with the acronym $MS_2MS$. Various $MS_2MS$ communication embodiments may include: reliable transport protocol involving a plurality of packets (sends and acknowledgements) between systems for a single send; unreliable transport protocol involving a plurality of packets (sends and acknowledgements) between systems for a single send; or on-going communications processing which is subsequent to an initiation send of data between systems (e.g. peer to peer application processing (e.g. MS peer to peer phone call after call initiation (i.e. no service involved))).

FIG. **62** depicts a flowchart for describing a preferred embodiment of a procedure for performing an action corresponding to a configured command, namely an ExecuteAction procedure. Only a small number of commands are illustrated. The procedure starts at block **6202** and continues to block **6204** where parameters of the Command, Operand, and Parameters are accessed (see BNF grammar), depending on an embodiment (e.g. parameters passed by reference or by value). Preferably, FIG. **62** procedure processing is passed parameters by reference (i.e. by address) so they are accessed as needed by FIG. **62** processing. Block **6204** continues to block **6206**.

If it is determined at block **6206** that the action atomic command is a send command, then processing continues to block **6208** where the send command action procedure of FIG. **63**A is invoked. The send command action procedure is invoked with parameters including the passed parameters of Operand and Parameters discussed for block **6204**. Upon return from the send command action procedure, block **6208** continues to block **6256**. Block **6256** returns to the calling block of processing (e.g. block **6158**) that invoked FIG. **62** processing. If block **6206** determines the action atomic command is not a send command, then processing continues to block **6210**. If it is determined at block **6210** that the action atomic command is a notify command, then processing continues to block **6212** where the notify command action procedure of FIG. **64**A is invoked. The notify command action procedure is invoked with parameters including the passed parameters of Operand and Parameters discussed for block **6204**. Upon return from the notify command action

US 10,477,994 B2

263

procedure, block **6212** continues to block **6256**. If block **6210** determines the action atomic command is not a notify command, then processing continues to block **6214**. If it is determined at block **6214** that the action atomic command is a compose command, then processing continues to block **6216** where the compose command action procedure of FIG. **65**A is invoked. The compose command action procedure is invoked with parameters including the passed parameters of Operand and Parameters discussed for block **6204**. Upon return from the compose command action procedure, block **6216** continues to block **6256**. If block **6214** determines the action atomic command is not a compose command, then processing continues to block **6218**. If it is determined at block **6218** that the action atomic command is a connect command, then processing continues to block **6220** where the connect command action procedure of FIG. **66**A is invoked. The connect command action procedure is invoked with parameters including the passed parameters of Operand and Parameters discussed for block **6204**. Upon return from the connect command action procedure, block **6220** continues to block **6256**. If block **6218** determines the action atomic command is not a connect command, then processing continues to block **6222**. If it is determined at block **6222** that the action atomic command is a find command, then processing continues to block **6224** where the find command action procedure of FIG. **67**A is invoked. The find command action procedure is invoked with parameters including the passed parameters of Operand and Parameters discussed for block **6204**. Upon return from the find command action procedure, block **6224** continues to block **6256**. If block **6222** determines the action atomic command is not a find command, then processing continues to block **6226**. If it is determined at block **6226** that the action atomic command is an invoke command, then processing continues to block **6228** where the invoke command action procedure of FIG. **68**A is invoked. The invoke command action procedure is invoked with parameters including the passed parameters of Operand and Parameters discussed for block **6204**. Upon return from the invoke command action procedure, block **6228** continues to block **6256**. If block **6226** determines the action atomic command is not an invoke command, then processing continues to block **6230**. If it is determined at block **6230** that the action atomic command is a copy command, then processing continues to block **6232** where the copy command action procedure of FIG. **69**A is invoked. The copy command action procedure is invoked with parameters including the passed parameters of Operand and Parameters discussed for block **6204**. Upon return from the copy command action procedure, block **6232** continues to block **6256**. If block **6230** determines the action atomic command is not a copy command, then processing continues to block **6234**. If it is determined at block **6234** that the action atomic command is a discard command, then processing continues to block **6236** where the discard command action procedure of FIG. **70**A is invoked. The discard command action procedure is invoked with parameters including the passed parameters of Operand and Parameters discussed for block **6204**. Upon return from the discard command action procedure, block **6236** continues to block **6256**. If block **6234** determines the action atomic command is not a discard command, then processing continues to block **6238**. If it is determined at block **6238** that the action atomic command is a move command, then processing continues to block **6240** where the move command action procedure of FIG. **71**A is invoked. The move command action procedure is invoked with parameters including the passed parameters of Operand and Parameters discussed for

264

block **6204**. Upon return from the move command action procedure, block **6240** continues to block **6256**. If block **6238** determines the action atomic command is not a move command, then processing continues to block **6242**. If it is determined at block **6242** that the action atomic command is a store command, then processing continues to block **6244** where the store command action procedure of FIG. **72**A is invoked. The store command action procedure is invoked with parameters including the passed parameters of Operand and Parameters discussed for block **6204**. Upon return from the store command action procedure, block **6244** continues to block **6256**. If block **6242** determines the action atomic command is not a store command, then processing continues to block **6246**. If it is determined at block **6246** that the action atomic command is an administrate command, then processing continues to block **6248** where the administrate command action procedure of FIG. **73**A is invoked. The administrate command action procedure is invoked with parameters including the passed parameters of Operand and Parameters discussed for block **6204**. Upon return from the administrate command action procedure, block **6248** continues to block **6256**. If block **6246** determines the action atomic command is not an administrate command, then processing continues to block **6250**. If it is determined at block **6250** that the action atomic command is a change command, then processing continues to block **6252** where the change command action procedure of FIG. **74**A is invoked. The change command action procedure is invoked with parameters including the passed parameters of Operand and Parameters discussed for block **6204**. Upon return from the change command action procedure, block **6252** continues to block **6256**. If block **6250** determines the action atomic command is not a change command, then processing continues to block **6254** for handling other supported action atomic commands on the MS. There are many commands that can be implemented on a MS. Block **6254** continues to block **6256** for processing as already described. FIGS. **60** through **62** describe action processing for recognized events to process WDRs.

### Application Term Triggers

In-process WDRs (e.g. inbound, outbound, in process for a particular reason, etc) provide processing paths for triggering charter processing. It may be desirable to additionally provide charter processing which is triggered by changes to particular AppTerm(s). For example, as a MS application changes a processing state (e.g. as in "finite state machine") for any reason, that processing state can be reflected in changing at least one AppTerm. When that AppTerm is changed, the change itself can cause related charter processing. This provides a more rich method for automatically processing conditions at a MS. With reference back to FIG. **53**, AppTerm trigger(s) field **5300***m* contains one or more AppTerm trigger records (or pointers/join-to thereof), each record for causing automated charter processing based on a change in the AppTerm. In some embodiments, field **5300***m* provides a joining identifier to another table for joining a plurality of rows containing trigger records associated to the record **5300**. An AppTerm trigger record contains:

a. AppTerm reference name found in field **5300***g*. No AppTerm can appear in field **5300***m* without also being in field **5300***g;*

b. An optional charter directive specification may be specified of "I", "O", "APP", "<name>", or "CB" wherein "I" indicates to process inbound WDR related

charters (i.e. _I_. . . ), "O" indicates to process outbound WDR related charters (i.e. _O_. . . ), "APP" indicates to process AppTerm section charters (see below), "<name>" indicates to process named section charters (see below), and "CB" indicates to invoke the specified function interface (e.g. callback or DLL function) with applicable and appropriately resolvable parameters. Absence of a charter directive specification indicates to process in-process WDR related charters (i.e. _. . . );

c. An optional AppTerm condition may be specified for the AppTerm, for example wrt a value: x="some string", x>=5, x in [3, 340], etc. Any expression (see BNF grammar 3068a Expression) can be specified for the AppTerm condition, preferably involving the AppTerm and appropriately accessible terms. The AppTerm condition must evaluate to a True of False. True causes the directed charter(s) to be processed. False causes no charter(s) to be processed for the changed AppTerm. Of course, any charter conditions including resolvable specifications apply for the charters processed anyway.

AppTerm trigger specifications should be used carefully because the same charters configured for handling WDR processing events may be processed as though a WDR triggered the charter processing event. One preferred embodiment substitutes the most recent applicable WDR fields for referenced fields (_ref, _I_ref, _O_ref) in charter expressions. Another embodiment ignores all charters with expressions which reference an in-process (_ref, _I_ref, _O_ref) WDR field. In either embodiment, a user must consider if this is desirable, either by reviewing charters, reviewing permissions that provide charter processing to others, crafting new charters, or combinations thereof. Appropriate privileges (permission 10) are provided for governing every aspect of AppTerm trigger processing and all permission descriptions heretofore do apply.

AppTerm triggered charters are executed locally and permissible charter actions can be executed locally or remotely as already discussed, however another charter directive embodiment may be used. One embodiment of a charter directive includes a specification of "MS_ID₁, MS_ID₂, . . . ,MS_IDₙ" such that "n" is the number of MSs for where to process charters wherein potential execution-hosting MSs include the local MS and any number of privilege providing remote MSs. The local MS_ID can alternatively be specified with a keyword "THISMS". The charter directive will cause charters to be processed as though an in-process WDR was received at each specified MS. An optional charter qualifier of "I", "O", "APP", "<name>", or "CB" may also be specified with similar processing at the particular MS(s). Remote processing is already described in detail.

When the APP directive qualifier "APP" is used, a charter section identified with the associated prefix field 5300a is processed. This charter section is only processed for AppTerm trigger specifications, and never processed for in-process WDRs. Consequently, references are not made to in-process WDR fields (i.e. _ref, _I_ref, _O_ref), however any other BNF grammar charter expression specification may be made (e.g. atomic term WDR reference (i.e. \ref)). In an alternate embodiment, references are supported to an in-process WDR for the fields of the most recent in-process WDR which applies. When the APP directive qualifier "<name>" is used, a charter section identified with the associated explicit <name> is processed. This charter section is only processed for AppTerm trigger specifications, and never processed for in-process WDRs. Consequently,

references are not made to in-process WDR fields (i.e. _ref, _I_ref, _O_ref), however any other BNF grammar charter expression specification may be made (e.g. atomic term WDR reference (i.e. \ref)). Similarly, in an alternate embodiment, references are supported to an in-process WDR for the fields of the most recent in-process WDR which applies. The "APP" specification provides a charter section for processing all AppTerm variables for a PRR. The "<name>" specification provides a special named charter section for processing specific AppTerm variables of a PRR. Charter embodiments and processing thereof heretofore described also applies for AppTerm trigger processing charters, albeit with embodiment modifications in light of discussions (e.g. new charter type field 3700t (e.g. main, AppTerm, named (an actual name in the field other than indicator for main and AppTerm)). Below is a syntactical example to facilitate understanding. Note the use of scoped (i.e. curly braced) sections which are referenced. These sections are not executed by in-process WDR charter processing.

```
Charters {
  . . .
  B_{
    . . .
    ("harrow" ^B_srchSubj):
      Notify Weblink
        "http://www.dfwfarms.com/harrows.xls",,,
          target="_blank";
    . . .
  };
  . . .
  doitHere {
    . . .
    ( ): Invoke App alertme.cmd (\thisAppTerm);
    . . .
  . . .
  }
  ("harrow" ^B_srchSubj):
    Notify Weblink "http://www.dfwfarms.com/har-
rows.xls",,,target="_blank";
```

The "B_" charter section indicates that any AppTerm (all AppTerms) modified for the application described by the PRR with a prefix field 5300a is to execute the applicable B_ section charters. Here is a useful example where the MS user is searching for farm harrows. The user has collected previous research into a spreadsheet harrows.xls. The prefix "B_" happens to be contained in a field 5300a for the MS browser application so that every time the user enters a search criteria into the MS browser, not only does the MS search for the text entered to the text entry field of the browser (i.e. maintained to AppTerm srchSubj variable), but the srchSubj variable being modified causes this charter to execute. This charter invokes (opens) the spreadsheet local to the MS so the user can have the spreadsheet automatically available for edit upon browsing for harrows. There may be a plurality of charter specifications in the AppTerm section.
( ): Invoke App alertme.cmd \thisAppTerm;

An AppTerm named section "doitHere" is specified wherein charters are executed whenever an AppTerm referencing the named section is modified, or when the optional AppTerm condition specified results to true. Here is a valid null charter expression for unconditionally executing the atomic invoke command action. A new atomic term \thisAppTerm is introduced which is valid only within the context of AppTerm charter sections. The \thisAppTerm atomic term evaluated to the AppTerm variable name which caused execution of the AppTerm charter section. So, if an entered change to the srchSubj AppTerm was made in the browser application, and

US 10,477,994 B2

267
268

the AppTerm trigger specification used a named "doitHere" charter directive, then the same AppTerm example above which caused the "B_" section to execute would additionally cause the "doitHere" section to be processed. The alert-me.cmd file would be invoked with "B_srchSubj" as a parameter.

This example shows that the "APP" section charter specifications can be a catch all for any applicable PRR AppTerm for that application. Named sections enable singling out certain AppTerm processing for unique charter processing. In a preferred embodiment, a specified "APP" section redundantly handles named section processing for the same App-Term in a PRR **5300**. Charters are configured accordingly. In an alternate embodiment, a named section overrides an "APP" section for AppTerm trigger charter processing so that only one charter section is processed for an AppTerm meeting criteria of either section.

When the callback directive qualifier "CB" is used, the applicable executable interface is invoked for processing with parameters that may be specified. Any expressions, terms, variables, etc supported in AppTerm conditions are also supported as parameters to the callback interface. The interface may be a well known name to a linked executable or a name which is dynamically linked as needed. Any processing may occur within the callback interface.

In another embodiment, AppTerm trigger sections may be executed at remote MSs based on consistent referenced AppTerm trigger sections across a plurality of MSs. Applicable permissions govern the ability to perform remote AppTerm trigger charter processing. In another embodiment, fields **5300j** and **5300k** may define assignable permissions which are only relevant within the context of a particular application. When two or more MSs have the same application, privileges are granted as heretofore described because the privileges can be universally known. Another embodiment supports defining new privileges via a PRR field **5300j** as long as codes used do not intersect with a universal privilege code. These new privileges can then be configured by cooperating users at interoperating MSs for desired permissible functionality using permission embodiments heretofore described. Yet another embodiment supports broadcasting new PRR privileges defined to willing (or privilege providing) MSs for making other users aware of their use. Such new privileges can be explicitly assigned to charter processing so that privilege semantics need not be incorporated in MS processing logic. For example: \33005::( ): Invoke App alertme.cmd \thisAppTerm; qualifies the charter for only executing it if the privilege code \32005 (e.g. in embodiment where any code greater than 33000 is a user specified privilege) has been granted for charter execution by the MS causing the execution and the MS hosting the execution. In fact, this special privilege qualification may be used in any charters with universally known privilege codes, or user defined privilege codes. For example:

\lbxall::0: Invoke App alertme.cmd \thisAppTerm;

With reference now to FIGS. **55A** and **55B**, the additional AppTerm trigger records and fields of the PRR are appropriately handled in FIG. **55A**, and FIG. **55B** includes App-Term trigger processing. Block **5556** additionally accesses AppTerm trigger information of the application's associated PRR. Thereafter, if block **5558** determines the PRR exists and at least one of the data item(s) for modification are described by field **5300g**, block **5560** updates the applicable data item(s) described by field **5300g** appropriately as requested by the application invoking FIG. **55B** processing. Thereafter, a block **5566** checks if the PRR contains an

AppTerm trigger for any of the AppTerm variables of field **5300g** which have been updated. If block **5566** determines one or more AppTerm triggers are applicable, then a block **5568** processes applicable AppTerm charter sections and/or callback interfaces for each AppTerm that was updated which has an associated trigger defined as described above. Processing continues from block **5568** to block **5562**. If block **5566** determines there is no AppTerm trigger configured for the AppTerm modified, then processing continues to block **5562**. Block **5568** ensures applicable AppTerm charter sections are processed as described above. In an alternate embodiment, the semaphore resource is released as soon as possible to prevent preempting critical MS processing, for example by spawning an asynchronous charter processing thread for FIFO processing at block **5568** so block **5562** can be performed immediately. There are a various synchronization schemes that can be deployed for desired multi-threaded charter processing. AppTerm accesses in processed charters may use the same semaphore lock control used in FIG. **55**B, or as described in fields **53001** which may alternatively be used by FIG. **55**B processing.

There are many AppTerm trigger examples for unique charter processing. An AppTerm variable can be set with a value, and subsequently cause the event for automated charter execution. The charter can access the AppTerm variable along with other data discussed for novel conditions and associated action processing, for example:

Caller id for call placed to the MS, or made from the MS, is placed into an AppTerm upon call activation;

Email recipient, sender, subject, etc for email item received or just sent is placed into an AppTerm upon being sent/received;

Attendees, subject, scheduled date/time, etc for a calendar item just accepted, created, or received at a MS, is placed into an AppTerm;

Search criteria specified for a search at the MS is placed into an AppTerm upon the search being requested by the user;

Document source, name, or other attribute(s) of a document accessed by the MS user is placed into an App-Term;

Source, title, star name(s), etc of a video broadcast or movie played at the MS is placed into suitable App-Term variables upon play of the video at the MS; and/or

Any variable for any application for any reason can be set for causing a charter trigger, and for being used in combination with other conditions using special terms already described.

FIGS. **63**A through **74**C document a MS toolbox of useful actions. FIGS. **63**A through **74**C are in no way intended to limit LBX functionality with a limited set of actions, but rather to demonstrate a starting list of tools. New atomic commands and operands can be implemented with contextual "plug-in" processing code, API plug-in processing code, command line invoked plug-in processing code, local data processing system (e.g. MS) processing code, MS2MS plug-in processing code, or other processing, all of which are described below. The "know how" of atomic commands is preferably isolated for a variety of "plug-in" processing. The charter and privilege platform is designed for isolating the complexities of privileged actions to "plug-in" methods of new code (e.g. for commands and/or operands) wherever possible.

Together with processing disclosed above, provided is a user friendly development platform for quickly building LBX applications wherein the platform enables conveniently enabled LBX application interoperability and pro-

US 10,477,994 B2

269

cessing, including synchronized processing, across a plurality of MSs. Some commands involve a plurality of MSs and/or data processing systems. Others don't explicitly support a plurality of MSs and data processing systems, however that is easily accomplished for every command since a single charter expression can cause a plurality of actions anyway. For example, if a command does not support a plurality of MSs in a single command action, the plurality of MSs is supported with that command through specifying a plurality of identical command actions in the charter configuration for each desired MS. Actions provided in this LBX release enable a rich set of LBX features and functionality for:

Desired local MS LBX processing;

Desired peer MS LBX processing relative permissions provided; and

Desired MS LBX processing from a global perspective of a plurality of MSs. MS operating system resources of memory, storage, semaphores, and applications and application data is made accessible to other MSs as governed by permissions. Thus, a single MS can become a synchronization point for any plurality of MSs, and synchronized processing can be achieved across a plurality of independently operating MSs.

There are many different types of actions, commands, operands, parameters, etc that are envisioned, but embodiments share at least the following fundamental characteristics:

1) Syntax is governed by the LBX BNF grammar;
2) Command is a verb for performing an action (i.e. atomic command);
3) Operand is an object which provides what is acted upon by the Command—e.g. brings context of how to process Command (i.e. atomic operand); and
4) Parameters are anticipated by a combination of Command and Operand. Each parameter can be a constant, of any data type, or a resulting evaluation of any arithmetic or semantic expression, which may include atomic terms, WDRTerms, AppTerms, atomic operators, etc (see BNF grammar). Parameter order, syntax, semantics, and variances of specification(s) are anticipated by processing code. Obvious error handling is incorporated in action processing.

Syntax and reasonable validation should be performed at the time of configuration, although it is preferable to check for errors at run time of actions as well. Various embodiments may or may not validate at configuration time, and may or may not validate at action processing time. Validation should be performed at least once to prevent run time errors from occurring. Obvious error handling is assumed present when processing commands, such error handling preferably including the logging of the error to LBX History 30 and/or notifying the user of the error with, or without, request for the user to acknowledge the reporting of error.

FIGS. 63A through 74C are organized for presenting three (3) parts to describing atomic commands (e.g. 63A, 63B (e.g. 63B-1 through 63B-7), 63C):

#A=describes preferred embodiment of command action processing;

#B=describes LBX command processing for some operands; and

#C=describes one embodiment of command action processing.

Some of the #A figures highlight diversity for showing different methods of command processing while highlighting that some of the methods are interchangeable for commands (e.g. Copy and Discard processing). Also the terminology "application" and "executable" are used

270

interchangeably to represent an entity of processing which can be started, terminated, and have processing results. Applications (i.e. executables) can be started as a contextual launch, custom launch through an API or command line, or other launch method of an executable for processing.

Atomic command descriptions are to be interpreted in the broadest sense, and some guidelines when reading the descriptions include:

1) Any action (Command, Operand, Parameters) can include an additional parameter, or use an existing parameter if appropriate (e.g. attributes) to warn an affected user that the action is pending (i.e. about to occur). The warning provides the user with informative information about the action and then waits for the user to optionally accept (confirm) the action for processing, or cancel it;
2) In alternate embodiments, an email or similar messaging layer may be used as a transport for conveying and processing actions between systems. As disclosed above, characteristic(s) of the transported distribution will distinguish it from other distributions for processing uniquely at the receiving system(s);
3) Identities (e.g. sender, recipient, source, system, etc) which are targeted data processing systems for processing are described as MSs, but can be a data processing system other than a MS in some contexts provided the identified system has processing as disclosed;
4) Obvious error handling is assumed and avoided in the descriptions.

The reader should cross reference/compare operand descriptions in the #B matrices for each command to appreciate full exploitation of the Operand, options, and intended embodiments since descriptions assume information found in other commands is relevant across commands. Some operand description information may have been omitted from a command matrix to prevent obvious duplication of information already described for the same operand in another command.

FIG. 63A depicts a flowchart for describing a preferred embodiment of a procedure for Send command action processing. There are three (3) primary methodologies for carrying out send command processing:

1) Using email or similar messaging layer as a transport layer;
2) Using a MS to MS communications (MS2MS) of FIGS. 75A and 75B; or
3) Processing the send command locally.

In various embodiments, any of the send command Operands can be implemented with either one of the methodologies, although there may be a preference of which methodology is used for which Operand. Atomic send command processing begins at block 6302, continues to block 6304 for accessing parameters of send command "Operand" (BNF Grammar Operand) and "Parameters" (BNF Grammar Parameters), and then to block 6306 for checking which "Operand" was passed. If block 6306 determines the "Operand" indicates to use email as the mechanism for performing the send command, then block 6308 checks if a sender parameter was specified. If block 6308 determines a sender was specified, processing continues to block 6312, otherwise block 6310 defaults one (e.g. valid email address for this MS) and then processing continues to block 6312. Block 6312 checks if a subject parameter was specified. If block 6312 determines a subject was specified, processing continues to block 6316, otherwise block 6314 defaults one (e.g. subject line may be used to indicate to email receive processing that this is a special email for performing atomic

271

command (e.g. send command) processing), and then processing continues to block **6316**. Block **6314** may specify a null email subject line. Block **6316** checks if an attributes parameter was specified. If block **6316** determines attributes were specified, processing continues to block **6320**, otherwise block **6318** defaults attributes (e.g. confirmation of delivery, high priority, any email Document Interchange Architecture (DIA) attributes or profile specifications, etc) and then processing continues to block **6320**. The terminology "attributes", for example as associated to an electronic distribution (e.g. email, SMS message, etc) refers to DIA attributes or other descriptive data associated to the distribution. Block **6318** may use email attributes to indicate that this is a special email for send command processing while using the underlying email transport to handle the delivery of information. Block **6320** checks if at least one recipient parameter was specified. If block **6320** determines at least one recipient was specified, processing continues to block **6324**, otherwise block **6322** defaults one (e.g. valid email address for this MS) and then processing continues to block **6324**. Block **6322** may specify a null recipient list so as to cause an error in later processing (detected at block **6324**).

Block **6324** validates "Parameters", some of which may have been defaulted in previous blocks (**6310**, **6314**, **6318** and **6322**), and continues to block **6326**. If bock **6326** determines there is an error in "Parameters", then block **6328** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to the caller (invoker) at block **6334**. If block **6326** determines that "Parameters" are in good order for using the email transport, then block **6330** updates an email object in context for the send command "Operand" and "Parameters", block **6332** uses a send email interface to send the email, and block **6334** returns to the caller (e.g. block **6208**). Block **6330** can use the attributes parameter to affect how "Parameters" is to be interpreted. The attributes parameter may be modified, and can be used by any processes which receive the sent distribution. Those skilled in the art know well known email send interfaces (e.g. APIs) depending on a software development environment. The email interface used at block **6332** will be one suitable for the underlying operating system and available development environments, for example, a standardized SMTP interface. In a C# environment, an SMTP email interface example is:

. . .
SmtpClient smtpCl=new SmtpClient(SMTP_SERVER_
    NAME);
. . .
smtpCl.UseDefaultCredentials=true;
. . .
MailMessage objMsg;
. . .
objMsg=new MailMessage(fromAddr, toAddr, subjLn,
    emailBod);
. . .
smtpCl.Send(objMsg);
objMsg.Dispose( );
. . .

Those skilled in the art recognize other interfaces of similar messaging capability for carrying out the transport of an action (e.g. Send command). Email is a preferred embodiment. While there are Send command embodiments that make using an existing transport layer (e.g. email) more suitable than not, even the most customized Send command Operands can use email (instead of MS2MS) by implementing one or more recognizable signature(s), indication(s), or the like, of/in the email distribution to be used for informing

272

a receiving email system to treat the email uniquely for carrying out the present disclosure. Depending on the embodiment, integrated processing code is maintained/built as part of the email system, or processing code is "plugged" ("hooked") into an existing email system in an isolated third party manner. Regardless, the email system receiving the present disclosure email will identify the email as being one for special processing. Then, email contents is parsed out and processed according to what has been requested.

In embodiments where Send command Operands are more attractively implemented using an existing transport layer (e.g. email), those send commands can also be sent with MS2MS encoded in data packet(s) that are appropriate for processing.

Referring back to block **6306**, if it is determined that the "Operand" indicates to not use an email transport (e.g. use a MS2MS transport for performing the send command, or send command is to be processed locally), then block **6336** checks if a sender parameter was specified. If block **6336** determines a sender was specified, processing continues to block **6340**, otherwise block **6338** defaults one (e.g. valid MS ID) and then processing continues to block **6340**. Block **6340** checks if a subject message parameter was specified. If block **6340** determines a subject message was specified, processing continues to block **6344**, otherwise block **6342** defaults one, and then processing continues to block **6344**. Block **6342** may specify a null message. Block **6344** checks if an attributes parameter was specified. If block **6344** determines attributes were specified, processing continues to block **6348**, otherwise block **6346** defaults attributes (e.g. confirmation of delivery, high priority, etc) and then processing continues to block **6348**. Block **6348** checks if at least one recipient parameter was specified. If block **6348** determines at least one recipient was specified, processing continues to block **6352**, otherwise block **6350** defaults one (e.g. valid ID for this MS) and then processing continues to block **6352**. Block **6350** may specify a null recipient list so as to cause an error in later processing (detected at block **6352**).

Block **6352** validates "Parameters", some of which may have been defaulted in previous blocks (**6338**, **6342**, **6346** and **6350**), and continues to block **6354**. If bock **6354** determines there is an error in "Parameters", then block **6356** handles the error appropriately (e.g. log error to LBX History and/or notify user) and processing returns to the caller (invoker) at block **6334**. If block **6354** determines that "Parameters" are in good order, then block **6358** updates a data object in context for the send command "Operand" and "Parameters", and block **6360** begins a loop for delivering the data object to each recipient. Block **6360** gets the next (or first) recipient from the recipient list and processing continues to block **6362**.

If block **6362** determines that all recipients have been processed, then processing returns to the caller at block **6334**, otherwise block **6364** checks the recipient to see if it matches the ID of the MS of FIG. **63**A processing (i.e. this MS). If block **6364** determines the recipient matches this MS, then block **6366** (see FIG. **63**B discussions) performs the atomic send command locally and processing continues back to block **6360** for the next recipient. If block **6364** determines the recipient is an other MS, block **6368** prepares parameters for FIG. **75**A processing, and block **6370** invokes the procedure of FIG. **75**A for sending the data (send command, operand and parameters) to the other MS. Processing then continues back to block **6360** for the next recipient. Blocks **6366**, **6368**, and **7584** can use the attributes parameter to affect how "Parameters" is to be interpreted.

US 10,477,994 B2

273

274

The attributes parameter may be modified, and can be used by any processes which receive the send result.

MS2MS processing is as already described above (see FIGS. **75**A and **75**B), except FIG. **75**A performs sending data for the send command to a remote MS, and FIG. **75**B blocks **7578** through **7584** carry out processing specifically for the send command. Block **7584** processes the send command locally (like block **6366**—see FIG. **63**A).

In FIG. **63**A, "Parameters" for the atomic send command in accordance with the "Operand" were shown to be validated for being properly privileged prior to FIG. **63**A processing (by FIG. **61** processing). However, an alternate embodiment could move some or all applicable privilege validation to FIG. **63**A in context of where the "Parameters" are processed. Also, some embodiments may not validate "Parameters" since they (or some reasonable subset thereof) can be understood to be in good order by the time FIG. **63**A processing occurs (e.g. no blocks **6308** through **6328** and/or **6336** through **6356** required). In yet another embodiment, no defaulting or some defaulting of parameters is implemented. In some embodiments, any subset of send commands will utilize email distributions for processing between MSs. In other embodiments, any subset of send commands will utilize FIGS. **75**A and **75**B for processing between MSs. Operations of the send command can be carried out regardless of the transport that is actually used to perform the send command.

FIGS. **63**B-1 through **63**B-7 depicts a matrix describing how to process some varieties of the Send command (e.g. as processed at blocks **6366** and **7584**). Each row in the matrix describes processing apparatus and/or methods for carrying out command processing for certain operands (see FIG. **34**D for the Operand which matches the number in the first column). The second column shows the Preferred Methodology (PM) for carrying out Send command processing:
E=Email transport preferably used (blocks **6308** through **6332**);
O=Other processing (MS2MS or local) used (blocks **6336** through **6370**).
Any of the Send command operand combinations can be carried out with either of the methodologies. The second column shows a preferred methodology (PM). The third column describes processing which is placed into flowchart embodiments. There are many embodiments derived from the Send processing descriptions without departing from the spirit and scope of the disclosure. Descriptions are self explanatory.

With reference back to FIGS. **31**A through **31**E, note that the column of information headed by "101" represents the parameters applicable for the Send command. The Send command has the following parameters, all of which are interpreted in context of the Operand:
first parameter(s)=These are required, and are in context of the Operand;
sender=The sender of the Send command, typically tied to the originating identity of the action (e.g. email address or MS ID). A different sender can be specified if there is an applicable privilege in place, or if impersonation has been granted;
msg/subj=A message or subject associated with Send command;
attributes=Indicators for more detailed interpretation of Send command parameters and/or indicators for attributes to be interpreted by external (e.g. receiving) processes affected by the Send command result (e.g. handled appropriately by block **7584** or receiving email system);

recipient(s)=One or more destination identities for the Send command (e.g. email address or MS ID).

FIG. **63**C depicts a flowchart for describing one embodiment of a procedure for Send command action processing, as derived from the processing of FIG. **63**A. All operands are implemented, and each of blocks S**04** through S**54** can be implemented with any one of the methodologies described with FIG. **63**A, or any one of a blend of methodologies implemented by FIG. **63**C.

FIG. **64**A depicts a flowchart for describing a preferred embodiment of a procedure for Notify command action processing. The Alert command and Notify command provide identical processing. There are three (3) primary methodologies for carrying out notify command processing:
1) Using email or similar messaging layer as a transport layer;
2) Using a MS to MS communications (MS2MS) of FIGS. **75**A and **75**B; or
3) Processing the notify command locally.

In various embodiments, any of the notify command Operands can be implemented with either one of the methodologies, although there may be a preference of which methodology is used for which Operand. Atomic notify command processing begins at block **6402**, continues to block **6404** for accessing parameters of notify command "Operand" (BNF Grammar Operand) and "Parameters" (BNF Grammar Parameters), and then to block **6406** for checking which "Operand" was passed. If block **6406** determines the "Operand" indicates to use email as the mechanism for performing the notify command, then block **6408** checks if a sender parameter was specified. If block **6408** determines a sender was specified, processing continues to block **6412**, otherwise block **6410** defaults one (e.g. valid email address for this MS) and then processing continues to block **6412**. Block **6412** checks if a subject parameter was specified. If block **6412** determines a subject was specified, processing continues to block **6416**, otherwise block **6414** defaults one (e.g. subject line may be used to indicate to email receive processing that this is a special email for performing atomic command (e.g. notify command) processing), and then processing continues to block **6416**. Block **6414** may specify a null email subject line. Block **6416** checks if an attributes parameter was specified. If block **6416** determines attributes were specified, processing continues to block **6420**, otherwise block **6418** defaults attributes (e.g. confirmation of delivery, high priority, any email DIA attributes or profile specifications, etc) and then processing continues to block **6420**. Block **6418** may use email attributes to indicate that this is a special email for notify command processing while using the underlying email transport to handle the delivery of information. Block **6420** checks if at least one recipient parameter was specified. If block **6420** determines at least one recipient was specified, processing continues to block **6424**, otherwise block **6422** defaults one (e.g. valid email address for this MS) and then processing continues to block **6424**. Block **6422** may specify a null recipient list so as to cause an error in later processing (detected at block **6424**).

Block **6424** validates "Parameters", some of which may have been defaulted in previous blocks (**6410**, **6414**, **6418** and **6422**), and continues to block **6426**. If bock **6426** determines there is an error in "Parameters", then block **6428** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to the caller (invoker) at block **6434**. If block **6426** determines that "Parameters" are in good order for using the email transport, then block **6430** updates an email object in context for the notify command "Operand" and "Parameters", block **6432**

US 10,477,994 B2

275

276

uses a send email interface to notify through email, and block **6434** returns to the caller (e.g. block **6212**). Block **6430** can use the attributes parameter to affect how "Parameters" is to be interpreted. The attributes parameter may be modified, and can be used by any processes which receive the notify. The email interface used at block **6432** will be one suitable for the underlying operating system and available development environments, for example, a standardized SMTP interface, and other messaging capability, as described above for FIG. **63**A.

While there are Notify command embodiments that make using an existing transport layer (e.g. email) more suitable than not, even the most customized Notify command Operands can use email (instead of MS2MS) by implementing one or more recognizable signature(s), indication(s), or the like, of/in the email distribution to be used for informing a receiving email system to treat the email uniquely for carrying out the present disclosure. Depending on the embodiment, integrated processing code is maintained/built as part of the email system, or processing code is "plugged" ("hooked") into an existing email system in an isolated third party manner. Regardless, the email system receiving the present disclosure email will identify the email as being one for special processing. Then, email contents is parsed out and processed according to what has been requested.

In embodiments where Notify command Operands are more attractively implemented using an existing transport layer (e.g. email), those notify commands can also be sent with MS2MS encoded in data packet(s) that are appropriate for processing.

Referring back to block **6406**, if it is determined that the "Operand" indicates to not use an email transport (e.g. use a MS2MS transport for performing the notify command, or notify command is to be processed locally), then block **6436** checks if a sender parameter was specified. If block **6436** determines a sender was specified, processing continues to block **6440**, otherwise block **6438** defaults one (e.g. valid MS ID) and then processing continues to block **6440**. Block **6440** checks if a subject message parameter was specified. If block **6440** determines a subject message was specified, processing continues to block **6444**, otherwise block **6442** defaults one, and then processing continues to block **6444**. Block **6442** may specify a null message. Block **6444** checks if an attributes parameter was specified. If block **6444** determines attributes were specified, processing continues to block **6448**, otherwise block **6446** defaults attributes (e.g. confirmation of delivery, high priority, etc) and then processing continues to block **6448**. Block **6448** checks if at least one recipient parameter was specified. If block **6448** determines at least one recipient was specified, processing continues to block **6452**, otherwise block **6450** defaults one (e.g. valid ID for this MS) and then processing continues to block **6452**. Block **6450** may specify a null recipient list so as to cause an error in later processing (detected at block **6452**).

Block **6452** validates "Parameters", some of which may have been defaulted in previous blocks (**6438**, **6442**, **6446** and **6450**), and continues to block **6454**. If bock **6454** determines there is an error in "Parameters", then block **6456** handles the error appropriately (e.g. log error to LBX History and/or notify user) and processing returns to the caller (invoker) at block **6434**. If block **6454** determines that "Parameters" are in good order, then block **6458** updates a data object in context for the notify command "Operand" and "Parameters", and block **6460** begins a loop for deliv-

ering the data object to each recipient. Block **6460** gets the next (or first) recipient from the recipient list and processing continues to block **6462**.

If block **6462** determines that all recipients have been processed, then processing returns to the caller at block **6434**, otherwise block **6464** checks the recipient to see if it matches the ID of the MS of FIG. **64**A processing (i.e. this MS). If block **6464** determines the recipient matches this MS, then block **6466** (see FIG. **64**B discussions) performs the atomic notify command locally and processing continues back to block **6460** for the next recipient. If block **6464** determines the recipient is an other MS, block **6468** prepares parameters for FIG. **75**A processing, and block **6470** invokes the procedure of FIG. **75**A for sending the data (notify command, operand and parameters) to the other MS. Processing then continues back to block **6460** for the next recipient. Blocks **6466**, **6468**, and **7584** can use the attributes parameter to affect how "Parameters" is to be interpreted. The attributes parameter may be modified, and can be used by any processes which receive the notify result.

MS2MS processing is as already described above (see FIGS. **75**A and **75**B), except FIG. **75**A performs sending data for the notify command to a remote MS, and FIG. **75**B blocks **7578** through **7584** carry out processing specifically for the notify command. Block **7584** processes the notify command locally (like block **6466**—see FIG. **64**A).

In FIG. **64**A, "Parameters" for the atomic notify command in accordance with the "Operand" were shown to be validated for being properly privileged prior to FIG. **64**A processing (by FIG. **61** processing). However, an alternate embodiment could move some or all applicable privilege validation to FIG. **64**A in context of where the "Parameters" are processed. Also, some embodiments may not validate "Parameters" since they (or some reasonable subset thereof) can be understood to be in good order by the time FIG. **64**A processing occurs (e.g. no blocks **6408** through **6428** and/or **6436** through **6456** required). In yet another embodiment, no defaulting or some defaulting of parameters is implemented. In some embodiments, any subset of notify commands will utilize email distributions for processing between MSs. In other embodiments, any subset of notify commands will utilize FIGS. **75**A and **75**B for processing between MSs. Operations of the notify command can be carried out regardless of the transport that is actually used to perform the notify command.

FIGS. **64**B-1 through **64**B-4 depicts a matrix describing how to process some varieties of the Notify command (e.g. as processed at blocks **6466** and **7584**). Each row in the matrix describes processing apparatus and/or methods for carrying out command processing for certain operands (see FIG. **34**D for the Operand which matches the number in the first column). The second column shows the Preferred Methodology (PM) for carrying out Notify command processing:

E=Email transport preferably used (blocks **6408** through **6432**);

O=Other processing (MS2MS or local) used (blocks **6436** through **6470**).

Any of the Notify command operand combinations can be carried out with either of the methodologies. The second column shows a preferred methodology (PM). The third column describes processing which is placed into flowchart embodiments. There are many embodiments derived from the Notify processing descriptions without departing from the spirit and scope of the disclosure. Descriptions are self explanatory.

US 10,477,994 B2

277                                                              278

With reference back to FIGS. **31**A through **31**E, note that the column of information headed by "103" represents the parameters applicable for the Notify command. The Notify command has the following parameters, all of which are interpreted in context of the Operand:

first parameter(s)=These are required, and are in context of the Operand;

sender=The sender of the Notify command, typically tied to the originating identity of the action (e.g. email address or MS ID). A different sender can be specified if there is an applicable privilege in place, or if impersonation has been granted;

msg/subj=A message or subject associated with Notify command;

attributes=Indicators for more detailed interpretation of Notify command parameters and/or indicators for attributes to be interpreted by external (e.g. receiving) processes affected by the Notify command result (e.g. handled appropriately by block **7584** or receiving email system);

recipient(s)=One or more destination identities for the Notify command (e.g. email address or MS ID).

FIG. **64**C depicts a flowchart for describing one embodiment of a procedure for Notify command action processing, as derived from the processing of FIG. **64**A. All operands are implemented, and each of blocks N**04** through N**54** can be implemented with any one of the methodologies described with FIG. **64**A, or any one of a blend of methodologies implemented by FIG. **64**C. The atomic command and atomic operand pair of Notify Cursor can be used to provide a new user interface (e.g. mouse pointer) cursor appearance, however in touch type interfaces a cursor change may not be seen until the user subsequently uses an interface where the cursor is used.

FIG. **65**A depicts a flowchart for describing a preferred embodiment of a procedure for Compose command action processing. The Make command and Compose command provide identical processing. There are three (3) primary methodologies for carrying out compose command processing:

1) Launching an application, executable, or program with a standard contextual object type interface;

2) Custom launching of an application, executable, or program; or

3) Processing the compose command through a MS operating system interface.

In various embodiments, any of the compose command Operands can be implemented with either one of the methodologies, although there may be a preference of which methodology is used for which Operand. Atomic compose command processing begins at block **6502**, continues to block **6504** for accessing parameters of compose command "Operand" (BNF Grammar Operand) and "Parameters" (BNF Grammar Parameters), and then to block **6506** for checking which "Operand" was passed. If block **6506** determines the "Operand" indicates to launch with a standard contextual object type interface, then parameter(s) are validated at block **6508** and block **6510** checks the result. If block **6510** determines there was at least one error, then block **6512** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to the caller (invoker) at block **6514**. If block **6510** determines there were no parameter errors, then block **6516** interfaces to the MS operating system for the particular object passed as a parameter. Block **6516** may prepare parameters in preparation for the Operating System (O/S) contextual launch, for example if parameters are passed to

the application which is invoked for composing the object. Processing leaves block **6516** and returns to the caller (invoker) at block **6514**.

An example of block **6516** is similar to the Microsoft Windows XP (Microsoft and Windows XP are trademarks of Microsoft corp.) O/S association of applications to file types for convenient application launch. For example, a user can double click a file (e.g. when viewing file system) from Window Explorer and the appropriate application will be launched for opening the file, assuming an application has been properly registered for the file type of the file opened. In a Windows graphical user interface scenario, registration of an application to the file type is achieved, for example, from the user interface with the "File Types" tab of the "Folder Options" option of the "File Types" pulldown of the Windows Explorer interface. There, a user can define file types and the applications which are to be launched when selecting/invoking (e.g. double clicking) the file type from the file system. Alternatively, an O/S API or interface may be used to configure an object to associate to a launch-able executable for handling the object. In this same scheme, the MS will have a similar mechanism whereby an association of an application to a type of object (e.g. file type) has been assigned. Block **6516** makes use of the system interface for association which was set up outside of present disclosure processing (e.g. via MS O/S).

Referring back to block **6506**, if it is determined the "Operand" does not indicate to launch with a standard contextual object type interface, processing continues to block **6518**. If block **6518** determines the "Operand" indicates to perform a custom launch, then parameter(s) are validated at block **6520** and block **6522** checks the result. If block **6522** determines there was at least one error, then block **6524** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to the caller (invoker) at block **6514**. If block **6522** determines there were no parameter errors, then processing continues to block **6526**.

If block **6526** determines the custom launch is not to use an Application Programming Interface (API) to launch the applicable application for composing the object passed as a parameter, then block **6528** prepares a command string for launching the particular application, block **6530** invokes the command string for launching the application, and processing continues to block **6514** for returning to the caller.

If block **6526** determines the custom launch is to use an Application Programming Interface (API) to launch the applicable application for composing the object passed as a parameter, then block **6532** prepares any API parameters as necessary, block **6534** invokes the API for launching the application, and processing continues to block **6514** for returning to the caller.

Referring back to block **6518**, if it is determined that the "Operand" indicates to perform the compose command locally (e.g. use operating system interface (e.g. set semaphore, program object, data, signal, etc)), then parameter(s) are validated at block **6536** and block **6538** checks the result. If block **6538** determines there was at least one error, then block **6540** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to the caller (invoker) at block **6514**. If block **6538** determines there were no parameter errors, then block **6542** performs the compose command, and block **6514** returns to the caller.

In FIG. **65**A, "Parameters" for the atomic compose command in accordance with the "Operand" were shown to be validated for being properly privileged prior to FIG. **65**A

US 10,477,994 B2

279                                                                   280

processing (by FIG. **61** processing). However, an alternate embodiment could move some or all applicable privilege validation to FIG. **65**A in context of where the "Parameters" are processed. Also, some embodiments may not validate "Parameters" since they (or some reasonable subset thereof) can be understood to be in good order by the time FIG. **65**A processing occurs (e.g. no blocks **6510**/**6512** and/or **6522**/**6524** and/or **6538**/**6540** required). In yet another embodiment, some defaulting of parameters is implemented.

FIGS. **65**B-1 through **65**B-7 depicts a matrix describing how to process some varieties of the Compose command (e.g. as resulting after blocks **6516**, **6534** and **6542**). Each row in the matrix describes processing apparatus and/or methods for carrying out command processing for certain operands (see FIG. **34**D for the Operand which matches the number in the first column). The second column shows the Preferred Methodology (PM) for carrying out Compose command processing:

S=Standard contextual launch used (blocks **6508** through **6516**);

C=Custom launch used (blocks **6520** through **6534**);

O=Other processing (O/S interface) used (blocks **6536** through **6542**).

Any of the Compose command operand combinations can be carried out with either of the methodologies. The second column shows a preferred methodology (PM). The third column describes processing which is placed into flowchart embodiments. There are many embodiments derived from the Compose processing descriptions without departing from the spirit and scope of the disclosure. Descriptions are self explanatory.

With reference back to FIGS. **31**A through **31**E, note that the column of information headed by "105" represents the parameters applicable for the Compose command. The Compose command has the following parameters, all of which are interpreted in context of the Operand:

first parameter(s)=These are required, and are in context of the Operand;

sender=The sender of the Compose command, typically tied to the originating identity of the action (e.g. email address or MS ID). A different sender can be specified if there is an applicable privilege in place, or if impersonation has been granted;

msg/subj=A message or subject associated with Compose command;

attributes=Indicators for more detailed interpretation of Compose command parameters and/or indicators for attributes to be interpreted by external (e.g. receiving) processes affected by the Compose command result;

recipient(s)=One or more destination identities for the Compose command (e.g. email address or MS ID).

Compose command data is preferably maintained to LBX history, a historical call log (e.g. outgoing when call placed), or other useful storage for subsequent use (some embodiments may include this processing where appropriate (e.g. as part of blocks **6516**, **6542**, etc)).

FIG. **65**C depicts a flowchart for describing one embodiment of a procedure for Compose command action processing, as derived from the processing of FIG. **65**A. All operands are implemented, and each of blocks P**04** through P**54** can be implemented with any one of the methodologies described with FIG. **65**A, or any one of a blend of methodologies implemented by FIG. **65**C.

FIG. **66**A depicts a flowchart for describing a preferred embodiment of a procedure for Connect command action processing. The Call command and Connect command pro-

vide identical processing. There are four (4) primary methodologies for carrying out connect command processing:

1) Launching an application, executable, or program with a standard contextual object type interface;

2) Custom launching of an application, executable, or program;

3) Processing the connect command through a MS operating system interface; or

4) Using a MS to MS communications (MS2MS) of FIGS. **75**A and **75**B.

In various embodiments, any of the connect command Operands can be implemented with either one of the methodologies, although there may be a preference of which methodology is used for which Operand. Atomic connect command processing begins at block **6602**, continues to block **6604** for accessing parameters of connect command "Operand" (BNF Grammar Operand) and "Parameters" (BNF Grammar Parameters), and then to block **6606** for checking which "Operand" was passed. If block **6606** determines the "Operand" indicates to launch with a standard contextual object type interface, then parameter(s) are validated at block **6608** and block **6610** checks the result. If block **6610** determines there was at least one error, then block **6612** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to the caller (invoker) at block **6614**. If block **6610** determines there were no parameter errors, then block **6616** interfaces to the MS operating system for the particular object passed as a parameter. Block **6616** may prepare parameters in preparation for the O/S contextual launch, for example if parameters are passed to the application which is invoked. Processing leaves block **6616** and returns to the caller (invoker) at block **6614**.

An example of block **6616** is similar to the Microsoft Windows XP O/S association of applications to file types for convenient application launch, and is the same as processing of block **6516** described above. Block **6616** makes use of the system interface for association which was set up outside of present disclosure processing (e.g. via MS O/S).

Referring back to block **6606**, if it is determined the "Operand" does not indicate to launch with a standard contextual object type interface, processing continues to block **6618**. If block **6618** determines the "Operand" indicates to perform a custom launch, then parameter(s) are validated at block **6620** and block **6622** checks the result. If block **6622** determines there was at least one error, then block **6624** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to the caller (invoker) at block **6614**. If block **6622** determines there were no parameter errors, then processing continues to block **6626**.

If block **6626** determines the custom launch is not to use an Application Programming Interface (API) to launch the applicable application for the object passed as a parameter, then block **6628** prepares a command string for launching the particular application, block **6630** invokes the command string for launching the application, and processing continues to block **6614** for returning to the caller.

If block **6626** determines the custom launch is to use an Application Programming Interface (API) to launch the applicable application for the object passed as a parameter, then block **6632** prepares any API parameters as necessary, block **6634** invokes the API for launching the application, and processing continues to block **6614** for returning to the caller.

Referring back to block **6618**, if it is determined that the "Operand" indicates to perform the connect command

281                                        282

locally (e.g. use operating system interface (e.g. set sema-phore, program object, data, signal, etc)), or to use MS2MS for processing, then parameter(s) are validated at block **6636** and block **6638** checks the result. If block **6638** determines there was at least one error, then block **6640** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to the caller (invoker) at block **6614**. If block **6638** determines there were no param-eter errors, then block **6642** checks the operand for which processing to perform. If block **6642** determines that MS2MS processing is needed to accomplish processing, then block **6644** prepares parameters for FIG. **75**A process-ing, and block **6646** invokes the procedure of FIG. **75**A for sending the data (connect command, operand and param-eters) for connect processing at the MS to connect. Process-ing then continues to block **6614**. MS2MS processing is as already described above (see FIGS. **75**A and **75**B), except FIG. **75**A performs sending data for the connect command to the remote MS for processing, and FIG. **75**B blocks **7578** through **7584** carry out processing specifically for the con-nect command. Block **7584** processes the connect command for connecting the MSs in context of the Operand. Referring back to block **6642**, if it is determined that MS2MS is not to be used, then block **6648** performs the connect command, and block **6614** returns to the caller.

In FIG. **66**A, "Parameters" for the atomic connect com-mand in accordance with the "Operand" were shown to be validated for being properly privileged prior to FIG. **66**A processing (by FIG. **61** processing). However, an alternate embodiment could move some or all applicable privilege validation to FIG. **66**A in context of where the "Parameters" are processed. Also, some embodiments may not validate "Parameters" since they (or some reasonable subset thereof) can be understood to be in good order by the time FIG. **66**A processing occurs (e.g. no blocks **6610**/**6612** and/or **6622**/**6624** and/or **6638**/**6640** required). In yet another embodi-ment, some defaulting of parameters is implemented.

In the case of automatically dialing a phone number at a MS, there are known APIs to accomplish this functionality, depending on the MS software development environment, by passing at least a phone number to the MS API program-matically at the MS (e.g. see C# phone application APIs, J2ME phone APIs, etc). In a J2ME embodiment, you can place a call by calling the MIDP 2.0 platformRequest method inside the MIDlet class (e.g. platformRequest("tel://mobileNumber") will request the placing call functionality from the applicable mobile platform).

FIGS. **66**B-1 through **66**B-2 depicts a matrix describing how to process some varieties of the Connect command (e.g. as processed at blocks **6648** and **7584**). Each row in the matrix describes processing apparatus and/or methods for carrying out command processing for certain operands (see FIG. **34**D for the Operand which matches the number in the first column). The second column shows the Preferred Methodology (PM) for carrying out Connect command processing:

S=Standard contextual launch used (blocks **6608** through **6616**);

C=Custom launch used (blocks **6620** through **6634**);

O=Other processing (MS2MS or local) used (blocks **6636** through **6648**).

Any of the Connect command operand combinations can be carried out with either of the methodologies. The second column shows a preferred methodology (PM). The third column describes processing which is placed into flowchart embodiments. There are many embodiments derived from

the Connect processing descriptions without departing from the spirit and scope of the disclosure. Descriptions are self explanatory.

With reference back to FIGS. **31**A through **31**E, note that the column of information headed by "119" represents the parameters applicable for the Connect command. The Con-nect command has the following parameters, all of which are interpreted in context of the Operand:

first parameter(s)=These are required, and are in context of the Operand;

sender=The sender of the Connect command, typically tied to the originating identity of the action (e.g. email address or MS ID). A different sender can be specified if there is an applicable privilege in place, or if impersonation has been granted;

msg/subj=A message or subject associated with Connect command;

attributes Indicators for more detailed interpretation of Con-nect command parameters and/or indicators for attributes to be interpreted by external (e.g. receiving) processes affected by the Connect command result;

recipient(s)=One or more destination identities for the Con-nect command (e.g. email address or MS ID).

Connect command data is preferably maintained to LBX history, a historical call log (e.g. outgoing when call placed), or other useful storage for subsequent use (some embodi-ments may include this processing where appropriate (e.g. as part of blocks **6616**, **6648**, **7584**, etc)).

FIG. **66**C depicts a flowchart for describing one embodi-ment of a procedure for Connect command action process-ing, as derived from the processing of FIG. **66**A. All operands are implemented, and each of blocks T**04** through T**54** can be implemented with any one of the methodologies described with FIG. **66**A, or any one of a blend of method-ologies implemented by FIG. **66**C.

FIG. **67**A depicts a flowchart for describing a preferred embodiment of a procedure for Find command action pro-cessing. The Search command and Find command provide identical processing. There are four (4) primary methodolo-gies for carrying out find command processing:

1) Launching an application, executable, or program with a standard contextual object type interface;

2) Custom launching of an application, executable, or program;

3) Processing the find command locally; or

4) Using MS to MS communications (MS2MS) of FIGS. **75**A and **75**B for remote finding.

In various embodiments, any of the find command Operands can be implemented with either one of the methodologies, although there may be a preference of which methodology is used for which Operand. Atomic find command process-ing begins at block **6700**, continues to block **6702** for accessing parameters of find command "Operand" (BNF Grammar Operand) and "Parameters" (BNF Grammar Parameters), and then to block **6704** for getting the next (or first) system parameter (block **6704** starts a loop for pro-cessing system(s)). At least one system parameter is required for the find. If at least one system is not present for being processed by block **6704**, then block **6704** will handle the error and continue to block **6752** for returning to the caller (not shown—considered obvious error handling, or was already validated at configuration time). Block **6704** con-tinues to block **6706**. If block **6706** determines that an unprocessed system parameter remains, then processing continues to block **6708**. If block **6708** determines the system is not the MS of FIG. **67**A processing, then MS2MS processing is used to accomplish the remote find processing,

US 10,477,994 B2

283

284

in which case block **6708** continues to block **6710** for preparing parameters for FIG. **75**A processing. Thereafter, block **6712** checks to see if there were any parameter errors since block **6710** also validates them prior to preparing them. If block **6712** determines there was at least one parameter error, then block **6713** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing continues back to block **6704**. If block **6712** determines there were no errors, then block **6714** invokes the procedure of FIG. **75**A for sending the data (find command, operand and parameters) for remote find processing at the remote MS. Processing then continues back to block **6704**. MS2MS processing is as already described above (see FIGS. **75**A and **75**B), except FIG. **75**A performs sending data for the find command to the remote MS for finding sought operand dependent criteria at the remote MS, and FIG. **75**B blocks **7578** through **7584** carry out processing specifically for the find command. Block **7584** processes the find command for finding sought criteria in context of the Operand at the MS of FIG. **75**B processing. Blocks **7574** and **7576** will return the results to the requesting MS of FIG. **75**A processing, and block **7510** will complete appropriate find processing. Note that block **7510** preferably includes application launch processing (e.g. like found in FIG. **67**A) for invoking the best application in the appropriate manner with the find results returned. The application should be enabled for searching remote MSs further if the user chooses to do so. Another embodiment of block **7510** processes the search results and displays them to the user and/or logs results to a place the user can check later and/or logs results to a place a local MS application can access the results in an optimal manner. In some embodiments, find processing is spawned at the remote MS and the interface results are presented to the remote user. In some embodiments, the find processing results interface is presented to the user of FIG. **67**A processing. In some embodiments, find processing is passed an additional parameter for whether or not to spawn the search interface at the remote MS for the benefit of the remote MS user (at MS of FIG. **75**B processing), or to spawn locally for the benefit of the user of the MS of FIG. **67**A processing.

In one embodiment, block **6714** causes processing at a remote data processing system which incorporates similar MS2MS processing, but the remote data processing system is not a MS (i.e. system parameter is for a data processing system identifier accessible to the MS of FIG. **67**A processing). The remote data processing system may be a service data processing system, or any other data processing system capable of similar MS2MS processing as described for the find command, perhaps involving search of storage, memory, or operating system resources which is shared by many MSs.

Referring back to block **6708**, if it is determined that the system for processing is the MS of FIG. **67**A processing, then processing continues to block **6716** for checking which "Operand" was passed. If block **6716** determines the "Operand" indicates to launch a search application for the sought operand with a standard contextual object type interface, then parameter(s) are validated at block **6718** and block **6720** checks the result. If block **6720** determines there was at least one error, then block **6722** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns back to block **6704**. If block **6720** determines there were no parameter errors, then block **6724** interfaces to the MS operating system to start the search application for the particular object passed as a parameter. Block **6724** may prepare parameters in preparation for the O/S contextual launch, for example if parameters are passed to the application which is invoked for finding the object. Processing leaves block **6724** and returns to block **6704**.

An example of block **6724** is similar to the Microsoft Windows XP association of applications to file types for convenient application launch, just as was described above for block **6616**.

Referring back to block **6716**, if it is determined the "Operand" does not indicate to launch with a standard contextual object type interface, processing continues to block **6726**. If block **6726** determines the "Operand" indicates to perform a custom launch, then parameter(s) are validated at block **6728** and block **6730** checks the result. If block **6730** determines there was at least one error, then block **6732** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to block **6704**. If block **6730** determines there were no parameter errors, then processing continues to block **6734**.

If block **6734** determines the custom launch is not to use an Application Programming Interface (API) to launch the applicable search application for finding the object passed as a parameter, then block **6736** prepares a command string for launching the particular application, block **6738** invokes the command string for launching the application, and processing continues to block **6704**.

If block **6734** determines the custom launch is to use an Application Programming Interface (API) to launch the applicable application for finding the object passed as a parameter, then block **6740** prepares any API parameters as necessary, block **6742** invokes the API for launching the application, and processing continues back to block **6704**.

Referring back to block **6726**, if it is determined that the "Operand" indicates to perform the find command with other local processing, then parameter(s) are validated at block **6744** and block **6746** checks the result. If block **6746** determines there was at least one error, then block **6748** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to block **6704**. If block **6746** determines there were no parameter errors, then block **6750** checks the operand for which find processing to perform, and performs find processing appropriately. Processing then continues back to block **6704**.

Referring back to block **6704**, if it is determined that there are no remaining unprocessed system parameters, then processing returns to the caller at block **6752**.

In FIG. **67**A, "Parameters" for the atomic find command in accordance with the "Operand" were shown to be validated for being properly privileged prior to FIG. **67**A processing (by FIG. **61** processing). However, an alternate embodiment could move some or all applicable privilege validation to FIG. **67**A in context of where the "Parameters" are processed. Also, some embodiments may not validate "Parameters" since they (or some reasonable subset thereof) can be understood to be in good order by the time FIG. **67**A processing occurs (e.g. no blocks **6720/6722** and/or **6728/6730** and/or **6746/6748** required). In yet another embodiment, some defaulting of parameters is implemented.

FIGS. **67**B-1 through **67**B-13 depicts a matrix describing how to process some varieties of the Find command (e.g. as processed at blocks **6750** and **7584**). Each row in the matrix describes processing apparatus and/or methods for carrying out command processing for certain operands (see FIG. **34**D for the Operand which matches the number in the first column). The second column shows the Preferred Methodology (PM) for carrying out Find command processing:
S=Standard contextual launch used (blocks **6716** through **6724**);

US 10,477,994 B2

285

C=Custom launch used (blocks **6726** through **6742**);
O=Other processing (MS2MS or local) used (blocks **6744** through **6750**, blocks **6708** through **6714**).

Any of the Find command operand combinations can be carried out with either of the methodologies. The second column shows a preferred methodology (PM). The third column describes processing which is placed into flowchart embodiments. There are many embodiments derived from the Find processing descriptions without departing from the spirit and scope of the disclosure. Descriptions are self explanatory.

With reference back to FIGS. **31**A through **31**E, note that the column of information headed by "107" represents the parameters applicable for the Find command. The Find command has the following parameters, all of which are interpreted in context of the Operand:

first parameter(s)=These are required, and are in context of the Operand;

system(s)=One or more destination identities for the Find command (e.g. MS ID or a data processing system identifier).

FIG. **67**C depicts a flowchart for describing one embodiment of a procedure for Find command action processing, as derived from the processing of FIG. **67**A. All operands are implemented, and each of blocks F**04** through F**54** can be implemented with any one of the methodologies described with FIG. **67**A, or any one of a blend of methodologies implemented by FIG. **67**C.

Find command processing discussed thus far demonstrates multithreaded/multiprocessed processing for each system to search. In one embodiment, the same methodology is used for each system and each launched find processing saves results to a common format and destination. In this embodiment, block **6706** processing continues to a new block **6751** when all systems are processed. New block **6751** gathers the superset of find results saved, and then launches an application (perhaps the same one that was launched for each find) to show all results found asynchronously from each other. The application launched will be launched with the same choice of schemes as blocks **6716** through **6750**. Block **6751** then continues to block **6752**. This design requires all applications invoked to terminate themselves after saving search results appropriately for gathering a superset and presenting in one find results interface. Then, the new block **6751** handles processing for a single application to present all search results.

In another embodiment, while an application may be launched multiple times for each system, the application itself is relied upon for handling multiple invocations. The application itself has intelligence to know it was re-launched thereby permitting a single resulting interface for multiple target system searches, regardless of the number of times the same search application was launched.

In one preferred embodiment, find processing permits multiple instances of a search application launched wherein Find processing is treated independently (this is shown in FIG. **67**A).

Preferably all find command embodiments provide the ability to perform other commands (e.g. Copy, Move, Discard, Change, Administrate, etc) wherever possible from the resulting interface in context for each search result found.

Find command data is preferably maintained to LBX history, a historical log, or other useful storage for subsequent use (some embodiments may include this processing where appropriate). Additional find command parameters can be provided for how and where to search (e.g. case sensitivity, get all or first, how to present results, etc).

286

FIG. **68**A depicts a flowchart for describing a preferred embodiment of a procedure for Invoke command action processing. The Spawn command, Do command, and Invoke command provide identical processing. There are five (5) primary methodologies for carrying out invoke command processing:

1) Launching an application, executable, or program with a standard contextual object type interface;
2) Custom launching of an application, executable, or program;
3) Processing the invoke command locally;
4) Using MS to MS communications (MS2MS) of FIGS. **75**A and **75**B for remote invocation; or
5) Using email or similar messaging layer as a transport layer for invoking distributions.

In various embodiments, any of the invoke command Operands can be implemented with either one of the methodologies, although there may be a preference of which methodology is used for which Operand. Atomic invoke command processing begins at block **6802**, continues to block **6804** for accessing parameters of invoke command "Operand" (BNF Grammar Operand) and "Parameters" (BNF Grammar Parameters), and then to block **6892** for checking if the Operand for invocation indicates to use the email (or similar messaging transport). If block **6892** determines the Operand is for email/messaging transport use, then block **6894** invokes send command processing of FIG. **63**A with the Operand and Parameters. Upon return, processing continues to block **6852** for returning to the caller (invoker of FIG. **68**A processing). If send processing of FIG. **63**A (via block **6894**) is to be used for Operands with a system(s) parameter, then the system(s) parameter is equivalent to the recipient(s) parameter and other parameters are set appropriately.

If block **6892** determines the Operand is not for the email/messaging transport use, then processing continues to block **6806** for getting the next (or first) system parameter (block **6806** starts an iterative loop for processing system(s)). At least one system parameter is required for the invoke command at block **6806**. If at least one system is not present for being processed by block **6806**, then block **6806** will handle the error and continue to block **6852** for returning to the caller (not shown—considered obvious error handling, or was already validated at configuration time). Block **6806** continues to block **6808**. If block **6808** determines that an unprocessed system parameter remains, then processing continues to block **6810**. If block **6810** determines the system is not the MS of FIG. **68**A processing, then MS2MS processing is used to accomplish the remote invoke processing, in which case block **6810** continues to block **6812** for preparing parameters for FIG. **75**A processing, and block **6814** invokes the procedure of FIG. **75**A for sending the data (invoke command, operand and parameters) for remote invoke processing at the remote MS. Processing then continues back to block **6806**. MS2MS processing is as already described above (see FIGS. **75**A and **75**B), except FIG. **75**A performs sending data for the invoke command to the remote MS for an invocation at the remote MS, and FIG. **75**B blocks **7578** through **7584** carry out processing specifically for the invoke command. Block **7584** processes the invoke command for invocation in context of the Operand at the MS of FIG. **75**B processing (e.g. using invocation methodologies of FIG. **68**A).

In one embodiment, blocks **6812** and **6814** cause processing at a remote data processing system which incorporates similar MS2MS processing, but the remote data processing system is not a MS (i.e. system parameter is for a data processing system identifier accessible to the MS of FIG.

US 10,477,994 B2

287
288

68A processing). The remote data processing system may be a service data processing system, or any other data processing system capable of similar MS2MS processing as described for the invoke command, perhaps involving invocation of a suitable executable in context for the operand.

Referring back to block **6810**, if it is determined that the system for processing is the MS of FIG. **68A** processing, then processing continues to block **6816** for checking which "Operand" was passed. If block **6816** determines the "Operand" indicates to invoke (launch) an appropriate application for the operand with a standard contextual object type interface, then parameter(s) are validated at block **6818** and block **6820** checks the result. If block **6820** determines there was at least one error, then block **6822** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns back to block **6806**. If block **6820** determines there were no parameter errors, then block **6824** interfaces to the MS operating system to start the appropriate application for the particular object passed as a parameter. Block **6824** may prepare parameters in preparation for the O/S contextual launch, for example if parameters are passed to the application which is invoked. Processing leaves block **6824** and returns to block **6806**.

An example of block **6824** is similar to the Microsoft Windows XP association of applications to file types for convenient application launch, just as described above for block **6616**.

Referring back to block **6816**, if it is determined the "Operand" does not indicate to launch with a standard contextual object type interface, processing continues to block **6826**. If block **6826** determines the "Operand" indicates to perform a custom launch, then parameter(s) are validated at block **6828** and block **6830** checks the result. If block **6830** determines there was at least one error, then block **6832** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to block **6806**. If block **6830** determines there were no parameter errors, then processing continues to block **6834**.

If block **6834** determines the custom invocation (launch) is not to use an Application Programming Interface (API) to invoke the application for the object passed as a parameter, then block **6836** prepares a command string for invoking the particular application, block **6838** invokes the command string for launching the application, and processing continues to block **6806**.

If block **6834** determines the custom invocation (launch) is to use an Application Programming Interface (API) to invoke the application for the object passed as a parameter, then block **6840** prepares any API parameters as necessary, block **6842** invokes the API for launching the application, and processing continues back to block **6806**.

Referring back to block **6826**, if it is determined that the "Operand" indicates to perform the invoke command with other local processing, then parameter(s) are validated at block **6844** and block **6846** checks the result. If block **6846** determines there was at least one error, then block **6848** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to block **6806**. If block **6846** determines there were no parameter errors, then block **6850** checks the operand for which invoke processing to perform, and performs invoke command processing appropriately.

Referring back to block **6808**, if it is determined that there are no remaining unprocessed system parameters, then processing returns to the caller at block **6852**.

In FIG. **68A**, "Parameters" for the atomic invoke command in accordance with the "Operand" were shown to be validated for being properly privileged prior to FIG. **68A** processing (by FIG. **61** processing). However, an alternate embodiment could move some or all applicable privilege validation to FIG. **68A** in context of where the "Parameters" are processed. Also, some embodiments may not validate "Parameters" since they (or some reasonable subset thereof) can be understood to be in good order by the time FIG. **68A** processing occurs (e.g. no blocks **6820**/**6822** and/or **6830**/**6832** and/or **6846**/**6848** required). In yet another embodiment, some defaulting of parameters is implemented.

FIGS. **68B-1** through **68B-5** depicts a matrix describing how to process some varieties of the Invoke command (e.g. as processed at blocks **6850** and **7584**). Each row in the matrix describes processing apparatus and/or methods for carrying out command processing for certain operands (see FIG. **34D** for the Operand which matches the number in the first column). The second column shows the Preferred Methodology (PM) for carrying out Invoke command processing:

S=Standard contextual launch used (blocks **6816** through **6824**);

C=Custom launch used (blocks **6826** through **6842**);

E=Email transport preferably used (blocks **6892** through **6894**);

O=Other processing (MS2MS or local) used (blocks **6844** through **6850**, blocks **6812** through **6814**).

Any of the Invoke command operand combinations can be carried out with either of the methodologies. The second column shows a preferred methodology (PM). The third column describes processing which is placed into flowchart embodiments. There are many embodiments derived from the Invoke processing descriptions without departing from the spirit and scope of the disclosure. Descriptions are self explanatory.

With reference back to FIGS. **31A** through **31E**, note that the column of information headed by "109" represents the parameters applicable for the Invoke command. The Invoke command has the following parameters, all of which are interpreted in context of the Operand:

first parameter(s)=These are required, and are in context of the Operand;

system(s)=One or more destination identities for the Invoke command (e.g. MS ID or a data processing system identifier);

sender=The sender of the Invoke command, typically tied to the originating identity of the action (e.g. email address or MS ID). A different sender can be specified if there is an applicable privilege in place, or if impersonation has been granted;

msg/subj=A message or subject associated with invoke command;

attributes=Indicators for more detailed interpretation of invoke command parameters and/or indicators for attributes to be interpreted by external (e.g. receiving) processes affected by the invoke command result;

recipient(s)=One or more destination identities for the Invoke command (e.g. email address or MS ID).

FIG. **68C** depicts a flowchart for describing one embodiment of a procedure for Invoke command action processing, as derived from the processing of FIG. **68A**. All operands are implemented, and each of blocks **J04** through **J54** can be implemented with any one of the methodologies described with FIG. **68A**, or any one of a blend of methodologies implemented by FIG. **68C**.

In some embodiments, the invoke command may be used as an overall strategy and architecture for performing most, if not all, actions (e.g. other commands).

US 10,477,994 B2

289

FIG. **69**A depicts a flowchart for describing a preferred embodiment of a procedure for Copy command action processing. There are four (4) primary methodologies for carrying out copy command search processing:

1) Launching an application, executable, or program with a standard contextual object type interface, for finding the source object(s) to copy;

2) Custom launching of an application, executable, or program, for finding the source object(s) to copy;

3) Processing the copy command locally, for finding the source object(s) to copy; or

4) MS to MS communications (MS2MS) of FIGS. **75**A and **75**B for finding the source object(s) to copy.

The source parameter specifies which system is to be the source of the copy: the MS of FIG. **69**A processing or a remote data processing system.

There are two (2) primary methodologies for carrying out copy command processing:

1) Using local processing;

2) MS to MS communications (MS2MS) of FIGS. **75**A and **75**B for remote copying.

In various embodiments, any of the copy command Operands can be implemented with either of the methodologies, although there may be a preference of which methodology is used for which Operand. Atomic copy command processing begins at block **6900**, continues to block **6902** for accessing parameters of copy command "Operand" (BNF Grammar Operand) and "Parameters" (BNF Grammar Parameters), and continues to block **6904**.

If block **6904** determines the source system parameter (source) is this MS, then processing continues to block **6906**. If block **6906** determines the "Operand" indicates to launch a search application for the sought operand object with a standard contextual object type interface, then parameter(s) are validated at block **6908** and block **6910** checks the result. If block **6910** determines there was at least one error, then block **6912** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to the caller (invoker) at block **6960**. If block **6910** determines there were no parameter errors, then block **6914** interfaces to the MS operating system to start the search application for the particular object (for Operand). Block **6914** may prepare parameters in preparation for the operating system. Processing leaves block **6914** and continues to block **6916** which is discussed below.

An example of block **6914** is similar to the Microsoft Windows XP association of applications to file types for convenient application launch, just as was described above for block **6616**.

Referring back to block **6906**, if it is determined the "Operand" does not indicate to launch with a standard contextual object type interface, processing continues to block **6916**. If block **6916** determines the "Operand" indicates to perform a custom launch, then parameter(s) are validated at block **6918** and block **6920** checks the result. If block **6920** determines there was at least one error, then block **6912** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to the caller at block **6960**. If block **6920** determines there were no parameter errors, then processing continues to block **6922**.

If block **6922** determines the custom launch is not to use an Application Programming Interface (API) to launch the searching application for copying the object, then block **6924** prepares a command string for launching the particular

290

application, block **6926** invokes the command string for launching the application, and processing continues to block **6938** discussed below.

If block **6922** determines the custom launch is to use an Application Programming Interface (API) to launch the applicable application for searching, then block **6928** prepares any API parameters as necessary, block **6930** invokes the API for launching the application, and processing continues to block **6938**.

Referring back to block **6916**, if it is determined that the "Operand" indicates to perform the copy command with local search processing, then parameter(s) are validated at block **6932** and block **6934** checks the result. If block **6934** determines there was at least one error, then block **6912** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to the caller at block **6960**. If block **6934** determines there were no parameter errors, then block **6936** searches for the operand object in context for the Operand, and processing continues to block **6938**.

Referring back to block **6904**, if it is determined the source parameter is not for this MS, then block **6962** prepares parameters for FIG. **75**A processing. Thereafter, block **6964** checks to see if there were any parameter errors since block **6962** also validates them prior to preparing them. If block **6964** determines there was at least one parameter error, then block **6912** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to the caller at block **6960**. If block **6964** determines there were no errors, then block **6966** invokes the procedure of FIG. **75**A for sending the data (copy command, operand and parameters) for remote copy search processing at the remote MS. Processing then continues to block **6938** discussed below. MS2MS processing is as already described above (see FIGS. **75**A and **75**B), except FIG. **75**A performs searching for data for the copy command at the remote MS, and FIG. **75**B blocks **7578** through **7584** carry out processing specifically for the copy command search processing. Block **7584** processes the copy command for finding the object to copy in context of the Operand. Blocks **7574** and **7576** will return the results to the requesting MS of FIG. **75**A processing, and block **7510** will complete appropriate copy search processing so that FIG. **69**A processing receives the search results. FIG. **75**A can convey the found object(s) for copy by returning from a function interface (the send procedure being a function), returning to a file, setting data visible to both processes, etc. Note that block **7510** may invoke application launch processing (e.g. like found in FIG. **69**A) for invoking the best application in the appropriate manner for determining copy search results returned from FIG. **75**B processing, or block **7510** may process results itself.

In one embodiment, block **6966** causes processing at a remote data processing system which incorporates similar MS2MS processing, but the remote data processing system is not a MS (i.e. system parameter is for a data processing system identifier accessible to the MS of FIG. **67**A processing). The remote data processing system may be a service data processing system, or any other data processing system capable of similar MS2MS processing as described for the find command, perhaps involving search of storage, memory, or operating system resources which are shared by many MSs.

By the time processing reaches block **6938** from any previous FIG. **69**A processing, a search result is communicated to processing and any launched executable (_application) for searching for the copy object(s) has terminated.

US 10,477,994 B2

291                                    292

Search results can be passed back as a function return, placed to a well known directory, placed to a file, placed to interfaced variable(s), or other communications of the result to further processing. Regardless of the embodiment, search results are accessed at block **6938**. An alternate embodiment is like FIG. **70A** wherein the application/processing invoked at blocks **6914**, **6926**, **6930** and **6936** handles the ack parameter and ambiguous results appropriately (i.e. no need for blocks **6938** through **6958**) to proceed with completing the copy (processing of blocks **6938** through **6958** incorporated). Different methods are disclosed for similar processing to highlight methods for carrying out processing for either one of the commands (Copy or Discard).

Block **6938** checks the results of finding the source object for copying to ensure there are no ambiguous results (i.e. not sure what is being copied since the preferred embodiment is to not copy more than a single operand object at a time). If block **6938** determines that there was an ambiguous search result, then processing continues to block **6912** for error handling as discussed above (e.g. in context for an ambiguous copy since there were too many things to copy). If block **6938** determines there is no ambiguous entity to copy, block **6940** checks the acknowledgement parameter passed to FIG. **69A** processing. An alternate embodiment assumes that a plurality of results is valid for copying all results to the target system(s) (i.e. no ambiguous check). In another embodiment, an ambiguous result relies on user reconciliation to reconcile whether or not to perform the copy (like FIG. **70A** discard processing).

If block **6940** determines the acknowledgement (ack) parameter is set to true, then block **6942** provides the search result which is to be copied. Thereafter, processing waits for a user action to either a) continue with the copy; or b) cancel the copy. Once the user action has been detected, processing continues to block **6944**. Block **6942** provides a user reconciliation of whether or not to perform the copy. In another embodiment, there is no ack parameter and multiple results detected at block **6938** forces processing into the reconciliation by the MS user. In yet another embodiment, the ack parameter is still provided, however multiple search results forces processing into the reconciliation by the MS user anyway for selecting which individual object shall be copied. In still other embodiments, all results are copied.

If block **6944** determines the user selected to cancel processing, then block **6946** logs the cancellation (e.g. log error to LBX History **30**) and processing returns to the caller at block **6960**. If block **6944** determines the user selected to proceed with the copy, then processing continues to block **6948** for getting the next (or first) system parameter (block **6948** starts a loop for processing system(s) for the copy result). Also, if block **6940** determines that the ack parameter was set to false, then processing continues directly to block **6948**. At least one system parameter is required for the copy as validated by previous parameter validations. Block **6948** continues to block **6950**. If block **6950** determines that an unprocessed system parameter remains, then processing continues to block **6952**. If block **6952** determines the system (target for copy) is the MS of FIG. **69A** processing, then block **6954** appropriately copies the source object to the system and processing continues back to block **6948**. If block **6952** determines the system is not the MS of FIG. **69A** processing, then MS2MS processing is used to accomplish the copy processing to the remote data processing system (e.g. MS), in which case block **6956** prepares parameters for FIG. **75A** processing, and block **6958** invokes the procedure of FIG. **75A** for sending the data (copy command, operand, and search result) for remote copy processing at the remote

MS. Processing then continues back to block **6948**. MS2MS processing is as already described above (see FIGS. **75A** and **75B**), except FIG. **75A** performs sending data for the copy action to the remote MS for copying sought operand dependent criteria to the remote MS, and FIG. **75B** blocks **7578** through **7584** carry out processing specifically for the copy processing. Block **7584** processes the copy of the search result from FIG. **69A** to the system of FIG. **75B** processing.

In one embodiment, blocks **6956** and **6958** cause processing at a remote data processing system which incorporates similar MS2MS processing, but the remote data processing system is not a MS (i.e. system parameter is for a data processing system identifier accessible to the MS of FIG. **69A** processing). The remote data processing system may be a service data processing system, or any other data processing system capable of similar MS2MS processing as described for the copy command, perhaps involving storage, memory, or operating system resources which are shared by many MSs.

Referring back to block **6950**, if it is determined that there are no remaining unprocessed system parameters, then processing returns to the caller at block **6960**.

In FIG. **69A**, "Parameters" for the atomic copy command in accordance with the "Operand" were shown to be validated for being properly privileged prior to FIG. **69A** processing (by FIG. **61** processing). However, an alternate embodiment could move some or all applicable privilege validation to FIG. **69A** in context of where the "Parameters" are processed. Also, some embodiments may not validate "Parameters" since they (or some reasonable subset thereof) can be understood to be in good order by the time FIG. **69A** processing occurs (e.g. no blocks **6908**/**6910** and/or **6918**/**6920** and/or **6932**/**6934** required). In yet another embodiment, some defaulting of parameters is implemented.

The first parameter may define a plurality of entities to be copied when the object inherently contains a plurality (e.g. directory, container). In an alternate embodiment, the search results for copying can be plural without checking for ambiguity at block **6938**, in which case all results returned can/will be copied to the target systems.

FIGS. **69B-1** through **69B-14** depicts a matrix describing how to process some varieties of the Copy command. Each row in the matrix describes processing apparatus and/or methods for carrying out command processing for certain operands (see FIG. **34**D for the Operand which matches the number in the first column). The second column shows the Preferred Methodology (PM) for carrying out Copy command processing:

S=Standard contextual launch used (blocks **6906** through **6914**);

C=Custom launch used (blocks **6916** through **6930**);

O=Other processing used (blocks **6936**).

Any of the Copy command operand combinations can be carried out with either of the methodologies. The second column shows a preferred methodology (PM). The third column describes processing which is placed into flowchart embodiments. There are many embodiments derived from the Copy processing descriptions without departing from the spirit and scope of the disclosure. Descriptions are self explanatory.

With reference back to FIGS. **31**A through **31**E, note that the column of information headed by "**111**" represents the parameters applicable for the Copy command. The Copy command has the following parameters, all of which are interpreted in context of the Operand:

first parameter(s)=This is required, and is in context of the Operand;

US 10,477,994 B2

293

ack=Boolean for whether or not to prompt user for performing the copy, prior to doing the copy.

source=A source identity for the Copy command (e.g. MS ID or a data processing system identifier);

system(s)=One or more destination identities for the Copy command (e.g. MS ID or a data processing system identifier);

In a preferred embodiment, an additional parameter is provided for specifying the target destination of the system for the copy. For example, a directory can be placed to a target path, an email can be placed to a target folder, etc. Otherwise, there is an assumed target destination. In another embodiment, a user can select from a plurality of search results which objects are to be copied.

FIG. 69C depicts a flowchart for describing one embodiment of a procedure for Copy command action processing, as derived from the processing of FIG. 69A. All operands are implemented, and each of blocks C04 through C54 can be implemented with any one of the methodologies described with FIG. 69A, or any one of a blend of methodologies implemented by FIG. 69C.

FIG. 70A depicts a flowchart for describing a preferred embodiment of a procedure for Discard command action processing. The Delete command, "Throw Away" command, and Discard command provide identical processing. There are four (4) primary methodologies for carrying out discard command processing:

1) Launching an application, executable, or program with a standard contextual object type interface;

2) Custom launching of an application, executable, or program;

3) Processing the discard command locally; or

4) Using MS to MS communications (MS2MS) of FIGS. 75A and 75B for remote discarding.

In various embodiments, any of the discard command Operands can be implemented with either one of the methodologies, although there may be a preference of which methodology is used for which Operand. Atomic discard command processing begins at block 7002, continues to block 7004 for accessing parameters of discard command "Operand" (BNF Grammar Operand) and "Parameters" (BNF Grammar Parameters), and then to block 7006 for getting the next (or first) system parameter (block 7006 starts an iterative loop for processing system(s)). At least one system parameter is required for the discard. If at least one system is not present for being processed by block 7006, then block 7006 will handle the error and continue to block 7062 for returning to the caller (not shown—considered obvious error handling, or was already validated at configuration time). Block 7006 continues to block 7008. If block 7008 determines that an unprocessed system parameter remains, then processing continues to block 7010. If block 7010 determines the system is not the MS of FIG. 70A processing, then MS2MS processing is used to accomplish the remote discard processing, in which case block 7010 continues to block 7012 for preparing parameters for FIG. 75A processing. Thereafter, block 7014 checks to see if there were any parameter errors since block 7012 also validates them prior to preparing them. If block 7014 determines there was at least one parameter error, then block 7016 handles the error appropriately (e.g. log error to LBX History 30 and/or notify user) and processing continues back to block 7006. If block 7014 determines there were no errors, then block 7018 invokes the procedure of FIG. 75A for sending the data (discard command, operand and parameters) for remote discard processing at the remote MS. Processing then continues back to block 7006. MS2MS processing is as already described

294

above (see FIGS. 75A and 75B), except FIG. 75A performs sending data for the discard command to the remote MS for discarding sought operand dependent criteria at the remote MS, and FIG. 75B blocks 7578 through 7584 carry out processing specifically for the discard command. Block 7584 processes the discard command for discarding sought criteria in context of the Operand. In a preferred embodiment, the discard takes place when privileged, and when an ack parameter is not provided or is set to false.

Blocks 7574 and 7576 will return the results to the requesting MS of FIG. 75A processing when the ack parameter is set to true, and block 7510 will complete appropriate discard processing after prompting the user of the MS of FIG. 75A processing for whether or not to continue (just like blocks 7054 through 7060 discussed below). Note that block 7510 may include invoking the best application in the appropriate manner (e.g. like found in FIG. 70A) with the discard results returned when an acknowledgement (ack parameter) has been specified to true, or block 7510 may process results appropriately itself. Processing should be enabled for then continuing with the discard through another invocation of FIG. 75A (from block 7510 and a following processing of blocks 7578 through 7584 to do the discard) if the user chooses to do so. Block 7510 includes significant processing, all of which has been disclosed in FIG. 70A anyway and then included at block 7510 if needed there for ack processing.

In one embodiment, block 7018 causes processing at a remote data processing system which incorporates similar MS2MS processing, but the remote data processing system is not a MS (i.e. system parameter is for a data processing system identifier accessible to the MS of FIG. 70A processing). The remote data processing system may be a service data processing system, or any other data processing system capable of similar MS2MS processing as described for the discard command, perhaps involving search of storage, memory, or operating system resources which are shared by many MSs.

Referring back to block 7010, if it is determined that the system for processing is the MS of FIG. 70A processing, then processing continues to block 7020 for checking which "Operand" was passed. If block 7020 determines the "Operand" indicates to launch a search application for the sought operand with a standard contextual object type interface, then parameter(s) are validated at block 7022 and block 7024 checks the result. If block 7024 determines there was at least one error, then block 7016 handles the error appropriately (e.g. log error to LBX History 30 and/or notify user) and processing returns back to block 7006. If block 7024 determines there were no parameter errors, then block 7026 interfaces to the MS operating system to start the search application for the particular object passed as a parameter and then to continue with the discard for ack set to false, and to prompt for doing the discard for the prompt set to true. Block 7026 may prepare parameters in preparation for the operating system, for example if parameters are passed to the application which is invoked for discarding the object. Processing leaves block 7026 and returns to block 7006. An alternate embodiment processes like FIG. 69A wherein the application launched at block 7026 produces only a search result prior to continuing to block 7050. Then, the search result is discarded if there are no ambiguous results or the ack parameter is set to false, or there are ambiguous results and the user selects to continue, or the ack parameter is set to true and the user selects to continue. FIG. 70A demonstrates processing where the executable launched is an all inclusive processing. Likewise, FIG. 69A can be like FIG.

US 10,477,994 B2

295

70A wherein the application launched handles the ack parameter appropriately. Different methods are disclosed for similar processing to highlight methods to carrying out processing for either one of the commands (Copy or Discard).

An example of block **7026** is similar to the Microsoft Windows XP association of applications to file types for convenient application launch, just as was described above for block **6616**.

Referring back to block **7020**, if it is determined the "Operand" does not indicate to launch with a standard contextual object type interface, processing continues to block **7028**. If block **7028** determines the "Operand" indicates to perform a custom launch, then parameter(s) are validated at block **7030** and block **7032** checks the result. If block **7032** determines there was at least one error, then block **7016** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to block **7006**. If block **7032** determines there were no parameter errors, then processing continues to block **7034**.

If block **7034** determines the custom launch is not to use an Application Programming Interface (API) to launch the applicable search application for discarding the object passed as a parameter, then block **7036** prepares a command string for launching the particular application, block **7038** invokes the command string for launching the application, and processing continues to block **7006**. An alternate embodiment processes like FIG. **69**A wherein the application launched at block **7026** produces only a search result prior to continuing to block **7050**. Then, the search result is discarded if there are no ambiguous results or the ack parameter is set to false, or there are ambiguous results and the user selects to continue, or the ack parameter is set to true and the user selects to continue. FIG. **70**A demonstrates processing where the executable launched is an all inclusive processing (e.g. includes processing of blocks **7050** through **7060**).

If block **7034** determines the custom launch is to use an Application Programming Interface (API) to launch the applicable application for discarding the object passed as a parameter, then block **7040** prepares any API parameters as necessary, block **7042** invokes the API for launching the application, and processing continues back to block **7006**. An alternate embodiment processes like FIG. **69**A wherein the application launched at block **7042** produces only a search result prior to continuing to block **7050**. Then, the search result is discarded if there are no ambiguous results or the ack parameter is set to false, or there are ambiguous results and the user selects to continue, or the ack parameter is set to true and the user selects to continue. FIG. **70**A demonstrates processing where the executable launched is an all inclusive processing (includes processing of blocks **7050** through **7060**).

Referring back to block **7028**, if it is determined that the "Operand" indicates to perform the discard command with other local processing, then parameter(s) are validated at block **7044** and block **7046** checks the result. If block **7046** determines there was at least one error, then block **7016** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to block **7006**. If block **7046** determines there were no parameter errors, then block **7048** checks the operand for which discard processing to perform, and performs discard search processing appropriately. Thereafter, block **7050** checks the results.

Block **7050** checks the results of finding the source object for discard to ensure there are no ambiguous results (i.e. not

296

sure what is being discarded since the preferred embodiment is to not discard more than a single operand object at a time). If block **7050** determines that there was an ambiguous search result, then processing continues to block **7052**. If block **7050** determines there is no ambiguity, then processing continues to block **7054**. If block **7054** determines the ack parameter is set to true, then processing continues to block **7052**, otherwise processing continues to block **7060**. Block **7054** checks the acknowledgement parameter passed to FIG. **70**A processing. An alternate embodiment assumes that a plurality of results is valid and discards all results at the target system(s) (i.e. no ambiguous check). In another embodiment, an ambiguous result causes error handling at block **7016** (like FIG. **69**A copy processing).

Block **7052** causes processing for waiting for a user action to either a) continue with the discard; or b) cancel the discard. Once the user action has been detected, processing continues to block **7056**. Block **7052** provides a user reconciliation of whether or not to perform the discard. In another embodiment, there is no ack parameter and multiple results detected at block **7048** are handled for the discard.

If block **7056** determines the user selected to cancel processing, then block **7058** logs the cancellation (e.g. log error to LBX History **30**) and processing returns to block **7006**. If block **7056** determines the user selected to proceed with the discard, then processing continues to block **7060**. Block **7060** performs the discard of the object(s) found at block **7048**. Thereafter, processing continues back to block **7006**.

Referring back to block **7008**, if it is determined that there are no remaining unprocessed system parameters, then processing returns to the caller at block **7062**.

In FIG. **70**A, "Parameters" for the atomic discard command in accordance with the "Operand" were shown to be validated for being properly privileged prior to FIG. **70**A processing (by FIG. **61** processing). However, an alternate embodiment could move some or all applicable privilege validation to FIG. **70**A in context of where the "Parameters" are processed. Also, some embodiments may not validate "Parameters" since they (or some reasonable subset thereof) can be understood to be in good order by the time FIG. **70**A processing occurs (e.g. no blocks **7022**/**7024** and/or **7030**/**7032** and/or **7044**/**7046** required). In yet another embodiment, some defaulting of parameters is implemented.

FIGS. **70B-1** through **70B-11** depicts a matrix describing how to process some varieties of the Discard command. Each row in the matrix describes processing apparatus and/or methods for carrying out command processing for certain operands (see FIG. **34D** for the Operand which matches the number in the first column). The second column shows the Preferred Methodology (PM) for carrying out Discard command processing:

S=Standard contextual launch used (blocks **7020** through **7026**);

C=Custom launch used (blocks **7028** through **7042**);

O=Other processing (MS2MS or local) used (blocks **7044** through **7060**, blocks **7012** through **7018**).

Any of the Discard command operand combinations can be carried out with either of the methodologies. The second column shows a preferred methodology (PM). The third column describes processing which is placed into flowchart embodiments. There are many embodiments derived from the Discard processing descriptions without departing from the spirit and scope of the disclosure. Descriptions are self explanatory.

With reference back to FIGS. **31**A through **31**E, note that the column of information headed by "**113**" represents the

US 10,477,994 B2

297

parameters applicable for the Discard command. The Discard command has the following parameters, all of which are interpreted in context of the Operand:

first parameter(s)=This is required, and is in context of the Operand;

ack=Boolean for whether or not to prompt user for performing the discard, prior to doing the discard.

system(s)=One or more identities affected for the Discard command (e.g. MS ID or a data processing system identifier).

Discard command processing discussed thus far demonstrates multithreaded/multiprocessed processing for each system to search. In search results processing, for example when a plurality of results for discard are available, an application may be launched multiple times. For each system, the application itself is relied upon for handling multiple invocations. The application itself has intelligence to know it was re-launched thereby permitting a single resulting interface for multiple target system searches, regardless of the number of times the same search application was launched. In a preferred embodiment, discard processing permits multiple instances of a search application launched. In another embodiment, a user selects which of a plurality of results are to be discarded prior to discarding.

FIG. 70C depicts a flowchart for describing one embodiment of a procedure for Discard command action processing, as derived from the processing of FIG. 70A. All operands are implemented, and each of blocks D04 through D54 can be implemented with any one of the methodologies described with FIG. 70A, or any one of a blend of methodologies implemented by FIG. 70C.

FIG. 71A depicts a flowchart for describing a preferred embodiment of a procedure for Move command action processing. There are four (4) primary methodologies for carrying out move command search processing:

1) Launching an application, executable, or program with a standard contextual object type interface, for finding the source object(s) to move;

2) Custom launching of an application, executable, or program, for finding the source object(s) to move;

3) Processing the move command locally, for finding the source object(s) to move; or

4) MS to MS communications (MS2MS) of FIGS. 75A and 75B for finding the source object(s) to move.

The source parameter specifies which system is to be the source of the move: the MS of FIG. 71A processing or a remote data processing system.

There are two (2) primary methodologies for carrying out move command processing:

1) Using local processing;

2) MS to MS communications (MS2MS) of FIGS. 75A and 75B for remote processing.

In various embodiments, any of the move command Operands can be implemented with either of the methodologies, although there may be a preference of which methodology is used for which Operand. Atomic move command processing begins at block 7100, continues to block 7102 for accessing parameters of move command "Operand" (BNF Grammar Operand) and "Parameters" (BNF Grammar Parameters), and continues to block 7104.

If block 7104 determines the source system parameter (source) is this MS, then processing continues to block 7106. If block 7106 determines the "Operand" indicates to launch a search application for the sought operand object with a standard contextual object type interface, then parameter(s) are validated at block 7108 and block 7110 checks the result. If block 7110 determines there was at least one error, then

298

block 7112 handles the error appropriately (e.g. log error to LBX History 30 and/or notify user) and processing returns to the caller (invoker) at block 7160. If block 7110 determines there were no parameter errors, then block 7114 interfaces to the MS operating system to start the search application for the particular object. Block 7114 may prepare parameters in preparation for the operating system. Processing leaves block 7114 and continues to block 7138 which is discussed below.

An example of block 7114 is similar to the Microsoft Windows XP association of applications to file types for convenient application launch, just as was described above for block 6616.

Referring back to block 7106, if it is determined the "Operand" does not indicate to launch with a standard contextual object type interface, processing continues to block 7116. If block 7116 determines the "Operand" indicates to perform a custom launch, then parameter(s) are validated at block 7118 and block 7120 checks the result. If block 7120 determines there was at least one error, then block 7112 handles the error appropriately (e.g. log error to LBX History 30 and/or notify user) and processing returns to the caller at block 7160. If block 7120 determines there were no parameter errors, then processing continues to block 7122.

If block 7122 determines the custom launch is not to use an Application Programming Interface (API) to launch the searching application for moving the object, then block 7124 prepares a command string for launching the particular application, block 7126 invokes the command string for launching the application, and processing continues to block 7138 discussed below.

If block 7122 determines the custom launch is to use an Application Programming Interface (API) to launch the applicable application for searching, then block 7128 prepares any API parameters as necessary, block 7130 invokes the API for launching the application, and processing continues to block 7138.

Referring back to block 7116, if it is determined that the "Operand" indicates to perform the move command with local search processing, then parameter(s) are validated at block 7132 and block 7134 checks the result. If block 7134 determines there was at least one error, then block 7112 handles the error appropriately (e.g. log error to LBX History 30 and/or notify user) and processing returns to the caller at block 7160. If block 7134 determines there were no parameter errors, then block 7136 searches for the operand object in context for the Operand, and processing continues to block 7138.

Block 7138 checks the results of finding the source object for moving to ensure there are no ambiguous results (i.e. not sure what is being moved since the preferred embodiment is to not move more than a single operand object at a time). If block 7138 determines there was an ambiguous search result, then processing continues to block 7112 for error handling as discussed above (in context for an ambiguous move since there were too many things to move). If block 7138 determines there is no ambiguous entity to move, block 7140 checks the acknowledgement parameter passed to FIG. 71A processing. An alternate embodiment assumes that a plurality of results is valid and moves all results to the target system(s) (i.e. no ambiguous check). In another embodiment, an ambiguous result relies on user reconciliation to reconcile whether or not to perform the move (like FIG. 70A discard processing).

If block 7140 determines the acknowledgement (ack) parameter is set to true, then block 7142 provides the search

US 10,477,994 B2

299

300

result which is to be moved. Thereafter, processing waits for a user action to either a) continue with the move; or b) cancel the move. Once the user action has been detected, processing continues to block **7144**. Block **7142** provides a user reconciliation of whether or not to perform the move. In another embodiment, there is no ack parameter and multiple results detected at block **7138** forces processing into the reconciliation by the user. In yet another embodiment, the ack parameter is still provided, however multiple search results forces processing into the reconciliation by the MS user anyway for selecting which individual object shall be moved. In still other embodiments, all results are moved.

If block **7144** determines the user selected to cancel processing, then block **7146** logs the cancellation (e.g. log error to LBX History **30**) and processing returns to the caller at block **7160**. If block **7144** determines the user selected to proceed with the move, then processing continues to block **7148** for getting the next (or first) system parameter (block **7148** starts an iterative loop for processing system(s) for the move result). Also, if block **7140** determines that the ack parameter was set to false, then processing continues directly to block **7148**. At least one system parameter is required for the move as validated by previous parameter validations. Block **7148** continues to block **7150**.

If block **7150** determines that an unprocessed system parameter remains, then processing continues to block **7152**. If block **7152** determines the system (target for move) is the MS of FIG. **71A** processing, then block **7154** appropriately moves the source object to the system and processing continues back to block **7148**. If block **7152** determines the system is not the MS of FIG. **71A** processing, then MS2MS processing is used to accomplish the move processing to the remote data processing system (e.g. MS), in which case block **7156** prepares parameters for FIG. **75A** processing, and block **7158** invokes the procedure of FIG. **75A** for sending the data (move command, operand, and search result) for remote move processing at the remote MS. Processing then continues back to block **7148**. MS2MS processing is as already described above (see FIGS. **75A** and **75B**), except FIG. **75A** performs sending data for the move action to the remote MS for moving sought operand dependent criteria to the remote MS, and FIG. **75B** blocks **7578** through **7584** carry out processing specifically for the move processing. Block **7584** processes the move of the search result from FIG. **71A** to the system of FIG. **75B** processing.

Referring back to block **7104**, if it is determined the source parameter is not for this MS, then block **7162** prepares parameters for FIG. **75A** processing. Thereafter, block **7164** checks to see if there were any parameter errors since block **7162** also validates them prior to preparing them. If block **7164** determines there was at least one parameter error, then block **7112** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to the caller at block **7160**. If block **7164** determines there were no errors, then block **7166** invokes the procedure of FIG. **75A** for sending the data (move command, operand and parameters) for remote move search processing at the remote MS. Processing then continues to block **7138**. In one embodiment, the object(s) to move are discarded from the source system (via block **7166**) in preparation for the move command processing at blocks **7154** and **7158**. In another embodiment, the object(s) to move will be discarded from the source system when completing move processing at blocks **7154** or **7158**. MS2MS processing via block **7166** is as already described above (see FIGS. **75A** and **75B**), except FIG. **75A** performs searching for data for the move command at the remote MS,

and FIG. **75B** blocks **7578** through **7584** carry out processing specifically for at least the move command search processing for the source system. Block **7584** processes the move command for finding the object to move in context of the Operand. Blocks **7574** and **7576** will return the results to the requesting MS of FIG. **75A** processing, and block **7510** will complete appropriate move search processing so that FIG. **71A** processing receives the search results. FIG. **75A** can convey the found object(s) for the move by returning from a function interface (the send procedure being a function), returning to a file, setting data visible to both processes, etc. Note that block **7510** may include application launch processing (e.g. like found in FIG. **71A**) for invoking the best application in the appropriate manner for determining move search results returned from FIG. **75B** processing, or block **7510** may process returned results itself.

In one embodiment, block **7166** causes processing at a remote data processing system which incorporates similar MS2MS processing, but the remote data processing system is not a MS (i.e. system parameter is for a data processing system identifier accessible to the MS of FIG. **71A** processing). The remote data processing system may be a service data processing system, or any other data processing system capable of similar MS2MS processing as described for the find command, perhaps involving search of storage, memory, or operating system resources which are shared by many MSs.

By the time processing reaches block **7138** from any previous FIG. **71A** processing, a search result is communicated to processing and any launched executable (_application) for searching for the move object(s) has terminated. Search results can be passed back as a function return, placed to a well known directory, placed to a file, placed to interfaced variable(s), or other communications of the result to further processing. Regardless of the embodiment, search results are accessed at block **7138**. An alternate embodiment is like FIG. **70A** wherein the application/processing invoked at blocks **7114**, **7126**, **7130** and **7136** handles the ack parameter and ambiguous results appropriately (i.e. no need for blocks **7138** through **7158**) to proceed with completing the move (processing of blocks **7138** through **7158** incorporated). Different methods are disclosed for similar processing to highlight methods for carrying out processing for either one of the commands (Move or Discard).

In one embodiment, blocks **7156** and **7158** cause processing at a remote data processing system which incorporates similar MS2MS processing, but the remote data processing system is not a MS (i.e. system parameter is for a data processing system identifier accessible to the MS of FIG. **71A** processing). The remote data processing system may be a service data processing system, or any other data processing system capable of similar MS2MS processing as described for the move command, perhaps involving storage, memory, or operating system resources which are shared by many MSs.

Referring back to block **7150**, if it is determined that there are no remaining unprocessed system parameters, then processing returns to the caller at block **7160**.

In FIG. **71A**, "Parameters" for the atomic move command in accordance with the "Operand" were shown to be validated for being properly privileged prior to FIG. **71A** processing (by FIG. **61** processing). However, an alternate embodiment could move some or all applicable privilege validation to FIG. **71A** in context of where the "Parameters" are processed. Also, some embodiments may not validate "Parameters" since they (or some reasonable subset thereof) can be understood to be in good order by the time FIG. **71A**

US 10,477,994 B2

**301**

processing occurs (e.g. no blocks **7108/7110** and/or **7118/ 7120** and/or **7132/7134** required). In yet another embodiment, some defaulting of parameters is implemented.

The first parameter may define a plurality of entities to be moved when the object inherently contains a plurality (e.g. directory, container). In an alternate embodiment, the search results for moving can be plural without checking for ambiguity at block **7138**, in which case all results returned will be moved to the target systems.

FIGS. **71B-1** through **71B-14** depicts a matrix describing how to process some varieties of the Move command. The end result of a move command is identical to "Copy" command processing except the source is "Discard"-ed as part of processing (preferably after the copy). Each row in the matrix describes processing apparatus and/or methods for carrying out command processing for certain operands (see FIG. **34**D for the Operand which matches the number in the first column). The second column shows the Preferred Methodology (PM) for carrying out Move command processing:

S=Standard contextual launch used (blocks **7106** through **7114**);

C=Custom launch used (blocks **7116** through **7130**);

O=Other processing used (e.g. block **7136**).

Any of the Move command operand combinations can be carried out with either of the methodologies. The second column shows a preferred methodology (PM). The third column describes processing which is placed into flowchart embodiments. There are many embodiments derived from the Move processing descriptions without departing from the spirit and scope of the disclosure. Descriptions are self explanatory.

With reference back to FIGS. **31**A through **31**E, note that the column of information headed by "**115**" represents the parameters applicable for the Move command. The Move command has the following parameters, all of which are interpreted in context of the Operand:

first parameter(s)=This is required, and is in context of the Operand;

ack=Boolean for whether or not to prompt user for performing the move, prior to doing the move.

source=A source identity for the Move command (e.g. MS ID or a data processing system identifier);

system(s)=One or more destination identities for the Move command (e.g. MS ID or a data processing system identifier).

In an alternate embodiment, an additional parameter is provided for specifying the target destination of the system for the move. For example, a directory can be placed to a target path, an email can be placed to a target folder, etc.

FIG. **71**C depicts a flowchart for describing one embodiment of a procedure for Move command action processing, as derived from the processing of FIG. **71**A. All operands are implemented, and each of blocks M**04** through M**54** can be implemented with any one of the methodologies described with FIG. **71**A, or any one of a blend of methodologies implemented by FIG. **71**C.

FIG. **72**A depicts a flowchart for describing a preferred embodiment of a procedure for Store command action processing. There are four (4) primary methodologies for carrying out store command processing:

1) Launching an application, executable, or program with a standard contextual object type interface;

2) Custom launching of an application, executable, or program;

3) Processing the store command locally; or

**302**

4) Using MS to MS communications (MS2MS) of FIGS. **75**A and **75**B for storing remotely.

In various embodiments, any of the store command Operands can be implemented with either one of the methodologies, although there may be a preference of which methodology is used for which Operand. Atomic store command processing begins at block **7202**, continues to block **7204** for accessing parameters of store command "Operand" (BNF Grammar Operand) and "Parameters" (BNF Grammar Parameters), and then to block **7206** for getting the next (or first) system parameter (block **7206** starts an iterative loop for processing system(s)). At least one system parameter is required for the store command. If at least one system is not present for being processed by block **7206**, then block **7206** will handle the error and continue to block **7250** for returning to the caller (not shown—considered obvious error handling, or was already validated at configuration time). Block **7206** continues to block **7208**. If block **7208** determines that an unprocessed system parameter remains, then processing continues to block **7210**. If block **7210** determines the system is not the MS of FIG. **72**A processing, then MS2MS processing is needed to accomplish the remote store processing, in which case block **7210** continues to block **7212** for preparing parameters for FIG. **75**A processing. Thereafter, block **7214** checks to see if there were any parameter errors since block **7212** also validates them prior to preparing them. If block **7214** determines there was at least one parameter error, then block **7216** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing continues back to block **7206**. If block **7214** determines there were no errors, then block **7218** invokes the procedure of FIG. **75**A for sending the data (store command, operand and parameters) for remote store processing at the remote MS. Processing then continues back to block **7206**. MS2MS processing is as already described above (see FIGS. **75**A and **75**B), except FIG. **75**A performs sending data for the store command to the remote MS for storing operand dependent criteria at the remote MS, and FIG. **75**B blocks **7578** through **7584** carry out processing specifically for the store command. Block **7584** processes the store command for storing in context of the Operand.

In one embodiment, block **7218** causes processing at a remote data processing system which incorporates similar MS2MS processing, but the remote data processing system is not a MS (i.e. system parameter is for a data processing system identifier accessible to the MS of FIG. **72**A processing). The remote data processing system may be a service data processing system, or any other data processing system capable of similar MS2MS processing as described for the store command, perhaps involving search of storage, memory, or operating system resources which are shared by many MSs.

Referring back to block **7208**, if it is determined that the system for processing is the MS of FIG. **72**A processing, then processing continues to block **7220** for checking which "Operand" was passed. If block **7220** determines the "Operand" indicates to launch a store application for the sought operand with a standard contextual object type interface, then parameter(s) are validated at block **7222** and block **7224** checks the result. If block **7224** determines there was at least one error, then block **7216** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns back to block **7206**. If block **7224** determines there were no parameter errors, then block **7226** interfaces to the MS operating system to start the storing application for the particular object passed as a parameter.

US 10,477,994 B2

**303**

Block **7226** may prepare parameters in preparation for the operating system, for example if parameters are passed to the application which is invoked for storing the object. Processing leaves block **7226** and returns to block **7206**.

An example of block **7226** is similar to the Microsoft Windows XP association of applications to file types for convenient application launch, just as was described above for block **6616**.

Referring back to block **7220**, if it is determined the "Operand" does not indicate to launch with a standard contextual object type interface, processing continues to block **7228**. If block **7228** determines the "Operand" indicates to perform a custom launch, then parameter(s) are validated at block **7230** and block **7232** checks the result. If block **7232** determines there was at least one error, then block **7216** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to block **7206**. If block **7232** determines there were no parameter errors, then processing continues to block **7234**.

If block **7234** determines the custom launch is not to use an Application Programming Interface (API) to launch the applicable application for storing the object passed as a parameter, then block **7236** prepares a command string for launching the particular application, block **7238** invokes the command string for launching the application, and processing continues to block **7206**.

If block **7234** determines the custom launch is to use an Application Programming Interface (API) to launch the applicable application for storing the object passed as a parameter, then block **7240** prepares any API parameters as necessary, block **7242** invokes the API for launching the application, and processing continues back to block **7206**.

Referring back to block **7228**, if it is determined that the "Operand" indicates to perform the store command with other local processing, then parameter(s) are validated at block **7244** and block **7246** checks the result. If block **7246** determines there was at least one error, then block **7216** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to block **7206**. If block **7246** determines there were no parameter errors, then block **7248** checks the operand for which store processing to perform, and performs store processing appropriately. Processing then continues to block **7206**.

Referring back to block **7206**, if it is determined that there are no remaining unprocessed system parameters, then processing returns to the caller at block **7250**.

In FIG. **72**A, "Parameters" for the atomic store command in accordance with the "Operand" were shown to be validated for being properly privileged prior to FIG. **72**A processing (by FIG. **61** processing). However, an alternate embodiment could move some or all applicable privilege validation to FIG. **72**A in context of where the "Parameters" are processed. Also, some embodiments may not validate "Parameters" since they (or some reasonable subset thereof) can be understood to be in good order by the time FIG. **72**A processing occurs (e.g. no blocks **7222**/**7224** and/or **7230**/**7232** and/or **7244**/**7246** required). In yet another embodiment, some defaulting of parameters is implemented.

FIGS. **72**B-1 through **72**B-5 depicts a matrix describing how to process some varieties of the Store command. Each row in the matrix describes processing apparatus and/or methods for carrying out command processing for certain operands (see FIG. **34**D for the Operand which matches the number in the first column). The second column shows the Preferred Methodology (PM) for carrying out Store command processing:

**304**

S=Standard contextual launch used (blocks **7220** through **7226**);

C=Custom launch used (blocks **7228** through **7242**);

O=Other processing (MS2MS or local) used (blocks **7244** through **7248**, blocks **7212** through **7218**).

Any of the Store command operand combinations can be carried out with either of the methodologies. The second column shows a preferred methodology (PM). The third column describes processing which is placed into flowchart embodiments. There are many embodiments derived from the Store processing descriptions without departing from the spirit and scope of the disclosure. Descriptions are self explanatory.

With reference back to FIGS. **31**A through **31**E, note that the column of information headed by "**117**" represents the parameters applicable for the Store command. The Store command has the following parameters, all of which are interpreted in context of the Operand:

first parameter(s)=These are required, and are in context of the Operand;

system(s)=One or more destination identities for the Store command (e.g. MS ID or a data processing system identifier).

In an alternate embodiment, an ack parameter is provided for proving a user reconciliation of the store processing (like ack parameter in other commands) wherein the reconciliation preferably presents the proposed store operation in an informative manner so that the user can make an easy decision to proceed or cancel.

FIG. **72**C depicts a flowchart for describing one embodiment of a procedure for Store command action processing, as derived from the processing of FIG. **72**A. All operands are implemented, and each of blocks R**04** through R**54** can be implemented with any one of the methodologies described with FIG. **72**A, or any one of a blend of methodologies implemented by FIG. **72**C.

FIG. **73**A depicts a flowchart for describing a preferred embodiment of a procedure for Administrate command action processing. There are four (4) primary methodologies for carrying out administrate command processing:

1) Launching an application, executable, or program with a standard contextual object type interface;

2) Custom launching of an application, executable, or program;

3) Processing the administrate command locally; or

4) Using MS to MS communications (MS2MS) of FIGS. **75**A and **75**B for remote administration.

In various embodiments, any of the administrate command Operands can be implemented with either one of the methodologies, although there may be a preference of which methodology is used for which Operand. Atomic administrate command processing begins at block **7302**, continues to block **7304** for accessing parameters of administrate command "Operand" (BNF Grammar Operand) and "Parameters" (BNF Grammar Parameters), and then to block **7306** for getting the next (or first) system parameter (block **7306** starts an iterative loop for processing system(s)). At least one system parameter is required for the administrate command. If at least one system is not present for being processed by block **7306**, then block **7306** will handle the error and continue to block **7350** for returning to the caller (not shown—considered obvious error handling, or was already validated at configuration time). Block **7306** continues to block **7308**. If block **7308** determines that an unprocessed system parameter remains, then processing continues to block **7310**. If block **7310** determines the system is not the MS of FIG. **73**A processing, then MS2MS

US 10,477,994 B2

305

306

processing is needed to accomplish the remote administration processing, in which case block **7310** continues to block **7312** for preparing parameters for FIG. **75A** processing. Thereafter, block **7314** checks to see if there were any parameter errors since block **7312** also validates them prior to preparing them. If block **7314** determines there was at least one parameter error, then block **7316** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing continues back to block **7306**. If block **7314** determines there were no errors, then block **7318** invokes the procedure of FIG. **75A** for sending the data (administrate command, operand and parameters) for remote administrate processing at the remote MS. Processing then continues back to block **7306**. MS2MS processing is as already described above (see FIGS. **75A** and **75B**), except FIG. **75A** performs sending data for the administrate command to the remote MS for searching for sought operand dependent criteria at the remote MS, and FIG. **75B** blocks **7578** through **7584** carry out processing specifically for the administrate command search result. Block **7584** processes the administrate command for searching for sought criteria in context of the Operand. Blocks **7574** and **7576** will return the results to the requesting MS of FIG. **75A** processing, and block **7510** will complete appropriate administrate processing. Note that block **7510** may include application launch processing (e.g. like found in FIG. **73A**) for invoking the best application in the appropriate manner with the administrate results returned. The application should be enabled for searching remote MSs further if the user chooses to do so, and be enabled to perform the privileged administration. Another embodiment of block **7510** processes the search results and displays them to the user for subsequent administration in an optimal manner. In some embodiments, administrate processing is spawned at the remote MS and the interface results are presented to the remote user. In preferred embodiments, the administrate processing results interface is presented to the user of FIG. **73A** processing for subsequent administration. In some embodiments, administrate processing is passed an additional parameter for whether or not to spawn the search interface at the remote MS for the benefit of the remote MS user, or to spawn locally for the benefit of the user of the MS of FIG. **73A** processing. Block **7510** may process results itself.

In one embodiment, block **7318** causes processing at a remote data processing system which incorporates similar MS2MS processing, but the remote data processing system is not a MS (i.e. system parameter is for a data processing system identifier accessible to the MS of FIG. **73A** processing). The remote data processing system may be a service data processing system, or any other data processing system capable of similar MS2MS processing as described for the administrate command, perhaps involving subset of storage, memory, or operating system resources which are shared by many MSs.

Referring back to block **7310**, if it is determined that the system for processing is the MS of FIG. **73A** processing, then processing continues to block **7320** for checking which "Operand" was passed. If block **7320** determines the "Operand" indicates to launch the administration application for the sought operand with a standard contextual object type interface, then parameter(s) are validated at block **7322** and block **7324** checks the result. If block **7324** determines there was at least one error, then block **7316** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns back to block **7306**. If block **7324** determines there were no parameter errors, then block **7326** interfaces to the MS operating system to start the

administration application for the particular object passed as a parameter. Block **7326** may prepare parameters in preparation for the operating system, for example if parameters are passed to the application which is invoked for administration of the object. Processing leaves block **7326** and returns to block **7306**.

An example of block **7326** is similar to the Microsoft Windows XP association of applications to file types for convenient application launch, just as was described above for block **6616**.

Referring back to block **7320**, if it is determined the "Operand" does not indicate to launch with a standard contextual object type interface, processing continues to block **7328**. If block **7328** determines the "Operand" indicates to perform a custom launch, then parameter(s) are validated at block **7330** and block **7332** checks the result. If block **7332** determines there was at least one error, then block **7316** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to block **7306**. If block **7332** determines there were no parameter errors, then processing continues to block **7334**.

If block **7334** determines the custom launch is not to use an Application Programming Interface (API) to launch the applicable administration application for administration of the object passed as a parameter, then block **7336** prepares a command string for launching the particular application, block **7338** invokes the command string for launching the application, and processing continues to block **7306**.

If block **7334** determines the custom launch is to use an Application Programming Interface (API) to launch the applicable application for administration of the object passed as a parameter, then block **7340** prepares any API parameters as necessary, block **7342** invokes the API for launching the application, and processing continues back to block **7306**.

Referring back to block **7328**, if it is determined that the "Operand" indicates to perform the administrate command with other local processing, then parameter(s) are validated at block **7344** and block **7346** checks the result. If block **7346** determines there was at least one error, then block **7316** handles the error appropriately (e.g. log error to LBX History **30** and/or notify user) and processing returns to block **7306**. If block **7346** determines there were no parameter errors, then block **7348** checks the operand for which administration processing to perform, and performs administration processing appropriately. Processing then continues back to block **7306**.

Referring back to block **7306**, if it is determined that there are no remaining unprocessed system parameters, then processing returns to the caller at block **7350**.

In FIG. **73A**, "Parameters" for the atomic administrate command in accordance with the "Operand" were shown to be validated for being properly privileged prior to FIG. **73A** processing (by FIG. **61** processing). However, an alternate embodiment could move some or all applicable privilege validation to FIG. **73A** in context of where the "Parameters" are processed. Also, some embodiments may not validate "Parameters" since they (or some reasonable subset thereof) can be understood to be in good order by the time FIG. **73A** processing occurs (e.g. no blocks **7322**/**7324** and/or **7330**/**7332** and/or **7344**/**7346** required). In yet another embodiment, some defaulting of parameters is implemented.

FIGS. 73B-1 through 73B-7 depicts a matrix describing how to process some varieties of the Administrate command. Each row in the matrix describes processing apparatus and/or methods for carrying out command processing for certain operands (see FIG. **34D** for the Operand which

US 10,477,994 B2

307

308

matches the number in the first column). The second column shows the Preferred Methodology (PM) for carrying out Administrate command processing:

S=Standard contextual launch used (blocks **7320** through **7326**);

C=Custom launch used (blocks **7328** through **7342**);

O=Other processing (MS2MS or local) used (blocks **7344** through **7348**, blocks **7310** through **7318**).

Any of the Administrate command operand combinations can be carried out with either of the methodologies. The second column shows a preferred methodology (PM). The third column describes processing which is placed into flowchart embodiments. There are many embodiments derived from the Administrate processing descriptions without departing from the spirit and scope of the disclosure. Descriptions are self explanatory.

With reference back to FIGS. **31**A through **31**E, note that the column of information headed by "**121**" is not shown. However, it is assumed to be present ( . . . ). The Administrate command has the following parameters, all of which are interpreted in context of the Operand:

first parameter(s)=These are required, and are in context of the Operand;

system(s)=One or more destination identities for the Administrate command (e.g. MS ID or a data processing system identifier).

FIG. **73**C depicts a flowchart for describing one embodiment of a procedure for Administrate command action processing, as derived from the processing of FIG. **73**A. All operands are implemented, and each of blocks A**04** through A**54** can be implemented with any one of the methodologies described with FIG. **73**A, or any one of a blend of methodologies implemented by FIG. **73**C.

Administrate command processing discussed thus far demonstrates multithreaded/multiprocessed processing for each system to perform administration. In one embodiment, the same methodology is used for each system and each launched administrate processing saves results to a common format and destination. In this embodiment, block **7308** processing continues to a new block **7349** when all systems are processed. New block **7349** gathers the superset of administrate results saved, and then launches an application (perhaps the same one that was launched for each administrate) to show all results found asynchronously from each other. The application launched will be launched with the same choice of schemes as blocks **7320** through **7350**. Block **7349** then continues to block **7350**. This design will want all applications invoked to terminate themselves after saving search results appropriately. Then, the new block **7349** starts a single administration application to present all search results for performing the administration.

In another embodiment, while an application may be launched multiple times for each system, the application itself is relied upon for handling multiple invocations. The application itself has intelligence to know it was re-launched thereby permitting a single resulting interface for multiple target system searches, regardless of the number of times the same search application was launched.

In one preferred embodiment, administrate processing permits multiple instances of a search application launched. Administrate processing is treated independently (this is shown in FIG. **73**A).

Preferably all administrate command embodiments provide the ability to perform other commands (e.g. Copy, Move, Discard, Change, . . . ) wherever possible from the resulting interface in context for each search result found.

There are many other reasonable commands (and operands), some of which may intersect processing by other commands. For example, there is a change command. The change command can be described by operand as the other commands were, except the change command has identical processing to other commands for a particular operand. There are multiple commands duplicated with the change command, depending on the operand of the change command (like Connect command overlap of functionality). FIG. **74**A depicts a flowchart for describing a preferred embodiment of a procedure for Change command action processing, and FIG. **74**C depicts a flowchart for describing one embodiment of a procedure for Change command action processing, as derived from the processing of FIG. **74**A.

Charters certainly provide means for a full spectrum of automated actions from simple predicate based (conditional) alerts to complex application processing. Actions includes API invocations, executable script invocations (e.g. from command line), executable program invocations, O/S contextual launch executions, integrated execution processing (e.g. part of block processing), or any other processing executions. As incoming WDRs indicate that a MS (MS user) of interest is nearby, charters provide the mechanism for the richest possible executions of many varieties to be automatically processed. From as simple a use as generating nearby/nearness/distantness status to performing a complicated set of processing based on nearby/nearness/distantness relative a MS user, there is no limit to the processing that can occur. All of the processing is handled locally by the MS and no connected service was required.

A first LBX enabled MS with phone capability can have a charter configuration for automatically placing a call to a second LBX enabled MS user upon determining that the second MS is close by the first MS user, for example when both users are coincidentally nearby each other. Perhaps the users are in a store at the same time, or are attending an event without knowledge of each other's attendance. It is "cool" to be able to cause an automatic phone call for connecting the users by conversation to then determine that they should "hook up" since they are nearby. Furthermore, a charter at the first MS can be configured wherein the first MS automatically dials/calls the second MS user, or alternatively a charter at the first MS can be configured wherein the second MS automatically dials/calls the first MS user, provided appropriate privileges are in place.

FIG. **76**A depicts a flowchart for describing a preferred embodiment of processing a special Term (BNF Grammar Term: WDRTerm, AppTerm, atomic term, map term, etc) information paste action at a MS. Special paste action processing begins at block **7602** upon detection of a user invoked action to perform a special paste using Term information. Depending on the embodiment, FIG. **76**A processing is integrated into the MS user interface processing, either as presentation manager code, a plug-in, TSR (Terminate and Stay Resident) code, or other method for detecting applicable user input at the MS (e.g. keystroke(s), voice command, etc). Unique paste requests (user actions) cause processing to start at block **7602**. Block **7602** continues to block **7604** where the most recent Term information for the MS of FIG. **76**A processing is accessed, then to block **7606** to see if the referenced value for the paste is set. Block **7604** access to a WDR may be for a particular most recent in-process WDR (inbound, outbound, inserted to queue **22**, etc) depending on the paste request. A most recent inbound WDR may be most recently inserted to queue **22** from another MS, or may be accessed from LBX History **30**. A most recent outbound WDR may be accessed from LBX

US 10,477,994 B2

309                                                      310

History **30**. A most recent in-process WDR may be most recently inserted to queue **22** regardless of originator.

Depending on when a user invokes the special paste option, the sought Term for pasting may not have a value set yet (e.g. AppTerm newly registered). If block **7606** determines the Term has not yet been set with a value, then block **7608** defaults the value for paste, otherwise block **7606** continues to block **7610**. Block **7608** may or may not choose to default with an obvious value for "not set yet" before continuing to block **7610**. If block **7610** determines the Term to be pasted is a WDRTerm, then processing continues to block **7612** where the WTV is accessed, and then to block **7614** to see how timely the most recent WDR accessed at block **7604** is for describing whereabouts of the MS. If block **7614** determines the WDR information is not out of date with respect to the WTV (i.e. whereabouts information is timely), then block **7616** pastes the WDR information according to the special paste action causing execution of FIG. **76A**. If there is no data entry field in focus at the MS at the time of FIG. **76A** processing, then an error occurs at block **7616** which is checked for at block **7618**. If block **7618** determines the WDR information paste operation was successful, processing terminates at block **7622**, otherwise processing continues to block **7624**. If block **7624** determines an image frame is not in the focused object, then processing continues to block **7620** which provides the user with an error that there is no appropriate target in focus applicable for the paste operation. The error may require a user acknowledgement to clear the error to ensure the user sees the error. Block **7620** then continues to block **7622**.

If block **7624** determines an image lies in the focused object, then processing continues to block **7626A**. Block **7624** accesses appropriate status or data processing indication for knowing an image (frame) is in the user interface context. There are a variety of MS applications where an image is detected for being present in the focused user interface. These applications include:

MS camera mode after just taking a snapshot of an image (a frame);

MS browse of a snapshot image previously taken;

MS camcorder/video while in standby or record mode;

MS browse/review of a previously recorded video image stream (a plurality of frames);

MS edit of a snapshot image;

MS edit of an image stream; or

Any other application context where some image is currently presented to the MS user interface.

Block **7626A** updates a movable MS cursor with the data to be pasted in the appropriate format, and the user can then position the cursor for proper placement over a desired location of the image at block **7626B**. Appropriate user interface control is provided for user navigation for a desired paste target area, preferably while showing at the movable cursor what is to be pasted (e.g. paste data moves with cursor) with proper size and appearance. Further user input control may be provided for changing the font of text, paste data boldness, artistic appearance, content, or any other visual appearance. When the user is satisfied with placement and appearance at block **7626B**, the user accepts the placement (e.g. user acceptance action) and processing continues to block **7626C** where the application context is notified to perform an update of the image with the paste data and the application then prompts the user for whether or not he wants to save the change at block **7626D**. Thereafter, block **7626E** determines if the user selected to save the modified image (frame(s)), in which case the image (frame(s)) is saved at block **7626F** and paste operation processing termi-

nates at block **7622**, otherwise block **7626E** continues directly to block **7622**. There are various embodiments of when the FIG. **76A** paste processing notifies the MS application to take over processing for the paste operation. In fact, FIG. **76A** may notify the application at the earliest time, and a block **7626** (generally covers blocks **7626A** through **7628F**) notifies the application to take over processing for the paste operation. After such a block **7626** notifies the application to take over the paste operation, FIG. **76A** processing terminates at block **7622**. Block **7626** may or may not modify the cursor prior to notifying the application to take over paste processing.

If at block **7614** it is determined the user attempted to paste WDR information from an untimely WDR, then block **7615** provides the user with a warning, preferably including how stale the WDR information is, and processing waits for a user action to proceed with the paste, or cancel the paste. Thereafter, if block **7617** determines the user selected to cancel the paste operation, then processing terminates at block **7622**, otherwise processing continues to block **7616**. Alternatively, block **7612** may access a different timeliness variable, or perhaps one set up in advance specifically for paste operations.

Referring back to block **7610**, if it is determined the paste operation is not for a WDRTerm, then processing continues directly to block **7616** for pasting the other Term construct terms being referenced by the paste operation (i.e. atomic term, AppTerm, map term, etc).

FIG. **76A** processes special paste commands for pasting Term information to focused user interface objects (e.g. data entry fields) of the MS user interface from Term data maintained at the MS. In a preferred embodiment, queue **22** is accessed for the most recent WDR at block **7604** when a WDRTerm (WDR field/subfield) is referenced. In another embodiment, a single WDR entry for the most recent WDR information is accessed at block **7604**. In a preferred embodiment, there are a plurality of special paste commands detected and each command causes pasting the associated Term information field(s) in an appropriate format to the currently focused user interface data entry field or frame(s). In a picture application, a single frame is affected with the change. In a video/stream application, a user designated set of frames (one or more) are affected. There can be a command (user input) for pasting any Term (e.g. WDR) field(s) in a particular format to the currently focused data entry field. In another embodiment, one or more fields are accessed at block **7616** and then used to determine an appropriate content for the paste operation to the currently focused data entry field. For example, there can be a special keystroke sequence (<Ctrl><Alt><l>) to paste a current location (e.g. WDRTerm WDR field **1100**c) to the currently focused data entry field, a special keystroke sequence (<Ctrl><Alt><s>) to paste a current situational location to the currently focused data entry field (e.g. my most recent atomic term situational location), a special keystroke sequence (<Ctrl><Alt><I>) to paste the MS ID of the most recently received WDR, a special keystroke sequence (<Ctrl><Alt><c>) to paste a confidence (e.g. WDRTerm WDR field **1100**d) to the currently focused data entry field, a special keystroke sequence (<Ctrl><Alt><e>) to paste a current email source address from the WDR application fields section of the WDR, a special keystroke sequence (<Ctrl><Alt><F1>) to paste a current email source address from the WDR application fields section of the WDR, a special keystroke sequence (<Ctrl><Alt><l>) to paste a current statistical atomic term, etc. There can be a user input

US 10,477,994 B2

311

for pasting any Term data including from WDRs, atomic terms, Application Terms, map terms, most recent Invocation, etc.

In another embodiment, the keystroke sequence for the particular paste operation includes a keystroke as defined in a prefix **5300a**, or in a new record field **5300i** for an application, so that particular application field(s) are accessible (e.g. AppTerm data field(s) and/or corresponding WDR Application fields **1100k**). Depending on an embodiment, the keystroke sequence(s) field **5300i** may define a start sequence for applicable paste commands, or may define the directory of valid paste keystroke command sequences. In some embodiments, field **5300i** provides a joining identifier to another table for joining a plurality of rows containing unique paste commands associated to the PRR **5300**. In other embodiments, there are special paste actions for LBX maintained statistics, whereabouts information averages, or any other useful current or past LBX data, including from LBX History **30**. In another embodiment, there are special paste actions for predicted data which is based on current and/or past LBX data, for example using an automated analysis of a plurality of WDRs, application terms, atomic terms, map terms, statistics, or information thereof. In some embodiments, special paste commands are available for the nearest N MSs (MS users) where "N" forms part of the paste command. For example, the nearest 3 users' data is pasted into a captured image at the MS for automatically documenting (as part of the image) LBX data appropriate for the picture taken by the MS (e.g. the 3 LBX enabled MS users taken in the photo). Unique paste commands (user input) may be created to access any available LBX data, in any format, combinations thereof, and any data that can be derived from available LBX data.

Paste operations are a convenient method using the wealth of LBX processing data in MS application interfaces. Paste commands also provide an excellent mechanism for component testing IbxPhone™ features. Paste commands may be configured as saved keystrokes for later execution by an application which automates LBX data access (e.g. macro, user input recording file, etc which may or may not be used by an atomic command for automated processing).

Paste operations provide convenient methods for informative markings to photographs and videos. Location, date/time, who is in the vicinity (e.g. those nearby for picture just taken), options, landmark(s), and historical information can be accessed by a unique paste command in a particular context. MS assets such as queue **22**, LBX History **30**, etc can be accessed with specific paste commands for desired information, even when wanting plural data across a plurality of WDRs or MSs. For example, a paste command can be provided to provide the nearest N MS identifiers in the desired appfld.source.id.X format from queue **22**, wherein N is part of the paste command request (e.g. <ctrl><*><3> provides nearest 3 MSs email identifiers and formats it to a text string for convenient paste to the image or data entry field).

Furthermore, paste commands described by FIG. **76A** can be used to paste the current zip code, city, county, state, address, etc. which has been converted from WDR location information using the geo-coding conversion tables. This provides a user with the ability to paste current accurate address information into MS user interfaces without actually knowing where he is located at the time.

FIG. **76B-1** illustrates a preferred embodiment of Application term interface processing used by WITS processing, FIG. **76A** paste processing, or any other MS processing for access to a BNF grammar AppTerm. Shared memory **7630**

312

contains AppTerm variables/data and associated description information. Shared memory **7630** is preferably MS shared memory accessible to any MS executable process (and threads thereof) through an appropriate MS O/S shared memory interface using a well known global shared memory name. As well known to those skilled in the art, a thread which accesses shared memory **7630** uses the shared memory name to get a handle to the shared memory for subsequent access to data therein. Appropriate control (e.g. semaphore(s)) is used when accessing shared memory **7630** to ensure synchronous access across a plurality of asynchronous threads. In alternate embodiments accomplishing the same functionality, shared memory **7630** is an SQL database, tabular database, shared data area, or other thread-safe memory means for "middle-manning" data access. Depending on an embodiment, shared memory **7630** includes PRRs **5300** or is separately maintained from PRRs **5300**. Depending on an embodiment, shared memory **7630** may reside in main memory **56**, persistent storage **60**, removable storage device **62**, or any variety of memory accessible to the MS locally, or remotely at an other data processing system **72**.

An AppTerm configuration processing thread **7632** (e.g. integrated with PRR configuration of FIG. **55A**) updates shared memory **7630** to correspond with PRR **5300** configurations. As discussed above, an AppTerm is accessed with a configured prefix which corresponds to a particular application. Prefixes are unique across PRRs **5300**. A prefix prevents conflict between a plurality of applications which happen to use the same source code variable name (prefix field **5300a** is unique) used for the data reference. Shared memory **7630** contains a plurality of shared memory records **7650** for properly interfacing between applications and threads **7632** through **7636**. Shared memory **7630** may be of a worst case size to accommodate a maximum number of AppTerm enabled applications by: a) a maximum array size of records **7650**; b) a maximum sized array of pointers to records **7650**; c) a memory pointer to a) or b); or a suitable means for maintaining records **7650**. Pointers kept within shared memory **7630** preferably point to dynamically allocated memory which should be appropriately freed, for example upon application termination, or AppTerm removal (e.g. field **5300g** removes AppTerm to expose).

With reference now to FIG. **76C**, illustrated is a preferred embodiment of Application term shared memory records, namely shared main record **7650** and shared reference record **7652**. Prefix field **7650a** is equivalent to field **5300a** and provides correlation of a record **7650** to a particular application. Reference(s) pointer field **7650b** contains a pointer to a linked list (=NULL or pointer to first of a linked list of one or more records) of shared reference records **7652**. There will be a number of shared reference records **7652** in the linked list equal to the number of exposed AppTerm data variables described by field **5300g** for a particular application of a PRR **5300**. Application term(s) memory pointer field **7650c** points to a block of memory of appropriate size to at least accommodate requirements of all AppTerm data storage described in the linked list of field **7650b**.

Each record **7652**, maintained through field **7650b**, contains a name field **7652a** which contains the particular application source code variable name string for the AppTerm shared, an offset field **7652b** for which byte offset into the memory pointed to by pointer **7650c** contains the AppTerm value, a length field **7652c** for the length of AppTerm data value starting at the offset of field **7652b**, a type field **7652d** for how to interpret the AppTerm value, and next pointer field **7652e** for pointing to the next record **7652** in

US 10,477,994 B2

313

the linked list of field **7650***b*. Description field **5300***b* may provide the default initial value for the AppTerm for the particular record **7652**, for example when newly allocating an AppTerm reference to shared memory **7630**. Fields **5300***c* through **5300***f*, and **5300***h* are appropriately used for application starting, terminating, checking if started/terminated, or for determining required executable components. Fields **5300***c* through **5300***f*, and **5300***h* are used as required for a particular application. Field **5300***g* documents any App Term(s) which are maintained to records **7652** with appropriate sufficient detail as to enable configuring the applicable records **7652** for the application represented by record **7650** (corresponding to the applicable PRR **5300**).

With reference to FIG. **76**B-1, a WITS processing thread **7634** (e.g. at block **5744**) accesses shared memory **7630** according to AppTerm usage in configured charters **12**. A user interface paste processing thread **7636** (e.g. FIG. **76**A processing) also accesses shared memory **7630** according to an AppTerm paste request. Programmers of threads **7632**, **7634** and **7636** anticipate at programming source code creation and executable build time what the global name is of shared memory **7630**, and what the architecture is of shared memory **7630**. Charter processing uses the prefix (fields **5330***a* and **7650***a*) to identify which variable references are being made for which AppTerm data. Additionally, programmers of a set of applications **7638** are to conform to the LBX architecture, anticipate at programming source code creation and executable build time what the global name is, and architecture is, of shared memory **7630**. This ensures a consistent platform for well performing AppTerm exposure, charter use, and threaded access across heterogeneous applications, while providing "plug-in" capability of application configurations and processing.

Block **5504** initializes to (or may already be initialized to after block **1216**) shared memory **7630**, and PRRs if maintained separately. Block **5512** may allocate or deallocate records **7652** according to PRR **5300** alterations. Block **5516** will deallocate any associated record **7650** and its associated records **7652**. Block **5520** will allocate an applicable record **7650** and its associated records **7652**. Block **5524** may present interesting information of statistics **14** maintained for accesses to shared memory **7630**. Block **5528** preferably allocates and deallocate records **7652** (and associated records **7652**) to avoid errors in AppTerm accessing which are handled as obvious error handling (e.g. AppTerm reference does not exist in shared memory **7630**). Block **5532** displays candidate AppTerm supported applications of the MS which are known to conform to LBX architecture shared memory coding practices. Block **5536** allocates or deallocates as already described for similar reasons described. Block **5542** terminates using (or may terminate using after block **2824**) shared memory **7630**, and PRRs if maintained separately.

An application thread performing at least one AppTerm update uses processing of FIG. **55**B. In a preferred embodiment, the set of applications **7638** use at least one API for interfacing to shared memory **7630** to prevent common source code implementation from being reinvented within different LBX conforming applications. Regardless of implementation, an application of the set of applications **7638** conforms to the LBX architecture when programmers of the application source code implemented the architecture of shared memory **7630** in the framework of PRRs **5300**. In one preferred embodiment, a structure (struct) of AppTerm variables is maintained by the application and offsets, lengths, types, and names into the structure are maintained. In this embodiment, field **7650***c* can point to memory

314

containing the structure which is referenced conveniently at source code time with a typecast by the application, and is referenced at run time with record **7650** and its record(s) **7652** by threads **7634** and **7636**. Charter processing (e.g. block **5744**) may further contextually resolve the type of an AppTerm based on its expression use context.

With reference now to FIG. **76**B-2, illustrated is an embodiment of Application term interface processing for applications not using a standardized LBX coding practice for a shared memory **7630**. Threads **7632**, **7634** and **7636**, as well as a set of applications **7638**, are similar to as described above except with a different access architecture for "middle-manning" AppTerm data. The set of applications **7638** of FIG. **76**B-2 can include:

1) a MS O/S executable process **7640** having a data segment **7640**-DS, code segment **7640**-CS, stack segment **7640**-SS and perhaps other data or executable code (i.e. " . . . ") such as linked interfaces, heap and dynamic memory allocation management, etc;

2) a MS O/S dynamically linked executable **7642** having at least a code segment **7642**-CS, for example an invocable public interface for a function or procedure (e.g. API). Executable **7642** may also include other data or executable code (i.e. " . . . ") such as a data segment provided data is protected for executable **7642** being reentrant by multiple simultaneous threads, linked interfaces, reentrant heap and dynamic memory allocation management, etc. Alternatively, a known multithreaded synchronization scheme can be leveraged; and

3) a MS O/S shared memory data segment **7644**-DS having data accessible with shared memory access techniques.

An AppTerm mapper executable **7644** is intended to isolate run time executable linkage to data of the set of applications **7638** so that no re-building (compile and/or link) is required of executable code of threads **7632**, **7634** and **7636**, and any applications of the set of applications **7638**. Thread interfaces **7632**-*if*, **7634**-*if* and **7636**-*if* preferably invoke a Dynamic Link Library (DLL) interface for executable **7644** to return the sought AppTerm data (or an error if not found). The DLL interface never changes, however code within the DLL executable **7644** will change for new requirements of sharing AppTerm data. For example, the DLL interface accepts, from a caller, parameters for sought AppTerm data and where to return the value(s) (e.g. address to bind thread **7632**/**7634**/**7636** accessible memory). DLL executable **7644** is rebuilt for proper execution according to AppTerm share requirements. Appropriate automation of re-building (compile and/or link) executable **7644** is incorporated wherever possible within the framework of PRRs **5300**.

For example, executable **7640** exposes one or more AppTerm data references for external linkage (e.g. extern) and/or more public interfaces for external linkage to return AppTerm data. Interface **7640**-dsif is accomplished with linking executable **7644** to the external interface (e.g. to the extern data). Interface **7640**-csif is accomplished with linking executable **7644** to the documented public interface for access of AppTerm data at access times by threads **7632**, **7634** and **7636**.

For example, executable **7642** exposes one or more public interfaces for external linkage to return AppTerm data. Interface **7642**-csif is accomplished with linking executable **7644** to the documented public interface for access of AppTerm data at access times by threads **7632**, **7634** and **7636**.

For example, segment **7644** exposes one or more AppTerm data references for shared memory access well known

US 10,477,994 B2

315

316

to those skilled in the art (e.g. shared memory name). Interface **7644**-dsif is accomplished with building the executable **7644** to access the shared memory.

The upside of the FIG. **76B-2** architecture is applications need not conform to an AppTerm access architecture, except to make data and interfaces available as they conventionally would anyway. The downside is rebuilding the executable **7644** during user configuration time. PRRs **5300** would be configured for also driving automatic building, and rebuilding, of executable **7644** wherever possible, such as part of FIG. **55A** processing. In embodiments where full automation is not possible, FIG. **55A** should provide instruction in response to configurations made for those situations that require manual attention. Executable **7644** will provide appropriate thread safe access to AppTerm data.

With regard to appropriate semaphore access, there are various embodiments for AppTerm access:

Utilize a single semaphore for all AppTerm accesses;

Utilize an application independent semaphore for App-Term accesses to uniquely associate a semaphore to a PRR. The advantage is preventing globally synchronizing threads for unrelated data accesses. In a preferred embodiment, a semaphore is automatically created using the unique prefix to ensure uniqueness. Block **5520** may or may not enforce a validated maximum number of PRRs relative a reasonable supported number of semaphore resources. Also, block **5556** would access the applicable PRR, release the semaphore (requested at block **5554**) for PRR access, request the appropriate application semaphore (e.g. using prefix), continue to subsequent processing, and release the application semaphore at block **5562**; or

A new PRR semaphore interface(s) field **53001** is defined for specification of which AppTerms are managed by which semaphores. Field **53301** enables a map of a unique application semaphore to particular AppTerms of the application. There are many embodiments for field **53301** for providing administrator control of which AppTerms are accessed appropriately with which semaphores. In a preferred embodiment, at least one semaphore is automatically created using the unique prefix to ensure uniqueness, and the PRR administrator can subsequently define a plurality of unique semaphores using field **53001** along with App-Term associations for the particular semaphore. This has the advantage of enabling a PRR administrator to define how to synchronize threads for being fully executed to related sets of AppTerm data using application knowledge. The disadvantage is the administrator can "screw up". Blocks **5512** and **5520** may or may not enforce a validated maximum number of semaphores identified for creation in field **53001**. Also, block **5556** would access the applicable PRR, release the semaphore (requested at block **5554**) for PRR access, request the appropriate application semaphore (e.g. using field **53001**), continue to subsequent processing, and release the application semaphore at block **5562**. In some embodiments, field **53001** provides a joining identifier to another table for joining a plurality of rows containing semaphore information with App-Term references associated to the record **5300**.

Those skilled in the art will recognize alternative App-Term access implementations using some of the schemes disclosed above. An Object Oriented Programming (OOP) embodiment can embody an AppTerm as a public class interface which consists of a data reference or a member

function invocation which returns the data of the appropriate type to a caller (e.g. on the stack).

Related Linkage Discussion

A WITS processing thread will cause at least one semaphore access when processing other special terms such as a WDRTerm and atomic term, and access to LBX history **30**, queue **22** accesses, etc. Access to a WDRTerm, atomic term, queue **22** or LBX History **30** can be made through an API to isolate processing. MS embodiments may define a plurality of semaphores to manage related sets of data accesses for threads to fully execute wherever possible.

With reference now to FIG. **76B-3**, illustrated is a preferred embodiment of charter invocation interface processing, for example upon encounter of a BNF grammar Invocation construct. Here, the set of applications **7638** are executable interfaces which additionally include executable path interfaces (e.g. interface **7648**-osif), for example a script **7648** of a file system. In some embodiments, atomic commands may be linked using any of the examples depicted in FIG. **76B-3** or a LBX platform DLL interface, however it is preferred that atomic command implementations be statically linked with caller processing code (e.g. WITS processing) for maximum performance.

Regardless of charter form (for WITS processing) embodiments, appropriate linkage is accomplished for the BNF grammar Invocation construct. An Invocation Mapper **7646** is built for proper link of a WITS processing thread (e.g. **7634**) to executable interfaces in an analogous manner as described for Mapper **7644** (using an interface **7646**-*if* for middle-manning executable invocations). Interface **7646**-*if* preferably invokes a Dynamic Link Library (DLL) interface for executable **7646** to "in turn" invoke the appropriate interface. Interface **7640**-csif is accomplished with linking executable **7646** to the documented public interface for access by a WITS processing thread. DLL executable **7642** exposes one or more public interfaces for external linkage wherein interface **7642**-csif is accomplished with linking executable **7646** to the documented public interface for access by WITS processing. Interface **7648**-osif is preferably provided by a MS O/S, and is used directly by a WITS processing thread for invoking a script **7648** (e.g. command line file). The advantage of Mapper **7646** is to isolate link changes to outside of WITS processing code so that invocable interfaces are adapted to WITS processing without rebuilding WITS processing itself. Mapper **7646** would provide a single interface for all Invocations by accepting a parameter over interface **7646**-*if* for the requested invocation, searching the corresponding linked interface, and then invoking it. Interfaces of FIG. **76B-3** may return a resulting return code conveyed back to a WITS processing thread.

Those skilled in the art will recognize alternative invocation access implementations. The set of applications **7638** of FIG. **76B-3** provides public interfaces (e.g. APIs) which accept parameters and/or process parameters from a WITS processing thread, and may return data to a WITS processing thread.

Permission and charter specification through WPL can be processed in a variety of ways depending on the hosting programming environment as described for FIG. **56**. The advantage of WPL is extending a programming environment with a rich set of user specified LBX functionality while enhancing LBX user specifications with access to programming environment objects (e.g. variables). Preferably, the PPL environment seamlessly supports a LBX permission and charter syntax which may or may not take on identical

US 10,477,994 B2

317                                                    318

syntactical characteristics of the hosting programming development environment. Variable data, executable Invocation interfaces (e.g. function interfaces), semaphores, database interfacing, file system interfacing, shared memory accesses, and any other symbol, data or interface of an executable program is provided to user LBX specifications in a straightforward manner by coupling the hosting programming environment with LBX permission and charter processing in an integrated processing environment. For example, an interpreter or compiler processes embedded charter and permission syntax as any other source encoding it processes, and enables a suitable executable. A special "~" may not be necessary for a tightly coupled WPL syntax and processing. The "~" syntax is particularly useful when charter and permission source code accesses conventional programming objects in source code processing (e.g. of an interpreter or compiler) not tightly integrated. When the "~" reference syntax is used, preferably the programming environment is relied upon for contextually bringing data, type, and/or meaning to the reference. Alternatively, additional LBX syntax can be provided to explicitly specify the type of BNF grammar reference being made (e.g. to explicitly state specifying a named variable address or data, named semaphore, a named function Invocation interface, a named file, named file and offset/length therein, named database object, etc) so that interpretation or compilation will know how to treat the syntactical reference, and produce an error prior to run-time execution if improperly referenced. Raw source code, internalized interpreter source code, or compiled and linked source code of LBX privilege and charter specifications is preferably handled in the same programming environment context as the hosting programming environment would handle its native source code. WPL embodiments preferably incorporate syntactical embodiments disclosed for special terms (AppTerm, WDRTerm, atomic term, map term) with appropriate linkage and access (e.g. MS API(s) provided), but may define alternative syntax to prevent ambiguous use, conflict, or elegance issues of syntax already used in conventional source code.

In an alternate embodiment, programming environment symbolic link information is made accessible to permission and charter processing so that the programming environment supports access to its programmatic objects at appropriate permission and charter processing times. Those skilled in the art recognize that symbolic information is produced as part of an executable link, and a human readable symbol information file can also be output as an option of program linking. The symbolic information provides symbol offset addresses relative a variable base address (e.g. a segment (e.g. Data Segment (DS)). Data processing systems support allocating executables to memory (e.g. memory **56**) for execution. After being loaded into memory, base addresses provide base pointer addresses (e.g. stack pointer, data segment pointer, code segment pointer, etc) for real relative memory pointer address offsets identified in the symbolic information. In a data processing environment which does not support swapping, the addresses of loaded symbols may not change and may be relied upon during execution. In a data processing system environment which supports swapping, the addresses of loaded symbols may change as their base addresses (base segment addresses) change when swapped. Symbols accessed through the link output symbolic information have to be relative a current base address to the region (segment) of memory where a symbol lives. There are well known methods for determining where the value or address of a symbol lives in data processing system memory when consulting symbol information from link

output. In a simple embodiment, the MS O/S is a debug-like framework environment wherein symbol information of linked executable code provides the lookup capability to access data and variables by name to real data processing memory as needed. Also, a data processing system can be equipped with APIs for returning base addresses for symbol information ranges (like OS/2 selectors) to then determine the offset where an address or value lives.

Atomic commands and their parameters may utilize hosting programmatic objects as described above when the atomic commands are integrated for WPL source code causing directly invoked interfaces from the interpreter or compiler (e.g. statically or dynamically linked). When atomic command interfaces are not used in the context of a WPL environment, they are preferably invoked as statically linked executable code of WITS processing, but may be dynamically linked to WITS processing. Atomic command script interfaces may be used, but performance would likely be unacceptable. When atomic commands are invoked from a WITS processing thread which is not integrated in a conventional programming environment, but access is needed from the atomic command implementation to O/S resources (e.g. semaphore, application data, database object, file system object, etc), then linkage is needed to accomplish the access. As described above, symbolic information can be made available to atomic command processing by specifying a parameter of where to find required symbolic information to resolve the O/S object as described by an atomic operand. For example, a symbol (variable name, semaphore name, function name, etc) value, or address thereof, is deduced using the symbol information from at least one link output symbol file in context of a current base region/ segment memory address where the symbol lives. Some embodiments may specify a directory where a plurality of symbolic information files are checked for resolving a symbolic name within a MS O/S. In atomic commands involving database interfaces, the atomic command implementation may assume authenticated credentials, may take on credentials for authentication by the logged-on user of a MS, may require input of credentials to be authenticated, or authentication credentials may be specified in, or as part of, a parameter for an atomic command and operand pair. In any case, appropriate database access authentication is incorporated for database accesses. In atomic commands involving file system interfaces, the atomic command implementation may assume a file system search path (e.g. current working directory, DPATH, PATH, etc), or the file search path is fully specified in a parameter for an atomic command and operand pair. There are many embodiments for carrying out atomic command and atomic operand processing disclosed.

FIG. **76**D depicts a flowchart for describing a preferred embodiment of processing for contextual charter creation. FIG. **76**D provides a convenient method for creating a charter based on a desired application context. A charter is created for associating LBX data (e.g. special terms, atomic operands) with special terms, atomic operands or other otherwise unrelated application data. Processing begins at block **7660** upon a user action to create a contextual charter and continues to block **7662** for where the user interface context is determined. In some embodiments, the user interface context is determined by access to a user interface object handle (e.g. object class, title bar information, or other unique handle information), and then comparing it to a registry (or active object history) of user interface objects invoked at the MS. Enough information should be contained in the registry to identify a PRR if one has been created. Alternatively, unique user interface handle information can

US 10,477,994 B2

319                                                                320

be stored through a new PRR field **5300***n* for finding the applicable PRR so that the application is identified. In another embodiment, the user action itself which starts processing at block **7660** uniquely identifies the application context desired by the user (e.g. distinct keystroke(s)) regardless of what user interface is currently in focus, so that block **7662** accesses the command (user action) for specific information of the requested context.

Thereafter, block **7664** searches for relevant special terms (WDRTerm, AppTerm, atomic term, map term, etc) according to the user desired context for charter creation and interfaces with the user for selection(s), block **7666** waits for a user action and block **7668** checks the user action detected. Relevant special terms may be determined by block **7664** through hard coded anticipation logic, but is preferably determined using a cross reference database, table, or map of which special terms are relevant to which applications wherein the cross reference database is maintained independently outside of FIG. **76**D processing by a knowledgeable administrator. A user can select a set of special terms from the interface at block **7664** for further processing, or the user can select to exit processing. If the user selected one or more special terms for further processing as determined by block **7668**, block **7670** presents operators, defaulted values, other special terms, and pre-formatted charter expressions and/or actions to minimize the user's effort in creating a useful charter according to the desired application context. Many ready made charter expressions and actions are preferably presented using the special terms from block **7664** and relevant information determined at block **7670**. Relevancy determined at block **7664** is application context dependent. Relevancy determined at block **7670** may be application dependent, but is certainly based on special terms selected by the user at block **7664**. Block **7670** may also determine relevancy by access to data of queue **22**, statistics **14**, LBX history **30**, MS interoperability or any other LBX data providing guidance for automatically creating a useful charter. At block **7670**, the user may select, or create (e.g. drag and drop portions), one or more charters to be automatically created. A suitable user interface facilitating easy decisions, and well validated charter construction options is deployed. Only valid charters result when leaving block **7670** for charter creation. Thereafter, block **7672** checks whether the user selected to create one or more charters, or to create one or more charters and also configure permissions, or to configure permissions, or to exit processing.

If block **7672** determines the user did not select to exit, then processing continues to block **7674**. If block **7674** determines the user selected to configure permissions (e.g. perhaps to coincide with the new charters), then block **7682** interfaces with the user for any charter associated relevant permission modifications (i.e. permissions determined to be relevant for the selected charter(s)), and processing continues to block **7684**, otherwise block **7674** continues to block **7676**. If block **7684** determines the user selected to continue charter creation from block **7670**, then processing continues to block **7676**. Block **7676** updates charter data appropriately. Thereafter, block **7678** terminates the FIG. **76**D user interface, and processing terminates at block **7680**. Block **7676** may update charters locally and/or remotely as appropriate. See charter configuration processing already discussed above for additional information.

A preferred embodiment of block **7682** incorporates processing of FIG. **38**, however, it is preferred that the FIG. **38** processing be restricted and informative for being limited to managing permissions applicable to any charter(s) being created.

If block **7684** determines the user selected to exit FIG. **76**D processing, processing continues to block **7678** for termination processing. If block **7672** determines the user selected to exit FIG. **76**D processing, processing continues to block **7678** for termination processing. If block **7668** determines the user selected to exit FIG. **76**D processing, processing continues to block **7678** for termination processing.

Application Fields **1100***k*

Application fields **1100***k* are preferably set in a WDR when it is completed for queue **22** insertion (for FIG. **2**F processing). This ensures WDRs which are in-process to queue **22** contain the information at appropriate times. This also ensures the WDRs which are to be sent outbound contain the information at the appropriate time, and ensures the WDRs which are to be received inbound contain the information at the appropriate time. See FIG. **84**B for an example embodiment. Fields **1100***k* may be set when processing at inbound time as well (e.g. by receive processing prior to being placed to queue **26**). Application fields can add a significant amount of storage to a WDR. Alternate embodiments may not maintain field **1100***k* to queue **22**, but rather append information, or an appropriate subset thereof, to field **1100***k* when sending WDRs outbound to minimize storage WDRs utilize at a MS (e.g. at blocks **2014** and **2514**). This alternate embodiment will enable appropriate WITS processing for maintained WDRs, inbound WDRs, and outbound WDRs without an overhead of maintaining lots of data to queue **22**, however application fields functionality will be limited to application data from an outbound originated perspective, rather than application field setting at the time of an in process WDR regardless of when it was in process. For example, field **1100***k* may alternatively be set at blocks **2014** and **2514** and then stripped after being processed by receiving MSs prior to any insertion to queue **22**. In some embodiments, certain field **1100***k* data can be enabled or disabled for being present in WDR information.

WITS processing may modify the WDR (e.g. application fields **1100***k*), or WDR related data at the MS, at a block **5703**, such that processing of block **5702**-*b* continues to block **5703** and block **5703** continues to block **5704**. Block **5703** will preferably modify WDR related statistics **14** and may modify the in-process WDR (e.g. strip, append, or alter applications fields **1100***k* section(s)) or any subset of data therein for any reason, including based on permissions **10**, system settings, enabled/disabled fields (sections) according to FIG. **77** (e.g. see FIG. **84**B discussion), MS performance constraints, statistics **14**, special terms (map term, atomic term, AppTerm, WDRTerm), application data, any other detectable configuration(s) and/or condition(s). Block **5703** may read-access the WDR for information (e.g. application fields) to use for related data maintenance or modification, and then incorporate WITS filtering to prevent any further processing of the WDR as was described above for blocks **5702**-*a* and **5702**-*b* (i.e. not continue processing the WDR in processing which includes FIG. **57** (i.e. FIGS. **2**F, **20**, **21** **25**)).

Preferably, there are WDRTerms for referencing each reasonable application fields section individually, as a subset, or as a set. For example, _appfld.appname.dataitem should resolve to the value of "dataitem" for the application section "appname" of application fields **1100***k* (i.e. "_appfld"). The hierarchy qualification operator (i.e. ".") indicates which subordinate member is being referenced for which organization is use of field **1100***k*. The requirement is the

**321**

organization be consistent in the LN-expanse (e.g. data values for anticipated application categories). For example, _appfld.email.source resolves to the email address associated with the email application of the MS which originated the WDR. For example, _appfld.phone.id resolves to the phone number associated with the phone application of the MS which originated the WDR (e.g. for embodiments where the MS ID is not the same as the MS caller id/phone number). If a WDRTerm references an application field which is not present in a WDR, then preferably a run time error during WITS processing is logged with ignoring of the expression and any assigned action, or the applicable condition defaults to false. Preferably, a user has control for enabling any application subsets of data in field **1100k**. Of course, appending, or setting, data in fields **1100k** may involve first accessing needed data from memory **56**, storage from secondary storage devices **58** such as persistent storage **60**, a database, a file, or any other MS resource which maintains the specific application data.

FIG. **77** depicts a flowchart for describing a preferred embodiment of configuring data to be maintained to WDR Application Fields **1100k**. While there can certainly be privileges put in place to govern whether or not to include certain data in field **1100k**, it may be desirable to differentiate this because of the potentially large amount of storage and requirements to carry such data when transmitting and processing WDRs. Highlighting such consideration and perhaps warning a user of its use may be warranted (e.g. MS performance, storage capacity, communications speed and bandwidth, generation of protocol used, etc are valid considerations in deciding how much data in application fields **1100k** can be enabled, and the priority for which data to enable). FIG. **77** processing provides the differentiation. Depending on present disclosure implementations, there are privileges which require associated information, for example for enabling profile communication (preferably can define which file is to be used for the profile), accepting data/database/file control (preferably can define which data and what to do), etc. An alternate embodiment may define a specific privilege for every derivation, but this may overwhelm a user when already configuring many privileges. Also, specific methods may be enforced without allowing user specification (e.g. always use a certain file for the profile). A preferred embodiment permits certain related specifications with privileges and also differentiates handling of certain features which could be accomplished with privileges.

Application fields **1100K** specification processing begins at block **7702** upon a user action for the user interface processing of FIG. **77**, and continues to block **7704** where the user is presented with options. Thereafter, block **7706** waits for a user input/action. The user is able to specify any of a plurality of application data for enablement or disablement in at least outbound WDR fields **1100k**. Various embodiments will support enablement/disablement for inbound, outbound, or any other in-process WDR event executable processing paths. Field **1100k** can be viewed as containing application sections, each section containing data for a particular type of MS application, or a particular type of application data as described above.

Upon detection of a user action at block **7706**, block **7708** checks if the user selected to enable a particular application section of fields **1100k**. If block **7708** determines the user selected to enable a particular application fields **1100k** section, then block **7710** sets the particular indicator for enabling that particular application fields **1100k** section, and processing continues back to block **7704**. If block **7708**

**322**

determines the user did not select to enable a particular application fields **1100k** section, then processing continues to block **7712**. If block **7712** determines the user selected to disable a particular application fields **1100k** section, then block **7714** sets the particular indicator for disabling that particular application fields **1100k** section, and processing continues back to block **7704**. If block **7712** determines the user did not select to disable a particular application fields **1100k** section, then processing continues to block **7716**. If block **7716** determines the user selected to disable sending profile information in a application fields **1100k** section, then block **7718** sets the profile participation variable to NULL (i.e. disabled), and processing continues back to block **7704**. If block **7716** determines the user did not select to disable sending profile information, then processing continues to block **7720**. If block **7720** determines the user selected to enable sending profile information in a application fields **1100k** section, then block **7722** prompts the user for the file to be used for the profile (preferably the last used (or best used) file is defaulted in the interface), and block **7724** interfaces with the user for a validated file path specification. The user may not be able to specify a validated profile specification at **7724** in which case the user can cancel out of block **7724** processing. Thereafter, if block **7726** determines the user cancelled out of block **7724** processing, processing continues back to block **7704**. If block **7726** determines the user specified a validated profile file, then block **7728** sets the profile participation variable to the fully qualified path name of the profile file, and processing continues back to block **7704**. Block **7724** preferably parses the profile to ensure it conforms to an LN-expanse standard format, or error processing is handled which prevents the user from leaving block **7724** with an incorrect profile.

In an alternate embodiment, block **7728** additionally internalizes the profile for well performing access (e.g. to a XML tag tree which can be processed). This alternate internalization embodiment for block **7728** would additionally require performing internalization after every time the user modified the profile, in which case there could be a special editor used by the user for creating/maintaining the profile, a special user post-edit process to cause internalization, or some other scheme for maintaining a suitable internalization. In an embodiment which internalizes the profile from a special editor, the special editor processing can also limit the user to what may be put in the profile, and validate its contents prior to internalization. An internalized profile is preferably always in correct parse-friendly form to facilitate performance when being accessed. In the embodiment of block **7728** which sets the fully qualified path name of the profile file, a special editor may still be used as described, or any suitable editor may be used, but validation and obvious error handling may have to be performed when accessing the profile, if not validated by block **7724** beyond a correct file path. Some embodiments may implement a profile in a storage embodiment that is not part of a file system.

If block **7720** determines the user did not select to enable profile information to be maintained to field **1100k**, then processing continues to block **7730**. If block **7730** determines the user selected to exit FIG. **77** processing, application fields **1100k** specification processing terminates appropriately at block **7732**. If block **7730** determines the user did not select to exit, then processing continues to block **7734** where any other user actions detected at block **7706** are handled appropriately. Block **7734** then continues back to block **7704**.

US 10,477,994 B2

**323**

There can be many MS application sections of field **1100***k* which are enabled or disabled by blocks **7708** through **7714**. In the preferred embodiment of profile processing, the profile is a human readable text file, and any file of the MS can be compared to a profile of a WDR so that the user can maintain many profiles for the purpose of comparisons in expressions. Alternate embodiments include a binary file, data maintained to some storage, or any other set of data which can be processed in a similar manner as described for profile processing. Some embodiments support specification of how to enable/disable at blocks **7708** through **7714** derivatives for mWITS, iWITS and/or oWITS.

In the preferred embodiment, a profile text file contains at least one tagged section, preferably using XML tags. Alternatively, Standard Generalized Markup Language (SGML) or HTML may be used for encoding text in the profile. There may be no standardized set of XML tags, although this would make for a universally consistent interoperability. The only requirement is that tags be used to define text strings which can be searched and compared. It helps for a plurality of users to know what tags each other uses so that comparisons can be made on a tag to tag basis between different profiles. A plurality of MS users should be aware of profile tags in use between each other so as to provide functionality for doing comparisons, otherwise profiles that use different tags cannot be compared.

Indicators disabled or enabled, as well as the profile participation variable is to be observed by WDR processing so that field **1100***k* is used accordingly. In some embodiments, certain application field sections cannot be enabled or disabled by users (i.e. a MS system setting). In preferred embodiments, WITS processing checks these settings to determine whether or not to perform applicable processing. In some embodiments, WITS processing checks these settings to strip out (e.g. for setting(s) disabled) information from a WDR which is to be in process.

FIG. **78** depicts a simplified example of a preferred XML syntactical encoding embodiment of a profile for the profile section of WDR Application Fields **1100***k*. This is also the contents of a profile file as specified at block **7724**. Any tag may have any number of subordinate tags and there can be any number of nested levels of depth of subordinate tags. A user can define his own tags. Preferably, the user anticipates what other MS users are using for tags. Individual text elements for a tag are preferably separated by semicolons. Blanks are only significant when non-adjacent to a semicolon. The text between tags is compared (e.g. text elements (e.g. Moorestown)), regardless of whether a tag contains subordinate tags, however subordinate tags are compared for matching prior to determining a match of contents between them. Ultimately, the semicolon delimited text elements between the lowest order tags (leaf node tag sections of tag tree) are compared for matching. Ascending XML tags and the lowest level tags hierarchy provide the guide for what to compare. Thus, tags provide the map of what to compare, and the stuff being compared is the text elements between the lowest order tags of a particular tag hierarchy tree. Some explanations of atomic operator uses in expressions are described for an in-process WDR:

#d:\myprofs\benchmark.xml>5

This condition determines if the benchmark.xml file contains greater than 5 tag section matches in the entire WDR profile of the WDR in process. Text elements of the lowest order tag sections are used to decide the comparison results. A tag hierarchy, if present, facilitates how to compare. Six (six) or more matches evaluates to true, otherwise the condition evaluates to false.

**324**

% d:\myprofs\benchmark.xml>=75

This condition determines if the benchmark.xml file contains greater than or equal to 75% of tag section matches in the entire WDR profile of the WDR in process. Contents that occurs between every tag is compared for a match. The number of matches found divided by the number of tag matches performed provides the percentage of matches (after multiplying the result by 100). The resulting percentage greater than or equal to 75% evaluates to true, otherwise the condition evaluates to false.

#(interests)d:\myprofs\benchmark.xml>2

In using FIG. **78** as an example, this condition determines if the benchmark.xml file contains greater than two (2) semicolon delimited matches within only the interests tag in the WDR profile of the WDR in process. If either the benchmark.xml file or the WDR profile does not contain the interests tag, then the condition evaluates to false. If both contain the interests tag, then the semicolon delimited items which is interests tag delimited are compared. Three (3) or more semicolon delimited interests that match evaluates to true, otherwise the condition evaluates to false.

% (home,hangouts)d:\myprofs\benchmark.xml>75

This condition determines if the benchmark.xml file contains greater than 75% matches when considering the two tags home and hangouts in the WDR profile of the WDR in process. Any number of tags, and any level of ascending tag hierarchy, can be specified within the ( . . . ) syntax. If either the benchmark.xml file or the WDR profile does not contain the tags for matching, then the condition evaluates to false. If both contain the sought tags for matching, then the text elements of the lowest order subordinate tags are treated as the items for compare. Of course, if the tags have no subordinate tags, then text elements would be compared that occurs between those tag delimiters. The number of matches found divided by the number of comparisons made provides the percentage of matches (after multiplying the result by 100). The resulting percentage greater than 75% evaluates to true, otherwise the condition evaluates to false.

WITS processing preferably uses an internalized form of FIG. **78** to perform comparisons. The internalized form may be established ahead of time as discussed above for better WITS processing performance, or may be manufactured by WITS processing in real time as needed.

FIG. **79**A illustrates a branch subset of a tree structure. Tree structures and processing thereof are well known in the art and facilitate automated processing. Any particular node n of the tree is capable of any number of directly descending nodes n**1** through ni. Nodes n**1** through ni are referred to as peer nodes. The line drawn connecting any nodes is referred to as a branch of the tree. Any particular node n**1** through ni is in turn capable of any number of descending nodes. For example, n**2** has directly descending nodes n2**1** through n2*j* (peer nodes), as shown with respective branches. Any particular node n2**1** through n2*j* is in turn capable of any number of descending nodes. For example, n2**2** has directly descending nodes n2**21** through n2**22***k*. Node n2 is said to be one level below node n. Node n2**2** is said to be two levels below node n. Node n2**22** is said to be three levels below node n. Peer nodes are on the same level in a tree and have the same ascending node. For convention, the number of digits appearing after the variable n is equivalent to the number of levels below node n. If the variable n indicates a node **345**, then 34524184 is 5 levels below node **345**. Any node on the tree can also have any number of ascending nodes, although ascending nodes are singular in nature and correspond directly with the number of levels deep into the tree. Node n2**22** has three ascending nodes if node n is the

US 10,477,994 B2

325

326

root node. This corresponds with the level **3**. Those skilled in the art associate a nesting of XML tags to a tag tree of FIG. 79A. For example, the selected section of the XML file example of FIG. **78** is represented by a tree using tabs to show nesting as:

. . .

```
home
    city
    state
```

. . .

```
interests
```

. . .

```
hangouts
    morning
    lunch
    evening
```

. . .

such that home, interests and hangouts are peer node tags on the same level; city and state are peer nodes on the same level with the same ascending node (homes); and morning, lunch and evening are peer node tags on the same level with the same ascending node (hangouts). Depending on disclosure embodiments and XML files in use, there can be a complicated tree structure having many branches with many tag levels. Any tag, regardless of having descendants, can be used to perform a comparison by using all leaf node tag elements within its scope. Leaf nodes of the XML tree have no descending tags, and may or may not have data specified.

FIG. 79B illustrates a binary tree equivalent to the tree structure of FIG. 79A which is used to support XML tag tree traversal processing. Binary tree structures and processing thereof are well known in the art and facilitate automated processing of general tree structures. Making node n of FIG. 79A the root node **1** yields FIG. 79B. The advantage of representing the tree structure as a binary tree is that only two pointers are required at any particular node in the tree to accomplish top down processing of all branches. FIG. 79B can represent FIG. 79A without loss of information and is more easily processed by a data processing system. Representing an internalized tree structure in main memory **56** and/or storage **58** according to FIG. 79A for a data processing system may cause excessive re-allocations on any node n, or wasted storage for allocating a maximum node size, to satisfy the requirement of adding new descendants. Representing an internalized tree structure according to FIG. 79B for a data processing system conveniently allows one allocation in main memory **56** and/or storage **58** with two pointers for any particular node n. Some embodiments may add additional pointer(s) (e.g. FIG. 79C ascendant and peer_up) for providing "reverse" link(s) to an ascending node and/or peer node.

FIG. 79B is a skeletal structure for representing an XML tag tree for tag tree traversal processing of the present disclosure. A root pointer of a tree points to the node Data**11**. The first level of descending nodes from the root are nodes Data**11** through Data 1*i*. Data **11** through Data1*i* are peer nodes. Any particular node of Data**11** through Data1*i* is in turn capable of any number of descending nodes. For example, Data**12** has directly descending nodes Data**121** through Data**12***j* (peer nodes), as shown with respective branches. Any particular node Data**121** through Data**12***j* is in turn capable of any number of descending nodes. For example, Data**122** has directly descending nodes Data**1221** through Data**122***k*. Node Data**12** is one level below the root node. Node Data**122** is two levels below the root node. Node Data**1222** is three levels below the root node.

Pointers, pointing to the left, point to the leftmost descending node (peer nodes on a tree are ordered). Pointers, pointing to the right, point to the next peer node. A tree node record contains Data (or at least one pointer to Data) and is indicated in FIG. 79B using the "Data" prefix as a notation convention. The Data (i.e. data) in a node record is associated with the "stuff" between leaf node tags (e.g. Moorestown="stuff" between city leaf node tags; basketball; programming;running;football="stuff" between interests leaf node tags, etc). Data may be in any suitable form capable of storing/representing the "stuff" between matching tag delimiters (e.g. <tagN>"stuff"</tagN>). In a preferred embodiment, only leaf node tags contain data and other tags have no (i.e. null) data, however data may be present for non-leaf node tags for "stuff" of a branch node for tag data matching embodiments that support "stuff" associated with non-leaf tags of an XML tag hierarchy.

FIG. 79C depicts a preferred embodiment C programming source code structure for encoding a node in an internalized XML tree. A preferred embodiment utilizes an OOP source code (e.g. C++, C#, or Java), but those examples mix data and object code in defining relationships. FIG. 79C depicts a purely data form of an internalize XML tree node. Because XML is well known and has many uses, preferred OOP environments provide XML APIs. In fact, there are many XML APIs available to a programmer for many different programming environments. These existing APIs (e.g. XML InfoSet interfaces, XML Element Tree interfaces, XML document interfaces, etc) are preferably used to accomplish the disclosed profile match operator evaluation. For example, in Java there is a Document Object Model (DOM) specification for parsing XML documents and constructing a complete in-memory representation of the document using classes modeling concepts found in the DOM specification. There is a Simple API for XML (SAX) which includes the SAXParser. Unlike the DOM parser, the SAX parser does not create an in-memory representation of the XML document and is faster and uses less memory. The SAX parser informs clients of the XML document structure by invoking callbacks. There is a XML Stylesheet Language for Transformations (XSLT) which allows conversion of an XML document into other forms of data. JAXP provides interfaces allowing applications to invoke an XSLT transformation. There is also XMLpull and related APIs. Microsoft's .NET has the System.XML namespace which contains major XML classes, Python has the xml.etree.ElementTree XML API, and there are third party API providers (e.g. for JDOM). Those skilled in the art recognize many XML interfaces of use for carrying out XML processing according to the present disclosure. Some developers may choose to write a "home grown" XML implementation using information found in FIGS. 79A through 79D. The implementation scheme selected may affect processing at blocks 4668, 4670, 4674, 5744 and other related blocks of processing discussed above (e.g. in FIGS. 38 through 48B).

The XML_NODE type definition may or may not need a data_type field since data may always be the same type (e.g. null terminated strings such as in the FIG. **78** example which uses semicolons to delimit a plurality of data elements).

FIG. 79D depicts a flowchart for describing a preferred embodiment of a procedure for profile match operator evaluation without locking a design into any particular XML implementation, for example those discussed above. Processing begins at block 7952 (e.g. when invoked by block 5744 processing) and continues to block 7954. Block 7954 accesses parameters passed: the charter expression portion where the profile match operator has been specified, refer-

US 10,477,994 B2

327

328

ence profile (e.g. Lprofile of FIG. **79**C pointing to internalized tree of profile in expression), and attempt profile (e.g. Rprofile of FIG. **79**C pointing to internalized tree of WDR profile section). Depending on an embodiment, the profiles may already be internalized, or block **7954** will perform internalization, or there is no need to internalize (e.g. dependent on APIs used). The reference profile is the profile maintained at/for the MS which is processing the charter (preferably specified in the charter expression, although some embodiments may assume a default profile when one is not specified (e.g. #>5)). The attempt profile is the profile of the in-process WDR (e.g. inbound WDR), or the profile (section) of application fields **1100**k of an in-process WDR. The FIG. **79**D procedure can be passed swapped parameters for using the in-process WDR as the reference profile. Block **7954** continues to block **7956**.

If block **7956** determines the profile match operator has not been qualified with specific tags for matching (in charter expression portion parameter), then block **7958** sets a TAG_CHECK_LIST with a list of entries wherein each entry includes a XML tree leaf node tag name (e.g. interests) and associated tag element value (e.g. "basketball; programming; running; football"). In another embodiment, block **7958** may build a list of all tags in the XML tree and then maintain leaf node tag (within that tree node's descending scope) element data values concatenated together like a plurality of semicolon delimited data elements for compare as though the branch node was a leaf node with the element data. The tag hierarchy may, or may not, be maintained in the TAG_CHECK_LIST entry tag information for causing the tag path to have relevance in matching. Block **7958** continues to block **7960**. If block **7956** determines the profile match operator has been qualified with specific tags for matching (e.g. % (home,hangouts) d:\myprofs\benchmark.xml >75), then block **7962** sets a TAG_CHECK_LIST with a list of entries wherein each entry includes a specified tag (e.g. home and hangouts) and their associated values (home: "Moorestown; New Jersey", and hangouts: "Starbucks; Jammin's; Mongolian Barbeque; Confettis; Jimbos"). The preferred embodiment concatenates descending leaf node tag values (within the tag node's scope) together like a larger leaf node. Another embodiment may maintain separate TAG_CHECK_LIST entries for unique branch paths from the specified tag to each descending leaf node tag so that tag hierarchy path information is considered in the compare. Block **7962** continues to block **7960**.

Block **7960** initializes counter variables: TAG DATA MATCH ATTEMPTS=0 and TAG DATA MATCHES=0, and continues to block **7964** for getting the next TAG_CHECK_LIST entry. Thereafter, if block **7966** determines all entries from TAG_CHECK_LIST have not been processed, block **7968** uses the associated data for the tag from the TAG_CHECK_LIST entry and attempts to access the data in an analogous manner (to building TAG_CHECK_LIST) from the attempt profile. Block **7968** may, or may not, enforce a matching tag hierarchy to get to a matching tag.

Thereafter, if block **7970** determines there was no matching tag in the attempt profile, or no data for a matched tag in the attempt profile, then block **7972** increments the counter TAG_DATA_MATCH_ATTEMPTS by the number of data elements (e.g. semicolon delimited) in the TAG_CHECK_LIST entry data, and processing continues back to block **7964**. If block **7970** determines the tag was found with element data in the attempt profile, block **7974** gets the next data element (e.g. string up to semicolon or end of string) of the TAG_CHECK_LIST data entry. Thereafter, if block

**7976** determines the last element of data for the tag in the TAG_CHECK_LIST entry has been processed (or none was present to start with), then processing returns to block **7964** for the next entry in the TAG_CHECK_LIST.

If block **7976** determines there is a data element to process, then block **7978** increments by 1 the TAG_DATA_MATCH_ATTEMPTS counter and block **7980** checks if the data element is found in the attempt profile for the matched tag. If it is found, block **7980** continues to block **7982** where the TAG_DATA_MATCHES counter is incremented by 1 and processing returns to block **7974** for processing the next (if any) data element. If block **7980** determines the sought data is not found in the attempt profile data, then processing continues directly back to block **7974**.

Note that blocks **7974** through **7982** form a loop for iterating each data element (e.g. semicolon delimited) for the tag in the entry of TAG_CHECK_LIST for matching to data with the same tag in the attempt profile. If block **7976** determines there are no more data elements to check, then processing continues back to block **7964** for getting the next TAG_CHECK_LIST entry. Note that blocks **7964** through **7982** form a loop for iterating each TAG_CHECK_LIST entry for matching to data with the same tag in the attempt profile. A match is preferably made when the reference profile data element of block **7974** appears in any subset of attempt profile data from block **7968**.

If block **7966** determines that all TAG_CHECK_LIST entries have been processed, processing continues to block **7984**. If block **7984** determines the profile match operator of the charter expression portion passed to FIG. **79**D is the "#" operator, then block **7986** checks the charter expression portion using TAG_DATA_MATCHES for evaluating the condition. If block **7986** determines the condition is true, then block **7988** returns a TRUE result to the caller (e.g. block **5744** invoker processing), otherwise block **7990** returns a FALSE result to the caller. If block **7984** determines the profile match operator of the charter expression portion passed to FIG. **79**D is the "%" operator, then block **7992** calculates a percentage of matching using TAG_DATA_MATCHES and TAG_DATA_MATCH_ATTEMPTS (i.e. solve for x such that TAG_DATA_MATCHES/TAG_DATA_MATCH_ATTEMPTS=x/100) and block **7994** checks the charter expression portion using the percentage calculated for evaluating the condition. If block **7994** determines the condition is true, then block **7988** returns a TRUE result to the caller (e.g. block **5744** invoker processing), otherwise block **7990** returns a FALSE result to the caller.

With reference now to FIG. **80**A, depicted is an example LBX application fields **1100**k implementation status table **8000** for being processed. As already discussed above, any section of applications field **1100**k can be enabled, or disabled for being included in inbound, outbound, or any other in-process WDR, and a "section" may be an entire application section (i.e. all data within that application section), any subset of data within an application section, or any specific data item within an application section. Section is a broad term for being any subset of data in fields **1100**k. Application fields processing (discussed with FIG. **77**) allows a MS user and/or MS system settings to control:

Data of fields **1100**k that gets exposed in the LN-expanse (i.e. stripped or appended before outbound);

Data of fields **1100**k that gets stored to queue **22** (i.e. stripped or appended before processing for insertion); and/or

US 10,477,994 B2

329                                                                 330

Data of fields **1100***k* that gets seen by processing after a WDR has been received (i.e. stripped or appended before any MS post-receive processing).

WITS filtering and privileges in place can enforce what WDRs are seen by others. This expands or narrows the "playing field" for applying processing enforced with FIG. **77**. In some embodiments, any section of application fields **1100***k* can be enabled or disabled in any WDR in-process path for specific MSs, MS users, groups of MSs, groups of MS users, or any identifiable collection of valid source(s) or target(s) of WDRs. Similarly, privileges can be used for enabling, disabling, hiding, un-hiding, or managing all applications fields **1100***k* and applicable processing disclosed.

Applications fields are preferably hierarchical sections for organizing data in an easily identifiable manner. Whether MS users use local applications or internet accessed applications (e.g. cloud computing), application fields communicated between MS users is important for interoperability. Any section of fields **1100***k* can be shared from one MS to another. Application fields **1100***k* is in at least the referenceable form: appfld.appname.dataitem such that appfld references field **1100***k*, appname references a specific application section of field **1100***k* and dataitem references a specific value (or set of values) in the application section. Some sections of fields **1100***k* are maintained in databases by the application and are accessed as needed (e.g. for WDR transmission, update from received WDR, etc). Syntactical references include forms: \ref, _ref, _I_ref or _O_ref such that ref is equivalent to the field referenced: \appfld.appname.dataitem, _appfld.appname.dataitem, _I_appfld.appname.dataitem, _O_appfld.appname.dataitem. There may be many sections and levels thereof to get to a data item. The form name1.name2.name3 . . . nameN is used as required to get to the lowest order data in a higher order section. Because of the very large number of values (sections) of fields **1100***k*, it is preferred that most, if not all, user controlled fields **1100***k* be disabled when a MS is powered up for the first time. The user can later enable features after learning to use a LBX enabled MS. Depending on the data embodiment for carrying data of fields **1100***k*, human readable names or corresponding parse-able binary identifiers are used. X.409 or a similar encoding may be used to carry data in fields **1100***k*. appfld section date/time specs can use BNF grammar time specification methods.

Any subset of application fields **1100***k* can be moved to LBX History **30** for any reason at any time in MS processing, for example to keep a history of application contexts, states, data, occurrences thereof, etc

FIG. **80A** is a snapshot of a LBX application fields **1100***k* implementation status table. Requirements for amending LBX processing are preferably fed into a review board of key stake holders for consideration of implementation. A proposed application fields section is submitted to the board with a presentation and then later processed for a current status. The section can be a completely new application section, or a new hierarchically lower data field in an existing application section. An LBX proposed amendment has the following status:

1) Presented=new requirement(s) (e.g. **8006**) presented to the board for making case of compelling value. The presentation may be as simple as an email, an escalated customer trouble ticket, or as serious as a live presentation. Those skilled in the art should be able to recognize alternatives for how to implement the application presented and the benefits of having such an application;

2) RFP=Request for Proposal of new requirement(s) (e.g. **8004**) has been decided by the board for successfully presented requirement(s). The proposing party must formally submit their detailed proposal within the context of the LBX architecture before it is candidate for implementation; When an item is marked RFP, implementation is understood and documented, but additional details may be required;

3) Registered=An RFP has been accepted and is formally adopted for implementation in the LBX architecture (e.g. **8002**). New privileges are implemented for appropriate interoperability between MSs. The registered requirement(s) are documented as part of subsequent LBX enabled product documentation. The scope of current implementation is documented as well;

4) Tabled=Requirement(s) were presented or RFP was considered, and it was decided to not pursue the requirement(s) in the LBX architecture (e.g. **8008**). Reason(s) for being tabled is documented as part of records; and

5) Retired=Requirement(s) which were registered have been removed from the LBX architecture. Reason(s) for being retired is documented as part of records.

FIG. **80B** depicts some section descriptions of registered LBX application fields **1100***k*. Note that many fields are derived from, or are predecessors of, Application terms accessible for use in charter expressions, and atomic command processing. Also note that there are privileges and/or charter specifications which can be specified for carrying out identical functionality. The LBX architecture is emerging, so there is intentional overlap between privilege and charter processing, application term specifications and intended features defined by sections of fields **1100***k*. It is not clear yet which LBX option for overlapped features (AppTerm versus fields **1100***k* section) will become more readily adopted in the marketplace. There is a wealth of statistics generated for application fields and processing thereof. Some of the section values below may be set to NULL.

Each data value of leaf nodes of a section hierarchy tree may be set by a MS user and/or defaulted by a MS (see FIG. **80C**). Permissions may be used to govern permissible values initialized or assigned. Application fields may be present to share with others (e.g. in the vicinity) for a variety of reasons, and the data can be accessed for user examination at the MS with an appropriate user interface. Some application fields require a database lookup when added to a WDR, otherwise high speed MS memory will be impacted for maintaining the data. With reference to FIG. **80B**, source section **8002***a* includes subordinate sections including the following examples:

| | |
|---|---|
| appfld.source.id.X | appfld.source.id.email = "davood.iyadi@lbxphone.com"; |
| | appfld.source.id.phone = "214-405-2323"; |
| | appfld.source.id.calendar = "davood@lbxphone.com"; |
| | appfld.source.id.ab = "davood@lbxphone.com"; |
| | appfld.source.id.rfid = "0A12:43EF:985B:012F"; |
| | References to appfld.source.id in charter expressions |

US 10,477,994 B2

331
332

-continued

| | |
|---|---|
| | contextually uses the correct ID data value based on the context of use. The fully qualified hierarchical name (e.g. appfld.source.id.email") may also be used explicitly. |
| appfld.source.type | See BNF grammar atomic element "system type" discussions. |
| appfld.source.mfr | See BNF grammar atomic element "system type" discussions for breaking out manufacturer from atomic element "system type". |
| appfld.source.serno | See BNF grammar atomic element "logical handle" or "physical handle". |
| appfld.source.ip | Suitable ip address(es) notation (e.g. 192.168.1.25; 50.46.123.2) |
| . . . | . . . |

Source section **8002***a* information is physical and logical information about the MS which may be of use when sharing between MSs for various applications and managing of identities thereof.

Profile section **8002***b* includes at least the appfld.profile- .contents section containing profile information as discussed throughout this disclosure (e.g. XML or X.409 datastream).

Email section **8002***c* includes subordinate sections including the following examples:

| | |
|---|---|
| appfld.email.source | appfld.email.source = "davood.iyadi@lbxphone.com"; This value is preferably used to default appfld.source.id.email, but can be changed based on permissions (e.g. specify different source address for emails). |
| appfld.email.default.attribute.Y | Default attributes: appfld.email.attribute.cod = Y; appfld.email.attribute.urgent = N; appfld.email.attribute.charcode = 850; etc In one embodiment, the attribute section is a bit mask for enable/disable of well known bit position attributes. There can be many attributes. |
| appfld.email.default.salutation | Textual salutation may be shared with others. May be null. |
| appfld.email.default.doctype | Can inform others of preference. |
| appfld.email.default.recips | Comma separated recipients for defaulting in an email recipient list. These are not defaulted into emails unless requested by the user during email composition. A special qualifier is used to specify the type of recipient (e.g. "davood.iyadi@lbxphone.com, cc: ravi.sirrayanan@lbxphone.com, bc: sam.sunn@lbxphone.com" specifies a copy recipient ravi and a blind copy recipient sam. No qualifier is a primary recipient. There may be other qualifiers for other recipient types.) |
| appfld.email.default.encrypt | Email encryption algorithm (settings for NONE (no encryption), DES, AES, RSA, Blowfish, or any other MS reference-able algorithm). May be null. |
| appfld.email.default.compress | Email compression algorithm settings for NONE, ZIP, LZO, LZX or any other MS reference-able algorithm), May be null. |
| appfld.email.defaults.$ | $ = other field sections. |
| appfld.email.type | Email app type/name can inform others which email application is used. |
| appfld.email.pending.attribute.Y | Attributes of pending email being composed: appfld.email.attribute.cod = N; appfld.email.attribute.urgent = N; appfld.email.attribute.charcode = 850; etc In one embodiment, the attribute section is a bit mask for enable/disable of well known bit position attributes. There can be many attributes. |
| appfld.email.pending.salutation | Textual salutation if present in composed email. May be null. |
| appfld.email.pending.doctype | Doc type of email being composed. |
| appfld.email.pending.recips | Comma separated recipients for email underway using qualifiers discussed above. |
| appfld.email.pending.encrypt | Email encryption algorithm to be used as described above. May be null. |
| appfld.email.pending.compress | Compression algorithm to be used as described above. May be null. |
| appfld.email.pending.cdt | Email initial creation date/time stamp for pending or last entry. |

US 10,477,994 B2

333       334

-continued

| | |
|---|---|
| appfld.email.pending.content | Email data (e.g. email body, attachment(s), etc) for transporting between MSs. This enables a peer to peer email delivery (see MS2MS processing). No email service is required for MS users to talk to each other. appfld.email.pending.content.body = the currently constructed email body being composed for sending. Attachments are referenced with appfld.email.pending.content.attach.ct for the number (ct = count) of attachments and appfld.email.pending.content.attach.# (1 for first, 2 for second, etc.) for an email currently being composed which has not been sent yet. SMS messages may use this same mechanism. See content subordinate fields discussed above. |
| appfld.email.pending.$ | $ = other field sections. |
| appfld.email.last.sent.ANY.attribute.Y | Attributes of email last sent to anyone from MS: appfld.email.attribute.cod = N; appfld.email.attribute.urgent = N; appfld.email.attribute.charcode = 850; etc In one embodiment, the attribute section is a bit mask for enable/disable of well known bit position attributes. There can be many attributes. |
| appfld.email.last.sent.ANY.salutation | Textual salutation of email last sent to anyone from MS. |
| appfld.email.last.sent.ANY.doctype | Doc type of email last sent to anyone from MS. |
| appfld.email.last.sent.ANY.recips | Comma separated recipients of email last sent to anyone from MS. |
| appfld.email.last.sent.ANY.encrypt | Email encryption algorithm indicator of email last sent to anyone from MS. |
| appfld.email.last.sent.ANY.compress | Compression algorithm indicator of email last sent to anyone from MS. |
| appfld.email.last.sent.ANY.cdt | Email initial creation date/time stamp of email last sent to anyone from MS. |
| appfld.email.last.sent.ANY.content | Email data (e.g. email body, attachment(s), etc) of email last sent to anyone from MS for transporting between MSs. This enables a peer to peer email delivery (see MS2MS processing). No email service is required for MS users to talk to each other. appfld.email.pending.content.body, appfld.email.pending.content.attach.ct, and appfld.email.pending.content.attach.# are analogous to above for the last sent email to anyone from the MS. |
| appfld.email.last.sent.ANY.$ | $ = other field sections. |
| appfld.email.last.sent.{id}.* | There is a field here for each appfld.email.last.sent.ANY.* field above, however a specific id can be specified (e.g. joe@yahoo.com). This allows access to fields of the most recently sent email item to a specific recipient. There are a plurality of fields (i.e. *) represented by this row to prevent redundantly listing each field again for an appfld.email.last.sent.{id} section . . . |
| appfld.email.last.rcvd.ANY* | There is a field here for each appfld.email.last.sent.ANY.* field above, however rcvd qualifier indicates that each field is for the most recent email received by the MS from anyone. There are a plurality of fields (i.e. *) represented by this row to prevent redundantly listing each field again for an appfld.email.last.rcvd.ANY section . . . |
| appfld.email.last.rcvd.{id}.* | There is a field here for each appfld.email.last.rcvd.ANY.* field above, however a specific id can be specified (e.g. joe@yahoo.com). This allows access to fields of the most recently received email item from a specific recipient. There are a plurality of fields (i.e. *) represented by this row to prevent redundantly listing each field again for an appfld.email.last.rcvd.{id} section . . . |
| . . . other field sections . . . | . . . |

Email section **8002**c information contains useful information for LBX sharing and novel applications thereof with respect to (wrt) an email application. For example, a WDR received may be treated uniquely based on an email in progress (WDR in-process at receiving MS or sending MS) or an email last sent (WDR in-process at receiving MS or sending MS). Charters can use data above in AppTerm form as well. In some MS embodiments there are multiple email applications wherein the hierarchical section structure would be affected for supporting each email application with data specific for the particular application (e.g. appfld.email. outlook for qualifying all outlook subordinate sections (e.g. appfld.email.outlook.type), appfld.email.express for qualifying all express subordinate sections, etc).

Address Book (AB) section **8002**e includes subordinate sections including the following examples:

| | |
|---|---|
| appfld.ab.id | This value is preferably used to default appfld.source.id.ab, but can be changed based on permissions. |

US 10,477,994 B2

335

336

-continued

| | |
|---|---|
| appfld.ab.default.attribute.Y | Defaults for composing AB entries: appfld.ab.default.attribute.marker = NONE or specific visual marker type for entry created; appfld.ab.default.attribute.color = color of entry in address book; appfld.ab.default.attribute.font = font used for text; appfld.ab.default.attribute.size = size of font used. In one embodiment, the attribute section is a bit mask for enable/disable of well known bit position attributes. There can be many attributes. |
| appfld.ab.default.background | Background color, pattern, tiled picture, stretched picture, and/or animation file (e.g. HTML). May be null. |
| appfld.ab.default.$ | $ = other field sections. |
| appfld.ab.type | AB app type/name can inform others which application is used. |
| appfld.ab.pending.attribute.Y | Attributes of pending AB entry being composed as described above. In one embodiment, the attribute section is a bit mask for enable/disable of well known bit position attributes. |
| appfld.ab.pending.background | Background color, pattern, tiled picture, stretched picture, and/or animation file (e.g. HTML) for pending/composed entry. May be null. |
| appfld.ab.pending.cdt | AB initial creation date/time stamp for pending entry. |
| appfld.ab.pending.content | AB data (e.g. ab body, attachment(s), etc) being created, which may be transported between MSs. This enables a peer to peer AB delivery (see MS2MS processing). No service is required for MS users to talk to each other. appfld.ab.pending.content.name = the currently constructed AB entry name or reference to entry. appfld.ab.pending.content.body = the currently constructed AB entry body being composed. Attachments are supported with appfld.ab.pending.content.attach.ct for the number (ct = count) of attachments and appfld.ab.pending.content.attach.# (1 for first, 2 for second, etc.) for an AB entry being composed (i.e. pending). |
| appfld.ab.pending.group | Optional group(s) (delimited if plural) tagging the AB entry for organization (e.g. Family; Cousins). May be null. |
| appfld.ab.pending.$ | $ = other field sections. |
| appfld.ab.last.local.ANY.attribute.Y | Attributes of AB entry last created locally wherein .attribute.Y described above for appfld.ab.default.attribute.Y. |
| appfld.ab.last.local.ANY.background | Background color, pattern, tiled picture, stretched picture, and/or animation file (e.g. HTML) of last completed AB entry at MS. |
| appfld.ab.last.local.ANY.cdt | AB creation date/time stamp of AB entry last created at MS. |
| appfld.ab.last.local.ANY.content | AB data (e.g. body, attachment(s), etc) of AB entry last created at MS. See above for field section descriptions. |
| appfld.ab.last.local.ANY.group | Optional group(s) tagging the AB entry last created at MS. |
| appfld.ab.last.local.ANY.$ | $ = other field sections. |
| appfld.ab.last.local.{id}.* | There is a field here for each appfld.ab.last.local.ANY.* field above, however a specific id can be specified (e.g. joe@yahoo.com). This allows access to fields of the most recently created AB item for a specific person (e.g. MS user). There are a plurality of fields (i.e. *) represented by this row to prevent redundantly listing each field again for an appfld.ab.last.local.{id} section . . . |
| appfld.ab.last.other.ANY.* | There is a field here for each appfld.ab.last.local.ANY.* field above, however the other qualifier indicates that each field is for the most recent AB entry created by another user (e.g. received by the MS from anyone). There are a plurality of fields (i.e. *) represented by this row to prevent redundantly listing each field again for an appfld.ab.last.other.ANY section . . . |
| appfld.ab.last.other.{id}.* | There is a field here for each appfld.ab.last.other.ANY.* field above, however a specific id can be specified (e.g. joe@yahoo.com). This allows access to fields of the most recently created AB item from a specific user. There are a plurality of fields (i.e. *) represented by this row to prevent redundantly listing each field again for an appfld.ab.last.other.{id} section . . . |
| . . . other field sections . . . | . . . |

US 10,477,994 B2

337

AB section **8002***e* information may contain useful information for LBX sharing and novel applications thereof wrt an AB application. For example, a WDR received may be treated uniquely based on an AB entry in progress (WDR in-process at receiving MS or sending MS) or an AB entry last sent (WDR in-process at receiving MS or sending MS). Charters can use data above in AppTerm form as well. In some MS embodiments there are multiple AB applications

338

wherein the hierarchical section structure would be affected for supporting each AB application with data specific for the particular application (e.g. appfld.ab.outlook for qualifying all outlook subordinate sections (e.g. appfld.ab.outlook. type), appfld.ab.rolodex for qualifying all rolodex subordinate sections, etc).

Calendar section **8002***d* includes subordinate sections including the following examples:

| | |
|---|---|
| appfld.calendar.id | This value is preferably used to default appfld.source.id.calendar, but can be changed based on permissions. |
| appfld.calendar.default.attribute.Y | Defaults for composing CALENDAR entries: appfld.calendar.default.attribute.cod = confirmation of delivery of meeting notice; appfld.calendar.default.attribute.urgent = mark calendar entry/notice as urgent; appfld.calendar.default.attribute.color = color for highlight of entry or NONE; In one embodiment, the attribute section is a bit mask for enable/disable of well known bit position attributes. There can be many attributes. |
| appfld.calendar.default.recips | Comma separated recipients for defaulting in a calendar notice recipient list. These are not defaulted into meeting notices unless requested by the user during composition. A special qualifier can used to specify the type of recipient (e.g. "davood.iyadi@lbxphone.com, cc:ravi.sirrayanan@lbxphone.com, bc:sam.sunn@lbxphone.com" specifies a copy recipient ravi and a blind copy recipient sam. No qualifier is a required attendee. There may be other qualifiers for other recipient types.) |
| appfld.calendar.default.camp | Can share with others whether you permit meeting notices created by others to camp on one of your calendar entries already scheduled. Then, if the original meeting is cancelled, the camped-on meeting becomes scheduled and attendees are automatically notified. True or False. |
| appfld.calendar.default.$ | $ = other field sections. |
| appfld.calendar.type | CALENDAR app type/name can inform others which application is used. |
| appfld.calendar.pending.attribute.Y | Attributes of pending CALENDAR entry being composed as described above. In one embodiment, the attribute section is a bit mask for enable/disable of well known bit position attributes. |
| appfld.calendar.pending.recips | Recipients of calendar entry being composed. |
| appfld.calendar.pending.camp | Camp-on permission of calendar entry being composed. |
| appfld.calendar.pending.cdt | CALENDAR initial creation date/time stamp for pending entry. |
| appfld.calendar.pending.content | CALENDAR data (e.g. calendar body, attachment(s), etc) being created, which may be transported between MSs. This enables a peer to peer CALENDAR delivery (see MS2MS processing). No service is required for MS users to talk to each other. appfld.calendar.pending.content.subj = the subject of the calendar notice. appfld.calendar.pending.content.body = the currently constructed CALENDAR entry body being composed. Attachments are supported with appfld.calendar.pending.content.attach.ct for the number (ct = count) of attachments and appfld.calendar.pending.content.attach.# (1 for first, 2 for second, etc.) for an CALENDAR entry being composed (i.e. pending). |
| appfld.calendar.pending.datetimes | CALENDAR scheduling information (when scheduled). |
| appfld.calendar.pending.recurring | CALENDAR appointment recurring information (e.g. every week, every month, etc) of composed calendar entry. May be null. |
| appfld.calendar.pending.$ | $ = other field sections. |
| appfld.calendar.last.local.ANY.attribute.Y | Attributes of CALENDAR entry last created locally wherein attribute.Y described above for appfld.calendar.attribute.Y. |
| appfld.calendar.last.local.ANY.recips | Same as appfld.calendar.default.recips except for the last entry created locally. |
| appfld.calendar.last.local.ANY.camp | Same as appfld.calendar.default.camp except for the last entry created locally. |

US 10,477,994 B2

339     340

-continued

| | |
|---|---|
| appfld.calendar.last.local.ANY.cdt | CALENDAR creation date/time stamp of CALENDAR entry last created at MS. |
| appfld.calendar.last.local.ANY.content | CALENDAR data (e.g. body, attachment(s), etc) of CALENDAR entry last created at MS. See above for field section descriptions. |
| appfld.calendar.last.local.ANY.datetimes | Same as appfld.calendar.default.datetimes except for the last entry created locally. |
| appfld.calendar.last.local.ANY.recurring | Same as appfld.calendar.default.recurring except for the last entry created locally. |
| appfld.calendar.last.local.ANY.$ | $ = other field sections. |
| appfld.calendar.last.local.{id}.* | There is a field here for each appfld.calendar.last.local.ANY.* field above, however a specific id can be specified (e.g. joe@yahoo.com). This allows access to fields of the most recently created CALENDAR item for a specific person (e.g. MS user). There are a plurality of fields (i.e. *) represented by this row to prevent redundantly listing each field again for an appfld.calendar.last.local.{id} section . . . |
| appfld.calendar.last.other.ANY.* | There is a field here for each appfld.calendar.last.local.ANY.* field above, however the other qualifier indicates that each field is for the most recent CALENDAR entry created by another user (e.g. received by the MS from anyone). There are a plurality of fields (i.e. *) represented by this row to prevent redundantly listing each field again for an appfld.calendar.last.other.ANY section . . . |
| appfld.calendar.last.other.{id}.* | There is a field here for each appfld.calendar.last.other.ANY.* field above, however a specific id can be specified (e.g. joe@yahoo.com). This allows access to fields of the most recently created CALENDAR item from a specific user. There are a plurality of fields (i.e. *) represented by this row to prevent redundantly listing each field again for an appfld.calendar.last.other.{id} section . . . |
| appfld.calendar.next.X | Always contains the next forthcoming (wrt current MS date/time) appointment calendar entry information such as date/time stamp, attendees, location, etc in form: appfld.calendar.next.X for each section (field) X. Can share as appropriate. |
| appfld.calendar.nextavail.X | Can share your next free period of time X on your calendar wrt current MS date/time, such that X is hour (e.g. appfld.calendar.nextavail.hour), day, week, etc. There are many embodiments for permitted forthcoming periods of time available. |
| appfld.calendar.sched.X | Can share any specified calendar portion schedule with others. Embodiments support an X section for any conceivable subset of time of a calendar. The X field is parse-able data (e.g. string) for information. |
| . . . other field sections . . . | . . . |

Calendar section **8002d** information contains useful information for LBX sharing and novel applications thereof wrt a calendar application. For example, a WDR received may be treated uniquely based on a calendar entry, or meeting notice, in progress (WDR in-process at receiving MS or sending MS) or a calendar entry, or meeting notice, last sent (WDR in-process at receiving MS or sending MS). Charters can use data above in AppTerm form as well. In some MS embodiments there are multiple calendar applications wherein the hierarchical section structure would be affected for supporting each calendar application with data specific for the particular application (e.g. appfld.calendar.outlook for qualifying all outlook subordinate sections (e.g. appfld.ab.outlook.type), appfld.calendar.meetingplace for qualifying all meetingplace subordinate sections, etc).

Phone section **8002f** includes subordinate sections including the following examples:

| | |
|---|---|
| appfld.phone.id | = (e.g. "214-405-9999") The real MS caller id which cannot be changed. This number is provided by the telecommunications service provider, or by the peer to peer MS telephone plan. Can be shared with others. This value is preferably used to default appfld.source.id.phone, but can be changed based on permissions (e.g. specify different phone id). |
| appfld.phone.default.volume | Phone call default volume. |
| appfld.phone.default.encrypt | Phone call default encryption algorithm for outgoing voice call. Receiving system recognizes that call is encrypted and handles appropriately. See encryption choices discussed above. May be null. |
| appfld.phone.default. | compressPhone call default compression algorithm for outgoing voice call. Receiving system recognizes that call is |

US 10,477,994 B2

341      342

-continued

| | |
|---|---|
| | compressed and handles appropriately. See compression choices discussed above. May be null. |
| appfld.phone.default.camp | Phone call default camp-on variable which when true allows callers to camp-on a busy phone call session (i.e. call waiting) in a priority order. A unique call waiting tone notifies the MS user for each new party camped-on. |
| appfld.phone.default.$ | $ = other field sections. |
| appfld.phone.caller | Can override appfld.phone.id with a different caller id for the MS if appropriate privileges exist. This allows overriding a real caller id with an acceptable text string. |
| appfld.phone.log.in | Log for calls received by the MS (analogous to a cell phone log with historical number). |
| appfld.phone.log.out | Log for calls made by the MS (analogous to a cell phone log with historical number). |
| appfld.phone.log.missed | Log for calls missed by the MS (analogous to a cell phone log with historical number). |
| appfld.phone.log.vmail | Log for calls that left message to voice mail at the MS (analogous to a cell phone log with historical number). |
| appfld.phone.log.$ | $ = other log field sections. |
| appfld.phone.record.X | appfld.phone.record.rx = True (record voice data of all calls received); appfld.phone.record.tx = False (do not record voice data of all calls made from MS: False is the default so need not be specified); appfld.phone.record.713-303-8900 = True (record calls made to, or received from 713-303-8900); appfld.phone.record.tx:713-303-8900 = True (record calls made to 713-303-8900); appfld.phone.record.rx:713-303-8900 = True (record calls received from 713-303-8900); Other embodiments will support other prefixes for qualifying what to do with recording a specific number (e.g. appfld.phone.record.tx, Houston:713-303-8900 = True (record calls into the Houston folder made to 713-303-8900). Wildcards are supported where reasonable: appfld.phone.record.713* = True (record calls made to, or received from any number from area code 713). appfld.phone.record.ct contains the total number of current record.X configurations excluding the .ct configuration. appfld.phone.record.folder = where to place recording file. Each recording file is identified with its create date/time stamp, and the MS ID involved (e.g. file name convention). Storage is limited, so the MS user should monitor to prevent out of space conditions. |
| appfld.phone.ogm | Can share your OutGoing voice mail Message. Alternate embodiments support appfld.phone.ogm.X wherein X in [primary, alternate1, alternate2, . . . alternateN]. |
| appfld.phone.dt.out | Date/time stamp for last call made from MS. |
| appfld.phone.dt.in | Date/time stamp last call received to MS. |
| appfld.phone.dt.missed | Date/time stamp for last call missed at MS. |
| appfld.phone.type | Phone application type/name can inform others which application is used. |
| appfld.phone.fwd | A parse-able syntactical string of instructions in left to right priority order for how to forward the call with options for other phone number(s), directly to voice mail, conversion to an email, or conversion to a fax. This section is used by other section processing. See appfld.phone.blackout section. This is also used for the DND (Do Not Disturb) function for forwarding directly to voice mail. |
| appfld.phone.ring | Ring setting = ring tone selection reference OR audio file reference. |
| appfld.phone.vibe | Vibration setting = None OR reference for vibration type. |
| appfld.phone.droplocs.X | appfld.phone.droplocs.ct = number of dropped call locations saved at MS, preferably after a system threshold reached for same location; appfld.phone.droplocs.#.data = (# in [1 . . . ct]) parseable data describing location information where phone calls were likely consistently dropped by the local MS poor reception. Data preferably qualifies the location suspected of being dropped such as speed, date/time, elevation, etc. A reasonably sized FIFO |

US 10,477,994 B2

343                                                                344

-continued

| | |
|---|---|
| | queue of dropped call data records is automatically maintained for later warning MS user(s) of trouble spots at a future time. |
| appfld.phone.macro.X | appfld.phone.macro.ct = number of automated ARU interface macros saved/recorded for automated ARU interface use. appfld.phone.#.name = (# in [1 . . . ct]) macro name; appfld.phone.#.cdt = (# in [1 . . . ct]) creation date/time in Julian format (e.g. 8 bytes); appfld.phone.#.ldt = (# in [1 . . . ct]) last changed date/time stamp in Julian format (e.g. 8 bytes); appfld.phone.#.source = (# in [1 . . . ct]) null terminated string macro (e.g. for stocks."1-800-453-6767:1323211"; This indicates a macro named "stocks". The string which follows is the macro and can take various forms; may also be in binary format). See U.S. Pat. No. 5,835,571 ("Automated telephone service interface", Johnson) for embodiments supported here. |
| appfld.phone.pwd.X | appfld.phone.pwd.ct = number of configurations; appfld.phone.pwd.#.pred = (# in [1 . . . ct]) called phone identifier (e.g. called number) for assigned password with wildcarding supported (e.g. 856-234-5589 for specific number, 713* predicate for all calls made to 713 area code, etc); appfld.phone.pwd.#.pwd = (# in [1 . . . ct]) for the associated password. Calling passwords may be shared for a MS user's phone directory maintained. appfld.phone.pwd.#.enabled = (# in [1 . . . ct]) for True to use/transmit the password, otherwise False indicates to not send it as trailing information. See U.S. Pat. No. 5,912,959 ("Method of and system for password protection in a telecommunications network", Johnson) for MS receiving embodiments provided the origination of the call and network, or peer to peer MS2MS implementation, supports processing the password information with the call. If the trailing password is not supported by the receiving MS, or switch, the trailing information is simply ignored. |
| appfld.phone.pwd.rx | appfld.phone.pwd.rx is a delimited (e.g. semicolon) list of passwords which others must use in order for their calls to succeed to this MS. The receiving MS for MS2MS peer calls made will check for a match to the password(s) in order to connect the call when appfld.phone.pwd.rxon = True, otherwise appfld.phone.pwd.rx is not used. One password is typically used, but there may be reasons to provide different password to different callers for unique call processing - e.g. appfld.phone.record section, appfld.phone.fwd section, etc. Calls received are treated uniquely based on the password that accompanies the call. See U.S. Pat. No. 5,912,959 ("Method of and system for password protection in a telecommunications network", Johnson). This disclosure improves that U.S Patent with variable processing based on the password entered. May be null. |
| appfld.phone.pwd.rxon<br>appfld.phone.blackout | Boolean for enable or disable of appfld.phone.pwd.rx. This configuration is very useful for preventing the taking of calls. Calls are automatically forwarded to appfld.phone.fwd processing when one or more blackout conditions are true. This is a syntactical expression which gets elaborated to determine a Boolean True or False result. True causes forward processing, False does not. A charter can be configured for setting this as desired. In an alternate embodiment, .blackout itself contains the Expression (see BNF grammar FIG. 30D) which determines whether or not the call is forwarded as specified by appfld.phone.fwd. Anything that can be specified in a charter expression can be specified here syntactically (e.g. FIG. 51B). In process WDR references (_ref, _I_ref, _O_ref) and profile operators are somewhat odd because a WDR is not the trigger for processing. If used, these are supported by referencing the most recent applicable WDR information being referenced at the MS, and the most recent applicable profile information (all of which are preferably cached as at least a single last instance). WITS filtering would incorporate/invoke/call processing described for FIG. |

US 10,477,994 B2

345                                          346

-continued

| | |
|---|---|
| | 57 and block 5744. In this alternate embodiment, the .blackout section never forwards to .fwd when an error occurs as the result of referencing undefined data. Any error in the Expression is logged to LBX History 30 and renders this configuration useless. May be null. |
| appfld.phone.msg.X | appfld.phone.msg.new.recref = the reference where messages are maintained (e.g. folder name); appfld.phone.msg.new.ct = number of new messages (not yet listened to by MS user); appfld.phone.msg.new.#.record = (# in [1 . . . ct]) the voice mail message left at the MS for the MS user wherein the first 8 bytes contains a date/time stamp in Julian floating point form, the following bytes are a null terminated string containing the caller id, and the remaining datastream contains the recording; appfld.phone.msg.saved.recref = the reference where messages are saved (e.g. folder name); appfld.phone.msg.saved.ct = number of saved messages (already listened to by MS user); appfld.phone.msg.saved.#.record = (# in [1 . . . ct]) the voice mail message left at the MS for the MS user wherein the first 8 bytes contains a date/time stamp in Julian floating point form, the following bytes are a null terminated string containing the caller id, and the remaining datastream contains the recording; The MS user can save voice mail messages to other MS system destinations (e.g. folders), and other data may be saved with the messages in appfld.phone.msg.X.record. |
| appfld.phone.pendingvolume. | Pending call volume. |
| appfld.phone.pending.encrypt | Pending call encryption algorithm or null. |
| appfld.phone.pending.compress | Pending call compression algorithm or null. |
| appfld.phone.pending.camp | Pending call camp-on setting.(True or False). |
| appfld.phone.pending.cdt | Pending call creation/date time (when call started). |
| appfld.phone.pending.recref | Pending call recording reference (e.g. file name) or null. |
| appfld.phone.pending.pwd | Pending call applicable password used or null. |
| appfld.phone.pending.macro | Pending call macro used or null. |
| appfld.phone.pending.orig | Caller id of originator of the call. |
| appfld.phone.pending.data | This is voice call data which is only present in incoming or outgoing WDRs when a peer to peer MS2MS call is in progress. This section contains a subset of the call since the call may be ongoing, and previous WDRs contain old voice call data. .data contains a snapshot of voice data of a call in progress. |
| appfld.phone.pending.$ | $ = other field sections. |
| appfld.phone.last.out.ANY.cdt | Call start date/time. |
| appfld.phone.last.out.ANY.recref | Call recording reference if recorded, otherwise null. |
| appfld.phone.last.out.ANY.pwd | Call password is used, otherwise null. |
| appfld.phone.last.out.ANY.macro | Call macro if used, otherwise null. |
| appfld.phone.last.out.ANY.orig | Call originator caller id. |
| appfld.phone.last.out.ANY.edt | Call end date/time. |
| appfld.phone.last.out.ANY.$ | $ = other field sections. |
| appfld.phone.last.out.{id}.* | There is a field here for each appfld.phone.last.out.ANY.* field above, however a specific id can be specified (e.g. 214-403-4071). This allows access to fields of the most recently completed call made to a specific person (e.g. MS user). There are a plurality of fields (i.e. *) represented by this row to prevent redundantly listing each field again for an appfld.phone.last.out.{id} section. . . |
| appfld.phone.last.in.ANY.* | There is a field here for each appfld.phone.last.in.ANY.* field above, however the qualifier indicates that each field is for the most recent phone call received from another MS user (e.g. received from anyone). There are a plurality of fields (i.e. *) represented by this row to prevent redundantly listing each field again for an appfld.phone.last.in.ANY section. . . |
| appfld.phone.last.in.{id}.* | There is a field here for each appfld.phone.last.in.ANY.* field above, however a specific id can be specified (e.g. 214-403-4071). This allows access to fields of the most recent phone call received from a specific user. There are a plurality of |

US 10,477,994 B2

347

348

-continued

| | fields (i.e. *) represented by this row to prevent redundantly listing each field again for an appfld.phone.last.in.{id} section . . . |
|---|---|
| . . . other field sections. . . | . . . . |

Phone section **8002***f* information contains useful information for LBX sharing and novel applications thereof wrt a phone application. For example, a WDR received may be treated uniquely based on a phone call in progress (WDR in-process at receiving MS or sending MS) or a phone call last made (WDR in-process at receiving MS or sending MS). Charters can use data above in AppTerm form as well. In some MS embodiments there are multiple phone applications wherein the hierarchical section structure would be affected for supporting each phone application with data specific for the particular application (e.g. appfld.phone.dialit for qualifying all dialit phone application subordinate sections (e.g. appfld.ab.dialit.type), appfld.phone.skype for qualifying all skype subordinate sections, etc)). Additional appfld.phone section data is defined for MS conference call capability, such as tracking all callers who are parties to a current or past conference call.

Dropped locations provide a directory to "trouble-spots" that a MS user may encounter in the future. The directory of "trouble-spots" are used to warn a MS user of areas to avoid when engaging in phone calls. In one embodiment, when a MS user travels to the direction of a location marked as a dropped call location, the user is alerted with a reminder. In another embodiment, the user is alerted with a reminder during an active phone call when approaching a dropped call location. In another embodiment, a threshold is configured for a number of acceptable dropped calls in the vicinity of a location. After to that threshold is reached (e.g. >=3 times), the user is alerted for future travels to the particular location. There are various embodiments for making user of "trouble-spot" history to inform a user at a future time.

Emergency section **8002***g* includes subordinate sections including the following examples:

| | |
|---|---|
| appfld.emergency.type | appfld.emergency.type = "Fire", "Police", "Ambulance", "Amber", "Person Needs Help", "Construction Caution", "Traffic Caution", "Terror Alert", or any other emergency, warning or alert situation description. This may be a well known byte code indication for space preservation rather than a string. An originator specification. |
| appfld.emergency.cdt | Emergency/warning creation date/time stamp. |
| appfld.emergency.duration | = a period of time in seconds, minutes, hours, days, weeks, etc. See time period specifications discussed above. NULL indicates to remain in effect until WDRs are not being received with the information. This is used with .cdt to determine when to move to .last. An originator specification. |
| appfld.emergency.content.type | Content type (e.g. string). An originator specification. |
| appfld.emergency.content.alert | The content alert = (e.g. "Ambulance Needs Right-Of-Way!"). An originator specification. |
| appfld.emergency.content.prefmeth | appfld.emergency content.prefmeth = preferred method for notifying user (visual, audio, both) in which case a conversion may take place to recipient MS .method. An originator specification. |
| appfld.emergency.method.meth | appfld.emergency method, meth = audio, focused object, alert area (predefined alert area), or any combination thereof. A conversion may take place depending how .prefmeth was specified. A recipient MS specification. |
| appfld.emergency.method.font | Font to use when displayed in predefined area. A recipient MS specification. |
| appfld.emergency.methodsize. | Size to use when displayed in predefined area. A recipient MS specification. |
| appfld.emergency.methodcolor. | Color of textual alert to use when displayed in predefined area. A recipient MS specification. |
| appfld.emergency.method.volume | Volume of audio alert to use. A recipient MS specification. |
| appfld.emergency.method.$ | $ = other field sections. |
| appfld.emergency.last.self | An entire copy of the most recent WDR containing an emergency which was sent out from this MS. An alternate embodiment may choose any subset of the WDR, but emergency sections of fields 1100k and the WDR location information are important to maintain for functionality herein. |
| appfld.emergency.last.other | An entire copy of the most recent WDR containing an emergency which was received by this MS from another MS. An alternate embodiment may choose any subset of the WDR, but emergency sections of fields 1100k and the WDR location information are important to maintain for functionality herein. |
| . . . other field sections . . . | . . . . |

US 10,477,994 B2

349

Emergency section **8002g** information contains useful infor-
mation for LBX sharing and novel applications thereof wrt
an emergency or warning application. Furthermore, a MS
user ("Individual") may want to generate help requests using
this section. A WDR received may be treated uniquely based
on a known emergency situation in progress (WDR in-
process at receiving MS or sending MS) or an emergency
situation which recently occurred (WDR in-process at
receiving MS or sending MS). Charters can use data above
in AppTerm form as well. In some MS embodiments there
are multiple emergency/warning/alerting/help-request appli-
cations wherein the hierarchical section structure would be
affected for supporting each application variety with data
specific for the to particular application.

350

In one example, fire trucks speed to the scene of a fire.
Without the use of a service (i.e. peer to peer MS commu-
nications), an automobile (i.e. fire-truck) installed or fireman
handheld MS beacons WDRs which are received by other
MSs in the vicinity (e.g. other driver MSs). Recipient peer
MSs can determine from time and location information
whether or not to alert their users that the fire truck(s) is
nearby (e.g. approaching fast from behind) and needs the
road cleared for easy passing. MS users can then drive to the
side of the road and allow easy access for the fire trucks.

Locational section **8002h** includes subordinate sections
including the following examples:

| | |
|---|---|
| appfld.loc.blackout | This configuration is very useful for preventing the beaconing of WDRs (outbound). WDRs are prevented by WITS filtering from being transmitted outbound. True prevents transmission, False has no effect on the outbound destined WDR. A charter can be configured for setting .blackout as desired. May be null for False. This could be simply set to True to always prevent beaconing WDRs. In an alternate embodiment, .blackout itself contains the Expression (see BNF grammar FIG. 30D) which determines whether or not the WDR(s) are beaconed. Anything that can be specified in a charter expression can be specified here syntactically (e.g. FIG. 51B). In process WDR references (_ref, _I_ref, _O_ref) and profile operators are somewhat odd because a WDR is not the trigger for processing. If used, these are supported by referencing the most recent applicable WDR information being referenced at the MS, and the most recent applicable profile information (all of which are preferably cached as at least a single last instance). WITS filtering would incorporate/invoke/call processing described for FIG. 57 and block 5744. In this alternate embodiment, the .blackout section evaluates to False when an error occurs as the result of referencing undefined data. Any error in the Expression is logged to LBX History 30 and renders this configuration as set to False. |
| appfld.loc.mode | Current MS mode = DLM or ILM (e.g. maintained at FIG. 2F processing). |
| appfld.loc.geofence.X | appfld.loc.geofence.ct = count of geofences configured; appfld.loc.geofence.#.name (# in [1 . . . ct]) = a null terminated string name for the geofence configured; appfld.loc.geofence.#.source (# in [1 . . . ct]) = geofence data encoding with a binary encoding length in the first 4 bytes, or a null terminated encoding string. See "Pingimeters" of U.S. Patent pending serial number 11/207,080 ("System and Method for Anonymous Location Based Services", Johnson). "Geofence" is the industry terminology referenced with the gpsping.com trademark term Pingimeter. The lbxPhone ™ enforces a reasonable maximum number configured by the user. |
| appfld.loc.halo.units | The units (inches, feet, meters, miles, etc) of the "halo" around this MS. |
| appfld.loc.halo.value | The distance measurement of the halo around the mobile MS in the units of appfld.loc.halo.units. This is identical to a "moving interest radius" since it is a radius around the MS. See "moving interest radius" of U.S. Patent pending serial number 11/207,080 ("System and Method for Anonymous Location Based Services", Johnson). A "Halo" is a new coined term for a "mobile interest radius" in the MS peer to peer LBX architecture. "Halo" terminology provides software engineer jargon to distinguish between a peer to peer moving interest radius in the LBX architecture from a moving interest radius in a conventional service centric architecture. |
| appfld.loc.mark.X | appfld.loc.mark.ct = count of marks being maintained at the MS. appfld.loc.mark.#.name = (# in [1 . . . ct]) null terminated name/description for the mark; appfld.loc.mark.#.cdt = (# in [1 . . . ct]) 8 bytes containing creation date/time in Julian format; appfld.loc.mark.#.ldt = (# in [1 . . . ct]) 8 bytes containing last changed date/time in Julian format; appfld.loc.mark.#.source = (# in [1 . . . ct]) appropriate encoding for mark location information (e.g. WDR fields 1100c, 1100e, 1100h, 1100i, 1100j, etc). The |

US 10,477,994 B2

351                                                           352

-continued

| | |
|---|---|
| | length of location information is kept in the first 2 bytes of the .source datastream, unless encoded as a null terminated string. Location marks (sometimes called "location tags" or "waymarks") can be set for use. For example, a user wants to mark where he parked the car prior to entering a shopping mall. The user sets a mark for the location without needing to know details of the location. That mark can then be used in a charter(s) to automatically notify the user that he is approaching his vehicle in the parking lot, or can direct the user to the vehicle, indicate how far away, or provide other useful navigation information. |
| appfld.loc.dcdb.X | appfld.loc.dcdb.ct = count for number of deliverable content database (DCDB) records being maintained at the MS for automated delivery to the MS user, or peer MS users provided applicable permissions are in place, and charters are configured for trigger processing; appfld.loc.dcdb.#.desc = (# in [1 . . . ct]) null terminated description or name for the DCDB entry; appfld.loc.dcdb.#.cdt = (# in [1 . . . ct]) 8 bytes containing creation date/time in Julian format; appfld.loc.dcdb.#.ldt = (# in [1 . . . ct]) 8 bytes containing last changed date/time in Julian format; appfld.loc.dcdb.#.source = (# in [1 . . . ct]) appropriate encoding for DCDB data. The length of DCDB information is kept in the first 2 bytes of the .source datastream, unless encoded as a null terminated string. DCDB information is encoded as an embodiment of DCDB record data disclosed in U.S. Pat. Nos. 6,456,234; 6,731,238; 7,187,997, and Ser. No. 11/207,080 (Johnson). A MS may maintain here its own content, as well as content for, or from, others. Permissions govern how the data is shared and charters configured govern how the data is used. The DCDB is a set of records for defining situational locations (see U.S. Pat. Nos. 6,456,234; 6,731,238; 7,187,997 (Johnson)) with associated DCDB information for delivery. No service is involved here. Delivery is automated between MSs in the vicinity of each other, for example in a peer to peer manner. |
| appfld.loc.beacon.expr | appfld.loc.beacon.expr = expression to be evaluated at the receiving MS for determining if true or false. A true evaluation results in the received WDR being further processed, otherwise a False results in WITS filtering causing the WDR to be filtered out from further processing. For example, an expression of ((\thisMS = "Larry") & \loc_my $(50F) _I_location) & (_I_msid = Joe)) is used to identify if the receiving MS Larry is within 50 feet of the MS Joe. Note that the expression gets evaluated at the receiving MS as though the expression were originally specified there, so the requesting user (if privileged) must be careful to encode in terms of that MS. Any supported charter expression can be specified. Anything that can be specified in a charter expression can be specified here syntactically (e.g. FIG. 51B), except _O_ref and _ref specifications are not supported since it is an inbound WDR for processing. WITS filtering incorporates/invokes/calls processing described for FIG. 57 and block 5744. Any error in the Expression is logged to LBX History 30 and renders this configuration as set to true. appfld.loc.beacon.cdt = 8 bytes containing creation date/time in Julian format; appfld.loc.beacon.ldt = 8 bytes containing last changed date/time in Julian format; In an alternate embodiment wherein WDRs are Wireless Data Records without location information, this data may be moved to a more appropriate section for processing. |
| appfld.loc.beacon.type | appfld.loc.beacon.expr = setting used when .expr has been specified; NONE = do not beacon the receiving MS (i.e. WDR is processed as usual); AUDIO = sound file to be played at MS if the sending user is so privileged. In one embodiment, an additional appfld.loc.beacon.vol specifies a volume setting if the sending user is so privileged; CHARTER = a named charter section which can be executed if the sending MS user is so privileged (i.e. any actions for any conditions can be performed); Encoding includes a single type code followed by a null terminated data string. |
| . . . other field sections . . . . . | |

US 10,477,994 B2

353

Locational section **8002***h* information contains useful information for LBX sharing and novel applications thereof wrt a locational application. Prior art required a service for automated functionality using geofences and content delivery. A WDR received may be treated uniquely based on a known locational situation in progress (WDR in-process at receiving MS or sending MS) or a locational situation which recently occurred (WDR in-process at receiving MS or sending MS). Charters can use data above in AppTerm form as well. In some MS embodiments there are multiple locational applications wherein the hierarchical section structure would be affected for supporting each application variety with data specific for the particular application.

Perhaps one of the more exciting registered applications in the LBX architecture has been the Radio Frequency Identification (RFID) section. The wireless multi-wave, multi-frequency and multi-channel nature of an lbxPhone™ together with many emerging RFID applications makes a great marriage. Passive RFID devices do not contain a battery. The power is supplied by the MS when reading the RFID tag. The MS transfers energy to the RFID device (e.g. a transponder) by emitting electromagnetic waves through the air (i.e. wireless). The RFID device uses the Radio

354

Frequency (RF) energy to charge up and it receives command/data signal information. The RFID device then responds accordingly to the MS. The MS receives the response and performs applicable processing. For example, when appropriate radio waves from the MS are encountered by a passive RFID device, a coiled antenna within the device forms a magnetic field which provides power for energizing circuits in the device. Other passive embodiments may also be used. The device can then carry out capable functionality (e.g. respond automatically with information). Active RFID devices contain a power source (e.g. battery) for the device's circuitry and antenna, and therefore tends to carry out richer functionality. A MS may respond to an active RFID device (i.e. RFID device initiates) or may initiate communicating with it. A passive RFID device and active RFID device are data processing systems. An LBX enabled MS is not intended to address issues with RFID technologies (e.g. zombies, distance, encryption, size, use, environment, etc), but to leverage use and enhance user experiences with novel applications. RFID operations, standards, frequency ranges (e.g. LF, HF, UHF) and embodiments are well known in the art. RFID section **8002***i* includes subordinate sections including the following examples:

| | |
|---|---|
| appfld.rfid.id | This value is preferably used to default appfld.source.id.rfid, but can be changed based on permissions. RFID identifier of MS. |
| appfld.rfid.passive.enabled | = True (MS is enabled for passive RFID capability), otherwise False (the default). This means the MS has its own RFID capability for other readers (e.g. an RFID passive module incorporated therein/thereon). In one embodiment, a MS is a small and minimal scale product for being used as a more intelligent radioactive tag to be placed on an article of manufacture (e.g. shipping container). MS passive RFID capability. |
| appfld.rfid.passive.channel | The unique channel identifier for MS RF communications used in listening for probes to respond to. The channel is set up ahead of time by an administrator and has associated wave form characteristics (e.g. frequency). |
| appfld.rfid.passive.response | The byte stream to respond to a (initial) probe with. This is of a limited length dependent on the length of time available for power to the installed passive RFID module. The response may contain instructions for subsequent MS interoperability processing (e.g. carried by subsequent WDR data in application fields 1100k). In some embodiments, the passive RFID module has no interface to this data in which case the passive RFID module provides its own data in response and the MS user has no control over data which is responded with. |
| appfld.rfid.active.enabled | = True (MS is enabled for active RFID capability), otherwise False (the default). This means the MS has its own RFID capability enabled on at least one channel for other readers as evidenced in appfld.rfid.listen.X sections. In one embodiment, a MS is a small and minimal scale product for being used as a more intelligent radio-active tag to be placed on an article of manufacture (e.g. shipping container). All MS active RFID capability can be enabled or disabled with this field. An alternate embodiment supports a section appfld.rfid.listen.#.enabled = True or False below for enabling/disabling individual channel usage that remains administrated. |
| appfld.rfid.listen.X | This reflects MS configured capability to interact with active initiating RFID devices. appfld.rfid.listen.ct = count (number) of RFID channels configured to listen on. appfld.rfid.listen.#.channel = (# in [1 . . . ct]) a channel that has been configured in advance so that any transmissions received from active RFID tags is received through a receive queue to at least one thread handling the channel. A channel maps to a communications interface 70 for supporting any variety of communications, preferably through a receive queue interface of receive queue 26 with an identifier for distinguishing which thread(s) are to receive what is deposited to the queue. A separate queue may be implemented as well. This discussion is |

US 10,477,994 B2

355                                          356

-continued

| | |
|---|---|
| | analogous to receive queue 26 discussions above. A channel has associated wave form characteristics (e.g. frequency) and anticipated protocol. An administrator has configured the MS and receive threads in advance (e.g. appfld.rfid.listen.1.channel = 12980000 such that 12980000 is the channel id (which coincidentally is the same as 12.98 Mhz). Presence of appfld.rfid.listen.# sections implies they are enabled. Removal of the entry implies disabling it. appfld.rfid.listen.#.launch = (# in [1 . . . ct]) the fully qualified executable path (e.g. invoked application) or callback interface to invoke. The preferred embodiment passes the channel identifier from the received queue so that a single executable is able to handle all configured channels. However, that single executable can receive appfld.rfid.listen.#.launch for in turn invoking a unique executable specified here for the channel. appfld.rfid.listen.#.cdt = (# in [1 . . . ct]) 8 bytes containing creation date/time in Julian format; appfld.rfid.listen.#.ldt = (# in [1 . . . ct]) 8 bytes containing last changed date/time in Julian format; The .listen sections are said to be a RFID listen registry. |
| appfld.rfid.seek.X | This reflects MS configured capability to interact with RFID devices whereby the MS is the initiator (i.e. RFID device is not initiating). appfld.rfid.seek.ct = count (number) of channels configured. appfld.rfid.seek.#.channel = (# in [1 . . . ct]) a channel that has been configured in advance for transmissions to be sent to RFID devices. A channel has been configured in advance so that polling transmissions can be made for active RFID devices, either in an automated manner, or based on user request. A transmission is made through a send queue using at least one thread handling the channel. A channel maps to a communications interface 70 for supporting any variety of communications, preferably through a send queue interface like send queue 24 (or perhaps the same send queue 24 with an identifier for which channel to send on). A channel has associated wave form characteristics (e.g. frequency) and prescribed protocol. An administrator has configured the MS and send threads in advance (e.g. appfld.rfid.seek.1. = 13560000 such that 13560000 is the channel id (which coincidentally is the same as 13.56 Mhz). Presence of appfld.rfid.seek.# sections implies they are enabled. Removal of the entry implies disabling it. appfld.rfid.seek.#.poller = (# in [1 . . . ct]) the fully qualified executable path (e.g. invoked application) for polling RFID devices in the vicinity. The preferred embodiment uses a single executable to handle all configured channels, so the same executable may be referenced across multiple entries. Alternatively, there may be a unique executable specified here for each channel. appfld.rfid.seek.#.probe = (# in [1 . . . ct]) the data to probe the RFID device with (the initial data transmission). Various embodiments support binary or string specification; appfld.rfid.seek.#.callback = (# in [1 . . . ct]) interface to invoke on a mapped response. appfld.rfid.seek.#.cdt = (# in [1 . . . ct]) 8 bytes containing creation date/time in Julian format; appfld.rfid.seek.#.ldt = (# in [1 . . . ct]) 8 bytes containing last changed date/time in Julian format; The .seek sections are said to be a RFID seek registry. |
| . . . other field sections . . . . . | |

RFID section **8002i** information contains useful information for LBX sharing and novel applications thereof wrt a RFID application. A WDR received may be treated uniquely based on a known RFID situation in progress (WDR in-process at receiving MS or sending MS) or a RFID situation which recently occurred (WDR in-process at receiving MS or sending MS). Charters can use data above in AppTerm form as well. In some MS embodiments there are multiple RFID applications wherein the hierarchical section structure would be affected for supporting each application variety with data specific for the particular application. See discussions for FIGS. **80**D and **80**E for the integration of RFID technologies into the LBX application framework.

In some embodiments, Radio Data Systems (RDS) transmissions (e.g. over FM) are used for NTP synchronization among MSs. In some embodiments, RDS transmissions are used to broadcast WDRs for being received by MSs in the vicinity for LBX processing. In some uses, RDS WDRs received are processed for automated application behavior according to privileges and/or charters which have been configured at a MS. Some LBX uses replace similar conventional RDS applications with a richer user experience. For example, FM radio stations transmit RDS data for displaying information of the song, album, artist, etc. The LBX architecture provides a fully automated platform for receiving the same RDS transmissions, detecting and checking application fields therein, and then processing a multi-

US 10,477,994 B2

357

tude of automated conditional actions. Atomic commands and operands disclosed provide excellent tools for automatically handling RDS transmissions, for example to record a song being played, or notify a peer MS user with a song selection, or saving a new song, title and/or other music criteria for an artist of interest, perhaps to become automatically notified or made aware of other music of interest. A desirable song may be automatically ordered by the MS through automatically processed charters based on RDS data received, user acknowledgement of RDS data received, or through a MS application which exposes, or processes, RDS data received. RDS fits well into the wireless multi-wave, multi-frequency and multi-channel nature of a LBX enabled MS (e.g. IbxPhone™). A channel can be administrated analogously to a RFID listen channel for the same framework of processing.

Hotspot section **8002***j* includes subordinate sections including the following examples:

| | |
|---|---|
| appfld.hotspot.listen | = True (keeping track of hotspots), otherwise False (the default). |
| appfld.hotspot.X | appfld.hotspot.history.ct = count of historical unique hotspots detected by the MS with an associated signal location for the hotspot saved. appfld.hotspot.history.#.cdt = (# in [1 . . . ct]) 8 bytes containing creation date/time in Julian format; appfld.hotspot.history.#.ldt = (# in [1 . . . ct]) 8 bytes containing last changed detected date/time in Julian format; appfld.hotspot.history.#.name = (# in [1 . . . ct]) hotspot name detected; appfld.hotspot.history.#.location = hotspot information for the most recent location information (e.g. WDR fields 1100c, 1100e, 1100h, 1100i, 1100j, etc) detected for the strongest hotspot signal for this named hotspot The length of location information is kept in the first 2 bytes of a binary datastream, otherwise an encoded string is null terminated; The location will change when the strength of the same detected hotspot has grown stronger relative previous detections. All #.name entries are unique, however system settings may be used to determine if the locations of detection are so far apart that the configuration deserves its own saved hotspot information (i.e. .#.name entries not unique). |
| appfld.hotspot.$ | $ = other field sections. |
| . . . other field sections . . . . . | |

Hotspot section **8002***j* information contains useful information for LBX sharing and novel applications thereof wrt a hotspot dependent application (e.g. makes use of faster connect speed). A WDR received may be treated uniquely based on a known hotspot situation in progress (WDR in-process at receiving MS or sending MS) or a hotspot situation which recently occurred (WDR in-process at receiving MS or sending MS). Charters can use data above in AppTerm form as well. In some MS embodiments there are multiple hotspot applications wherein the hierarchical section structure would be affected for supporting each application variety with data specific for the particular application. Hotspot information supports feeding a directory of available hotspots (e.g. WiMax or WiFi) which can be used to inform MS users of hotspot whereabouts for future use.

Services section **8002***k* includes subordinate sections including the following examples:

| | |
|---|---|
| appfld.services.X | appfld.services.ct = count of dynamically routed services maintained here (# in other configurations is from 1 . . . N based on .ct); appfld.services.#.handle = Handle (e.g. name) to the service; appfld.services.#.route = Dynamic route last detected to the service; appfld.services.#.address = |

358

-continued

| | |
|---|---|
| | Address of dynamically routed service (e.g. 76.211.34.125:23462). appfld.services.#.ldt = Date/time stamp of when the service was last used at the MS which includes this field outbound. There are fields appfld.services.#.$ for fields $ from records 8500 in the Service Directory 16. Fields in this LBX release are the minimum set of requirements for accomplishing propagated service invocation functionality in a LN-expanse. . . . |
| . . . other field sections . . . | |

Services section **8002***k* information contains useful information for LBX sharing and novel applications thereof wrt available services. A WDR received may have the services made known added to the service directory **16** at the receiving MS for use in cases where the needed service(s) are not available when needed. A MS may route requests through another MS(s) in order to get access to a needed service. There may be many services.X sections for many services which are shareable between MSs. The service handles are preferably standardized for use (i.e. a service name) in MS user interfaces. See FIGS. **84** and **85**A, and related discussions for additional information. Section **8002***k* facilitates publishing propagate-able services.

Statistics section **8002***l* includes sections for statistical data including the following examples:

| | |
|---|---|
| appfld.statistics.phone.X | Statistic X for the registered phone application. |
| appfld.statistics.calendar.X | Statistic X for the registered calendar application. |
| appfld.statistics.email.X | Statistic X for the registered email application. |
| appfld.statistics.ab.X | Statistic X for the registered ab application. |
| appfld.statistics.$.X | Statistic X for the registered $ application. |
| . . . other field sections . . . | There are many statistics with an appropriate hierarchy for organization. |

Statistics section **8002***l* information contains useful information for LBX sharing and novel applications thereof wrt useful reporting statistics. A WDR received may be treated uniquely based on a known statistical situation in progress (WDR in-process at receiving MS or sending MS) or a

US 10,477,994 B2

359

statistical situation which recently occurred (WDR in-process at receiving MS or sending MS). Charters can use data above in atomic term form as well. In some MS embodiments there are multiple MS applications which make use of statistics wherein the hierarchical section structure would be affected for supporting each application variety with data specific for the particular application. The statistics section appeared prior to application fields **1100k** registration.

Application sections which are not yet registered are every bit as important as ones that are. The review process may not keep pace with Presentations and RFPs. RFP application sections have a variety of implementations in context of the LBX architecture, including:

appfld.traffic.*=Traffic reports which are maintained by MS users or by authorized traffic control administrators, or automated traffic systems in the vicinity. This may be useful data to share as MS users are mobile.

appfld.appliance.*=Data sharing for operating nearby appliances. This may or may not be integrated with RFID application section data. This is used for operating motor vehicle remote access, television remote control operation, wash machine cycle operation, window blind operation, or any other appliance with capable remote control operation, preferably using radio waves. For example, as a MS comes within range of your window blinds in the living room, a set of blind controls will expose themselves on your MS for controlling the blinds. A charter is used to automate revealing (i.e. starting) the control application on the MS.

appfld.acctmgt.*=Data sharing for automatically performing financial transactions. Strong encryption is a necessary feature for this to be a marketable solution. In general, WDRs may be compressed and/or encrypted independent of specific WDR fields, however some application sections will support encrypting to be sure the MS provides an encryption option when all WDRs are not being encrypted.

appfld.transport.*=Data sharing for making nearby transportation services aware of your need for a ride, and for transportation services letting potential customers know that a ride is available, the cost, etc. For example, a MS user seeks a taxi, or taxi cab MS user seeks a customer. Data sharing enables timely MS user awareness of availability with appropriate permission and charter configurations.

appfld.carpool.*=Data sharing for discovering potential carpool members who share common mobile routes during similar scheduled times. The discovery is completely automatic with appropriate permission and charter configurations, and those who are interested in such discovery are notified. For example, charters may be configured for saving MS identifiers with location and date/time information for then later comparing for consistency. The MS user can make configurations active for certain routes taken so that only MS users along those routes are considered for carpool candidates. Repeated detections of the same MS identifiers at similar times on the same route(s) can alert a MS user as a possible candidate worthy of subsequent communications, or automated communications (automatic send of email) based on charter configuration(s).

appfld.advertise.*=Data sharing for a MS user's willingness to accept MS location based advertisements. Also, permits users to advertise what they want to advertise to willing receiving MS users (like a peer to peer Craig's List). Privileges manage who gets what kind of information.

360

appfld.news.*=Data sharing for a MS user's interested topic areas for MS location dependent news, and the actual news which is delivered to MS users. Data depends on who (MS user or news data processing system in the vicinity) is originating specified sections herein.

appfld.media.*=Data sections for automatically marking, dating, sizing, framing, tagging, or performing any other special configuration to pictures or videos taken at the MS. Media data can be shared in WDRs between MSs as governed by privileges and charters. For example, automatically send a copy to your sister when detected within the vicinity.

appfld.parking.*=Data sharing for quickly guiding a driver with a MS to a most preferred available parking spot, and for carrying a MS user's preference for eh type of parking spot (e.g. width, distance from establishment, # accessible sides, etc). Data depends on who (MS user or parking lot data processing system in the vicinity) is originating specified sections herein.

Application sections which have been presented, but require a formal RFP to be signed off include:

appfld.employ.*=Data sharing for making MS users aware of job opportunities, and employers aware of employee opportunities. MSs nearby each other perform automated job matches for appropriate notification to a potential employer and potential employee or contractor. This is much like www.linkedin.com functionality in a peer to peer framework context (no service). Current economy conditions show promise for this section.

appfld.real.*=Data sharing for real estate business opportunities, real estate advertising, availability, and financing—a sort of all things real estate section for MS users in a peer to peer framework.

An application section which has been tabled includes:

appfld.personal.*=Data sharing for all things personal between a group of MS users. The appfld.profile.contents is already in use for singles/dating information or other personal match-making and sharing applications. MS users maintain their own data of any kind in appfld.profile.contents. In an alternate embodiment, MS users may invoke API(s) which define new sections in fields **1100k** for being updated by WITS processing (e.g. at blocks **5703**). The API(s) can support adding, stripping or altering the new section data for a variety of home-grown application reasons.

There will be other application sections over time. None of these sections are shared (e.g. sent outbound) by default. A user enables appropriate section(s) for being shared. There are other application sections such as:

appfld.music.*=MS user music preferences for being notified of music share opportunities and store music consensus play.

appfld.shopping.*=MS user shopping lists to be automatically used for guiding a shopping travel through a store, for checkout, etc

appfld.religion.*=MS user peer to peer interaction with other users for religious/church related interests.

appfld.stocks.*=MS user peer to peer interaction for Wall-street stock interests.

In a binary encoding embodiment, an appname section (FIG. **80**A), reference section (FIG. **80**B (i.e. FIG. **80**B-#)), and field sections thereof are very similar to TCP/UDP sockets and ports in the way they are implemented, deployed, documented, standardized and functionally amended. Registered application fields may be viewed like

US 10,477,994 B2

361 362

"well known ports", and users may use fields **1100**$k$ outside of any specification (like "dynamic ports" or "private ports"). Permissions **10** (privileges) enforce in WITS for any in-process WDR path for controlling who sees what, when, and how. For example, certain MS users can see another user's calendar, but other users can't, or certain MS users can see another user's calendar at certain times, but other users can't, or certain MS users can see another user's calendar during certain processing (e.g. application state(s) provide enablement), but other users can't. Any privileges may be specified with Parameters or TimeSpec information as described above. Supporting a vast number of application fields provides much richer charter specifications by supporting automated actions for rich complex expressions. Groups of MS users (e.g. an audience) who are in the vicinity with certain data can be responded to in an automated manner based on information received by another MS (or MS user) or a strategically placed data processing system emulating an LBX enabled MS. Applications are limitless in the LBX architecture as WDRs are shared (e.g. beaconed) between MSs. Various sections may be enforced by the MS for:

Section(s) for local use only (i.e. not shared);

Section(s) have allowable set(s) of initialization data;

Section(s) shared in system configured (e.g. privileged) manner; or

Section(s) indiscriminately shared.

Application fields **1100**$k$ descriptions have been presented for easy reading. In another preferred embodiment, application fields **1100**$k$ references (e.g. FIG. **80**B and discussions above) include methods in an OOP environment. Main sections (e.g. source, profile, email, etc) are defined with an object programming "Class" and sections within that class can be "public" functions (i.e. methods) of the class. In this embodiment, WITS processing invokes the methods of the appropriate class with data specified as parameters to the methods. In this way, fields **1100**$k$ contains data for parameters to methods of object classes identified with the section reference. Classes may be quite complex and include private and protected function processing, private and protected data, and OOP relationships to other objects. WITS processing uses the public class APIs to carry out functionality. In this embodiment, when a method is invoked (e.g. from a charter expression), the method returns a function result of data that is appropriate for use where the method is used (e.g. \ref, _ref, _l_ref or _O_ref all return data where they are referenced as though they were simply referencing a data field (overloaded)). The advantage to OOP is having the ability to hide complex processing in what appears to be a simple reference. This enables many other application fields **1100**$k$ sections (i.e. " . . . " in the tables) for being defined with significantly richer application offerings. Details of OOP are well known to those skilled in the art, and such detail will merely cloud discussion herein.

Some of the application fields **1100**$k$ sections are enumerated (e.g. appfld.services.1.handle, appfld.rfid.listen.3.channel, etc). The number of enumerations depends on a count (e.g. appfld.services.ct, appfld.rfid.listen.ct, etc) that may not be anticipated by a MS user in a charter configuration. A MS user may also not be able to anticipate which record of the enumerations contains the sought value in a charter configuration. The # operator is referred to as a cached index operator in charter configurations. Any section which is enumerated can have the # operator used. The last True condition result within a thread

which uses the # operator saves the index used in that condition for subsequent use within the same thread context. For example:

("SiteName"_appfld.services.#.handle):

    Notify     Weblink     (_appfld.services.#.address,,,
    target="_blank");

If any of the appfld.services.#.handle data fields (i.e. for 1 to count (_appfld.services.ct automatically accessed by charter processing)) contains "SiteName", then the cached index retains the index value that produced the True condition result so that it has meaning thereafter. Assuming 7 was cached for the # operator because appfld.services.7.handle was set to "SiteName", then the reference to _appfld.services.#.address takes on the value of _appfld.services.7.address. If "SiteName" was not found, then # in _appfld.services.#.address would be undefined and cause the charter expression to not be true and not execute anyway.

The cached index operator should be carefully because it has side effects:

    # retains the most recent index value for a True condition result involving a # match (e.g. ^or !^ operators) within a thread context, therefore a most recent True condition from many charters processed before the current charter in the same thread context will have the cached index operator set to that most recently caused value, regardless of how far back in thread context processing occurred;

    A cached index set value can be referenced many times without changing the value until another True Condition occurs thereafter in the same thread context;

    Multiple condition expressions are performed left to right where the rightmost condition is last unless a former condition in the same expression already produced a False result. Parenthesis govern condition ordering with the most inside parenthesized conditions processed prior to the outermost conditions; and

    A reference to # which has had no cached value saved in the current thread context causes an error such that the error is logged and charter ignored.

There are various embodiments for # processing schemes and operator uses for carrying out comparisons and references involving sections which cannot be anticipated exactly. In an alternate embodiment, special functions can be provided for returning an index explicitly which can then be used like a variable for an explicitly referenced array section. However, this may burden MS users with additional syntax for getting to sought data.

FIG. **80**C depicts a flowchart for describing a preferred embodiment of a procedure for application fields **1100**$k$ section initialization processing. Processing starts at block **8010**, for example upon a user to request initialization, or some MS initialization or termination processing. In one embodiment, block **1496** may be modified to include new blocks **1496**$d$, **1496**$e$, and **1496**$c$ such that:

    Block **1496**$d$ checks to see if the user selected to perform (configure) application fields **1100**$k$ section initialization—an option for configuration at block **1406** wherein the user action to configure it is detected at block **1408**;

    Block **1496**$e$ is processed if block **1496**$d$ determines the user did select to perform application fields **1100**$k$ section initialization. Block **1496**$e$ invokes FIG. **80**C for interfacing with the user for application fields **1100**$k$ section initialization, and processing then continues to block **1496**$c$.

US 10,477,994 B2

Block **1496***c* is processed if block **1496***d* determines the user did not select to perform application fields **1100***k* section initialization or as the result of processing leaving block **1496***e*. Block **1496***c* handles other user interface actions leaving block **1408** (e.g. becomes the "catch all" as currently shown in block **1496** of FIG. **14**B).

Block **8010** processing continues to block **8012**. A user interfaces at block **8012** for specifying which application fields section(s) (i.e. any subset of fields **1100***k*) are to be initialized. Permissions **10** (e.g. system starter templates which may or may not be alterable by the user) and/or system configurations are used at block **8012** to enforce what can be modified by the user. Only when the user completes specifying which alterable section(s) (field(s)) are to be initialized will processing leave block **8012**, in which case block **8014** checks the result. If block **8014** determines the user opted to exit block **8012** processing, for example to specify no alteration (e.g. decided not to continue), then processing returns to the caller (invoker) at block **8016**.

If block **8014** determines that one or more sections were specified, then block **8018** interfaces with the user for how to initialize the section(s). Permissions **10** (e.g. system starter templates which may or may not be alterable by the user) and/or system configurations are used at block **8018** to enforce what can be specified for initialization by the user. Initialization criteria may be selected from a plurality of initialization templates which have an overall theme for how to initialize the data. For example, data used for initialization may reflect themes of:

MS is newly started, powered up, used for the first time, or the like (e.g. all values initialized to 0);

Application(s) of the MS are newly started, used for the first time, or the like (e.g. all values initialized to 0);

MS is to be placed in a processing state as though a predictable set of MS processing occurrence(s) have occurred to get to the initialized set of data (i.e. initialized to prescribed values);

Application(s) of the MS are newly terminated, used for the last time, or the like; or

MS is newly terminated, powered off, used for the last time, or the like.

Themes may be named, may be maintained as a configurable collection of choices, and may have associated descriptions. Only when the user completes specifying initialization criteria will processing leave block **8018**, in which case block **8020** checks the result. If block **8020** determines the user opted to exit block **8018** processing, for example to specify no alteration (e.g. decided not to continue), then processing returns to the caller (invoker) at block **8016**. If block **8020** determines that one or more sections were specified with valid initialization criteria, then block **8022** initializes the section(s) accordingly and processing returns to the caller (invoker) at block **8016**. Block **8022** will update statistics **14** appropriately. Block **8022** may also be invoked directly as needed by MS processing for initializing section(s) appropriately.

FIG. **80**D depicts a flowchart for describing a preferred embodiment of MS Radio Frequency Identification (RFID) probe processing. Amendments were made to PRRs **5300** for adapting RFID technologies to an lbxPhone™. RFID device receive processing is intended to process passive and active RFID device transmissions.

With reference now to FIG. **53**, an application described by a PRR may be a LBX application incorporating RFID technology. PRR fields already described continue to be the same for a RFID application of a PRR **5300** (e.g. containing

information for starting, terminating and fully describing essential executables and useful data, etc). When used (otherwise null), new fields **5300**-CHIN, **5300**-CHOUT, **5300**-P, **5300**-Q and **5300**-CALL describe a RFID application of the overall PRR **5300**. In some embodiments, a field **5300**-RFID provides a joining identifier to another table for joining RFID related information of fields **5300**-CHIN, **5300**-CHOUT, **5300**-P, **5300**-Q and **5300**-CALL to the record **5300**. Channel In field **5300**-CHIN contains a channel identifier, preferably provided by a MS administrator or already populated with a manufactured MS. Field **5300**-CHIN is a globally unique handle to a channel for receiving communications transmission data from a RFID device **72** via one of the MS communications interfaces **70** of the MS. Channel Out field **5300**-CHOUT contains a channel identifier, preferably provided by a MS administrator or already populated with a manufactured MS. Field **5300**-CHOUT is a globally unique handle to a channel for sending communications transmission data from the MS to a RFID device **72** via one of the MS communications interfaces **70** of the MS. Many of the RFID technology interfaces are plug-in semiconductor components (referred to as RFIC (Radio Frequency Identification Component)) manufactured to communicate in a certain way for certain RFID devices (e.g. a particular frequency and anticipated protocol). The RFIC (or a plurality of RFICs) is coupled/integrated to a MS in an isolated manner so that there is at least one channel interface for communicating with it internally to the MS. Fields **5300**-CHIN and **5300**-CHOUT may or may not be the same handle. LBX architecture **1900** is very flexible for isolating a plurality of complex communications interfaces to simplified threaded queue interfaces. Adapting RFID technology is no exception. In some embodiments, a communications interface **70** provides a run-time modifiable parameter interface for a plurality of unique transmission qualities (e.g. on different frequencies).

In a preferred embodiment, fields **5300**-CHIN and **5300**-CHOUT are all that is necessary for routing communications traffic via a RFID receive queue and RFID send queue, respectively. The RFID receive queue may be distinct from queue **26** and processes analogously to descriptions for queue **26**, however an embodiment can share queue **26** with other processing provided the RFID data can be distinguished from other data fed from queue **26** (e.g. using techniques already described above). The RFID send queue may be distinct from queue **24** and processes analogously to descriptions for queue **24**, however an embodiment can share queue **24** with other processing provided the RFIC, or equivalent send transmission functionality, is able to feed from queue **24** for data to be sent to a RFID device.

The plurality of MS communications interfaces **70** may already support wave spectrum(s) appropriate for existing RFID devices. In this embodiment, fields **5300**-CHIN and **5300**-CHOUT are configured in advance for mapping to existing MS capability so that required wave interfaces leverage existing MS capability. For example, a single communications interface **70** may support a plurality of distinct radio interfaces (e.g. different frequencies, amplitude, etc) and fields **5300**-CHIN and **5300**-CHOUT simply map to appropriate parameters passed to the interface for correct communications. The channel should be validated before allowing specification to fields **5300**-CHIN and **5300**-CHOUT. See appfld.rfid.listen.X and appfld.rfid.seek.X channel information.

Probe data field **5300**-P contains a datastream to be sent on the outbound channel described by field **5300**-CHOUT for providing RFID device listening signature data and/or

US 10,477,994 B2

365

protocol data sought by potential receiving RFID devices. Field **5300**-P may contain user edited information, or may point to the datastream in some MS storage. Queue field **5300**-Q defines a globally unique handle (e.g. queue name) to a MS queue for RFID receive processing. This value is null when queue 26 is shared, otherwise the queue handle is used by the RFID application of PRR **5300** for starting at least one thread (see FIG. **80**E) waiting on that particular MS queue. Non-null values of fields **5300**-Q should be validated to ensure the referenced MS system queue exists for use (e.g. as initialized by block **1218**). RFID Trigger(s) field **5300**-CALL is equivalent in description to field **5300**m except the RFID communications interface is the trigger for invoking processing of field **5300**-CALL (sub-sections b and c only). A single application of a record **5300** may have application term trigger(s) and/or RFID trigger(s). Thus, the LBX architecture supports automatically triggered processing via in-process WDRs, application variable changes, and RFID communications (e.g. automatically invoke processing when in the vicinity of an authenticated RFI device). One preferred embodiment is to have a single callback function interface for handling all of the RFID device communications for the PRR **5300** which is overloaded (OOP polymorphism) for different data typed parameters parsed from the received data for unique processing, however multiple interfaces may be specified. If multiple callback interfaces are specified, the appropriate interface can be contextually used based on an appropriate typecast of received data. An ordered list of parameter types can be assumed. However, potentially messy conditional decision instructions may also form part of field **5300**-CALL. Another preferred embodiment utilizes named charter section processing only.

With reference back to FIG. **80**D, MS RFID probe processing begins at block **8030** by way of: a user selecting to manually perform a RFID request transmission; a RFID application (e.g. appfld.rfid.seek.#.channel executable) performing a RFID request transmission; an atomic command performing a RFID send transmission (e.g. as part of charters); or by MS processing related to RFID application processing. Block **8030** processing continues to block **8032**. Depending on how FIG. **80**D was invoked, PRR field **5300**-CHOUT is determined at block **8032** by: 1) a parameter (e.g. the PRR) passed to FIG. **80**D processing; 2) a user interface for validating (using PRRs **5300**) a user specification; or 3) access to MS memory or MS storage (e.g. an AppTerm, fields **1100**k field, etc) for deducing the PRR and channel. Block **8032** continues to block **8034**. Block **8034** accesses PRRs **5300** for a field **5300**-P in the same PRR which had a field **5300**-CHOUT. Thereafter, block **8036** uses fields **5300**-CHOUT and **5300**-P to build a transmission packet for hopeful reception by at least one RFID device in the vicinity of the MS of FIG. **80**D processing. Field **5300**-P is anticipated protocol data (e.g. at least a signature) being received by a RFID device (see appfld.rfid.seek.#.probe). Thereafter, block **8038** broadcasts the packet by inserting to the RFID send queue for the correct channel (field **5300**-CHOUT) for outbound wave characteristics, and processing terminates at block **8040**. For example, block **8038** broadcasts data **1302** as far as radius **1306**. The broadcast is for reception by RFID devices in the vicinity. FIGS. **50**A through **50**C may increase distances for RFID device interfacing.

In some embodiments, a receiving RFID device may require correlation built into the data packet at block **8036** for returning to the MS of FIG. **80**D processing. Correlation processing has been discussed above and similar processing may be used to correlate a broadcast from block **8038** (e.g.

366

with a data packet processed by FIG. **80**E). Also, TDOA measurements may be similarly made as discussed above for RFID inbound or outbound transmission data.

In some embodiments: {IF: A) RFID device probing is automated; and B) usual communications spectrum capabilities includes wave form qualities acceptable for probing RFID devices; and C) RFID devices can seek certain signatures in usual communications spectrum in order to respond; THEN usual MS communications data **1302** of the MS is altered to contain CK **1304** for listening RFID devices in the vicinity.} Send processing feeding from the RFID send queue, caused by block **8038** processing, will place RFID device probe data (e.g. probe data field **5300**-P) as CK **1304** embedded in usual data **1302** at the next opportune time of sending usual data **1302**. If an opportune time is not timely, send processing may or may not (e.g. may depend on parameter(s)) discard the send request of block **8038** to avoid broadcasting an untimely probe. As the MS conducts its normal communications, transmitted data **1302** contains new data CK **1304** to be recognized by RFID devices listening for probe data of field **5300**-P. An automation of seeking RFID devices from a MS can send repeated timely pulsed broadcasts.

FIG. **80**E depicts a flowchart for describing a preferred embodiment of processing for receiving data from an RFID device. Architecture **1900** is an excellent model for RFID applications. FIG. **80**E processing describes a RFID Receive (RFID_Rx) process worker thread, and is provided as part of the application executables described in a PRR. There may be a plurality of worker threads for the RFID_Rx process, just as described for a 19xx process. The RFID_Rx process operates analogously to the framework of architecture **1900** as other 19xx processes, with specific similarity to process **1942** in that there is data received from receive queue 26, and the RFID_Rx thread(s) stay blocked on the receive queue until data is received. The associated application is responsible for RFID_Rx process initialization. Receive processing identifies targeted/broadcasted RFID device data destined for the MS of FIG. **80**E processing through system resources of fields **5300**-CHIN and **5300**-Q.

A RFID_Rx thread processing begins at block **8050** upon the MS receiving RFID device originated data, continues to block **8052** where processing is initialized (e.g. to the application PRR **5300**). Thereafter, at block **8054** the process worker thread count RFID_Rx-Ct is accessed and incremented by 1 using appropriate semaphore access if there is more than 1 thread, and continues to block **8056** for retrieving data from the RFID queue (using interface like interface **1948**), perhaps a special termination request entry, and only continues to block **8058** when a record of data is retrieved. In one embodiment, receive processing may break up a datastream into individual records of data from an overall received (or ongoing) datastream. In one embodiment, receive processing receives data in some format and deposits a more suitable format for FIG. **80**E processing. Block **8056** stays blocked on retrieving from the RFID receive queue until any record is retrieved, in which case processing continues to block **8058**. If block **8056** determines a special entry indicating to terminate was not found in the RFID receive queue, processing continues to block **8060** for accessing applicable privileges through PRR field **5300**j. In some embodiments, at least one privilege processing interface of PRR field **5300**k is invoked with the received data to determine if it is privileged for being processed. Various embodiments support globally maintained LBX architecture privileges and/or custom defined privileges for particular applications, such as those plugged in through a

US 10,477,994 B2

367

368

PRR. Thereafter, block **8062** uses the application PRR to retrieve field **5300**-CALL, and determines any expression outcome if embodied/configured therein. Block **8062** continues to block **8064**. Block **8064** checks for a configured execution (e.g. callback invocation) and/or conditional charter trigger processing depending on the embodiment/configuration.

If block **8064** determines no callback processing (or trigger processing) is configured as determined at block **8062** or processing is not privileged as determined by block **8060**, processing continues back to block **8056**, otherwise the applicable configured processing (e.g. callback or trigger) is invoked appropriately at block **8066**, and processing then continues back to block **8056**. A callback function is a preferred method for embodying the processing of received RFID device data. The callback function may also use other PRR fields and invoke processing thereof.

A preferred embodiment of RFID receive processing without requiring application programmer coding of FIG. **80**E isolates FIG. **80**E processing from applications with an MS O/S API (called RFID_Rx API). An application programmer provides the RFID receive queue, the channel and callback function to the RFID_Rx API with a "start using" interface. The RFID_Rx API is responsible for invoking the callback function with RFID device data received. The RFID_Rx API has at least "start using" and "stop using" interfaces.

Referring back to block **8058**, if a worker thread termination request was found at the RFID receive queue, then block **8068** decrements the RFID_Rx worker thread count by 1 using appropriate semaphore access if there is more than 1 thread, and RFID_Rx thread processing terminates at block **8070**. Block **8068** may also check the RFID_Rx-Ct value, and signal a RFID_Rx process parent thread that all worker threads are terminated when RFID_Rx-Ct equals zero (0).

Date/time stamp and/or correlation information in data received may be used to calculate TDOA measurements as already described in detail above. Regardless of the type of receiving application, those skilled in the art recognize many clever methods for receiving data in context of a MS application which communicates in a peer to peer fashion with a RFID device. Of course, the application of a PRR **5300** performing receive processing can leverage all features of a PRR and LBX enabled MS as described above.

In one application, a user wears a RFID tag for being within range of the MS he uses. When the MS is out of range of the user (as configured in a charter by lack of RFI signal availability), the MS peripherals can be locked so unauthorized use is prevented. There are system AppTerm variables (e.g. SYS_kbdLock=True or False enables or disables MS keyboard use); SYS_voiceCtl=True or False (enables or disables voice control interface use), etc) which can automatically be set in the charter action(s) for controlling the MS peripherals. Other input peripherals are controlled similarly. The range of the RFID tag can be used to determine what is out of range (e.g. 3 meters). Similarly, the MS can be configured to only permit certain data input at certain peripherals with AppTerm list variables. The AppTerm list variables are set with the allowable input, or the disallowed input, for the peripheral, for example when at certain locations/conditions as configured in charters.

In another application, a RFID is affixed or installed to a printer. MS print jobs are queued up and saved for printing later when the MS is out of range of the RFID tag of a particular printer. In another embodiment, the printer has a MS ID and is equipped with a MS emulation for LBX interactions. Print jobs are not enabled for printing at the printer until the MS is within range of fast communications for printing as managed by configured charters. Special AppTerm variables for print management can be enabled (PR_offline=False) or disabled (PR_offline=True). Other output peripherals are controlled similarly. The "PR_" prefix is MS defined for the default printer installed for printing. This allows print jobs to be saved by setting the printer offline in a charter, and then to be printed when taken offline in a charter, automatically and without user intervention.

There are an unlimited number of AppTerm variables for being exposed to charters for an unlimited set of event based processing using the many charter methods described above.

With reference now to FIG. **82**A, depicted is a flowchart for describing a preferred embodiment of processing for maintaining LBX history **30**. Block **1494** processing begins at block **8200**, and then continues to block **8202** for initializing data for subsequent processing, block **8204** for presenting LBX history maintenance options to the user, and block **8206** for waiting for an action by the user in response to the presentation at block **8204**. Once the user responds with an action, processing continues to block **8208**.

If block **8208** determines the user selected to browse or edit the history **30** information, then block **8210** accesses LBX history **30**, block **8212** presents the history information in an appropriate editor interface, block **8214** interfaces with user in the editor for any alteration or viewing as desired by the user, and processing continues back to block **8204**. In one example, blocks **8210** through **8214** may have been requested by the user to see who was nearby at some time in history. Block **8214** is to provide a convenient history search criteria specification interface for the user to find sought history. Of course, a separate user interface can be used to access history for desired information. One embodiment maintains history as appended text lines in a flat ASCII file for careful browse and edit by a user using a simple flat file editor (e.g. Notepad, Personal Editor, etc). Charter expressions may cause access to history **30**, so it may be desirable to maintain history to records of data, or a database to facilitate searching performance, in which case blocks **8210** and **8214** deploy a suitable editor (or query manager), or an appropriate home-grown interface. If block **8208** determines the user did not select to browse or edit history, then processing continues to block **8216**.

If block **8216** determines the user selected to modify the destination for keeping history **30** information, then block **8218** saves the current destination setting (e.g. file folder, or schema qualifier in a SQL embodiment), block **8220** interfaces with the user for a new specified destination, and block **8222** checks the user's specification from block **8220**. Block **8220** performs validation (e.g. valid path/table/place/etc for storing history, enough space to store history, etc) before processing can continue to block **8222**. If block **8222** determines the user did not change the destination (i.e. not different than original destination saved at block **8218**), then processing continues to block **8204**, otherwise block **8224** prompts the user to confirm the change, and block **8226** checks his response. If block **8226** determines the user cancels the change, then processing continues back to block **8204**, otherwise block **8228** prompts the user for whether or not to move the existing history data and block **8230** checks the user's response. If block **8230** determines the user wants to move existing history data to the new destination, then block **8232** moves the history and block **8234** modifies the history destination setting for future history data to be maintained. If block **8230** determines the user did not select to move existing history (e.g. wants to start a new set of

US 10,477,994 B2

369                                                      370

history), then processing continues directly to block **8234**. Block **8234** continues to block **8204**. In some embodiments, block **8232** copies the history to the new destination rather than moving it. Also, the user may use other tools for copying or moving history information. If block **8216** determines the user did not select to modify the history destination, then processing continues to block **8236**.

If block **8236** determines the user selected to modify criteria for what data to maintain to history, then block **8238** accesses the current criteria, block **8240** presents the current criteria to the user for browsing or editing, block **8242** interfaces with the user for saving any modified criteria, block **8244** prompts the user for whether to prune the history data (e.g. to reflect criteria changes), and block **8246** checks the user response. If block **8246** determines the user does not want to prune history, processing continues to block **8204**, otherwise block **8248** performs pruning in accordance with criteria for maintaining history and processing continues to block **8204**. If block **8236** determines the user did not select to modify the criteria for maintaining history, then processing continues to block **8250**.

Blocks **8240** and **8242** provide a suitable criteria editor (e.g. existing or home-grown), depending on the form criteria is kept in, and which memory or storage run time accessed criteria is kept. Criteria may be kept in a text file, as data records, in a SQL database, or any other appropriate form. Criteria managed by blocks **8240** and **8242** includes specification (e.g. for what to keep, and what not to keep) for which information data to keep in history (e.g. date/time stamp which is preferably required, MS ID, history maintainer Process ID (PID), history maintainer thread ID (TID), valid history maintainers, maintainable depth of history data (e.g. before history file wraps or closes for starting a new file at the destination, or number of records, date/time stamp trailing history pruning cut-off, etc), WDR field(s), specific data and fields, conditions for what data to keep, etc). Criteria should be consistent with anticipated expression terms. Block **1482** charter configuration processing and/or BNF grammar expression processing may consult history criteria for knowing when to look in history **30**, or when to handle a not found, or error, condition. An invoker of FIG. **82**B processing preferably passes all available data for being maintained to history, but FIG. **82**B processing will decide what data is saved based on configured criteria. In one embodiment, criteria includes expressions with conditions for what to keep, and data passed for being logged to history is examined for satisfying the condition(s). For example, expressions may be as complex as an expression of charter BNF Grammar **3068**a and **3068**b. A True result of the expression is to cause the history to be logged. If expressions are supported, a generalized expression interface may be used for history and statistics conditional information gathering. In other embodiments, generic expression interfaces are provided for consistent expression specification and stack based expression evaluation for conditional history logging, conditional statistics logging, charter expressions (including AppTerm expressions, etc), and other expression embodiments used in the MS.

If block **8250** determines the user selected to perform pruning to history, then block **8248** performs pruning according to the criteria for maintaining history, and processing continues back to block **8204**. If block **8250** determines the user did not select to perform pruning, then processing continues to block **8252**.

If block **8252** determines the user selected to modify the history information formatting, then block **8254** accesses the current formatting specifications, block **8256** presents the current specifications to the user for browsing or editing, block **8258** interfaces with the user for saving any modified formatting specifications, block **8260** prompts the user for whether to change the format of current history data, and block **8262** checks the user's response. If block **8262** determines the user does not want to modify the current history data to the new format, processing continues to block **8204**, otherwise block **8264** modifies the format of current history information accordingly and processing continues to block **8204**. If block **8252** determines the user did not select to modify history format specifications, then processing continues to block **8266**.

Blocks **8256** and **8258** provide a format editor (e.g. existing or home-grown), depending on the form that specifications are kept in, and which memory or storage run time accessed history is kept. Formatting specifications may be kept in a text file, as data records, in a SQL database, or any other appropriate form. Formatting changes may involve data record or SQL database schema changes in some embodiments. Specifications managed by blocks **8256** and **8258** include order of fields saved, units used, appearance in reporting/browsing/saving, whether or not special characters are used (tabs, <CR> and/or <LF>), whether or not data positions are reported as null when not available or filtered out (e.g. by criteria), or any other presentation variable. Formatting specifications are in context of the criteria for maintaining history.

If block **8266** determines the user selected to clear history, then block **8268** clears the history to a zero (0) sized file, and processing continues back to block **8204**. In some embodiments, block **8268** interfaces with the user for exactly what to remove from history. If block **8266** determines the user did not select to clear history, then processing continues to block **8270**.

If block **8270** determines the user selected to exit block **1494** processing, then block **8272** appropriately terminates block **1494** processing (e.g. clear user interface, etc), otherwise block **8274** handles any other user actions which result in processing leaving block **8206**. Block **8274** continues back to block **8204**.

FIG. **82**B depicts a flowchart for describing a procedure to maintain information to LBX history **30**, preferably embodied as an API for being invoked by all LBX processing points that want to log history information. The benefit of the FIG. **82**B history logger is to centralize all history updates in a single module of processing code. Each invoker (caller) of FIG. **82**B may have different data to be logged to history as passed by appropriate parameters to FIG. **82**B processing. History logging processing begins at block **8280** when invoked by a caller to write out history data and continues to block **8282** for getting parameters of data (caller (i.e. history maintainer), data for logging, etc) passed to be potentially written out (or appended) to history. Thereafter, block **8284** accesses criteria managed by blocks **8236** through **8248**, accesses formatting specifications managed by blocks **8252** through **8264**, and accesses the history destination setting managed by blocks **8216** through **8234**. All of this data is defaulted in a MS in case a user has not made use of block **1494** processing. Thereafter, block **8286** gets useful system information (e.g. current MS date/time stamp to the best granulation of time for writing with the history information, PID, etc) which may be written to history, and block **8288** prepares the history data for output according to the parameters from block **8282** as well as the criteria and specifications from blocks **8284** and **8286**. Block **8288** may incorporate stack based condition processing for complex expressions used to determine conditions for which

US 10,477,994 B2

**371**

history is to be logged. Thereafter, block **8290** appropriately saves (e.g. appends) the history data prepared and formatted at block **8288** to the history destination, block **8292** prunes history data according to the criteria determined at block **8284**, and block **8294** checks if statistics are to be contributed to with the history data just logged. Depending on the form which history information is maintained, block **8290** may involve a plurality of write operations, or a single write operation.

If block **8294** determines there are no statistics involved with the history data logged, then the caller (i.e. history maintainer) of FIG. **82**B is returned to at block **8296**, otherwise block **8298** prepares parameters according to the history data for generating statistics, block **8299** invokes (calls) the statistics logger of FIG. **83**B, and the caller of FIG. **82**B is returned to at block **8296**.

Block **8292** is an ideal place to perform pruning. An alternate embodiment MS includes at least one polling thread for asynchronously pruning history data. There is a wealth of history information which can be logged, but MS users are cautioned to not waste MS resources unless it is warranted. Statistics **14** can be taken/derived from any history data **30**, and other MS data which is useful for tracking or reporting.

FIG. **83**A depicts a flowchart for describing a preferred embodiment of processing for configuring LBX statistics **14**. Block **1486** processing begins at block **8300**, and then continues to block **8302** for initializing data for subsequent processing, block **8304** for presenting LBX statistics maintenance options to the user, and block **8306** for waiting for an action by the user in response to the presentation at block **8304**. Once the user responds with an action, processing continues to block **8308**.

If block **8308** determines the user selected to browse statistics **14** information, then block **8310** accesses LBX statistics **14**, block **8312** presents the statistics information in an appropriate reporting interface, and processing continues back to block **8304**. Block **8312** is to provide a convenient statistics search criteria specification interface for the user to find sought statistics. Of course, a separate user interface can be used to access statistics for desired information. Preferred embodiments maintain statistics in SQL database, data record, or tabular spreadsheet access form for optimal graphical reporting capability. The interface of block **8312** should support graphing of statistics over time, saving different views of statistics for additional reports, printing report/graphs, and sending reports/graphs to others. If block **8308** determines the user did not select to browse statistics, then processing continues to block **8314**.

If block **8314** determines the user selected to modify the destination for keeping statistics **14** information, then block **8316** saves the current destination setting (e.g. file folder, or schema qualifier in a SQL embodiment), block **8318** interfaces with the user for a new specified destination, and block **8320** checks the user's specification from block **8318**. Block **8318** performs validation (e.g. valid path/table/place/etc for storing statistics, enough space to store statistics, etc) before processing can continue to block **8320**. If block **8320** determines the user did not change the destination (i.e. not different than original destination saved at block **8316**), then processing continues to block **8304**, otherwise block **8322** prompts the user to confirm the change, and block **8324** checks his response. If block **8324** determines the user cancels the change, then processing continues back to block **8304**, otherwise block **8326** prompts the user for whether or not to move the existing statistics data and block **8328** checks the user's response. If block **8328** determines the

**372**

user wants to move existing statistics data to the new destination, then block **8330** moves the statistics and block **8332** modifies the statistics destination setting for future statistics data to be maintained. If block **8328** determines the user did not select to move existing statistics (e.g. wants to start a new set of statistics), then processing continues directly to block **8332**. Block **8332** continues to block **8304**. In some embodiments, block **8330** copies the statistics to the new destination rather than moving it. Also, the user may use other tools for copying or moving statistics information. If block **8314** determines the user did not select to modify the statistics destination, then processing continues to block **8334**.

If block **8334** determines the user selected to modify criteria for what data to maintain to statistics, then block **8336** accesses the current criteria, block **8338** presents the current criteria to the user for browsing or editing, block **8340** interfaces with the user for saving any modified criteria, block **8342** checks if a statistics data layout or schema change (e.g. to reflect criteria changes) was made at block **8340**, and block **8344** checks the result. If block **8344** determines no layout or schema change was made by the user, processing continues to block **8304**, otherwise block **8346** appropriately modifies statistical layout/schema in accordance with criteria for maintaining statistics and processing continues to block **8304**. If block **8334** determines the user did not select to modify the criteria for maintaining statistics, then processing continues to block **8348**.

Blocks **8338** and **8340** provide a suitable criteria editor (e.g. existing or home-grown), depending on the form criteria is kept in, and which memory or storage run time accessed criteria is kept. Criteria may be kept in a text file, as data records, in a SQL database, or any other appropriate form. Criteria managed by blocks **8338** and **8340** includes specification (e.g. for what to keep, and what not to keep) for which information data to keep in statistics and how the statistics should be organized (e.g. layout or schema). Criteria should be consistent with anticipated statistical atomic terms (e.g. \st_statisticName). Block **1482** charter configuration processing and/or BNF grammar expression processing may consult statistics criteria for knowing when to look in statistics **14**, or when to handle a not found, or error, condition. An invoker of FIG. **83**B processing preferably passes all available data for being maintained to statistics, but FIG. **83**B processing will decide what data is saved and/or calculated based on configured criteria. In one embodiment, criteria includes expressions with conditions for what to keep, and data passed for being logged to statistics is examined for satisfying the condition(s). For example, expressions may be as complex as an expression of charter BNF Grammar **3068**a and **3068**b. A True result of the expression is to cause the statistics to be logged. If expressions are supported, a generalized expression interface may be used for statistics as described above.

If block **8348** determines the user selected to configure automatic reporting, block **8350** interfaces with the user for setting up, modifying, or removing automatic polled statistical reporting, and processing continues to block **8304**. Block **8350** supports setting up one or more asynchronous threads of execution for polling desired statistics according to a schedule, and then automatically sending the information (e.g. by MS alert/pop-up, email, SMS message, FIG. **75**A, propagated service, service informant code **28**, or other configured method) to one or more recipients. Block **8350** supports configuring the "look and feel" of statistical information, graphs thereof, fonts, colors, or any other audible or visual attribute for presentation to a recipient of the statistics

US 10,477,994 B2

373

374

information. Automatic reporting of statistics is preferably generically implemented for accessing of history information, AppTerm data, atomic term data, WDRTerm data, map term data, or any other MS data, as well as statistical information data for reporting. If block **8348** determines the user did not select to configure automatic reporting, then processing continues to block **8352**. Block **8350** may also be used to configure and influence presentation at block **1812**.

If block **8352** determines the user selected to configure triggered reporting, block **8354** interfaces with the user for setting up, modifying, or removing triggers (e.g. SQL database trigger, or similar mechanism) for automatic statistical reporting, and processing continues to block **8304**. Block **8354** supports setting up one or more triggers (e.g. expression of at least one condition) for instantly reporting desired statistics, and then automatically sending the information (e.g. by MS alert/pop-up, email, SMS message, FIG. **75**A, propagated service, service informant code **28**, or other configured method) to one or more recipients. Block **8354** supports configuring the "look and feel" of statistical information, graphs thereof, fonts, colors, or any other audible or visual attribute for presentation to a recipient of the statistics information. Triggered reporting of statistics is preferably generically implemented for monitoring of history information, AppTerm data, atomic term data, WDRTerm data, map term data, or any other MS data, as well as statistical information data for reporting. If block **8352** determines the user did not select to configure triggered reporting, then processing continues to block **8356**. Block **8354** may also be used to configure and influence presentation at block **1812**. Blocks **8354** and **8350** preferably use a common set of APIs or code, and may be implemented in a common user interface. Any "view" (as in SQL view) can be used to view, report, save, schedule, or trigger informative statistical reports.

If block **8356** determines the user selected to reset statistics, then block **8358** interfaces with the user for how to reset them, block **8360** resets the statistics accordingly, and processing continues back to block **8304**. Depending on different embodiments, block **8358** interfaces with the user for: a reset template for how to reset which is used at block **8360**; a date/time stamp for when to reset statistics back to, or forward from; or exactly what to remove from the statistics; and what initial values to use for the reset. If block **8356** determines the user did not select to reset statistics, then processing continues to block **8362**.

If block **8362** determines the user selected to exit block **1486** processing, then block **8364** appropriately terminates block **1486** processing (e.g. clear user interface, etc), otherwise block **8366** handles any other user actions which result in processing leaving block **8306**. Block **8366** continues back to block **8304**.

FIG. **83**B depicts a flowchart for describing a procedure to maintain information to LBX statistics **14**, preferably embodied as an API for being invoked by all LBX processing points that want to log statistics information. The benefit of the FIG. **83**B statistics logger is to centralize all statistics updates in a single module of processing code. Each invoker (caller) of FIG. **83**B may have different data to be logged to statistics as passed by appropriate parameters to FIG. **83**B processing. Statistics logging processing begins at block **8370** when invoked by a caller to write out statistics data and continues to block **8372** for getting parameters of data (caller (i.e. statistics maintainer), data for logging, etc) passed for potentially affecting, or being written out to, statistics. Thereafter, block **8374** accesses criteria managed by blocks **8334** through **8346** and accesses the statistics

destination setting managed by blocks **8314** through **8332**. All of this data is defaulted in a MS in case a user has not made use of block **1486** processing. Thereafter, block **8376** gets useful system information (e.g. current MS date/time stamp to the best granulation of time for writing with the statistics information, PID, etc) which may be written to statistics, and block **8378** prepares the statistics data for output according to the parameters from block **8372** as well as the criteria and data from blocks **8374** and **8376**. Block **8378** may incorporate stack based condition processing for complex expressions used to determine conditions for which statistics is to be logged. Thereafter, block **8380** appropriately saves the statistics data prepared to the statistics destination, calculates any statistics derived from the newly updated statistical information, and updates the derived statistics as well. Cumulative statistics may be updated at block **8380**. Thereafter, block **8382** checks trigger conditions/expressions managed by blocks **8352** through **8354** and generates any applicable reporting before continuing to block **8384**. Block **8384** prunes statistics data according to the criteria determined at block **8374**, and block **8386** checks if any statistics are to be logged to history.

If block **8386** determines there is no history to be output as part of statistics logged, then the caller (i.e. statistics maintainer) of FIG. **83**B is returned to at block **8388**, otherwise block **8390** prepares parameters according to the statistics data for generating history, block **8392** invokes (calls) the history logger of FIG. **82**B, and the caller of FIG. **83**B is returned to at block **8388**.

Block **8384** is an ideal place to perform pruning. An alternate embodiment MS includes at least one polling thread for asynchronously pruning statistics data. Another embodiment maintains statistics so that pruning is never a requirement. Some embodiments may only move to history those statistics which have been pruned, for example to use history for data which is no longer maintained at the MS.

Statistics are not just for reporting (e.g. WDR fields' processing, privilege and charter processing, etc), but also to be accessed by MS threads of processing for adjusting their processing (e.g. IPC thread throttling, thread inter-communications for efficient processing, best method for graphically displaying data, etc), and to affect defaults that may used in MS processing. \st_statisticName atomic term references can be to raw statistics, cumulated statistics, statistics derived from other statistics, or any data describing status, state, progress, threshold, value, or the like.

In some embodiments, statistics **14** and history **30** information are integrated in a common data repository for synergy of related data and access to it as needed (e.g. for reporting or preventing redundant data copies). FIGS. **82**B and **83**B should not cause a substantial or significant recursive chain of stack growth by calling each other. Appropriate semaphore control is incorporated by processing of history and statistics information.

FIG. **84**A depicts a flowchart for describing a preferred embodiment of processing for configuring service propagation at block **1474**. Service propagation leverages the LBX architecture to maximize availability of services which are available to at least one MS of a LN-Expanse. MSs without direct access to a needed service can access a needed service through at least one peer MS, or through multiple MSs, for routing service requests to successfully reach a desired service which would otherwise be unreachable. The service responses are also routed back to the originator through one or more MSs. A first MS uses services through a second MS, a second and third MS, a second and third and fourth MS, . . . , a second and third and . . . $N^{th}$ MS, etc as required

US 10,477,994 B2

375                                                      376

to get to a needed service, for example when requesting a help service (e.g. 911) that is not directly available from the MS requesting help. Privileges are configured for governing what services can be propagated from which MS for the benefit of which users in the LN-Expanse. MSs may be mobile at high speeds, so it is preferred that propagated services be of the kind that cause reasonably small communications request and response exchanges (e.g. internet connected services) to prevent mobile roaming from interfering with large transmissions (e.g. file downloads), however error handling appropriately handles conditions when transmission traffic does not reach its destination.

Block **1474** processing begins at block **8400** and continues to block **8402** where options are presented to the user for configuration of service propagation. Thereafter, block **8404** waits for a user action in response to the options presented at block **8402**. When a user action has been detected at block **8404**, processing continues to block **8406**.

If block **8406** determines the user selected to manage a service resource for propagation, block **8408** accesses service directory **16** for SDRs (Service Directory Records) and presents SDRs found in scrollable list form to the user with options before continuing to block **8410** for waiting for a user response action. Service directory **16** contains SDRs for which services can be shared in the LN-Expanse.

With reference now to FIG. **85**A, depicted is a preferred embodiment of a Service Directory Record (SDR) **8500** for discussing operations of the present disclosure when interfacing to the service directory **16**. A SDR **8500** describes a service to be accessible at the MS. SDR **8500** includes a service handle field **8500***a* for uniquely defining a service in a LN-expanse. Preferably, field **8500***a* is a service handle (e.g. text string) which is consistently used by MSs in a LN-Expanse, however any form (e.g. binary) may be used provided it uniquely distinguishes the service from other services. Charter expressions may reference a propagateable service for a return to context, and an atomic command may invoke a propagate-able service by name (e.g. Invoke App "service handle", . . . ). Service requesters preferably use field **8500***a* for making requests to the service (e.g. rather than field **8500***d*). There may be multiple SDRs in service directory **16** with the same field **8500***a* value when the same service is reachable through peer MSs, or other MSs of the LN-Expanse. A service description field **8500***b* is an optional user entered string for describing the SDR. A route field **8500***c* contains a directed route description of MSs for routing a request to the service.

Examination of field **8500***c* provides indication of which MS the service of the SDR is directly accessed, and how many hops (MSs) are involved in reaching the service at that MS. Unique identification/correlation is maintained to field **8500***c* for each MS involved in the route, for example a MS ID embodiment as described above. There is always at least one MS ID of field **8500***c*. Examples of field **8500***c* include:

A. A single MS (MS ID) described in field **8500***c* implies the SDR describes a service which is accessed directly from the MS with the SDR. A single MS in field **8500***c* (e.g. Stan) will always identify the MS which owns that service directory **16**; or

B. A plurality of ordered MSs (MS IDs) described in field **8500***c* implies there is a route through at least one remote MS to access the service of the SDR. For example, Stan; George (i.e. in a named syntactical MS ID embodiment) indicates the MS with the SDR is Stan and the service is accessible to Stan at the MS George. Stan; George; Jane; Greg indicates the MS with the SDR is Stan and the service is accessible to Stan at the

MS Greg by routing first from Stan to George, then from George to Jane, and then from Jane to Greg (i.e. **3** hops). As will be seen in the flowcharts, if a SDR with one or more hops is selected to process a service request, the dynamic nature of processing at high speed moving MSs may cause starting with an anticipated number of hops (e.g. 3 per the example), but may end up with less or more hops depending on where the requested service is BEST made accessible in the LN-Expanse at the time of processing the request. Service requests are processed for minimizing the number of hops from any MS to get to a service, regardless of being processed by a MS with an originally anticipated number of hops. Thus, routes are completely dynamic as needed for maximum performance, and each MS hop processing makes a prioritized best judgment of where to route next to satisfy the request.

An address field **8500***d* (e.g. 12.234.56.140:23456) describes where to reach the service (e.g. ip address) at the MS with direct access, and may include at least one qualifier (e.g. ip port) to better target the service at the address. A URL (e.g. web site address) may be specified as well. Field **8500***d* is important for using at the MS with direct service access and is less important for being propagated to remote MSs since service requests ultimately access the MS with direct service capability anyway regardless of how many hops it took to get there. Field **8500***d* may contain a DLL interface or other executable interface specification. A communication reference information field **8500***e* contains any MS communications interface(s) **70** involved in communicating to the service. In some embodiments, one or more interfaces are assumed on the MS (i.e. no field **8500***e*). In some embodiments, an ordered list of interfaces may be specified for ensuring success. Field **8500***e* may include more detailed specifications (channel, wave spectrum, etc) for how to communicate over an interface **70**, for example if more than one method is used over a single interface **70**. A date/time last used field **8500***f* indicates when the service was last used successfully by the MS. A test method field **8500***g* contains a user configured request that can be used to test connectivity to the service. It is recommended that field **8500***g* be a request that causes a minimal response (e.g. a return code). In use flag field **8500***h* is true when a service request for the service is pending, and is false when one is not pending. Proper FIG. **84**A processing consults the condition of field **8500***h* (e.g. at blocks **8428**, **8432**, etc). Field descriptions with the flowcharts provide additional detail.

With reference back to FIG. **84**A, processing leaves block **8410** for block **8412** upon detection of a user action. If block **8412** determines the user selected to reset a SDR, then block **8414** resets the SDR by defaulting data fields for defining a service which has never been used yet by the MS. An appropriate semaphore lock window is incorporated to ensure other threads are not interfered with when accessing SDR information of the service directory **16** from block **8414** and other thread data sharing blocks of FIG. **84**A processing (e.g. around entire block **1474** processing, or alternatively at specific blocks of block **8414**, **8430**, **8434**, etc)). Block **8414** continues back to block **8408** where new field values may be displayed depending on the embodiment of how the list is displayed. If block **8412** determines the user did not select to reset a SDR, then processing continues to block **8418**. If block **8418** determines the user selected to test service connectivity, block **8420** prepares parameters for the selected SDR service handle and block **8422** invokes the procedure of FIG. **85**B to process a service request described

US 10,477,994 B2

377

by test method field **8500**g. Block **8420** prepares parameters for making the request described by field **8500**g to the desired service of service handle **8500**a, and to alert the user for how the request succeeded or failed (at block **8532**). The request is preferably processed without regard to field **8500**c by automatically determining the optimal route for processing in request processing of FIG. **85**B. Alternatively, the route for the selected SDR could be enforced to perform the test by passing a parameter prepared at block **8420** to prioritize at block **8508** for the single SDR selected at block **8410** so that a specific route is tested. Upon return from request processing at block **8422**, processing continues back to block **8408**. If block **8418** determines the user did not select to test using a service described by a SDR, then processing continues to block **8424**. If block **8424** determines the user selected to add a SDR to the service directory **16**, then the user interfaces for adding a validated SDR at block **8426** and processing continues back to block **8408**. If block **8424** determines the user did not select to add a SDR, then processing continues to block **8428**. If block **8428** determines the user selected to delete a SDR from service directory **16**, then the selected SDR is deleted at block **8430** and processing continues back to block **8408**. If block **8428** determines the user did not select to delete a SDR, then processing continues to block **8432**. If block **8432** determines the user selected to view or modify a SDR, then the user interfaces for viewing or modifying the selected SDR at block **8434** and processing continues back to block **8408**. Block **8434** will ensure any modifications are validated before processing leaves block **8434**. If block **8432** determines the user did not select to view or modify a SDR, then processing continues to block **8436**. If block **8436** determines the user selected to exit managing service resources of the services directory **16**, then processing continues back to block **8402** for presenting the user with overall service propagation configuration options, otherwise block **8438** handles any other user actions detected at block **8410** and processing continues to block **8408**. Referring back to block **8406**, if it is determined the user did not select to manage a service resource for propagation, processing continues to block **8440**.

If block **8440** determines the user selected to configure publishing a service, then block **8442** accesses the service directory **16** for all SDRs and block **8444** interfaces with the user for enabling or disabling specific service sections of applications fields **1100**k. Thereafter, block **8444** processing continues to block **8402**. Publishing services is equivalent to enabling the presence of service descriptions (i.e. SDR information) in application fields **1100**k of outbound WDRs for processing by receiving privileged MSs. Publishing enables service propagation by making services of a first MS available to remote peer MSs which have privileges to access the services described in fields **1100**k (i.e. appfld.services section). Block **8444** uses processing of FIG. **77**, preferably with a scoped set of application fields sections of block **8442** (e.g. parameter passed to a procedural form of FIG. **77**) to limit FIG. **77** processing to appfld.services sections. If block **8440** determines the user did not select to publish a service, then processing continues to block **8446**.

If block **8446** determines the user selected to configure service propagation permission(s), then block **8448** interfaces with the user to configure permissions related to service propagation and processing continues to block **8402**. Block **8448** provides configuration of privileges for who can use/see the published services when receiving WDRs, for example for influencing WITS filtering (e.g. strip out specific appfld.services section(s) based on permissions). Block

378

**8448** can be embodied with processing of FIG. **38**. If block **8446** determines the user did not select to configure permission(s), then processing continues to block **8450**.

If block **8450** determines the user selected to configure service propagation charter(s), then block **8452** interfaces with the user to configure charters related to service propagation and processing continues to block **8402**. Block **8452** provides configuration of charters related to service propagation (e.g. inbound processing of WDRs to make use of services made available by peer MSs), such as a charter using the executable of FIG. **85**E. Block **8452** can be embodied with processing of FIG. **45**. If block **8450** determines the user did not select to configure charter(s), then processing continues to block **8454**.

If block **8454** determines the user did not select to exit block **1474** processing, block **8456** handles any other user actions detected at block **8404** and processing continues back to block **8402**, otherwise block **1474** processing appropriately terminates at block **8458** (e.g. terminates user interface).

FIG. **84**B depicts a flowchart for describing a procedure to process application fields according to how they are enabled or disabled for WDRs, for example as directed for oWITS. See FIG. **77** and related discussions for enabling or disabling sections (subsets of data) in application fields **1100**k. Application fields sections (any subsets) can be disabled or enabled for being stripped, appended, or modified. Preferably, FIG. **77** facilitates governing what is stripped or appended. FIG. **77** may influence how a section is modified for a particular application, but privileges may be used to more specifically influence specified application fields section modifications for mWITS, iWITS and oWITS. The FIG. **84**B procedure is preferably used for publicizing services by appending the appfld.services subordinate sections from the service directory **16** for propagating services to receiving MSs to populate their service directories **16** for use. There are to be at least 3 fields appropriately (_appfld-.services.ct too) appended from the service directory **16** for each service: handle field **8500**a, route field **8500**c and date/time last used field **8500**f. Field **8500**d may be appended. Field **8500**f is relevant within context of SDRs from the same MS because the date/time stamp is in time terms of that MS. In embodiments where NTP is globally used by MSs, field **8500**f could be consistent in time terms across the entire LN-Expanse. Other SDR fields may also be appended to outbound WDRs, but are not required to be present in a WDR to be received by other MSs in many embodiments.

Processing of FIG. **84**B may be incorporated in overall processing of application fields **1100**k, as one of a plurality of procedures for processing application fields **1100**k (e.g. used by block **5703**), or as part of oWITS specific processing of application fields **1100**k. Processing application fields, for example to show how service directory information is appended to outbound WDRs, starts at block **8460** and continues to block **8462** for getting parameters passed. At least the WDR (reference/address thereof) is passed to FIG. **84**B processing, along with a parameter communicated back to the caller for whether to prevent processing the WDR further (i.e. WITS filtering). A reference/address to privileges, and to enabled/disabled indicators for fields **1100**k sections, as well as how to process fields **1100**k may also be passed as parameters. Thereafter, block **8464** accesses the WRC, or a similar outbound counter-part to it, for WITS filtering processing, and the outbound WDR identity is used to see what is known about its MS identity recent whereabouts in a reasonably current trailing amount of time (e.g.

US 10,477,994 B2

379 380

checking queue 22 and/or LBX history). Processing continues to block 8466. Recall that the WRC indicates how to perform WITS filter processing, except in this case it is used for outbound processing:

    5) Ignore (i.e. do not permit for outbound) WDRs which are destined for a wirelessly connected MS (e.g. within range 1306);

    6) Consider (permit outbound) all WDRs regardless of destination;

    7) Ignore (i.e. do not permit for outbound) all WDRs regardless of destination; and/or Ignore (i.e. do not permit for outbound) WDRs which are not destined for a wirelessly connected destination (e.g. this is a popular configuration).

The WRC (or counter-part thereof) is then used appropriately by WITS processing for deciding what to do with the WDR in process. Assuming the WDR is to be processed further, then permissions 10 and charters 12 are still checked for relevance of processing the WDR (e.g. MS ID matches active configurations, WDR contains potentially useful information for configurations currently in effect, etc). In an alternative embodiment, WITS filtering is performed at existing permission and charter processing blocks so as to avoid redundantly checking permissions and charters for relevance.

If block 8466 determines the WRC and WDR information indicates to ignore the WDR, then processing continues to block 8468 for indicating to the caller of FIG. 84B to filter out the WDR from further WITS processing (e.g. FIG. 57 and caller processing which invoked FIG. 57), and the FIG. 84B caller is returned to at block 8470. If block 8466 determines the WRC and WDR information indicates to continue processing, then processing continues to block 8472 for indicating to the FIG. 84B caller to continue processing the WDR (i.e. do not filter out), and processing continues to block 8474.

Block 8474 loops through all fields 1100k sections enabled, for example by FIG. 77 processing, to eliminate subset sections when a higher level section includes all enabled subordinate sections. For example, appfld.services is a higher order section for all SDR corresponding sections to be maintained therein of service directory 16, appfld.services.2 is a higher order section specifically for a web service appfld.services.2.handle, etc. Fields to enable are at least appfld.services.#.handle, appfld.services.#.route, and appfld.services.#.ldt for each service (_appfld.services.ct too). Enabling appfld.services indicates to FIG. 85B processing to get all SDRs from the service directory 16 for being present in the WDR. Block 8474 continues to block 8476 when all enabled fields 1100k sections are identified.

Block 8476 gets the next (or first) enabled fields 1100k section. Thereafter, block 8478 checks if all have been processed (may be none, one or many to process). If block 8478 determines there is a section to process, block 8484 accesses section applicable privileges and block 8486 checks if anyone is privileged to receive the section in any form. If block 8486 determines that at least one privilege is in place, then block 8488 accesses data for the section, block 8490 builds the fields 1100k section appropriately into a work area, perhaps in accordance with the associated privilege from block 8484, and processing continues back to block 8476 to get a next section for processing. Block 8488 will access appropriate data for the application fields 1100k section (e.g. directory 16 SDR information) as is appropriate for that particular application set of data. This may include accessing data of an AppTerm, atomic term, WDRTerm,

map term, data (e.g. existing applications fields 1100k section(s)) of the passed WDR, or any other MS data.

If block 8478 determines there are no remaining enabled sections to process, block 8480 strips off the entire fields 1100k from the WDR passed for processing, block 8482 appends to the passed WDR a completely new fields 1100k built to the work area, and the caller is returned to at block 8470. For service propagation, the appfld.services section contains appropriate fields for receiving MSs to maximize service availability in the LN-Expanse. Receiving MSs update their service directories 16. See FIG. 85E discussion.

FIG. 85B depicts a flowchart for describing a preferred embodiment of a procedure for processing a request for a propagated service. FIG. 85B is to be thread safe (reentrant), as are all procedures of this application for good coding practices. Processing begins at block 8502, continues to block 8504 for getting parameters passed (e.g. service handle (e.g. name) desired (comparable to field 8500a), the request data, reference/address to any response data returned to the caller, whether to provide a notification to the user if able/unable to reach the service), block 8506 for accessing service directory 16 at the MS of FIG. 85B processing for all SDRs describing where to find the desired service passed as a parameter, and then to block 8508 for prioritizing SDRs found at block 8506. If only one SDR, or none, is found for the desired service, then no prioritizing is performed. There may be a plurality of SDRs from many MSs in the service directory 16 based on privileges and enabled fields 1100k sections shared between MSs. Prioritizing is preferably carried out on SDRs by sorting SDRs with priority for a minimum number of hops (i.e. least # of MSs in routing field 8500c) and a most recent date/time stamp field 8500f for SDRs with the same MS ID in the final segment MS of route field 8500c. For example, there may be a plurality of SDRs in a service directory 16 for a choice of routes to the specified service.

Thereafter, block 8510 gets the next prioritized SDR (or first) and block 8512 checks the result. If block 8512 determines there is a SDR to process for the desired service, then block 8514 sets field 8500h to true in the corresponding SDR of directory 16, block 8516 builds a targeted send request for the request data parameter according to route field 8500c (i.e. the service or first hop in the route) and applicable field(s) 8500e, and block 8518 sends the request and waits for the response. If a single MS ID is present in field 8500c, then it is the MS of FIG. 85B processing in which case the desired service is communicated with directly from the MS of FIG. 85B processing using address field 8500d. If there is a plurality of MSs in field 8500c, then the next MS to hop to is targeted for processing the service request.

FIG. 85B makes use of appropriate semaphore control discussed for FIG. 84A. Block 8518 processing preferably involves asynchronous communications threads for sending and receiving, analogously to architecture 1900 send and receive processing discussed above wherein queued correlation is maintained to correlate a response with a request. Block 8518 preferably sends using a targeted request using a send queue (e.g. queue 24) like block 2516, and then involves at least one asynchronous receiving thread blocked on a receive queue (e.g. queue 26) at a MS or service to provide a correlation containing response. Block 8518 processing continues to block 8520 when either of the following conditions occur:

    1) Response containing status and/or data received back for the request sent at block 8518;

US 10,477,994 B2

381

2) Error response code status received back for the request sent at block **8518**; or

3) A communications wait timeout occurred whereby a response was never received in a reasonable time period for the request sent at block **8518**.

Block **8520** sets field **8500**h to false in the corresponding SDR of directory **16** from block **8510**, and block **8522** checks results of the send at block **8518**.

If block **8522** determines an error was returned, or a timeout occurred whereby no response was received back, then processing continues back to block **8510** for a next prioritized SDR, otherwise at block **8524** the response information received is appropriately placed into the parameter for returning the response back to the caller of FIG. **85**B, block **8526** sets a return code to the caller for indicating a response was received, block **8528** updates the corresponding SDR of directory **16** field **8500**f to the current MS system date/time and processing continues to block **8530**. The timeout value may be configurable or enforced by known system constraints.

Referring back to block **8512**, if block **8512** determines there are no SDRs to process for the desired service, or the last prioritized SDR was already processed, then block **8540** places a null into the parameter for returning the response back to the caller, block **8542** sets the return code to the caller for the error which last occurred, and processing continues to block **8530**. Loop iterations of blocks **8510** through **8522** provide the best ordered attempt to reach the requested service in minimal time.

If block **8530** determines a user notification parameter passed to FIG. **85**B processing indicates to notify the user of request results, then block **8532** alerts the user with result status information and processing continues to block **8534**, otherwise block **8530** continues directly to block **8534**. The results status information preferably requires the user to acknowledge seeing the status information before processing can leave block **8532** for block **8534**. Block **8534** logs results (e.g. to history **30**), continues to block **8536** for pruning service directory **16** of the MS of FIG. **85** processing, and the return code is preferably returned as a "function" FIG. **85**B would so the caller knows how to handle results.

Pruning SDRs will prune by current privileges in effect and will prune SDRs originated by the same MS for the same service so that only the most recent SDR using field **8500**f remains for redundancy or conflict (e.g. different routes for same service from same MS with different last used date/time stamps). An alternate embodiment implements an asynchronous pruning thread (instead of a block **8536**) to prevent impacting performance of request processing.

FIG. **85**C depicts a flowchart for describing an example embodiment of MS application processing relevant for interfacing to a propagated service. A MS application in use starts at block **8546** and continues to block **8548** where a user uses the application as is appropriate for the particular application. Block **8546** may involve many user interfaces, many different kinds of processing, and may involve finally terminating the particular application. When a propagated service is to be accessed by the application (e.g. block **8550**), block **8552** prepares appropriate service request parameters to FIG. **85**B processing and block **8554** invokes FIG. **85**B processing for making the service request. Thereafter, processing continues to an applicable processing point within the particular MS application at block **8548** for processing return information from FIG. **85**B.

382

FIG. **85**D depicts a flowchart for describing a preferred embodiment of processing at a MS when receiving a request for a propagated service from a remote MS. Processing begins at block **8558** when a request for a service is received (e.g. at a receive queue (e.g. queue **26**)) from another MS. There is preferably a pool (plurality) of FIG. **85**D threads for servicing a plurality of MSs simultaneously. The pool of FIG. **85**D threads should be started like other MS 19xx processes in an appropriate order and terminated like other MS 19xx processes in an appropriate order (see applicable discussions related to thread pools blocked on a queue (for FIGS. **12**, **28**, **29**A, **29**B)). Thereafter, block **8560** prepares parameters for invoking FIG. **85**B processing that are in the request, block **8562** invokes FIG. **85**B processing, block **8564** builds a response from FIG. **85**B processing correlated to the request for the requesting MS, block **8566** sends the response (e.g. using a send queue (e.g. queue **24**)), and thread processing terminates at block **8568**. The response built at block **8564** appropriately builds a correlated response for any error or success condition. Note that invoking FIG. **85**B processing at the receiving MS ensures a best route is obtained in minimum time using prioritized local entries which may have been (e.g. improved) since the originating MS service directory **16** was updated. In cases where the service directory **16** of the MS of FIG. **85**D processing has worsened for finding the service, an error is returned to the requesting MS so that FIG. **85**B processing at the requesting MS processes a next prioritized SDR. Service directory **16** SDRs enable a very dynamic nature for optimal routing in a LN-Expanse for service requests.

In an alternate embodiment, MS response processing may search the service directory **16** for finding the best route to get back to the requesting MS, rather than using the same route of the request hops. Response processing can implement searching directory **16** for finding the best and minimum number of hops back to the requesting MS. Directory **16** would be accessed for prioritizing SDRs just as was disclosed for FIG. **85**B, and with applicable processing, for processing the prioritized list for the correlated response to get it back to the requesting MS in the best possible path.

FIG. **85**E depicts a flowchart for describing a preferred embodiment of processing for an executable that updates service directory **16** information, for example as used in a charter action configured by FIG. **45**A or block **8452**. A user can configure a charter to update the service directory **16** with all propagated services (i.e. in context of privileges), such as:

(_l_appfld.services !=NULL):
    Invoke App updsvcd.exe (_l_msid, _l_appfld.services, "ALL");

A user may configure charters to update the service directory **16** with certain propagated service(s) (i.e. in context of privileges), such as:

(_l_appfld.services.#.handle="LBXsupervisory"):
    Invoke      App      updsvcd.exe      (_l_msid, _l_appfld.services.#.handle, "SPECIFIC");

NULL is a special keyword for indicating "not present" and can be used on any section. The updsvcd.exe executable is passed appropriate parameters. An alternate embodiment of FIG. **85**E is a DLL interface wherein the DLL is already loaded to MS processing memory for fast performance when invoked by name from the charter (e.g. Invoke App updsvcd ( . . . )).

Service directory updater processing starts at block **8570** and continues to block **8572** which accesses parameters passed. If the "ALL" parameter is passed, then all subordi-

US 10,477,994 B2

383

nate sections of appfld.services are processed so that all WDR services being publicized can be used. If the "SPE-CIFIC" parameter is passed, then only the single propagated service section being publicized can be used. A user may specify multiple charters, each for specific services of inter-est for propagated service requests. The entire WDR may be passed for access using the special _I_WDR parameter in which case appropriate parsing would be performed on sought WDR information.

Thereafter, block **8574** gets the next (or first) application fields **1100**k services section according to whether a single section or multiple sections are to be processed, and block **8576** checks if they all have been processed (not at first encounter to block **8576** from block **8570**). If there is one to process, then block **8578** gets the services section data fields (e.g. at least fields for populating a SDR into the local services directory **16** with fields **8500**a, **8500**c and **8500**f), block **8580** accesses permissions data relevant for the sec-tion and originating MS identity, and block **8582** checks if the MS of FIG. **85**E processing is privileged for updating its service directory **16** for making service requests using the remote MS data received at block **8572**. If block **8582** determines the MS of FIG. **85**E is not privileged, then processing continues back to block **8574** for any remaining service sections for processing, otherwise block **8584** accesses the local service directory **16** for a matching SDR by matching the service handle (e.g. name) and route information (route received starts at MS identity being received from). Thereafter, if block **8586** determines a match was found (i.e. MS1; MS2; . . . for a service matches a received MS2; . . . for the service), then block **8588** updates the SDR route field **8500**c (i.e. for MS1; MS2, . . . ) in directory **16** with the section received (may be route infor-mation change), as well as any other fields received, before continuing back to block **8574**. If block **8586** determines a match was not found, then block **8590** inserts a new SDR into the local directory **16** for finding the service (i.e. with route field **8500**c of MS1; MS2, . . . ) with the section received, as well as any other fields received before con-tinuing back to block **8574**. Loop iterations of blocks **8574** through **8590** ensure services sections received in WDRs are appropriately processed.

If all service sections have been processed as determined by block **8576**, then processing terminates at block **8592**. Appropriate semaphore control is used by FIG. **85**E pro-cessing for directory **16** processing.

Service propagation facilitates identifying peer MSs which can help satisfy service requests made by a MSs that does not have direct access to a needed service at the time of making the request. Permissions help enforce what ser-vice routing can be shared between MSs. For a basic example, internet connected services are made available to MSs which do not have direct access to the service by routing through peer MSs which are in the vicinity. Routing paths dynamically change as MSs are mobile, and a request always leverages the best available path from any MS during a pending request, and hops thereof. Services are made "highly available". Some suggested services for service propagation configuration include:

Supervisory       service       **1050**       (e.g. appfld.services.#.handle=LBXsupervisory) as dis-cussed above for common service informant code **28** processing among MSs. For example, the LBX archi-tecture supports peer to peer call processing which does not require a "middleman" telephony service provider. MSs communicate with each other in a peer to peer manner. Consequently, service **1050** may be used for

384

reporting call processing usage information to a MS manufacturer, MS software provider, etc so that peer to peer call processing can be monitored and billed appro-priately;

Credit Card Transaction service (e.g. appfld.services.#.handle=verifoneClearing) for auto-matic credit card transactions or validation of such transactions processed by a MS, for example when ordering from a vending machine within the vicinity of the MS, processing or validating a purchase transaction when within the vicinity of an automated teller (e.g. StarBucks robotic coffee maker), processing or vali-dating a bank transaction, or any other debit or credit card related automated service;

Call Processing service (e.g. appfld.services.#.handle=callProcessor) for automati-cally placing a peer to peer phone call whereby a call is placed through a request and response involving multiple hops as described above. In some embodi-ments, SIP or H.323 ip phone call processing traffic is routed through LBX propagated services. In an alter-nate embodiment, correlated requests and responses are used to set up a communication path for call processing much like a call processing SS7 STP (Signaling Trans-fer Point);

911 Emergency service (e.g. appfld.services.#.handle=911) for handling a 911 emer-gency call that may only be reachable through service propagation. For example, an injured skier's only chance to reach a 911 service is through MSs which are in the vicinity;

411 Directory service (e.g. appfld.services.#.handle=411) for handling a 411 directory assistance call to find a sought phone number;

Public Transportation service (e.g. appfld.services.#.handle=publicXport) for providing responses to MS user requests seeking a nearby taxi, bus, other needed transportation, or information thereof;

OnStar service (e.g. appfld.services.#.handle=OnStar) for satisfying requests for needed OnStar services, for example to ensure a person has access to OnStar in times of need (e.g. to unlock automobile, alert OnStar to a potential accident, theft, or other incident, etc);

NTP time service (e.g. appfld.services.#.handle=NTP) for satisfying time synchronization requests in the LN-expanse to improve interoperability performance and facilitating whereabouts determination; or

Gaming service (e.g. appfld.services.#.handle=CallofDuty5) for satisfying gaming interactions among MSs for ensuring "Call of Duty" game interoperability availability. There may be many other specific game service interfaces (specific service handles (e.g. names)) for being supported through propagated services.

FIG. **86**A depicts a flowchart for describing a preferred embodiment of processing for configuring the service infor-mant code **28**. Block **1490** processing begins at block **8602** and continues to block **8604** for initializing variables for subsequent processing, block **8606** for accessing an infor-mant map and building a workable copy used by FIG. **86**A processing, block **8608** for presenting a scrollable list of current informant map entries, and then to block **8610** for waiting for a user action in response to the list presented at block **8608**.

With reference now to FIG. **86**C, depicted is a preferred embodiment of a Service Informant Record (SIR) **8600** for

US 10,477,994 B2

385

discussing operations of the present disclosure. The informant map is a collection of Service Informant Records (SIRs) wherein each record contains three fields: a handle field **8600***a* which is used by an invoker of service informant code **28** to specify which SIR **8600** is being used; a method field **8600***b* which contains a value for indicating: MS2MS, PROPAGATED, HOMEGROWN, ALERT, or ATOMIC, each of which are explained in detail with FIG. **86**B; and a reference field **8600***c* which is the reference to be invoked in context of the method field **8600***b*, also explained in detail with FIG. **86**B. All values in fields **8600***a* are unique across records to ensure a unique handle to a SIR. The purpose of SIRs is to prevent re-building low level or middleware executable LBX code (e.g. compiled and linked) when a different method for performing service informant code functionality is needed. A user updates the informant map SIRs for desired functionality and invoking executable code using FIG. **86**B does not have to be rebuilt. SIRs externalize and isolate variable service informant code **28** processing behavior with convenient user configuration.

With reference back to FIG. **86**A, block **8610** continues to block **8612** when a user action has been detected in response to the list presented. If block **8612** determines the user selected to test a SIR of the list presented at block **8608**, then the user interfaces at block **8614** for specifying parameters for the reference field **8600***c*, and block **8616** invokes service informant code **28** processing of FIG. **86**B. Thereafter, processing continues to block **8608**. The user can check results of having invoked service informant code **28**. If block **8612** determines the user did not select to test a SIR, then processing continues to block **8618**. Depending on a particular embodiment, the user of FIG. **86**A may be an authenticated/authorized administrator, or a MS user.

If block **8618** determines the user selected to browse details of a selected SIR presented at block **8608**, then the details are presented to the user at block **8620**, and the user browses them until satisfied at block **8622**. Thereafter, processing continues to block **8608**. Details presented at block **8620** include data from related LBX history **30**, statistics **14**, permissions **10**, charters **12**, and any other data related to the SIR. If block **8618** determines the user did not select to browse data for a selected SIR, then processing continues to block **8624**.

If block **8624** determines the user selected to modify a selected SIR presented at block **8608**, then the SIR is presented to the user at block **8626** in modifiable form, and the user modifies the SIR until satisfied at block **8628**. Thereafter, processing continues to block **8608**. SIR **8600** fields are presented at block **8626** for modification, and block **8628** ensures any changes are valid. If block **8624** determines the user did not select to modify a selected SIR, then processing continues to block **8630**.

If block **8630** determines the user selected to save the working copy (e.g. memory kept only) of the informant map (i.e. SIRs) for permanent subsequent use, then block **8632** writes the working copy to the informant map used by LBX processing (kept in suitable MS storage), and processing continues to block **8608**. FIG. **86**A supports making one or more "in progress" changes to a temporary working copy which may be saved at block **8632**, or not saved when terminating block **1490** processing at block **8638**. If block **8630** determines the user did not select to save working copy changes, then processing continues to block **8634**. A working copy minimizes a semaphore resource window when updating.

If block **8634** determines the user did not select to exit block **1490** processing, block **8636** handles any other user

386

actions detected at block **8610** and processing continues back to block **8608**, otherwise block **1490** processing appropriately terminates at block **8638** (e.g. terminates user interface).

FIG. **86**B depicts a flowchart for describing a preferred embodiment procedure to provide service informant code **28** processing. Service informant code **28** processing begins at block **8650** when invoked by a calling thread (e.g. by block **296**) with parameters of A) SIR handle; and B) list of parameters, preferably contained in a parameter class object (alternatively, a variable length list of parameters). While service informant code **28** processing can be user configured for desired functionality, parameters to FIG. **86**B processing, and order thereof, should be anticipated for FIG. **86**B processing in light of possible SIR configurations. An alternate embodiment expands SIRs to include additional parameter description information fields for which parameters, and order thereof, to use out of all parameters passed to FIG. **86**B processing to accommodate SIR configuration changes for different service informant code **28** method processing. Other embodiments may expand SIRs for how to format certain parameters for desired processing. Service informant code **28** processing is capable of informing a data processing system with MS2MS communications, invoking a propagated service, invoking a "homegrown" interface, providing a MS local alert, or invoking an atomic command, wherein each method depends on the SIR handle parameter passed to FIG. **86**B processing. In some embodiments, the informed data processing system (e.g. supervisory service **1050**) includes at least one Database (e.g. via Database interface (e.g. SQLNET) of service **1050** or service **1050** interface to Database) to house data for many MSs in a LN-Expanse for coordinated service processing. Regardless, the system contacted is any variety of a data processing system (including another MS).

Block **8650** continues to block **8652** for getting the handle field **8600***a* passed as a parameter, then to block **8654** for using the handle to access the informant map for the associated SIR, and then to block **8656**. Block **8654** may default the method, or cause an error to be handled at block **8686**, if a SIR is not found for the handle.

If block **8656** determines the SIR (e.g. found at block **8654**) indicates to perform MS2MS processing (i.e. indicated in SIR field **8600***b*), block **8658** uses the SIR (e.g. from block **8654**) reference field **8600***c* and parameter class object to prepare parameters for MS2MS processing. The reference may be used to indicate which command, or exactly what type of processing to perform, in MS2MS processing being requested (e.g. a command name). Thereafter, block **8660** invokes FIG. **75**A processing already described above (see FIGS. **75**A and **75**B), and processing continues to block **8688** which returns to the caller of FIG. **86**B. If block **8656** determines a MS2MS method is not indicated in the SIR, then processing continues to block **8662**. Block **8660** should perform appropriately well (i.e. prevent "loopback" at link layer) when identifying the target MS as the same MS of FIG. **86**B processing.

If block **8662** determines the SIR indicates to invoke a propagated service, block **8664** uses the SIR reference field **8600***c* and parameter class object to prepare parameters for invoking the propagated service interface. The reference may be used to indicate which named interface to invoke. Thereafter, block **8666** requests the propagated service by calling FIG. **85**B already described above, and processing continues to block **8688** which returns to the caller of FIG. **86**B. Preferably, service informant code **28** processing is a best attempt and any return code is not checked. Alterna-

US 10,477,994 B2

387

tively, a return code can be checked after performing any
informing method, and returned to the caller of FIG. 86B at
block **8688**. If block **8662** determines a propagated service
(field **8600***b*=PROPAGATED) method is not indicated in the
SIR, then processing continues to block **8668**.

If block **8668** determines the SIR indicates to invoke a
homegrown interface (field **8600***b*=HOMEGROWN)
method, block **8670** uses the SIR reference field **8600***c* and
parameter class object to prepare parameters for invoking
the interface. The SIR reference field **8600***c* may be used to
specify the first parameter to the homegrown interface.
Thereafter, block **8672** invokes the homegrown interface
(e.g. DLL), and processing continues to block **8688** which
returns to the caller of FIG. 86B. If block **8668** determines
a homegrown interface method is not indicated in the SIR,
then processing continues to block **8674**.

If block **8674** determines the SIR indicates to notify the
local MS user (method field **8600***b*=ALERT), block **8676**
prepares information to invoke a MS alert interface at the
MS, and uses the SIR reference field **8600***c* for the type of
alert (e.g. pop-up, log entry, title-bar informative mecha-
nism, specific alert application, etc) and parameter class
object to prepare parameters (e.g. convert data to formatted
human readable string form), for alerting the user. Thereaf-
ter, block **8678** invokes the specified alert interface, and
processing continues to block **8688** which returns to the
caller of FIG. 86B. If block **8674** determines an alert
interface method is not indicated in the SIR, then processing
continues to block **8680**.

If block **8680** determines the SIR indicates to perform an
atomic command (method field **8600***b*=ATOMIC), block
**8682** prepares parameters to invoke the atomic command,
and uses the SIR reference field **8600***c* for the atomic
command (i.e. name) and optionally the atomic operand, and
parameter class object to prepare parameters for the atomic
command and operand pair as already described in detail
above. Thereafter, block **8684** invokes FIG. 62 processing,
and processing continues to block **8688** which returns to the
caller of FIG. 86B. See details of atomic commands and
atomic operand for all the variations and type of informant
processing that can occur. If block **8680** determines an
atomic command method is not indicated in the SIR, then
processing continues to block **8686** where any unknown SIR
handle is appropriately dealt with (e.g. log error) before
returning to the caller at block **8688**.

In alternate service informant embodiments, data which is
used to inform is analyzed to determine which is the best
method to use for informing, in which case block **8654** is
replaced with functionality for analyzing parameters passed.
In this embodiment, no informant map (i.e. no SIRs) is
required. Modified block **8654** would make a determination
what is the best method to perform informing based on data
used to inform with. In a related embodiment, expressions
having conditions may be configured for how to interpret
data passed as parameters for determining an appropriate
informing method. For example, expressions may be as
complex as an expression of charter BNF Grammar **3068***a*
and **3068***b*. A True result of the expression is to cause certain
informing method(s) to be used as was directed by the
configuration. If expressions are supported, a generalized
expression interface may be used for synergy with expres-
sions described above. In other embodiments, generic
expression interfaces are provided for consistent expression
specification and stack based expression evaluation, as
described above.

In some embodiments, a method for informing may be to
carry data in application fields **1100***k* for beaconing data to

388

receiving data processing systems. In some embodiments,
privileges are enforced in FIG. 86B for certain target data
processing system informing (e.g. there is a block X-a for
accessing applicable privileges, block X-b for validating the
applicable privileges, and block X-c for performing what is
already at block X wherein X is **8658**, **8664**, **8670**, **8676** and
**8682**; Each of blocks X-b continue directly to block **8688**
when required privileges are not found, otherwise blocks
X-b continue to blocks X-c for continued processing as
shown).

In some embodiments, the service informant code **28** is
used to propagate services, for example to update service
directory **16** at a remote MS, or at an overall service
directory **16** for a LN-Expanse which is accessed remotely
by MSs as needed for propagated service processing in the
LN-Expanse (e.g. block **8506** accesses remote overall ser-
vice directory **16** database). Service informant processing of
FIG. 86B may be used by IbxPhone™ provider solution
processing (e.g. block **296**, or any other processing point
disclosed), used by charters configured by a user (e.g. see
BNF grammar **3068***b* Invocation), or used by MS applica-
tion providers. Different embodiments can expose SIR man-
agement of FIG. 86A, informant processing of FIG. 86B,
and SIRs of FIG. 86C in various ways to various types of
users. Some uses of FIG. 86C include:

Affecting Intersection Traffic Light switching—Applica-
tion fields **1100***k* work well for beaconing WDRs to be
received not only by MSs in the vicinity, but also data
processing systems which can process specific appli-
cation data of WDRs. For example, a data processing
system responsible for changing an intersection light
from red to green, and visa-versa, will analyze WDR
application fields **1100***k* for an applicable traffic appli-
cation section (e.g. traffic section **8004***a*) for MSs in the
vicinity. As a number of WDR emitting MSs are in the
vicinity of intersections, an intersection light manage-
ment data processing system uses the WDR informa-
tion and directions, velocities, etc thereof, to make
good decisions for affecting light changing behavior. In
one preferred embodiment, an intersection light has a
normal and consistent schedule for when to change
light color for directions of traffic, and the intersection
management data processing system overrides the nor-
mal schedule upon analyzing WDRs in the vicinity to
determine that a light change should occur, for
example, when there is a red light for a long line of
vehicles heading south and north at a four way inter-
section, yet the light is currently green for no vehicles
heading east and west at that intersection. In another
embodiment, service informant processing is used to
keep the intersection management data processing sys-
tem informed for intelligent automated decision mak-
ing, even when the informing MS is great distances
from the intersection.

Parking Lot Guidance—The service informant may be
used to inform a service that the MS desires to make
use of the service, for example to become informed of
available parking lot spaces. In one embodiment, a data
processing system responsible for helping "would-be
parkers" will analyze WDR application fields **1100***k* for
an applicable parking lot awareness application section
(e.g. parking lot awareness section **8004***i*) for MSs in
the vicinity of a particular parking lot. As a number of
WDR emitting MSs are in the vicinity of the parking
lot, a parking lot management data processing system
uses the WDR information and directions, velocities,
etc thereof, along with available parking lot spaces to

US 10,477,994 B2

389

390

provide the driver with useful guidance information in order to find an available parking lot space. Maps, audible directions, and other useful navigational information can be provided to the user automatically, or according to user options. In another embodiment, service informant processing is used to request parking lot awareness information well in advance of being in wireless vicinity of the parking lot for properly planning ahead.

HotSpot Guidance—MSs which participate in high speed communications with "hotspots" can keep track of where the hotspots were located to remind the MS user of where to find the hotspot again. The hotspot application field section **8002***j* is used for internet resource binding between a MS and a hotspot service in the vicinity of the MS. Further, the service informant may be used to keep a master database automatically updated so that other MSs are made aware of the hotspot resources for their travels. The master database should keep a record of successfully bound hotspot uses that other users can be made aware of the same resources when traveling nearby.

Carpool Collaboration—The service informant may be used to automatically inform a carpool service with scheduling, route, and travel consistency information. In one embodiment, the carpool service supports user registrations for soliciting others who travel similar routes at similar times in order to identify possible carpool arrangements. In another embodiment, the carpool application section **8004***e* is used for interoperating MSs in the vicinity of each other, in accordance with permissions, to confirm that traveling carpool service users are indeed in the vicinity of each other during proposed carpool times. The service informant is used to communicate intelligence findings to the carpool service.

Mileage Reporting—The service informant is used to automatically inform a mileage reporting service for automatic accounting, for example to reimburse the MS user (e.g. employee or contractor) for his travels. Many companies reimburse their employees for work related travels. This accounting is manual and burdensome for employees when it comes time to do reporting. The service informant can automatically report after a certain number of miles, certain amount of time, or other events, to the service for automated accounting and reimbursement processing. In some embodiment, the MS must be detected to be in close proximity of a validated automobile data processing system in order to account for mileage. In other embodiments, the MS is mounted in the automobile.

Tracking—The service informant is used to automatically inform a service in order to do tracking of the MS for many different applications, and for many different reasons. Useful observations and useful application leveraging those observations can be made at the service for novel services to a plurality of users using the service. In one embodiment, the service uses tracking information to predict future travels of the MS. In another embodiment, the service uses tracking information to govern, guide, or operate future travels of the MS.

Sudden Proximal User Interface (SPUI)

FIG. **87**A depicts a flowchart for describing a preferred embodiment of Sudden Proximal User Interface (SPUI)

processing. SPUI rhymes with GUI, and for good reason. A SPUI is a Graphical User Interface (GUI) which automatically appears on a MS without the user having manually requested it to be started. A SPUI suddenly appears and is used to interact with at least one device (another MS, another data processing system, RFID device, etc) that is in proximity to (i.e. in the vicinity of) the MS. Although not named, a SPUI was previously disclosed, for example resulting from a charter automatically launching an application (e.g. Invoke atomic command) based on the charter's expression (e.g. being nearby another MS, or a data processing system emulating MS functionality). Charters can automatically start or terminate executable(s) (e.g. SPUI) by invoking appropriate processing. Specific application fields **1100***k* presence and values can result in conditionally spawning, or terminating, a SPUI.

SPUI processing begins at block **8700**, and may begin as the result of invocation by a privileged charter, privileged passive or active RFID processing (e.g. **5300**-CALL interface invocation) which automatically detected being in range of a RFID device, manually requested by a user like conventional application GUIs, or the like as disclosed in LBX processing. Processing continues to block **8702** where the most recent SPUI application variables are accessed and to block **8704** for checking if the SPUI application is already running on the MS. If block **8704** determines the SPUI application is not already running on the MS, then processing continues to block **8706** for presenting the SPUI to the user, preferably using the most recently saved SPUI application state variables from block **8702**, and then to block **8708** where the user interfaces with the SPUI in context of the particular SPUI application. The FIG. **87**A flowchart depicts processing of interest to SPUI processing during user interface at block **8708**. Of course, there can be many user actions and processing that takes place at block **8708**. Processing of interest at block **8708** is first checked for at block **8710**.

If block **8710** determines that authentication is to be performed to the remote data processing system (e.g. other MS, MS emulator, RFI device, etc), then block **8712** prepares the authentication request using data specified in the SPUI at block **8708** (e.g. password), block **8714** sends the request to be received by the remote data processing system, block **8716** waits for a response and processing does not leave block **8716** for block **8718** until a response is received, an error is received, or a timeout with no response being received is detected. If block **8718** determines a corresponding non-error response (e.g. correlated) was received, then block **8720** updates SPUI relevant data (e.g. any data including local MS data, remote data, data for Service Informant processing, etc) if applicable, block **8722** updates the SPUI interface to reflect the response to the user, and processing continues back to block **8708** for further user interface to the SPUI. If block **8718** determines no response was received within a reasonable timeout, or that an error (correlated) was returned from the remote data processing system, then block **8724** reports the error to the user (e.g. in the SPUI) and processing continues back to block **8708**.

There are various embodiments for authentication to the remote data processing system which may be a passive RFI device, an active RFI device, a MS, a MS emulator, or another data processing system. Embodiments include:

See U.S. Pat. No. 5,912,959 ("Method of and system for password protection in a telecommunications network", Johnson) wherein trailing digits are used for a password to a numeric access interface (e.g. numbers dialed). For example, as a MS comes within range of a

US 10,477,994 B2

391

vending machine, the SPUI gets automatically presented, the user dials the advertised phone number interface and uses the SPUI to make a purchase for dispensing the product. Continuing with another example, the MS comes within range of a personal control center (e.g. outdoor lights at MS user's home), the user dials the well known phone number interface along with personally known trailing password digits for authentication to then be able to interface through the MS SPUI for controlling his personal home outdoor lighting system. The outdoor lighting system interface is embodied with a SPUI;

A password (may be encrypted when communicating) is maintained by the remote data processing system for being recognized from an authorized administrating MS;

Use of probe data **5300**-P, or a subset therein, at the appropriate time (e.g. FIG. **87**A processing) for authenticating to the device;

Use, at the appropriate time, of user entered authentication criteria specified by a user of the SPUI;

Block **8710** and subsequent processing described above for possibly re-authenticating at a much later time in SPUI interface processing at block **8708** because RFID processing already used probe data **5300**-P to initiate communications and authenticate to the remote data processing system which is why processing began at block **8700** anyway (i.e. already authenticated when arriving to block **8700**);

No block **8710** and subsequent processing described above because authentication was already granted by virtue of having arrived to block **8700** for processing;

Charter, or atomic command, execution already passed authentication criteria prior to invoking the SPUI; or

Another authentication processing embodiment in context of the LBX architecture.

If block **8710** determines that authentication was not requested by the user or SPUI application, then processing continues to block **8726**.

If block **8726** determines a request is to be sent to the remote data processing system, then block **8712** prepares the particular request (e.g. using data specified in the SPUI at block **8708**), block **8714** sends the request to be received by the remote data processing system, block **8716** waits for a response, and processing does not leave block **8716** for block **8718** until a response is received or a timeout with no response being received is detected. Processing continues just as described for an authentication request. If block **8726** determines that no request was to be sent, then processing continues to block **8728**.

If block **8728** determines that asynchronous data was received for the SPUI application of FIG. **87**A processing (e.g. presumably from an applicable remote data processing system), processing continues to block **8730**. If block **8730** determines the data received was anticipated (e.g. using correlation maintained from a prior send request), then block **8732** parses and analyzes the data received. Thereafter, block **8718** determines if the data received was in error, or if it is to be used for SPUI processing. Block **8718** and subsequent processing is already described. If block **8730** determines the data received was not anticipated (e.g. no correlation found), then block **8734** attempts to correlate the data (e.g. to context of SPUI processing up to this point at block **8708**) to the SPUI of FIG. **87**A processing before continuing to block **8718** and subsequent processing already

392

described. If block **8728** determines that no asynchronously received data is to be processed, then processing continues to block **8736**.

If block **8736** determines the MS moved out of range of the remote data processing system being interfaced with, then block **8724** reports the error before continuing processing back at block **8708**. In some embodiments, charter processing causes the event of block **8736** subsequent processing. Moving out of range may automatically terminate the SPUI application rather than providing an error in the SPUI which remains running. In some embodiments, the timeout detected at block **8716** determines that the MS is out of range. In some embodiments, there is no need for MS out of range determination (e.g. explicitly depicted by block **8736**) because every response by the remote data processing system may be driven by a SPUI request. If block **8736** determines that the MS did not determine to be out of range, then processing continues to block **8738**.

If block **8738** determines that SPUI application variables are to be saved (e.g. a user action to save), then block **8740** saves variables which can be used by the next processing at block **8702** (e.g. take on characteristics of processing and/or presentation desirable to prevent rework or redundant user specification, incorporate past user habits, past user SPUI orders, etc). Thereafter, processing continues to block **8708**. If block **8738** determines that no SPUI application variables are to be saved, then processing continues to block **8742**.

If block **8742** determines that the SPUI application is to be exited (e.g. a user action to exit), then block **8744** terminates the SPUI application appropriately (may save variables like block **8740** thereby eliminating the requirement for blocks **8738** and **8740** based on a user action), and SPUI processing terminates at block **8746**. If block **8742** determines the SPUI application is not to be exited, then processing continues back to block **8708**.

Referring back to block **8704**, if it is determined that the SPUI application is already running in the MS, then block **8748** reports the SPUI is already active, and may surface the SPUI in the MS user interface for notifying the user of its presence. Thereafter, processing continues to block **8746** where processing terminates. In some SPUI embodiments, there is no need to check at a block **8704** if the SPUI application is already running. For example, a MS may be in proximity to a plurality of controllable remote data processing systems that use the same SPUI in which case multiple instances of the SPUI are presented to the user for uniquely controlling each system. One embodiment can have multiple instances of the same SPUI launched for multiple remote data processing systems, another embodiment can support multiple remote data processing systems with a single SPUI, and yet another embodiment enforces one SPUI instance at a time for a single remote data processing system.

While blocks **8714** and **8716** are presented in a synchronous point of view by waiting for a response, the reader should appreciate that the LBX architecture **1900** is a preferred embodiment. As has been well described above for threads of architecture **1900**, the sending of requests, correlating the responses to those requests, and processing responses, is most efficiently performed by multiple threads executing concurrently. In the preferred embodiment of architecture **1900**, blocks **8716** through **8722** can be carried out with receive thread processing after correlating a response (if matched) with the request sent. This would be a different asynchronous thread than the processing of block **8716**, but would be as effective in producing the result. Block **8716** would have to create an insert to a queue correlation which can be used by the receive thread. The

US 10,477,994 B2

393                                                                                   394

correlation must have enough information to uniquely distinguish the response from other responses. Similarly, block **8728** depicts that the preferred asynchronous receive thread design is accounted for in processing solicited and unsolicited responses from the remote data processing system, and block **8736** processing may have been caused by an asynchronous processing thread which can affect SPUI application behavior. So, to not obfuscate the many thread relationships of a SPUI, FIG. **87A** presents processing relevant to SPUI application processing while reminding the reader in the context of architecture **1900** is a preferred embodiment.

Sudden Proximal User Interfaces (SPUIs) are intended for notifying a user with a GUI that a remote data processing system of interest is nearby, or is within range. The user can control SPUI invocation through charter and RFID configuration as described above, however privileges on their own merit could be deployed for the meaning of invoking a SPUI when nearby an applicable remote data processing system. The SPUI may contain all the things native to a GUI (e.g. menus, options, icons, windows, etc) and may affect an entire MS interface (e.g. desktop or main window background or foreground, option or control layout, etc). The SPUI may modify the look, feel, and/or options of the MS user interface rather than invoke an application to the MS. For example, as a user travels, SPUIs present themselves to the MS for use based on what is in the vicinity at the time. The MS interface may be automatically reorganized to reflect what is nearby at the time. The SPUI is the user's path into an application that the user can interface to for driving a remote data processing system. Regardless of how a SPUI was invoked, there is a wealth of data accessible for processing such as WDR information of a WDR triggering a SPUI, application variables and most recent WDR information of an AppTerm triggering a SPUI, callback function processing for accessing AppTerm data and most recent WDR information, any disclosed processing for access to LBX History **30**, statistics **14**, or any other MS data herein disclosed. A SPUI may be presented visually, with audio, combinations thereof, or in any way that grabs the attention of the MS user. Any data processing systems can be automatically controlled, and user settings can be saved for defaulting the next interaction. The user may configure charters for automated processing, or may configure a SPUI to present itself for subsequent processing (e.g. block **8708**, **8712**, **8730**, etc).

FIG. **87B** illustrates different embodiments for discussing various data processing systems which can be automatically controlled by a MS according to the present disclosure, for example by: charter processing as a MS becomes nearby a data processing system, through a SPUI, or through other LBX processing. A remote data processing system application environment **87B-1**, or subset thereof, includes an application **87B-12**, some of which are discussed herein (e.g. SPUI examples section below), an application interface **87B-14**, and a transponder **87B-16**. In this embodiment, a transponder **87B-16** may be a RFID device for receiving and sending information, another MS, a data processing system providing a MS emulation, a data processing system providing a RFID emulation, or a data processing system specifically designed to interact with MSs for controlling application **87B-12**. In this embodiment, application **87B-12** may include a plurality of data processing systems, and will provide at least one application interface **87B-14** (e.g. API) for supporting the controlling of the application **87B-12** (e.g. application device(s), application appliance(s), application environment data, application machine(s), application system(s), application data processing system(s), or the like).

The application interface **87B-14** of environment **87B-1** is integrated well into the application **87B-12**, for example by the builders (e.g. manufacturers, engineers, developers, etc) of application **87B-12**. In this embodiment, transponder **87B-16** was adapted to the environment **87B-1**, for example by a third party wherein transponder **87B-16** was developed to middleman communications and control commands between a MS (not shown) in the vicinity of transponder **87B-16** and the interface **87B-14** over at least one connection **87B-18**. Connection(s) **87B-18** may be physical, wireless, a plurality of different communication mediums, different wave forms, or of embodiments discussed with FIG. **1**E. Environment **87B-1** exemplifies that transponder **87B-16** was provided as an add-on component to an existing application interface **87B-14** for carrying out support for automated control of application **87B-1** by an authorized MS in the vicinity of transponder **87B-16**.

A remote data processing system application environment **87B-2**, or subset thereof, includes an application **87B-22**, some of which are discussed herein (e.g. SPUI examples section below), and a transponder application interface **87B-24**. In this embodiment, a transponder application interface **87B-24** may include a RFID device for receiving and sending information, another MS, a data processing system providing a MS emulation, a data processing system providing a RFID emulation, or a data processing system specifically designed to interact with MSs for controlling application **87B-22**. In this embodiment, application **87B-22** may include a plurality of data processing systems, and may provide a tightly coupled interface with transponder functionality (e.g. shared data processing system motherboard) to a MS in the vicinity of interface **87B-24** for supporting the controlling of the application **87B-22** (e.g. application device(s), application appliance(s), application environment data, application machine(s), application system(s), application data processing system(s), or the like). Interface **87B-24** of environment **87B-2** is integrated well into the application **87B-22**, for example by the builders (e.g. manufacturers, engineers, developers, etc) of application **87B-22**. In this embodiment, interface **87B-24** already contained transponder functionality that a MS can interact with directly over at least one communications channel of the MS. Environment **87B-2** exemplifies that the transponder application interface **87B-24** was provided as part of the application **87B-22** for carrying out support for automated control of application **87B-22** by an authorized MS in the vicinity of interface **87B-24**.

A remote data processing system application environment **87B-3**, or subset thereof, includes an application **87B-32**, some of which are discussed herein (e.g. SPUI examples section below), and a transponder application interface **87B-34**. In this embodiment, a transponder application interface **87B-34** may include a RFID device for receiving and sending information, another MS, a data processing system providing a MS emulation, a data processing system providing a RFID emulation, or a data processing system specifically designed to interact with MSs for controlling application **87B-32**. In this embodiment, application **87B-32** may include a plurality of data processing systems, and will support at least one control interface **87B-38** for the controlling of the application **87B-32** (e.g. application device(s), application appliance(s), application environment data, application machine(s), application system(s), application data processing system(s), or the like). Control interface(s) **87B-38** may include software, hardware, machines, wires, fiber, devices, or any combination of man-made apparatus in order to control application **87B-32**. Interface **87B-34** of

**395**

environment **87**B-**3** was not integrated into the application **87**B-**32**. In this embodiment, transponder application interface **87**B-**34** was adapted to the environment **87**B-**3**, for example by a third party wherein interface **87**B-**34** was developed to middleman control between a MS (not shown) in the vicinity of interface **87**B-**34**. Control interface(s) **87**B-**38** were likely adapted (e.g. add-on) by a third party for automated controlling of application **87**B-**32**. Environment **87**B-**3** exemplifies that the transponder application interface **87**B-**34** was provided as an add-on component with add-on control interface(s) **87**B-**38** for carrying out support for automated control of application **87**B-**3** by an authorized MS in the vicinity of interface **87**B-**34**.

FIG. **87**C depicts a flowchart for describing a remote data processing system application environment covering an infinite number of MS controllable applications. Processing is presented in light of the many detailed applications which are discussed herein (e.g. SPUI examples section below). Those skilled in the particular application art will have enough information for implementation while preventing a tremendous number of written pages for unnecessary detail. Processing begins at block **8750**, and may begin as the result of an application which is ready for interacting with a MS in the vicinity. Thereafter, transponder functionality (i.e. MS send/receive interfaces) waits for eligible MS data detected in its vicinity at block **8752** either by waiting passively, or actively seeking a MS (e.g. periodic polling). Eligibility may be determined through participation on a monitored wave spectrum, a special communications signature, anticipated authentication criteria (e.g. field **5300**-P data), or some other MS communications data criteria. An eligible communications from a MS in the vicinity cause processing to leave block **8752** for block **8754**.

If block **8754** determines that authentication is to be performed for the MS, then block **8756** performs authentication and finalizes it if it was successful before continuing to block **8758**, otherwise block **8754** continues to block **8758**. Depending on the embodiment, finalizing at block **8756** may involve updating application data, accessing application data, or modifying variable data for subsequent processing.

If block **8758** determines the MS is not authorized, then block **8760** handles the error, and block **8762** checks to see if sending data back to the MS is warranted (e.g. error code). If block **8762** determines no data (e.g. error information) is to be communicated back to the MS, then processing continues back to block **8752**. If block **8762** determines that data (e.g. error) should be sent back to the MS, then block **8764** prepares a transmission, sends the transmission, and processing continues to block **8752**. In some embodiments, block **8760** logs an error, and may ignore the error so that no response is sent back to the MS at block **8764**. If block **8758** determines the MS is authorized, then processing continues to block **8766** for processing MS data received.

Block **8766** processes data received from a MS in the vicinity and determines what should be processed for the data received. In some application embodiments, there is no explicit authentication step, for example when all MS data communications contain authentication criteria anyway as processed at block **8766**. If authentication was solely the purpose of current FIG. **87**C processing, processing leaves block **8766** for block **8786** where authentication processing may be completed for subsequent processing from the MS in the vicinity. A MS will communicate to FIG. **87**C processing, and FIG. **87**C processing will communicate to a MS over at least one supported wave spectrum, and may use different wave spectrums, channels, communication inter-

**396**

faces **70**, or other embodiments discussed above for MS communications, even during a single period of time wherein the MS is in the vicinity for controlling the application.

After parsing and interpreting MS data at block **8766**, processing continues to block **8768** to check what is necessary for further processing the MS data. If block **8768** determines the MS communicated for controlling a feature, device, apparatus, machine, or some other aspect of the application, then block **8770** appropriately invokes the application interface for performing the requested functionality. Processing continues to block **8762**. If block **8762** determines no data (e.g. response) is to be communicated back to the MS, then processing continues back to block **8752**. If block **8762** determines that data should be sent back to the MS, then block **8764** prepares a transmission, sends the transmission, and processing continues to block **8752**. If block **8768** determines the MS did not communicate for controlling some application aspect, then processing continues to block **8772**.

If block **8772** determines the MS communicated for initialization processing, then block **8774** performs initialization processing (may or may not invoke application interface) and processing continues to block **8762**. If block **8762** determines no data (e.g. response) is to be communicated back to the MS, then processing continues back to block **8752**. If block **8762** determines that data should be sent back to the MS, then block **8764** prepares a transmission, sends the transmission, and processing continues to block **8752**. If block **8772** determines the MS did not communicate for initialization processing, then processing continues to block **8776**.

If block **8776** determines the MS communicated for accessing application data, then block **8778** interfaces to the application for the sought data and processing continues to block **8762** which was already described above. Data may be sent back to the MS at block **8764**. If block **8776** determines the MS did not communicate for application data access, then processing continues to block **8780**.

If block **8780** determines the MS communicated for setting application data, then block **8782** interfaces to the application for the sought data and processing continues to block **8762** which was already described above. If block **8772** determines the MS did not communicate for setting application data, then processing continues to block **8784**.

If block **8784** determines the MS communicated data which should cause an action at the MS (e.g. SPUI data update), then processing continues to block **8764** which was described above. If block **8784** determines the MS did not communicate data resulting in an action to be performed at the MS, then processing continues to block **8786**. Block **8786** handles other processing determined to leave block **8766** and processing continues back to block **8752**.

Blocks **8770**, **8774**, **8778**, **8782**, **8764** and **8786** may include access: to a local or remote application database; to a local or remote data processing system; to an interface to the application through an API, script, command, or the like; and/or to one or more MSs other than the one causing FIG. **87**C processing (e.g. in the vicinity of the application). Also, at any time during application processing (e.g. as the result of processing subsequent to processing of blocks **8756**, **8770**, **8774**, **8778**, **8782**, **8764** or **8786**), the MS may be communicated with in an asynchronous manner by the application as is appropriate (e.g. update status in SPUI as result of previous interactions). In some embodiments, data at block **8766** may cause execution of any combination of blocks **8770**, **8774**, **8778**, **8782**, **8764** and/or **8786**.

US 10,477,994 B2

397 398

FIG. **87**C preferably comprises a plurality of threads to prevent missing any particular MS data which may be communicated for processing, and for applications which support a plurality of different MSs to communicate with.

SPUI Examples

As discussed, there are various methods for automated trigger processing at a MS within context of the LBX architecture. Typically, a SPUI is automatically presented at the MS when the MS is in the vicinity of a nearby data processing system (e.g. MS, an emulation of a MS, a RFID device, or the like). The supported strength/range of communications (e.g. maximum range **1306**) between the MS and the nearby data processing system can be used to control how close the MS must be to the data processing system in order for the SPUI to present itself. For example, the user enters the living room of his home, comes within range to a RFID device associated to controlling living room window blinds. Subsequently, charters at the user's MS automatically execute to spawn an application for controlling the window blinds in the living room (e.g. up, down, tilting to desired angle, etc). In fact, each room of the MS user's home may contain a window blinds associated RFID device which supports a short wireless range so that the same blind application can be used to control each unique blind appliance appropriately. In some embodiments, parameter(s) passed contain unique RFID device information to the charter action for automatically populating the SPUI correctly for controlling the appropriate window blinds, or for distinguishing between different blind systems. The user may or may not spend time in the SPUI for controlling the appropriate blinds. There are thousands of applications wherein the MS becomes a powerful tool for the MS user's every day life. While examples below are described in context of processing of FIGS. **87**A through **87**C, it should be appreciated that a SPUI may not be invoked at the MS. For example, the MS may maintain user configurations so that when the MS becomes within the vicinity of a nearby data processing system, the configurations are automatically used to control the appliance (e.g. window blinds) without need for any user interface. Continuing with the window blinds example, the user configures charters which indicate that whenever the user is nearby the blinds (e.g. in the living room) between the hours of 7:00 AM and 10:00 AM, the window blinds are to be automatically tilted at 30 degrees to allow appropriate outside daylight in. Parameters may be passed to charter actions for variably affecting invoked processing for a variety of reasons, and charter action invocations maintain state data (e.g. blocks **8702** and **8740**) for preventing of redundantly invoking automated processing. Charters provide a very rich enablement for automatic processing, with or without subsequent user interface as desired by the user. Below are some examples for automated control, with or without SPUI processing. Those skilled in the relevant arts know how to couple/interface/integrate data processing systems to the examples below in context of embodiments of FIGS. **87**A through **87**C for appropriate control of each of the examples, as driven by processing of a nearby MS which communicates with them. No service is required. All interactions can be performed in a peer to peer manner. Application examples:

    1) Appliances and controllable fixtures—Window blinds, washers, dryers, dish washers, ovens, plumbing fixtures, televisions, stereos/radios, media players (e.g. DVD), lighting fixtures, fan fixtures, or any other household appliance or operable fixture;

    2) Automobiles—Any controllable interface to an automobile (car, truck, bus, place, etc);

    3) Vending machines—A nearby vending machine can be interfaced to for product selection and payment. In one embodiment, a SPUI uses U.S. Pat. No. 6,615,213 ("System and method for communicating data from a client data processing system user to a remote data processing system", Johnson (e.g. blocks **8708**, **8712**)). The MS may communicate with a remote service through the application for credit or debit card processing in order to accomplish the purchase. Alternatively, the LBX Informant may be used. Further still, earned points from credit card purchases may be automatically used to accomplish the purchase with little user interaction, and an authenticated MS in the vicinity of an ATM can be credited with points to be used to purchase certain goods or services;

    4) Retail Automated Menu Interfaces—As a MS user enters a retail establishment (e.g. restaurant, product store, retail store, grocery store etc) data for previous interactions with the retail store is accessed (e.g. block **8702**) and the SPUI automatically notifies the user with most recent menu or order information for convenient reorder by minimizing human interaction to accomplish processing. In one example, the MS user enters a certain Starbucks in the morning (Starbucks is a trademark of the Starbucks Corporation). Block **8702** accesses previous order information (perhaps selects the most frequently made order by the user at that Starbucks), automatically populates a SPUI with the order information at block **8706**, and the user performs minimum actions to order the usual coffee product at block **8708**. In some embodiments, a charter may automatically order the coffee when the user drives into the parking lot so it is ready when the user enters the store, and a charter can provide automatic payment either by: a confirmed user action, as the user leaves the store, etc. In some embodiments, previous order information is maintained at the Starbucks application and is returned to the MS at block **8764**. Any retail establishment can participate with a LBX enabled MS provided appropriate authentication and automated processing is supported for nearby MSs. In another example, a grocery store is entered by the user wherein the MS displays previous shopping list choices (for previous purchases) and then provides the most efficient route for getting the desired items from the selected list, Further still, coupons available for store shopping or for certain items in the user's products of interest are automatically presented in the SPUI for optional use;

    5) Parking Lot Guidance—As a MS user enters a parking lot, a SPUI is presented at the MS for indicating where the closest parking spots are, whether it is a small spot or large spot, etc; For example, the application returns informative data at block **8764**;

    6) Group Awareness—An application (e.g. recipients of an email, attendees of a pending meeting appointment, etc) applicable to a group of nearby MS users can be invoked, for example as configured by a charter. For example, proposed attendees of a forthcoming meeting are automatically detected to be nearby. The MS accesses relevant AppTerm data for nearby processing. Consequently, a SPUI notifies the MS user that all parties to the forthcoming meeting are in the same business establishment (i.e. are within a close distance). The MS user can then seek the other MS users, hold the

399

meeting now when it convenient for everyone, and then be able to free up that reserved time scheduled in the future;

7) Emergencies—The MS automatically notifies its user of an emergency situation (see emergency section of field application fields **100**k). For example, a SPUI presents itself to notify the user that an emergency vehicle is approaching. Charters may be configured to automatically navigate an automobile using processing of FIGS. **87**A through **87**C in a charter's automated response to the emergency data received;

8) Traffic Control—a MS approaches an intersection (e.g. in a vehicle or on the person of a pedestrian, bicycler, etc), and interfaces to the traffic light application as does many other MSs. The traffic light application can use the locations, speeds, directions and other circumstances of MSs in the vicinity to variably control when the light(s) is to change, for how long to keep light(s) or directional indication settings, and the like. Emergency data may also be received by the traffic control application and processed accordingly (e.g. automatically change light for quick passing through by emergency vehicles). WDRs of MSs in the vicinity of each other traveling at high speeds can help indicate a forthcoming accident for appropriate MS automated processing (e.g. warning, automated vehicle control, etc);

9) Attendance Monitoring—Company employees carry their MS for automatically clocking in and out of their place of employment. Employees who forget their MS will not be able to enter or leave without performing a clock operation manually. Similarly, people automatically have their attendance registered when attending a school, event, meeting, appointment, or the like;

10) Public transportation—A MS user approaches a taxi or bus stand at an airport. The public transportation application notifies the best candidate for providing service to the MS user, and the public transportation notifies the MS user with a SPUI of what to anticipate for getting service. Similarly, a MS user approaches a ticket counter for automated authentication and printing out of an appropriate boarding pass;

11) Utility Meter Reading—The MS is used to automatically access information from a utility meter (e.g. water, electric, gas) for proper customer account management when the authenticated MS is in the vicinity of the meter. The service informant can then be used periodically to keep a master database updated for data backup, centralized account management, or other services;

12) Nearby Information System Support—The MS is used to provide location information to the application in the vicinity so the application can in turn use the information to be more informative to the user, a service, or for providing the user with functionality not provided by the MS.

FIG. **88**A depicts a flowchart for describing a preferred embodiment of manually transmitting WDR information: a WDR, subset of a WDR, WDR request, or a customized outbound transmission. A user may want to manually transmit WDR information for a number of reasons including:

MS may be configured for not communicating outbound WDRs;

MS interval for transmission (e.g. SPTP) may not be sent as timely as needed for desired processing;

In reference to an application in the vicinity such as those discussed in FIGS. **87**A through **87**C, a user may want

400

to request interface to the application. Outbound transmissions are typically a reasonable subset of the WDR for embodying the best interface to the application;

User requests to identify (beacon) a MS in the vicinity;

User wants to find out who is nearby;

User want to assist other MSs in the vicinity;

User wants to share location information with a data processing system (e.g. application of FIGS. **87**A through **87**C) in the vicinity so it can use the location information to provide functionality to the user; and/or

User wants to notify a remote data processing system with WDR information.

In one embodiment, block **1496** may be modified to include new blocks **1496**j, **1496**k, and **1496**c such that:

Block **1496**j checks to see if the user selected to request a transmission—an option for configuration at block **1406** wherein the user action to configure it is detected at block **1408**;

Block **1496**k is processed if block **1496**j determines the user did select to make a transmission. Block **1496**k invokes FIG. **88**A for interfacing with the user accordingly, and processing then continues to block **1496**c.

Block **1496**c is processed if block **1496**j determines the user did not select to make a transmission, or as the result of processing leaving block **1496**k. Block **1496**c handles other user interface actions leaving block **1408** (e.g. becomes the "catch all" as currently shown in block **1496** of FIG. **14**B).

Processing begins at block **8800**, and continues to block **8802** where the user is prompted for the type of transmission being requested. When a response is detected at block **8802**, block **8804** checks if the user specified to transmit WDR information. If block **8804** determines the user wants to transmit WDR information, then processing continues to block **8806**, otherwise processing continues to block **8826**.

Block **8806** prompts the user for whether or not to modify: a) WDR data to be transmitted outbound for only the WDR of current FIG. **88**A processing; or b) search criteria to use at block **8812**. Thereafter, if block **8808** determines the user does want to modify WDR data to be sent at block **8820** or search criteria to be used at block **8812**, then the user interfaces at block **8810** for directing which WDR data to add, remove, or modify in the WDR and/or which search criteria to modify. Processing does not leave block **8810** for block **8812** until the user is satisfied with modifications. The modifications requested are also validated at block **8810**. If block **8808** determines the user did not want to perform any modification, then processing continues directly to block **8812**.

By default (i.e. user did not specify search criteria modifications), block **8812** peeks the WDR queue **22** (using interface like **1904**) for the most recent highest confidence entry for this MS whereabouts by searching queue **22** for: the MS ID field **1100**a matching the MS ID of FIG. **88**A processing, and a confidence field **1100**d greater than or equal to the confidence floor value, and a most recent date/time stamp field **1100**b within a prescribed trailing period of time (e.g. preferably less than or equal to 2 seconds). For example, block **8812** peeks the queue (i.e. makes a copy for use if an entry found for subsequent processing, but does not remove the entry from queue) for a WDR of this MS (i.e. MS of FIG. **88**A processing) which has the greatest confidence over 75 and has been most recently inserted to queue **22** in the last 2 seconds. Optional blocks **278** through **284** may have been incorporated to FIG. **2**F for movement tolerance, in which case the default search trailing period used by block **8812** may be appropriately

US 10,477,994 B2

401

402

adjusted. User search criteria modifications made at block **8810** will be used by block **8812** to override search defaults, for example to solve the problem of a previous use of FIG. **88**A not finding a WDR (e.g. to modify trailing time period for search). In some embodiments, block **8812** supports searching LBX history for WDR information when the search criteria is better suited for history.

Thereafter, if block **8814** determines a useful WDR was found, then block **8816** prepares the WDR for send processing, block **8818** modifies the WDR if modifications were requested at block **8810**, and block **8820** broadcasts the WDR information (using send interface like **1906**) by inserting to queue **24** so that send processing broadcasts data **1302** (e.g. on all available communications interface(s) **70**), for example as far as radius **1306**, and processing appropriately terminates at block **8822**. The broadcast is for reception by data processing systems in the vicinity. In some preferred embodiments, oWITS processing is performed prior to block **8818** (e.g. a block **8817** between blocks **8816** and **8818**) or after block **8818** (e.g. a block **8819** between blocks **8818** and **8820**). oWITS processing of blocks **2015** and **2515** would occur at the additional block as is appropriate for the embodiment.

To prevent broadcasting the WDR on all communications interfaces of the MS, the user can specify one or more application fields appfld.rfid.seek.#.channel to override for selecting only certain channels to broadcast the WDR on. The user must have knowledge of which channels have been administrated. Although this application fields **1100***k* section is intended for RFID applications, the MS send capabilities does not distinguish between RFID and non-RFID. A communications interface used by threads feeding off the send queue may be available regardless of its targeted type of data processing system. This is an advantage of the MS disclosed. Multiple transmission channels are useable by FIG. **88**A processing. As discussed with FIG. **20** above, there is means for communicating the channel for broadcast to send processing when interfacing to queue **24** (e.g. set channel qualifier field with WDR inserted to queue **24** to appfld.rfid.seek.#.channel). In one embodiment, send processing accesses appfld.rfid.seek.#.channel information. In another embodiment, block **8820** loops on one or more appfld.rfid.seek.#.channel specifications to send the broadcast over each channel requested. In another embodiment, send processing loops on one or more channel specifications to send the broadcast over each channel requested.

Block **8810** supports the user modifying any data of a WDR. Typically, application fields are modified for interface to an application in the vicinity, but any WDR field can be added, removed, or changed as desired. This allows the user to transmit any data he wants, although a starting point is with a WDR. The user can specify at block **8802** which channel(s) and/or interfaces **70** to send/broadcast on.

Referring back to block **8814**, if a WDR was not found, block **8824** presents a not found error to the user and preferably waits for the user to acknowledge the error before continuing to block **8822** for appropriate FIG. **88**A termination. The user may then use FIG. **88**A processing again with new search criteria.

Referring back to block **8826**, if it is determined that the user selected to perform a WDR request, then block **8828** builds a WDR request (e.g. containing record **2490** with field **2490***a* for the MS of FIG. **88**A processing (MS ID or pseudo MS ID) so receiving MSs in the LN-expanse know who to respond to, and field **2490***b* with appropriate correlation for response), block **8830** builds a record **2450** (using correlation generated for the request at block **8828**), block **8832**

inserts the record **2450** to queue **1990** (using interface like **1928**), and block **8834** broadcasts the WDR request (record **2490**) for responses, and processing appropriately terminates at block **8822**. Absence of field **2490***d* indicates to send processing feeding from queue **24** to broadcast on all available comm. interfaces **70**. The user may have specified a specific channel at block **8802** when selecting to send a request, in which case the specified channel is set in field **2490***d*. An alternate embodiment to WDR request processing may not insert correlation for making TDOA measurements. If block **8826** determines that the user did not select to perform a WDR request, then processing continues to block **8836** for performing a custom transmission.

Block **8836** interfaces with the user for preparing data to be transmitted. Block **8836** does not continue to block **8836** until it is validated. If block **8838** determines the user specified to target the request, block **8842** sends the request and processing continues to block **8822**, otherwise block **8840** broadcasts the request and processing continues to block **8822**.

In an alternate embodiment, processing paths of block **8806** through **8824**, blocks **8828** through **8834**, and block **8836** through **8842** are invoked in separate user interfaces thereby eliminating the need for blocks **8802**, **8804** and **8826**.

A user may send out an emergency transmission using appfld.emergency sections described above (e.g. "Person Needs Help"). Only authorized data processing systems can transmit non-personal emergency transmissions (e.g. "Fire", "Police", "Ambulance", "Amber", "Person Needs Help", "Construction Caution", "Traffic Caution", "Terror Alert"). This is preferably enforced in a MS at MS manufacturing time, or presale configuration time, to provide public service officials with functionality unavailable to common MS users.

When a user requests to identify a MS in the vicinity through a beacon, fields **1100***k* may contain appfld.loc.beacon.expr set with an expression to be evaluated at the receiving MS. A receiving MS which has granted the privilege of being identified to the MS of FIG. **88**A processing shall identify itself so that the user of the MS of FIG. **88**A processing will know where it is. Privileges are also granted for which conditions and terms may be specified. In a preferred embodiment, FIG. **60** processing at the MS for a beacon privilege with presence of appfld.loc.beacon.expr and applicable expression privileges will perform the beacon at the MS. Block **6020** performs the action of beaconing after using expression evaluation processing already disclosed. Beaconing includes embodiments of:

An audible sound that can be heard by the user of the requesting MS;

A visible indication that can be seen by the user of the requesting MS;

Sending data back to the requesting MS as a message, email, or data packet which results in indication with an audible and/or visual presentation with or without another user interface action by the requesting MS user; and/or

Any combination of above methods.

In another embodiment, charters are configured for handling the inbound WDR having appfld.loc.beacon.expr data so that any desired processing can be executed. The charter may have been created by either the requesting MS user, or receiving MS user, and proper charter privileges must be in place.

In some embodiments, processing of FIG. **88**A may be invoked by MS processing automatically, and perhaps from

403

404

configured charters for action processing. For example, DCDB content may be sent in application fields **1100**k as part a WDR rather than as an email, SMS message, or other method (e.g. using an atomic command).

FIG. **88**B depicts a flowchart for describing a preferred embodiment of MS task monitor processing. The task monitor provides the user with information about tasks running on the MS LBX operating system. Information for all MS LBX threads is displayed for the user to interpret what is happening at the time. Preferably, there is user interpretable information describing the process and thread for easy comprehension. Each process should have a name, and each thread should also have a name prefixed by the process name it belongs to. In operating systems wherein any thread can contain children threads, a name hierarchy is displayed from the process name, all the way down to the most descending child thread. Furthermore, specific milestones in processing within a thread can be treated as a qualified processing point reached (e.g. trace information) for being a valid child event in a thread, or a child event of another child event in a thread. Thus, the task monitor is a processing trace monitor.

In a preferred embodiment, processing descriptions (e.g. at least a name) are 64 character strings and may contain blanks, however more or less characters may be implemented. In an embodiment which simplifies access to information at block **8878**, a single statistic (e.g. \st_osactive) maintains a list of all task monitor information. When a thread starts executing or logs a processing milestone, it uses the statistics logger (e.g. FIG. **83**B) to append to the string. When a thread completes executing or completes a logged processing milestone, it uses the statistics logger (e.g. FIG. **83**B) to remove the entry from the string. Because each MS thread is "trusted" to maintain its own status, threads may also maintain milestone trace information to \st_osactive for logging certain milestones in processing, rather than only a thread start and end processing entry. However, it is important that each thread remove what it has appended at an appropriate time. The \st_osactive embodiment is somewhat like a stack wherein current processing is reflected in the depth of the stack and the stack grows with a new entry and shrinks with a removed entry. A delimiter (e.g. A) separates individual entries.

In a well performing embodiment, multiple reference-able named statistics are used which are maintained by associated threads. Setting a particular statistic involves setting or clearing a bit, byte, or other binary data representation (no strings) for maximum performance. Multiple statistics are gathered at block **8878** and presented at block **8864**.

In any embodiment, maintaining of task monitor information impacts MS thread performance, and therefore should be a feature turned on or off, preferably off (disabled) for customers with the ability to be turned on (enabled) by/for MS support (e.g. engineers, developers, customer service, etc). A request to use the task monitor may be validated (e.g. administrator authentication). In one embodiment, block **1496** may be modified to include new blocks **14961**, **1496**m, and **1496**c such that:

Block **14961** checks to see if the user selected to configure enablement or disablement of task monitoring—an option for configuration at block **1406** wherein the user action to configure it is detected at block **1408**;

Block **1496**m is processed if block **14961** determines the user did select to enabled/disable. Block **1496**m interfaces with the user for enabling/disabling maintaining of task information, and processing then continues to block **1496**c.

Block **1496**c is processed if block **14961** determines the user did not select to configure task monitor enable/ disable, or as the result of processing leaving block **1496**m. Block **1496**c handles other user interface actions leaving block **1408** (e.g. becomes the "catch all" as currently shown in block **1496** of FIG. **14**B). Similarly, block **1496** may be modified to include new blocks **1496**n, **1496**o, and **1496**c such that:

Block **1496**n checks to see if the user selected to work with task monitor information—an option for configuration at block **1406** wherein the user action to configure it is detected at block **1408**;

Block **1496**o is processed if block **1496**n determines the user did select to work with task monitor information. Block **1496**o invokes FIG. **88**B for interfacing with the user accordingly, and processing then continues to block **1496**c.

Block **1496**c is processed if block **1496**n determines the user did not select to work with task information, or as the result of processing leaving block **1496**o. Block **1496**c handles other user interface actions leaving block **1408** (e.g. becomes the "catch all" as currently shown in block **1496** of FIG. **14**B).

Of course, block **1496**c may become the catch all for any combination of processing embodiments described for blocks **1496**a/**1496**b, **1496**d/**1496**e, **1496**f/**1496**g, **1496**h/**1496**i, **1496**j/**1496**k, **14961**/**1496**m, **1496**n/**1496**o and/or any other additional options presented at block **1406** with action detection at block **1408**.

In the single statistics variable embodiment to facilitate discussion, an entry such as "WDR Collection **54**; WDR Handler TID 3 (Tim,02/12/2009:170711)" provides an informative indication a WDR from MS ID Tim received at 11 seconds after 5:07 PM on Feb. 12, 2009 is being processed by Thread #3 of process **1912** which has a PID of 54. Any information can be placed into \st_osactive, but it must be removed as soon as that information is not relevant in processing. Nevertheless, the statistics logger can move the information to history so there is always a record. For every entry added by processing, that entry should be followed by being removed at some future time relevant in context of particular processing.

Task monitor processing starts at block **8850**, and continues to block **8852** where the user is prompted for search criteria desired to find task information. Thereafter, the user specifies validated search criteria or exits processing, and block **8856** checks the type of search criteria specified. The user can search for any subset of task information specifying date/time window(s), sought processing information, environment conditions, or any other criteria for finding a subset of task information.

If block **8856** determines the user specified to search for past task information, block **8858** accesses LBX history information **30** and/or statistics information **14** (depends on embodiment) for historical task information and block **8860** checks if any was found.

If block **8860** determines no task information was found, block **8862** provides a not found error to the user and processing continues back to block **8852** for subsequent specifying of new criteria. If block **8860** determines task information was found, block **8864** presents the information in list form (i.e. scrollable if necessary), and the user interfaces with (e.g. browses) the information at block **8866**. Block **8866** also waits until the user has performed an action to continue other processing. Thereafter, if block **8868** determines the user selected to make a charter, processing

US 10,477,994 B2

405

406

continues to block **8884** discussed below, otherwise processing continues to block **8870**.

If block **8870** determines the user selected to exit working with the list at block **8866**, then processing continues to block **8886** where the task monitor interface is appropriately terminated and to block **8888** where FIG. **88**B processing terminates. If block **8870** determines the user did not select to exit working with the list at block **8866**, then processing continues to block **8872**.

If block **8872** determines the user selected to specify new task monitor search criteria, then processing continues back to block **8852**, otherwise processing continues to block **8874** where any other user action leaving block **8866** is appropriately handled. Block **8874** then continues back to block **8866**.

Referring back to block **8876**, if the search is for current task information, then block **8878** accesses statistics **14** (e.g. \st_osactive) and continues to block **8860** for subsequent processing described above, otherwise processing continues to block **8880**. If block **8880** determines the user selected to set task charter(s), then processing continues to block **8882**, otherwise processing continues to block **8886** already described above (e.g. for when user selected to exit block **8854**.).

Block **8882** creates proposed charters from user search specifications made at block **8854**. The user is able to specify searching for task information which may occur in the future, for example a certain string or plurality of strings in \st_osactive during certain times, or along with other special term (e.g. atomic term, AppTerm, WDRTerm) settings. Thereafter, any charters automatically determined and created for the user's search specifications are presented to the user in list form at block **8864**. The user may further "tweak" (edit) at block **8866** the charters which were created at block **8882**. When leaving block **8866**, if it is determined that the user selected to activate the charters, then block **8884** creates enabled charters for the local MS and processing continues back to block **8852**. Charters resulting from block **8884** can be managed as any other charters (e.g. FIGS. **45**A, **45**B, **46**A, **46**B, **47**A, **47**B, **48**A and **48**B).

Data processing systems can be strategically located for MSs. For example, as MSs become in the vicinity of a strategically located data processing system, the data processing system enables, disables, modifies, behaves for, or causes specific processing based on the number of MSs, the number of types of MSs, the number of MSs producing WDR information containing certain data, etc within the vicinity of the strategically located data processing system. The strategically located data processing system processes inbound WDRs analogously as disclosed for iWITS processing so that desired processing is performed based on MSs in the vicinity. The strategically located data processing system may cause playing certain "in-store" music based on MSs in the vicinity (e.g. based on the current shopper audience), or cause display of certain advertising based on MSs in the vicinity, or perform other processing based on WDR information received from MSs in the vicinity.

Various Applications

Alternate embodiments of this disclosure may choose specific implementations accomplishing identical novel functionality. End results of certain charter processing may become popular or prevalent in which case a self contained processing of the end results are incorporated for being privileged or unprivileged as a whole unit of processing not requiring the LBX charter processing platform to carry out

processing. For example, a charter for handling a lost phone can be embodied in a single user selected option (e.g. enable a privilege) in a MS user interface thereby relieving the user of configuring the charter specifics. The user relies on a single reference-able unit of processing to carry our functionality. Instead of configuring a charter, the user enables lost phone functionality at the MS. Thus, charter explanations are to be considered in the many embodiments that can accomplish the same functionality.

Automatic Communications Processing

>> Automatic MS Loss Detection and Processing

A MS can be configured to automatically perform processing (e.g. call a phone number with a message) when it undergoes a period of inactivity at the same location. In one embodiment, an AppTerm variable named SYS_lastActionDT contains a date/time stamp of the last time an action was performed by the user at the MS via any of the input peripheral interface(s) **66**. The application associated to the SYS prefix is preferably predefined at the MS (e.g. populated in PRR **5300** from the MS factory) and contains a plurality of overall MS AppTerms applicable to the MS, for example at the system level described by FIG. **1**D. Every peripheral interface **66** updates the SYS_lastActionDT date/time stamp upon input processing. FIG. **55**B is used by peripheral input threads to update the AppTerm wherein each input peripheral action results in FIG. **89**A processing.

With reference now to FIG. **89**A, depicted is a flowchart for describing a preferred embodiment of updating a MS global variable (AppTerm SYS_lastActionDT) for the last time a MS input peripheral was acted upon by a MS user. Block **8902** begins thread processing of interest upon recognizing a MS input peripheral action by the MS user. Thereafter, block **8904** accesses the MS date/time information, block **8906** requests exclusivity to the appropriate semaphore resource for modifying the SYS_lastActionDT variable, and continues to block **8908** when that semaphore request succeeds. Thereafter, SYS_lastActionDT is updated at block **8908** with the current date/time information from block **8904**, block **8910** releases the semaphore lock resource, block **8912** processes the input in the appropriate manner (e.g. passes to MS user interface processor), and processing terminates at block **8914**. Thus, a lost phone can automatically make a phone call (e.g. MS user's home phone), and even leave an automated message through an appropriate interface. Continuing with the example described above, the following charter configuration may be made:

(\timestamp>=SYS_lastActionDT+4H):
    Send Email ("Phone is lonely\n and at location:" &&
      \loc_my,
      \appfld.source.id,    "COME    GET    ME",
      williamjj@yahoo.com);

This configuration causes an email to be sent which contains the MS location (default formatted for output in the email (other embodiments support directing the format of the output)) when the MS has not had a single user input action for 4 hours or more. The problem with this configuration is any triggers which cause execution of the charter shall continue to send multiple emails until a user action causes the condition to be false. The following configuration ensures only a single email is sent for each lengthy time period (e.g. 4 hours) without a user action:

(\timestamp>=SYS_lastActionDT+4H)&
    (MS_LONELY=0):

US 10,477,994 B2

**407**

Send Email ("Phone is lonely\n and at location:" &&
\loc_my,
\appfld.source.id, "COME GET ME",
willj@yahoo.com);
Invoke Data (MS_LONELY, 1, \thisMS);
Provided the MS_LONELY variable was initialized to 0, only a single email is sent when the MS has not been used for at least 4 hours. The user can subsequently modify the variable back to 0 after retrieving the MS, either by direct access to the variable, through a charter, through modifying a privilege (e.g. Enable lonely MS detection), or using another suitable manner. Notice the Invoke Data interface is used for updating a variable. Some embodiments support directly modifying variables which are resolvable in context of charter processing.

Self modifying charters may also be supported wherein a charter can be written to change the charters themselves. For example, continuing with our example above, the charter may be configured for deleting itself once it has executed:
(\timestamp>=SYS_lastActionDT+4H):
Send Email ("Phone is lonely\n and at location:" &&
\loc_my,
\appfld.source.id, "COME GET ME",
willj@yahoo.com);
Invoke App ("c:\charters\selfmod\charchg.exe DELETE"
&& \thisCharter &&
"ALL NULL NULL NULL");
The charchg.exe application supports creating, removing, and altering charters with appropriate parameters. Required semaphore resources are incorporated into charchg.exe depending on the MS thread synchronization scheme around/in charter processing. \thisCharter is an atomic term which elaborates to the charter id reference value (e.g. field **3700a**, charter name, etc) for the current thread context of execution, otherwise the user must know what the target charter reference value is. The "ALL" parameter specifies to delete the charter and all configurations (e.g. FIG. **35A**, etc) which reference it. The NULL parameters are for Grantee and Grantor information, and are used when managing charters for specific configurations that exist (e.g. record(s) **3500**), or new configurations to be created (e.g. new records **3500**). For example, a charter can be granted or un-granted between identifiers. WITS processing thread context atomic terms are maintained during WITS processing (e.g. start of block **5700**), and contain the value NULL when undefined.

Some will be undefined until relevant. A NULL value may output as a blank when used outside of context. The following list provides some of the WITS processing thread context atomic terms:
\thisCharter—charter reference handle (e.g. field **3700a**) for current context of processing;
\thisAction—charter action reference handle (e.g. field **3750a**) for current context of processing;
Similarly, current privileges or grants may be modified by charter actions, so that privileges may be added or removed under certain MS charter conditions.
Invoke App ("c:\charters\selfmod\privchg.exe DELETE
PRIV 0xAB3E ALL NULL NULL NULL NULL");
Here the privilege code (e.g. as maintained to a field **3530a**), indicated as a privilege code with the "PRIV" parameter (otherwise would be a Grant ID for a "GRANT" parameter specified) is specified in hexadecimal for removal as a privilege at the MS. Of course, the user configuring the charter must know which privilege code (or Grant ID) is to be specified. The "ALL" parameter specifies to delete the privilege and all configurations (e.g. FIG. **35A**, etc) which reference it. The NULL parameters are for Grantee and

**408**

Grantor information, and are used when managing specific privilege or grant configurations that exist (e.g. record(s) **3500**), or new configurations to be created (e.g. new records **3500**). For example, a privilege or grant can be granted or un-granted between identifiers.
Invoke App ("c:\charters\selfmod\privchg.exe ADD
PRIV 0xAB3E INIT 0x0000 NULL NULL NULL");
Here the same privilege code is being added back to the MS of the charter configuration, so that subsequent configurations can be made again. The "INIT" parameter specifies to initialize the privilege for use (e.g. insert back to FIG. **35D**), and the 0x00 parameter initializes MS Relevance to all zeroes. Privilege codes are typically listed in a reference manual in hexadecimal form, but hexadecimal is not required. The leading "0x" tells privchg.exe that the parameter is a hexadecimal number. Here is an example of using a decimal notation for the privilege code:
Invoke App ("c:\charters\selfmod\privchg.exe ADD
PRIV 43838 INIT 0 NULL NULL NULL");
Invoking a command line program performs poorly when compared to a linkable function interface. Consequently, both charter and permission self modifying interfaces are available in function form. Any command line interface may be made available in a linked form for better performance.
Notify ProgObj (selfModPriv, "0xAB3E", . . .
Function interfaces with multiple parameters may be specified with a long sequence of hex bytes as well.
>> Disable Services at the MS Based on Charter Conditions
In some embodiments, AppTerm variable access is provided to data of FIG. **85A** which includes a new disabled field **8500j** (Boolean) for indicating the service is currently disabled. This allows maintaining SDRs **8500** without having them be enabled for use. SDRs with the new field **8500j** set to True would be treated as though they do not exist, while SDRs with field **8500j** set to False would be treated as fully functional. Services are then enabled or disabled based on charter configurations. For example, student MSs may be configured for losing certain internet connectivity (i.e. set services to disabled) whenever the teacher is not within 50 feet of the student MS. Children MSs may be configured to lose certain service connectivity when a parent is not within a reasonable supervisory distance. In fact, an overall MS service such as internet connectivity in its entirety can be enabled or disabled at the MS based on current MS charter conditions. For example, a new privilege for internet connectivity can be removed under certain MS conditions, and then restored under certain MS conditions. FIG. **59** charter processing may be used to enable or disable certain features or services at the time. Any MS service can be disabled or enabled at the MS based on charter configurations. In another example, charters can be configured for disabling texting or other application use at the MS in the event the MS is at certain locations, certain speeds, or other configurable Ms conditions.
>> MS is Unattended; when Owner Gets Out of Range, Perform Beaconing Functionality
Continuing with our example above, we can cause the phone to sound an alarm when it is unattended for at least 4 hours:
(\timestamp>=SYS_lastActionDT+4H):
Invoke App ("c:\tools\sounds\audioit.exe WARNING");
The audioit.exe executable puts out default warning audio at the MS, and checks to see if it is already active in the system for deciding whether to continue processing so as to prevent queuing up a redundant invocation of itself. Of course, in the examples other actions can be specified for desired unit of work processing relative a preferred thread synchronization

US 10,477,994 B2

<table>
<tr><td>409</td><td>410</td></tr>
</table>

scheme. The MS will continue to sound the warning until a user input is detected at the MS. In cases where the MS user only wants to have the phone beacon itself for being found when there are certain other MS user(s) nearby, the following may be configured:

(\timestamp>=SYS_lastActionDT+4H)&(ONEOF[bud-
dies] $(100F)\loc_my):
    Invoke App ("c:\tools\sounds\audioit.exe WARNING");

This illustrates that any one of a group called buddies can cause a true condition as long as they are within 100 feet of the MS. ONE OF is referred to as an atomic function, some of which are:

ONEOF—Clarifies that any one member of the group can participate for causing a true condition;

ALLOF Clarifies that every member of the group must participate for causing a true condition.

>> Speed Dialing

((_I_msid="Sophia"& _I_location $(300F)\loc_my) &
    (\locByID_Mark $(300F)\loc_my)):
    Notify AutoDial (_I_appfld.source.id.phone);

Automatically call Sophia's MS when Sophia and Mark are both within 300 feet of my vicinity.

>> Make Call Confidential Based on Who is Nearby

This is best configured as an AppTerm triggered charter through field **5300m**. See field **5300m** discussion for details. The charter should be executed when it is detected at the MS that a call is being made. The condition of determining that a new call is being made can be configured in field **5300m** (e.g. check AppTerm) or directed to the appropriate charter body (e.g. PH { . . . } wherein PH_ is the prefix for the MS phone application) where the appropriate AppTerm is checked for a new call condition. For example:

((PH_newCall=True)&(\locByID_Mark        $(300F)
    \loc_my)):
    Notify Weblink
        "http://www.dfwfarms.com/harrows.xls",,,
            target="_blank";
    Invoke Data (PH_defaultEncrypt, True, \thisMS);
        // same as appfld.phone.default.encrypt

Invoke Data is used to modify the AppTerm so that subsequent call processing will use encryption. An AppTerm typically may have an associated semaphore resource to prevent conflicting updates and should be used accordingly. The Invoke Data interface identifies the data to be modified is an AppTerm (e.g. through prefix notation), accesses the appropriate semaphore interface from the corresponding record **5300** and uses it to modify the value to True. Use of Invoke Data ensures the data is properly updated. A preferred embodiment supports directly modifying variables which are resolvable in context of charter processing (like access to them in charter expressions). However, the Invoke Data example is useful for discussion.

>> Automatic Call Forwarding by Location and/or Conditions

Below are examples of ensuring phone calls are forwarded when the MS is located at map terms "Doctor", "Sally", or "the kids orthodontist". Likewise, shown is a configuration to make sure forwarding is off when not at those locations. A user can specify PointSet information, but it is much easier to use map terms.

. . .

(\loc_my @ ?Doctor|(\loc_my @ ?Sally|(\loc_my @ ?"the
    kids orthodontist"):
    Invoke Data (PH_fwd, "214-708-2000");
        // same as appfld.phone.fwd

. . .

(\loc_my !@ ?Doctor)&(\loc_my !@ ?Sally) &

(\loc_my !@ ? "the kids orthodontist"):
    Invoke Data (PH_fwd, " "); //=no forwarding
        // same as appfld.phone.fwd

To accommodate location determination error (and not rely on MS matching of locations), all occurrences of "@" in the above example may be replaced with "$(50F)".

>> Routing of Call to Nearby LAN Line to Prevent Minutes Used

Below are examples of ensuring mobile phone calls are forwarded to the home LAN line phone when within 100 feet of the home location. That way, the LAN line is used when at home at all times, rather than, burning MS (e.g. cell phone) minutes. Likewise, shown is a configuration to make sure forwarding is off when not at that location while solving the above example as well.

. . .

(\loc_my $(100F) ?Home):
    Invoke Data (PH_fwd, "214-345-1212");
        // same as appfld.phone.fwd

. . .

(\loc_my !@ ?Doctor)&(\loc_my !@ ?Sally) &
    (\loc_my  !@  ?  "the  kids  orthodontist")&(\loc_my
    !$(100F) ?Home):
    Invoke Data (PH_fwd, " "); //=no forwarding
        // same as appfld.phone.fwd

An alternate embodiment of charter processing (e.g. internalization) could make the assumption that appfld.phone.fwd is nulled out (i.e. set to " ") at all times except where configured. This would prevent having to configure a negated configuration to keep appfld.phone.fwd updated appropriately at all times. Consideration of a known charter processing thread synchronization scheme is preferred. In this embodiment, all application terms (application data fields) would have a default value which charter processing would assume unless a configured expression was true. Users may control what the default values are by setting values for them. This charter processing (e.g. internalization) embodiment may be a strategy deployed across all charter configurations. In another embodiment, a user selects the desired charter processing (internalization) strategy to use.

>> Forward Call to Another Device (Conversion on Fly if Applicable)

The action below sets call forwarding to be sent to an email address which implies taking a message at the MS voice mail system and then converting the message saved to text for being sent to email. Vonage provides voice to email service for its customers. This functionality is the same except it occurs at the MS (i.e. no service).

    Invoke Data (PH_fwd, "williamjj@yahoo.com");
        // voice mail system answers calls and messages left are
            converted to text
        // and forwarded as an email to the address.

>> Call Processing by Situational Location

A complex set of conditions can be specified for when and how to forward in a priority order of reaching someone like (e.g. put priority of call processing in PH_fwd based on who is nearby at time, what application conditions exist at time (AppTerm values), etc).

>> Automatic Vacation/Unavailable/Busy Status by Location Trigger, or Application Trigger (e.g. New Calendar Entry)

A charter expression is specified as described with at least one associated charter action which modifies the value(s) of AppTerm variable(s) which are in turn used by the respective application(s). For example, MS user condition status for being on vacation, unavailable, busy, or other desired

US 10,477,994 B2

411

412

user condition status is modified by charter processing (AppTerm variable modification). After being modified, the MS applications accessing the AppTerm variable(s) which were modified will behave accordingly, for example automatically: forward of permit all or certain inbound calls in a variety of ways based on MS user status modified in real-time by charter processing as location based events occur; prevent or permit all or certain calendar administration operations by all or certain users based on MS user status modified in real-time by charter processing as location based events occur; or cause application other desired application processing to occur based on modifying AppTerm variables based on MS user status modified in real-time by charter processing as location based events occur.

>> Automatically Prevent Ringing (e.g. Use Vibe), Modify Ringer Volume, or Provide a Unique Ringing for: When Nearby to Other(s), when at Location(s) Perhaps with Condition(s) (e.g. Time), Based on Who is Calling, Combinations Thereof, Etc

The action for an appropriate expression will set the value of PH_ring (same as appfld.phone.ring), PH_vibe (same as appfld.phone.vibe), and/or PH_vol (same as appfld. phone. default.volume).

The key "take-away" from the above examples in the ability to automatically modify any MS application variables based on the various embodiments of charter triggering types discussed above. Consider another example wherein a MS internet connectivity application with at least one PRR **5300** (e.g. prefix of "C") must keep track of how to connect the MS to an internet service provider. A C_target AppTerm is updated by a charter whenever the MS is at certain locations so that direct internet connectivity is made available in a seamless manner to the MS user. For example, when the MS user is in a hotel in California, C_target is set to "http:// web.marriot.com", but when he is at a Sheraton hotel in Dallas, C-target is set to "http://ip.sheraton.com". Of course, there may be other AppTerm variables which must be automatically set by location to further govern connectivity (e.g. C_autoAquire, C_dns, etc). Regardless of what hotel the MS user is currently located at, he connects to the correct interface for internet access through the charter configured available hotel internet portal, and does not have to mess with connectivity configuration more than once (e.g. the first hotel visit). When this connectivity application fails, the service propagation processing discussed above can be used.

>> Automobile Accident Occurs and Causes Conflict with a Pending Calendar Entry;

Charters at the MS can be automatically triggered via an interface with the automobile which detects when an accident has occurred. Accident associated data can be sent to the MS on what occurred, and the applicable MS charter can perform automated emergency processing. For example, when an automobile air bag is launched, a RFID signal or radio frequency signal can be simultaneously emitted for automated MS processing as described above. Furthermore, the MS charter processing can check AppTerm information, for example configured calendar information, to determine if an automated notification and/or rescheduling should occur. After determining a conflict, automated action processing will provide the configured notifications and/or rescheduling processing.

>> Automatically Detecting Last Soup can in Pantry, or Last Yogurt in Fridge, Triggers Automated Processing

for: updating a current MS shopping list(s), notifying a MS user of recommended shopping item(s), automatically making order(s), automatically purchasing the order(s), and/or automatically managing delivery of the item(s). Of course,

this application is not limited to soup cans. A MS can be used to maintain inventories, shopping lists and applicable processing, etc for a variety of typically stocked items: food; shoes; toilet paper or articles; paper (print, photo, etc); office supplies; warehouse pallets, packages, and/or items; anything wherein an ongoing "stock" inventory makes sense for personal, business, or any other use. For example, passive or active RFID processing embodiments discussed above are used to interface with RFID enabled objects in proximity to be compared with a list. The user may or may not be aware that RFID interface processing is occurring. In one example, charters are configured such that being nearby a location (or situational location) causes a MS initiated RFID probe. In another example, charters are configured such that detection of a RFID signal (e.g. MS became within range of output RFID signal) is a result of a RFID initiated communications to the MS. In another example, charters are configured such that detection of a RFID signal (e.g. MS became within range of output RFID signal) causes charter processing for MS initiated RFID probe. In another example, a SPUI is automatically launched by a charter based on RFID interaction. In another example, AppTerm triggered processing results based on the user's selection(s) in the SPUI, or conditions in charters expressions at the time a SPUI is active. It should be apparent that there is an infinite cascading or processing that can occur automatically based on charter configurations and perhaps interim user interactions to SPUIs, or automatically launched applicable user interfaces thereof.

FIGS. **91A** through **91B** depict preferred data schema embodiments of automated inventory management for discussing operations of the present disclosure, for example when a MS comes within range of RFID device(s), nearby MS(s), or other data processing system(s) that are affixed to, or co-located with, inventory items. There are many fields in the data records illustrated, but essential fields to carry out processing of interest are discussed.

Inventory item Data Record (IDR) **9100** describes one or more inventory items for automated inventory management of inventories which are detectable (e.g. via RFID or any of the MS communication interface(s) **70**) by a MS. Inventory items involve whatever application is applicable as specified by the MS user. Inventory management and order processing disclosed with FIGS. **91A** through **94B** is typically used by MS users for maintaining stock of every day household items, office supplies, food items, items which are continually needed, desired, or wanted tracked, by the MS user. Such items are to be suitably equipped (e.g. data processing system coupled/integrated to item (e.g. RFID tag)) for automatic communications with the user's MS.

Entry id field **9100a** contains a unique index key field for all records **9100**. Field **9100a** may match (for joining) a field **9102a**, **9104a**, **9106a**, or **9114b**, depending on the ID_TYPE field, respectively (**9102b**, **9104b**, **9106b**, **9114c**). A tag id field **9100b** is used to suitably identify a particular inventory item (e.g. to match against RFID identifier, UPC label, barcode, MS ID, or other data processing system identifier). Short description field **9100c** contains a name or short description of the inventory item. Long description field **9100d** contains a long description of the inventory item. Stock specification field **9100e** contains a user's configuration for the desired number of items. Stock count field **9100f** contains the most recent determined number of stock items. Instance id list field **9100g** contains all unique instance identifiers of the items which were detected at last count. For example, the tag id field **9100b** is an overall identifier (e.g. bar code) for the item described by a record **9100**, however

US 10,477,994 B2

413

the instance id field **9100**g contains the unique item identifier clarification (e.g. serial number) within that overall identifier, along with an associated date/time stamp of last detection. An alternate embodiment of field **9100**g is a join value to another table containing multiple rows for the unique item instance information. Other fields **9100**z contain other useful information, however a preferred minimal set of data is described in a record **9100**.

Inventory Order data Record (10R) **9102** describes an active inventory order for automated inventory management of inventories which are automatically detected (e.g. via MS communication interface(s) **70** (e.g. RFID)) by a MS. ID field **9102**a contains a value for entry id field **9100**a or group id field **9112**a. ID_TYPE field **9102**b indicates an entry id in field **9102**a from a record **9100** (e.g. ITEM), or a group id field **9112**a (e.g. GROUP) from a record **9112**. Order service id field **9102**c contains a join to order service id field **9108**a. Order pending field **9102**d is a Boolean indicating whether or not there is an order already completed and pending for the item or group of items of field **9102**a. Delivery handle **9102**e contains a handle to delivery information for the order, for example a web site URL in a preferred embodiment wherein details of the order and anticipated delivery can be obtained. Handle field **9102**e may serve as the URL link to the delivery provider (e.g. Fedex, UPS, U.S Postal Service, etc.). A tracking reference field **9102**f contains the delivery tracking reference, which is also likely a URL parameter in field **9102**e. Payment info field(s) are preferably additionally provided containing useful payment information from a PIR (record **9110**) that was used to make the order. Preferably, this is copied from a PIR rather than using a field **9110**a to join since the payment information may be modified later by a user. Other fields **9102**z contain other useful information, however a preferred minimal set of data is described in a record **9102**.

Payment Method Association data Record (PMAR) **9104** describes associating a payment method to an item or group of items. ID field **9104**a contains a value for entry id field **9100**a or group id field **9112**a. ID_TYPE field **9104**b indicates an entry id in field **9104**a from a record **9100**, or a group id field **9112**a from a record **9112**. Payment method id field **9104**c contains a joining id field to field **9110**a.

Order Service Association data Record (OSAR) **9106** describes associating an order service to an item or group of items. ID field **9106**a contains a value for entry id field **9100**a or group id field **9112**a. ID_TYPE field **9106**b indicates an entry id in field **9106**a from a record **9100**, or a group id field **9112**a from a record **9112**. Order service id field **9106**c contains a joining id field to field **9108**a.

Order Mapping data Record (OMR) **9108** describes directives for automatically placing an order from a MS, preferably through a propagate-able service of field **9108**c. Order service id field **9108**a contains a joining id field to field **9106**c and field **9102**c. Fields **9108**a are a unique key in all records **9108**. Type field **9108**b indicates the type of service for automated ordering. Handle field **9106**c maps (joins) to the service, for example a handle field **8500**a, an executable reference (e.g. command string reference that may have parameters, API invocation reference that may have parameters, etc), or an address (e.g. ip address) where the ordering service can be referenced. Directions field **9108**d contains instruction processing for the service in a suitable form depending on type field **9108**b and the described handle field **9108**c. Directions field **9108**d may contain a macro, a text or binary string of commands/instructions, a set of specially formatted parameters, or another suitable direction form as required by the service of the record **9108**. Field **9108**d may

414

contain an override address for item(s) delivery, rather than using the account address of field **9110**i. Other fields **9108**z contain other useful information, however a preferred minimal set of data is described in a record **9108**.

Payment Information data Record (PIR) **9110** describes a particular payment method for being automatically transacted by the MS. Payment method id field **9110**a contains a joining id field to field **9104**c. Fields **9110**a are a unique key in all records **9110**. Provider field **9110**b contains the transaction provider, for example MasterCard, VISA, American Express, Discover, etc. Type field **9110**c indicates the type of payment method, for example, debit or credit. Account field **9110**d provides the account information of the provider, for example a credit card number, or account number, of the user of the MS. Security code field **9110**e contains any security code information for the account, for example a 3 or 4 digit code on the back of a credit card. Name field **9110**f contains the name of the owner of the account of field **9110**d. Expiration field **9110**g contains an expiration date/time stamp of the payment method, for example credit card expiration date. Authorization field **9108**h contains authorization information known to the true owner of the account, and if used will contain authorization information which authenticates that the transaction is being made by the account owner, or an authorized delegate of the account owner. Preferably, only the payment method owner will know authorization information. In one embodiment, the authorization information is privileged between users when the account does not belong to the MS user (i.e. shared). Address field **9110**i contains the account owner's address which will be defaulted for item(s) delivery if not otherwise specified for an order (e.g. in field **9108**d). Other fields **9110**z contain other useful information, however a preferred minimal set of data is described in a record **9110**. It is recommended that data of records **9110** be encrypted when stored at, and transmitted by, the MS. Use of U.S. Pat. No. 6,615,213 (Johnson) at a MS may integrate well into storing confidential information such as record **9110**.

Inventory Group data Record (IGR) **9112** describes a group defined to contain one or more records **9100**. A group id field **9112**a contains a unique key field for all records **9112** that can be joined to fields **9102**a, **9104**a, **9106**a or **9114**a depending on the ID_TYPE field, respectively (**9102**b, **9104**b, **9106**b, **9114**c). Group name field **9112**b contains a text string name of the group. Group description field **9112**c contains an optional user defined description of the group. Other fields **9112**z contain other useful information, however a preferred minimal set of data is described in a record **9112**.

Inventory group Join data Record (IJR) **9114** joins records **9100** to records **9112** for defining inventory items in a group. A group of groups (i.e. joins records **9112** to records **9112**) may also be defined. Group id field **9114**a joins to field **9112**a. ID field **9114**b joins to a field **9100**a or field **9112**a, depending on being a group of group(s), or group of inventory item(s). ID_TYPE field **9114**c contains the type of id field in field **9114**b (group or item). Other fields **9114**z contain other useful information, however a preferred minimal set of data is described in a record **9114**.

Other data record fields (with suffix "z") include information about the origin, life, and maintenance of the data (e.g. date/time stamps for when created and last changed, who the owner is of the data, etc).

FIG. 91C depicts a flowchart for a preferred embodiment for inventory management processing. A user invokes FIG. **91**C processing at the MS to manage IDR relevant data. Processing begins at block **9115**, continues to block **9116**

US 10,477,994 B2

415

416

where all IDR data (records **9100**) are accessed, block **9118** where the data found is presented in scrollable list form along with user options, and to block **9120** for waiting for a user action in response to the list and options. When a user action is detected at block **9120**, processing continues to block **9122**. The list should present entry id field **9100**$a$ for convenient reference in a calendar entry (see FIG. **92**B).

If, at block **9122**, it is determined that the user selected to add a IDR, then block **9124** interfaces with the user for specifying a valid IDR which is saved prior to continuing to block **9126**. Block **9126** updates the scrollable list with the new entry and may also cause highlighting of the new IDR in the list for easy recognition of being newly created. Block **9126** continues back to block **9118** for a list refresh. If block **9122** determines the user did not select to add a new IDR, then processing continues to block **9128**.

If block **9128** determines the user selected to delete a IDR, then block **9130** deletes the selected IDR for delete and additionally deletes records which are joined to it (e.g. IOR, PMAR, OSAR). Thereafter, block **9126** updates the list for reflecting the removed IDR before continuing back to block **9118**. If block **9128** determines the user did not select to delete a IDR, then processing continues to block **9132**.

If block **9132** determines the user selected to change a selected IDR, block **9134** interfaces with the user for modifying the IDR. The user may delete from instance id field **9100**$g$ entries that appear stale via associated date/time stamp information. Any changes are saved prior to continuing to block **9126**. Block **9126** updates the scrollable list with entry changes and may also cause highlighting of the modified IDR in the list for easy recognition of being changed. Block **9126** continues back to block **9118** for a list refresh. If block **9132** determines the user did not select to change a selected IDR, then processing continues to block **9136**.

If block **9136** determines the user selected to get selected IDR details, then block **9138** accesses data joined to the IDR (e.g. IOR, PIR via PMAR, OMR via OSAR) and block **9140** interfaces with the user for browsing details of IDR data and joined data as well. Depending on the embodiment of list presentation at block **9118**, IDR data presented at block **9140** may be more, less, or similarly the same amount of data presented as an entry in the list. Thereafter, block **9126** determines there is no list change to make before continuing back to block **9118**. If block **9136** determines the user did not select to browse a selected IDR details, then processing continues to block **9142**.

If block **9142** determines the user selected to add a selected IDR to a group, block **9144** accesses IGRs and associated IJRs before continuing to block **9146** where the user interfaces for adding the selected IDR to a selected group. Block **9146** ensures the IDR is correctly added to the group (e.g. determines if IDR already in group, which group being added to, etc). Any changes are saved prior to continuing to block **9126**. Block **9126** updates the scrollable list with entry changes for embodiments which display group information in the list (e.g. block **9118** additionally joining IDR data), otherwise block **9126** determines there are no list changes to make. Block **9126** continues back to block **9118** for a list refresh. If block **9142** determines the user did not select to add a selected IDR to a group, then processing continues to block **9148**.

If block **9148** determines the user selected to delete a IDR from a group, then block **9150** interfaces with user for which group to delete, and deletes it (e.g. deletes a IJR) before continuing back to block **9126**. Block **9126** has been well described above and always ensures the list reflects changes when appropriate. If block **9148** determines the user did not select to delete a IDR from a group, then processing continues to block **9152**.

If block **9152** determines the user selected to add payment (e.g. PMAR) or order (e.g. OSAR) information to the selected IDR, then block **9154** accesses the data by appropriately joining to payment information (PIR by way of PMAR) or order information (OMR by way of OSAR), depending on what the user selected to do at block **9120**. Thereafter, if block **9156** determines that the information (PMAR or OSAR) already indicates it is added, then block **9158** provides an appropriate error to the user, and processing continues back to block **9126**, otherwise block **9160** interfaces with the user for assigning of payment (e.g. PMAR) or order (e.g. OSAR) information before continuing back to block **9126**. If block **9152** determines the user did not select to add payment or order information, then processing continues to block **9162**.

If block **9162** determines the user selected to delete payment or order information from a IDR, block **9164** deletes the specified information for delete (PMAR or OSAR) and processing continues to block **9126**. If block **9162** determines the user did not select to delete payment or order information assigned to a selected IDR, then processing continues to block **9166**.

If block **9166** determines the user selected to manually order inventory described by the selected IDR, then block **9168** invokes the procedure of FIG. **94**A with field **9100**$a$ and a descriptor that it is an item (IDR). Thereafter, processing continues to block **9126**. If block **9166** determines the user did not select to manually order inventory, then processing continues to block **9170**.

If block **9170** determines the user selected to exit FIG. **91**C processing, block **9172** terminates the FIG. **91**C interface and processing terminates at block **9174**, otherwise block **9170** continues to block **9176** where any other user actions leaving block **9120** are appropriately handled before continuing back to block **9126**.

FIG. **91**D depicts a flowchart for a preferred embodiment of automatically processing whereabouts of inventory items in the vicinity of a MS. There are various embodiments for when automated (e.g. inventory) interfaces occur as described above. FIG. **91**D describes the net result of what has already been described above. Block **9180** starts processing when data is received from processing associated with a particular item. Thereafter, block **9182** accesses IDR data where tag id field **9100**$b$ matches the item having data transmitted for it, and block **9184** determines if a match was found (e.g. IDR has been configured by user). If block **9184** determines a matching IDR was found then block **9186** checks field **9100**$g$ to see if the unique item instance has already been accounted for. If block **9186** determines the unique item instance (e.g. one of many of the same type of soup cans described in a IDR) already exists in field **9100**$g$, then block **9188** updates the instance id date/time stamp for this last detection in field **9100**$g$ and FIG. **91**D processing terminates at block **9192**, otherwise block **9190** updates field **9110**$g$ to contain the new instance id with date/time stamp of FIG. **91**D processing for the item(s) described by the IDR, removes any stale instance id records, updates stock count field **9100**$f$, and processing terminates at block **9192**. At block **9190**, the stock count is updated to reflect a count of the most recent collection of instance id information in field **1100**$g$, as well as any stale records which were removed using old date/time stamp information. Detection of items tends to be generally at the same location so that date/time stamp information can be relied upon for what is stale.

US 10,477,994 B2

417
418

Referring back to block **9184**, if it determined that there is no IDR for the item being processed, then processing terminates at block **9192**.

FIG. **92**A depicts a flowchart for a preferred embodiment for inventory group management processing. A user invokes FIG. **92**A processing at the MS to manage IGR data. Processing begins at block **9215**, continues to block **9216** where all IGR data (records **9112**) are accessed, block **9218** where the data found is presented in scrollable list form along with user options, and to block **9220** for waiting for a user action in response to the list and options. When a user action is detected at block **9220**, processing continues to block **9222**. The list should present group id field **9112***a* for convenient reference in a calendar entry (see FIG. **92**B).

If, at block **9222**, it is determined that the user selected to add a IGR, then block **9224** interfaces with the user for specifying a valid IGR which is saved prior to continuing to block **9226**. Block **9226** updates the scrollable list with the new entry and may also cause highlighting of the new IGR in the list for easy recognition of being newly created. Block **9226** continues back to block **9218** for a list refresh. If block **9222** determines the user did not select to add a new IGR, then processing continues to block **9228**.

If block **9228** determines the user selected to delete a IGR, then block **9230** deletes the selected IGR for delete and additionally deletes records which are joined to it (e.g. IJR, IOR, PMAR, OSAR). Thereafter, block **9226** updates the list for reflecting the removed IGR before continuing back to block **9218**. If block **9228** determines the user did not select to delete a IGR, then processing continues to block **9232**.

If block **9232** determines the user selected to change a selected IGR, block **9234** interfaces with the user for modifying the IGR. Any changes are saved prior to continuing to block **9226**. Block **9226** updates the scrollable list with entry changes and may also cause highlighting of the modified IGR in the list for easy recognition of being changed. Block **9226** continues back to block **9218** for a list refresh. If block **9232** determines the user did not select to change a selected IGR, then processing continues to block **9236**.

If block **9236** determines the user selected to get selected IGR details, then block **9238** accesses data joined to the IGR (e.g. IDRs, IOR, PIR via PMAR, OMR via OSAR) and block **9240** interfaces with the user for browsing details of IGR data and joined data as well. Thereafter, block **9226** determines there is no list change to make before continuing back to block **9218**. If block **9236** determines the user did not select to browse a selected IGR details, then processing continues to block **9242**. Block **9240** may involve list processing to present all the IDRs belonging to the IGR.

If block **9242** determines the user selected to add a selected IGR to a group (i.e. for group of groups), block **9244** accesses IGRs and associated IJRs before continuing to block **9246** where the user interfaces for adding the selected IGR to a selected group. Block **9246** ensures the IGR is correctly added to the group (e.g. determines if IGR already in group, which group being added to, etc). Any changes are saved prior to continuing to block **9226**. Block **9226** continues back to block **9218** for a list refresh. If block **9242** determines the user did not select to add a selected IGR to a group, then processing continues to block **9248**.

If block **9248** determines the user selected to delete a IGR from a group, then block **9250** interfaces with user for which group to delete, and deletes it (e.g. deletes a IJR) before continuing back to block **9226**. Block **9226** has been well described above and always ensures the list reflects changes

when appropriate. If block **9248** determines the user did not select to delete a IGR, then processing continues to block **9252**.

If block **9252** determines the user selected to add payment (e.g. PMAR) or order (e.g. OSAR) information to the selected IGR, then block **9254** accesses the data by appropriately joining to payment information (PIR by way of PMAR) or order information (OMR by way of OSAR), depending on what the user selected to do at block **9220**. Thereafter, if block **9256** determines that the information (PMAR or OSAR) already indicates it is added, then block **9258** provides an appropriate error to the user, and processing continues back to block **9226**, otherwise block **9260** interfaces with the user for assigning of payment (e.g. PMAR) or order (e.g. OSAR) information before continuing back to block **9226**. If block **9252** determines the user did not select to add payment or order information, then processing continues to block **9262**.

If block **9262** determines the user selected to delete payment or order information from a IGR, block **9264** deletes the specified information for delete (PMAR or OSAR) and processing continues to block **9226**. If block **9262** determines the user did not select to delete payment or order information assigned to a selected IGR, then processing continues to block **9266**.

If block **9266** determines the user selected to manually order inventory described by the selected IGR (i.e. all IDRs for the IGR), then block **9268** invokes the procedure of FIG. **94**A with field **9112***a* and a descriptor that it is a group (IGR). Thereafter, processing continues to block **9226**. If block **9266** determines the user did not select to manually order inventory, then processing continues to block **9270**.

If block **9270** determines the user selected to exit FIG. **92**A processing, block **9272** terminates the FIG. **92**A interface and processing terminates at block **9274**, otherwise block **9270** continues to block **9276** where any other user actions leaving block **9220** are appropriately handled before continuing back to block **9226**.

FIG. **92**B depicts a flowchart for a preferred embodiment for automatic order processing of inventory items according to a schedule. The user can manually order inventory items (FIGS. **91**C and **92**A), or can specify scheduled ordering in a calendar entry. Regardless of how an order is made, stock specification field **9100***e* is compared to stock count field **9100***f* for whether or not an actual order is to take place. In a preferred embodiment, the user encodes a request to make an order with a special syntax in the calendar entry. For example, the string "Order Item: 3498" indicates to order the item(s) described by a record **9100** with an entry id field=3498. For example, the string "Order Group: 123" indicates to order the item(s) of record(s) **9100** that belong to the group with a group id field=123. Other user interface embodiments may be used in various calendar application systems.

Block **9280** begins thread processing as the result of being started by: timer processing for polling calendar entries, event processing when a date/time event has occurred, or some other suitable trigger. Thereafter, block **9282** accesses a LAST_CHK date/time stamp for when FIG. **92**B processing last executed, block **9284** accesses calendar information for entries since LAST_CHK through a calendar application API, and block **9286** accesses the next calendar entry (if any) from those entries returned by block **9284**. Preferably, there is a calendar application API that returns only those calendar entries with specifications for ordering (i.e. no need for check at a block **9290**), however FIG. **92**B demonstrates

US 10,477,994 B2

419                                                                                                    420

additionally handling those APIs which do not have the ability to filter out calendar entries.

Thereafter, if block **9288** determines that all entries have not yet been processed, then block **9290** determines the user specification for automatically placing an order. If block **9290** determines an order specification is present, block **9292** determines the order details (e.g. item or group order) and prepares parameters for placing an order, block **9494** invokes the ordering procedure of FIG. **94**A (for the group or item), and block **9296** checks to see if there are remaining order specifications in the calendar entry. If block **9296** determines another order specification exists, then processing continues back to block **9292** for the next specification, otherwise processing continues back to block **9286** for the next calendar entry to process. Blocks **9292** through **9296** ensure all order specifications for the current calendar entry are processed. If block **9290** determines there are no order specifications for the current calendar entry, processing continues back to block **9286**.

Referring back to block **9288**, if block **9288** determines that all calendar entries from block **9284** are processed (or there were none to process), then block **9298** saves a date/time stamp to the variable LAST_CHK for future access at block **9282** to ensure no calendar entries have been missed between separate invocations of FIG. **92**B. Thereafter, thread processing terminates at block **9299**.

FIG. 93A depicts a flowchart for a preferred embodiment for payment method management processing. A user invokes FIG. **93**A processing at the MS to manage PIR data. Processing begins at block **9300**, continues to block **9302** where all PIR data (records **9110**) are accessed, block **9304** where data found is presented in scrollable list form along with user options, and to block **9306** for waiting for a user action in response to the list and options. When a user action is detected at block **9306**, processing continues to block **9308**.

If, at block **9308**, it is determined that the user selected to add a PIR, then block **9310** interfaces with the user for specifying a valid PIR which is saved prior to continuing to block **9312**. Block **9312** updates the scrollable list with the new entry and may also cause highlighting of the new PIR in the list for easy recognition of being newly created. Block **9312** continues back to block **9304** for a list refresh. If block **9308** determines the user did not select to add a new PIR, then processing continues to block **9314**.

If block **9314** determines the user selected to delete a PIR, then block **9316** deletes the selected PIR for delete and additionally deletes records which are joined to it (e.g. PMAR). Thereafter, block **9312** updates the list for reflecting the removed PIR before continuing back to block **9304**. If block **9314** determines the user did not select to delete a PIR, then processing continues to block **9318**.

If block **9318** determines the user selected to change a selected PIR, block **9320** interfaces with the user for modifying the PIR. Any changes are saved prior to continuing to block **9312**. Block **9312** updates the scrollable list with entry changes and may also cause highlighting of the modified PIR in the list for easy recognition of being changed. Block **9312** continues back to block **9304** for a list refresh. If block **9318** determines the user did not select to change a selected PIR, then processing continues to block **9322**.

If block **9322** determines the user selected to get selected PIR details, then block **9324** presents PIR details including those not already presented in the list at block **9304**. Thereafter, block **9312** determines there is no list change to make before continuing back to block **9304**. If block **9322** deter-

mines the user did not select to browse a selected PIR details, then processing continues to block **9326**.

If block **9326** determines the user selected to show past payment use for the selected PIR, then block **9328** searches LBX History **30** using PIR information for search criteria and block **9330** displays results found. The user browses results until complete at block **9330** and processing continues to block **9312**. Block **9312** continues back to block **9304** for a list refresh after determining there are no changes to make to the PIR list. If block **9326** determines the user did not want to see past payment record use, processing continues to block **9332**.

If block **9332** determines the user selected to get PIR referenced data, then block **9334** access all data joined to the PIR (e.g. IDR(s) via PMAR(s), IDR(s) via IJR(s) via IGR(s) via PMAR(s)) and block **9336** interfaces with the user for browsing details of PIR data and joined data as well. Thereafter, block **9312** determines there is no list change to make before continuing back to block **9304**. If block **9332** determines the user did not select to browse referenced data, then processing continues to block **9338**. Block **9336** may involve extensive list processing to present item and group data referencing the PIR.

If block **9338** determines the user selected to exit FIG. **93**A processing, block **9340** terminates the FIG. **93**A interface and processing terminates at block **9342**, otherwise block **9338** continues to block **9344** where any other user actions leaving block **9306** are appropriately handled before continuing back to block **9306**.

FIG. 93B depicts a flowchart for a preferred embodiment for pending inventory order management processing. A user invokes FIG. **93**B processing at the MS to manage IOR data. Processing begins at block **9360**, continues to block **9362** where all IOR data (records **9102**) are accessed, block **9364** where data found is presented in scrollable list form along with user options, and to block **9366** for waiting for a user action in response to the list and options. When a user action is detected at block **9366**, processing continues to block **9368**.

If, at block **9368**, it is determined that the user selected to check delivery associated with a selected IOR, then block **9370** spawns an internet access interface (e.g. browser) using delivery information for the IOR in fields **9102**e and **1902**f. Thereafter, block **9372** determines there is no list update and processing continues back to block **9364**. If block **9368** determines the user did not select to check delivery, then processing continues to block **9374**. Block **9370** preferably causes an asynchronous thread of processing so the user can continue to interface to the browser as needed after block **9370** processing.

If block **9374** determines the user selected to delete an IOR, then block **9376** deletes the selected IOR and processing continues to block **9372**. Block **9372** updates the list for reflecting the removed IOR before continuing back to block **9364**. If block **9374** determines the user did not select to delete an IOR, then processing continues to block **9378**.

If block **9378** determines the user selected to browse entry details, block **9380** presents IOR details including those not already presented in the list at block **9364** and the user browses details until complete. Thereafter, block **9372** determines there is no list change to make before continuing back to block **9364**. If block **9378** determines the user did not select to browse details of an IOR, processing continues to block **9382**.

If block **9382** determines the user selected to get IOR referenced data, then block **9384** accesses data joined to the IOR (e.g. IDR or IGR via fields **9102**a and **9102**b), and

**421**

block **9386** interfaces with the user for browsing details of IOR data and joined data as well. Thereafter, block **9372** determines there is no list change to make before continuing back to block **9364**. If block **9382** determines the user did not select to show referenced data, then processing continues to block **9388**. Block **9386** may involve extensive user interface processing to present item and group data (and perhaps associated data thereof) referenced by the IOR.

If block **9388** determines the user selected to exit FIG. 93B processing, block **9390** terminates the FIG. 93B interface and processing terminates at block **9392**, otherwise block **9388** continues to block **9394** where any other user actions leaving block **9366** are appropriately handled before continuing back to block **9366**.

FIG. **94**A depicts a flowchart for a preferred embodiment of a procedure for automatically ordering inventory. Processing begins at block **9400**, continues to block **9402** where parameters are accessed and the specified record (IGR or IDR) is also accessed, and to block **9404** to check that the parameter is valid (i.e. data exists). If block **9404** determines the parameters are not valid, the error is handled appropriately at block **9406**, any house-keeping to do is performed at block **9407** (e.g. free dynamically allocated memory, close cursor, etc for other FIG. **94**A processing), and the invoker (caller) of FIG. **94**A is returned to at block **9408**. If block **9404** determines the parameters are valid, processing continues to block **9410**.

If block **9410** determines the parameters passed indicate a group id (field **9112**a), then processing continues to block **9412** where PIR and OMR information is joined to the IGR having the parameter passed as field **9112**a via a PMAR and OSAR, respectively. Thereafter, if block **9414** determines that both records were found for the group, then block **9416** loops through all items of the group and determines all IDR information for the group. Block **9416** will determine groups within the group which must in turn be determined for the potentially parent group passed for processing by FIG. **94**A. When all items (i.e. IDRs) are identified for the group, block **9416** prepares for a group order transaction to order each IDR of the group as a single order, and processing continues to block **9418**. Thus, a highest order group has precedence for payment (PMAR/PIR) and ordering (OSAR/OMR) processing even though subordinate groups or items may have their own joinable payment and ordering information.

If block **9418** determines that there was not a single IDR to be used for the group order because all fields **9100**f were greater than or equal to fields **9100**e, then processing continues to block **9407**, otherwise the prepared order transaction containing those item entries which are not stocked according to specification is performed at block **9420**. Block **9420** uses associated OMR information for automated order processing and PIR information for automated payment of the group when arrived to by block **9418**. A variety of errors may occur on this transaction. If no errors have occurred, IOR information is returned from the ordering service and processing continues to block **9422** where an IOR is created for the successful transaction, and appropriate success information is logged to LBX History **30**. If an error did occur at block **9420**, then block **9422** does not create a IOR, and error information is logged to LBX History **30**.

Thereafter, if block **9424** determines a group cursor is open (which it is not when arrived to by block **9418**), then block **9426** gets the next item entry field **9100**a using the cursor, and associated IDR data (if fetch on cursor produces an entry id), and continues to block **9428**. If block **9426** attempted a fruitless fetch because all items (IDRs) have

**422**

already been processed as determined at block **9428**, then processing continues to block **9407**, otherwise processing continues to block **9434** for processing discussed below. Referring back to block **9424**, if there is no group cursor open, then processing continues to block **9407**. Referring back to block **9414**, if either a joined PIR or OMR is not found for the group of items to be ordered, then block **9430** opens a group cursor for all items (IDR) in the group because payment and/or ordering was not configured by the user for the group. The cursor model is consistent with an SQL implementation of FIGS. **91**A through **91**B, however a similar mechanism may be implemented depending on the data model embodiment so that all IDRs for the group are processed. Block **9430** will process all descending groups if they exist by joining IGRs to IGRs via IJRs so that all items (IDRs via IGRs) within the group scope are handled by FIG. **94**A processing. When all IDRs are determined for the group for processing, block **9430** accesses the first IDR (e.g. via the open group cursor), and processing continues to block **9432**. If block **9432** determines there is at least one IDR for being processed, then processing continues to block **9434**, otherwise processing continues to block **9407**.

Block **9434** begins an iterative loop for ordering items of a group individually. Block **9434**, when arrived to by block **9410**, also starts processing of a single IDR order requested by a caller of FIG. **94**A processing. If block **9434** determines that the current IDR fields **9110**e and **9110**f show an order should be made, then block **9436** gets the associated PIR and OMR (via PMAR and OSAR) and processing continues to block **9438**. If block **9438** determines that both payment (PIR) and order (OMR) information is found for the IDR, then processing continues to block **9458** for preparation of a single IDR item order and processing continues to block **9420** for appropriately processing the order.

If block **9438** determines that either payment (PIR) or order (OMR) information is not found for the IDR, then block **9440** gets all ascending groups of the IDR (IGRs via IJRs) and prioritizes for search. Thereafter, if block **9442** determines that payment information was not found at block **9438**, then block **9444** loops through the prioritized group list to determine payment information, and processing continues to block **9446**. If block **9446** determines no payment information can be determined for the IDR, then processing continues to block **9422** for no IOR creation and an error logged to LBX history **30**. Processing continues thereafter as already described. If block **9446** determines payment information was determined at block **9444**, then block **9448** sets the payment information (PIR) for the IDR, and processing continues to block **9450**. If block **9442** determines that payment information was found at block **9438**, then processing continues to block **9450**.

If block **9450** determines that order information was not found at block **9438**, then block **9452** loops through the prioritized group list to determine order information, and processing continues to block **9454**. If block **9454** determines no order information can be determined for the IDR, then processing continues to block **9422** for no IOR creation and an error logged to LBX history **30**. If block **9454** determines order information was determined at block **9452**, then block **9456** sets the order information (OMR) for the IDR, and processing continues to block **9458** for transaction preparation and subsequent processing already described.

Referring back to block **9410**, if it is determined that parameters indicate an item (IDR) is to be processed, processing continues to block **9434** which has already been described.

US 10,477,994 B2

423

In some embodiments, OMRs **9108** include an additional (Boolean) reconciliation field **9108r** (if not already part of field **9108d**) for user reconciliation at block **9420**. Reconciliation provides the user with a prompt (e.g. field **9108r**=True) for either continuing the transaction at block **9420**, or canceling the transaction. Further embodiments may include other OMR fields for how to present the reconciliation prompt to the user with detailed options thereof.

FIG. **94**B depicts a flowchart for a preferred embodiment for order services management processing. A user invokes FIG. **94**C processing at the MS to manage OMR data. Processing begins at block **9460**, continues to block **9462** where all OMR data (records **9108**) are accessed, block **9464** where the data found is presented in scrollable list form along with user options, and to block **9466** for waiting for a user action in response to the list and options. When a user action is detected at block **9466**, processing continues to block **9468**.

If, at block **9468**, it is determined that the user selected to add a OMR, then block **9470** interfaces with the user for specifying a valid OMR which is saved prior to continuing to block **9472**. Block **9472** updates the scrollable list with the new entry and may also cause highlighting of the new OMR in the list for easy recognition of being newly created. Block **9472** continues back to block **9464** for a list refresh. If block **9468** determines the user did not select to add a new OMR, then processing continues to block **9474**.

If block **9474** determines the user selected to get selected OMR details, then block **9476** access data joined to the OMR (e.g. IDR(s) via OSAR and IDR(s) via IGR(s) via IJR(s) via OSAR(s)) and block **9478** interfaces with the user for browsing details of OMR data and joined data as well. Block **9478** may involve extensive user interface and list processing. Thereafter, block **9472** determines there is no list change to make before continuing back to block **9464**. If block **9474** determines the user did not select to get OMR details, processing continues to block **9480**.

If block **9480** determines the user selected to delete a OMR, then block **9482** deletes the selected OMR and additionally deletes records which are joined to it (e.g. OSAR). Thereafter, block **9472** updates the list for reflecting the removed OMR before continuing back to block **9464**. If block **9480** determines the user did not select to delete a OMR, then processing continues to block **9484**.

If block **9484** determines the user selected to change a selected OMR, block **9486** interfaces with the user for modifying the OMR data. Any changes are saved prior to continuing to block **9472**. Block **9472** updates the scrollable list with entry changes and may also cause highlighting of the modified OMR in the list for easy recognition of being changed. Block **9472** continues back to block **9464** for a list refresh. If block **9484** determines the user did not select to change a selected OMR, then processing continues to block **9488**.

If block **9488** determines the user selected to exit FIG. **94**B processing, block **9490** terminates the FIG. **94**B interface and processing terminates at block **9492**, otherwise block **9488** continues to block **9494** where any other user actions leaving block **9466** are appropriately handled before continuing back to block **9466**.

Automatic Application Association Processing

>> Cross Application Addressing
Cross application addressing refers to being involved with one or more MS users within the context of one application

424

and then addressing those same users in context of a different application. This involves mapping an identifier in context of one application with an identifier in context of another application. An application context uses one source address form for the search criteria to WDR information of queue **22**, or LBX History **30**, in order to retrieve a sought corresponding source address form. The search can also be made to queue **22** and/or LBX history **30** for source address information of who is in the vicinity (e.g. within a certain distance), or for source address information of any WDRs which satisfy search criteria against any WDR field data of queue **22** and/or LBX history **30**. The LBX platform provides very powerful cross application addressing map capability for many application situations. See appfld.source sections for examples. For example:

Instant message or email each party of: an active call (e.g. multi-party conference call), browsed address book entry(s), calendar meeting notice, current rfid processing, queue **22** (e.g. recently nearby) search result, LBX History (e.g. nearby at some time) search result, or other application;

Show calendar items (e.g. next forthcoming, all, most recently past, past, conditioned search, etc) for each party of: an active call, browsed address book entry(s), SMS message entry(s), email entry(s), current rfid processing, queue **22** (e.g. recently nearby) search result, LBX History (e.g. nearby at some time) search result, or other application;

Establish phone application call for party of: email(s), calendar entry(s), address book entry(s), SMS message entry(s), email entry(s), current rfid processing, queue **22** (e.g. recently nearby) search result, LBX History (e.g. nearby at some time) search result, or other application;

Whoever is on active call: show next calendar entry(s), email item(s), data folder(s), privileges configured, charters configured, etc;

Automatically setup conference call from calendar notice invitees (e.g. use ip addresses for peer to peer SIP call establishment);

Automatically address fill an email, sms message, calendar notice, etc from last or current phone call; or

Summarizing the many supported uses as: Perform request, specification, action, or operation in context of a second application using an address identifier that is contextually correct for the second application and is associated to and derived from an address identifier of interest in context of a first application. The WDR appfld.source sections enable tremendous cross application functionality;

In one embodiment, accessible phone application App Term(s) contain identifying information for all parties to a call. Application fields **1100k** may also contain this information as WDR information transmitted between MSs, for example as the result of peer to peer phone call setup being performed. Thus, parties to an active call are accessible to MS processing through access to AppTerm information, or access to WDR information from the WDR queue and/or LBX history. Preferably, appfld.source.id.* sections are maintained for each party involved in context of a particular application for quickly looking up the correct address form for a desired associated application context. In some embodiments, there are many appfld.source sections to facilitate the many MS applications which can be related to each other for the same MS (e.g. MS user) information. When the user performs a request, specification, action, or operation, the available identifier address is used to lookup

US 10,477,994 B2

425

the sought identifier address, preferably by application name as part of the appfld section name (e.g. appfld.source.id.e-mail).

In another embodiment, a request can be made using FIG. **88**A processing so that targeted MSs return the needed identifier address information to the MS of FIG. **88**A processing.

Automatic MS Configuration Processing

>> Personalize Phone Features by Who is Nearby
((_I_msid="Poindexter")&(_I_loc $(10F)\loc_my)):
   Invoke Data (SYS_vol, "3");
   Invoke Data (SYS_bright, "2");
   Invoke Data (SYS_desktop, "mypic.jpg");
   // . . .
The example shows modifying the MS volume to a configuration of 3, modifying the MS display brightness configuration to 2, and the MS background "wall-paper" to mypic.jpg whenever Poindexter is within 10 feet. Any MS peripheral can be automatically affected with a charter. Any MS user interface (e.g. layout, organization, appearance, background, foreground, text font, etc) can be customized or modified with a charter. Similarly, by modifying any application AppTerm variables, any aspect of the application can be automatically governed (_application maximum values, application settings, application appearance, application menus, application options, etc).

It may be desirable to share, or make temporary use of, different permissions (privileges) set up for one MS user to be applied conveniently to another MS user. For example, when certain MS users are in the vicinity, you may want to provide each with identical permissions while they are nearby:
((\locByID_Janette   $(10F)\loc_my)&(\locByID_Jared $(10F)\loc_my)):
   Invoke App ("ResMapper", "PRIVILEGES", "Janette", "Jared", "+", "ALL");
   Invoke App ("ResMapper", "PRIVILEGES", "Jared", "Janette", "+", "ALL");
The "ResMapper" (Resource Mapper) interface is preferably a prepackaged API as part of the LBX MS O/S for better performance of being accessed with a well known name and invoked as a thread continuation of processing (e.g. function interface), rather than a spawned process in its own thread, however any reasonable executable form may be used. In the example, Jared gets treated like Janette (in addition to how currently treated), and Janette gets treated like Jared (in addition to how currently treated) for ALL privileges checked at the MS where the charter is executed by WITS processing. Referring back to FIGS. **57** and **58**, resource mapper means and processing provides blocks **5708**, **5712**, **5722**, **5748**, **5760**, and any other privilege processing disclosed with the ability to treat one identifier being processed in context of another identifier. Thus, anywhere there is privilege processing that Jared is involved, Jared gets treated for having privileges of Jared and additionally of Janette. Anywhere there is privilege processing that Janette is involved, Janette gets treated for having privileges of Janette and additionally Jared.

Then, to return the Jared and Janette identifiers back to the way they were, for example when both are no longer within 10 feet:
((\locByID_Janette (5M)$$(10F)\loc_my)|(\locByID_Jared (5M)$$(10F)\loc_my)):
   Invoke App ("ResMapper", "PRIVILEGES", "Janette", "Jared", "−", "ALL");

426

   Invoke App ("ResMapper", "PRIVILEGES", "Jared", "Janette", "−", "ALL");
The Resource Mapper also supports associating charters the same way by specifying "CHARTERS" for the first parameter. Referring back to FIGS. **57** and **58**, resource mapper means and processing provides blocks **5716**, **5720**, **5740**, **5752**, **5754**, and any other charter processing disclosed with the ability to treat one identifier being processed in context of another identifier. Assuming the only changes made to the examples is replacing "PRIVILEGES" with "CHARTERS", then in the first example ("+"), anywhere there is charter processing that Jared is involved, Jared gets treated for having charters of Jared and additionally of Janette. Anywhere there is charter processing that Janette is involved, Janette gets treated for having charters of Janette and additionally Jared. Thus, Resource Mapper gets applied where it makes sense in context of use. Below are detailed descriptions for providing the means and processing to automatically assign privileges and charters in charter actions for later being accessed in WITS processing.

FIG. **95**A depicts a preferred embodiment of a resource mapper record for resource mapper processing of the present disclosure. Resource mapping refers to mapping a grantable resource such as privileges or charters with a convenient operation that does not require change of the resources themselves. A resource mapper record **9500** contains the following fields and descriptions. Resource field **9500***a* contains the resource type (CHARTERS or PRIVILEGES) which is being associated between users. Base id field **9500***b* contains an identifier (see BNF grammar ID for embodiments) which is to be extended with additional resources. Base id type field **9500***c* contains the type of identifier (see BNF grammar IDType for embodiments) of field **9500***b*. Applied id field **9500***d* contains an identifier (see BNF grammar ID for embodiments) owning the resource which is being applied to the identifier of field **9500***b*. Applied id type field **9500***e* contains the type of identifier (see BNF grammar IDType for embodiments) of field **9500***d*. Applied Mask field **9500***f* contains a mask for how to apply the resource from identifier to another. For example, when resource field **9500***a* contains PRIVILEGES (i.e. privileges being applied), mask field **9500***f* may contain "ALL" for applying all privileges of field **9500***d* to field **9500***b*, "Data" for applying only the data send privileges, "Impersonate" for applying only the impersonation privileges, "WDR" for applying only the WDR privileges, "SL" for applying only the situational location privileges, "Mon" for applying only the monitoring privileges, "LBX" for applying only the LBX privileges, "LBS" for applying only the LBS privileges, or any other embodiment setting for identifying a category or subset of privileges (FIGS. **59/60** have privilege categories). When resource field **9500***a* contains CHARTERS (i.e. charters being applied), mask field **9500***f* may contain "ALL" for applying all charters of field **9500***d* to field **9500***b*, an application prefix (e.g. "B_") for applying only certain application prefix section charters, data send privileges, a name (e.g. "doitHere") for applying only explicitly named section charters, or any other embodiment setting for identifying a category or subset of charters.

WITS processing points discussed above accesses all resource mapper records **9500** with field **9500***b* and **9500***c* set to the in-process WDR ID information. Then, fields **9500***d* and **9500***e* are used to access the resource information identified in fields **9500***a* and **9500***f* for treating it as though it were already part of resource information of fields **9500***b*

US 10,477,994 B2

427

428

and **9500**c. There may be many records **9500** for supporting mapping of a plurality of identified resources to a single identified resource.

Charter/privilege processing points may also access all resource mapper records **9500** with field **9500**b and **9500**c set to the MS ID of particular processing where privileges and charters are being determined for the MS. Then, fields **9500**d and **9500**e are used to access the resource information identified in fields **9500**a and **9500**f for treating it as though it were already part of resource information of fields **9500**b and **9500**c.

FIG. **95**B depicts a flowchart for a preferred embodiment for automatic resource mapper processing. Execution of the ResMapper interface (e.g. as exemplified above), begins at block **9502**, continues to block **9504** where all parameters (one parameter for each field of a record **9500** wherein the IDType type fields may be assumed in various embodiments) are validated and then to block **9506**. If block **9506** determines one or more parameters are not valid, then block **9508** handles the error appropriately and the caller (invoker) of FIG. **95**B processing is returned to at block **9510**, perhaps with an error describing the return. If block **9506** determines all parameters are valid, then processing continues to block **9512**.

If block **9512** determines the specified operator is to apply a resource (i.e. add operator), then block **9514** accesses resource mapper records to see if an identical record for creation already exists. Thereafter, if block **9516** determines the record to be created by this invocation of FIG. **95**B already exists, then the caller is returned to at block **9510** perhaps with a duplication error. Block **9510** should always return an error or success code to the caller depending on what led up to the return. If block **9516** determines the record does not already exist, then block **9518** creates the record **9500** in the resource mapper data and processing continues to block **9510**. If block **9512** determines the operator is not for applying (adding) a resource mapper record, then processing continues to block **9520**.

If block **9520** determines the operator passed to FIG. **95**B is for removing an existing resource mapper record, then block **9522** deletes the specified record from resource mapper data (if it exists) and processing continues to block **9510**, otherwise block **9524** handles any other resource mapper operator passed (e.g. an intersection operator not shown) which results in the resource intersection being set between identifiers, and processing continues to block **9510**. Thus, FIG. **95**B reflects the results of charter actions which automatically associate resources between users for influencing WITS processing, for example in context of other MS user privileges and/or charters. WITS processing uses the resource mapper data for extending privileges and/or charters by one or more other granting identities.

Another useful MS interface, preferably provided as an API, is the location sorter interface made available to email application inbox processing, calendar application entry processing, phone application call log processing, file system application document/file processing, or any other application where WDR queue contents can be used to provide special sort functionality to a list of the particular application. In an email application use, an email folder (e.g. inbox) can be sorted based on MSs in the vicinity, from nearest to furthest away using source, recipient or both as a key. In a calendar application use, all past, forthcoming, or currently defined calendar entries, perhaps of a certain type, can be sorted based on MSs in the vicinity, from nearest to furthest away using source, recipient or both as a key. In a phone application use, specific phone numbers of a desig-

nated phone log (incoming, outgoing, missed, all, etc) can be sorted based on MSs in the vicinity, from nearest to furthest away using caller id. In a file system application use, all files or documents of a designated MS system folder, drive, or other storage specification can be sorted based on MSs in the vicinity, from nearest to furthest away using creator, editor, owner, assignor, or other document property identifier information as a key. The file system application example provides the MS user with a quick method to identify pictures, documents, files, videos, etc for others who are in the vicinity. For example:

. . .

Invoke App ("LocSort", "BYID", \thisMS, "50M", M_listP-
    trs, 112, "email", "ASC");

. . .

Location sort processing can be invoked in an action for a variety of charter conditions. Parameters to location sort processing include:

sort method=indicate to sort procedure the type of sort to conduct;

sort method data=parameter passed based on the type of sort being requested (e.g. a specified MS ID, or a specified location);

distance specification=Distance in desired units around the specified location or location of a specified MS;

pointer list=Two dimensional array of memory pointers (see FIG. **96**I), each array entry containing a pointer pointing to a MS id or address, and a pointer to the overall record being sorted in the application. For example, an email application wanting to sort its inbox passes this parameter as a list of pointers to source address information (e.g. joe@yahoo.com) and its associated item inbox item record being sorted. The offset (array index) into the array equates to a current email inbox item. Upon return, the pointer list is sorted for use by the application in sorting the application records (e.g. inbox items). Any application (email, calendar, etc) can provide novel item sorting based on the location of the MS, MSs nearby, or a specified location.

Pointer list count=Number of entries in the two dimensional pointer list array for sorting;

ID section=The section name of appflds.source.ID.X which is to be used for comparison to application values (e.g. the first pointer in each two dimensional array item) for sorting;

Sort direction=Sort direction of ascending (ASC) or descending (DESC).

FIG. **96**A depicts a flowchart for a preferred embodiment for automatic application sort index processing. The well known procedure ("LocSort" maps to a linked API accessible for processing) is invoked at block **9602** and continues to block **9604** where parameters are accessed and validated. FIG. **96**A may be invoked by an application continually on a periodic basis based on a user application configuration (e.g. keep inbox sorted by who is nearby (e.g. poll interface every N seconds)), may be invoked by a user when needed to perform desired sorting, may be invoked upon arrival of new application entries (e.g. new email, calendar item, etc), or may be invoked in a configured charter. Thereafter, if block **9606** determines any parameters are not valid, block **9608** handles the error appropriately (e.g. logs to LBX history **30**) and the invoker is returned to at block **9610**, preferably with an error code or status indicating success depending on FIG. **96** processing up to that point. If block **9606** determines all parameters are valid, then processing continues to block **9612**.

If block **9612** determines location sort index processing sort method is for sorting the application list by a specified location (e.g. "BYLOC" of Invoke App ("LocSort",

US 10,477,994 B2

429            430

"BYLOC", "75022", "5M", M_listPtrs, 98, "email", "ASC")), then block **9614** accesses the location parameter and prepares it for a search to the WDR queue. Various embodiments support location parameters for latitude and longitude, physical mailing address, zip code, or other physical location information transformable at block **9614**. Block **9614** may access geo-coded data for deriving a location suitable for searching WDR fields **1100***c*. After search preparation, block **9616** accesses the WDR queue source identifier field section information specified by the identification sort key (e.g. ID section=appflds.source.id.email) within the specified distance to the specified location, and ordered by fields **1100***b*, then by the identification sort key within that. Alternatively, sorting can use how close to order search results, perhaps specified with an additional parameter (e.g. for time or distance sort order priority). Appropriate WDR access semaphore(s), preferably within an appropriate WDR queue API, is used for all WDRs within the specified distance (e.g. "5M"=5 meters; any of a variety of distance units and amounts are supported) of the specified location. Block **9616** also removes duplicate ID section values (i.e. keeps distinct values) which occur after the first occurrence. This ensures only a single source id is used for when it was closest to the specified location. When block **9616** completes, a sorted list of unique ID section values are made. Thereafter, block **9618** gets the next ordered ID section value from the sorted WDRs, and then block **9620** determines if there (is a first, or) are any remaining WDRs to process.

If block **9620** determines there is a WDR to process in the list from block **9616**, then block **9622** accesses the pointer list, searches for a matching sort key value, and modifies the pointer list for ascending or descending according to matches found. Ascending places pointers for a match at the bottom of the list, and descending places pointers for matches at the top of the list. Once a pointer has its position set, it is not affected by subsequent processing of block **9618** through **9622** on the current invocation of FIG. **96**. Block **9622** returns to block **9618**. If block **9620** determines there are no additional WDRs to process from block **9616**, then the caller (invoker) is returned to at block **9610**. Upon return, the pointer list has been sorted appropriately by FIG. **96A** processing. The application can apply the index (i.e. ID section parameter) to whatever list is it concerned with (e.g. email inbox).

Referring back to block **9612**, if it is determined that the invoker did not specify to sort the pointer list by a specified location and distance thereabouts, then processing continues to block **9624**. If block **9624** determines a sort method was requested by a MS location (e.g. Invoke App ("LocSort", "BYID", "Andy", "10M", M_listPtrs, 98, "email", "ASC")), then block **9626** determines the specified MS location using the specified MS ID. Any MS can be specified wherein block **9626** accesses the WDR queue for the most recent whereabouts of the particular MS. Thereafter, if block **9628** determines the MS was not found on queue **22**, then the caller is returned to at block **9610**, preferably with an error code, otherwise processing continues to block **9630**.

Block **9630** accesses the WDR queue source identifier field section information specified by the ID section parameter (e.g. appflds.source.id.email) within the specified distance to the specified MS location, and ordered by nearness to the MS location (fields **1100***c*), then by the ID section information from the WDR within that. Alternatively, sorting can use time to order search results, perhaps specified with an additional parameter (e.g. for distance or time sort order priority). Appropriate WDR access semaphore(s),

preferably within an appropriate WDR queue API, is used for all WDRs within the specified distance (e.g. "10M"=10 meters) of the specified MS location. Block **9630** also removes ID section duplicates which occur after the first occurrence (i.e. keeps distinct values). This ensures only a single source id is used for when it was closest to the specified location. When block **9630** completes, a sorted list of sort key values are made. Thereafter, block **9618** gets the next ordered ID section value from the sorted WDR information, and then block **9620** determines if there (is a first, or) are any remaining WDRs to process. Processing is as was described above. If block **9624** determines a sort method was not requested by a MS location, processing continues to block **9632**.

If block **9632** determines a sort method was requested by the location of the MS of FIG. **96** processing (e.g. Invoke App ("LocSort", "BYID", \thisMS, "10M", M_listPtrs, 34, "email", "ASC")), then block **9626** determines the specified MS location using the specified MS ID and processing continues as was described for block **9626** and subsequent processing. If block **9624** determines a sort was not requested by the location of the MS of FIG. **96** processing, processing continues to block **9634**. In a preferred embodiment, block **9624** handles block **9632** and block **9634** because the MS ID is passed as a parameter anyway.

If block **9634** determines a sort was requested by those nearby the location of the MS of FIG. **96** processing (e.g. Invoke App ("LocSort", "NEARBY", thisMS, "10M", C_listPtrs, 23, "calendar", "ASC")), then block **9626** determines the specified MS location using the MS ID of the MS of FIG. **96** processing, and processing continues as was described for block **9626** and subsequent processing. If block **9634** determines a sort was not requested by the location of the MS of FIG. **96** processing, processing continues to block **9610** where an error is preferably returned to the caller.

In all cases the two dimensional array of pointers are sorted base on the sort index ID section values found from the corresponding sorted WDRs. For example, the email application uses the pointer list to sort inbox items based. While it is preferable that the invoking application uses the pointer list for subsequent sort processing, an alternate embodiment causes the application list to be sorted upon return at block **9610**.

Sorting the pointer list is far more efficient than sorting the data which pointers point to. The data can live where it makes sense in the application, and the pointers are sorted so that the pointer list is used for displaying of the data associated with the application identifiers being sorted.

The application uses LocSort, or LocSort results, to keep application entries sorted every time a new entry arrives, is posted, is changed, is deleted, etc. In such embodiments, the application may use LocSort results as the initial starting point, and then manage every entry to process thereafter. For example, when a new email item arrives, the email application may perform a subset of FIG. **96A** processing itself to keep things sorted without invoking LocSort for an entire sort refresh.

In some embodiments, any WDR search criteria can be specified by a MS user for producing a sorted list of WDRs which can in turn contain the WDR data (e.g. identifier) used as the sort index key for sorting application records associated to the WDR data.

FIG. **96B** illustrates an example application use of sort index processing, specifically a MS email application. In the example illustrated, an email inbox contains only 6 email items shown generically as inbox display **9654**. The inbox

431

email items are each shown to the user with the sent date/time stamp, who sent the email item (source address), and a subject of the email item. Other embodiments may show more or less information in the inbox display and the user can select an email item for the email body and other information. Prior to invoking FIG. **96A** processing, the email application prepares the two dimensional array of pointers for the specified number of entries as shown in pointer list **9652**. Note that the Si pointer points to the sender address of the email item, and the Ri points to the entire email inbox row for the email item. When sorting has been completed by FIG. **96A** processing, pointer list **9656** has been sorted to reflect whereabouts data found on the WDR queue as requested for the particular sort method. When the email application receives back the pointer list, it is used to then sort the email inbox to the inbox **9658** for sorting based on whereabouts data associated with email items.

Each sort method of the LocSort interface may be accessed from the email application using a new email interface request, or a charter may access the interface in a charter action. Similarly, a calendar interface displaying a plurality of calendar entries can have the entries sorted based on whereabouts of MS users associated with the calendar items. A phone application may sort various phone call logs (inbound, outbound, etc) based on whereabouts of associated MS users of the phone calls in the logs. Other applications may sort a plurality of records in context of the particular application based on whereabouts of associated MS users.

>> Modify MS Performance Variables (e.g. Throttle for More or Less Threads) Based on Activity, Nearby Status, Statistics, Queue **22** Contents, or any Other Charter Condition(s).

(\st_MSNearbyCt>=25):

. . .

In another example, the MS variables 19xx-Max or 19xx-Ct may be modified by a charter action by accessing the appropriate SYS_xxx AppTerm variables.

>> Automatic Clipboard Management

( . . . ):

Invoke Data (SYS_clipBoard, . . . ),

Invoke Data (SYS_clipType, . . . );

The example shows that a given charter expression can be used to cause action for automatically configuring the MS system clipboard. A system clipboard AppTerm variable is made accessible to charter processing wherein other App-Term variables can be accessed and used to populate the system clipboard AppTerm variable from the charter action. In another embodiment, a well known API is provided for automatically capturing content of an applicable type from the focused MS user interface object. The content may later be pasted to another user interface object. Similarly, the system clipboard AppTerm variable can be accessed by charter processing for copying its value to other AppTerm variables, for example to automatically populate an Application user interface object with the contents of the system clipboard. An alternate embodiment implements a well known interface for automatically pasting from the clipboard content which was most recently captured to it. AppTerm variables may include any aspect of application state variables for novel charter processing.

>> Data Input or Output Enforcement

Special AppTerm variables of SYS_inKBD, SYS_inMIC, SYS_outSPKR, and SYS_outMON are defaulted to NULL (e.g. 0) at the MS, however these AppTerm variables may be used to enforce what can be input or output at the MS. When SYS_inKBD is set to a file name, the characters and text

432

strings contained in the file are not eligible to be entered from the keyboard. For example, inappropriate "four letter words" can be configured in the file for those words which cannot be entered at the MS keyboard. In another embodiment, when SYS_inKBD is set to a valid file name, only the character and text strings in the file can be entered at the keyboard. In one embodiment, a keyboard interrupt intercept program (e.g. Terminate and Stay Resident (TSR)) uses the file to enforce what can or cannot be entered from the MS keyboard. SYS_inMIC is similar to SYS_inKBD for defining what cannot be detected at the MS microphone (or alternately the universe of what can be detected). SYS_in-MIC is also preferably an input interrupt intercept program which translates sound at the MS microphone to words and then enforces what can or cannot be spoken to the MS. In some embodiments, the voice control application makes use of SYS_inMIC for an integrated solution rather than converting voice twice by intercepting sound at the microphone. SYS_outSPKR is similar to SYS_inMIC for defining a file containing what can or cannot be output at the MS speaker(s). Again, an interceptor program (e.g. for system words detected) is one embodiment. SYS_outMON is similar to the other AppTerm variables for referencing a file containing what can or cannot be output to the MS monitor (screen). Again, a text stream output interceptor program, and/or Optical Character Recognition (OCR) interceptor program is one embodiment. While perhaps these special AppTerm variables potentially involve processing impacting MS performance, a parent of a child with a MS may desire such features to sensor certain activities at the MS. Providing various disclosed charter expressions can provide unique input and output control at certain locations or other conditions the MS encounters. In some embodiments, a special constant setting of "ALL" can be specified to prevent all input and/or output from occurring at the MS, depending on the variable set. This allows controlling whether any input or output at all is permitted at configured charter locations or other conditions.

A child will likely be reluctant to make such configurations. Charter configurations may be made by a user of a MS who has administration privileges at the MS. In some embodiments, a Grantee or Grantor in permission and charter configurations represents activities by an authorized administrator at the MSs involved. In other embodiments, permission or charter configurations (e.g. use of FIGS. **35A** through **48A**, or subset(s) thereof) can only be made after authentication of who is performing configuration. Authentication may be in the form of a special MS user name and password, a special MS administrator password, a MS user option exposed only after entering a special MS passcode, or other suitable authentication method.

>> Environmental Sampling (Sound, Light, Location) for Automated Charter

Some MSs incorporate sound level decibel detection capability, and light intensity/brightness detection through an iris capability. Detecting sound decibels is well known to those skilled in the art by reading levels on at least one MS microphone. Similarly, detecting light levels is well known to those skilled in the art of automated iris light detection as provided to some televisions for automatically adjusting brightness levels. Both of these capabilities involve the MS taking an environment sample with an input peripheral. Sample values are used to change the values of corresponding AppTerm variables which are accessible to charter processing (e.g. SYS_soundDB=most recent value for Decibels detected by MS at microphone. SYS_lightLumens=most recent Lumens measurement for

US 10,477,994 B2

433                                                                434

light intensity measured by an iris of the MS). Thus, the MS can be equipped with environment sensing devices for setting AppTerm variables which are accessed for unique charter processing. For example, when light or sound levels reach certain values as described in a charter expression, charter action(s) can be performed automatically.

>> Set Up Vicinity Monitor (e.g. Real-Time Updated Map Graphic, Nearby MS Counter Gauge with Color Codes for Set(s) of Characteristics, Visual and/or Audible Metaphor for Depicting Nearby MS Conditions, or Other Graphical Embodiment) for Number of Friends Nearby, or Conditions of Nearby MSs

A standard IbxPhone™ feature is to provide a real-time monitor for those nearby of interest in real time. As WDR information is received by a MS from nearby MSs of interest ("of interest" as configured by a MS user), a vicinity monitor provides visual and/or audible indication to the MS for indicating those nearby. There may be a plurality of vicinity monitors with different criteria for providing unique indication in each vicinity monitor.

With reference now to FIG. 97A, depicted is a flowchart for a preferred embodiment for vicinity monitor configuration processing. Vicinity monitor management/configuration processing begins at block 9702 upon user request, and continues to block 9704 where the user specifies a vicinity monitor name, block 9706 which uses the specified name to access Vicinity Monitor Data Records (VMDRs) 9700 for a matching Vicinity Monitor Data Record (VMDR) having the name specified, and to block 9708 to check if a VMDR with matching name field 9700b was found. There may be many vicinity monitors, each with a unique name that the user must specify at block 9704 for specifying which one to manage/configure. If block 9708 determines the user specified a name which was not found in VMDRs, block 9710 prompts the user to make sure he wants to create a new VMDR with the specified name, and block 9710 waits for the user's response. Thereafter, if block 9712 determines the user specified he is creating a new vicinity monitor, processing continues to block 9714 where data is defaulted for a new VMDR with the new name, otherwise the vicinity monitor configuration interface is appropriately terminated at block 9716 (e.g. incorrectly specified name at block 9704), and FIG. 97A processing terminates at block 9718. Block 9714 continues to block 9720. If block 9708 determines a VMDR was found with a matching name, then processing continues to block 9720.

Block 9720 presents to the user VMDR information for the vicinity monitor being managed by FIG. 97A processing (new vicinity monitor when arrived to from block 9714, or existing vicinity monitor when arrived to by block 9708 directly). Thereafter, block 9722 waits for a user action in response to data presented, and continues to block 9724 when such an action is detected.

If block 9724 determines the user selected to delete the vicinity monitor, then block 9726 checks field 9700f to see if the monitor is active and if so the vicinity monitor is terminated by inserting a special termination entry into the WDR queue which contains field 9700b and is used by vicinity monitor processing (FIG. 97C). Block 9726 waits for the corresponding named vicinity monitor processing of FIG. 97C to terminate (e.g. field 9700f set to inactive) before continuing to block 9728. Block 9728 deletes the VMDR and processing continues to block 9716 for FIG. 97A termination processing. Appropriate FIG. 97 thread semaphore control is incorporated for data accesses, depending

on embodiments. If block 9724 determines the user did not select to delete the vicinity monitor, then processing continues to block 9730.

If block 9730 determines the user selected to modify the vicinity monitor VMDR, then block 9732 interfaces with the user for VMDR modification until the user selects to save modifications or exit. The user interfaces at block 9732 for modifying data described with FIG. 97B. Thereafter, if block 9734 determines there was at least one modification made which the user selected to save, then block 9736 saves the VMDR data and block 9738 checks to see if the modified vicinity monitor should be restarted to initialize with change(s) made. If block 9738 determines the corresponding vicinity monitor of FIG. 97C processing is active and should be restarted with the modified data, then block 9740 terminates the vicinity monitor by inserting the special termination entry into the WDR queue which contains field 9700b as discussed above. Block 9740 waits for the corresponding named vicinity monitor processing of FIG. 97C to terminate (e.g. field 9700f set to inactive) before continuing to block 9742 where the vicinity monitor (FIG. 97C) processing is started again, and processing continues back to block 9720. If block 9738 determines an active vicinity monitor does not have to be restarted based on data modifications or the affected vicinity monitor is not active, then processing continues back to block 9720. Block 9720 always presents the most recent VMDR information. If block 9730 determines the user did not select to modify the vicinity monitor, then processing continues to block 9744.

If block 9744 determines the user selected to restart the vicinity monitor, then block 9740 terminates the vicinity monitor as already described if it is determined to be active (checking field 9700f). Processing continues at block 9740 as described above. If block 9744 determines the user did not select to restart the vicinity monitor, then processing continues to block 9746. A user may select to restart a vicinity monitor for a variety of reasons, for example after using another method for modifying VMDR information (e.g. query manager of a SQL Database form of VMDR data).

If block 9746 determines the user selected to activate (start) the vicinity monitor, then block 9748 checks to see if it is already active (started) in which case processing continues back to block 9720. If the vicinity monitor is not already active, then block 9742 starts an instance of FIG. 97C processing for the named vicinity monitor and FIG. 97A processing continues back to block 9720. Block 9742 passes as a parameter to FIG. 97C processing the name (field 9700b) so every FIG. 97C instance of processing knows which named vicinity monitor is being started. If block 9746 determines the user did not select to activate the vicinity monitor, then processing continues to block 9750.

If block 9750 determines the user selected to deactivate (terminate) the vicinity monitor, then block 9752 checks to see if the vicinity monitor is active (running), in which case the vicinity monitor is terminated by inserting the special termination entry into the WDR queue which contains field 9700b as discussed above. Block 9752 waits for the corresponding named vicinity monitor processing of FIG. 97C to terminate (e.g. field 9700f set to inactive) before continuing back to block 9720. Block 9752 continues directly back to block 9720 when the vicinity monitor is determined to not be active (field 9700f). If block 9750 determines the user did not select to deactivate the vicinity monitor, then processing continues to block 9754.

If block 9754 determines the user selected to exit FIG. 97A processing, block 9754 continues to block 9716 for

US 10,477,994 B2

435                                                                                436

termination processing, otherwise block **9756** handles any other user actions which result in processing leaving block **9722**. Block **9756** continues back to block **9720**.

FIG. **97B** depicts a preferred embodiment of a Vicinity Monitor Data Record (VMDR) **9700** for discussing operations of vicinity monitor processing. ID field **9700***a* contains a unique index key value for all VMDRs to facilitate I/O accesses to the VMDR. Name field **9700***b* contains a user specified unique vicinity monitor name which is unique across all VMDRs. Preferably, the name is displayed in a visual graphic of the vicinity monitor (e.g. window title bar text) to remind the user which vicinity monitor is being displayed. Identifier(s) field **9700***c* contains all MS identifiers of interest to the user for being monitored in the vicinity monitor. Identifier(s) field **9700***c* contains a list of identifiers including the type of identifier: group ID, MS ID, or MS ID in second form associated to, or derived from, a first form of MS ID, or other id as described in this disclosure. The type of identifier is used to convert the identifier to a suitable use form. An alternate embodiment maintains a join value in field **9700***c* for joining to one or more identifier records (e.g. in another table) separately maintained to prevent a plurality of identifiers from being maintained in a single data record field. Field **9700***c* may be specified as NULL in which case all MSs in the vicinity as defined by halo field **9700***d* which satisfy the expression of field **9700***e* are included for being monitored. Halo field **9700***d* is a measurement for the distance (a radius) around the moving MS of FIG. **97C** processing for how nearby another MS must be to be of interest. The vicinity monitor will only indicate those MSs which are within halo distance from the current MS. Field **9700***d* may be maintained in certain units (e.g. converted from conveniently specified user units) or may include a units specification for carrying what units the halo distance value is being maintained in. Field **9700***d* may be specified as NULL in which case all MSs as defined in field **9700***c* which satisfy the expression of field **9700***e* are included for being monitored. Expression field **9700***e* may contain any charter expression which can be applied to a WDR as described in a field **3700***c* and processed as field **3700***c* is processed. Depending on the embodiment, certain special terms may not be supported (e.g. no AppTerm use). Active field **9700***f* is a Boolean (True/False) for indicating whether the particular vicinity monitor is active (running) or inactive. Refresh period field **9700***g* specifies the timeliness (preferably in seconds) for how often the vicinity monitor should refresh its real-time monitoring. An alternate embodiment may specify date/time information, or other time indication for how to refresh the vicinity monitor. Visual type field **9700***h* specifies how to display the vicinity monitor. Preferably there is a variety of display types supported for specification, for example:

  Map=map subset having MS owning vicinity monitor at center with scale of surrounding map area determined by halo, or determined by least nearby MS when halo is NULL;

  Gauge=visual gauge indicating the number of MSs in the vicinity as described by a VMDR (preferred embodiments includes a real-time updated numeric for the number of MSs in the vicinity along with a meter graphic, and perhaps color change, for the user quickly distinguishing how many); or

  Other visual method for communicating to the MS information about MSs of interest in the vicinity.

Audible type field **9700***h* specifies whether or not to complement the vicinity monitor display with audible information. Preferably there is a variety of audible types supported for specification, for example:

  NULL=no audible to be used for the vicinity monitor;
  NEW=provide a short audible indication when a new MS is determined to be newly arrived to, or newly departed from, within the vicinity (specific audible may be configured by the user, and the user may specify a vibrate rather than an audible sound);
  PITCH=provide a unique pitch sound (or vibration sequence) based on the number of MSs which are included for being monitored by the vicinity monitor (higher pitch sound (or more vibrations) for higher number of MSs in the vicinity versus lower pitch sound (or less vibrations) for a lower number of MSs in the vicinity); or
  Other audible method for communicating the MS information about MSs of interest in the vicinity.

State info field **9700***j* contains state information of the most recently presented vicinity monitor, including the currently displayed MS IDs and information thereof. Field **9700***j* is system maintained and is not editable by a user (e.g. by FIG. **97A**). VMDRs may be accessed at MS startup for determining what to start on the MS so the user does not have to restart vicinity monitor(s) after initializing a MS as the result of a power off, reboot, etc.

FIG. **97C** depicts a flowchart for a preferred embodiment for vicinity monitor processing. Vicinity monitor processing begins at block **9760** and continues to block **9762** where the vicinity monitor name parameter is determined (passed when starting FIG. **97A**), block **9764** where the VMDR with a matching name field **9700***b* is updated for field **9700***f* set to active (i.e. True), and to block **9766** where all VMDR data for the matching name field **9700***b* is retrieved. Block **9766** also resolves any identifiers, such as groups to the MS identifiers that belong to the group, and mapped identifiers for MS identifiers which are to be converted for WDR comparison processing. Block **9766** also converts halo units if necessary to suitable units for proper block **9772** searching, and state info field **9700***j* is accessed for any last active state data for user presentation. Thereafter, block **9766** continues to block **9768**.

Block **9768** gets the current location of the MS of FIG. **97C** processing (e.g. access to WDR queue **22**) and continues to block **9770** which uses field **9700***h* and **9700***d* to display an appropriate initial graphic at the MS. The graphic may be presented in a window, icon, or other MS interface presentation portion. When field **9700***h* is set to Map, a map is presented with the MS of FIG. **97C** processing at the center of the map and enough scaled map showing to cover the halo region around the MS. Various embodiments will support conventional zoom in and out control, as well as panning and other conventional map functions. When halo field **9700***d* is NULL, a defaulted amount of map is presented around the MS of FIG. **97C** processing. MSs presented on the map (block **9782**) are preferably indicated as small colored icons which can be user selected for a pop-up of information identifying MS ID information and attributes which matched expression field **9700***e*. When field **9700***e* is set to Gauge, an appropriate meter embodiment is presented with an initial setting of 0. Processing continues to block **9772**.

Block **9772** produces a list of WDRs from WDR queue **22** which match criteria of VMDR fields **9700***c* and **9700***d*, and those that represent distinct MSs most recently added to queue **22** having an acceptable confidence. An alternate

437                                                            438

embodiment matches field **9700***e* to WDRs at the time of the queue **22** search, however a preferred embodiment implements special terms as disclosed herein which make for handling expression comparisons at a block **9778**. The timeliness of maintaining entries to queue **22** provides a convenient trailing time window for MSs currently in the vicinity. An alternate embodiment can additionally access LBX History **30** provided there is a new VMDR field **9700***k* (e.g. Time criteria field **9700***k*) which governs how far back in history to consider MSs which are/were in the vicinity.

After block **9772** produces a list of distinct MS originated WDRs most recently added to queue **22**, processing continues to block **9774** for beginning a loop to process each distinct MS entry of the list. Block **9774** gets the next (or first) entry from the list. Thereafter, block **9776** checks to see if all entries have been processed, or if the list is empty (i.e. nothing found at block **9772**). If block **9776** determines there is a list entry (WDR) to process, block **9778** uses expression field **9700***e* against the list entry (WDR fields thereof) to check for a resulting true of false condition. Thereafter, if block **9780** determines the WDR satisfies the expression, then block **9782** updates the vicinity monitor visual (using field **9700***h*) with the MS information and processing continues back to block **9774**, otherwise block **9780** continues directly back to block **9774** for processing any next list entry (WDR from block **9772**). Block **9782** additionally uses fields **9700***i* and **9700***j* for audibly (or vibe option) indicating an update.

Referring back to block **9776**, if all WDRs in the list from block **9772** have been processed, block **9784** updates field **9700***j* with information for unambiguously producing the current vicinity monitor result at a later time (e.g. after a MS is powered on with an active vicinity monitor when last powered off), and block **9786** sleeps according to field **9700***g* (e.g. 3 seconds). When the named thread of FIG. 97C has slept for the proper amount of time, processing continues to block **9788**.

Block **9788** peeks the WDR queue **22** for a special vicinity monitor named termination entry inserted by FIG. 97A before continuing to block **9790**. If block **9790** determines the termination entry for this named vicinity monitor thread was found, block **9792** removes the termination entry from queue **22**, block **9794** properly terminates the vicinity monitor display graphic, block **9796** saves field **9700***f* as inactive (i.e. False), and the named instance of FIG. 97C processing terminates at block **9798**. If block **9790** determines the termination entry for this named vicinity monitor thread was not found, then processing continues to block **9768** for another iteration of vicinity monitor update processing.

Thus, the vicinity monitor reflects all those of interest in the vicinity of the MS of FIG. 97C processing on a continuous basis. Any changes between the last iteration beginning at block **9768** and the next iteration beginning at block **9768** is determined through field **9700***j*, for example to provide a audible.

An alternate embodiment will incorporate asynchronous vicinity monitor processing so that the monitor is updated immediately upon arrival of matching WDR information at the MS. Rather than a polling design, block **5703** for mWITS or iWITS processing would incorporate processing for communicating the WDR in its entirety, preferably through a "WITS to vicinity monitor check" queue (referred to as WITS2VM queue), to a FIG. 97D processing. FIG. 97D would loop on the WITS2VM queue for WDRs, and when a WDR is obtained from the WITS2VM queue for processing, all VMDRs would be accessed along with the current MS location of WITS processing to determine if the WDR matches any active vicinity monitor criteria. If no match is found, the WITS2VM queue processing loop returns to get the next WDR communicated from WITS processing (implicit wait on queues if nothing there to process yet). If a match is found for an active vicinity monitor, new FIG. 97D processing would insert an entry to a "vicinity monitor check to vicinity monitor" queue (referred to as VM2VM queue) for being processed by modified FIG. 97C processing so that the monitor graphic is updated accordingly. In this embodiment, a modified FIG. 97C would only be responsible for looping on the VM2VM queue for retrieval of a named termination entry or for the named vicinity monitor matching WDR information to be indicated to the user in at least the vicinity monitor graphic. All vicinity monitors processing (new FIG. 97C processing) would access the VM2VM queue for updating their respective monitor information, and would be started and terminated, as already described. There are other embodiments without departing from the spirit and scope of a vicinity monitor that indicates those nearby in real time, for example in radio signal range of the MS running the vicinity monitor.

Other Embodiments

As mentioned above, architecture **1900** provides a set of processes which can be started or terminated for desired functionality. Thus, architecture **1900** provides a palette from which to choose desired deployment methods for an LN expanse.

In some embodiments, all whereabouts information can be pushed to expand the LN-expanse. In such embodiments, the palette of processes to choose from includes at least process **1902**, process **1912** and process **1952**. Additionally, process **1932** would be required in anticipation of LN-expanse participating data processing systems having NTP disabled or unavailable. Additionally, process **1922** could be used for ensuring whereabouts are timely (e.g. specifically using all blocks except **2218** through **2224**). Depending on DLM capability of MSs in the LN-expanse, a further subset of processes **1902**, **1912**, and **1932** may apply. Thread(s) **1902** beacon whereabouts information, regardless of the MS being an affirmifier or pacifier.

In some embodiments, all whereabouts information can be pulled to expand the LN-expanse. In such embodiments, the palette of processes to choose from includes at least process **1922** (e.g. specifically using all blocks except **2226** and **2228**), process **1912**, process **1952** and process **1942**. Additionally, process **1932** would be required in anticipation of LN-expanse participating data processing systems having NTP disabled or unavailable. Depending on DLM capability of MSs in the LN-expanse, a further subset of processes **1922**, **1912**, **1952**, **1942** and **1932** may apply.

There are many embodiments derived from architecture **1900**. Essential components are disclosed for deployment varieties. In communications protocols which acknowledge a transmission, processes **1932** may not be required even in absence of NTP use. A sending MS appends a sent date/time stamp (e.g. field **1100***n*) on its time scale to outbound data **1302** and an acknowledging MS (or service) responds with the sent date/time stamp so that when the sending MS receives it (receives data **1302** or **1312**), the sending MS (now a receiving MS) calculates a TDOA measurement by comparing when the acknowledgement was received and when it was originally sent. Appropriate correlation outside of process **1932** deployment enables the sending MS to know which response went with which data **1302** was

US 10,477,994 B2

439

440

originally sent. A MS can make use of 19xx processes as is appropriate for functionality desired.

In push embodiments disclosed above, useful summary observations are made. Service(s) associated with antennas periodically broadcast (beacon) their reference whereabouts (e.g. WDR information) for being received by MSs in the vicinity. When such services are NTP enabled, the broadcasts include a sent date/time stamp (e.g. field $1100n$). Upon receipt by a NTP enabled MS in the vicinity, the MS uses the date/time stamp of MS receipt (e.g. $1100p$) with the date/time stamp of when sent (e.g. field $1100n$) to calculate a TDOA measurement. Known wave spectrum velocity can translate to a distance. Upon receipt of a plurality of these types of broadcasts from different reference antennas, the MS can triangulate itself for determining its whereabouts relative known whereabouts of the reference antennas. Similarly, reference antennas are replaced by other NTP enabled MSs which similarly broadcast their whereabouts. A MS can be triangulated relative a mixture of reference antennas and other NTP enabled MSs, or all NTP enabled MSs. Stationary antenna triangulation is accomplished the same way as triangulating from other MSs. NTP use allows determining MS whereabouts using triangulation achievable in a single unidirectional broadcast of data ($1302$ or $1312$). Furthermore, reference antennas (service(s)) need not communicate new data $1312$, and MSs need not communicate new data $1302$. Usual communications data $1312$ are altered with a CK $1314$ as described above. Usual communications data $1302$ are altered with a CK $1304$ as described above. This enables a MS with not only knowing there are nearby hotspots, but also where all parties are located (including the MS). Beaconing hotspots, or other broadcasters, do not need to know who you are (the MS ID), and you do not need to know who they are in order to be located. Various bidirectional correlation embodiments can always be used for TDOA measurements.

In pull embodiments disclosed above, data processing systems wanting to determine their own whereabouts (requestors) broadcast their requests (e.g. record $2490$). Service(s) or MSs (responders) in the vicinity respond. When responders are NTP enabled, the responses include a sent date/time stamp (e.g. field $1100n$) that by itself can be used to calculate a TDOA measurement if the requestor is NTP enabled. Upon receipt by a requestor with no NTP, the requestor uses the date/time stamp of a correlated receipt (e.g. $1100p$) with the date/time stamp of when sent (e.g. fields $1100n$ or $2450a$) to calculate a time duration (TDOA) for whereabouts determination, as described above. New data or usual communications data applies as described above.

If NTP is available to a data processing system, it should be used whenever communicating date/time information (e.g. NTP bit of field $1100b$, $1100n$ or $1100p$) so that by chance a receiving data processing is also NTP enabled, a TDOA measurement can immediately be taken. In cases, where either the sending (first) data processing system or receiving (second) data processing system is not NTP enabled, then the calculating data processing system wanting a TDOA measurement will need to calculate a sent and received time in consistent time scale terms. This includes a correlated bidirectional communications data flow to properly determine duration in time terms of the calculating data processing system. In a send initiated embodiment, a first (sending) data processing system incorporates a sent date/time stamp (e.g. fields $1100n$ or $2450a$) and determines when a correlated response is received to calculate the TDOA measurement (both times in terms of the first (send-

ing) data processing system). In another embodiment, a second (receiving) data processing system receives a sent date/time stamp (e.g. field $1100n$) and then becomes a first (sending) data processing as described in the send initiated embodiment. Whatever embodiment is used, it is beneficial in the LN-expanse to minimize communications traffic.

The NTP bit in date/time stamps enables optimal elegance in the LN-expanse for taking advantage of NTP when available, and using correlated transmissions when it is not. A NTP enabled MS is somewhat of a chameleon in using unidirectional data ($1302$ or $1312$ received) to determine whereabouts relative NTP enabled MS(s) and/or service(s), and then using bidirectional data ($1302/1302$ or $1302/1312$) relative MS(s) and/or service(s) without NTP. A MS is also a chameleon when considering it may go in and out of a DLM or ILM identity/role, depending on what whereabouts technology is available at the time.

The MS ID (or pseudo MS ID) in transmissions is useful for a receiving data processing system to target a response by addressing the response back to the MS ID. Targeted transmissions target a specific MS ID (or group of MS IDs), while broadcasting is suited for reaching as many MS IDs as possible. Alternatively, just a correlation is enough to target a data source.

In some embodiments where a MS is located relative another MS, this is applicable to something as simple as locating one data processing system using the location of another data processing system. For example, the whereabouts of a cell phone (first data processing system) is used to locate an in-range automotive installed (second) data processing system for providing new locational applications to the second data processing system (or visa-versa). In fact, the second data processing may be designed for using the nearby first data processing system for determining its whereabouts. Thus, as an MS roams, in the know of its own whereabouts, the MS whereabouts is shared with nearby data processing systems for new functionality made available to those nearby data processing systems when they know their own whereabouts (by associating to the MS whereabouts). Data processing systems incapable of being located are now capable of being located, for example locating a data processing equipped shopping cart with the location of an MS, or plurality of MSs.

Architecture $1900$ presents a preferred embodiment for IPC (Interprocess Communications Processing), but there are other embodiments for starting/terminating threads, signaling between processes, semaphore controls, and carrying out present disclosure processing without departing from the spirit and scope of the disclosure. In some embodiments, threads are automatically throttled up or down (e.g. $1952$-Max) per unique requirements of the MS as determined by how often threads loop back to find an entry already waiting in a queue. If thread(s) spend less time blocked on queue, they can be automatically throttled up. If thread(s) spend more time blocked on queue, they can be automatically throttled down. Timers can be associated with queue retrieval to keep track of time a thread is blocked.

LBX history $30$ preferably maintains history information of key points in processing where history information may prove useful at a future time. Some of the useful points of interest may include:

Interim snapshots of permissions $10$ (for documenting who had what permissions at what time) at block $1478$;

Interim snapshots of charters $12$ (for documenting charters in effect at what times) at block $1482$;

Interim snapshots of statistics $14$ (for documenting useful statistics worthy of later browse) at block $1486$;

US 10,477,994 B2

441

Interim snapshots of service propagation data of block **1474**;

Interim snapshots of service informant settings of block **1490**;

Interim snapshots of LBX history maintenance/configu- rations of block **1494**;

Interim snapshots of a subset of WDR queue **22** using a configured search criteria;

Interim snapshots of a subset of Send queue **24** using a configured search criteria;

Interim snapshots of a subset of Receive queue **26** using a configured search criteria;

Interim snapshots of a subset of PIP data **8**;

Interim snapshots of a subset of data **20**;

Interim snapshots of a subset of data **36**;

Interim snapshots of other resources **38**;

Trace, debug, and/or dump of any execution path subset of processing flowcharts described; and/or

Copies of data at any block of processing in any flowchart heretofore described.

Entries in LBX history **30** preferably have entry qualifying information including at least a date/time stamp of when added to history, and preferably an O/S PID and O/S TID (Thread Identifier) associated with the logged entry, and perhaps applicable applications involved (e.g. see fields **1100***k*). History **30** may also be captured in such a way there are conditions set up in advance (at block **1494**), and when those conditions are met, applicable data is captured to history **30**. Conditions can include terms that are MS system wide, and when the conditions are met, the data for capture is copied to history. In these cases, history **30** entries preferably include the conditions which were met to copy the entry to history. Depending on what is being kept to history **30**, this can become a large amount of information. Therefore, FIG. **27A** can include new blocks for pruning history **30** appropriately. In another embodiment, a separate thread of processing has a sleeper loop which when awake will prune the history **30** appropriately, either in its own processing or by invoking new FIG. **27A** blocks for history **30**. A parameter passed to processing by block **2704** may include how to prune the history, including what data to prune, how old of data to prune, and any other criteria appropriate for maintaining history **30**. In fact, any pruning by FIG. **27A** may include any reasonable parameters for how to prune particular data of the present disclosure.

Location applications can use the WDR queue for retrieving the most recent highest confidence entry, or can access the single instance WDR maintained (or most recent WDR of block **289** discussed above). Optimally, applications are provided with an API that hides what actually occurs in ongoing product builds, and for ensuring appropriate semaphore access to multi-threaded accessed data.

Correlation processing does not have to cause a WDR returned. There are embodiments for minimal exchanges of correlated sent date/time stamps and/or received date/time stamps so that exchanges are very efficient using small data exchanges. Correlation of this disclosure was provided to show at least one solution, with keeping in mind that there are many embodiments to accomplish relating time scales between data processing systems.

Architecture **1900** provides not only the foundation for keeping an MS abreast of its whereabouts, but also the foundation upon which to build LBX nearby functionality. Whereabouts of MSs in the vicinity are maintained to queue **22**. Permissions **10** and charters **12** can be used for governing which MSs to maintain to queue **22**, how to maintain them, and what processing should be performed. For

442

example, MS user Joe wants to alert MS user Sandy when he is in her vicinity, or user Sandy wants to be alerted when Joe is in her vicinity. Joe configures permissions enabling Sandy to be alerted with him being nearby, or Sandy configured permissions for being alerted. Sandy accepts the configuration Joe made, or Joe accepts the configuration Sandy made. Sandy's queue **22** processing will ensure Joe's WDRs are processed uniquely for desired functionality.

FIG. **8C** was presented in the context of a DLM, however architecture **1900** should be applied for enabling a user to manually request to be located with ILM processing if necessary. Blocks **862** through **870** are easily modified to accomplish a WDR request (like blocks **2218** through **2224**). In keeping with current block descriptions, block **872** would become a new series of blocks for handling the case when DLM functionality was unsuccessful. New block **872-A** would broadcast a WDR request soliciting response (see blocks **2218** through **2224**). Thereafter, a block **872-B** would wait for a brief time, and subsequently a block **872-C** would check if whereabouts have been determined (e.g. check queue **22**). Thereafter, if a block **872-D** determines whereabouts were not determined, an error could be provided to the user, otherwise the MS whereabouts were successfully determined and processing continues to block **874**. Applications that may need whereabouts can now be used. There are certainly emergency situations where a user may need to rely on other MSs in the vicinity for being located. In another embodiment, LBX history can be accessed to at least provide a most recent location, or most recently traveled set of locations, hopefully providing enough information for reasonably locating the user in the event of an emergency, when a current location cannot be determined.

To maintain modularity in interfaces to queues **24** and **26**, parameters may be passed rather than having the modular send/receive processing access fields of application records. When WDRs are "sent", the WDR will be targeted (e.g. field **1100***a*), perhaps also with field **1100***f* indicating which communications interface to send on (e.g. MS has plurality of comm. interfaces **70**). When WDRs are "broadcast" (e.g. null MS ID), the WDR is preferably outbound on all available comm. interfaces **70**, unless field **1100***f* indicates to target a comm. interface. Analogously, when WDR requests are "sent", the request will be targeted (e.g. field **2490***a*), perhaps also with field **2490***d* indicating which communications interface to send on (e.g. MS has plurality of comm. interfaces **70**). When WDR requests are "broadcast" (e.g. null MS ID), the WDR is preferably outbound on all available comm. interfaces **70**, unless field **1100***f* indicates to target a comm. interface.

Fields **1100***m*, **1100***n*, **1100***p*, **2490***b* and **2490***c* are also of interest to the transport layer. Any subset, or all, of transport related fields may be passed as parameters to send processing, or received as parameters from receiving processing to ensure send and receive processing is adaptable using pluggable transmission/reception technologies.

An alternate embodiment to the BESTWDR WDR returned by FIG. **26B** processing may be set with useful data for reuse toward a future FIG. **26B** processing thread whereabouts determination. Field **1100***f* can be set with useful data for that WDR to be in turn used at a subsequent whereabouts determination of FIG. **26B**. This is referred to as Recursive Whereabouts Determination (RWD) wherein ILMs determine WDRs for their whereabouts and use them again for calculating future whereabouts (by populating useful TDOA, AOA, MPT and/or whereabouts information to field **1100***f*).

US 10,477,994 B2

443                                                444

An alternate embodiment may store remote MS movement tolerances (if they use one) to WDR field 1100f so the receiving MS can determine how stale are other WDRs in queue 22 from the same MS, for example when gathering all useful WDRs to start with in determining whereabouts of FIG. 26B processing (e.g. block 2634). Having movement tolerances in effect may prove useful for maximizing useful WDRs used in determining a whereabouts (FIG. 26B processing).

Many LBX aspects have been disclosed, some of which are novel and new in LBX embodiments. While it is recommended that features disclosed herein be implemented in the context of LBX, it may be apparent to those skilled in the art how to incorporate features which are also new and novel in a LBS model, for example by consolidating distributed permission, charters, and associated functionality to a shared service connected database.

Privileges and/or charters may be stored in a datastream format (e.g. X.409), syntactical format (e.g. XML, source code (like FIGS. 51A and 51B)), compiled or linked programming data, database data (e.g. SQL tables), or any other suitable format. Privileges and/or charters may be communicated between MSs in a datastream format (e.g. X.409), syntactical format (e.g. XML, source code (like FIGS. 51A and 51B)), compiled or linked programming data, database data (e.g. SQL tables), or any other suitable format.

Block 4466 may access an all or none permission (privilege) to receive permission and/or charter data (depending on what data is being received) from a particular identity (e.g. user or particular MS). Alternate embodiments implement more granulated permissions (privileges) on which types, sets, or individual privileges and/or charters can be received so that block 4470 will update local data with only those privileges or charters that are permitted out of all data received. One embodiment is to receive all privileges and/or charters from remote systems for local maintaining so that FIG. 57 processing can later determine what privileges and charters are enabled. This has the benefit for the receiving user to know locally what the remote user(s) desire for privileges and charters without them necessarily being effective. Another embodiment is for FIG. 44B to only receive the privileged subset of data that can be used (privileged) at the time, and to check at block 4466 which privileges should be used to alter existing privileges or charters from the same MS (e.g. altered at block 4470). This has the potential benefit of less MS data to maintain and better performance in FIG. 57 processing for dealing only with those privileges and charters which may be useable. A user may still browse another user's configurations with remote data access anyway.

WPL is a unique programming language wherein peer to peer interaction events containing whereabouts information (WDRs) provide the triggers for novel location based processing, however a LBS embodiment may also be pursued. Events seen, or collected, by a service may incorporate WPL, the table record embodiments of FIGS. 35A through 37C, a suitable programming executable or data structures, or any other BNF grammar derivative to carry out analogous event based processing. For example, the service would receive inbound whereabouts information (e.g. WDRs) from participating MSs and then process accordingly. An inbound, outbound, and in-process methodology may be incorporated analogously by processing whereabouts information from MSs as it arrives to the service (inbound), processing whereabouts information as it is sent out from the service (outbound) to MSs, and processing whereabouts information as it is being processed by the

service (in process) for MSs. In one embodiment, service informant code 28 is used to keep the service informed of the LBX network. In another embodiment, a conventional LBS architecture is deployed for collecting whereabouts of MSs.

An alternate embodiment processes inbound/outbound/ maintained WDRs in process transmitted to a MS from non-mobile data processing systems, perhaps data processing systems which are to emulate a MS, or perhaps data processing systems which are to contribute to LBX processing. Interoperability is as disclosed except data processing systems other than MSs participate in interacting with WDRs. In other embodiments, the data processing systems contain processing disclosed for MSs to process WDRs from MSs (e.g. all disclosed processing or any subset of processing (e.g. WITS processing)).

Communications between MSs and other MSs, or between MSs and data processing systems, may be compressed, encrypted, and/or encoded for performance or concealing. For example, data is encrypted and/or compressed: prior to being outbound (e.g. via queue 24) from a LBX processing thread (e.g. encrypted and/or compressed at blocks 2016, 2224, 2324, 2516); by communications processing closer to transmission (e.g. after feeding from queue 24); or at an appropriate software interface layer (e.g. link layer); preferably providing configurations to a user for which encryption and/or compression to perform. Any protocol, X.409 encodings, datastream encodings, or other data which is critical for processing shall have integrity regardless of an encapsulating or embedded encoding that may be in use. Further, internalizations of the BNF grammar may also be compressed, encrypted, and/or encoded for performance or concealing. Regardless of an encapsulating or embedded encoding that may be in use, integrity shall be maintained for processing. When other encodings are used (compression, encryption, etc), an appropriate encode and decode pair of processing is used (compress/decompress, encrypt/decrypt, etc).

Grammar specification privileges are preferably enforced in real time when processing charters during WITS processing. For example, charters specified may initially be ineffective, but can be subsequently enabled with a privilege. It is preferred that privileges 10 and charters 12 be maintained independently during configuration time, and through appropriate internalization. This allows specifying anything a user wants for charters, regardless of privileges in effect at the time of charter configuration, so as to build those charters which are desired for processing, but not necessarily effective yet. Privileges can then be used to enable or disable those charters as required. In an alternate embodiment, privileges can be used to prevent certain charters from even being created. This helps provide an error to the user at an appropriate time (creating an invalid charter), however a valid charter may lose a privilege later anyway and become invalid. The problem of a valid charter becoming invalid later has to be dealt with anyway (rather than automatically deleting the newly invalid charter). Thus, it is preferable to allow any charters and privileges to be specified, and then candidate for interpreting at WITS processing time.

Many embodiments are better described by redefining the "W" in acronyms used throughout this disclosure for the more generic "Wireless" use, rather than "Whereabouts" use. Thus, WDR takes on the definition of Wireless Data Record. In various embodiments, locational information fields become less relevant, and in some embodiments mobile location information is not used at all. As stated above with FIG. 11A, when a WDR is referenced in this disclosure, it is referenced in a general sense so that the

445

446

contextually reasonable subset of the WDR of FIG. **11**A is used. This notion is taken steps further.

A WDR **1100** may be redefined with a core section containing only the MS ID field **1100**a. The MS ID field **1100**a facilitates routing of the WDR, and addressing a WDR, for example in a completely wireless transmission of FIGS. **13**A through **13**C. In an embodiment with a minimal set of WDR fields, the WDR may contain only two (2) fields: a MS ID field **1100**a and application fields **1100**k. In an embodiment with minimal changes to the architecture heretofore disclosed, all WDR **1100** fields **1100**b through **1100**p are maintained to field **1100**k. Disclosure up to this point continues to incorporate processing heretofore described, except WDR fields which were peers to application fields **1100**k in a WDR **1100** are now subordinate to field **1100**k. However, the field data is still processed the same way as disclosed, albeit with data being maintained subordinate to field **1100**k. Thus, field **1100**k may have broader scope for carrying the data, or for carrying similar data.

In a more extreme embodiment, a WDR (Wireless Data Record) will contain only two fields: a MS ID field **1100**a and application fields **1100**k; wherein a single application (or certain applications) of data is maintained to field **1100**k. For example, the WDR is emitted from mobile MSs as a beacon which may or may not be useful to receiving MSs, however the beaconed data is for one application (other embodiments can be for a plurality of applications). In this minimal embodiment, a minimal embodiment of architecture **1900** is deployed with block changes removing whereabouts/location processing. The following processes may provide such a minimal embodiment palette for implementation:

Wireless Broadcast Thread(s) **1902**—FIG. **20** block **2010** would be modified to "Peek WDR queue for most recent WDR with MS ID=this MS". Means would be provided for date/time stamps maintained to queue **22** for differentiating between a plurality of WDRs maintained so the more recent can be retrieved. This date/time stamp may or may not be present in a WDR during transmission which originated from a remote MS (i.e. in the WDR transmitted (beaconed)). Regardless, a date/time stamp is preferably maintained in the WDR of queue **22**. Appropriate and timely queue **22** pruning would be performed for one or more relevant WDRs at queue **22**. FIG. **20** would broadcast at least the MS ID field **1100**a and application data field **1100**k for the application.

Wireless Collection Thread(s) **1912**—FIG. **21** would be modified to remove location determination logic and would collect WDRs received that are relevant for the receiving MS and deposit them to queue **22**, preferably with a date/time stamp. Relevance can be determined by if there are permissions or charters in place for the originating MS ID at the receiving MS (i.e. WITS filtering and processing). The local MS applicable could access WDRs from queue **22** as it sees fit for processing in accordance with the application, as well as privileges and charters.

Wireless Supervisor Thread(s) **1922**—FIG. **22** block **2212** would be modified to "Peek WDR queue for MS ID=this MS, and having a reasonably current date/time stamp" to ensure there is at least one timely WDR contained at queue **22** for this MS. If there is not a timely WDR at the MS, then processing of block **2218** through **2228** would be modified to request helpful WDRs from MSs within the vicinity, assuming the application applicable warrants requesting such help, otherwise blocks **2218** through **2228** would be modified to trigger local MS processing for ensuring a timely WDR is deposited to queue **22**.

Wireless Data Record Request Thread(s) **1942**—FIG. **25** block **2510** would be modified to "Peek WDR queue for most recent WDR with this MS ID" and then sending/broadcasting the response to the requesting MS. FIG. **25** would be relevant in an architecture wherein the application does in fact rely on MSs within the vicinity for determining its own WDRs.

One application using such a minimal embodiment may be the transmission of profile information (see # and % operators above). As a MS roams, it beacons out its profile information for other MSs to receive it. The receiving MSs then decide to process the profile data in fields **1100**k according to privileges and/or charters that are in place. Note that there is no locating information of interest. Only the profile information is of interest. Thus, the MSs become wireless beacons of data that may or may not be processed by receiving MSs within the wireless vicinity of the originating MS. Consider a singles/dating application wherein the profile data contains characteristics and interests of the MS user. A privilege or charter at the receiving MS could then process the profile data when it is received, assuming the receiving MS user clarified what is of interest for automated processing through configurations for WITS processing.

While a completely wireless embodiment is the preferred embodiment since MS users may be nearby by virtue of a completely wireless transmission, a longer range transmission could be facilitated by architectures of FIGS. **50**A through **50**C. In an architecture of transmission which is not completely wireless, the minimal embodiment WDR would include field(s) indicating a route which was not completely wireless, perhaps how many hops, etc as disclosed above. WITS filtering would play an important role to ensure no outbound transmissions occur unless there are configurations in place that indicate a receiving MS may process it (i.e. there are privileges and/or charters in place), and no inbound processing occurs unless there are appropriate configurations in place for the originating MS(s) (i.e. there are privileges and/or charters in place). Group identities of WDRs can become more important as a criteria for WITS filtering, in particular when a group id indicates the type of WDR. The longer range embodiment of FIG. **50**A through **50**C preferably incorporates a send transmission for directing the WDRs to MSs which have candidate privileges and/or charters in place, rather than a broadcast for communicating WDRs. Broadcasting can flood a network and may inundate MSs with information for WITS filtering.

FIG. **59** is typically used to set variables which are anticipated or accessed by applications to carry out certain application behavior and functionality. In one embodiment, applications poll data set by FIG. **59** in order to determine how they are to process. In another embodiment, FIG. **59** sets or clears semaphores for asynchronous application thread(s) for instant or timely processing. In the essence of other embodiments, FIG. **59** sets data which is used to communicate privileged intention to one or more applications. FIG. **59** provides a convenient "plug-in" model for applications by isolating privileged action triggers to data used to middleman the LBX platform to the "plug-in" applications. There are a variety of "plug-in" models supported. Applications "plug-in" through making available data which is accessible to the LBX platform.

On the other hand, FIG. **60** allows defining new complex privileges such that any subset of charter functionality, or application functionality, becomes a FIG. **60** privileged action, for example to cause certain application behavior and functionality immediately just by presence of a set privilege. Thus, a complex action or set of actions which may be embodied as an application are brought into the LBX

US 10,477,994 B2

447

framework by being implemented in their entirety as a single action which can be triggered by simply granting a privilege.

FIGS. 59 and 60 can be the same in results, but accomplish the results in different ways. In one embodiment, FIG. 59 assumes an asynchronous application thread accesses data which has been modified (e.g. enabled/disabled). In one embodiment, FIG. 60 directly incorporates the application processing for the privilege determined. However, FIGS. 59 and 60 may be implemented for being interchangeable. Regardless of MS LBX utilization for RFID or WDR interactions, automated peer to peer functionality disclosed in a first form of: FIG. 59 processing, FIG. 60 processing, atomic command processing, service informant processing, charter processing, or combinations thereof; can be implemented in any other form: FIG. 59 processing, FIG. 60 processing, atomic command processing, service informant processing, charter processing, home grown, Application Terms (AppTerm), Application fields, or combinations thereof; without departing from the spirit and scope of the disclosure. For example, a proven popular MS charter configuration may be replaced by providing a privilege which can be used between MSs, thereby eliminating the need to go through the time to configure the charter. The privilege itself replaces what the charter provided. In another example, a new atomic command may be used to replace complex charter configurations, or replaces a set of specific use of a plurality of other atomic commands, in order to prevent burdening MS users with configuring desirable MS behavior.

There are many embodiments for synchronizing key regions of executable code of this disclosure, and locking into a single detailed design is not intended. A synchronization design can vary based on software programming decisions. In some embodiments, a MS is equipped with different synchronization models which are configurable at manufacturing time, or by an administrator or user. In some embodiments, a prescribed synchronization model is deployed based on the type of MS and anticipated use of the MS. For example, WITS processing, or subsets therein, may be semaphore protected so that only a single WDR is processed at critical regions in charter processing. Identifying critical regions can be dependent on different uses of the LBX architecture. In one example, this can be advantageous for WITS processing involving many MSs with privileged configurations in the vicinity of a receiving MS. Consider an electronic tag example. In this example, one MS is "it" and a plurality of other MSs are avoiding becoming "it". When the "it" MS becomes close enough to an other MS, the other MS becomes "it". But what happens when the MS becomes close enough to a plurality of other MSs? Which MS becomes "it"? It is important to prevent making more than one MS "it", thus synchronization provides a more convenient method for preventing this from happening. To provide clear explanation, assume that only a single iWITS WDR processing thread can execute FIG. 57 at a time. While it is certainly better performance to identify the processing block(s) (i.e. subset(s)) of FIG. 57 processing that should be synchronized rather than the entire FIG. 57 processing, doing so here for exemplification simplifies the synchronization tag discussion. Thus, if there is a group of MSs in a group called PlayTag known to each participating MS, every privileged MS can have the following charter configuration in light of the synchronization to FIG. 57 processing:

(_I_msid="PlayTag" & \loc_my $(1M)_I_location & T_it):
    Invoke Data (T_it, True, _I_msid),
    Invoke Data (T_it, False, \thisMS);

448

Notice that the charter configuration assumes a single unit of work including the time of checking the T_it variable (True=your "it"), marking the MS which is within 1 meter to this MS location as being "it", and the time of clearing the local application variable which marks this MS as being "it". Synchronization becomes quite important for this charter to operator correctly, otherwise another MS can cause processing the same charter at substantially the same time for unpredictable results. Thus, thread processing synchronization is to be analyzed and incorporated as is appropriate in context of the various embodiments for deployment. In the example, the electronic tag application (e.g. with prefix "T_") may additionally monitor the T_it AppTerm variable to cause a beaconing sound, and/or beaconing visual indication (flashing bright red screen) so that nearby MS users know who is "it".

Various company name and/or product name trademarks used herein belong to their respective companies.

While various embodiments of the present disclosure have been described above, it should be understood that they have been presented by way of example only, and not limitation. Thus, the breadth and scope of the present disclosure should not be limited by any of the above-described exemplary embodiments, but should be defined only in accordance with the following claims and their equivalents.

What is claimed is:

1. A beaconing data processing system, comprising:
one or more processors;
a Bluetooth communications interface; and
a memory coupled to the one or more processors, wherein the one or more processors access the memory and control operations of the beaconing data processing system, the operations comprising:
    periodically beaconing outbound a broadcast unidirectional wireless data record communicated through the Bluetooth communications interface to serve as a physical location reference contributing to physical location determination processing of one or more user carried mobile data processing systems in a Bluetooth wave spectrum range vicinity of the beaconing data processing system, the beaconing data processing system:
        not soliciting an inbound communication to the beaconing data processing system from the one or more user carried mobile data processing systems in response to a receipt of the broadcast unidirectional wireless data record in the one or more user carried mobile data processing systems, and
        not configured to process inbound communications resulting from the receipt of the broadcast unidirectional wireless data record in the one or more user carried mobile data processing systems, the broadcast unidirectional wireless data record communicated through the Bluetooth communications interface to serve as the physical location reference including:
            no physical location coordinates of the beaconing data processing system,
            a data field containing a signal strength of the beaconing data processing system, and
            application identifier data stored in the memory.

2. The beaconing data processing system of claim 1 wherein the application identifier data stored in the memory is configured in the beaconing data processing system to match a configured location based condition in the one or more user carried mobile data processing systems.

US 10,477,994 B2

449

**3**. The beaconing data processing system of claim **1** wherein the application identifier data stored in the memory is configured in the beaconing data processing system to match a configured arrival or departure condition in the one or more user carried mobile data processing systems.

**4**. The beaconing data processing system of claim **1** wherein the application identifier data stored in the memory is configured in the beaconing data processing system to match a configured condition in the one or more user carried mobile data processing systems, the configured condition causing control of at least one of: an electrical appliance, a mechanical appliance, an electrical device, or a mechanical device.

**5**. The beaconing data processing system of claim **1** wherein the application identifier data stored in the memory is configured in the beaconing data processing system to match a configured condition in the one or more user carried mobile data processing systems, the configured condition causing a sorted data result.

**6**. The beaconing data processing system of claim **1** wherein the beaconing data processing system is a mobile data processing system.

**7**. The beaconing data processing system of claim **1** wherein the application identifier data stored in the memory is configured in the beaconing data processing system to match a configured condition in the one or more user carried mobile data processing systems, the configured condition causing content delivery of at least one of: news, traffic, real estate, a job opportunity, a religious interest, a stock interest, a menu, a coupon, a product, a service, a boarding pass, a transaction, an inventory, a customer account, a retail establishment, a restaurant, a product store, a retail store, a grocery store, an electrical appliance, a mechanical appliance, an electrical device, a mechanical device, public transportation, or a parking lot.

**8**. A method in a beaconing data processing system, the method comprising:

one or more processors periodically beaconing outbound a broadcast unidirectional wireless data record communicated through a Bluetooth communications interface of the beaconing data processing system to serve as a physical location reference contributing to physical location determination processing of one or more user carried mobile data processing systems in a Bluetooth wave spectrum range vicinity of the beaconing data processing system, the beaconing data processing system:

not soliciting an inbound communication to the beaconing data processing system from the one or more user carried mobile data processing systems in response to a receipt of the broadcast unidirectional wireless data record in the one or more user carried mobile data processing systems, and

not configured to process inbound communications resulting from the receipt of the broadcast unidirectional wireless data record in the one or more user carried mobile data processing systems, the broadcast unidirectional wireless data record communicated through the Bluetooth communications interface to serve as the physical location reference including:

no physical location coordinates of the beaconing data processing system,

a data field containing a signal strength of the beaconing data processing system, and

application identifier data stored in a memory of the beaconing data processing system.

450

**9**. The method of claim **8** wherein the application identifier data stored in the memory is configured in the beaconing data processing system to match a configured location based condition in the one or more user carried mobile data processing systems.

**10**. The method of claim **8** wherein the application identifier data stored in the memory is configured in the beaconing data processing system to match a configured arrival or departure condition in the one or more user carried mobile data processing systems.

**11**. The method of claim **8** wherein the application identifier data stored in the memory is configured in the beaconing data processing system to match a configured condition in the one or more user carried mobile data processing systems, the configured condition causing control of at least one of: an electrical appliance, a mechanical appliance, an electrical device, or a mechanical device.

**12**. The method of claim **8** wherein the application identifier data stored in the memory is configured in the beaconing data processing system to match a configured condition in the one or more user carried mobile data processing systems, the configured condition causing a sorted data result.

**13**. The method of claim **8** wherein the beaconing data processing system is a mobile data processing system.

**14**. A non-transitory computer readable medium containing executable instructions, that when executed, controls one or more processors, based on the instructions, to perform operations comprising:

periodically beaconing outbound a broadcast unidirectional wireless data record communicated through a Bluetooth communications interface of a beaconing data processing system to serve as a physical location reference contributing to physical location determination processing of one or more user carried mobile data processing systems in a Bluetooth wave spectrum range vicinity of the beaconing data processing system, the beaconing data processing system:

not soliciting an inbound communication to the beaconing data processing system from the one or more user carried mobile data processing systems in response to a receipt of the broadcast unidirectional wireless data record in the one or more user carried mobile data processing systems, and

not configured to process inbound communications resulting from the receipt of the broadcast unidirectional wireless data record in the one or more user carried mobile data processing systems, the broadcast unidirectional wireless data record communicated through the Bluetooth communications interface to serve as the physical location reference including:

no physical location coordinates of the beaconing data processing system,

a data field containing a signal strength of the beaconing data processing system, and

application identifier data stored in a memory of the beaconing data processing system.

**15**. The non-transitory computer readable medium of claim **14** wherein the application identifier data stored in the memory is configured in the beaconing data processing system to match a configured location based condition in the one or more user carried mobile data processing systems.

**16**. The non-transitory computer readable medium of claim **14** wherein the application identifier data stored in the memory is configured in the beaconing data processing

US 10,477,994 B2

451

452

system to match a configured arrival or departure condition in the one or more user carried mobile data processing systems.

17. The non-transitory computer readable medium of claim **14** wherein the application identifier data stored in the memory is configured in the beaconing data processing system to match a configured condition in the one or more user carried mobile data processing systems, the configured condition causing control of at least one of: an electrical appliance, a mechanical appliance, an electrical device, or a mechanical device.

18. The non-transitory computer readable medium of claim **14** wherein the application identifier data stored in the memory is configured in the beaconing data processing system to match a configured condition in the one or more user carried mobile data processing systems, the configured condition causing a sorted data result.

19. The non-transitory computer readable medium of claim **14** wherein the beaconing data processing system is a mobile data processing system.

*   *   *   *   *