# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BILLJCO, LLC | ) |
| | ) CASE NO: 2:21-cv-00181-JRG |
| v. | )     (Lead Case) |
| | ) |
| CISCO SYSTEMS, INC. | ) |
| | ) |
| | ) |

| | |
|---|---|
| BILLJCO, LLC | ) |
| | ) |
| v. | ) CASE NO: 2:21-cv-00183-JRG |
| | )     (Member Case) |
| HEWLETT PACKARD ENTERPRISE | ) |
| COMPANY, ARUBA NETWORKS, LLC | ) |
| | ) |
| | ) |

## JOINT MOTION FOR ENTRY OF DISCOVERY ORDER

Pursuant to the Court's August 26, 2021 Order regarding the scheduling conference (Dkt. No. 28), Plaintiff, BILLJCO, LLC and Defendants CISCO SYSTEMS, INC. and Defendants HEWLETT PACKARD ENTERPRISE COMPANY and ARUBA NETWORKS, LLC jointly submit a proposed Discovery Order, attached hereto as Exhibit A.

Dated: October 13, 2021

Respectfully Submitted,

| */s/ Brian R Michalek* | */s/ Krishnan Padmanabhan* | */s/ Rose Cordero Prey* |
|---|---|---|
| Brian R Michalek | K. Padmanabhan | Rose Cordero Prey |
| Joe M. Kuo | kpadmanabhan@winston.com | Elana B. Araj. |
| Casey T. Grabenstein | Winston & Strawn LLP | Kathryn E. Albanese |
| Saul Ewing Arnstein & Lehr LLP | 200 Park Ave. | GREENBERG TRAURIG, LLP |
| 161 North Clark Street, Suite 4200 | NewYork City,NY 10166 | MetLife Building |
| Chicago, IL 60601 | Tel: (212) 294-6700 | 200 Park Avenue |
| | | New York, NY 100002 |
| | Louis Campbell | Tel: (212) 801-9200 |

38792718.1

- 2 -

| | | |
|---|---|---|
| 312-876-7836<br>Fax: 312-876-0288<br>Email:<br>brian.michalek@saul.com<br>joe.kuo@saul.com<br>casey.grabenstein@saul.com<br><br>Brian R Landry<br>Saul Ewing Arnstein & Lehr LLP - Boston<br>131 Dartmouth Street,<br>Suite 501<br>Boston, MA 02116<br>617-912-0969<br>Fax: 857-400-3780<br>Email:<br>brian.landry@saul.com<br><br>Erin Westbrook<br>Saul Ewing Arnstein & Lehr LLP<br>33 South Sixth Street<br>Suite 4750<br>Minneapolis, MN 55402<br>612-225-2800<br>Fax: 612-677-3844<br>Email:<br>erin.westbrook@saul.com<br><br>Claire Abernathy Henry<br>Andrea Leigh Fair<br>Ward, Smith & Hill, PLLC<br>1507 Bill Owens Parkway<br>Longview, TX 75604<br>Tel: 903-757-6400<br>Fax: 903-757-2323<br>Email: claire@wsfirm.com<br>Email: andrea@wsfirm.com<br><br>**ATTORNEYS FOR BILLJCO, LLC** | llcampbell@winston.com<br>Winston & Strawn LLP<br>275 Middlefield Road #205<br>Menlo Park, CA 94025<br>Tel: (415) 810-6570<br><br>Saranya Raghavan<br>Sraghavan@winston.com<br>Winston & Strawn LLP<br>35 W Wacker Dr.<br>Chicago, IL 60601<br>Tel: (312) 576-4559<br><br>Melissa R. Smith<br>GILLAM & SMITH, LLP<br>303 South Washington Avenue<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>Email:<br>melissa@gillamsmithlaw.com<br><br>**ATTORNEYS FOR CISCO SYSTEMS INC.** | Fax: (212) 801-6400<br>Email: preyr@gtlaw.com<br>Email: araje@gtlaw.com<br>Email: albanesek@gtlaw.com<br><br>Melissa R. Smith<br>GILLAM & SMITH, LLP<br>303 South Washington Ave.<br>Marshall, TX 75670<br>Tel: (903) 934-8450<br>Fax: (903) 934-9257<br>Email:<br>melissa@gillamsmithlaw.com<br><br>**ATTORNEYS FOR HEWLETT PACKARD ENTERPRISE COMPANY AND ARUBA NETWORKS, LLC** |

38792718.1

## CERTIFICATE OF SERVICE

The undersigned certifies the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 13th day of October 2021.

/s/ Brian R. Michalek

## CERTIFICATE OF CONFERENCE

I certify that, pursuant to Local Rule CV-7(i), counsel for all parties have complied with the meet and confer requirement of the Court and this motion is unopposed. The parties met and conferred over e-mail and reached an agreement as to the form and substance of the attached order.

/s/ Brian R. Michalek