IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BILLJCO, LLC ) | |
| ) | CASE NO: 2:21-cv-00181-JRG |
| v.  ) | (Lead Case) |
| ) | |
| CISCO SYSTEMS, INC. ) | |
| ) | |
| ) | |

| | |
|---|---|
| BILLJCO, LLC ) | |
| ) | |
| v.  ) | CASE NO: 2:21-cv-00183-JRG |
| ) | (Member Case) |
| HEWLETT PACKARD ENTERPRISE ) | |
| COMPANY, ARUBA NETWORKS, LLC ) | |
| ) | |
| ) | |

**UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE FOR DEFENDANTS HEWLETT PACKARD ENTERPRISE COMPANY AND ARUBA NETWORKS, LLC'S MOTION TO TRANSFER VENUE**

Plaintiff BillJCo, LLC ("Plaintiff") moves the court for an Order amending the briefing schedule for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC's ("Defendants") Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Dkt. 33) filed on October 1, 2021. Defendants are unopposed to this request.

Defendants' Motion to Transfer present factual issues about the evidence and witnesses that will be relevant to this case and the location(s) of such evidence and witnesses. Because of these issues, Plaintiff anticipates serving venue discovery on Defendants consisting of interrogatories, requests for production, and deposition notices related to certain facts surrounding the transfer arguments raised by Defendants.

Accordingly, Plaintiff asks that the Court enter an Order allowing for each side to propound the following discovery related to venue:

- 5 Interrogatories with responses due 20 days after service,

- 10 Requests for Production with responses due 20 days after service, and

- 10 hours of deposition testimony.

The parties have agreed that venue discovery will not count against the discovery limitations agreed upon in the Discovery Order. Additionally, to permit time to complete the requested venue discovery, Plaintiff respectfully requests that the parties serve all venue discovery requests by November 19, 2021, and complete venue discovery not later than January 14, 2022. Further, Plaintiff requests that its time to file a response to Defendants' Motion be extended to two weeks after venue discovery is complete, and that Defendants Reply be due one week after Plaintiff's Response. In the interest of avoiding delay, Plaintiff further requests that non-venue discovery not be stayed during this time.

The parties have met and conferred, and Defendants are unopposed to the relief requested in this motion. Accordingly, Plaintiff requests the Court enter the attached proposed order.

Dated: October 15, 2021

/s/   *Brian R. Michalek*
Brian R Michalek
Joe M. Kuo
Casey T. Grabenstein
Saul Ewing Arnstein & Lehr LLP
161 North Clark Street,
Suite 4200
Chicago, IL 60601
312-876-7836
Fax:  312-876-0288
Email:  brian.michalek@saul.com
joe.kuo@saul.com
casey.grabenstein@saul.com

Brian R Landry
Saul Ewing Arnstein & Lehr LLP - Boston
131 Dartmouth Street,
Suite 501
Boston, MA 02116
617-912-0969
Fax: 857-400-3780
Email: brian.landry@saul.com

Erin E. Westbrook
Saul Ewing Arnstein & Lehr LLP
33 South Sixth Street
Suite 4750
Minneapolis, MN 55402
612-225-2800
Fax: 612-677-3844
Email: erin.westbrook@saul.com

Claire Abernathy Henry
Andrea Leigh Fair
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Tel: 903-757-6400
Fax: 903-757-2323
Email: claire@wsfirm.com
Email: andrea@wsfirm.com

**ATTORNEYS FOR BILLJCO, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel of record who have consented to electronic service on this 15th day of October, 2021.

*/s/ Brian Michalek*
