IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BILLJCO, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>      Defendant. | Case No. 2:21-cv-00181-JRG<br>(Lead Case) |
| BILLJCO, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, ARUBA NETWORKS, LLC<br><br>      Defendants. | Case No. 2:21-cv-00183-JRG<br>(Member Case) |

**UNOPPOSED MOTION TO WITHDRAW INDIVIDUAL ATTORNEY**

Pursuant to Local Rule CV-11(c), undersigned counsel Kathryn E. Albanese moves to withdraw as counsel for Hewlett Packard Enterprise Company and Aruba Networks, LLC. Ms. Albanese will shortly commence a judicial clerkship and, effective February 4 at close of business, will not be associated with Greenberg Traurig, LLP. Hewlett Packard Enterprise Company and Aruba Networks, LLC will continue to be represented by counsel of record from the law firms of Greenberg Traurig, LLP and Gillam & Smith, LLP.

1

Dated: February 17, 2022

Respectfully submitted,

By: */s/ Rose Cordero Prey*
Rose Cordero Prey
Elana B. Araj
Kathryn E. Albanese
GREENBERG TAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: preyr@gtlaw.com
Email: araje@gtlaw.com
Email: albanesek@gtlaw.com

Melissa R. Smith
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

***Attorneys for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC***

## CERTIFICATE OF SERVICE

      The undersigned certifies that on this 17th day of February 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

                                                     */s/ Melissa R. Smith*
                                                      Melissa R. Smith