UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
<u>MARSHALL DIVISION</u>

| | |
|---|---|
| BillJCo, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>Cisco Systems, Inc.,<br><br>        Defendant. | Case No. 2:21-cv-181 |
| BillJCo, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>Hewlett Packard Enterprise Company, Aruba Networks, LLC<br><br>        Defendants. | Case No. 2:21-cv-00183 |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff BillJCo, LLC ("BillJCo") and Defendant Cisco Systems, Inc. ("Cisco"), jointly notify the Court that all matters in controversy between these Parties have been settled in principle and jointly move for entry of an Order staying the lead case against Defendant, Cisco Systems, Inc. (21-cv-181).

In furtherance of their agreement, the parties expect to move to dismiss this case in the next thirty (30) days. Thus, the parties respectfully ask that the Court stay all deadlines herein for thirty (30) days while the parties finalize the long form agreement and move to dismiss. Claims

against Defendant Hewlett Packard Enterprise Company, Aruba Networks, LLC (21-cv-00183) shall remain pending.

| | |
|---|---|
| */s/  Brian R. Michalek*<br>Brian R Michalek<br>Joe Kuo<br>Casey Grabenstein<br>Saul Ewing Arnstein & Lehr LLP<br>161 North Clark Street,<br>Suite 4200<br>Chicago, IL 60601<br>312-876-7836<br>Fax:  312-876-0288<br>Email:  brian.michalek@saul.com<br><br>Brian R Landry<br>Saul Ewing Arnstein & Lehr LLP - Boston<br>131 Dartmouth Street,<br>Suite 501<br>Boston, MA 02116<br>617-912-0969<br>Fax: 857-400-3780<br>Email: brian.landry@saul.com<br><br>Erin Westbrook<br>Saul Ewing Arnstein & Lehr LLP<br>33 South Sixth Street<br>Suite 4750<br>Minneapolis, MN 55402<br>612-225-2800<br>Fax: 612-677-3844<br>Email: erin.westbrook@saul.com<br><br><br>Claire Abernathy Henry Andrea Leigh Fair<br>Ward, Smith & Hill, PLLC<br>1507 Bill Owens Parkway<br>Longview, TX 75604<br>Tel: 903-757-6400<br>Fax: 903-757-2323<br>Email: claire@wsfirm.com<br>Email: andrea@wsfirm.com<br><br>**ATTORNEYS FOR BILLJCO, LLC** | */s/  K. Padmanabhan*<br>K. Padmanabhan<br>kpadmanabhan@winston.com<br>Winston & Strawn LLP<br>200 Park Ave.<br>NewYork City,NY 10166<br>Tel: (212) 294-6700<br><br>Louis Campbell<br>llcampbell@winston.com<br>Winston & Strawn LLP<br>275 Middlefield Road #205<br>Menlo Park, CA 94025<br>Tel: (415) 810-6570<br><br>Saranya Raghavan<br>Sraghavan@winston.com<br>Winston & Strawn LLP<br>35 W Wacker Dr.<br>Chicago, IL 60601<br>Tel: (312) 576-4559<br><br>Melissa R. Smith<br>GILLAM & SMITH, LLP<br>303 South Washington Avenue<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>Email: melissa@gillamsmithlaw.com<br><br>**ATTORNEYS FOR CISCO SYSTEMS INC.** |

39762012.1.docx

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served a copy of this document via electronic mail per Local Rule CV-5(a)(3) on March 9, 2022.

    */s/ Brian R. Michalek*

## CERTIFICATE OF CONFERENCE

I certify that the parties have complied with the meet and confer requirements in Local Rule CV-7(h) and this motion is filed jointly.

    */s/ Brian R. Michalek*