# EXHIBIT 1

39782882.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BILLJCO, LLC | ) |
| | ) CASE NO: 2:21-cv-00181-JRG |
| v. | )         (Lead Case) |
| | ) |
| CISCO SYSTEMS, INC. | ) |
| | ) |
| | ) |

| | |
|---|---|
| BILLJCO, LLC | ) |
| | ) |
| v. | ) CASE NO: 2:21-cv-00183-JRG |
| | )         (Member Case) |
| HEWLETT PACKARD ENTERPRISE | ) |
| COMPANY, ARUBA NETWORKS, LLC | ) |
| | ) |
| | ) |

## DECLARATION OF JOSEPH M. KUO

I, Joseph Kuo, declare under penalty of perjury that the following is true to the best of my knowledge.

1. I am an attorney in the law firm of Saul Ewing Arnstein & Lehr, LLP, counsel for Plaintiff BillJCo LLC, and I submit this declaration in support of Plaintiff's opposition to Defendants' motion for leave to amend their invalidity contentions.

2. On November 10, 2021, Defendants produced certain documents pursuant to P.R. 3-4 comprising.

3. Included in Defendants' production were several documents related to the Cyberguide and ParcTab references.

39782882.1

    4.    Attached as Exhibit A is a true and correct copy of an example of a document produced by Defendants related to ParcTab (highlighting added).

    5.    Attached as Exhibit B is a true and correct copy of an example of a document produced by Defendants related to Cyberguide (highlighting added).

Date: March 14, 2022

 

_____
Joseph M. Kuo

39782882.1