# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BILLJCO, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> CISCO SYSTEMS, INC., § <br> § <br> *Defendant.* § | CIVIL ACTION NO. 2:21-CV-00181-JRG <br> (LEAD CASE) |
| v. § <br> § <br> HEWLETT PACKARD ENTERPRISE § <br> COMPANY, ARUBA NETWORKS, LLC., § <br> § <br> *Defendants*. | CIVIL ACTION NO. 2:21-CV-00183-JRG <br> (MEMBER CASE) |

## ORDER

Before the Court is Joint Motion to Stay all Deadlines and Notice of Settlement (Dkt. No. 95) (the "Motion"). In the Motion, Defendant Cisco Systems, Inc. ("Cisco") and Plaintiff BillJCo, LLC ("BillJCo") (collectively, the "Parties") request that the Court stay all deadlines between the Parties for thirty (30) days because all matters in controversy between the Parties have been settled in principle.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that all deadlines between Cisco and BillJCo are **STAYED** for thirty (30) days, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 15th day of March, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE