# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| BILLJCO, LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00181-JRG |
| CISCO SYSTEMS, INC., | § § § | |
| *Defendant*. | § § | |

## ORDER

The Court previously appointed Mr. Michael D. Paul as the technical advisor to the Court in the above-actioned case with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. (Dkt. No. 66). The Court has received Mr. Paul's invoice for services through March 15, 2022, in the amount of $10,837.16 and **ORDERS** payment to be promptly made as follows:

  Plaintiff:   $5,418.58

  Defendant:   $5,418.58

  TOTAL:   $10,837.16

**So ORDERED and SIGNED this 17th day of March, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE