# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| BILLJCO, LLC | ) |
| | ) CASE NO: 2:21-cv-00181-JRG |
| v. | )      (Lead Case) |
| | ) |
| CISCO SYSTEMS, INC. | ) |
| | ) |
| | ) |

| | |
|---|---|
| BILLJCO, LLC | ) |
| | ) |
| v. | ) CASE NO: 2:21-cv-00183-JRG |
| | )      (Member Case) |
| HEWLETT PACKARD ENTERPRISE | ) |
| COMPANY, ARUBA NETWORKS, LLC | ) |
| | ) |
| | ) |

## JOINT MOTION FOR AN EXTENSION OF TIME TO SUBMIT A JOINT NOTICE REGARDING MEDIATION

Pursuant to the Court's Docket Control Order (Dkt. 44), Plaintiff BillJCo, LLC and Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC (together, the "Parties") hereby submit this Joint Motion for an Extension of Time to Submit a Joint Notice Regarding Mediation.

The Docket Control Order sets forth that the deadline for the Parties to "file a Joint Notice indicating whether the case should be referred for mediation" and "whether they have a mutually agreeable mediator for the Court to consider" is March 28, 2022, which is fourteen days after the issuance of the Court's Claim Construction Order. Dkt. 44.

The Parties request a short one (1) week extension of time to file the Joint Notice Regarding Mediation so that the Parties can meet and confer in good faith regarding the potential prospects and viability of mediation.

Dated: March 28, 2022

<table>
<tr><td>

*/s/Brian R. Michalek*
Brian R Michalek
Joe M. Kuo
Casey T. Grabenstein
Saul Ewing Arnstein & Lehr LLP
161 North Clark Street,
Suite 4200
Chicago, IL 60601
312-876-7836
Fax:  312-876-0288
Email:  brian.michalek@saul.com
joe.kuo@saul.com
casey.grabenstein@saul.com

Brian R Landry
Saul Ewing Arnstein & Lehr LLP -
Boston
131 Dartmouth Street,
Suite 501
Boston, MA 02116
617-912-0969
Fax: 857-400-3780
Email: brian.landry@saul.com

Erin Westbrook
Saul Ewing Arnstein & Lehr LLP
33 South Sixth Street
Suite 4750
Minneapolis, MN 55402
612-225-2800
Fax: 612-677-3844
Email: erin.westbrook@saul.com

Claire Abernathy Henry Andrea Leigh
Fair
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604

</td><td>

*/s/ Rose Cordero Prey*
Rose Cordero Prey
Jeffrey C. Colin
Elana B. Araj.
GREENBERG TRAURIG, LLP
One Vanderbilt Ave
New York, NY 10017
Tel: (212) 801-9200
Fax: (212) 801-6400
Email: preyr@gtlaw.com
Email: araje@gtlaw.com
Email: colinj@gtlaw.com

Melissa R. Smith
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
Email: melissa@gillamsmithlaw.com

**ATTORNEYS FOR HEWLETT
PACKARD ENTERPRISE COMPANY
AND ARUBA NETWORKS, LLC**

</td></tr>
</table>

*ACTIVE 63887511v1*

Tel: 903-757-6400
Fax: 903-757-2323
Email: claire@wsfirm.com
Email: andrea@wsfirm.com

**ATTORNEYS FOR BILLJCO, LLC**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 28th day of March, 2022.

*/s/ Brian R. Michalek_____*

## <u>CERTIFICATE OF CONFERENCE</u>

I certify that, pursuant to Local Rule CV-7(i), counsel for BillJCo, LLC and Defendants have complied with the meet and confer requirement of the Court. The parties have met and conferred over e-mail and reached an agreement as to the form and substance of the attached order.

*/s/ Brian R. Michalek_____*

- 3 -