# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BILLJCO, LLC | ) |
| | ) CASE NO: 2:21-cv-00181-JRG |
| v. | )         (Lead Case) |
| | ) |
| CISCO SYSTEMS, INC. | ) |
| | ) |
| | ) |
| BILLJCO, LLC | ) |
| | ) |
| v. | ) CASE NO: 2:21-cv-00183-JRG |
| | )         (Member Case) |
| HEWLETT PACKARD ENTERPRISE | ) |
| COMPANY, ARUBA NETWORKS, INC. | ) |
| | ) |
| | ) |

## [PROPOSED] ORDER GRANTING THE PARTIES JOINT MOTION OF TIME TO SUBMIT A JOINT NOTICE REGARDING MEDIATION

The above-entitled matter came before the Court upon Plaintiff BillJCo, LLC and Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC (together, the "Parties") Joint Motion for an Extension of Time to Submit a Joint Notice Regarding Mediation. Based upon the files, records, and proceedings herein, it is hereby **ORDERED** that the Parties' Joint Motion for an Extension of Time to Submit a Joint Notice Regarding Mediation is **GRANTED**. The Parties shall submit their Joint Notice Regarding Mediation on or before April 4. 2022.