IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **BILLJCO, LLC** <br> **PLAINTIFF,** <br><br> V. <br><br> **CISCO SYSTEMS, INC.** <br> **DEFENDANTS.** | § § § § § § § § § § § | **CASE NO. 2:21-CV-00181-JRG** |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, the Plaintiff BillJCo, LLC ("BillJCo") and Defendant Cisco Systems, Inc. ("Cisco") have agreed to settle, adjust and compromise all claims in the above-captioned action. The parties, therefore, move this Court to dismiss the above-entitled cause and all claims by Company against Cisco and all claims by Cisco against Company made therein with prejudice to the re-filing of same.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A proposed Order accompanies this motion.

AGREED:

| | |
|---|---|
| */s/  Brian R. Michalek* <br> Brian R Michalek <br> Joe Kuo <br> Casey Grabenstein <br> Saul Ewing Arnstein & Lehr LLP <br> 161 North Clark Street, <br> Suite 4200 <br> Chicago, IL 60601 <br> 312-876-7836 <br> Fax:  312-876-0288 <br> Email:  brian.michalek@saul.com <br><br> Brian R Landry | */s/  K. Padmanabhan* <br> K. Padmanabhan <br> kpadmanabhan@winston.com <br> Winston & Strawn LLP <br> 200 Park Ave. <br> NewYork City,NY 10166 <br> Tel: (212) 294-6700 <br><br> Louis Campbell <br> llcampbell@winston.com <br> Winston & Strawn LLP <br> 275 Middlefield Road #205 <br> Menlo Park, CA 94025 <br> Tel: (415) 810-6570 |

-1-

-2-

| | |
|---|---|
| Saul Ewing Arnstein & Lehr LLP - Boston<br>131 Dartmouth Street,<br>Suite 501<br>Boston, MA 02116<br>617-912-0969<br>Fax: 857-400-3780<br>Email: brian.landry@saul.com | David Enzminger<br>denzminger@winston.com<br>Winston & Strawn LLP<br>333 South Grand Avenue<br>38th FL<br>Los Angeles, CA 90071<br>Tel: 213-615-1780 |
| Erin Westbrook<br>Saul Ewing Arnstein & Lehr LLP<br>33 South Sixth Street<br>Suite 4750<br>Minneapolis, MN 55402<br>612-225-2800<br>Fax: 612-677-3844<br>Email: erin.westbrook@saul.com | Melissa R. Smith<br>GILLAM & SMITH, LLP<br>303 South Washington Avenue<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>Email: melissa@gillamsmithlaw.com<br><br>**ATTORNEYS FOR CISCO SYSTEMS INC.** |
| Claire Abernathy Henry<br>Andrea Leigh Fair<br>Ward, Smith & Hill, PLLC<br>1507 Bill Owens Parkway<br>Longview, TX 75604<br>Tel: 903-757-6400<br>Fax: 903-757-2323<br>Email: claire@wsfirm.com<br>Email: andrea@wsfirm.com<br><br>**ATTORNEYS FOR BILLJCO, LLC** | |