IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **BILLJCO, LLC** § <br> **PLAINTIFF,** § <br> § <br> § <br> **V.** § <br> § <br> § <br> **CISCO SYSTEMS, INC.** § <br> **DEFENDANTS.** § <br> § | **CASE NO. 2:21-CV-00181-JRG** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff BillJCo, LLC ("BillJCo") and Defendant Cisco Systems, Inc. ("Cisco"), announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims against Cisco by Company and against Company by Cisco herein are dismissed, with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

This is a final judgment.

Signed this _____ day of _____, 2022.

_____
JUDGE GILSTRAP