# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BILLJCO, LLC | ) |
| | ) CASE NO: 2:21-cv-00181-JRG |
| v. | )        (Lead Case) |
| | ) |
| CISCO SYSTEMS, INC. | ) |
| | ) |
| | ) |

| | |
|---|---|
| BILLJCO, LLC | ) |
| | ) |
| v. | ) CASE NO: 2:21-cv-00183-JRG |
| | )        (Member Case) |
| HEWLETT PACKARD ENTERPRISE | ) |
| COMPANY, ARUBA NETWORKS, LLC | ) |
| | ) |
| | ) |

## JOINT MOTION FOR LEAVE TO SEEK REMOTE MEDIATION

Pursuant to the Court's Order referring this case to mediation (Dkt. 125), Plaintiff BillJCo, LLC and Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC (together, the "Parties") hereby submit this Joint Motion for Leave to Seek Remote Mediation stating as follows:

The Parties have previously notified the Court that this case may benefit from mediation. Dkt 113. The Parties subsequently notified the Court that they had met and conferred in good faith and agree that mediation should take place in the near term, but were unable to agree upon a mediator. Dkt 120. The Court sua sponte ordered the Parties to engage in mediation before Hon. David Folsom and that "[t]o ensure that mediation is as productive as possible, the Court hereby ORDERS that each party shall personally attend such mediation with lead counsel, local authority

ACTIVE 64878787v1

to act on and compromise on all pending disputes." Dkt. 125 at 1-2.

The parties have contacted Judge Folsom and confirmed June 14, 2022 as the date for the mediation in this case. In scheduling the mediation with Judge Folsom, both parties indicated their desire for a remote mediation in order to secure a date as soon as possible.  Therefore, the parties request the Court's permission to participate in a remote mediation before Judge Folsom on June 14, 2022 or at an earlier, mutually convenient time should one become available.

Dated: May 13, 2022                                   Respectfully submitted,

| /s/ Brian R. Michalek | /s/ Rose Cordero Prey |
|---|---|
| Brian R Michalek | Rose Cordero Prey |
| Joe M. Kuo | Jeffrey C. Colin |
| Casey T. Grabenstein | Elana B. Araj |
| Saul Ewing Arnstein & Lehr LLP | GREENBERG TRAURIG, LLP |
| 161 North Clark Street, Suite 4200 | One Vanderbilt Avenue |
| Chicago, IL 60601 | New York, NY 10017 |
| 312-876-7836 | Tel: (212) 801-9200 |
| Fax: 312-876-0288 | Fax: (212) 801-6400 |
| Email: brian.michalek@saul.com | Email: preyr@gtlaw.com |
| joe.kuo@saul.com | Email: colinj@gtlaw.com |
| casey.grabenstein@saul.com | Email: araje@gtlaw.com |
| | |
| Brian R Landry | Melissa R. Smith |
| Saul Ewing Arnstein & Lehr LLP - Boston | GILLAM & SMITH, LLP |
| 131 Dartmouth Street, Suite 501 | 303 South Washington Ave. |
| Boston, MA 02116 | Marshall, TX 75670 |
| 617-912-0969 | Tel: (903) 934-8450 |
| Fax: 857-400-3780 | Fax: (903) 934-9257 |
| Email: brian.landry@saul.com | Email: melissa@gillamsmithlaw.com |
| | |
| Erin Westbrook | **ATTORNEYS FOR HEWLETT PACKARD ENTERPRISE COMPANY AND ARUBA NETWORKS, LLC** |
| Saul Ewing Arnstein & Lehr LLP | |
| 33 South Sixth Street Suite 4750 | |
| Minneapolis, MN 55402 | |
| 612-225-2800 | |
| Fax: 612-677-3844 | |
| Email: erin.westbrook@saul.com | |

|  |  |
|---|---|
| Claire Abernathy Henry Andrea Leigh Fair<br>Ward, Smith & Hill, PLLC<br>1507 Bill Owens Parkway<br>Longview, TX 75604<br>Tel: 903-757-6400<br>Fax: 903-757-2323<br>Email: claire@wsfirm.com<br>Email: andrea@wsfirm.com<br><br>**ATTORNEYS FOR BILLJCO, LLC** |  |

## CERTIFICATE OF SERVICE

The undersigned certifies the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 13th day of May, 2022.

/s/ Melissa R. Smith

## CERTIFICATE OF CONFERENCE

I certify that, pursuant to Local Rule CV-7(i), counsel for BillJCo, LLC and Defendants have complied with the meet and confer requirement of the Court. The parties have met and conferred over e-mail and reached an agreement as to the form and substance of the attached motion.

/s/ Melissa R. Smith

ACTIVE 64878787v1